**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID R. HURWITZ, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>*Defendants*. | Case No. 1:24-cv-01410-MN<br><br>CLASS ACTION |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that William M. Lafferty, John P. DiTomo and Jacob M. Perrone of Morris, Nichols, Arsht & Tunnell LLP enter their appearance on behalf of Defendants Capri Holdings Limited, John D. Idol, and Thomas J. Edwards, Jr.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ John P. DiTomo*
William M. Lafferty (#2755)
John P. DiTomo (#4850)
Jacob M. Perrone (#7250)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
wlafferty@morrisnichols.com
jditomo@morrisnichols.com
jperrone@morrisnichols.com

*Attorneys for Defendants Capri Holdings Limited, John D. Idol, and Thomas J. Edwards, Jr.*

January 27, 2025