## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-1410-MN |
| Plaintiff, | CLASS ACTION |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |
| | |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated, | Case No. 25-cv-116-MN |
| Plaintiff, | CLASS ACTION |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING FNY PARTNERS FUND LP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL AND CONSOLIDATION OF RELATED ACTIONS**

Having considered FNY Partners Fund LP's ("FNY") Motion for Appointment as Lead Plaintiff, Approval of Selection of Counsel and Consolidation of Related Actions (the "Motion"), the opening brief in support of the Motion, the Declaration of Michael J. Farnan in support thereof and all other pleadings and argument submitted to this Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. FNY Partners Fund LP is **APPOINTED** to serve as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), in the above-captioned actions and all related actions consolidated pursuant to paragraph 4 of this Order.

3. FNY's selection of Counsel is **APPROVED**, Entwistle & Cappucci LLP is **APPOINTED** to serve as Lead Counsel for the Class and Chair of an Executive Committee consisting of Robbins Geller Rudman & Dowd LLP and Saxena White P.A., and Farnan LLP is **APPOINTED** to serve as Liaison Counsel for the Class.

4. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the actions captioned *Hurwitz v. Capri Holdings Ltd.*, No. 1:24-cv-01410-MN (D. Del.), and *FNY Partners Fund LP v. Capri Holdings Ltd.*, No. 1:25-cv-00116-MN (D. Del), and any additional pending, previously or subsequently filed, removed or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes ("Action"). This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this Action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2

5.      This Action shall be captioned "*In re Capri Holdings Ltd. Securities Litigation*" and the file shall be maintained under C.A. 1:24-cv-01410-MN.

**IT IS SO ORDERED**.

Dated: _____, \_\_\_\_          _____
                                              HONORABLE MARYELLEN NOREIKA
                                              UNITED STATES DISTRICT JUDGE

2