## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 24-cv-1410-MN |
| Plaintiff, | CLASS ACTION |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |
| | |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated, | Case No. 25-cv-116-MN |
| Plaintiff, | CLASS ACTION |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |

**FNY PARTNERS FUND LP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL AND CONSOLIDATION OF RELATED ACTIONS**

PLEASE TAKE NOTICE that Plaintiff FNY Partners Fund LP ("FNY") hereby moves this Court for the entry of an Order: (1) appointing FNY as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B) (the "PSLRA"); (2) approving FNY's selection of Entwistle & Cappucci LLP as Lead Counsel for the Class and Chair of an Executive Committee consisting of Robbins Geller Rudman & Dowd LLP and Saxena White

1

P.A., and Farnan LLP as Liaison Counsel for the Class; (3) consolidating the actions captioned *Hurwitz v. Capri Holdings Ltd.*, No. 1:24-cv-01410-MN (D. Del.), and *FNY Partners Fund LP v. Capri Holdings Ltd.*, No. 1:25-cv-00116-MN (D. Del.), and any additional related cases; and (4) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, FNY submits herewith an opening brief and the Declaration of Michael J. Farnan with exhibits attached thereto.

DATED:  February 21, 2025

Respectfully submitted,

**FARNAN LLP**

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel.: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Liaison Counsel for Proposed Lead Plaintiff*
*FNY Partners Fund LP and Proposed*
*Liaison Counsel for the Class*

Vincent R. Cappucci (*pro hac vice* forthcoming)
Robert N. Cappucci (*pro hac vice* forthcoming)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue, 3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
Fax: (212) 894-7272
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com

-and-

Andrew J. Entwistle (*pro hac vice* forthcoming)
Callie D. Crispin (*pro hac vice* forthcoming)
**ENTWISTLE & CAPPUCCI LLP**
500 West 2nd Street, Suite 1900

2

Austin, TX 78701
Telephone: (512) 710-5960
Facsimile: (212) 894-7278
aentwistle@entwistle-law.com
ccrispin@entwistle-law.com

*Counsel for Proposed Lead Plaintiff FNY Partners Fund LP, Proposed Lead Counsel for the Class and Chair of Executive Committee for the Class*

David A. Knotts (*pro hac vice* forthcoming)
Michael Albert (*pro hac vice* forthcoming)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Tel.:  (619) 231-1058
dknotts@rgrdlaw.com
malbert@rgrdlaw.com

*Proposed Executive Committee Member for the Class*

Marco A. Dueñas (*pro hac vice* forthcoming)
**SAXENA WHITE P.A.**
10 Bank Street, Ste. 882
White Plains, New York 10606
Telephone: (914) 437-8551
Facsimile: (888) 631-3611
Email: mduenas@saxenawhite.com

*Proposed Executive Committee Member for the Class*

3

## <u>CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1</u>

This Motion has been filed pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), which provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action.  Consequently, at the time of filing this motion, counsel for FNY have no way of knowing who the competing lead plaintiff candidates are.  As a result, counsel for FNY have been unable to confer with counsel for any opposing movants as prescribed in Local Rule 7.1.1 and respectfully request that the conference requirement of Local Rule 7.1.1 be waived for this Motion.

DATED:  February 21, 2025

*/s/ Michael J. Farnan*
Michael J. Farnan (Bar No. 5165)

4