# EXHIBIT A

## CERTIFICATION

I, Shawn Fischman, on behalf of FNY Partners Fund LP, hereby certify, as to the claims asserted under the federal securities laws in the Class Action Complaint (the "Complaint"), that:

1.    I am General Counsel and Chief Compliance Officer of FNY Investment Advisers, LLC, the investment adviser of FNY Partners Fund LP. I have reviewed the Complaint in this action and have authorized chosen counsel to move for the appointment of FNY Partners Fund LP as Lead Plaintiff in this action.

2.    FNY Partners Fund LP did not acquire any of the securities that are the subject of this action at the direction of its counsel, or in order to participate in this action or any other litigation under the federal securities laws.

3.    FNY Partners Fund LP is willing to serve as Lead Plaintiff in this action and recognizes its duty to act as such on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

4.    FNY Partners Fund LP will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to class representation, as ordered or approved by the Court.

5.    FNY Partners Fund LP has not served or sought to serve as a representative party for a class in any action under the federal securities laws within the three-year period prior to the date of this Certification, except: *In re Alta Mesa Resources, Inc. Securities Litigation*, Case No. 19-CV-00957 (S. D. Tex.); and *Soto v. Origin Materials, Inc., et al.*, Case No. 2:23-cv-01816 (E. D. Cal.).

6.    FNY Partners Fund LP's transactions during the relevant period in Capri Holdings Limited securities that are the subject of this action are reflected in Schedule A hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of January 2025

FNY Partners Fund LP
By: Shawn Fischman
General Counsel and Chief Compliance Officer of
FNY Investment Advisers, LLC, investment
advisor to FNY Partners Fund LP

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | Shares |
|---|---|---|---|
| 8/10/2023 | Purchase | $ 45.97 | 4,000 |
| 8/10/2023 | Purchase | $ 46.00 | 1,000 |
| 8/10/2023 | Purchase | $ 46.15 | 250 |
| 8/10/2023 | Purchase | $ 54.83 | 251 |
| 8/10/2023 | Purchase | $ 53.86 | 5,000 |
| 8/10/2023 | Sale | $ 51.51 | 1,000 |
| 8/10/2023 | Sale | $ 53.07 | 540 |
| 8/10/2023 | Sale | $ 51.52 | 501 |
| 8/10/2023 | Sale | $ 52.62 | 3,460 |
| 8/14/2023 | Purchase | $ 52.95 | 600 |
| 8/14/2023 | Purchase | $ 52.97 | 965 |
| 8/14/2023 | Purchase | $ 53.01 | 3,935 |
| 8/14/2023 | Purchase | $ 52.63 | 4,500 |
| 8/16/2023 | Purchase | $ 51.73 | 5,000 |
| 8/16/2023 | Purchase | $ 51.57 | 2,500 |
| 8/22/2023 | Purchase | $ 51.61 | 1,000 |
| 8/22/2023 | Purchase | $ 51.64 | 3,500 |
| 8/31/2023 | Purchase | $ 52.48 | 2,000 |
| 9/19/2023 | Purchase | $ 52.27 | 1,500 |
| 9/25/2023 | Purchase | $ 52.35 | 2,500 |
| 9/26/2023 | Purchase | $ 52.34 | 1,000 |
| 10/2/2023 | Purchase | $ 52.32 | 1,715 |
| 10/2/2023 | Purchase | $ 52.32 | 1,715 |
| 10/3/2023 | Purchase | $ 51.97 | 500 |
| 10/3/2023 | Purchase | $ 51.88 | 5,285 |
| 10/3/2023 | Purchase | $ 51.88 | 5,285 |
| 10/3/2023 | Purchase | $ 51.73 | 4,500 |
| 10/3/2023 | Sale | $ 51.85 | 500 |
| 10/5/2023 | Purchase | $ 51.36 | 1,500 |
| 10/5/2023 | Purchase | $ 51.32 | 600 |
| 10/9/2023 | Purchase | $ 51.45 | 949 |
| 10/9/2023 | Purchase | $ 51.45 | 950 |
| 10/9/2023 | Sale | $ 51.56 | 180 |
| 10/9/2023 | Sale | $ 51.56 | 181 |
| 10/10/2023 | Purchase | $ 51.39 | 205 |
| 10/10/2023 | Purchase | $ 51.40 | 2,500 |
| 10/10/2023 | Purchase | $ 51.40 | 2,500 |
| 10/11/2023 | Purchase | $ 51.44 | 4,000 |
| 10/11/2023 | Purchase | $ 51.44 | 1,000 |
| 10/11/2023 | Sale | $ 51.45 | 1,000 |
| 10/11/2023 | Sale | $ 52.02 | 2,000 |
| 10/12/2023 | Purchase | $ 52.00 | 31 |
| 10/12/2023 | Purchase | $ 51.22 | 500 |
| 10/12/2023 | Purchase | $ 52.00 | 31 |
| 10/12/2023 | Purchase | $ 51.22 | 500 |
| 10/12/2023 | Purchase | $ 51.85 | 12,000 |
| 10/12/2023 | Purchase | $ 51.85 | 12,000 |
| 10/12/2023 | Purchase | $ 51.31 | 35 |
| 10/13/2023 | Purchase | $ 51.44 | 3,000 |
| 10/13/2023 | Purchase | $ 51.44 | 3,000 |
| 10/18/2023 | Purchase | $ 51.53 | 50 |
| 10/23/2023 | Sale | $ 51.41 | 2,250 |
| 10/23/2023 | Sale | $ 51.41 | 2,250 |

