# EXHIBIT B

**Capri Holdings Limited**
**FNY Partners Fund LP - LIFO Loss**
Class Period: 08/10/23 to 10/24/24
Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/10/23 | 4,000 | $45.9700 | $183,880.00 | | | | | |
| Purchase | 08/10/23 | 1,000 | $46.0000 | $46,000.00 | | | | | |
| Purchase | 08/10/23 | 250 | $46.1500 | $11,537.50 | | | | | |
| Purchase | 08/10/23 | 251 | $54.8300 | $13,762.33 | | | | | |
| Purchase | 08/10/23 | 5,000 | $53.8600 | $269,300.00 | | | | | |
| Purchase | 08/14/23 | 600 | $52.9500 | $31,770.00 | | | | | |
| Purchase | 08/14/23 | 965 | $52.9700 | $51,116.05 | | | | | |
| Purchase | 08/14/23 | 3,935 | $53.0100 | $208,594.35 | | | | | |
| Purchase | 08/14/23 | 4,500 | $52.6300 | $236,835.00 | | | | | |
| Purchase | 08/16/23 | 5,000 | $51.7300 | $258,650.00 | | | | | |
| Purchase | 08/16/23 | 2,500 | $51.5700 | $128,925.00 | | | | | |
| Purchase | 08/22/23 | 1,000 | $51.6100 | $51,610.00 | | | | | |
| Purchase | 08/22/23 | 3,500 | $51.6400 | $180,740.00 | | | | | |
| Purchase | 08/31/23 | 2,000 | $52.4800 | $104,960.00 | | | | | |
| Purchase | 09/19/23 | 1,500 | $52.2700 | $78,405.00 | | | | | |
| Purchase | 09/25/23 | 2,500 | $52.3500 | $130,875.00 | | | | | |
| Purchase | 09/26/23 | 1,000 | $52.3400 | $52,340.00 | | | | | |
| Purchase | 10/02/23 | 1,715 | $52.3200 | $89,728.80 | | | | | |
| Purchase | 10/02/23 | 1,715 | $52.3200 | $89,728.80 | | | | | |
| Purchase | 10/03/23 | 500 | $51.9700 | $25,985.00 | | | | | |
| Purchase | 10/03/23 | 5,285 | $51.8800 | $274,185.80 | | | | | |
| Purchase | 10/03/23 | 5,285 | $51.8800 | $274,185.80 | | | | | |
| Purchase | 10/03/23 | 4,500 | $51.7300 | $232,785.00 | | | | | |
| Purchase | 10/05/23 | 1,500 | $51.3600 | $77,040.00 | | | | | |
| Purchase | 10/05/23 | 600 | $51.3200 | $30,792.00 | | | | | |
| Purchase | 10/09/23 | 949 | $51.4500 | $48,826.05 | | | | | |
| Purchase | 10/09/23 | 950 | $51.4500 | $48,877.50 | | | | | |
| Purchase | 10/10/23 | 205 | $51.3900 | $10,534.95 | | | | | |
| Purchase | 10/10/23 | 2,500 | $51.4000 | $128,500.00 | | | | | |
| Purchase | 10/10/23 | 2,500 | $51.4000 | $128,500.00 | | | | | |
| Purchase | 10/11/23 | 4,000 | $51.4400 | $205,760.00 | | | | | |
| Purchase | 10/11/23 | 1,000 | $51.4400 | $51,440.00 | | | | | |
| Purchase | 10/12/23 | 31 | $52.0000 | $1,612.00 | | | | | |
| Purchase | 10/12/23 | 500 | $51.2200 | $25,610.00 | | | | | |
| Purchase | 10/12/23 | 31 | $52.0000 | $1,612.00 | | | | | |
| Purchase | 10/12/23 | 500 | $51.2200 | $25,610.00 | | | | | |
| Purchase | 10/12/23 | 12,000 | $51.8500 | $622,200.00 | | | | | |
| Purchase | 10/12/23 | 12,000 | $51.8500 | $622,200.00 | | | | | |
| Purchase | 10/12/23 | 35 | $51.3100 | $1,795.85 | | | | | |
| Purchase | 10/13/23 | 3,000 | $51.4400 | $154,320.00 | Sale | 08/10/23 | 1,000 | $51.5100 | $51,510.00 |
| Purchase | 10/13/23 | 3,000 | $51.4400 | $154,320.00 | Sale | 08/10/23 | 540 | $53.0700 | $28,657.80 |
| Purchase | 10/18/23 | 50 | $51.5300 | $2,576.50 | Sale | 08/10/23 | 501 | $51.5200 | $25,811.52 |
| Purchase | 10/25/23 | 20 | $51.3600 | $1,027.20 | Sale | 08/10/23 | 3,460 | $52.6200 | $182,065.20 |
| Purchase | 10/27/23 | 10 | $50.9100 | $509.10 | Sale | 10/03/23 | 500 | $51.8500 | $25,925.00 |
| Purchase | 10/30/23 | 100 | $51.3800 | $5,138.00 | Sale | 10/09/23 | 180 | $51.5600 | $9,280.80 |
| Purchase | 11/01/23 | 10 | $50.7500 | $507.50 | Sale | 10/09/23 | 181 | $51.5600 | $9,332.36 |
| Purchase | 11/01/23 | 3,000 | $50.8600 | $152,580.00 | Sale | 10/11/23 | 1,000 | $51.4500 | $51,450.00 |
| Purchase | 11/02/23 | 3,000 | $50.9300 | $152,790.00 | Sale | 10/11/23 | 2,000 | $52.0200 | $104,040.00 |
| Purchase | 11/07/23 | 10,950 | $48.8800 | $535,236.00 | Sale | 10/23/23 | 2,250 | $51.4100 | $115,672.50 |
| Purchase | 11/09/23 | 30 | $48.0300 | $1,440.90 | Sale | 10/23/23 | 2,250 | $51.4100 | $115,672.50 |
| Purchase | 11/09/23 | 2,200 | $47.3700 | $104,214.00 | Sale | 10/25/23 | 3,158 | $51.5800 | $162,889.64 |
| Purchase | 11/09/23 | 4,900 | $47.8400 | $234,416.00 | Sale | 10/25/23 | 3,158 | $51.5800 | $162,889.64 |
| Purchase | 11/10/23 | 500 | $46.7300 | $23,365.00 | Sale | 10/26/23 | 192 | $51.2500 | $9,840.00 |

