# EXHIBIT C

# CPRI INVESTOR ALERT: Capri Holdings Limited Investors with Substantial Losses Have Opportunity to Lead Class Action Lawsuit



ATTORNEY ADVERTISING

NEWS PROVIDED BY
**Robbins Geller Rudman & Dowd LLP** ➔
Dec 26, 2024, 07:05 ET

SAN DIEGO, Dec. 26, 2024 /PRNewswire/ -- The law firm of **Robbins Geller Rudman & Dowd LLP** announces that purchasers of Capri Holdings Limited (NYSE: **CPRI**) stock or sellers of Capri puts between August 10, 2023 and October 24, 2024, both dates inclusive (the "Class Period"), have until February 21, 2025 to seek appointment as lead plaintiff of the *Capri* class action lawsuit. Captioned *Hurwitz v. Capri Holdings Limited*, (D. Del.), the *Capri* class action lawsuit charges Capri, Tapestry, Inc., and certain of their top executive officers with violations of the Securities Exchange Act of 1934.

**If you suffered substantial losses and wish to serve as lead plaintiff of the *Capri* class action lawsuit, please provide your information here:**

https://www.rgrdlaw.com/cases-capri-holdings-limited-class-action-lawsuit-cpri.html

You can also contact attorneys **J.C. Sanchez** or **Jennifer N. Caringal** of Robbins Geller by calling **800/449-4900** or via e-mail at **info@rgrdlaw.com**.

**CASE ALLEGATIONS**: Capri is a fashion firm that owns several fashion brands, such as Michael Kors, which is a fashion house that manufactures and sells handbags, among other things. Tapestry is similarly a fashion firm, and it owns fashion brands such as Coach and Kate Spade. Like Michael Kors, Coach and Kate Spade are fashion houses that manufacture and sell, among other things, handbags. On August 10, 2023, Capri and Tapestry jointly announced their entry into a merger agreement, pursuant to which Tapestry would purchase Capri for $57 per share in cash. The Capri acquisition would combine three close competitors: Tapestry's Coach and Kate Spade brands and Capri's Michael Kors brand.

The *Capri* class action lawsuit alleges that defendants made false and/or misleading statements and/or failed to disclose that: (i) the accessible luxury handbag market is a distinct and well-defined market within the overall handbag market and understood as such by the individual defendants, as well as by other Capri and Tapestry executives; (ii) Capri and Tapestry maintained analogous production facilities and supply chains for their accessible luxury handbags that were distinct from the production facilities and supply chains used to manufacture luxury or mass market handbags, confirming that the accessible luxury handbag market is distinct from the mass market and luxury handbag markets; (iii) Capri and Tapestry internally considered Coach and Michael Kors to be each other's closest and most direct competitors; (iv) that, conversely, Capri and Tapestry did not internally consider their handbag brands to be in direct competition with luxury handbags or mass market handbags; (v) a primary internal rationale for the Capri acquisition was to consolidate prevalent brands within the accessible luxury handbag market so as to reduce competition, increase prices, improve profit margins, and reduce consumer choice within that market; and (vi) as a result of the above, the risk of adverse regulatory actions and/or the Capri acquisition being blocked was materially higher than represented by defendants.

The *Capri* class action lawsuit further alleges that after a seven-day hearing, on October 24, 2024, Judge Jennifer L. Rochon of the U.S. District Court for the Southern District of New York granted the U.S. Federal Trade Commission's motion to preliminarily enjoin the Capri acquisition. In doing so, the court determined, among other things, that a "substantial body of compelling evidence" demonstrated that, in contrast to their public statements, defendants themselves believed that their brands were direct competitors in a well-defined "accessible luxury handbag market." On news, the price of Capri stock fell by nearly 50%.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Capri stock or sold Capri puts during the Class Period to seek appointment as lead plaintiff in the *Capri* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Capri* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Capri* class action lawsuit. An investor's ability to share in any potential future recovery of the *Capri* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER**: Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities fraud cases. Our Firm has been #1 in the ISS Securities Class Action Services rankings for six out of the last ten years for securing the most monetary relief for investors. We recovered $6.6 billion for investors in securities-related class action cases – over $2.2 billion more than any other law firm in the last four years. With 200 lawyers in 10 offices, Robbins Geller is one of the largest plaintiffs' firms in the world and the Firm's attorneys have obtained many of the largest securities class action recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig.* Please visit the following page for more information:

**https://www.rgrdlaw.com/services-litigation-securities-fraud.html**

Past results do not guarantee future outcomes.

Services may be performed by attorneys in any of our offices.

Contact:
Robbins Geller Rudman & Dow d LLP
J.C. Sanchez, Jennifer N. Caringal
655 W. Broadw ay, Suite 1900, San Diego, CA 92101
800-449-4900
**info@rgrdlaw .com**

SOURCE Robbins Geller Rudman & Dowd LLP

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+** | **9k+** | **270k+** |
|:---:|:---:|:---:|
| **Newsrooms &** | **Digital Media** | **Journalists** |
| **Influencers** | **Outlets** | **Opted In** |