IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>      Defendants. | C.A. No.  1:24-cv-01410-MN<br><br>Hon. Judge Maryellen Noreika<br><br><u>CLASS ACTION</u> |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>      Defendants. | C.A. No.  1:25-cv-00116-MN |

**MOTION OF LEANDRO ROMAN ALVAREZ OSUNA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

Leandro Roman Alvarez Osuna ("Alvarez Osuna") hereby respectfully moves this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Alvarez Osuna as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors other than the above-captioned defendants that purchased Capri Holdings Limited ("Capri") stock or sold Capri puts between August 10, 2023 and October 24, 2024, inclusive; and (3) approving proposed Lead Plaintiff Alvarez Osuna's selection of Pomerantz LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the Class.

In support of this motion, Alvarez Osuna respectfully submits herewith the accompanying Opening Brief, Declaration of Ryan M. Ernst, and exhibits appended thereto.

Dated:  February 21, 2025                    Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

2

*Counsel for Lead Plaintiff Movant Leandro
Roman Alvarez Osuna and Proposed
Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice application forthcoming*)
J. Alexander Hood II
(*pro hac vice application forthcoming*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Leandro
Roman Alvarez Osuna and Proposed Lead
Counsel for the Class*

3

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

This motion has been filed pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).  The PSLRA provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Alvarez Osuna has no way of knowing who the competing lead plaintiff candidates are at this time.  As a result, counsel for Alvarez Osuna has been unable to confer with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully requests that the conference requirement of Local Rule 7.1.1 be waived for this motion.

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

February 21, 2025

4