IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>　　　　　　　Defendants. | Case No. 24-cv-1410-MN<br><br><br>CLASS ACTION |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>　　　　　　　Defendants. | Case No. 25-cv-116-MN<br><br><br>CLASS ACTION |

**DECLARATION OF MICHAEL J. FARNAN IN SUPPORT OF FNY PARTNERS FUND LP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF SELECTION OF COUNSEL AND CONSOLIDATION OF RELATED ACTIONS**

I, Michael J. Farnan, declare as follows:

1.　　I am a member in good standing of the bar of the State of Delaware and of this Court. I am a partner at the law firm of Farnan LLP ("Farnan"). I submit this Declaration in support of FNY Partners Fund LP's ("FNY") Motion for appointment as Lead Plaintiff, approval of its selection of Entwistle & Cappucci LLP ("Entwistle & Cappucci") to serve as

Lead Counsel for the Class and Chair of an Executive Committee consisting of Robbins Geller

Rudman & Dowd LLP and Saxena White P.A., and Farnan as Liaison Counsel for the

proposed Class, and consolidation of all related actions.  I have personal knowledge of the

matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Sworn certification of FNY pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    FNY's estimated financial interest, prepared by counsel;

Exhibit C:    Notice of the pendency of *David R. Hurwitz v. Capri Holdings Ltd.*, No. 1:24-cv-01410-MN (D. Del.), published on December 23, 2024, in *GlobeNewswire*;

Exhibit D:    Firm resume of Entwistle & Cappucci LLP;

Exhibit E:    Firm resume of Robbins Geller Rudman & Dowd LLP;

Exhibit F:    Firm resume of Saxena White P.A.; and

Exhibit G:    Firm resume of Farnan LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of

my knowledge.

Executed this 21st day of February 2025.

*/s/ Michael J. Farnan*
Michael J. Farnan (Bar No. 5165)