**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:24-cv-01410-MN |
| Plaintiff, | |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated, | Case No. 1:25-cv-00116-MN |
| Plaintiff, | |
| v. | |
| CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the Motion of Byungjoon Jeon for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Capri Holdings Limited Securities Litigation*, Master File No. 1:24-cv-01410-MN;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Byungjoon Jeon as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel and Phillips, McLaughlin & Hall, P.A. as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2025            _____
                                          HON. MARYELLEN NOREIKA
                                          UNITED STATES DISTRICT JUDGE

1