IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | C.A. No. 1:24-cv-01410-MN<br><br>Hon. Judge Maryellen Noreika<br><br><u>CLASS ACTION</u> |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | C.A. No. 1:25-cv-00116-MN |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF MOTION OF LEANDRO ROMAN ALVAREZ OSUNA FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

I, Ryan M. Ernst, declare as follows:

1.    I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court.  I am an attorney at the law firm of Bielli & Klauder, LLC ("Bielli & Klauder"), proposed Liaison Counsel for the class.  I submit this declaration in support of the motion filed by Leandro Roman Alvarez Osuna ("Alvarez Osuna") for appointment as Lead Plaintiff and approval of his selection of Pomerantz LLP ("Pomerantz") to serve as Lead Counsel for the class and Bielli & Klauder to serve as Liaison Counsel for the class.  I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Loss chart of Alvarez Osuna; |
| Exhibit B: | Press release published over *Globe Newswire* on December 23, 2024, announcing the pendency of the first-filed of the above-captioned Related Actions |
| Exhibit C: | Shareholder Certification executed by Alvarez Osuna; |
| Exhibit D: | Declaration executed by Alvarez Osuna; |
| Exhibit E: | Firm resume of Pomerantz; and; |
| Exhibit F: | Firm resume of Bielli & Klauder. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 21, 2025, at Wilmington, Delaware.

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)