# EXHIBIT A

**Capri Holdings Limited (CPRI)**
**Class Period: August 10, 2023 to October 24, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $21.5761 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leandro Roman Alvarez Osuna | 10/17/2024 | 1,000 | $42.8000 | ($42,800) | 10/21/2024** | (2,000) | $38.0000 | $76,000 | | | | |
| Leandro Roman Alvarez Osuna | 10/17/2024 | 1,000 | $42.8100 | ($42,810) | 10/28/2024 | (1,000) | $21.3250 | $21,325 | | | | |
| Leandro Roman Alvarez Osuna | 10/21/2024 | 1,000 | $41.9800 | ($41,980) | 11/22/2024 | (100) | $20.4271 | $2,043 | | | | |
| Leandro Roman Alvarez Osuna | 10/22/2024 | 1,000 | $42.0000 | ($42,000) | 11/22/2024 | (100) | $20.4271 | $2,043 | | | | |
| Leandro Roman Alvarez Osuna | 10/23/2024 | 67 | $41.8300 | ($2,803) | 11/22/2024 | (100) | $20.4271 | $2,043 | | | | |
| Leandro Roman Alvarez Osuna | 10/23/2024 | 433 | $41.8300 | ($18,112) | 12/3/2024 | (3,000) | $20.9822 | $62,947 | | | | |
| Leandro Roman Alvarez Osuna | 10/23/2024 | 500 | $41.4800 | ($20,740) | 12/3/2024 | (1,700) | $20.9822 | $35,670 | | | | |
| Leandro Roman Alvarez Osuna | 10/23/2024 | 1,000 | $41.4900 | ($41,490) | | | | | | | | |
| Leandro Roman Alvarez Osuna | 10/24/2024 | 500 | $41.8400 | ($20,920) | | | | | | | | |
| Leandro Roman Alvarez Osuna | 10/24/2024 | 500 | $41.8900 | ($20,945) | | | | | | | | |
| Leandro Roman Alvarez Osuna | 10/24/2024 | 1,000 | $41.8900 | ($41,890) | | | | | | | | |
| **Leandro Roman Alvarez Osuna** | | **8,000** | | **($336,490)** | | **(8,000)** | | **$202,070** | **6,000** | **0** | **$0** | **($134,420)** |

*Avg Closing Prices from October 25, 2024 to January 22, 2025

**Transaction assigned from CALL options contracts.