## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. REVOISERAT, and SCOTT A. ROE, <br><br> Defendants. | Case No. 1:24-cv-01410-MN |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE, <br><br> Defendants. | Case No. 1:25-cv-00116-MN |

**NOTICE OF MOTION AND MOTION OF BYUNGJOON JEON FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Byungjoon Jeon ("Jeon") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions; (2) appointing Jeon as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (3) approving Jeon's selection of Glancy Prongay & Murray LLP as Lead Counsel and Phillips, McLaughlin & Hall, P.A. as Liaison Counsel for the proposed class; and (4) granting such other relief as the Court may deem just and proper.

In support of his motion, Jeon relies on the accompanying memorandum of law, the declaration of John C. Phillips, Jr. and exhibits thereto, and such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

### LOCAL RULE 7.1.1 CERTIFICATION

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. Consequently, counsel for Jeon have no way of knowing with certainty who, if any, the competing lead plaintiff candidates will be at this time. As a result, counsel for Jeon have been unable to conference with opposing counsel as prescribed in Local Rule 7.1.1, and respectfully request that the conference requirement of Local Rule 7.1.1 be waived for this motion. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II), Defendants do not have standing to oppose the appointment of Jeon as lead plaintiff.

1

DATED: February 21, 2025

Respectfully submitted,

**PHILLIPS, MCLAUGHLIN & HALL, P.A.**

By: */s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Email: JCP@PMHDELaw.com

*Liaison Counsel for Lead Plaintiff Movant
Byungjoon Jeon and Proposed Liaison Counsel for
the Class*

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
        clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Byungjoon Jeon
and Proposed Lead Counsel for the Class*

2