# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Capri Holdings Limited
**Ticker:** CPRI
**Class Period:** 08/10/2023 - 10/24/2024
**Name:** Byungjoon Jeon

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 8/10/2023 | 20 | $54.5000 | -$1,090.0000 | | $0.0000 | -$1,090.00 |
| 8/10/2023 | 20 | $53.9700 | -$1,079.4000 | | $0.0000 | -$1,079.40 |
| 8/10/2023 | 20 | $53.7000 | -$1,074.0000 | | $0.0000 | -$1,074.00 |
| 8/11/2023 | 20 | $53.4000 | -$1,068.0000 | | $0.0000 | -$1,068.00 |
| 9/28/2023 | 20 | $52.5900 | -$1,051.8000 | | $0.0000 | -$1,051.80 |
| 9/29/2023 | 20 | $52.7700 | -$1,055.4000 | | $0.0000 | -$1,055.40 |
| 10/2/2023 | 20 | $52.4100 | -$1,048.2000 | | $0.0000 | -$1,048.20 |
| 10/2/2023 | 20 | $52.3700 | -$1,047.4000 | | $0.0000 | -$1,047.40 |
| 10/2/2023 | 20 | $52.3100 | -$1,046.2000 | | $0.0000 | -$1,046.20 |
| 10/3/2023 | 20 | $52.2700 | -$1,045.4000 | | $0.0000 | -$1,045.40 |
| 10/4/2023 | 20 | $51.6300 | -$1,032.6000 | | $0.0000 | -$1,032.60 |
| 10/4/2023 | 20 | $51.5300 | -$1,030.6000 | | $0.0000 | -$1,030.60 |
| 10/10/2023 | 20 | $51.1700 | -$1,023.4000 | | $0.0000 | -$1,023.40 |
| 10/10/2023 | 20 | $51.1800 | -$1,023.6000 | | $0.0000 | -$1,023.60 |
| 10/10/2023 | 20 | $51.1600 | -$1,023.2000 | | $0.0000 | -$1,023.20 |
| 10/11/2023 | 20 | $52.0100 | -$1,040.2000 | | $0.0000 | -$1,040.20 |
| 10/11/2023 | 20 | $51.9700 | -$1,039.4000 | | $0.0000 | -$1,039.40 |
| 10/11/2023 | 20 | $52.0000 | -$1,040.0000 | | $0.0000 | -$1,040.00 |
| 10/11/2023 | 20 | $51.9900 | -$1,039.8000 | | $0.0000 | -$1,039.80 |
| 10/11/2023 | 20 | $51.8500 | -$1,037.0000 | | $0.0000 | -$1,037.00 |
| 10/11/2023 | 20 | $51.8650 | -$1,037.3000 | | $0.0000 | -$1,037.30 |
| 10/11/2023 | 20 | $51.8600 | -$1,037.2000 | | $0.0000 | -$1,037.20 |
| 10/12/2023 | 20 | $51.1800 | -$1,023.6000 | | $0.0000 | -$1,023.60 |
| 10/13/2023 | 20 | $51.4800 | -$1,029.6000 | | $0.0000 | -$1,029.60 |
| 10/13/2023 | 20 | $51.4000 | -$1,028.0000 | | $0.0000 | -$1,028.00 |
| 10/13/2023 | 20 | $51.4400 | -$1,028.8000 | | $0.0000 | -$1,028.80 |
| 10/18/2023 | 20 | $51.5500 | -$1,031.0000 | | $0.0000 | -$1,031.00 |
| 10/18/2023 | 20 | $51.2500 | -$1,025.0000 | | $0.0000 | -$1,025.00 |
| 10/19/2023 | 20 | $51.1700 | -$1,023.4000 | | $0.0000 | -$1,023.40 |
| 10/19/2023 | 20 | $51.0500 | -$1,021.0000 | | $0.0000 | -$1,021.00 |
| 1/3/2024 | 20 | $50.1700 | -$1,003.4000 | | $0.0000 | -$1,003.40 |
| 1/3/2024 | 20 | $50.1600 | -$1,003.2000 | | $0.0000 | -$1,003.20 |
| 1/4/2024 | 20 | $50.0500 | -$1,001.0000 | | $0.0000 | -$1,001.00 |
| 1/5/2024 | 20 | $50.2700 | -$1,005.4000 | | $0.0000 | -$1,005.40 |
| 1/5/2024 | 20 | $50.2600 | -$1,005.2000 | | $0.0000 | -$1,005.20 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/8/2024 | 20 | $50.6500 | -$1,013.0000 | | $0.0000 | -$1,013.00 |
