## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. REVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | Case No. 1:24-cv-01410-MN |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | Case No. 1:25-cv-00116-MN |

**DECLARATION OF JOHN C. PHILLIPS, JR. IN SUPPORT OF THE MOTION OF BYUNGJOON JEON FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL**

I, John C. Phillips, Jr., hereby declare as follows:

1.      I am a partner with the law firm of Phillips, McLaughlin & Hall, P.A., Liaison Counsel for Lead Plaintiff Movant Byungjoon Jeon ("Jeon") and proposed Liaison Counsel for the class in the above-captioned action. I make this declaration in support of Jeon's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published December 23, 2024 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Signed PSLRA Certification of Jeon;

Exhibit C:    Analysis of Jeon's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of February 2025.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr.

1