IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID R. HURWITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | C.A. No.  1:24-cv-01410-MN<br><br>Hon. Judge Maryellen Noreika<br><br>CLASS ACTION |
| FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,<br><br>Defendants. | C.A. No.  1:25-cv-00116-MN |

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1

On February 21, 2025, Leandro Roman Alvarez Osuna ("Alvarez Osuna") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Fed. R. Civ. P. 42, for an Order: (1) consolidating the above-captioned related actions; (2) appointing Alvarez Osuna as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors other than the above-captioned defendants that purchased Capri Holdings Limited ("Capri") stock or sold Capri puts between August 10, 2023 and October 24, 2024, inclusive; and (3) approving proposed Lead Plaintiff Alvarez Osuna's selection of Pomerantz LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the Class. Dkt. No. 11.

Having reviewed the competing motions before the Court, it appears that Alvarez Osuna does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. This statement of non-opposition shall have no impact on Alvarez Osuna's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated:  March 6, 2025                    Respectfully submitted,

                                       **BIELLI & KLAUDER, LLC**

                                       */s/Ryan M. Ernst*
                                       Ryan M. Ernst, Esq. (No. 4788)
                                       1204 N. King Street
                                       Wilmington, DE 19801
                                       Main: (302) 803-4600
                                       Direct: (302) 321-5411
                                       rernst@bk-legal.com

                                       *Counsel for Leandro Roman Alvarez Osuna*

                                       **POMERANTZ LLP**
                                       Jeremy A. Lieberman
                                       J. Alexander Hood II
                                       600 Third Avenue, 20th Floor
                                       New York, NY 10016
                                       Telephone: (212) 661-1100
                                       Facsimile: (917) 463-1044
                                       jalieberman@pomlaw.com
                                       ahood@pomlaw.com

                                       *Counsel for Leandro Roman Alvarez Osuna*