IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | Case No. 1:24-cv-01410-MN CLASS ACTION |

**DECLARATION OF JACOB M. PERRONE IN SUPPORT OF THE CAPRI
DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT FOR
<u>VIOLATIONS OF THE FEDERAL SECURITIES LAWS</u>**

I, Jacob M. Perrone, hereby declare as follows:

1.      I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2.      I am duly admitted to practice law in the State of Delaware. I am an attorney at the law firm of Morris, Nichols, Arsht & Tunnell LLP and counsel of record for Defendants Capri Holdings Limited, John D. Idol, and Thomas J. Edwards, Jr.

3.      Attached hereto as **Exhibit A** is a true and correct copy of Capri's Form 8-K, dated August 10, 2023.

4.      Attached hereto as **Exhibit B** is a true and correct copy of Capri's Definitive Proxy Statement, dated September 20, 2023.

5.      Attached hereto as **Exhibit C** is a true and correct copy of Capri's Form 8-K, dated November 6, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Certification of Shawn Fischman, dated January 28, 2025.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Certification of David R. Hurwitz, dated December 23, 2024.

8. Attached hereto as **Exhibit F** is a true and correct copy of Capri's Form 8-K, dated November 14, 2024.

9. Attached hereto as **Exhibit G** is a true and correct copy of Capri's Form 10-Q, dated August 10, 2023.

10. Attached hereto as **Exhibit H** is a true and correct copy of Capri's Form 8-K, dated April 22, 2024.

11. Attached hereto as **Exhibit I** is a true and correct copy of Capri's Form 8-K, dated May 29, 2024.

12. Attached hereto as **Exhibit J** is a true and correct excerpted copy of Capri's Form 10-K, dated May 29, 2024.

13. Attached hereto as **Exhibit K** is a true and correct copy of Capri's Form 10-Q, dated August 8, 2024.

14. Attached hereto as **Exhibit L** is a true and correct copy of the report by TD Cowen, dated August 10, 2023.

15. Attached hereto as **Exhibit M** is a true and correct copy of the report by Guggenheim, dated November 9, 2023.

16. Attached hereto as **Exhibit N** is a true and correct copy of the Traders Fear Antitrust Risk in $8.5 Billion Deal Between Coach, Michael Kors Owners, *Bloomberg* article, dated April 15, 2024, retrieved on June 27, 2025 (https://www.bloomberg.com/news/articles/2024-04-15/traders-fear-antitrust-risk-in-8-5-billion-tapestry-capri-deal).

17. Attached hereto as **Exhibit O** is a true and correct copy of a report by UBS, dated May 9, 2024.

18.    Attached hereto as **Exhibit P** is a true and correct copy of a report by TD Cowen, dated May 10, 2024.

19.    Attached hereto as **Exhibit Q** is a true and correct copy of a report by TAG, dated May 23, 2024.

20.    Attached hereto as **Exhibit R** is a true and correct copy of a report by Morgan Stanley, dated August 15, 2024.

21.    Attached hereto as **Exhibit S** is a true and correct copy of Capri's Prospectus, dated December 15, 2011.

22.    Attached hereto as **Exhibit T** is a true and correct copy of Capri's Form 10-Q, dated February 2, 2022.

23.    Attached hereto as **Exhibit U** is a true and correct copy of Capri's Form 10-Q, dated February 8, 2024.

24.    Attached hereto as **Exhibit V** is a true and correct copy of a report by Bank of America, dated August 15, 2024.

25.    Attached hereto as **Exhibit W** is a true and correct copy of the US Watchdog Sues to Block $8.5bn Handbag Takeover, *BBC*, dated April 22, 2024, retrieved on June 27, 2025 (https://www.bbc.com/news/articles/cglv3xgmkgyo).

26.    Attached hereto as **Exhibit X** is a true and correct copy of the FTC Could Scuttle Tapestry-Capri Merger, Killing Its Ability To Compete In The Luxury Market, *Forbes*, dated    April    18,    2024,    retrieved    on    June    27,    2025 (https://www.forbes.com/sites/pamdanziger/2024/04/18/ftc-could-scuttle-tapestry-capri-merger-killing-its-ability-to-compete-in-the-luxury-market/).

27.    Attached hereto as **Exhibit Y** is a true and correct copy of the US Sues to Block $8.5 Billion Union of Coach, Michael Kors, *Bloomberg*, dated April 22, 2024, retrieved on

June 27, 2025 (https://www.bloomberg.com/news/articles/2024-04-22/us-sues-to-block-8-5-billion-marriage-of-coach-michael-kors).

28.    Attached hereto as **Exhibit Z** is a true and correct copy of the US Sues to Block Merger of Coach and Michael Kors Handbag Makers, *Reuters*, dated April 22, 2024, retrieved on June 27, 2025 (https://www.reuters.com/markets/deals/us-ftc-sues-block-85-bln-takeover-capri-by-tapestry-2024-04-22/).

29.    Attached hereto as **Exhibit AA** is a true and correct copy of the document marked as exhibit PX-2436 as introduced at the evidentiary hearing.

30.    Attached hereto as **Exhibit BB** is a true and correct copy of the document marked as exhibit DX-885 as introduced at the evidentiary hearing.

31.    Attached hereto as **Exhibit CC** is a true and correct copy of the document marked as exhibit PX-2395 as introduced at the evidentiary hearing.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2025 at Wilmington, Delaware.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jacob M. Perrone*
Jacob M. Perrone (#7250)
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200
jperrone@morrisnichols.com

*Attorney for Defendants Capri Holdings Limited,*
*John D. Idol, and Thomas J. Edwards, Jr.*