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | | Shares |
|---|---|---|---|---|
| 10/25/2023 | Purchase | $ | 51.36 | 20 |
| 10/25/2023 | Sale | $ | 51.58 | 3,158 |
| 10/25/2023 | Sale | $ | 51.58 | 3,158 |
| 10/26/2023 | Sale | $ | 51.25 | 192 |
| 10/26/2023 | Sale | $ | 51.25 | 192 |
| 10/27/2023 | Purchase | $ | 50.91 | 10 |
| 10/30/2023 | Purchase | $ | 51.38 | 100 |
| 10/30/2023 | Sale | $ | 51.40 | 100 |
| 11/1/2023 | Purchase | $ | 50.75 | 10 |
| 11/1/2023 | Purchase | $ | 50.86 | 3,000 |
| 11/2/2023 | Purchase | $ | 50.93 | 3,000 |
| 11/7/2023 | Purchase | $ | 48.88 | 10,950 |
| 11/7/2023 | Sale | $ | 48.87 | 3,550 |
| 11/7/2023 | Sale | $ | 48.62 | 2,000 |
| 11/9/2023 | Purchase | $ | 48.03 | 30 |
| 11/9/2023 | Purchase | $ | 47.37 | 2,200 |
| 11/9/2023 | Purchase | $ | 47.84 | 4,900 |
| 11/9/2023 | Sale | $ | 47.23 | 2,200 |
| 11/10/2023 | Purchase | $ | 46.73 | 500 |
| 11/10/2023 | Sale | $ | 47.16 | 1,000 |
| 11/14/2023 | Sale | $ | 47.65 | 500 |
| 12/12/2023 | Purchase | $ | 49.32 | 1,500 |
| 12/13/2023 | Purchase | $ | 48.99 | 40 |
| 12/20/2023 | Sale | $ | 49.90 | 10 |
| 12/21/2023 | Purchase | $ | 50.15 | 2,000 |
| 12/22/2023 | Purchase | $ | 49.98 | 5,000 |
| 1/3/2024 | Purchase | $ | 50.17 | 1,000 |
| 1/10/2024 | Purchase | $ | 50.58 | 20 |
| 1/10/2024 | Purchase | $ | 50.68 | 5,500 |
| 1/10/2024 | Sale | $ | 51.20 | 2,500 |
| 1/10/2024 | Sale | $ | 50.99 | 10 |
| 1/11/2024 | Purchase | $ | 50.66 | 10 |
| 1/12/2024 | Purchase | $ | 50.65 | 15 |
| 1/12/2024 | Sale | $ | 50.99 | 10 |
| 1/16/2024 | Purchase | $ | 50.43 | 15 |
| 1/17/2024 | Purchase | $ | 50.54 | 10 |
| 1/18/2024 | Sale | $ | 50.51 | 13 |
| 1/19/2024 | Purchase | $ | 50.31 | 10 |
| 1/22/2024 | Purchase | $ | 50.13 | 15 |
| 1/23/2024 | Purchase | $ | 49.86 | 10 |
| 1/24/2024 | Purchase | $ | 49.50 | 10 |
| 1/25/2024 | Sale | $ | 48.80 | 15,072 |
| 1/26/2024 | Purchase | $ | 48.63 | 1,000 |
| 1/26/2024 | Sale | $ | 48.52 | 500 |
| 1/26/2024 | Sale | $ | 48.66 | 1,000 |
| 1/31/2024 | Purchase | $ | 48.91 | 2,754 |
| 1/31/2024 | Sale | $ | 48.81 | 5,715 |
| 2/1/2024 | Purchase | $ | 47.65 | 21 |
| 2/1/2024 | Sale | $ | 47.84 | 3,400 |
| 2/7/2024 | Purchase | $ | 46.94 | 2,000 |
| 2/7/2024 | Purchase | $ | 46.05 | 10 |
| 2/8/2024 | Purchase | $ | 47.31 | 465 |
| 2/8/2024 | Purchase | $ | 46.76 | 1,100 |