**Capri Holdings Limited**

**FNY Partners Fund LP - LIFO Loss**

Class Period: 08/10/23 to 10/24/24

Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/12/23 | 1,500 | $49.3200 | $73,980.00 | Sale | 10/26/23 | 192 | $51.2500 | $9,840.00 |
| Purchase | 12/13/23 | 40 | $48.9900 | $1,959.60 | Sale | 10/30/23 | 100 | $51.4000 | $5,140.00 |
| Purchase | 12/21/23 | 2,000 | $50.1500 | $100,300.00 | Sale | 11/07/23 | 3,550 | $48.8700 | $173,488.50 |
| Purchase | 12/22/23 | 5,000 | $49.9800 | $249,900.00 | Sale | 11/07/23 | 2,000 | $48.6200 | $97,240.00 |
| Purchase | 01/03/24 | 1,000 | $50.1700 | $50,170.00 | Sale | 11/09/23 | 2,200 | $47.2300 | $103,906.00 |
| Purchase | 01/10/24 | 20 | $50.5800 | $1,011.60 | Sale | 11/10/23 | 1,000 | $47.1600 | $47,160.00 |
| Purchase | 01/10/24 | 5,500 | $50.6800 | $278,740.00 | Sale | 11/14/23 | 500 | $47.6500 | $23,825.00 |
| Purchase | 01/11/24 | 10 | $50.6600 | $506.60 | Sale | 12/20/23 | 10 | $49.9000 | $499.00 |
| Purchase | 01/12/24 | 15 | $50.6500 | $759.75 | Sale | 01/10/24 | 2,500 | $51.2000 | $128,000.00 |
| Purchase | 01/16/24 | 15 | $50.4300 | $756.45 | Sale | 01/10/24 | 10 | $50.9900 | $509.90 |
| Purchase | 01/17/24 | 10 | $50.5400 | $505.40 | Sale | 01/12/24 | 10 | $50.9900 | $509.90 |
| Purchase | 01/19/24 | 10 | $50.3100 | $503.10 | Sale | 01/18/24 | 13 | $50.5100 | $656.63 |
| Purchase | 01/22/24 | 15 | $50.1300 | $751.95 | Sale | 01/25/24 | 15,072 | $48.8000 | $735,513.60 |
| Purchase | 01/23/24 | 10 | $49.8600 | $498.60 | Sale | 01/26/24 | 500 | $48.5200 | $24,260.00 |
| Purchase | 01/24/24 | 10 | $49.5000 | $495.00 | Sale | 01/26/24 | 1,000 | $48.6600 | $48,660.00 |
| Purchase | 01/26/24 | 1,000 | $48.6300 | $48,630.00 | Sale | 01/31/24 | 5,715 | $48.8100 | $278,949.15 |
| Purchase | 01/31/24 | 2,754 | $48.9100 | $134,698.14 | Sale | 02/01/24 | 3,400 | $47.8400 | $162,656.00 |
| Purchase | 02/01/24 | 21 | $47.6500 | $1,000.65 | Sale | 02/08/24 | 46 | $47.4400 | $2,182.24 |
| Purchase | 02/07/24 | 2,000 | $46.9400 | $93,880.00 | Sale | 02/08/24 | 2,000 | $47.3200 | $94,640.00 |
| Purchase | 02/07/24 | 10 | $46.0500 | $460.50 | Sale | 02/12/24 | 7,500 | $46.8900 | $351,675.00 |
| Purchase | 02/08/24 | 465 | $47.3100 | $21,999.15 | Sale | 02/12/24 | 7,500 | $46.8800 | $351,600.00 |
| Purchase | 02/08/24 | 1,100 | $46.7600 | $51,436.00 | Sale | 02/12/24 | 10 | $47.4000 | $474.00 |
| Purchase | 02/08/24 | 2,000 | $46.9000 | $93,800.00 | Sale | 02/20/24 | 1,500 | $46.9400 | $70,410.00 |
| Purchase | 02/09/24 | 7,500 | $46.6300 | $349,725.00 | Sale | 02/22/24 | 5,000 | $46.4200 | $232,100.00 |
| Purchase | 02/09/24 | 2,500 | $46.6500 | $116,625.00 | Sale | 02/27/24 | 1,000 | $46.1000 | $46,100.00 |
| Purchase | 02/09/24 | 5,000 | $46.7500 | $233,750.00 | Sale | 03/20/24 | 5,000 | $46.0100 | $230,050.00 |
| Purchase | 02/13/24 | 5,000 | $47.0400 | $235,200.00 | Sale | 03/21/24 | 2,838 | $45.5000 | $129,129.00 |
| Purchase | 02/20/24 | 1,500 | $46.6900 | $70,035.00 | Sale | 04/12/24 | 1,000 | $39.5600 | $39,560.00 |
| Purchase | 02/26/24 | 5,000 | $46.4400 | $232,200.00 | Sale | 04/15/24 | 100 | $39.0100 | $3,901.00 |
| Purchase | 02/27/24 | 10 | $46.0500 | $460.50 | Sale | 04/15/24 | 1,000 | $39.5100 | $39,510.00 |
| Purchase | 03/04/24 | 10 | $45.7600 | $457.60 | Sale | 04/16/24 | 775 | $38.8900 | $30,139.75 |
| Purchase | 03/18/24 | 3,000 | $46.4800 | $139,440.00 | Sale | 04/23/24 | 300 | $37.2000 | $11,160.00 |