| 1/8/2024 | 20 | $50.6200 | -$1,012.4000 | | $0.0000 | -$1,012.40 |
| 1/8/2024 | 20 | $50.4800 | -$1,009.6000 | | $0.0000 | -$1,009.60 |
| 1/8/2024 | 20 | $50.4700 | -$1,009.4000 | | $0.0000 | -$1,009.40 |
| 1/8/2024 | 20 | $50.4900 | -$1,009.8000 | | $0.0000 | -$1,009.80 |
| 1/8/2024 | 20 | $50.4700 | -$1,009.4000 | | $0.0000 | -$1,009.40 |
| 1/9/2024 | 20 | $50.3700 | -$1,007.4000 | | $0.0000 | -$1,007.40 |
| 1/9/2024 | 20 | $50.3000 | -$1,006.0000 | | $0.0000 | -$1,006.00 |
| 1/9/2024 | 20 | $50.2900 | -$1,005.8000 | | $0.0000 | -$1,005.80 |
| 1/9/2024 | 20 | $50.2700 | -$1,005.4000 | | $0.0000 | -$1,005.40 |
| 1/9/2024 | 20 | $50.2500 | -$1,005.0000 | | $0.0000 | -$1,005.00 |
| 1/10/2024 | 20 | $50.6700 | -$1,013.4000 | | $0.0000 | -$1,013.40 |
| 1/10/2024 | 20 | $50.8300 | -$1,016.6000 | | $0.0000 | -$1,016.60 |
| 1/10/2024 | 20 | $50.7600 | -$1,015.2000 | | $0.0000 | -$1,015.20 |
| 1/10/2024 | 20 | $50.6500 | -$1,013.0000 | | $0.0000 | -$1,013.00 |
| 1/10/2024 | 20 | $50.9900 | -$1,019.8000 | | $0.0000 | -$1,019.80 |
| 1/11/2024 | -20 | | $0.0000 | $52.7500 | $1,055.0000 | $1,055.00 |
| 1/11/2024 | 20 | $50.6500 | -$1,013.0000 | | $0.0000 | -$1,013.00 |
| 1/11/2024 | 19 | $50.7500 | -$964.2500 | | $0.0000 | -$964.25 |
| 1/11/2024 | 20 | $50.8700 | -$1,017.4000 | | $0.0000 | -$1,017.40 |
| 1/11/2024 | -30 | | $0.0000 | $50.8722 | $1,526.1660 | $1,526.17 |
| 1/11/2024 | 20 | $50.8900 | -$1,017.8000 | | $0.0000 | -$1,017.80 |
| 1/11/2024 | 20 | $50.9000 | -$1,018.0000 | | $0.0000 | -$1,018.00 |
| 1/11/2024 | 20 | $50.9800 | -$1,019.6000 | | $0.0000 | -$1,019.60 |
| 1/11/2024 | 20 | $50.9490 | -$1,018.9800 | | $0.0000 | -$1,018.98 |
| 1/11/2024 | 20 | $50.9700 | -$1,019.4000 | | $0.0000 | -$1,019.40 |
| 1/12/2024 | 20 | $50.6300 | -$1,012.6000 | | $0.0000 | -$1,012.60 |
| 1/12/2024 | 20 | $50.5700 | -$1,011.4000 | | $0.0000 | -$1,011.40 |
| 1/12/2024 | 20 | $50.8400 | -$1,016.8000 | | $0.0000 | -$1,016.80 |
| 1/12/2024 | 20 | $50.6200 | -$1,012.4000 | | $0.0000 | -$1,012.40 |
| 1/16/2024 | 20 | $50.4400 | -$1,008.8000 | | $0.0000 | -$1,008.80 |
| 1/16/2024 | 20 | $50.4200 | -$1,008.4000 | | $0.0000 | -$1,008.40 |
| 1/18/2024 | 20 | $50.4100 | -$1,008.2000 | | $0.0000 | -$1,008.20 |
| 1/18/2024 | 20 | $50.4700 | -$1,009.4000 | | $0.0000 | -$1,009.40 |
| 1/19/2024 | 20 | $50.2700 | -$1,005.4000 | | $0.0000 | -$1,005.40 |
| 1/19/2024 | 20 | $50.2100 | -$1,004.2000 | | $0.0000 | -$1,004.20 |
| 1/19/2024 | 20 | $50.1900 | -$1,003.8000 | | $0.0000 | -$1,003.80 |
| 1/19/2024 | 20 | $50.1500 | -$1,003.0000 | | $0.0000 | -$1,003.00 |
| 1/19/2024 | 20 | $50.2500 | -$1,005.0000 | | $0.0000 | -$1,005.00 |