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | Shares |
|---|---|---|---|
| 2/8/2024 | Purchase | $ 46.90 | 2,000 |
| 2/8/2024 | Sale | $ 47.44 | 46 |
| 2/8/2024 | Sale | $ 47.32 | 2,000 |
| 2/9/2024 | Purchase | $ 46.63 | 7,500 |
| 2/9/2024 | Purchase | $ 46.65 | 2,500 |
| 2/9/2024 | Purchase | $ 46.75 | 5,000 |
| 2/12/2024 | Sale | $ 46.89 | 7,500 |
| 2/12/2024 | Sale | $ 46.88 | 7,500 |
| 2/12/2024 | Sale | $ 47.40 | 10 |
| 2/13/2024 | Purchase | $ 47.04 | 5,000 |
| 2/20/2024 | Purchase | $ 46.69 | 1,500 |
| 2/20/2024 | Sale | $ 46.94 | 1,500 |
| 2/22/2024 | Sale | $ 46.42 | 5,000 |
| 2/26/2024 | Purchase | $ 46.44 | 5,000 |
| 2/27/2024 | Purchase | $ 46.05 | 10 |
| 2/27/2024 | Sale | $ 46.10 | 1,000 |
| 3/4/2024 | Purchase | $ 45.76 | 10 |
| 3/18/2024 | Purchase | $ 46.48 | 3,000 |
| 3/20/2024 | Sale | $ 46.01 | 5,000 |
| 3/21/2024 | Purchase | $ 45.54 | 2,838 |
| 3/21/2024 | Sale | $ 45.50 | 2,838 |
| 4/8/2024 | Purchase | $ 43.85 | 535 |
| 4/10/2024 | Purchase | $ 42.43 | 750 |
| 4/12/2024 | Purchase | $ 39.37 | 500 |
| 4/12/2024 | Sale | $ 39.56 | 1,000 |
| 4/15/2024 | Purchase | $ 39.59 | 1,000 |
| 4/15/2024 | Purchase | $ 38.86 | 875 |
| 4/15/2024 | Sale | $ 39.01 | 100 |
| 4/15/2024 | Sale | $ 39.51 | 1,000 |
| 4/16/2024 | Sale | $ 38.89 | 775 |
| 4/22/2024 | Purchase | $ 38.19 | 256 |
| 4/23/2024 | Purchase | $ 36.72 | 500 |
| 4/23/2024 | Purchase | $ 36.80 | 300 |
| 4/23/2024 | Purchase | $ 37.00 | 2,500 |
| 4/23/2024 | Sale | $ 37.20 | 300 |
| 4/23/2024 | Sale | $ 36.81 | 2,500 |
| 4/24/2024 | Purchase | $ 35.48 | 2,000 |
| 4/24/2024 | Purchase | $ 35.08 | 4,675 |
| 4/24/2024 | Purchase | $ 35.26 | 1,000 |
| 4/24/2024 | Purchase | $ 35.45 | 2,500 |
| 4/24/2024 | Purchase | $ 35.49 | 3,501 |
| 4/24/2024 | Purchase | $ 35.23 | 1,000 |
| 4/24/2024 | Sale | $ 35.54 | 1,182 |
| 4/24/2024 | Sale | $ 34.94 | 2,500 |
| 4/24/2024 | Sale | $ 35.49 | 3,000 |
| 4/24/2024 | Sale | $ 35.23 | 3,994 |
| 4/25/2024 | Purchase | $ 34.85 | 1,000 |
| 4/25/2024 | Purchase | $ 34.49 | 3,000 |
| 4/25/2024 | Purchase | $ 34.52 | 9,000 |
| 4/25/2024 | Purchase | $ 34.47 | 5,000 |
| 4/25/2024 | Purchase | $ 34.75 | 500 |
| 4/25/2024 | Sale | $ 34.64 | 9,000 |
| 4/25/2024 | Sale | $ 34.70 | 1,000 |