| Purchase | 03/21/24 | 2,838 | $45.5400 | $129,242.52 | Sale | 04/23/24 | 2,500 | $36.8100 | $92,025.00 |
| Purchase | 04/08/24 | 535 | $43.8500 | $23,459.75 | Sale | 04/24/24 | 1,182 | $35.5400 | $42,008.28 |
| Purchase | 04/10/24 | 750 | $42.4300 | $31,822.50 | Sale | 04/24/24 | 2,500 | $34.9400 | $87,350.00 |
| Purchase | 04/12/24 | 500 | $39.3700 | $19,685.00 | Sale | 04/24/24 | 3,000 | $35.4900 | $106,470.00 |
| Purchase | 04/15/24 | 1,000 | $39.5900 | $39,590.00 | Sale | 04/24/24 | 3,994 | $35.2300 | $140,708.62 |
| Purchase | 04/15/24 | 875 | $38.8600 | $34,002.50 | Sale | 04/25/24 | 9,000 | $34.6400 | $311,760.00 |
| Purchase | 04/22/24 | 256 | $38.1900 | $9,776.64 | Sale | 04/25/24 | 1,000 | $34.7000 | $34,700.00 |
| Purchase | 04/23/24 | 500 | $36.7200 | $18,360.00 | Sale | 04/25/24 | 3,000 | $34.8400 | $104,520.00 |
| Purchase | 04/23/24 | 300 | $36.8000 | $11,040.00 | Sale | 04/25/24 | 4,955 | $34.4900 | $170,897.95 |
| Purchase | 04/23/24 | 2,500 | $37.0000 | $92,500.00 | Sale | 04/25/24 | 5,000 | $34.7000 | $173,500.00 |
| Purchase | 04/24/24 | 2,000 | $35.4800 | $70,960.00 | Sale | 04/26/24 | 5,000 | $35.1800 | $175,900.00 |
| Purchase | 04/24/24 | 4,675 | $35.0800 | $163,999.00 | Sale | 04/26/24 | 500 | $35.4000 | $17,700.00 |
| Purchase | 04/24/24 | 1,000 | $35.2600 | $35,260.00 | Sale | 04/29/24 | 1,000 | $36.1500 | $36,150.00 |
| Purchase | 04/24/24 | 2,500 | $35.4500 | $88,625.00 | Sale | 05/07/24 | 1,000 | $36.5800 | $36,580.00 |
| Purchase | 04/24/24 | 3,501 | $35.4900 | $124,250.49 | Sale | 05/13/24 | 1,500 | $35.7600 | $53,640.00 |
| Purchase | 04/24/24 | 1,000 | $35.2300 | $35,230.00 | Sale | 05/21/24 | 3,000 | $35.1500 | $105,450.00 |
| Purchase | 04/25/24 | 1,000 | $34.8500 | $34,850.00 | Sale | 05/21/24 | 3,899 | $35.1800 | $137,166.82 |
| Purchase | 04/25/24 | 3,000 | $34.4900 | $103,470.00 | Sale | 06/11/24 | 4,000 | $32.8400 | $131,360.00 |
| Purchase | 04/25/24 | 9,000 | $34.5200 | $310,680.00 | Sale | 06/13/24 | 100 | $32.1000 | $3,210.00 |
| Purchase | 04/25/24 | 5,000 | $34.4700 | $172,350.00 | Sale | 06/13/24 | 5,000 | $32.1800 | $160,900.00 |
| Purchase | 04/25/24 | 500 | $34.7500 | $17,375.00 | Sale | 06/14/24 | 3,000 | $31.7000 | $95,100.00 |
| Purchase | 05/13/24 | 1,500 | $35.8100 | $53,715.00 | Sale | 06/17/24 | 148 | $32.7200 | $4,842.56 |
| Purchase | 05/21/24 | 3,000 | $35.3000 | $105,900.00 | Sale | 06/17/24 | 102 | $32.7500 | $3,340.50 |
| Purchase | 06/11/24 | 4,000 | $33.0500 | $132,200.00 | Sale | 07/24/24 | 3,000 | $32.9500 | $98,850.00 |
| Purchase | 06/13/24 | 5,100 | $31.7700 | $162,027.00 | Sale | 08/05/24 | 750 | $32.4800 | $24,360.00 |
| Purchase | 06/14/24 | 3,000 | $31.5800 | $94,740.00 | Sale | 08/07/24 | 1,756 | $32.0300 | $56,244.68 |
| Purchase | 06/17/24 | 250 | $32.3900 | $8,097.50 | Sale | 08/09/24 | 2,500 | $30.7800 | $76,950.00 |
| Purchase | 06/26/24 | 1,000 | $32.2300 | $32,230.00 | Sale | 08/15/24 | 710 | $31.6500 | $22,471.50 |
| Purchase | 07/24/24 | 3,000 | $32.9400 | $98,820.00 | Sale | 08/16/24 | 10 | $31.9100 | $319.10 |
| Purchase | 08/09/24 | 10 | $30.7200 | $307.20 | Sale | 08/21/24 | 20 | $34.2900 | $685.80 |
| Purchase | 08/12/24 | 5 | $30.4000 | $152.00 | Sale | 09/04/24 | 10 | $36.4000 | $364.00 |
| Purchase | 08/15/24 | 710 | $30.4800 | $21,640.80 | Sale | 09/09/24 | 9,700 | $36.3500 | $352,595.00 |