| 1/19/2024 | 20 | $50.2400 | -$1,004.8000 | | $0.0000 | -$1,004.80 |
| 1/19/2024 | 20 | $50.2300 | -$1,004.6000 | | $0.0000 | -$1,004.60 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/22/2024 | 20 | $50.0700 | -$1,001.4000 | | $0.0000 | -$1,001.40 |
| 1/22/2024 | 20 | $50.0500 | -$1,001.0000 | | $0.0000 | -$1,001.00 |
| 1/22/2024 | 20 | $50.0300 | -$1,000.6000 | | $0.0000 | -$1,000.60 |
| 1/22/2024 | 20 | $49.9700 | -$999.4000 | | $0.0000 | -$999.40 |
| 1/22/2024 | 20 | $50.0400 | -$1,000.8000 | | $0.0000 | -$1,000.80 |
| 1/23/2024 | 20 | $49.8500 | -$997.0000 | | $0.0000 | -$997.00 |
| 1/23/2024 | 20 | $49.6700 | -$993.4000 | | $0.0000 | -$993.40 |
| 1/23/2024 | 20 | $49.8500 | -$997.0000 | | $0.0000 | -$997.00 |
| 1/23/2024 | 20 | $49.7500 | -$995.0000 | | $0.0000 | -$995.00 |
| 1/24/2024 | 20 | $49.3700 | -$987.4000 | | $0.0000 | -$987.40 |
| 1/24/2024 | 20 | $49.3500 | -$987.0000 | | $0.0000 | -$987.00 |
| 1/24/2024 | 20 | $49.2900 | -$985.8000 | | $0.0000 | -$985.80 |
| 1/24/2024 | 20 | $49.2400 | -$984.8000 | | $0.0000 | -$984.80 |
| 1/24/2024 | 20 | $49.1980 | -$983.9600 | | $0.0000 | -$983.96 |
| 1/24/2024 | 20 | $49.1900 | -$983.8000 | | $0.0000 | -$983.80 |
| 1/24/2024 | 20 | $49.1800 | -$983.6000 | | $0.0000 | -$983.60 |
| 1/24/2024 | 20 | $49.0200 | -$980.4000 | | $0.0000 | -$980.40 |
| 1/24/2024 | 20 | $48.9900 | -$979.8000 | | $0.0000 | -$979.80 |
| 1/25/2024 | 20 | $48.7700 | -$975.4000 | | $0.0000 | -$975.40 |
| 1/25/2024 | 20 | $48.5700 | -$971.4000 | | $0.0000 | -$971.40 |
| 1/26/2024 | 20 | $48.6900 | -$973.8000 | | $0.0000 | -$973.80 |
| 1/26/2024 | 20 | $48.6500 | -$973.0000 | | $0.0000 | -$973.00 |
| 1/29/2024 | 20 | $48.6400 | -$972.8000 | | $0.0000 | -$972.80 |
| 1/29/2024 | 20 | $48.6300 | -$972.6000 | | $0.0000 | -$972.60 |
| 1/29/2024 | 20 | $48.6200 | -$972.4000 | | $0.0000 | -$972.40 |
| 1/29/2024 | 20 | $48.8800 | -$977.6000 | | $0.0000 | -$977.60 |
| 2/8/2024 | 20 | $46.5500 | -$931.0000 | | $0.0000 | -$931.00 |
| 2/8/2024 | 20 | $46.5000 | -$930.0000 | | $0.0000 | -$930.00 |
| 2/8/2024 | 20 | $46.7000 | -$934.0000 | | $0.0000 | -$934.00 |
| 2/9/2024 | 20 | $46.3400 | -$926.8000 | | $0.0000 | -$926.80 |
| 2/9/2024 | 20 | $46.7500 | -$935.0000 | | $0.0000 | -$935.00 |
| 2/12/2024 | 20 | $47.1100 | -$942.2000 | | $0.0000 | -$942.20 |
| 2/12/2024 | 20 | $47.4400 | -$948.8000 | | $0.0000 | -$948.80 |
| 2/12/2024 | 20 | $47.4400 | -$948.8000 | | $0.0000 | -$948.80 |
| 2/12/2024 | 20 | $47.4200 | -$948.4000 | | $0.0000 | -$948.40 |
| 2/12/2024 | 20 | $47.4900 | -$949.8000 | | $0.0000 | -$949.80 |
| 2/12/2024 | 20 | $47.4400 | -$948.8000 | | $0.0000 | -$948.80 |
| 2/13/2024 | 20 | $46.9900 | -$939.8000 | | $0.0000 | -$939.80 |