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | Shares |
|---|---|---|---|
| 4/25/2024 | Sale | $ 34.84 | 3,000 |
| 4/25/2024 | Sale | $ 34.49 | 4,955 |
| 4/25/2024 | Sale | $ 34.70 | 5,000 |
| 4/26/2024 | Sale | $ 35.18 | 5,000 |
| 4/26/2024 | Sale | $ 35.40 | 500 |
| 4/29/2024 | Sale | $ 36.15 | 1,000 |
| 5/7/2024 | Sale | $ 36.58 | 1,000 |
| 5/13/2024 | Purchase | $ 35.81 | 1,500 |
| 5/13/2024 | Sale | $ 35.76 | 1,500 |
| 5/21/2024 | Purchase | $ 35.30 | 3,000 |
| 5/21/2024 | Sale | $ 35.15 | 3,000 |
| 5/21/2024 | Sale | $ 35.18 | 3,899 |
| 6/11/2024 | Purchase | $ 33.05 | 4,000 |
| 6/11/2024 | Sale | $ 32.84 | 4,000 |
| 6/13/2024 | Purchase | $ 31.77 | 5,100 |
| 6/13/2024 | Sale | $ 32.10 | 100 |
| 6/13/2024 | Sale | $ 32.18 | 5,000 |
| 6/14/2024 | Purchase | $ 31.58 | 3,000 |
| 6/14/2024 | Sale | $ 31.70 | 3,000 |
| 6/17/2024 | Purchase | $ 32.39 | 250 |
| 6/17/2024 | Sale | $ 32.72 | 148 |
| 6/17/2024 | Sale | $ 32.75 | 102 |
| 6/26/2024 | Purchase | $ 32.23 | 1,000 |
| 7/24/2024 | Purchase | $ 32.94 | 3,000 |
| 7/24/2024 | Sale | $ 32.95 | 3,000 |
| 8/5/2024 | Sale | $ 32.48 | 750 |
| 8/7/2024 | Sale | $ 32.03 | 1,756 |
| 8/9/2024 | Purchase | $ 30.72 | 10 |
| 8/9/2024 | Sale | $ 30.78 | 2,500 |
| 8/12/2024 | Purchase | $ 30.40 | 5 |
| 8/15/2024 | Purchase | $ 30.48 | 710 |
| 8/15/2024 | Sale | $ 31.65 | 710 |
| 8/16/2024 | Sale | $ 31.91 | 10 |
| 8/21/2024 | Purchase | $ 35.09 | 1,000 |
| 8/21/2024 | Sale | $ 34.29 | 20 |
| 9/4/2024 | Sale | $ 36.40 | 10 |
| 9/9/2024 | Purchase | $ 36.17 | 23,700 |
| 9/9/2024 | Purchase | $ 34.40 | 10 |
| 9/9/2024 | Purchase | $ 36.01 | 16,676 |
| 9/9/2024 | Purchase | $ 35.00 | 1,000 |
| 9/9/2024 | Sale | $ 36.35 | 9,700 |
| 9/9/2024 | Sale | $ 36.55 | 24,700 |
| 9/9/2024 | Sale | $ 36.57 | 1,000 |
| 9/10/2024 | Purchase | $ 37.28 | 29,066 |
| 9/10/2024 | Purchase | $ 36.66 | 434 |
| 9/10/2024 | Sale | $ 36.90 | 5,000 |
| 9/10/2024 | Sale | $ 36.69 | 6,976 |
| 9/10/2024 | Sale | $ 37.17 | 23,000 |
| 9/10/2024 | Sale | $ 37.95 | 6,310 |
| 9/11/2024 | Purchase | $ 38.80 | 43,649 |
| 9/11/2024 | Sale | $ 39.74 | 500 |
| 9/11/2024 | Sale | $ 38.86 | 35,809 |
| 9/11/2024 | Sale | $ 39.33 | 1,700 |