**Capri Holdings Limited**
**FNY Partners Fund LP - LIFO Loss**
Class Period: 08/10/23 to 10/24/24
Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/21/24 | 1,000 | $35.0900 | $35,090.00 | Sale | 09/09/24 | 24,700 | $36.5500 | $902,785.00 |
| Purchase | 09/09/24 | 23,700 | $36.1700 | $857,229.00 | Sale | 09/09/24 | 1,000 | $36.5700 | $36,570.00 |
| Purchase | 09/09/24 | 10 | $34.4000 | $344.00 | Sale | 09/10/24 | 5,000 | $36.9000 | $184,500.00 |
| Purchase | 09/09/24 | 16,676 | $36.0100 | $600,502.76 | Sale | 09/10/24 | 6,976 | $36.6900 | $255,949.44 |
| Purchase | 09/09/24 | 1,000 | $35.0000 | $35,000.00 | Sale | 09/10/24 | 23,000 | $37.1700 | $854,910.00 |
| Purchase | 09/10/24 | 29,066 | $37.2800 | $1,083,580.48 | Sale | 09/10/24 | 6,310 | $37.9500 | $239,464.50 |
| Purchase | 09/10/24 | 434 | $36.6600 | $15,910.44 | Sale | 09/11/24 | 500 | $39.7400 | $19,870.00 |
| Purchase | 09/11/24 | 43,649 | $38.8000 | $1,693,581.20 | Sale | 09/11/24 | 35,809 | $38.8600 | $1,391,537.74 |
| Purchase | 09/12/24 | 1,700 | $39.7300 | $67,541.00 | Sale | 09/11/24 | 1,700 | $39.3300 | $66,861.00 |
| Purchase | 09/13/24 | 10 | $38.0100 | $380.10 | Sale | 09/11/24 | 10 | $38.9900 | $389.90 |
| Purchase | 09/13/24 | 250 | $38.6300 | $9,657.50 | Sale | 09/11/24 | 2,030 | $39.0600 | $79,291.80 |
| Purchase | 09/13/24 | 200 | $38.3500 | $7,670.00 | Sale | 09/13/24 | 6,450 | $37.9900 | $245,035.50 |
| Purchase | 09/16/24 | 3,000 | $37.7500 | $113,250.00 | Sale | 09/17/24 | 11,000 | $39.5200 | $434,720.00 |
| Purchase | 09/16/24 | 4,000 | $38.6100 | $154,440.00 | Sale | 09/17/24 | 10 | $39.9900 | $399.90 |
| Purchase | 09/17/24 | 21,500 | $39.7400 | $854,410.00 | Sale | 09/17/24 | 17,200 | $39.8700 | $685,764.00 |
| Purchase | 09/17/24 | 18,200 | $39.9000 | $726,180.00 | Sale | 09/18/24 | 12,500 | $39.2500 | $490,625.00 |
| Purchase | 09/18/24 | 2,000 | $40.0200 | $80,040.00 | Sale | 09/30/24 | 5,000 | $42.4200 | $212,100.00 |
| Purchase | 09/18/24 | 25 | $39.2000 | $980.00 | Sale | 09/30/24 | 3,000 | $41.3700 | $124,110.00 |
| Purchase | 09/20/24 | 50 | $38.7700 | $1,938.50 | Sale | 09/30/24 | 10 | $39.9000 | $399.00 |
| Purchase | 09/27/24 | 6,000 | $39.5500 | $237,300.00 | Sale | 10/01/24 | 8,500 | $42.0000 | $357,000.00 |
| Purchase | 09/30/24 | 2,500 | $40.2600 | $100,650.00 | Sale | 10/16/24 | 500 | $42.9900 | $21,495.00 |
| Purchase | 09/30/24 | 966 | $42.6000 | $41,151.60 | Sale | 10/17/24 | 250 | $42.4800 | $10,620.00 |
| Purchase | 10/01/24 | 4,119 | $43.0600 | $177,364.14 | Sale | 10/18/24 | 5,800 | $42.5200 | $246,616.00 |
| Purchase | 10/02/24 | 615 | $42.1200 | $25,903.80 | Sale | 10/18/24 | 7,400 | $42.8300 | $316,942.00 |
| Purchase | 10/03/24 | 100 | $42.0300 | $4,203.00 | Sale | 10/21/24 | 15,000 | $42.0600 | $630,900.00 |
| Purchase | 10/14/24 | 375 | $42.9600 | $16,110.00 | Sale | 10/21/24 | 1,000 | $42.0200 | $42,020.00 |
| Purchase | 10/14/24 | 125 | $43.1100 | $5,388.75 | Sale | 10/22/24 | 250 | $41.9800 | $10,495.00 |
| Purchase | 10/15/24 | 375 | $43.0700 | $16,151.25 | Sale | 10/23/24 | 500 | $41.9300 | $20,965.00 |
| Purchase | 10/16/24 | 125 | $42.7900 | $5,348.75 | Sale* | 10/24/24 | 4,030 | $21.9900 | $88,619.70 |
| Purchase | 10/17/24 | 3,500 | $42.5000 | $148,750.00 | Sale* | 10/24/24 | 592 | $22.4700 | $13,302.24 |
| Purchase | 10/17/24 | 250 | $42.0200 | $10,505.00 | Sale* | 10/24/24 | 138 | $22.8000 | $3,146.40 |
| Purchase | 10/18/24 | 750 | $42.1500 | $31,612.50 | Sale* | 10/24/24 | 40,000 | $22.6900 | $907,600.00 |
| Purchase | 10/22/24 | 331 | $41.7700 | $13,825.87 | | | | | |
| Purchase | 10/23/24 | 419 | $41.6200 | $17,438.78 | Retained | | 11,710 | $21.5761 | $252,656.15 |
| | | **434,422** | | **$18,629,671.89** | | | **434,422** | | **$16,534,261.71** |