| 2/14/2024 | 20 | $47.3500 | -$947.0000 | | $0.0000 | -$947.00 |
| 2/15/2024 | 20 | $47.6500 | -$953.0000 | | $0.0000 | -$953.00 |
| 2/15/2024 | 20 | $47.5500 | -$951.0000 | | $0.0000 | -$951.00 |

## Financial Interest Analysis

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/16/2024 | 20 | $47.3900 | -$947.8000 | | $0.0000 | -$947.80 |
| 2/20/2024 | 20 | $46.6700 | -$933.4000 | | $0.0000 | -$933.40 |
| 2/21/2024 | 20 | $46.5700 | -$931.4000 | | $0.0000 | -$931.40 |
| 2/21/2024 | 20 | $46.5400 | -$930.8000 | | $0.0000 | -$930.80 |
| 2/26/2024 | 20 | $46.3700 | -$927.4000 | | $0.0000 | -$927.40 |
| 2/27/2024 | 20 | $46.0600 | -$921.2000 | | $0.0000 | -$921.20 |
| 2/27/2024 | 20 | $46.0700 | -$921.4000 | | $0.0000 | -$921.40 |
| 2/27/2024 | 20 | $46.3700 | -$927.4000 | | $0.0000 | -$927.40 |
| 9/17/2024 | 25 | $39.8300 | -$995.7500 | | $0.0000 | -$995.75 |
| 9/18/2024 | 25 | $39.2900 | -$982.2500 | | $0.0000 | -$982.25 |
| 9/19/2024 | 25 | $38.8500 | -$971.2500 | | $0.0000 | -$971.25 |
| 9/23/2024 | 30 | $37.9000 | -$1,137.0000 | | $0.0000 | -$1,137.00 |
| 9/23/2024 | 25 | $38.2700 | -$956.7500 | | $0.0000 | -$956.75 |
| 9/24/2024 | 25 | $38.3000 | -$957.5000 | | $0.0000 | -$957.50 |
| 9/24/2024 | 25 | $38.1700 | -$954.2500 | | $0.0000 | -$954.25 |
| 9/25/2024 | 25 | $38.2500 | -$956.2500 | | $0.0000 | -$956.25 |
| 9/27/2024 | 25 | $39.2700 | -$981.7500 | | $0.0000 | -$981.75 |
| 9/30/2024 | 25 | $39.2500 | -$981.2500 | | $0.0000 | -$981.25 |
| 9/30/2024 | 25 | $39.5700 | -$989.2500 | | $0.0000 | -$989.25 |
| 9/30/2024 | 25 | $41.3000 | -$1,032.5000 | | $0.0000 | -$1,032.50 |
| 9/30/2024 | 25 | $41.4700 | -$1,036.7500 | | $0.0000 | -$1,036.75 |
| 9/30/2024 | 25 | $42.4500 | -$1,061.2500 | | $0.0000 | -$1,061.25 |
| 10/1/2024 | 25 | $42.7800 | -$1,069.5000 | | $0.0000 | -$1,069.50 |
| 10/1/2024 | 25 | $42.1100 | -$1,052.7500 | | $0.0000 | -$1,052.75 |
| 10/1/2024 | 25 | $41.9700 | -$1,049.2500 | | $0.0000 | -$1,049.25 |
| 10/8/2024 | 25 | $42.5500 | -$1,063.7500 | | $0.0000 | -$1,063.75 |
| 10/10/2024 | 25 | $43.1300 | -$1,078.2500 | | $0.0000 | -$1,078.25 |
| 10/10/2024 | 25 | $42.8100 | -$1,070.2500 | | $0.0000 | -$1,070.25 |
| 11/25/2024 | -1,500 | | $0.0000 | $21.4500 | $32,175.0000 | $32,175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,414** | | | | **Subtotal:** | **-$108,444.82** |
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $30,508.61 |
| | | $21.5761 | | 1,414 | **Total:** | **-$77,936.22** |

<u>Notes</u>

The 90-Day Average Price used in this financial interest analysis is the average closing price between October 25, 2024 and January 22, 2025. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.