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | | Shares |
|------|-------------|-------|---|--------|
| 9/11/2024 | Sale | $ | 38.99 | 10 |
| 9/11/2024 | Sale | $ | 39.06 | 2,030 |
| 9/12/2024 | Purchase | $ | 39.73 | 1,700 |
| 9/13/2024 | Purchase | $ | 38.01 | 10 |
| 9/13/2024 | Purchase | $ | 38.63 | 250 |
| 9/13/2024 | Purchase | $ | 38.35 | 200 |
| 9/13/2024 | Sale | $ | 37.99 | 6,450 |
| 9/16/2024 | Purchase | $ | 37.75 | 3,000 |
| 9/16/2024 | Purchase | $ | 38.61 | 4,000 |
| 9/17/2024 | Purchase | $ | 39.74 | 21,500 |
| 9/17/2024 | Purchase | $ | 39.90 | 18,200 |
| 9/17/2024 | Sale | $ | 39.52 | 11,000 |
| 9/17/2024 | Sale | $ | 39.99 | 10 |
| 9/17/2024 | Sale | $ | 39.87 | 17,200 |
| 9/18/2024 | Purchase | $ | 40.02 | 2,000 |
| 9/18/2024 | Purchase | $ | 39.20 | 25 |
| 9/18/2024 | Sale | $ | 39.25 | 12,500 |
| 9/20/2024 | Purchase | $ | 38.77 | 50 |
| 9/27/2024 | Purchase | $ | 39.55 | 6,000 |
| 9/30/2024 | Purchase | $ | 40.26 | 2,500 |
| 9/30/2024 | Purchase | $ | 42.60 | 966 |
| 9/30/2024 | Sale | $ | 42.42 | 5,000 |
| 9/30/2024 | Sale | $ | 41.37 | 3,000 |
| 9/30/2024 | Sale | $ | 39.90 | 10 |
| 10/1/2024 | Purchase | $ | 43.06 | 4,119 |
| 10/1/2024 | Sale | $ | 42.00 | 8,500 |
| 10/2/2024 | Purchase | $ | 42.12 | 615 |
| 10/3/2024 | Purchase | $ | 42.03 | 100 |
| 10/14/2024 | Purchase | $ | 42.96 | 375 |
| 10/14/2024 | Purchase | $ | 43.11 | 125 |
| 10/15/2024 | Purchase | $ | 43.07 | 375 |
| 10/16/2024 | Purchase | $ | 42.79 | 125 |
| 10/16/2024 | Sale | $ | 42.99 | 500 |
| 10/17/2024 | Purchase | $ | 42.50 | 3,500 |
| 10/17/2024 | Purchase | $ | 42.02 | 250 |
| 10/17/2024 | Sale | $ | 42.48 | 250 |
| 10/18/2024 | Purchase | $ | 42.15 | 750 |
| 10/18/2024 | Sale | $ | 42.52 | 5,800 |
| 10/18/2024 | Sale | $ | 42.83 | 7,400 |
| 10/21/2024 | Sale | $ | 42.06 | 15,000 |
| 10/21/2024 | Sale | $ | 42.02 | 1,000 |
| 10/22/2024 | Purchase | $ | 41.77 | 331 |
| 10/22/2024 | Sale | $ | 41.98 | 250 |
| 10/23/2024 | Purchase | $ | 41.62 | 419 |
| 10/23/2024 | Sale | $ | 41.93 | 500 |
| 10/24/2024 | Purchase | $ | 20.11 | 300 |
| 10/24/2024 | Purchase | $ | 20.62 | 30 |
| 10/24/2024 | Purchase | $ | 19.99 | 10,000 |
| 10/24/2024 | Purchase | $ | 19.80 | 3,000 |
| 10/24/2024 | Purchase | $ | 22.02 | 714 |
| 10/24/2024 | Purchase | $ | 22.64 | 15,000 |
| 10/24/2024 | Purchase | $ | 22.27 | 1,000 |
| 10/24/2024 | Purchase | $ | 20.81 | 5,500 |

**Schedule A to Certification**
**FNY Partners Fund LP**
**August 10, 2023 - October 24, 2024**
**Capri Holdings Ltd. Common Stock (ISIN: VGG1890L1076)**

| Date | Transaction | Price | | Shares |
|------|-------------|-------|---|--------|
| 10/24/2024 | Purchase | $ | 22.83 | 16 |
| 10/24/2024 | Purchase | $ | 22.93 | 250 |
| 10/24/2024 | Sale | $ | 21.47 | 1,000 |
| 10/24/2024 | Sale | $ | 20.90 | 40 |
| 10/24/2024 | Sale | $ | 21.23 | 10,000 |
| 10/24/2024 | Sale | $ | 19.21 | 10,000 |
| 10/24/2024 | Sale | $ | 21.55 | 300 |
| 10/24/2024 | Sale | $ | 22.80 | 5,500 |
| 10/24/2024 | Sale | $ | 21.99 | 13,000 |
| 10/24/2024 | Sale | $ | 22.47 | 592 |
| 10/24/2024 | Sale | $ | 22.80 | 138 |
| 10/24/2024 | Sale | $ | 22.69 | 40,000 |