**LIFO Gain/(Loss) for FNY Partners Fund LP - LIFO Loss**   **($2,095,410.18)**

*\* Post Class Period sales matched to Class Period purchases; applies the higher of 1) the actual sale price, or 2) the average close price from the end of the Class Period through the date of sale. Sales on October 24, 2024, were afterhours sales following the corrective disclosure.*

**Capri Holdings Limited**
**FNY Partners Fund LP - FIFO Loss**
Class Period: 08/10/23 to 10/24/24
Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-Class Period Holdings | | 0 | | | | | | | |
| | | | | | | | 0 | | $0.00 |
| | | | | | Applied to Pre-Class Holdings: | | 0 | | $0.00 |
| Purchase | 08/10/23 | 4,000 | $45.9700 | $183,880.00 | | | | | |
| Purchase | 08/10/23 | 1,000 | $46.0000 | $46,000.00 | | | | | |
| Purchase | 08/10/23 | 250 | $46.1500 | $11,537.50 | | | | | |
| Purchase | 08/10/23 | 251 | $54.8300 | $13,762.33 | | | | | |
| Purchase | 08/10/23 | 5,000 | $53.8600 | $269,300.00 | | | | | |
| Purchase | 08/14/23 | 600 | $52.9500 | $31,770.00 | | | | | |
| Purchase | 08/14/23 | 965 | $52.9700 | $51,116.05 | | | | | |
| Purchase | 08/14/23 | 3,935 | $53.0100 | $208,594.35 | | | | | |
| Purchase | 08/14/23 | 4,500 | $52.6300 | $236,835.00 | | | | | |
| Purchase | 08/16/23 | 5,000 | $51.7300 | $258,650.00 | | | | | |
| Purchase | 08/16/23 | 2,500 | $51.5700 | $128,925.00 | | | | | |
| Purchase | 08/22/23 | 1,000 | $51.6100 | $51,610.00 | | | | | |
| Purchase | 08/22/23 | 3,500 | $51.6400 | $180,740.00 | | | | | |
| Purchase | 08/31/23 | 2,000 | $52.4800 | $104,960.00 | | | | | |
| Purchase | 09/19/23 | 1,500 | $52.2700 | $78,405.00 | | | | | |
| Purchase | 09/25/23 | 2,500 | $52.3500 | $130,875.00 | | | | | |
| Purchase | 09/26/23 | 1,000 | $52.3400 | $52,340.00 | | | | | |
| Purchase | 10/02/23 | 1,715 | $52.3200 | $89,728.80 | | | | | |
| Purchase | 10/02/23 | 1,715 | $52.3200 | $89,728.80 | | | | | |
| Purchase | 10/03/23 | 500 | $51.9700 | $25,985.00 | | | | | |
| Purchase | 10/03/23 | 5,285 | $51.8800 | $274,185.80 | | | | | |
| Purchase | 10/03/23 | 5,285 | $51.8800 | $274,185.80 | | | | | |
| Purchase | 10/03/23 | 4,500 | $51.7300 | $232,785.00 | | | | | |
| Purchase | 10/05/23 | 1,500 | $51.3600 | $77,040.00 | | | | | |
| Purchase | 10/05/23 | 600 | $51.3200 | $30,792.00 | | | | | |
| Purchase | 10/09/23 | 949 | $51.4500 | $48,826.05 | | | | | |
| Purchase | 10/09/23 | 950 | $51.4500 | $48,877.50 | | | | | |
| Purchase | 10/10/23 | 205 | $51.3900 | $10,534.95 | | | | | |
| Purchase | 10/10/23 | 2,500 | $51.4000 | $128,500.00 | | | | | |
| Purchase | 10/10/23 | 2,500 | $51.4000 | $128,500.00 | | | | | |
| Purchase | 10/11/23 | 4,000 | $51.4400 | $205,760.00 | | | | | |
| Purchase | 10/11/23 | 1,000 | $51.4400 | $51,440.00 | | | | | |
| Purchase | 10/12/23 | 31 | $52.0000 | $1,612.00 | | | | | |
| Purchase | 10/12/23 | 500 | $51.2200 | $25,610.00 | Sale | 08/10/23 | 1,000 | $51.5100 | $51,510.00 |
| Purchase | 10/12/23 | 31 | $52.0000 | $1,612.00 | Sale | 08/10/23 | 540 | $53.0700 | $28,657.80 |
| Purchase | 10/12/23 | 500 | $51.2200 | $25,610.00 | Sale | 08/10/23 | 501 | $51.5200 | $25,811.52 |
| Purchase | 10/12/23 | 12,000 | $51.8500 | $622,200.00 | Sale | 08/10/23 | 3,460 | $52.6200 | $182,065.20 |
| Purchase | 10/12/23 | 12,000 | $51.8500 | $622,200.00 | Sale | 10/03/23 | 500 | $51.8500 | $25,925.00 |
| Purchase | 10/12/23 | 35 | $51.3100 | $1,795.85 | Sale | 10/09/23 | 180 | $51.5600 | $9,280.80 |
| Purchase | 10/13/23 | 3,000 | $51.4400 | $154,320.00 | Sale | 10/09/23 | 181 | $51.5600 | $9,332.36 |
| Purchase | 10/13/23 | 3,000 | $51.4400 | $154,320.00 | Sale | 10/11/23 | 1,000 | $51.4500 | $51,450.00 |
| Purchase | 10/18/23 | 50 | $51.5300 | $2,576.50 | Sale | 10/11/23 | 2,000 | $52.0200 | $104,040.00 |
| Purchase | 10/25/23 | 20 | $51.3600 | $1,027.20 | Sale | 10/23/23 | 2,250 | $51.4100 | $115,672.50 |
| Purchase | 10/27/23 | 10 | $50.9100 | $509.10 | Sale | 10/23/23 | 2,250 | $51.4100 | $115,672.50 |
| Purchase | 10/30/23 | 100 | $51.3800 | $5,138.00 | Sale | 10/25/23 | 3,158 | $51.5800 | $162,889.64 |
| Purchase | 11/01/23 | 10 | $50.7500 | $507.50 | Sale | 10/25/23 | 3,158 | $51.5800 | $162,889.64 |
| Purchase | 11/01/23 | 3,000 | $50.8600 | $152,580.00 | Sale | 10/26/23 | 192 | $51.2500 | $9,840.00 |
| Purchase | 11/02/23 | 3,000 | $50.9300 | $152,790.00 | Sale | 10/26/23 | 192 | $51.2500 | $9,840.00 |
| Purchase | 11/07/23 | 10,950 | $48.8800 | $535,236.00 | Sale | 10/30/23 | 100 | $51.4000 | $5,140.00 |
| Purchase | 11/09/23 | 30 | $48.0300 | $1,440.90 | Sale | 11/07/23 | 3,550 | $48.8700 | $173,488.50 |
| Purchase | 11/09/23 | 2,200 | $47.3700 | $104,214.00 | Sale | 11/07/23 | 2,000 | $48.6200 | $97,240.00 |
| Purchase | 11/09/23 | 4,900 | $47.8400 | $234,416.00 | Sale | 11/09/23 | 2,200 | $47.2300 | $103,906.00 |
| Purchase | 11/10/23 | 500 | $46.7300 | $23,365.00 | Sale | 11/10/23 | 1,000 | $47.1600 | $47,160.00 |

**Capri Holdings Limited**

**FNY Partners Fund LP - FIFO Loss**

Class Period: 08/10/23 to 10/24/24

Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/12/23 | 1,500 | $49.3200 | $73,980.00 | Sale | 11/14/23 | 500 | $47.6500 | $23,825.00 |
| Purchase | 12/13/23 | 40 | $48.9900 | $1,959.60 | Sale | 12/20/23 | 10 | $49.9000 | $499.00 |
| Purchase | 12/21/23 | 2,000 | $50.1500 | $100,300.00 | Sale | 01/10/24 | 2,500 | $51.2000 | $128,000.00 |
| Purchase | 12/22/23 | 5,000 | $49.9800 | $249,900.00 | Sale | 01/10/24 | 10 | $50.9900 | $509.90 |
| Purchase | 01/03/24 | 1,000 | $50.1700 | $50,170.00 | Sale | 01/12/24 | 10 | $50.9900 | $509.90 |
| Purchase | 01/10/24 | 20 | $50.5800 | $1,011.60 | Sale | 01/18/24 | 13 | $50.5100 | $656.63 |
| Purchase | 01/10/24 | 5,500 | $50.6800 | $278,740.00 | Sale | 01/25/24 | 15,072 | $48.8000 | $735,513.60 |
| Purchase | 01/11/24 | 10 | $50.6600 | $506.60 | Sale | 01/26/24 | 500 | $48.5200 | $24,260.00 |
| Purchase | 01/12/24 | 15 | $50.6500 | $759.75 | Sale | 01/26/24 | 1,000 | $48.6600 | $48,660.00 |
| Purchase | 01/16/24 | 15 | $50.4300 | $756.45 | Sale | 01/31/24 | 5,715 | $48.8100 | $278,949.15 |
| Purchase | 01/17/24 | 10 | $50.5400 | $505.40 | Sale | 02/01/24 | 3,400 | $47.8400 | $162,656.00 |
| Purchase | 01/19/24 | 10 | $50.3100 | $503.10 | Sale | 02/08/24 | 46 | $47.4400 | $2,182.24 |
| Purchase | 01/22/24 | 15 | $50.1300 | $751.95 | Sale | 02/08/24 | 2,000 | $47.3200 | $94,640.00 |
| Purchase | 01/23/24 | 10 | $49.8600 | $498.60 | Sale | 02/12/24 | 7,500 | $46.8900 | $351,675.00 |
| Purchase | 01/24/24 | 10 | $49.5000 | $495.00 | Sale | 02/12/24 | 7,500 | $46.8800 | $351,600.00 |
| Purchase | 01/26/24 | 1,000 | $48.6300 | $48,630.00 | Sale | 02/12/24 | 10 | $47.4000 | $474.00 |
| Purchase | 01/31/24 | 2,754 | $48.9100 | $134,698.14 | Sale | 02/20/24 | 1,500 | $46.9400 | $70,410.00 |
| Purchase | 02/01/24 | 21 | $47.6500 | $1,000.65 | Sale | 02/22/24 | 5,000 | $46.4200 | $232,100.00 |
| Purchase | 02/07/24 | 2,000 | $46.9400 | $93,880.00 | Sale | 02/27/24 | 1,000 | $46.1000 | $46,100.00 |
| Purchase | 02/07/24 | 10 | $46.0500 | $460.50 | Sale | 03/20/24 | 5,000 | $46.0100 | $230,050.00 |
| Purchase | 02/08/24 | 465 | $47.3100 | $21,999.15 | Sale | 03/21/24 | 2,838 | $45.5000 | $129,129.00 |
| Purchase | 02/08/24 | 1,100 | $46.7600 | $51,436.00 | Sale | 04/12/24 | 1,000 | $39.5600 | $39,560.00 |
| Purchase | 02/08/24 | 2,000 | $46.9000 | $93,800.00 | Sale | 04/15/24 | 100 | $39.0100 | $3,901.00 |
| Purchase | 02/09/24 | 7,500 | $46.6300 | $349,725.00 | Sale | 04/15/24 | 1,000 | $39.5100 | $39,510.00 |
| Purchase | 02/09/24 | 2,500 | $46.6500 | $116,625.00 | Sale | 04/16/24 | 775 | $38.8900 | $30,139.75 |
| Purchase | 02/09/24 | 5,000 | $46.7500 | $233,750.00 | Sale | 04/23/24 | 300 | $37.2000 | $11,160.00 |
| Purchase | 02/13/24 | 5,000 | $47.0400 | $235,200.00 | Sale | 04/23/24 | 2,500 | $36.8100 | $92,025.00 |
| Purchase | 02/20/24 | 1,500 | $46.6900 | $70,035.00 | Sale | 04/24/24 | 1,182 | $35.5400 | $42,008.28 |
| Purchase | 02/26/24 | 5,000 | $46.4400 | $232,200.00 | Sale | 04/24/24 | 2,500 | $34.9400 | $87,350.00 |
| Purchase | 02/27/24 | 10 | $46.0500 | $460.50 | Sale | 04/24/24 | 3,000 | $35.4900 | $106,470.00 |
| Purchase | 03/04/24 | 10 | $45.7600 | $457.60 | Sale | 04/24/24 | 3,994 | $35.2300 | $140,708.62 |
| Purchase | 03/18/24 | 3,000 | $46.4800 | $139,440.00 | Sale | 04/25/24 | 9,000 | $34.6400 | $311,760.00 |
| Purchase | 03/21/24 | 2,838 | $45.5400 | $129,242.52 | Sale | 04/25/24 | 1,000 | $34.7000 | $34,700.00 |
| Purchase | 04/08/24 | 535 | $43.8500 | $23,459.75 | Sale | 04/25/24 | 3,000 | $34.8400 | $104,520.00 |
| Purchase | 04/10/24 | 750 | $42.4300 | $31,822.50 | Sale | 04/25/24 | 4,955 | $34.4900 | $170,897.95 |
| Purchase | 04/12/24 | 500 | $39.3700 | $19,685.00 | Sale | 04/25/24 | 5,000 | $34.7000 | $173,500.00 |
| Purchase | 04/15/24 | 1,000 | $39.5900 | $39,590.00 | Sale | 04/26/24 | 5,000 | $35.1800 | $175,900.00 |
| Purchase | 04/15/24 | 875 | $38.8600 | $34,002.50 | Sale | 04/26/24 | 500 | $35.4000 | $17,700.00 |
| Purchase | 04/22/24 | 256 | $38.1900 | $9,776.64 | Sale | 04/29/24 | 1,000 | $36.1500 | $36,150.00 |
| Purchase | 04/23/24 | 500 | $36.7200 | $18,360.00 | Sale | 05/07/24 | 1,000 | $36.5800 | $36,580.00 |
| Purchase | 04/23/24 | 300 | $36.8000 | $11,040.00 | Sale | 05/13/24 | 1,500 | $35.7600 | $53,640.00 |
| Purchase | 04/23/24 | 2,500 | $37.0000 | $92,500.00 | Sale | 05/21/24 | 3,000 | $35.1500 | $105,450.00 |
| Purchase | 04/24/24 | 2,000 | $35.4800 | $70,960.00 | Sale | 05/21/24 | 3,899 | $35.1800 | $137,166.82 |
| Purchase | 04/24/24 | 4,675 | $35.0800 | $163,999.00 | Sale | 06/11/24 | 4,000 | $32.8400 | $131,360.00 |
| Purchase | 04/24/24 | 1,000 | $35.2600 | $35,260.00 | Sale | 06/13/24 | 100 | $32.1000 | $3,210.00 |
| Purchase | 04/24/24 | 2,500 | $35.4500 | $88,625.00 | Sale | 06/13/24 | 5,000 | $32.1800 | $160,900.00 |
| Purchase | 04/24/24 | 3,501 | $35.4900 | $124,250.49 | Sale | 06/14/24 | 3,000 | $31.7000 | $95,100.00 |
| Purchase | 04/24/24 | 1,000 | $35.2300 | $35,230.00 | Sale | 06/17/24 | 148 | $32.7200 | $4,842.56 |
| Purchase | 04/25/24 | 1,000 | $34.8500 | $34,850.00 | Sale | 06/17/24 | 102 | $32.7500 | $3,340.50 |
| Purchase | 04/25/24 | 3,000 | $34.4900 | $103,470.00 | Sale | 07/24/24 | 3,000 | $32.9500 | $98,850.00 |
| Purchase | 04/25/24 | 9,000 | $34.5200 | $310,680.00 | Sale | 08/05/24 | 750 | $32.4800 | $24,360.00 |
| Purchase | 04/25/24 | 5,000 | $34.4700 | $172,350.00 | Sale | 08/07/24 | 1,756 | $32.0300 | $56,244.68 |
| Purchase | 04/25/24 | 500 | $34.7500 | $17,375.00 | Sale | 08/09/24 | 2,500 | $30.7800 | $76,950.00 |
| Purchase | 05/13/24 | 1,500 | $35.8100 | $53,715.00 | Sale | 08/15/24 | 710 | $31.6500 | $22,471.50 |
| Purchase | 05/21/24 | 3,000 | $35.3000 | $105,900.00 | Sale | 08/16/24 | 10 | $31.9100 | $319.10 |
| Purchase | 06/11/24 | 4,000 | $33.0500 | $132,200.00 | Sale | 08/21/24 | 20 | $34.2900 | $685.80 |
| Purchase | 06/13/24 | 5,100 | $31.7700 | $162,027.00 | Sale | 09/04/24 | 10 | $36.4000 | $364.00 |
| Purchase | 06/14/24 | 3,000 | $31.5800 | $94,740.00 | Sale | 09/09/24 | 9,700 | $36.3500 | $352,595.00 |
| Purchase | 06/17/24 | 250 | $32.3900 | $8,097.50 | Sale | 09/09/24 | 24,700 | $36.5500 | $902,785.00 |
| Purchase | 06/26/24 | 1,000 | $32.2300 | $32,230.00 | Sale | 09/09/24 | 1,000 | $36.5700 | $36,570.00 |
| Purchase | 07/24/24 | 3,000 | $32.9400 | $98,820.00 | Sale | 09/10/24 | 5,000 | $36.9000 | $184,500.00 |
| Purchase | 08/09/24 | 10 | $30.7200 | $307.20 | Sale | 09/10/24 | 6,976 | $36.6900 | $255,949.44 |
| Purchase | 08/12/24 | 5 | $30.4000 | $152.00 | Sale | 09/10/24 | 23,000 | $37.1700 | $854,910.00 |
| Purchase | 08/15/24 | 710 | $30.4800 | $21,640.80 | Sale | 09/10/24 | 6,310 | $37.9500 | $239,464.50 |

**Capri Holdings Limited**
**FNY Partners Fund LP - FIFO Loss**
Class Period: 08/10/23 to 10/24/24
Lookback Price: $21.5761 (10/25/24 - 01/22/25)

| Type | Date | Shares | Price | Amount | Type | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 08/21/24 | 1,000 | $35.0900 | $35,090.00 | Sale | 09/11/24 | 500 | $39.7400 | $19,870.00 |
| Purchase | 09/09/24 | 23,700 | $36.1700 | $857,229.00 | Sale | 09/11/24 | 35,809 | $38.8600 | $1,391,537.74 |
| Purchase | 09/09/24 | 10 | $34.4000 | $344.00 | Sale | 09/11/24 | 1,700 | $39.3300 | $66,861.00 |
| Purchase | 09/09/24 | 16,676 | $36.0100 | $600,502.76 | Sale | 09/11/24 | 10 | $38.9900 | $389.90 |
| Purchase | 09/09/24 | 1,000 | $35.0000 | $35,000.00 | Sale | 09/11/24 | 2,030 | $39.0600 | $79,291.80 |
| Purchase | 09/10/24 | 29,066 | $37.2800 | $1,083,580.48 | Sale | 09/13/24 | 6,450 | $37.9900 | $245,035.50 |
| Purchase | 09/10/24 | 434 | $36.6600 | $15,910.44 | Sale | 09/17/24 | 11,000 | $39.5200 | $434,720.00 |
| Purchase | 09/11/24 | 43,649 | $38.8000 | $1,693,581.20 | Sale | 09/17/24 | 10 | $39.9900 | $399.90 |
| Purchase | 09/12/24 | 1,700 | $39.7300 | $67,541.00 | Sale | 09/17/24 | 17,200 | $39.8700 | $685,764.00 |
| Purchase | 09/13/24 | 10 | $38.0100 | $380.10 | Sale | 09/18/24 | 12,500 | $39.2500 | $490,625.00 |
| Purchase | 09/13/24 | 250 | $38.6300 | $9,657.50 | Sale | 09/30/24 | 5,000 | $42.4200 | $212,100.00 |
| Purchase | 09/13/24 | 200 | $38.3500 | $7,670.00 | Sale | 09/30/24 | 3,000 | $41.3700 | $124,110.00 |
| Purchase | 09/16/24 | 3,000 | $37.7500 | $113,250.00 | Sale | 09/30/24 | 10 | $39.9900 | $399.00 |
| Purchase | 09/16/24 | 4,000 | $38.6100 | $154,440.00 | Sale | 10/01/24 | 8,500 | $42.0000 | $357,000.00 |
| Purchase | 09/17/24 | 21,500 | $39.7400 | $854,410.00 | Sale | 10/16/24 | 500 | $42.9900 | $21,495.00 |
| Purchase | 09/17/24 | 18,200 | $39.9000 | $726,180.00 | Sale | 10/17/24 | 250 | $42.4800 | $10,620.00 |
| Purchase | 09/18/24 | 2,000 | $40.0200 | $80,040.00 | Sale | 10/18/24 | 5,800 | $42.5200 | $246,616.00 |
| Purchase | 09/18/24 | 25 | $39.2000 | $980.00 | Sale | 10/18/24 | 7,400 | $42.8300 | $316,942.00 |
| Purchase | 09/20/24 | 50 | $38.7700 | $1,938.50 | Sale | 10/21/24 | 15,000 | $42.0600 | $630,900.00 |
| Purchase | 09/27/24 | 6,000 | $39.5500 | $237,300.00 | Sale | 10/21/24 | 1,000 | $42.0200 | $42,020.00 |
| Purchase | 09/30/24 | 2,500 | $40.2600 | $100,650.00 | Sale | 10/22/24 | 250 | $41.9800 | $10,495.00 |
| Purchase | 09/30/24 | 966 | $42.6000 | $41,151.60 | Sale | 10/23/24 | 500 | $41.9300 | $20,965.00 |
| Purchase | 10/01/24 | 4,119 | $43.0600 | $177,364.14 | Sale* | 10/24/24 | 1,000 | $21.4728 | $21,472.80 |
| Purchase | 10/02/24 | 615 | $42.1200 | $25,903.80 | Sale* | 10/24/24 | 40 | $21.2600 | $850.40 |
| Purchase | 10/03/24 | 100 | $42.0300 | $4,203.00 | Sale* | 10/24/24 | 10,000 | $21.2600 | $212,600.00 |
| Purchase | 10/14/24 | 375 | $42.9600 | $16,110.00 | Sale* | 10/24/24 | 10,000 | $21.2600 | $212,600.00 |
| Purchase | 10/14/24 | 125 | $43.1100 | $5,388.75 | Sale* | 10/24/24 | 300 | $21.5512 | $6,465.36 |
| Purchase | 10/15/24 | 375 | $43.0700 | $16,151.25 | Sale* | 10/24/24 | 5,500 | $22.7958 | $125,376.90 |
| Purchase | 10/16/24 | 125 | $42.7900 | $5,348.75 | Sale* | 10/24/24 | 13,000 | $21.9946 | $285,929.80 |
| Purchase | 10/17/24 | 3,500 | $42.5000 | $148,750.00 | Sale* | 10/24/24 | 592 | $22.4749 | $13,305.14 |
| Purchase | 10/17/24 | 250 | $42.0200 | $10,505.00 | Sale* | 10/24/24 | 138 | $22.7991 | $3,146.28 |
| Purchase | 10/18/24 | 750 | $42.1500 | $31,612.50 | Sale* | 10/24/24 | 15,900 | $22.6907 | $360,782.13 |
| Purchase | 10/22/24 | 331 | $41.7700 | $13,825.87 | | | | | |
| Purchase | 10/23/24 | 419 | $41.6200 | $17,438.78 | Retained | | 0 | $21.5761 | $0.00 |
| | | **434,422** | | **$18,629,671.89** | | | **434,422** | | **$16,511,466.03** |

**FIFO Gain/(Loss) for FNY Partners Fund LP - FIFO Loss    (\$2,118,205.86)**

*\* Post Class Period sales matched to Class Period purchases; applies the higher of 1) the actual sale price, or 2) the average close price from the end of the Class Period through the date of sale. Sales on October 24, 2024, were afterhours sales following the corrective disclosure.*