# EXHIBIT P

## TD Cowen
### a division of TD Securities

Retailing/Specialty Stores: Luxury Brands

# TAPESTRY

**TD SECURITIES (USA) LLC**

May 10, 2024

**Price: $40.37** (05/9/2024)
**Price Target: $52.00**

**BUY (1)**

**ESG SCORE: 58/100**

**Oliver Chen, CFA**
646 562 1424
oliver.chen@tdsecurities.com

**Katy Hallberg**
646 562 1321
kathryn.hallberg@tdsecurities.com

**Jonna Kim, CFA**
646 562 1419
jonna.kim@tdsecurities.com

**Neil Goh**
646 562 1322
neil.goh@tdsecurities.com

**Key Data**

| | |
|---|---|
| Symbol | NYSE: TPR |
| Beta: | 1.63 |
| 52-Week Range: | $48.55-$26.59 |
| Market Cap: | $9.3B |
| Net Debt (MM): | $1,851.8 |
| Cash/Share: | $5.56 |
| Dil. Shares Out (MM): | 234.2 |
| Enterprise Value (MM): | $11,306.5 |
| ROIC: | 15.4% |
| ROE (LTM): | 18.9% |
| BV/Share: | $11.59 |
| Dividend: | $1.35 |
| Yield: | 3.3% |

| FY (Jun) | 2023A | 2024E | 2025E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $0.79 | $0.93A | - |
| *Prior Q1* | *-* | *-* | *-* |
| Q2 | $1.36 | $1.63A | - |
| *Prior Q2* | *-* | *-* | *-* |
| Q3 | $0.78 | $0.81A | - |
| *Prior Q3* | *-* | *$0.69* | *-* |
| Q4 | $0.95 | $0.88 | - |
| *Prior Q4* | *-* | *$1.01* | *-* |
| Year | $3.88 | $4.24 | $4.73 |
| *Prior Year* | *-* | *$4.25* | *$4.66* |
| P/E | 10.4x | 9.5x | 8.5x |
| Consensus EPS | $3.88 | $4.24 | $4.55 |

Consensus source: FactSet

**Revenue (MM)**

| | | | |
|---|---|---|---|
| Year | $6,660.9 | $6,669.2 | $6,931.5 |
| *Prior Year* | *-* | *$6,712.2* | *$6,977.5* |
| EV/S | 1.7x | 1.7x | 1.6x |

**EARNINGS UPDATE**

# 3Q EPS: BRAND HEAT BEAT MARGINS

## THE TD COWEN INSIGHT

TPR reported 3Q EPS of 81c, beating the Street's 68c estimate, largely due to strong gross margin expansion at Coach, which reached it's highest 3Q gross margin in 20 years. Management lowered revenue guidance on softer trends in China & U.S., but maintained the FY24 EPS outlook. We believe management remains committed to closing the CPRI acquisition.

Coach continues to innovate around key iconic families to drive brand heat and demand against a mixed consumer backdrop. Brand heat also drives consistent handbag AUR growth through lower promotions, price increases, and mix, and therefore leading to impressive gross margin expansion of ~210bps to 77.8%. Long-term drivers for the Coach brand include further international expansion, particularly in China and Europe, as well as growing the lifestyle assortment.

**Key Highlights:** (1) Kate Spade operating margin expanded 90bps on expense management despite a -5% constant currency sales decline; (2) the company acquired 1.2mm customers with over half of the new customers being Gen Z or Millennial; and (3) Tabby continues to outperform and has doubled versus last year.

**Latest Thoughts on the CPRI Transaction:** We believe management is determined to complete the CPRI transaction given the opportunity within the Michael Kors brand specifically with a younger, more diverse customer base and brand awareness. The most compelling synergies that TPR can leverage include their expertise within building a customer data platform and store experiences. However, there are risks that the FTC may use the acquisition to try to set precedent around competitors combining. While Tapestry and Capri own meaningful market share in the handbag market, the industry is very fragmented with meaningful price elasticity given the discretionary nature of the product, and with low barriers to entry.

**Solid 3Q EPS Beat on Margin Expansion Against Lower Sales in U.S. & China**

TPR reported 3Q EPS of $0.81, which represents a 13c beat to the Street's estimate. Note, 6c of the beat was related to a marketing expense timing shift into 4Q while the remainder of the beat was on strong gross margins, particularly at Coach (80% of TPR gross profit). Total sales of $1.48bn missed the Street's $1.5bn estimate as sales in China and the U.S. declined -LSD% which represent 80% of TPR's sales mix combined. Further, SG&A deleveraged ~75bps y/y related to investments in brand, marketing, and product innovation. Total EBIT margin expanded 115bps to 16.1%, which came in well ahead of the Street's 13% estimate.

Figure 1 - TPR Constant Currency Sales Growth

| | Mix | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 1Q24 | 2Q24 | 3Q24 |
|---|---|---|---|---|---|---|---|---|
| North America | 65% | 2% | -2% | LSD% | -8% | 0% | 0% | -3% |
| Greater China | 15% | -11% | -20% | 20% | 50% | 9% | 19% | -2% |
| Other Asia | 14% | na | +DD% | >20% | 7% | na | 9% | 15% |
| Europe / RoW | 6% | na | +DD% | 4% | -13% | na | 11% | 19% |
| **Total** | | **>5%** | **-2%** | **9%** | **1%** | **2%** | **3%** | **0%** |

*Mix as of 3Q24

Source: TD Cowen, Company Data

This report is intended for mairead.o'brien@capriholdings.com. Unauthorized distribution prohibited.

**TD COWEN**
EQUITY RESEARCH

**Tapestry**
May 10, 2024

# AT A GLANCE

## Our Investment Thesis

We rate TPR Buy given: (1) prospects for EPS growth on average unit retail and gross margin increases at Coach and Kate Spade, (2) Coach Outlet strength driving new customer acquisition, especially value-oriented younger customers, and (3) further growth prospects from higher e-comm penetration and China penetration, both of which carry higher margins. We also like TPR's ability to generate sustainable FCF, each brand's international growth opportunities, and Coach's consistent performance.

## Forthcoming Catalysts

- 4Q24 EPS in August
- CPRI Acquisition closing

## Base Case Assumptions

- Long-term annual growth rate +HSD%-LDD% as brand awareness and inventory productivity increase
- Gross margin expansion with lower promotions, higher AURs
- SG&A expense reductions leading to lower SG&A dollars

## Upside Scenario

- Tapestry, Inc. revenues up +LT%
- Kate Spade & Stuart Weitzman sales improving faster than anticipated
- Gross & EBIT margin expansion beating expectations

## Downside Scenario

- Weak consumer confidence pressuring discretionary spending
- Spending by Chinese consumers falls off
- Digital channel disruptions

## Price Performance



Source: Bloomberg

## Company Description

Tapestry, Inc. is a New York-based house of modern luxury lifestyle brands that includes the Coach brand, Kate Spade New York, and Stuart Weitzman. Coach brand was founded in 1941 and has established itself as one of the most recognized fine accessories and modern luxury brands in N. America and in targeted international markets, reaching total revenue of $6.7bn in FY22. Stuart Weitzman is a leading global women's premium footwear brand that generated $318mm revenue in FY22. TPR also acquired Kate Spade in July 2017. Kate Spade is lifestyle brand known for its crisp color, graphic prints and playful sophistication. As of June 30, 2023, Coach brand operated 330 stores in N. America and 609 stores internationally; Kate Spade operated 205 stores in N. America and 192 stores abroad; and Stuart Weitzman operated 93 stores globally. All three brands also distribute product via wholesale at major department stores in the U.S. and abroad, as well as via digital flagships.

## Analyst Top Picks

|  | Ticker | Price ( 05/9/2024) | Price Target | Rating |
|---|---|---|---|---|
| Walmart | WMT | $60.44 | $68.00 | Buy |
| Costco Wholesale | COST | $779.04 | $777.00 | Buy |
| Ulta Beauty | ULTA | $396.67 | $520.00 | Buy |

**TD COWEN**
EQUITY RESEARCH

Tapestry
May 10, 2024

 **TD COWEN ESG SCORES**

**Tapestry**
NYSE: TPR

**ESG Score: 58/100**

**ESG Industry Percentile: 26th**

**Tapestry(TPR) ESG Material Category Rankings as of May 10, 2024**

| Top 3 Material ESG Categories | Dynamic Materiality ™ | Score |
|---|---|---|
| Competitive | 70% | 49 |
| Selling Practices | 6% | 33 |
| Business Ethics | 3% | 34 |



Tapestry (TPR) ESG Score History as of 05/10/2024

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.
Source: Truvalue Labs

## ESG MATERIALITY

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

## HOW ARE TD COWEN'S ESG SCORES CALCULATED?



100,000+ SOURCES ⟶ 4,500,000+ DATA POINTS *processed per month* ⟶ 300,000 SIGNALS *generated monthly* ⟶ SCREENED BY ESG FRAMEWORK ⟶ 0-100 SCORE CALCULATED

TD Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows TD Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. TD Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

**TD COWEN**
EQUITY RESEARCH

### 3Q Results by Brand

- **Coach (77% of sales):** Sales at the Coach brand grew +2% in the quarter on a constant currency basis driven by momentum in leather goods, specifically within the iconic handbag families. Gross margin expanded 210bps to reach 77.8%, which is the brand's highest 3Q gross margin in over two decades, driven by strong merchandise execution and continued AUR growth, specifically in North America. The brand saw slight SG&A deleverage of 30bps, which yielded EBIT margin expansion of 170bps to 31.7%.

- **Kate Spade (19% of sales):** Kate Spade sales fell -5% on a constant currency basis, although we note the expense management, which drove 90bps of EBIT margin expansion despite lower sales y/y. New product introductions drove customer acquisition and AUR growth in the quarter, and the brand continues to be strong in jewelry and novelty. Gross margin expanded 110bps for the brand in the quarter.

- **Stuart Weitzman (4% of sales):** Stuart Weitzman saw the greatest pressure with constant currency revenue -17% due to lower sales in the brand's key markets, North America and China. Gross margin saw -170bps of pressure due to lower sales environment. Management noted meaningfully stronger booking sales for the Fall and next year Spring seasons, which is primarily in response to more on-trend merchandise and the expansion into casual lifestyle.

### TPR Lowered FY24 Sales Outlook, but Maintained FY EPS Guide

Management lowered the sales outlook to over $6.6bn from $6.7bn originally given lower than expected results in China and the U.S. The lower revenue guidance implies 4Q sales of ~ $1.6bn or a decline of -1.8% approximately, which is approximately in-line with the reported -2% decline in 3Q. Despite the lower guidance, TPR reaffirmed the EPS outlook of $4.20-4.25 for the year, which implies ~9% adj EPS growth y/y, largely driven by gross margin expansion (guide for +230bps), partially offset by ~120bps of SG&A deleverage. Our 4Q EPS estimate goes to $0.88 from $1.01 originally.

**TD COWEN**
EQUITY RESEARCH

Tapestry
May 10, 2024

### TPR IS

| Tapestry, Inc. | FY16A | FY17A | FY18A | FY19A | FY20A | FY21A | FY22A | 1Q23A | 2Q23A | 3Q23A | 4Q23A | FY23A | 1Q24E | 2Q24E | 3Q24E | 4Q24E | FY24E | FY25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income statement | Jun-16 | Jun-17 | Jun-18 | Jun-19 | Jun-20 | Jun-21 | Jun-22 | Sep-22 | Dec-22 | Mar-23 | Jun-23 | Jun-23 | Sep-23 | Dec-23 | Mar-24 | Jun-24 | Jun-24 | Jun-25 |
| $ in MM, except per share data | | | | | | | | | | | | | | | | | | |
| Coach brand | 4,147 | 4,114 | 4,222 | 4,271 | 3,526 | 4,253 | 4,921 | 1,119 | 1,450 | 1,144 | 1,247 | 4,960 | 1,157 | 1,542 | 1,146 | 1,225 | 5,070 | 5,211 |
| Kate Spade | 0 | 0 | 1,285 | 1,367 | 1,150 | 1,210 | 1,446 | 322 | 490 | 297 | 310 | 1,419 | 303 | 460 | 281 | 305 | 1,350 | 1,456 |
| Stuart Weitzman | 345 | 374 | 374 | 389 | 286 | 283 | 318 | 65 | 85 | 68 | 63 | 282 | 53 | 82 | 56 | 59 | 250 | 265 |
| Net revenues, cont. operations | 4,492 | 4,488 | 5,880 | 6,027 | 4,961 | 5,746 | 6,685 | 1,507 | 2,025 | 1,510 | 1,620 | 6,661 | 1,513 | 2,085 | 1,482 | 1,590 | 6,670 | 6,932 |
| Cost of sales | 1,439 | 1,404 | 1,910 | 1,946 | 1,604 | 1,673 | 2,034 | 452 | 636 | 411 | 447 | 1,946 | 416 | 591 | 375 | 425 | 1,807 | 1,850 |
| SG&A | 2,276 | 2,271 | 2,978 | 3,136 | 2,919 | 2,979 | 3,432 | 800 | 971 | 872 | 899 | 3,542 | 825 | 1,017 | 868 | 906 | 3,616 | 3,749 |
| Adj. Operating income | 777 | 813 | 992 | 945 | 438 | 1,095 | 1,219 | 255 | 418 | 226 | 274 | 1,173 | 273 | 476 | 239 | 259 | 1,247 | 1,332 |
| Adj. EBITDA | | | | | 1,214 | 687 | 1,344 | 1,414 | 299 | 463 | 268 | 325 | 1,355 | 317 | 517 | 279 | 311 | 1,424 | 1,510 |
| Interest & other income (expense), net | -27 | -28 | -74 | -48 | -73 | -71 | -129 | -18 | -1 | -3 | -7 | -29 | -15 | -45 | -35 | -33 | -127 | -127 |
| Pretax income | 750 | 784 | 918 | 898 | 365 | 1,025 | 1,090 | 237 | 417 | 223 | 267 | 1,143 | 258 | 431 | 205 | 226 | 1,120 | 1,206 |
| Taxes | 173 | 179 | 158 | 149 | 94 | 184 | 207 | 41 | 87 | 37 | 43 | 207 | 42 | 99 | 47 | 52 | 240 | 241 |
| Net Income | 552 | 609 | 760 | 749 | 271 | 841 | 936 | 196 | 330 | 187 | 224 | 936 | 216 | 377 | 190 | 207 | 990 | 1,075 |
| Diluted shares | 279 | 283 | 290 | 291 | 276 | 283 | 272 | 247 | 243 | 240 | 235 | 241 | 233 | 232 | 234 | 235 | 233 | 227 |
| EPS, reported | $1.65 | $2.09 | $1.37 | $2.32 | ($2.36) | $3.19 | $3.15 | $0.79 | $1.36 | $0.78 | $0.95 | $3.88 | $0.84 | $1.39 | $0.60 | $0.74 | $3.57 | $4.25 |
| Adj. EPS | $1.98 | $2.15 | $2.64 | $2.57 | $0.97 | $2.97 | $3.44 | $0.79 | $1.36 | $0.78 | $0.95 | $3.88 | $0.93 | $1.63 | $0.81 | $0.88 | $4.24 | $4.73 |
| | | | | | | | | | | | | | | | | | | |
| Growth and ratio analysis | | | | | | | | | | | | | | | | | | |
| Coach YoY sales growth | (1%) | (1%) | 3% | 1% | (17%) | 21% | 16% | 0% | -5% | 7% | 3% | 1% | 3% | 6% | 0% | -2% | 2% | 3% |
| Kate Spade YoY sales growth | - | - | - | 4% | (14%) | 5% | 19% | 7% | -2% | -1% | -10% | (2%) | -6% | -6% | -6% | -1% | (5%) | 8% |
| Stuart Weitzman YoY sales growth | - | 9% | (0%) | 4% | (27%) | (1%) | 12% | -2% | -26% | 7% | -13% | (11%) | -19% | -4% | -18% | -6% | (11%) | 6% |
| Total Company YoY sales growth | 7% | (0%) | 31% | 3% | (18%) | 16% | 16% | 2% | (5%) | 5% | 0% | (0%) | 0% | 3% | (2%) | (2%) | 0% | 4% |
| Adj. Gross margin | 68.0% | 68.7% | 67.5% | 68.0% | 67.7% | 70.9% | 69.6% | 70.0% | 68.6% | 72.8% | 72.4% | 70.8% | 72.5% | 71.6% | 74.7% | 73.3% | 72.9% | 73.3% |
| YoY change | -167 bps | 76 bps | -119 bps | 62 bps | -38 bps | 323 bps | -132 bps | -214 bps | 53 bps | 284 bps | 353 bps | 122 bps | 251 bps | 304 bps | 194 bps | 85 bps | 212 bps | 39 bps |
| Adj. SG&A rate, excluding items | 50.7% | 50.6% | 50.7% | 52.0% | 58.8% | 51.8% | 51.3% | 53.1% | 47.9% | 57.8% | 55.5% | 53.2% | 54.5% | 50.2% | 58.6% | 57.0% | 54.2% | 54.1% |
| YoY change | -15 bps | -6 bps | 5 bps | 147 bps | 680 bps | -700 bps | -49 bps | 168 bps | 212 bps | 8 bps | 262 bps | 184 bps | 141 bps | 221 bps | 79 bps | 146 bps | 104 bps | -13 bps |
| | | | | | | | | | | | | | | | | | | |
| Adj. Operating margin, excluding items | 17.3% | 18.0% | 16.9% | 15.7% | 8.8% | 19.1% | 18.2% | 16.9% | 20.6% | 15.0% | 16.9% | 17.6% | 18.0% | 22.8% | 16.1% | 16.3% | 18.7% | 19.2% |
| YoY change | -132 bps | 78 bps | -117 bps | -118 bps | -685 bps | 1022 bps | -83 bps | -381 bps | -159 bps | 276 bps | 92 bps | -62 bps | 110 bps | 218 bps | 115 bps | -60 bps | 109 bps | 119 bps |
| EPS, reported | 13.6% | 26.8% | -34.5% | 69.3% | -201.9% | -234.9% | 277.4% | -0.3% | 18.2% | 68.5% | 27.2% | 387.3% | 5.8% | 2.6% | -23.6% | -22.2% | 671.6% | 35.0% |
| EPS, adjusted* | 3.2% | 9.0% | 22.3% | -2.3% | -62.4% | 207.6% | 15.7% | -3.7% | 2.2% | 51.7% | 21.8% | 12.7% | 17.1% | 19.9% | 3.4% | -7.5% | 9.4% | 11.5% |
| Tax rate | 23.1% | 22.8% | 17.2% | 20.9% | (4.5%) | 7.8% | 18.2% | 16.5% | 21.2% | 16.4% | 16.0% | 18.1% | 16.1% | 20.0% | 17.8% | 23.0% | 19.9% | 20.0% |

*FY17 4Q and Full-Year EPS growth adjusted to exclude 53rd week in FY16*

Source: TD Cowen.

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Luxury Brands:

Our valuation methodology is primarily based on Price-to-Earnings (P/E), followed by Enterprise Value to EBITDA (EV/EBITDA), Price-to-Free Cash Flow (P/FCF) ratios, and DCF analysis. We may also use Enterprise Value to Revenue (EV/Revs) for companies operating at depressed levels of profitability. In some cases we use probability weighed, scenario-based decision trees as a basis for devising our price targets. We incorporate the company's and its peers' historical and current valuation multiples, as well as our analysis of future growth rates, company-specific risks, return on invested capital, and other inputs from our research when devising our valuation multiples and the probabilities we assign to different scenarios when developing our price targets.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

#### Luxury Brands:

Risks to the companies in our sector include risks and uncertainties associated with the global economic environment and consumer spending, as well as general competition within the consumer and fashion products industries and fluctuating consumer demand trends, which can create variability in sales and margins. Increases in the prices of raw materials, rent, freight, labor, tariffs, or manufacturers' inability to produce goods on time or to specifications may negatively impact results. Execution flaws and the departure of certain key executives may negatively affect performance and financial results. Legal, regulatory, political, currency, and economic risks, as well as challenges to maintain favorable brand recognition, loyalty, and reputation for quality, may affect the ability to conduct business in both domestic and international markets.

### Risks To The Price Target

The turnaround effort may not progress at Kate Spade as well as hoped, resulting in a delay and risk to returning to growth. Increasing sales mix of footwear and apparel may exert downward pressure on margins. Fashion and inventory risks in handbag, accessories, outerwear, and footwear may hamper results across brands. Execution risk, related to new executives including the CEO and the head designer, may affect results. Competition from CPRI, Tory Burch and other brands, as well as the resale market, may intensify, resulting in increased market share loss.

**TD COWEN**
EQUITY RESEARCH

**Tapestry**
May 10, 2024

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| COST | Costco Wholesale |
| TPR | Tapestry |
| ULTA | Ulta Beauty |
| WMT | Walmart |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

TD Securities Inc., TD Securities (USA) LLC or its affiliates makes a market in the stock of Tapestry, Costco Wholesale, Ulta Beauty and Walmart securities.

Walmart is or has been in the past 12 months a client of TD Securities Inc., TD Securities (USA) LLC or its affiliates; TD Securities Inc., TD Securities (USA) LLC or its affiliates has provided non-investment banking securities-related services during the past 12 months.

TD Securities Inc., TD Securities (USA) LLC or its affiliates managed or co-managed a public offering of Tapestry in the past 12 months.

TD Securities Inc., TD Securities (USA) LLC or its affiliates received compensation for investment banking services from Tapestry in the past 12 months.

Tapestry is or has been in the past 12 months a client of TD Securities Inc., TD Securities (USA) LLC or its affiliates; TD Securities Inc., TD Securities (USA) LLC or its affiliates has provided investment banking services during the past 12 months.

Tapestry and Walmart is or has been in the past 12 months a client of TD Securities Inc., TD Securities (USA) LLC or its affiliates; TD Securities Inc., TD Securities (USA) LLC or its affiliates provided non-investment banking non-securities related services during the past 12 months.

TD Securities Inc., TD Securities (USA) LLC or its affiliates have received compensation in the past 12 months for products or services other than investment banking services from Tapestry and Walmart.

TD Cowen compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. TD Cowen does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to recipients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. TD Securities (USA) LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

**THIS RESEARCH REPORT WAS PRODUCED SOLELY BY TD SECURITIES (USA) LLC.**

**THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.**

"TD Securities" is a trademark of The Toronto-Dominion Bank ("TD") and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. "TD Cowen" is a division of TD Securities and represents a marketing name of certain businesses within TD Securities, including for TD Securities global research.

TD Cowen research is produced in the U.S. by TD Securities (USA) LLC, a wholly owned subsidiary of The Toronto-Dominion Bank. TD Securities (USA) LLC is a U.S. broker dealer registered with the U.S. Securities and Exchange Commission and is a member of the Financial Industry Regulatory Authority and of the Securities Investor Protection Corporation. TD Cowen research is produced in Canada by TD Securities Inc., a wholly owned subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is regulated by the Canadian Investment Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces.

This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument. Recipients of this analysis or research report are to contact the representative in their local jurisdiction with regards to any matters or questions arising from, or in connection with, the analysis or research report.

The opinions and recommendations herein do not consider individual client circumstances, objectives, financial situation, risk profile or needs and are not intended as recommendations of investment strategy. The recipients of this research report must make their own independent decisions regarding any securities discussed in this research report. In some cases, securities and other financial instruments might be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument is difficult to obtain.

This material, including any price, valuation, all opinions, estimates and other information constitute TD Cowen's judgment as of the date hereof and is subject to change without notice. The price, value of and income from any of the securities mentioned in this research report can fall as well as rise. Any market valuations contained herein are indicative values as of the time and date indicated. Such market valuations are believed to be reliable, but TD Cowen does not warrant their completeness or accuracy. Different prices and/or valuations may be available elsewhere and TD Cowen suggests that valuations from other sources be obtained for comparison purposes. Actual quotations could differ subject to market conditions and other factors.

Historic information regarding performance is not indicative of future results and investors should understand that statements regarding future prospects may not be realized. All investments entail risk, including potential loss of principal invested. Performance analysis is based on certain assumptions, the results of which may vary significantly depending on the modelling inputs assumed.

**TD COWEN**
EQUITY RESEARCH

Other than disclosures relating to TD Securities (USA) LLC, TD Securities Inc. and its affiliates, the information herein is based on sources we believe to be reliable but has not been independently verified by us and does not purport to be a complete statement or summary of the available data. No representation is made that such information is accurate in all material respects, complete or up to date. We seek to update our research reports as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals based on the research analyst's judgement.

To the extent that this research report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research reports. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research reports.

TD Cowen disclaims any and all liability relating to the information herein, including without limitation any express or implied representations or warranties for, statements contained in, and omissions from, the information. TD Cowen is not liable for any errors or omissions in such information or for any loss or damage suffered, directly or indirectly, from the use of this information. TD Cowen may have effected or may effect transactions for its own account in the securities described herein. No proposed customer or counterparty relationship is intended or implied between TD Cowen and a recipient of this document.

TD Cowen makes no representation as to any tax, accounting, legal or regulatory issues. Investors should seek their own legal, financial and tax advice regarding the appropriateness of investing in any securities or pursuing any strategies discussed herein. Investors should also carefully consider any risks involved. Any transaction entered into is in reliance only upon the investor's judgment as to financial, suitability and risk criteria. TD Securities does not hold itself out to be an advisor in these circumstances, nor do any of its representatives have the authority to do so.

The information contained herein is not intended for distribution to, or use by, any person in any state or jurisdiction where such distribution or use would be contrary to applicable law or regulation, or which would subject TD Securities to additional licensing or registration requirements.

If you would like to unsubscribe from our email distribution lists at any time, please contact your TD Securities (USA) LLC or TD Securities, Inc. Sales Contact. If you are located in Europe, Asia, Australia or New Zealand you may also unsubscribe by emailing us at Privacy.EAP@tdsecurities.com.

You can access our Privacy Policy here http://www.tdsecurities.com/tds/content/AU_PrivacyPage.

For important disclosures regarding the companies that are the subject of this research report, please contact TD Securities (USA) LLC, Research Department, 599 Lexington Avenue, 20th Floor, New York, NY 10022 or TD Securities Inc. Research Department, 66 Wellington Street West Toronto, Ontario M5K 1A2. In addition, the same important disclosures, except for the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** TD Cowen assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published TD Cowen equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

Recipients of this analysis or research report are to contact the representative in their local jurisdiction with regards to any matters or questions arising from, or in connection with, the analysis or research report.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein, or the merits of the securities described herein, and any representation to the contrary is an offence.

Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund and is regulated by Canadian Investment Regulatory Organization (CIRO).

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/ subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

**TD COWEN**
EQUITY RESEARCH

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

**United Kingdom and Europe**

TD Securities' principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. TD Securities maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within TD Securities, as well as its affiliates. Additionally, the persons who are not involved with the production of the recommendation but are reasonably expected to have access to the recommendation prior to its completion are subject to policies and procedures preventing them to trade related to expected recommendation. Research department related policies are designed to prevent, monitor, surveil and avoid appearance of conflicts of interest with respect to the persons or associated persons involved in the production of the recommendation. This research report is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. Cowen Execution Services Limited is authorized and regulated in the UK by the Financial Conduct Authority.]

The Toronto-Dominion Bank and TD Bank Europe Limited are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland. This document is prepared, issued or approved for issuance in the UK by the Toronto-Dominion Bank, TDBEL and/or in Europe by TD Global Finance unlimited company in respect of investment business. Insofar as the document is issued in or to the United Kingdom, it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Bank Europe Limited. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

In accordance with the MAR requirements, see the Investment Recommendations Disclaimer for relevant information in relation to The Toronto-Dominion Bank – London Branch, TDBEL and TD Global Finance unlimited company. https://www.tdsecurities.com/**tds**/document/MAR-IR-Disclaimer

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at May 10, 2024, 16:44ET. and disseminated at May 10, 2024, 16:44ET.

**Copyright, User Agreement and other general information related to this report.**

Copyright © 2024 The Toronto-Dominion Bank and/or its affiliates. All Rights Reserved. The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries. This research report is prepared for the exclusive use of TD Cowen clients and may not be copied, reproduced, posted, displayed, modified, redistributed, transmitted, or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. Any unauthorized use or disclosure is prohibited. Receipt and review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization.

**TD Cowen: Atlanta** 866 544 7009 **Boston** 617 946 3700 **Calgary** 403 299 8572 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Montreal** 514 289 1500 **New York** 646 562 1010 **San Francisco** 415 646 7200 **Stamford** 646 616 3000 **Toronto** 416 944 6978 **Vancouver** 604 654 3332

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**As of April 1, 2024, The Research Department of Cowen and Company, LLC merged into TD Securities (USA) LLC.**

**TD Cowen Equity Research Ratings Definitions applicable as of April 1, 2024 are as follows:**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflicts of interest, we can no longer generate what we consider a defensible rating at the current time

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**TD COWEN**
EQUITY RESEARCH

**Tapestry**
May 10, 2024

**Cowen and Company, LLC Equity Research Rating Definitions applicable from 6:00PM ET March 22, 2024**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflicts of interest, we can no longer generate what we consider a defensible rating at the current time

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**Cowen and Company, LLC Equity Research Rating Definitions applicable until 5:59PM ET March 22, 2024**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

**TD Securities, Inc. Equity Research Rating Definitions applicable from 6:00PM ET March 22, 2024**

**Buy (1):** The stock is expected to achieve total return of +15% or more over the next 12 months

**Hold (2):** The stock is expected to achieve a total return that falls between -10% to +15% over the next 12 months

**Sell (3):** The stock is expected to achieve a total return of -10% or below over the next 12 months

**Suspended (4):** Due to evolving circumstances and potential conflict of interest, we can no longer generate what we consider a defensible rating at the current time.

**Assumption:** The expected total return calculation includes annual return and forecasted dividend yield

**TD Securities, Inc. Equity Research Rating Definitions applicable until 5:59PM ET March 22, 2024**

**Action List Buy:** The stock's total return is expected to exceed a minimum of 15% (with higher thresholds for less liquid, more risky securities) over the next 12 months and it is a top pick in the Analyst's sector.

**Buy:** The stock's total return is expected to exceed a minimum of 10% (with higher thresholds for less liquid, more risky securities) over the next 12 months.

**Speculative Buy:** The stock's total return is expected to exceed a minimum of 30% over the next 12 months (with higher thresholds for less liquid securities); however, there is material event risk associated with the investment that could result in a significant loss.

**Hold:** The stock's total return is expected to be between 0% and 10%, (with higher thresholds for less liquid, more risky securities) over the next 12 months.

**Tender:** Investors are advised to tender their shares to a specific offer for the company's securities or to support a proposed combination reflecting our view that a superior offer is not forthcoming.

**Reduce:** The stock's total return is expected to be negative over the next 12 months.

**Suspended:** Due to evolving circumstances, we can no longer generate what we consider a defensible target price and rating at the current time.

**Under Review:** Our rating is under review pending additional information and/or analysis. The prior rating should not be relied on.

**Not Rated:** We do not currently produce a recommendation and a target price on this security.

## TD Cowen Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/24**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy | 834 | 66.93% | 284 | 34.05% |
| Hold | 401 | 32.18% | 86 | 21.45% |
| Sell | 11 | 0.88% | 3 | 27.27% |

TD Cowen Equity Research Rating Distribution Table does not include any subject company for which the equity research rating is currently suspended.

**TD COWEN**
EQUITY RESEARCH

Tapestry
May 10, 2024







**TD COWEN**
EQUITY RESEARCH

<span style="color:green">Tapestry</span>
May 10, 2024



**Walmart Rating History as of 05/09/2024**
powered by: BlueMatrix

**Legend for Price Chart:**

I = Initiation | 1 = Buy | 2 = Hold | 3 = Sell | 4 = Suspended | UR = Price Target Under Review | D = Discontinued Coverage | $xx = Price Target | NA = Not Available

**TD COWEN**
EQUITY RESEARCH

<span style="color:green">**Tapestry**</span>
May 10, 2024

# POINTS OF CONTACT

**Analyst Profiles**



**Oliver Chen, CFA**

New York

646 562 1424

oliver.chen@tdsecurities.com

Oliver Chen is an *II*-ranked analyst covering retailing/specialty, broadlines, department stores, & luxury goods. He has an MBA from Wharton.



**Katy Hallberg**

New York

646 562 1321

kathryn.hallberg@tdsecurities.com

Katy Hallberg is an associate on the specialty retail & broadlines/department stores team. She joined TD Cowen in 2021.



**Jonna Kim, CFA**

New York

646 562 1419

jonna.kim@tdsecurities.com

Jonna Kim covers the specialty retail & broadlines/department stores team. She joined TD Cowen in 2018 from JPMorgan Chase.



**Neil Goh**

New York

646 562 1322

neil.goh@tdsecurities.com

Neil Goh is an associate on the specialty retail & broadlines/department stores team. He joined TD Cowen in 2023 from Morgan Stanley.

**TD COWEN**
EQUITY RESEARCH

**Reaching TD Cowen**

## North American Locations

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Calgary**
36th Floor, TD Canada Trust Tower
421 - 7th Avenue, S.W.
Calgary, Alberta
T2P 4K9
403 299 8572

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**Montreal**
1 Place Ville Marie, Suite 1430
Montreal, Quebec
H3B 2B2
514 289 1500

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
800 858 9316

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Toronto**
P.O Box 1, TD Bank Tower
66 Wellington Street West
Toronto, Ontario
M5K 1A2
416 944 6978

**Vancouver**
TD Tower
700 West Georgia Street, Suite 1700
Vancouver, British Columbia
V7Y 1B6
604 654 3332

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

## International Location

**Cowen Execution Services Limited**

**London**
1 Snowden Street - 11th
Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

 **TD SECURITIES**

JDSECURITIES.COM

# EXHIBIT Q

# TAG
TELSEY
ADVISORY
GROUP

LUXURY GOODS

**EARNINGS PREVIEW**

MAY 23, 2024

## CPRI - $34.93 — MARKET PERFORM

Price Target (Current)  $42.00

Price Target (Previous)  SAME

| Market Statistics | 05/22/2024 |
|---|---|
| Market Capitalization ($MM): | $4,097.3 |
| Enterprise Value (MM): | $5,717.5 |
| Shares Outstanding (MM): | 116.6 |
| Avg. Daily Trading Volume (Shrs, 000s): | 1,325.8 |
| Short Interest/Float: | 7.7% |
| Insider Ownership (% of Total Shrs Out): | 2.5% |
| Dividend Yield: | 0.0% |
| Stock Exchange: | NYSE |

| Price Performance | 05/22/2024 |
|---|---|
| 52-Week Range: | $34.17-$54.52 |
| YTD % Change: | (30.0)% |
| YTD % Change Relative to Index: | (41.6)% |
| Implied Return to Price Target: | 20.2% |



**Capri Holdings Limited vs. S&P 500 (SP50)**

CPRI    S&P 500 (SP50)

| Valuation Metrics (FYE March) | 2023 | 2024E | 2025E |
|---|---|---|---|
| P/E Ratio | 5.7x | 9.2x | 7.8x |
| PEG Ratio (using 5-Yr GR) | 1.1x | 1.5x | 1.1x |
| EV/Sales | 1.0x | 1.1x | 1.1x |
| EV/EBITDA | 5.3x | 7.7x | 6.6x |
| FCF Yield (using EV) | 11.3% | 5.4% | 10.0% |

| Same-Store Sales | | | EPS (Operating) | | |
|---|---|---|---|---|---|
| Period | Current | Previous | Period | Current | Previous |
| 1Q23 | 7.7% | - | 1Q23 | $1.50 | - |
| 2Q23 | 12.1% | - | 2Q23 | $1.79 | - |
| 3Q23 | (5.2)% | - | 3Q23 | $1.84 | - |
| 4Q23 | (9.1)% | - | 4Q23 | $0.97 | - |
| 2023 | 1.2% | - | 2023 | $6.13 | - |
| 1Q24 | (11.3)% | - | 1Q24 | $0.74 | - |
| 2Q24 | (6.4)% | - | 2Q24 | $1.13 | - |
| 3Q24 | (3.1)% | - | 3Q24 | $1.20 | - |
| 4Q24E | (1.2)% | - | 4Q24E | $0.72 | - |
| 2024E | (5.2)% | - | 2024E | $3.80 | - |
| 1Q25E | 1.4% | - | 1Q25E | $1.09 | - |
| 2Q25E | 1.4% | - | 2Q25E | $1.31 | - |
| 3Q25E | 1.3% | - | 3Q25E | $1.28 | - |
| 4Q25E | 1.4% | - | 4Q25E | $0.81 | - |
| 2025E | 1.3% | - | 2025E | $4.50 | - |

Source: FactSet, company reports, and TAG estimates.

**Dana Telsey**
212.584.4606 / dtelsey@telseygroup.com

**Joshua Herrity**
212.584.4644 / jherrity@telseygroup.com

**Robert Rosenhaus**
212.584.4622 / rrosenhaus@telseygroup.com

**Alexis Cooper, CFA**
212.660.5435 / acooper@telseygroup.com

# CAPRI HOLDINGS LIMITED

## CPRI 4QF24 Preview: Expect Improving Trends Across All Brands Sequentially; Maintain Market Perform Rating

**CPRI will report fiscal fourth quarter (ended March) results on Wednesday, May 29, after the market close.** Ahead of the upcoming earnings release, we maintain our estimates. For 4QF24, we look for EPS of $0.72 vs. $0.97 last year, as compared to the consensus estimate of $0.67 (we note a range of EPS estimates from $0.42 to $0.92). On the topline, we forecast total sales to contract 1.1% YoY to $1.321B, ahead of the consensus for a 3.0% decline to $1.295B. We look for Michael Kors to remain under pressure (down 4% YoY), offset by Choo (up 2% YoY) and Versace (up 8% YoY). Below the topline, we expect a gross margin flat to the prior year at 64.6%, above the consensus of 63.9% (a contraction of 70 bps from last year). In addition, on the expense line, we look for 50 bps of cost deleverage to 56.1%, vs. the consensus of 56.6% (up 100 bps). Taken together, we anticipate 50 bps of operating margin contraction to 8.6%, as compared to last year's margin of 9.1% and the consensus of 7.3% (down 180 bps). Consistent with prior quarters since the proposed acquisition by TPR was announced, we do not expect CPRI to provide guidance commentary with the release.

**FTC filed lawsuit against proposed CPRI acquisition.** Back in April, the FTC announced that it had filed a lawsuit against the proposed TPR/CPRI acquisition, as, according to the lawsuit, if the deal was approved, it would eliminate direct competition between the TPR and CPRI brands and give TPR the dominant share of the accessible luxury handbag market (link here ). According to the FTC, the acquisition would make it harder for new participants to gain entry and effectively compete against the combined company. The FTC further noted that part of its justification is Tapestry's pattern of serial acquisitions (TPR acquired Stuart Weitzman in 2015 and Kate Spade in 2017), noting that company documents demonstrate that TPR has no plans to stop acquisitions even after this proposed merger. Both TPR and CPRI management reaffirmed in press releases that they intended to fight the lawsuit and still were committed to the merger (more on the next page).

**Maintain Market Perform rating and $42 price target.** Last we heard from CPRI, back in early February, the company's FQ3 results were disappointing with both revenue and earnings missing for the second consecutive quarter since announcing the definitive agreement to be acquired by Tapestry. Encouragingly, trends sequentially improved in 3QF24 and, while the MK Americas e-commerce issues continued to weigh in 3QF24, management commented that the platform implementation has been resolved and that it is now running smoothly. The FTC lawsuit clouds visibility as to the completion of the acquisition, though the announcement was not too surprising given recent reporting and where CPRI's stock is trading (~39% below the $57 acquisition price). Moreover, acquisitions are a mainstay of the global luxury market and give luxury brands greater resources to compete more effectively than they could as standalone brands. A TPR-CPRI combined business could have greater resources to compete against industry giants LVMH (MC-FR) and Kering (KER-FR), even while increasing TPR's exposure to the wholesale channel. CPRI's recent results have highlighted continued challenges at the company, though these challenges should improve going forward. We therefore maintain our Market Perform rating and our $42 price target, which assumes an 8.7x multiple on our two-year forward EPS estimate of $4.85, largely in line with the five-year NTM multiple of 8.9x and the recent multiple of 8.2x.

Case 1:24-cv-01410-SB     Document 42-2    Filed 07/14/25     Page 19 of 344 PageID #: 1301

---

## What Are the Details?

**Date:** Wednesday, May 29

**Time:** NA

**Call-In:** NA

**Passcode:** NA

**All three brands saw topline declines and operating margin contractions in FQ3.** Last quarter, all three brands saw sales decline in Q3, though each improved sequentially from the second quarter, with operating margin contracting across the board. Jimmy Choo again posted the strongest quarterly results, with revenues decreasing 1.2% YoY (down 3.0% at constant FX), which compares to down 7.0% in 2QF24 (down 9.2% in constant currency). Michael Kors revenue declined 5.6% (down 6.2% at constant FX), better than the prior quarter's decrease of 8.6% (down 9.7% in constant currency). Versace's revenues fell 8.8% in the third quarter (down 10.8% in constant FX), a slight sequential improvement from the 9.1% decline booked in Q2 (down 11.7% at constant currency). Below the topline, while Versace was the only lossmaking segment in the third quarter, all three brands contributed to the 480-bp YoY operating margin contraction. Michael Kors margin saw the least pressure, declining 170 bps to 21.2%, primarily due to lower full price sales and expense deleverage on lower sales, followed by Jimmy Choo, with an operating margin of 2.4%, down 830 bps to last year, driven by lower full priced selling in the quarter, as well as unfavorable channel mix and increased store costs. Lastly, Versace's operating margin contracted almost 1,600 bps YoY to (6.2%). The decline in Q3 was a result of unfavorable channel mix, higher store expenses, and cost deleverage on lower sales.

| 4QF24 ESTIMATE SUMMARY | | | | |
|---|---|---|---|---|
| **FYE March**<br>**$MM, Except per Share Data** | **4QF24**<br>**Est.** | **Cons**<br>**Est.** | **4QF23**<br>**Act.** | **Change**<br>**E vs. LY** |
| Total Sales | $1,321 | $1,295 | $1,335 | (1.1%) |
| Gross Profit | $854 | $828 | $863 | (1.1%) |
| Gross Margin | 64.6% | 63.9% | 64.6% | 0 |
| Operating Expenses | $741 | $733 | $742 | (0.2%) |
| OpEx as % of sales | 56.1% | 56.6% | 55.6% | 50 |
| Operating Income | $113 | $95 | $121 | (6.6%) |
| Operating Margin | 8.6% | 7.3% | 9.1% | (50) |
| Diluted EPS | $0.72 | $0.67 | $0.97 | (25.6%) |

Source: Company reports and TAG estimates.

| FY25 ESTIMATE SUMMARY | | | | |
|---|---|---|---|---|
| **FYE March**<br>**$MM, Except per Share Data** | **FY25**<br>**Est.** | **Cons**<br>**Est.** | **FY24**<br>**Est.** | **Change**<br>**E vs. LY** |
| Total Sales | $5,430 | $5,353 | $5,268 | 3.1% |
| Gross Profit | $3,542 | $3,473 | $3,426 | 3.4% |
| Gross Margin | 65.2% | 64.9% | 65.0% | 20 |
| Operating Expenses | $2,854 | $2,851 | $2,873 | (0.6%) |
| OpEx as % of sales | 52.6% | 53.3% | 54.5% | (200) |
| Operating Income | $688 | $622 | $553 | 24.3% |
| Operating Margin | 12.7% | 11.6% | 10.5% | 220 |
| Diluted EPS | $4.50 | $4.31 | $3.80 | 18.5% |

Source: Company reports and TAG estimates.

**Overview of third quarter operating performance.** CPRI reported fiscal third quarter EPS of $1.20 vs. $1.84 last year, coming in well below the consensus estimate of $1.73. The earnings shortfall was driven by softer revenue and higher expenses, partially offset by modestly better gross margin during the period. Total revenues fell 5.6% to $1.427B (down 6.6% in constant currency), below the market's expectation for a 2.2% decline to $1.478B. By channel, retail sales declined mid-single digits due to softer luxury demand in the Americas and issues related to the MK Americas e-commerce implementation, while wholesale declined in the low-teens range, attributable to weakness in the Americas and EMEA. The FQ3 gross margin contracted 130 bps to 65.0%, slightly above the consensus estimate of 64.8%, while operating expenses deleveraged 360 bps to 53.0%, worse than the market's forecast of 48.3% (down 110 bps). Taken together, the operating margin saw 480 bps of pressure in the third quarter, coming in at 12.1% in the period, below the consensus of 16.5%.

**More on the FTC lawsuit.** The only remaining regulatory hurdle for the acquisition was the US, as all other relevant markets (EU and Japan) had already approved the proposed acquisition. Tapestry's management noted that it has "full confidence" in the merits of its case and the transaction, arguing that it would benefit the combined company's customers, employees, partners, and shareholders around the world. TPR believes it has strong legal arguments supporting the transaction and will work to close the deal in calendar 2024. CPRI's management noted that it "strongly disagrees" with the FTC's decision, and both statements pointed to the highly competitive and fragmented global luxury industry as evidence that the deal would not erode competition. CPRI management further noted that consumers have "hundreds of handbag choices at every price point across all channels" with low barriers to entry and competitive pressure across both lower and higher price points. If the deal fails, recall that CPRI is required to pay TPR a termination fee of $240MM in cash if (1) TPR terminates the agreement due to an adverse recommendation change from CPRI's board, if

CPRI materially breaches its non-solicit covenants, or if CPRI terminates to enter into a superior proposal. If either party terminates the agreement from failing to receive regulatory approval, TPR will pay CPRI for expenses incurred, between $30MM-$50MM, depending on timing.

## CPRI SUMMARY FINANCIAL MODEL

$ in millions, except per share data. FYE March

| | 2015A TOTAL | 2016A TOTAL | 2017A TOTAL | 2018A TOTAL | 2019A TOTAL | 2020A TOTAL | 2021A TOTAL | 1Q22A JUNE | 2Q22A SEPT | 3Q22A DEC | 4Q22A MAR | 2022A TOTAL | 1Q23A JUNE | 2Q23A SEPT | 3Q23A DEC | 4Q23A MAR | 2023A TOTAL | 1Q24A JUNE | 2Q24A SEPT | 3Q24A DEC | 4Q24E MAR | 2024E TOTAL | 2025E TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Kors Revenue | 4,371 | 4,712 | 4,494 | 4,496 | 4,511 | 4,153 | 2,924 | 871 | 881 | 1,180 | 1,021 | 3,953 | 913 | 962 | 1,095 | 910 | 3,880 | 787 | 879 | 1,034 | 871 | 3,571 | 3,593 |
| Jimmy Choo Revenue | - | - | - | 223 | 591 | 555 | 418 | 142 | 137 | 178 | 156 | 613 | 172 | 142 | 168 | 151 | 633 | 183 | 132 | 166 | 153 | 634 | 677 |
| Versace Revenue | - | - | - | - | 137 | 843 | 718 | 240 | 282 | 251 | 315 | 1,088 | 275 | 308 | 249 | 274 | 1,106 | 259 | 280 | 227 | 296 | 1,062 | 1,161 |
| **Total Revenue** | **$4,371** | **$4,712** | **$4,494** | **$4,719** | **$5,239** | **$5,551** | **$4,060** | **$1,253** | **$1,300** | **$1,609** | **$1,492** | **$5,654** | **$1,360** | **$1,412** | **$1,512** | **$1,335** | **$5,619** | **$1,229** | **$1,291** | **$1,427** | **$1,321** | **$5,268** | **$5,430** |
| Gross Profit | 2,648 | 2,797 | 2,661 | 2,863 | 3,191 | 3,376 | 2,607 | 853 | 879 | 1,047 | 951 | 3,730 | 900 | 948 | 1,003 | 863 | 3,714 | 812 | 832 | 928 | 854 | 3,426 | 3,542 |
| Total Operating Expenses | 1,391 | 1,611 | 1,761 | 1,977 | 2,299 | 2,621 | 2,172 | 592 | 638 | 688 | 739 | 2,657 | 649 | 668 | 747 | 742 | 2,806 | 701 | 675 | 756 | 741 | 2,873 | 2,854 |
| **Income from Operations:** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Kors | 1,257 | 1,186 | 900 | 887 | 964 | 850 | 595 | 240 | 220 | 335 | 210 | 1,005 | 222 | 248 | 251 | 147 | 868 | 130 | 169 | 219 | 141 | 659 | 743 |
| Jimmy Choo | - | - | - | 0 | 26 | (13) | (55) | 11 | 1 | 16 | (15) | 13 | 19 | 8 | 18 | (7) | 38 | 16 | (9) | 4 | (10) | 1 | 19 |
| Versace | - | - | - | - | (6) | 5 | 21 | 48 | 55 | 32 | 50 | 185 | 52 | 62 | 24 | 14 | 152 | 3 | 35 | (14) | 15 | 39 | 75 |
| Corporate Expenses | | | | | 92 | 87 | 126 | 38 | 35 | 24 | 33 | 130 | 42 | 38 | 37 | 33 | 150 | 38 | 38 | 37 | 33 | 146 | 149 |
| **Total Income from Operations** | **$1,257** | **$1,186** | **$900** | **$887** | **$892** | **$755** | **$435** | **$261** | **$241** | **$359** | **$212** | **$1,073** | **$251** | **$280** | **$256** | **$121** | **$908** | **$111** | **$157** | **$172** | **$113** | **$553** | **$688** |
| Interest Expense, net | 0 | 0 | 4 | 22 | 38 | 18 | 43 | 1 | (5) | (7) | (7) | (18) | (4) | 5 | 12 | 11 | 24 | 8 | 3 | 1 | 9 | 22 | 42 |
| FX Gain/Loss | 5 | 3 | 3 | (9) | 8 | 10 | (20) | 1 | 4 | (4) | 7 | 8 | 4 | (11) | (3) | 6 | (4) | 4 | (3) | (2) | - | (1) | - |
| Pretax Income | 1,256 | 1,183 | 899 | 875 | 850 | 733 | 419 | 259 | 244 | 370 | 212 | 1,085 | 251 | 287 | 248 | 105 | 891 | 98 | 158 | 173 | 104 | 533 | 645 |
| Taxes (benefit) | 375 | 338 | 188 | 175 | 98 | 144 | 130 | 38 | 9 | 30 | 60 | 137 | 34 | 42 | 8 | (17) | 67 | 10 | 25 | 31 | 19 | 85 | 113 |
| **Net Income** | **$881** | **$847** | **$712** | **$700** | **$752** | **$589** | **$289** | **$221** | **$235** | **$340** | **$152** | **$948** | **$217** | **$245** | **$240** | **$122** | **$824** | **$88** | **$133** | **$142** | **$85** | **$448** | **$532** |
| Diluted Shares Outstanding | 206 | 189 | 168 | 155 | 152 | 152 | 152 | 155 | 154 | 152 | 149 | 152 | 144 | 137 | 130 | 125 | 134 | 118 | 118 | 118 | 118 | 118 | 118 |
| **Diluted EPS** | **$4.28** | **$4.48** | **$4.24** | **$4.52** | **$4.97** | **$3.89** | **$1.90** | **$1.42** | **$1.53** | **$2.22** | **$1.02** | **$6.21** | **$1.50** | **$1.79** | **$1.84** | **$0.97** | **$6.13** | **$0.74** | **$1.13** | **$1.20** | **$0.72** | **$3.80** | **$4.50** |
| YoY % Change | - | 4.7% | (5.4%) | 6.7% | 9.9% | (21.7%) | (51.2%) | (236.6%) | 68.8% | 35.2% | 167.4% | 226.8% | 5.0% | 17.2% | (17.3%) | (5.2%) | (1.8%) | (50.2%) | (36.7%) | (34.7%) | (25.6%) | (38.0%) | 18.5% |
| **SELECT GROWTH RATES AND MARGINS** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Kors Revenue | 32.0% | 7.8% | (4.6%) | 0.1% | 0.3% | (7.9%) | (29.6%) | 183.7% | 11.1% | 19.7% | 21.8% | 35.2% | 4.8% | 9.2% | (7.2%) | (10.9%) | (1.8%) | (13.8%) | (8.6%) | (5.6%) | (4.3%) | (8.0%) | 0.6% |
| Jimmy Choo Revenue | - | - | - | - | 165.5% | (6.1%) | (24.7%) | 178.4% | 12.3% | 47.1% | 25.8% | 46.7% | 21.1% | 3.6% | (5.6%) | (3.2%) | 3.3% | 6.4% | (7.0%) | (1.2%) | 1.5% | 0.2% | 6.7% |
| Versace Revenue | - | - | - | - | - | 165.5% | (14.8%) | 158.1% | 44.6% | 28.7% | 34.0% | 51.5% | 14.6% | 9.2% | (0.8%) | (13.0%) | 1.7% | (5.8%) | (9.1%) | (8.8%) | 8.0% | (4.0%) | 9.3% |
| **Total Revenue** | **32.0%** | **7.8%** | **(4.6%)** | **5.0%** | **11.0%** | **6.0%** | **(26.9%)** | **177.8%** | **17.1%** | **23.6%** | **24.6%** | **39.3%** | **8.5%** | **8.6%** | **(6.0%)** | **(10.5%)** | **(0.6%)** | **(9.6%)** | **(8.6%)** | **(5.6%)** | **(1.1%)** | **(6.3%)** | **3.1%** |
| **Total Gross Profit Margin** | **60.6%** | **59.4%** | **59.2%** | **60.7%** | **60.9%** | **60.8%** | **64.2%** | **68.1%** | **67.6%** | **65.1%** | **63.7%** | **66.0%** | **66.2%** | **67.1%** | **66.3%** | **64.6%** | **66.1%** | **66.1%** | **64.4%** | **65.0%** | **64.6%** | **65.0%** | **65.2%** |
| YoY bps change | - | (120) | (14) | 146 | 23 | (9) | 339 | 89 | 446 | 32 | 25 | 176 | (190) | (48) | 126 | 90 | 13 | (11) | (269) | (130) | - | (106) | 20 |
| **Total Operating Expense Ratio** | **31.8%** | **34.2%** | **39.2%** | **41.9%** | **43.9%** | **47.2%** | **53.5%** | **47.2%** | **49.1%** | **42.8%** | **49.5%** | **47.0%** | **47.7%** | **47.3%** | **49.4%** | **55.6%** | **49.9%** | **57.0%** | **52.3%** | **53.0%** | **56.1%** | **54.5%** | **52.6%** |
| YoY bps change | 137 | 238 | 500 | 270 | 199 | 333 | 628 | (5,253) | 232 | (225) | (201) | (650) | 47 | (177) | 665 | 605 | 294 | 932 | 498 | 357 | 50 | 460 | (197) |
| YoY % growth | 38.0% | 15.9% | 9.3% | 12.2% | 16.3% | 14.0% | (17.1%) | 31.6% | 22.9% | 17.4% | 19.8% | 22.3% | 9.6% | 4.7% | 8.6% | 0.4% | 5.6% | 8.0% | 1.0% | 1.2% | (0.2%) | 2.4% | (0.6%) |
| Michael Kors Operating Margin | 28.8% | 25.2% | 20.0% | 19.7% | 21.4% | 20.5% | 20.3% | 27.6% | 25.0% | 28.4% | 20.6% | 25.4% | 24.3% | 25.8% | 22.9% | 16.2% | 22.4% | 16.5% | 19.2% | 21.2% | 16.2% | 18.4% | 20.7% |
| YoY bps change | - | (358) | (513) | (32) | 172 | (90) | (12) | 4,319 | 101 | (11) | 4 | 507 | (324) | 81 | (547) | (441) | (305) | (780) | (655) | (174) | - | (393) | 222 |
| Jimmy Choo Operating Margin | | | | 0.0% | 4.4% | (2.3%) | (13.2%) | 7.7% | 0.7% | 9.0% | (9.6%) | 2.1% | 11.0% | 5.6% | 10.7% | (4.6%) | 6.0% | 8.7% | (6.8%) | 2.4% | (6.6%) | 0.1% | 2.8% |
| YoY bps change | | | | - | - | (674) | (1,082) | 6,461 | 73 | 1,560 | 490 | 1,528 | 330 | 490 | 173 | 498 | 388 | (230) | (1,245) | (830) | (200) | (587) | 267 |
| Versace Operating Margin | | | | | 0.6% | 2.9% | 20.0% | 19.5% | 12.7% | 15.9% | 17.0% | 18.9% | 20.1% | 9.6% | 5.1% | 13.7% | 1.2% | 12.5% | (6.2%) | 5.1% | 3.7% | 6.5% |
| YoY bps change | | | | | - | 233 | 6,409 | 925 | 608 | 353 | 1,408 | (109) | 63 | (311) | (1,076) | (326) | (1,775) | (763) | (1,581) | - | (1,006) | 281 | |
| **Total Operating Income (Loss) Margin** | **28.8%** | **25.2%** | **20.0%** | **18.8%** | **17.0%** | **13.6%** | **10.7%** | **20.8%** | **18.5%** | **22.3%** | **14.2%** | **19.0%** | **18.5%** | **19.8%** | **16.9%** | **9.1%** | **16.2%** | **9.0%** | **12.2%** | **12.1%** | **8.6%** | **10.5%** | **12.7%** |
| YoY bps change | (170) | (358) | (513) | (125) | (177) | (342) | (289) | 5,342 | 214 | 257 | 226 | 826 | (237) | 129 | (538) | (515) | (282) | (942) | (767) | (488) | (50) | (566) | 216 |
| Taxes (Benefit) | 29.8% | 28.5% | 20.9% | 20.0% | 11.5% | 19.6% | 31.0% | 14.7% | 3.7% | 8.1% | 28.3% | 12.6% | 13.5% | 14.6% | 3.2% | (16.2%) | 7.5% | 10.2% | 15.8% | 17.9% | 18.0% | 15.9% | 17.6% |
| **REVENUE DRIVERS** | | | | | | | | | | | | | | | | | | | | | | | |
| **Same Store Sales Growth:** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Kors | 11.9% | (0.9%) | (8.1%) | (3.7%) | (0.4%) | (6.2%) | (18.5%) | 218.7% | 12.3% | 21.9% | 24.0% | 65.7% | 7.7% | 12.1% | (5.2%) | (9.1%) | 1.2% | (11.3%) | (6.4%) | (3.1%) | (1.2%) | (5.2%) | 1.3% |
| Jimmy Choo | | | | | 1.8% | (7.6%) | (3.3%) | 249.7% | 11.6% | 50.0% | 26.6% | 81.7% | 24.5% | 4.5% | (3.5%) | 0.3% | 6.7% | 8.2% | (6.0%) | 0.9% | 4.1% | 2.4% | 4.4% |
| Versace | | | | | 9.3% | (1.8%) | 262.7% | 50.5% | 34.6% | 44.3% | 91.8% | 20.0% | 8.2% | (2.6%) | (14.1%) | 3.2% | (5.1%) | (11.0%) | (9.0%) | 3.8% | (5.0%) | 4.7% | |
| **Store Count:** | | | | | | | | | | | | | | | | | | | | | | | |
| Michael Kors | 526 | 668 | 827 | 829 | 853 | 839 | 820 | 820 | 823 | 834 | 825 | 825 | 821 | 821 | 827 | 812 | 812 | 810 | 802 | 800 | 800 | 800 | 800 |
| Jimmy Choo | - | - | - | 182 | 208 | 226 | 227 | 233 | 237 | 240 | 237 | 237 | 236 | 238 | 242 | 237 | 237 | 237 | 237 | 237 | 239 | 239 | 259 |
| Versace | - | - | - | - | 188 | 206 | 210 | 208 | 211 | 212 | 209 | 209 | 208 | 217 | 225 | 223 | 223 | 224 | 230 | 233 | 235 | 235 | 255 |
| **Total Store Count** | **526** | **668** | **827** | **1,011** | **1,249** | **1,271** | **1,257** | **1,261** | **1,271** | **1,286** | **1,271** | **1,271** | **1,265** | **1,276** | **1,294** | **1,272** | **1,272** | **1,271** | **1,269** | **1,270** | **1,274** | **1,274** | **1,314** |
| Net Change YoY | - | 142 | 159 | 184 | 238 | 22 | (14) | 7 | 10 | 7 | 14 | 14 | 4 | 5 | 8 | 1 | 1 | 6 | (7) | (24) | 2 | 2 | 40 |
| **BALANCE SHEET HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | | | | |
| Total Debt | 0 | 2 | 133 | 874 | 2,566 | 2,179 | 1,342 | 1,333 | 1,144 | 1,002 | 1,160 | 1,160 | 1,419 | 1,600 | 1,540 | 1,827 | 1,827 | 1,937 | 2,094 | 1,844 | 1,593 | 1,593 | 1,023 |
| Cash and Short Term Investments | 979 | 702 | 228 | 163 | 172 | 592 | 232 | 356 | 234 | 261 | 169 | 169 | 221 | 215 | 281 | 249 | 249 | 238 | 238 | 249 | 100 | 100 | 100 |
| Net Debt (Cash) | (979) | (700) | (95) | 711 | 2,394 | 1,587 | 1,110 | 977 | 910 | 741 | 991 | 991 | 1,198 | 1,385 | 1,259 | 1,578 | 1,578 | 1,699 | 1,856 | 1,595 | 1,493 | 1,493 | 923 |
| Total Debt/EBITDA | 0.0x | 0.0x | 0.1x | 0.8x | 2.3x | 2.2x | 2.1x | 1.3x | 1.0x | 0.8x | 0.9x | 0.9x | 1.1x | 1.2x | 1.3x | 1.7x | 1.7x | 2.0x | 2.5x | 2.5x | 2.2x | 2.2x | 1.2x |
| Total Debt/Capital | 0.0% | 0.1% | 7.7% | 30.2% | 51.3% | 50.1% | 38.4% | 35.2% | 30.6% | 26.5% | 31.2% | 31.2% | 37.4% | 42.7% | 40.9% | 49.7% | 49.7% | 51.7% | 52.3% | 48.8% | 43.9% | 43.9% | 27.8% |
| Merchandise Inventory | 520 | 547 | 549 | 661 | 963 | 827 | 736 | 760 | 866 | 978 | 1,096 | 1,096 | 1,265 | 1,180 | 1,188 | 1,057 | 1,057 | 1,166 | 1,099 | 1,020 | 1,022 | 1,022 | 1,048 |
| YoY % change | 21.8% | 5.2% | 0.5% | 20.3% | 44.2% | (13.2%) | (11.0%) | (19.8%) | (6.9%) | 24.0% | 48.9% | 48.9% | 66.4% | 36.3% | 21.5% | (3.6%) | (3.6%) | (7.8%) | (6.9%) | (14.1%) | (3.3%) | (3.3%) | 2.5% |
| Inventory Turnover Ratio | 3.3x | 3.5x | 3.3x | 2.8x | 2.1x | 2.6x | 2.0x | 2.2x | 2.0x | 1.9x | 1.8x | 1.8x | 1.6x | 1.7x | 1.7x | 1.8x | 1.8x | 1.6x | 1.7x | 1.8x | 1.8x | 1.8x | 1.8x |
| Book Value per Share | $10.89 | $10.58 | $9.49 | $13.03 | $16.04 | $14.27 | $14.18 | $15.82 | $16.86 | $18.21 | $17.20 | $16.77 | $16.54 | $15.64 | $17.05 | $14.81 | $13.80 | $15.32 | $16.26 | $16.38 | $17.25 | $17.27 | $22.47 |
| **FREE CASH FLOW CALCULATION** | | | | | | | | | | | | | | | | | | | | | | | |
| EBIT | 904 | 884 | 734 | 697 | 634 | 533 | 246 | 262 | 211 | 456 | 15 | 944 | 234 | 261 | 233 | 45 | 773 | 98 | 127 | 124 | 131 | 480 | 603 |
| Plus: Depreciation and Amortization | 138 | 183 | 220 | 209 | 225 | 249 | 212 | 50 | 49 | 47 | 47 | 193 | 45 | 43 | 43 | 48 | 179 | 45 | 48 | 46 | 46 | 185 | 184 |
| Less: Capital Expenditures | (356) | (369) | (165) | (120) | (181) | (223) | (111) | (23) | (25) | (37) | (46) | (131) | (36) | (50) | (82) | (58) | (226) | (50) | (40) | (49) | (121) | (260) | (200) |
| (Increase) / Decrease in net working capital | (184) | 182 | 81 | 157 | (234) | 430 | 278 | (72) | (37) | (158) | (24) | (291) | (109) | (381) | 334 | 74 | (82) | (74) | (282) | 212 | 46 | (98) | (17) |
| **Free Cash Flow** | **$502** | **$880** | **$870** | **$942** | **$444** | **$989** | **$625** | **$217** | **$198** | **$308** | **($8)** | **$715** | **$134** | **($127)** | **$528** | **$109** | **$644** | **$19** | **($147)** | **$333** | **$102** | **$307** | **$570** |
| Free Cash Flow / Share | $2.44 | $4.66 | $5.17 | $6.07 | $2.93 | $6.51 | $4.11 | $1.40 | $1.28 | $2.02 | ($0.05) | $4.69 | $0.93 | ($0.93) | $4.05 | $0.87 | $4.81 | $0.16 | ($1.25) | $2.82 | $0.86 | $2.60 | $4.83 |

Source: Company reports, FactSet, and TAG estimates.

Case 1:24-cv-01410-SB     Document 42-2   Filed 07/14/25     Page 21 of 344 PageID #: 1303

## ADDENDUM
## Important Disclosures:

Valuation Method for Target Price: Price-to-Earnings, enterprise-value-to-EBITDA, P/E to growth, price to free cash flow, and discounted cash flow analysis.

Investment Risks: Telsey Advisory Group's (TAG's) equity research department covers consumer-focused sectors including apparel manufacturers, cannabis, children's and teen retailers, consumer electronics retailers, cosmetics, department stores, discounters, footwear, home furnishings retailers, home improvement retailers, internet, luxury goods, office supply retailers, off-price retailers, restaurants, specialty apparel retailers, sporting goods retailers, and supermarkets. Risks across or specific to one or more of these sectors include volatility of commodity costs, consumer spending, currency, rising interest rates, weaker consumer confidence and unemployment rates. Additionally, access to capital, supply chain disruptions, commodity costs, private label distribution, currency, geopolitical uncertainty, unfavorable government regulations, lack of appropriate real estate sites, and the use of the World Wide Web to sell merchandise represent unique industry risks.

### Analyst Certification
The Research Analysts, Dana Telsey, Joshua Herrity, Robert Rosenhaus and Alexis Cooper, CFA, who prepared the research report hereby certify that the views expressed in this report accurately reflect the Analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.

### Company Specific Disclosures

**Capri Holdings Limited Rating History as of 05/22/2024**



On September 16, 2012 TAG completed a transition from price target ranges to specific price targets. All price target changes prior to September 16, 2012, are displayed as price target averages. Exception listed for 08/15/2012

\* Telsey with ratings are effective as of 09/11/14

### Ratings Distribution & Investment Banking Disclosure

| Rating | Count | Ratings Distribution | Count | *Investment Banking |
|---|---|---|---|---|
| **OUTPERFORM** | 44 | 50.57% | 3 | 6.82% |
| **MARKET PERFORM** | 43 | 49.43% | 0 | 0.00% |
| **UNDERPERFORM** | 0 | 0.00% | 0 | 0.00% |

**On 09-11-2014 TAG launched a three-tiered rating system of Outperform, Market Perform, and Underperform to evaluate its stocks under coverage. Price targets continue to be used in conjunction with the new rating system.**

### Ratings Definition and Distribution

Our recommendation system is based on a stock's expected total return relative to the industry universe over the next 12 months.

We divide stocks under coverage into three categories, each defined by a prospective rate of return:

**Outperform** – the stock is expected to outperform the average total return of the industry universe over the next 12 months.

**Market Perform** – the stock is expected to perform in line with the average total return of the industry universe over the next 12 months.

**Underperform** – the stock is expected to underperform the average total return of the industry universe over the next 12 months.

Disclosures required by United States laws and regulations

Case 1:24-cv-01410-SB     Document 42-2   Filed 07/14/25     Page 22 of 344 PageID #: 1304

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures:

Ownership and material conflicts of interest: TAG prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.

Analyst compensation: TAG's employees/analysts do not receive any compensation from subject companies for inclusion in our research. Analysts are paid in part based on the overall profitability of TAG which may include investment banking revenues.

Analyst as officer or director: TAG analysts, persons reporting to analysts or members of their households do not serve as officers, directors, advisory board members or employees of any of our subject companies in the analyst's area of coverage.

Investment banking activities: TAG provides investment banking, other non-investment banking securities related services, and non-securities services and may seek such relationships from subject companies.

TAG is a member of FINRA (http://www.finra.org) and SIPC (http://www.sipc.org).

Other Disclaimers

TAG is a registered broker dealer offering equity research, trading and investment banking services. The Equity Research Department of TAG produces and distributes research products to institutional clients of TAG. The research products are for institutional investors only. The research products may not contain information necessary for others to make investment decisions. Consult your financial adviser or an investment professional if you are not an institutional investor. This research is based on current public information that we consider reliable. We seek to update our research as appropriate. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment. TAG updates research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions of TAG analysts. All TAG publications are prepared in accordance with TAG compliance and conflict management policies. TAG is committed to the integrity, objectivity, and independence of our research. Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients, which may reflect opinions that are contrary to the opinions expressed in this research. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. These publications are furnished for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Any opinion contained herein may not be suitable for all investors or investment decisions. Each investor must make its own determination of the appropriateness of an investment in any company referred to herein based on considerations applicable to such investor and its own investment strategy. By virtue of these publications, neither TAG nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. All research reports made available to clients are simultaneously available on our website, https://telseylibrary.bluematrix.com/. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

TAG publications may not be reproduced, distributed, or published without the prior consent of TAG.

© 2024. All rights reserved by Telsey Advisory Group. Telsey Advisory Group and its logo are registered trademarks of Telsey Advisory Group LLC.

# EXHIBIT R

**Morgan Stanley** | RESEARCH

UPDATE

*August 15, 2024 10:00 PM GMT*

## TAPESTRY INC | North America

# 4Q24 Earnings: Steady As She Goes

MORGAN STANLEY & CO. LLC

**Alex Straton**
Equity Analyst
Alex.Straton@morganstanley.com    +1 212 761-5583

**Katy Delahunt**
Research Associate
Katy.Delahunt@morganstanley.com    +1 212 761-6034

**Chad Britnell, CFA**
Research Associate
Chad.Britnell@morganstanley.com    +1 212 761-1332

| Reaction to earnings | | |
|---|---|---|
| **Unchanged** | ⬆ **Modest upside** | — **Largely unchanged** |
| Impact to our investment thesis | Financial results versus consensus | Impact to next 12-month consensus EPS |

Source: Company data, Morgan Stanley Research

4Q beat & ~in-line '25e guidance came in better-than-feared against recent peer results & broader macro/consumer anxiety. Both 1Q & FY guidance reflect a consistent narrative from '24, & appear achievable to beat-able. Transaction commitment remains, with Sept. the next milestone.

**4Q (+/=):** TPR's 4Q EPS outperformance came in similar to recent quarterly trends, with impressive GM expansion/upside (+250 bps y/y or 74.9% vs. Street 73.2%) offsetting an anemic topline result (-2% y/y). By banner, Coach continued to shine, KS made additional progress on profitability, & SW remained challenged — all a continuation of recent trajectories. In our view, '24 caps off a year of commendable execution, where in spite of a challenging topline environment, TPR delivered 1) its highest GM in over 10Y (ex. Covid), & 2) ~110 bps y/y OM expansion. While consensus estimates are likely unchanged post-print (more below), TPR stock traded +3% on the day, to us a function of A) another solid quarter of execution, & B) some relief in the face of 1) broad-based investor anxiety around a potential slowdown in US consumer spending, 2) luxury peer weakness (see here & here), & 3) CPRI's ongoing underperformance (more here).

**1Q Guidance (=):** Mgmt. set 1Q25 EPS guidance ~in-line with consensus, though topline growth came in below expectations (-3% y/y vs. Street ~flat) on 1) a wholesale shipment timing shift into 2Q, & 2) a -MSD to -HSD % y/y China sales outlook. In our view, this guidance appears achievable, if not beat-able, given it assumes 1) y/y sales growth decelerates -1 pt q/q, 2) more conservative GM cadence than history would suggest (though admittedly sitting at over decade highs...), & 3) further SG&A de-leverage. We subsequently model both sales & EPS ~in-line with guidance (-3% y/y & 96c vs. guidance -3% y/y & ~95c, respectively), but see an EPS outcome as robust as $1.05+ as in view.

**FY Guidance (+/=):** Similarly, mgmt.'s initial '25e EPS guidance came in ~in-line with consensus ($4.45-4.50 vs. Street $4.49), though below its $4.65 prior hope (more here). Mgmt. attributed this change to a 20c FX headwind. In our view, this guidance also screens as fair, given it assumes 1) slight underlying sales growth deceleration y/y, 2) +40 bps y/y GM expansion, which we view as reasonable given A) tailwinds in AUR, IMU, & duty costs, & B) consistent outperformance on this line item, & 3) minimal SG&A leverage — despite an elevated SG&A rate vs. history ('24 SG&A rate over 250 bps above '19 levels). Put simply, like 4Q results mirroring recent trend,

**TAPESTRY INC (TPR.N, TPR UN)**

Retail, Specialty Retail | United States of America

| Stock Rating | ++ |
|---|---|
| Industry View | Cautious |
| Price target | ++ |
| Shr price, close (Aug 14, 2024) | $37.96 |
| Mkt cap, curr (mm) | $8,610 |
| 52-Week Range | $48.80-25.99 |

| Fiscal Year Ending | 06/24 | 06/25e | 06/26e | 06/27e |
|---|---|---|---|---|
| EPS ($)** | 4.29 | 4.47 | 4.54 | 4.62 |
| EPS ($)§ | 4.24 | 4.49 | 4.73 | 5.44 |
| P/E** | 10.0 | 8.5 | 8.4 | 8.2 |
| Div yld (%) | 2.9 | 3.2 | 3.2 | 3.2 |
| ModelWare EPS ($) | 4.29 | 4.47 | 4.54 | 4.62 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
** = Based on consensus methodology
§ = Consensus data is provided by Refinitiv Estimates
e = Morgan Stanley Research estimates
++ = Stock Rating, Price Target or Estimates are not available or have been removed due to applicable law and/or Morgan Stanley policy.

**QUARTERLY EPS ($)**

| Quarter | 2024 | 2025e Prior | 2025e Current | 2026e Prior | 2026e Current |
|---|---|---|---|---|---|
| Q1 | 0.93 | 0.96 | 0.96 | - | - |
| Q2 | 1.63 | 1.65 | 1.70 | - | - |
| Q3 | 0.81 | 0.76 | 0.88 | - | - |
| Q4 | 0.92 | 0.88 | 0.94 | - | - |

e = Morgan Stanley Research estimates

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

**For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.**

**Morgan Stanley** | RESEARCH

mgmt. guided '25e to reflect similar fundamental drivers as '24, with the one small exception being FY SG&A leverage. Altogether, we model $4.47 '25e EPS – within mgmt.'s guidance range, though above our previous forecast on higher GM expansion conviction (more below).

**Transaction Update:** Mgmt. again reiterated its commitment to the CPRI acquisition. However, we interpreted the tone as more sober than prior, perhaps unsurprising given what mgmt. described on the earnings call as "disappointing & surprising" CPRI fundamental underperformance since deal announcement (see here). Mgmt. also did not confirm its prior +DD EPS accretion expectations, citing unexpected CPRI weakness making for a new combined starting base. Thus, they instead plan for accretion generally in year one, with no magnitude provided. All that said, as we highlighted in our meetings with mgmt. earlier this year (more here), it appears TPR views CPRI's recent challenges as episodic & execution-related, rather than structural or brand-equity related. Put differently, they affirmed that the value creation opportunity under their ownership is still clear. Looking ahead, we look forward to the upcoming September FTC hearing, where we should get a better sense of transaction timeline from here.

**Model Update:** As discussed above, we model $4.47 '25e EPS, within TPR's $4.45-4.50 guidance range, & above our prior $4.26 estimate. This reflects increased confidence in continued GM expansion on the back of consistent outperformance & what we view as credible forward drivers. Alongside unchanged M-T operating assumptions (~2% avg. topline growth & ~19% avg. OM '25e-'28e), this higher base year yields out-year EPS ~MSD % above prior, & just a touch below consensus.

*Morgan Stanley is acting as financial advisor to Tapestry, Inc. ("Tapestry") in connection with its definitive agreement to acquire Capri Holdings Limited ("Capri"), as announced on August 10, 2023. The transaction is subject to the receipt of customary closing conditions, including approval by Capri stockholders and the receipt of required regulatory approvals. This report and the information provided herein is not intended to (i) provide voting advice, (ii) serve as an endorsement of the proposed transaction, or (iii) result in the procurement, withholding or revocation of a proxy or any other action by a security holder. Tapestry has agreed to pay fees to Morgan Stanley for its financial services, including transaction fees that are contingent upon the consummation of the transaction. Please refer to the notes at the end of the report.*

2

Morgan Stanley | RESEARCH                                                                    UPDATE

# Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

## Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Alex Straton.
.

## Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies. A Portuguese version of the policy can be found at www.morganstanley.com.br

## Important Regulatory Disclosures on Subject Companies

As of July 31, 2024, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Abercrombie & Fitch Co., American Eagle Outfitters, Inc., Bath & Body Works, Inc., Foot Locker Inc, Gap Inc, Lululemon Athletica Inc., TAPESTRY INC, Urban Outfitters Inc., Victoria's Secret & Company.
Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of TAPESTRY INC.
Within the last 12 months, Morgan Stanley has received compensation for investment banking services from TAPESTRY INC.
In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Abercrombie & Fitch Co., American Eagle Outfitters, Inc., Bath & Body Works, Inc., Foot Locker Inc, Gap Inc, Lululemon Athletica Inc., TAPESTRY INC, Torrid Holdings Inc., Urban Outfitters Inc., Victoria's Secret & Company.
Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Abercrombie & Fitch Co., Gap Inc, TAPESTRY INC, Torrid Holdings Inc..
Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Abercrombie & Fitch Co., American Eagle Outfitters, Inc., Bath & Body Works, Inc., Foot Locker Inc, Gap Inc, Lululemon Athletica Inc., TAPESTRY INC, Torrid Holdings Inc., Urban Outfitters Inc., Victoria's Secret & Company.
Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Abercrombie & Fitch Co., Gap Inc, TAPESTRY INC, Torrid Holdings Inc..
An employee, director or consultant of Morgan Stanley is a director of Abercrombie & Fitch Co.. This person is not a research analyst or a member of a research analyst's household.
Morgan Stanley & Co. LLC makes a market in the securities of Abercrombie & Fitch Co., American Eagle Outfitters, Inc., Bath & Body Works, Inc., Foot Locker Inc, Gap Inc, Lululemon Athletica Inc., TAPESTRY INC, Torrid Holdings Inc., Urban Outfitters Inc., Victoria's Secret & Company.
The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.
Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.
Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

## STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

## Global Stock Ratings Distribution

(as of July 31, 2024)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm.
For disclosure purposes only (in accordance with FINRA requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

**Morgan Stanley** | RESEARCH

 **UPDATE**

| Stock Rating Category | Coverage Universe | | Investment Banking Clients (IBC) | | | Other Material Investment Services Clients (MISC) | |
|---|---|---|---|---|---|---|---|
| | Count | % of Total | Count | % of Total IBC | % of Rating Category | Count | % of Total Other MISC |
| Overweight/Buy | 1427 | 38% | 335 | 44% | 23% | 663 | 40% |
| Equal-weight/Hold | 1740 | 46% | 347 | 46% | 20% | 779 | 46% |
| Not-Rated/Hold | 3 | 0% | 0 | 0% | 0% | 1 | 0% |
| Underweight/Sell | 585 | 16% | 76 | 10% | 13% | 233 | 14% |
| Total | 3,755 | | 758 | | | 1676 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Stock Price, Price Target and Rating History (See Rating Definitions)

Morgan Stanley | RESEARCH

UPDATE



## Important Disclosures for Morgan Stanley Smith Barney LLC & E*TRADE Securities LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC and E*TRADE Securities LLC. This review and approval is conducted by the same person who reviews the research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Bath & Body Works, Inc., Foot Locker Inc, Gap Inc, TAPESTRY INC, Victoria's Secret & Company.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those

**Morgan Stanley** | RESEARCH

UPDATE

who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A. located at Av. Brigadeiro Faria Lima, 3600, 6th floor, São Paulo - SP, Brazil; and is regulated by the Comissão de Valores Mobiliários; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Bank Asia Limited; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Bank Asia Limited, Singapore Branch (Registration number T14FC0118J); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited having Corporate Identification No (CIN) U22990MH1998PTC115305, regulated by the Securities and Exchange Board of India ("SEBI") and holder of licenses as a Research Analyst (SEBI Registration No. INH000001105); Stock Broker (SEBI Stock Broker Registration No. INZ000244438), Merchant Banker (SEBI Registration No. INM000011203), and depository participant with National Securities Depository Limited (SEBI Registration No. IN-DP-NSDL-567-2021) having registered office at 18th Floor, Tower 2, One World Center, Plot- 841, Jupiter Textile Mill Compound, Senapati Bapat Marg, Lower Parel, Mumbai 400013, India Telephone no. +91-22-61181000; Compliance Officer Details: Mr. Tejarshi Hardas, Tel. No.: +91-22-61181000 or Email: tejarshi.hardas@morgan-stanley.com; Grievance officer details: Mr. Tejarshi Hardas, Tel. No.: +91-22-61181000 or Email: msic-compliance@morganstanley.com; in Canada by Morgan Stanley Canada Limited; in Germany and the European Economic Area where required by Morgan Stanley Europe S.E., authorised and regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin) under the reference number 149169; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority, disseminates in the UK research that it has prepared, and research which has been prepared by any of its affiliates, only to persons who (i) are investment professionals falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Order"); (ii) are persons who are high net worth entities falling within Article 49(2)(a) to (d) of the Order; or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000, as amended) may otherwise lawfully be communicated or caused to be communicated. RMB Morgan Stanley Proprietary Limited is a member of the JSE Limited and A2X (Pty) Ltd. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia, and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA) or by Morgan Stanley & Co. International plc (ADGM Branch), regulated by the Financial Services Regulatory Authority Abu Dhabi (the FSRA), and is directed at Professional Clients only, as

**Morgan Stanley** | RESEARCH

defined by the DFSA or the FSRA, respectively. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria of a Professional Client. A distribution of the different MS Research ratings or recommendations, in percentage terms for Investments in each sector covered, is available upon request from your sales representative.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

Indicators and trackers referenced in Morgan Stanley Research may not be used as, or treated as, a benchmark under Regulation EU 2016/1011, or any other similar framework.

The issuers and/or fixed income products recommended or discussed in certain fixed income research reports may not be continuously followed. Accordingly, investors should regard those fixed income research reports as providing stand-alone analysis and should not expect continuing analysis or additional reports relating to such issuers and/or individual fixed income products.

Morgan Stanley may hold, from time to time, material financial and commercial interests regarding the company subject to the Research report.

Registration granted by SEBI and certification from the National Institute of Securities Markets (NISM) in no way guarantee performance of the intermediary or provide any assurance of returns to investors. Investment in securities market are subject to market risks. Read all the related documents carefully before investing.

## INDUSTRY COVERAGE: Retail, Specialty Retail

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (08/14/2024) |
|---|---|---|
| **Alex Straton** | | |
| Abercrombie & Fitch Co. (ANF.N) | E (08/24/2023) | $153.08 |
| American Eagle Outfitters, Inc. (AEO.N) | U (05/30/2022) | $20.63 |
| Bath & Body Works, Inc. (BBWI.N) | O (08/18/2022) | $31.40 |
| Foot Locker Inc (FL.N) | U (07/18/2024) | $31.02 |
| Gap Inc (GPS.N) | O (07/18/2024) | $22.71 |
| Lululemon Athletica Inc. (LULU.O) | O (09/02/2022) | $240.49 |
| TAPESTRY INC (TPR.N) | ++ | $37.96 |
| Torrid Holdings Inc. (CURV.N) | U (07/18/2024) | $7.47 |
| Urban Outfitters Inc. (URBN.O) | E (11/22/2023) | $39.52 |
| Victoria's Secret & Company (VSCO.N) | E (08/14/2024) | $22.20 |

Stock Ratings are subject to change. Please see latest research for each company.

* Historical prices are not split adjusted.

© 2024 Morgan Stanley

# EXHIBIT S

**Table of Contents**

**Filed Pursuant to Rule 424(b)(4)**
**Registration Nos. 333-178282 and 333-178498**

**PROSPECTUS**

## 47,200,000 Ordinary Shares



# Michael Kors Holdings Limited

This is an initial public offering of Michael Kors Holdings Limited. The selling shareholders, including certain members of our management, are offering all of the ordinary shares under this prospectus. We will not receive any proceeds from the sale of ordinary shares by the selling shareholders.

Prior to this offering, there has been no public market for our ordinary shares. The initial public offering price per share is $20.00. We have been approved to list our ordinary shares on the New York Stock Exchange (the "NYSE") under the symbol "KORS."

---

**Investing in our ordinary shares involves risks. See "Risk Factors" beginning on page 11 to read about factors you should consider before buying our ordinary shares.**

---

Price $20.00 Per Ordinary Share

---

| | Price to Public | Underwriting Discounts and Commissions | Proceeds, before Expenses, to Selling Shareholders |
|---|---|---|---|
| *Per Ordinary Share* | $20.00 | $1.00 | $19.00 |
| *Total* | $944,000,000 | $47,200,000 | $896,800,000 |

To the extent that the underwriters sell more than 47,200,000 ordinary shares, the underwriters have a 30-day option to purchase up to an additional 7,080,000 ordinary shares from the selling shareholders identified in this prospectus on the same terms as set forth above. See the section of this prospectus entitled "Underwriting."

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the ordinary shares against payment in New York, New York on or about December 20, 2011.

# Morgan Stanley          J.P. Morgan          Goldman, Sachs & Co.

### Baird          Jefferies          Nomura          Piper Jaffray

December 14, 2011

**Table of Contents**



Table of Contents

## TABLE OF CONTENTS

| | Page | | Page |
|---|---|---|---|
| Prospectus Summary | 1 | Certain Relationships and Related Party Transactions | 92 |
| Risk Factors | 11 | Description of Share Capital | 98 |
| Use of Proceeds | 28 | Shares Eligible for Future Sale | 110 |
| Dividend Policy | 29 | Tax Considerations | 112 |
| Capitalization | 30 | Underwriting | 116 |
| Selected Historical Consolidated Financial and Other Data | 31 | Expenses Related to the Offering | 122 |
| Unaudited Pro Forma Financial Data | 33 | Service of Process and Enforcement of Liabilities | 123 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 34 | Legal Matters | 124 |
| | | Experts | 124 |
| Business | 59 | Available Information | 124 |
| Management | 72 | Index to Consolidated Financial Statements | F-1 |
| Principal and Selling Shareholders | 87 | | |

**Neither we, the selling shareholders nor the underwriters have authorized any other person to provide you with different or additional information other than that contained in this prospectus. We, the selling shareholders and the underwriters take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may provide. We and the selling shareholders are not making an offer to sell these securities in any jurisdiction where the offer or sale is not permitted. The information contained in this prospectus is accurate only as of the date of this prospectus or such other date stated in this prospectus, and our business, financial condition, results of operations and/or prospects may have changed since those dates.**

The laws of certain jurisdictions may restrict the distribution of this prospectus and the offer and sale of the ordinary shares. Persons into whose possession this prospectus or any ordinary shares may come must inform themselves about, and observe, any such restrictions on the distribution of this prospectus and the offering and sale of the ordinary shares. In particular, there are restrictions on the distribution of this prospectus and the offer or sale of the ordinary shares in the United States and the European Economic Area. Neither we, the selling shareholders nor our respective representatives are making any representation to any offeree or any purchaser of the ordinary shares regarding the legality of any investment in the ordinary shares by such offeree or purchaser under applicable legal investment or similar laws or regulations. Accordingly, no ordinary shares may be offered or sold, directly or indirectly, and neither this prospectus nor any advertisement or other offering material may be distributed or published in any jurisdiction, except under circumstances that will result in compliance with any applicable laws and regulations.

## INDUSTRY AND MARKET DATA

We obtained the industry, market and competitive position data throughout this prospectus from our own internal estimates and research as well as from industry and general publications and research, surveys and studies conducted by third parties, including the *Luxury Goods Worldwide Market Study, 2011* (dated October 2011), *Luxury Goods Worldwide Market Study Spring 2011 Update* (dated May 2011), the *Luxury Goods Worldwide Market Study* (dated October 2008) and the *Altagamma 2006 Worldwide Markets Monitor* (dated October 2006), each of which was prepared by the Altagamma Foundation in cooperation with Bain & Company and can be obtained free of charge or at a nominal cost by contacting Bain & Company's media contacts at cheryl.krauss@bain.com or frank.pinto@bain.com (together, the "*Altagamma Studies*"). Industry publications, studies and surveys generally state that they have been prepared from sources believed to be reliable, although they do not guarantee the accuracy or completeness of such information. While we believe that each of these

i

**Table of Contents**

studies and publications is reliable, we have not independently verified market and industry data from third-party sources. While we believe our internal company research is reliable and the definitions of our market and industry are appropriate, neither this research nor these definitions have been verified by any independent source. Further, while we believe the market opportunity information included in this prospectus is generally reliable, such information is inherently imprecise. In addition, projections, assumptions and estimates of the future performance of the industry in which we operate and our future performance are necessarily subject to a high degree of uncertainty and risk due to a variety of factors, including those described in "Risk Factors." These and other factors could cause results to differ materially from those expressed in the estimates made by the independent parties and by us. See "Cautionary Note Regarding Forward-Looking Statements."

The *Altagamma Studies* analyze the global luxury goods market, including the market and financial performance of more than 230 of the world's leading luxury goods companies and brands. All figures derived from the *Altagamma Studies* are based on an exchange rate of $1.33 to €1.00.

## TRADEMARKS

We operate under a number of trademarks, including, among others, "*Michael Kors*," "*MICHAEL Michael Kors*" and "*KORS Michael Kors*," all of which are registered under applicable intellectual property laws. This prospectus contains references to our trademarks and service marks and to those belonging to other entities. Solely for convenience, trademarks and trade names referred to in this prospectus may appear without the ® or ™ symbols, but such references are not intended to indicate, in any way, that we will not assert, to the fullest extent possible under applicable law, our rights or the rights of the applicable licensor to these trademarks and trade names. We do not intend our use or display of other companies' trade names, trademarks or service marks to imply a relationship with, or endorsement or sponsorship of us by, any other companies.

## CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS

Some of the statements in this prospectus constitute forward-looking statements that do not directly or exclusively relate to historical facts. You should not place undue reliance on such statements because they are subject to numerous uncertainties and factors relating to our operations and business environment, all of which are difficult to predict and many of which are beyond our control. Forward-looking statements include information concerning our possible or assumed future results of operations, including descriptions of our business strategy. These statements often include words such as "may," "will," "should," "believe," "expect," "anticipate," "intend," "plan," "estimate" or similar expressions.

The forward-looking statements contained in this prospectus are based on assumptions that we have made in light of our management's experience in the industry as well as our perceptions of historical trends, current conditions, expected future developments and other factors that we believe are appropriate under the circumstances. As you read and consider this prospectus, you should understand that these statements are not guarantees of performance or results. They involve known and unknown risks, uncertainties and assumptions. Although we believe that these forward-looking statements are based on reasonable assumptions, you should be aware that many factors could affect our actual financial results or results of operations and could cause actual results to differ materially from those in these forward-looking statements. These factors include but are not limited to:

- general economic cycles that affect consumer spending and overall consumer spending on accessories, footwear and apparel;
- our ability to respond to changing fashion and retail trends;
- our ability to respond to market competition;
- our dependence on members of our executive management and other key employees, including, among others, Mr. Kors and Mr. Idol;

ii

**Table of Contents**

- our ability to execute our growth strategies, including increasing brand awareness and global comparable store sales growth and opening new retail stores, including concessions, and "shop-in-shops" in North America and internationally;

- our ability to manage our operations at our current size and to manage any future growth;

- our ability to maintain historical levels of comparable store sales and average sales per square foot as we expand our store base;

- risks associated with leasing retail space under long-term, non-cancelable leases and our substantial operating lease obligations;

- the success of our current and future licensing arrangements with third parties over whom we have limited control;

- our ability to maintain our relationships with our significant wholesale customers;

- our ability to maintain adequate information technology systems and to effectively track inventory, manage our supply chain, record and process transactions, summarize results and manage our business;

- direct privacy breaches and third-party operation of our e-commerce website;

- fluctuations in the costs of raw materials;

- our ability to effectively operate our distribution facilities and transition into a new distribution facility and implement a new warehouse management system;

- our dependence on foreign manufacturing contractors and independent third-party agents to source our finished goods, which poses legal, regulatory, political and economic risks;

- our manufacturing contractors' failure to use acceptable ethical business practices;

- our ability to maintain compliance with restrictive covenants in the documents governing our debt;

- our ability to protect our trademarks and other intellectual property rights, including our brand image and reputation, and the possibility that others may allege that we infringe upon their intellectual property rights; and

- fluctuations in foreign currency exchange rates.

These and other factors are more fully discussed in the "Risk Factors" section and elsewhere in this prospectus. These risks could cause actual results to differ materially from those implied by forward-looking statements in this prospectus.

All information contained in this prospectus is materially accurate and complete as of the date of this prospectus. You should keep in mind, however, that any forward-looking statement made by us in this prospectus, or elsewhere, speaks only as of the date on which we make it. New risks and uncertainties come up from time to time, and it is impossible for us to predict these events or how they may affect us. We do not undertake any obligation to update or revise any forward-looking statements after the date of this prospectus, whether as a result of new information, future events or otherwise, except as required by law. In light of these risks and uncertainties, you should keep in mind that any event described in a forward-looking statement made in this prospectus or elsewhere might not occur.

iii

Table of Contents

## PROSPECTUS SUMMARY

*This summary highlights selected information contained elsewhere in this prospectus. This summary does not contain all of the information you should consider before investing in our ordinary shares. Before making an investment decision, you should read this entire prospectus carefully, especially the "Risk Factors" section of this prospectus and our consolidated financial statements and related notes appearing at the end of this prospectus. Some of the statements in this prospectus constitute forward-looking statements that involve risks and uncertainties. See "Cautionary Note Regarding Forward-Looking Statements" for more information.*

*Except where the context otherwise requires or where otherwise indicated, (i) the terms "Michael Kors," "we," "us," "our," "the Company," "our Company" and "our business" refer to Michael Kors Holdings Limited and its consolidated subsidiaries as a combined entity, (ii) references to our stores, retail stores and retail segment include all of our full-price retail stores (including concessions) and outlet stores and (iii) the term "Fiscal," with respect to any year, refers to the 52-week period ending on the Saturday closest to March 31 of such year, except for "Fiscal 2010," which refers to the 53-week period ended April 3, 2010, and "Fiscal 2008" and "Fiscal 2007," which refer to the fiscal years ended March 31, 2008 and 2007, respectively. As further described in this prospectus, the Company and certain of its affiliates completed a corporate reorganization in July 2011 (the "Reorganization"). See "Certain Relationships and Related Party Transactions—Reorganization Transactions and Preference Share Sale" for more information on the Reorganization. Some differences in the numbers in the tables and text throughout this prospectus may exist due to rounding. All comparable store sales are presented on a 52-week basis.*

### Our Company

We are a rapidly growing global luxury lifestyle brand led by a world-class management team and a renowned, award-winning designer. Since launching his namesake brand 30 years ago, Michael Kors has featured distinctive designs, materials and craftsmanship with a jet-set aesthetic that combines stylish elegance and a sporty attitude. Mr. Kors' vision has taken the Company from its beginnings as an American luxury sportswear house to a global accessories, footwear and apparel company with a presence in 74 countries. As a highly recognized luxury lifestyle brand in North America with accelerating awareness in targeted international markets, we have experienced exceptional sales momentum and have a clear trajectory for significant future growth. Over the years, we have successfully expanded beyond apparel into accessories (including handbags, small leather goods, eyewear, jewelry and watches) and footwear, which together now account for the majority of our wholesale and retail sales. We have also expanded our distribution capabilities beyond wholesale into retail, which accounted for approximately 42.8%, 36.7% and 28.7% of our total revenue in Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively. Our total revenue was $803.3 million in Fiscal 2011 as compared to $508.1 million in Fiscal 2010, representing a 58.1% year-over-year increase. Our net income was $72.5 million in Fiscal 2011 as compared to $39.2 million in Fiscal 2010, representing a 84.7% year-over-year increase.

We operate our business in three segments—retail, wholesale and licensing—and we have a strategically controlled global distribution network focused on company-operated retail stores, leading department stores, specialty stores and select licensing partners. In Fiscal 2011, our retail segment accounted for approximately 42.8% of our total revenue. As of October 1, 2011, our retail segment included:

- 169 North American retail stores, including concessions; and
- 34 international retail stores, including concessions, in Europe and Japan.

1

**Table of Contents**

In Fiscal 2011, our wholesale segment accounted for approximately 51.5% of our total revenue. As of October 1, 2011, our wholesale segment included:

- wholesale sales through approximately 1,801 department store and specialty store doors in North America; and

- wholesale sales through approximately 549 department store and specialty store doors internationally.

Our remaining revenue is generated through our licensing segment, through which we license to third parties certain production, sales and/or distribution rights. In Fiscal 2011, our licensing segment accounted for approximately 5.7% of our total revenue and consisted primarily of royalties earned on licensed products and our geographic licenses.

We offer two primary collections: the *Michael Kors* luxury collection and the *MICHAEL Michael Kors* accessible luxury collection. The *Michael Kors* collection establishes the aesthetic authority of our entire brand and is carried in many of our retail stores as well as in the finest luxury department stores in the world, including, among others, Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Harrods, Harvey Nichols, Selfridges, Le Bon Marché and Printemps. In 2004, we saw an opportunity to capitalize on the brand strength of the *Michael Kors* collection and address the significant demand opportunity in accessible luxury goods, and we introduced the *MICHAEL Michael Kors* collection, which has a strong focus on accessories, in addition to offering footwear and apparel. The *MICHAEL Michael Kors* collection is carried in all of our lifestyle stores as well as leading department stores throughout the world, including, among others, Bloomingdale's, Nordstrom, Macy's, Harrod's, Harvey Nichols, Selfridges, Printemps, Lotte, Hyundai, Isetan and Lane Crawford. Taken together, our two primary collections target a broad customer base while retaining a premium luxury image. In addition to these two primary collections, we also offer select footwear and outerwear through our *KORS Michael Kors* accessible luxury collection, which is not material to our net sales.

### Our Market Opportunity

We operate in the growing global luxury goods industry, which, according to the *Altagamma Studies*, is predicted to grow from $230.1 billion in 2010 to between $299.3 billion and $305.9 billion in 2014, representing a 7% compound annual growth rate ("CAGR"). While apparel makes up an important part of our business, we have a growing focus on luxury accessories and footwear, positioning us to participate in what was the most resilient and fastest growing product category within the global luxury goods industry from 2005 to 2010. In 2010, the accessories product category generated sales of approximately $57.5 billion, representing 25% of total sales for the industry. The majority of our current sales come from North America, and we have built, and continue to build, our business and brand awareness in Europe and Asia.

### Our Competitive Strengths

We believe that the following strengths differentiate us from our competitors:

**Rapidly Growing Luxury Lifestyle Brand with Best-in-Class Growth Metrics**. We believe that the Michael Kors name has become synonymous with luxurious fashion that is timeless and elegant, expressed through sophisticated accessory and ready-to-wear collections. Each of our collections exemplifies the jet-set lifestyle and features high quality designs, materials and craftsmanship. Some of the most widely recognized global trendsetters—including celebrities such as Angelina Jolie, Heidi Klum, Blake Lively, Penelope Cruz, Gwyneth Paltrow and Catherine Zeta-Jones—walk the red carpet in our collections. We have built a solid foundation for continued long-term global growth and currently enjoy best-in-class growth metrics. For instance:

- we experienced year-over-year total revenue growth of 58.1% and 28.0% in Fiscal 2011 and Fiscal 2010, respectively;

2

**Table of Contents**

- our global comparable store sales increased 48.2%, 19.2% and 6.3% in Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively, and we have had positive comparable store sales growth in every quarter in the last five fiscal years; and

- our global retail store count grew from 48 at the beginning of Fiscal 2009 to 166 through the end of Fiscal 2011, representing a 51.2% CAGR.

**Design Vision Led by World-Renowned, Award-Winning Designer** . Michael Kors, a world-renowned designer, personally leads our experienced design team. Mr. Kors and his team are responsible for conceptualizing and directing the design of all of our products, and their design leadership is a unique advantage that we possess. Mr. Kors has received a number of awards, including the Council of Fashion Designers of America ("CFDA") Women's Fashion Designer of the Year (1999), the CFDA Men's Fashion Designer of the Year (2003), the ACE Accessory Designer of the Year (2006) and the CFDA Lifetime Achievement Award (2010). These and other awards recognize the contribution Mr. Kors and his team have made to the fashion industry and our Company. Our brand image has been further enhanced since 2004 by Mr. Kors' position as a judge on the six-time Emmy-nominated reality show *Project Runway*.

**Poised to Take Share in the Growing Global Accessories Product Category** . According to the *Altagamma Studies*, from 2005 to 2010, the accessories product category was the fastest growing product category in the global luxury goods industry, increasing at a 9% CAGR, and in 2010 the accessories product category generated sales of approximately $57.5 billion, representing 25% of total luxury goods sales. In 2004, we saw the opportunity to capitalize on growing accessories demand by leveraging the strength of the *Michael Kors* luxury collection, and we introduced the accessible luxury *MICHAEL Michael Kors* collection. Since launching the *MICHAEL Michael Kors* collection, awareness of our brand within the United States has grown exponentially, increasing from 11% in 2004 to 71% in 2011, according to a study we commissioned. In turn, our sales of accessories have grown at an approximately 57.6% CAGR over the last three years, outperforming industry growth. Net sales of accessories and related merchandise (including handbags, small leather goods, footwear, watches, jewelry, eyewear and fragrance) in our retail and wholesale segments accounted for approximately 62.3% of our total revenue in Fiscal 2011. We anticipate that sales of our accessories and related merchandise will continue to grow and will become an increasingly important driver of global comparable store sales growth.

**Proven Multi-Format Retail Segment with Significant Growth Opportunity**. In Fiscal 2011, our retail segment reported total revenue of $344.2 million and an industry-best 48.2% increase in year-over-year comparable store sales from Fiscal 2010. Within our retail segment we have three primary retail store formats: collection stores, lifestyle stores and outlet stores. Our collection stores are located in some of the world's most prestigious shopping areas, such as Madison Avenue in New York and Bond Street in London, and are generally 3,100 square feet in size. Our lifestyle stores are located in some of the world's most frequented metropolitan shopping locations and leading regional shopping centers, and are generally 2,100 square feet in size. We also extend our reach to additional consumer groups through our outlet stores, which are generally 2,700 square feet in size. In addition to these three retail store formats, we operate concessions in a select number of department stores in North America and internationally.

**Strong Relationships with Premier Wholesale Customers**. We partner with leading wholesale customers, such as Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Bloomingdale's, Nordstrom and Macy's in North America; and Harrods, Harvey Nichols, Selfridges and Galeries Lafayette in Europe. These relationships enable us to access large numbers of our key consumers in a targeted manner. In addition, we are engaged in wholesale growth initiatives that are designed to transform the Michael Kors displays at select department stores into branded "shop-in-shops." By installing customized freestanding fixtures, wall casings and components, decorative items and flooring, as well as deploying specially trained staff, we believe that our shop-in-shops provide department store consumers with a more personalized shopping experience than traditional

3

Table of Contents

retail department store configurations. These initiatives, among others, have helped increase total revenue for our wholesale segment from $296.9 million in Fiscal 2010 to $413.6 million in Fiscal 2011, representing a 39.3% year-over-year increase.

**Growing Licensing Segment**. The strength of our global brand has been instrumental in helping us build our licensing business. We collaborate with a select number of product licensees who produce and sell what we believe are products requiring specialized expertise that are enhanced by our brand strength. Our relationship with Fossil Partners, LP. ("Fossil"), for instance, has helped us create a line of watches that we believe have become, and will continue to be, status items for young fashion-conscious consumers. Other product licensees include, among others, the Aramis and Designer Fragrances division of The Estée Lauder Companies Inc. ("Estée Lauder") for fragrances and Marchon Eyewear Inc. ("Marchon") for eyewear. Our relationships with our product licensees have helped us leverage our success across demographics and categories by taking advantage of their unique expertise, resulting in total revenue for licensed products increasing from $24.6 million in Fiscal 2010 to $45.5 million in Fiscal 2011, representing a 84.8% year-over-year increase. In addition, we have entered into agreements with non-manufacturing licensees who we believe have particular expertise in the distribution of fashion accessories, footwear and apparel in specific geographic territories, such as Korea, the Philippines, Singapore, Malaysia, greater China, the Middle East and Turkey.

**Proven and Experienced Management Team**. Our senior management team has extensive experience across a broad range of disciplines in the retail industry, including design, sales, marketing, public relations, merchandising, real estate, supply chain and finance. With an average of 25 years of experience in the retail industry, including at a number of public companies, and an average of eight years with Michael Kors, our senior management team has strong creative and operational experience and a successful track record. This extensive experience extends beyond our senior management team and deep into our organization. For example, we have a 50-person design team, the senior staff of which has an average of 19 years of experience in the industry.

### Our Growth Strategy

Our goal is to increase our revenue and profits and strengthen our global brand. Our growth strategy includes the following:

**Increase Our Brand Awareness**. We intend to continue increasing brand awareness and customer loyalty in North America and internationally in a number of ways, including by:

- continuing to open new retail stores in preeminent, high-visibility locations;
- maintaining our strong advertising position in global fashion publications, growing our online advertising exposure and internet presence and continuing to distribute our store catalog featuring our new collections;
- holding our semi-annual runway shows that reinforce Mr. Kors' designer status and high-fashion image, creating excitement around the *Michael Kors* and *MICHAEL Michael Kors* collections and generating global multimedia press coverage; and
- leveraging Mr. Kors' global prestige and popularity through a variety of press activities and personal appearances.

**Expand Our Retail Store Base in North America**. We expanded our retail store base in North America by 30 stores in Fiscal 2010 and by 40 stores in Fiscal 2011. We believe that there is significant opportunity to continue expanding our retail store base in North America and to increase our North American retail store base to approximately 400 locations in the long term. We will look to open new stores predominantly in high traffic areas of street and mall locations in high-income demographic areas and will adhere to our already successful retail store formats, which we believe reinforce our brand image and generate strong sales per square foot.

**Table of Contents**

**Expand North American Shop-in-Shop Footprint at Select Department Stores**. In Fiscal 2011, we achieved a 33.7% year-over-year increase in our North American wholesale sales through substantially the same number of department store wholesale doors, primarily due to an increase in shop-in-shops. We believe that our proprietary shop-in-shop fixtures effectively communicate our brand image within the department store, enhance the presentation of our merchandise and create a more personalized shopping experience for department store customers. We plan to grow our North American shop-in-shop footprint at select department stores by continuing to convert existing wholesale door space into shop-in-shops and expanding the size of existing shop-in-shops.

**Increase Global Comparable Store Sales**. In Fiscal 2011, we reported a 48.2% year-over-year increase in global comparable store sales. We expect to continue to increase global comparable store sales with a number of initiatives already under way to increase the size and frequency of purchases by our existing customers and to attract new customers. Such initiatives include, among others, increasing the size of existing stores, creating compelling store environments and offering new products, including logo products, small leather goods, active footwear and fashion jewelry.

**Grow International Retail and Wholesale Businesses**. Given the growing worldwide demand for accessible luxury goods, continued international expansion in select regions represents a compelling opportunity for additional growth. As of October 1, 2011, we operated 34 retail stores, including concessions, internationally, and our products are sold through approximately 549 department store and specialty store wholesale doors internationally. We plan to leverage our existing operations in London, Lugano, Madrid, Milan, Munich, Paris and Tokyo to drive continued retail and wholesale expansion in Europe and Japan. In the long term, we believe that we can increase our international retail store base, including concessions, to approximately 100 locations in Europe and approximately 100 locations in Japan. In addition, we plan to expand our shop-in-shop footprint at select department stores throughout Europe and our concession footprint at select department stores in Japan.

### Recent Developments

As of November 26, 2011, we had 184 North American retail stores, including concessions, and 37 international retail stores, including concessions, in Europe and Japan. For the period from October 2, 2011, the first day of our third fiscal quarter of Fiscal 2012, to November 26, 2011, our comparable store sales increased by approximately 31.2% for this period. This reflects only the first two months of our third fiscal quarter. Accordingly, we have not begun our normal quarter-end closing and review procedures and there can be no assurance that final results for the thirteen-week period ended December 31, 2011 will not differ from the results for this two-month period, including as a result of the third month of our third fiscal quarter. The results for this two-month period are not for an entire fiscal period, will be subject to quarter-end closing procedures and/or adjustments and should not be viewed as a substitute for full interim financial statements prepared in accordance with generally accepted accounting principles in the United States. These preliminary results could change materially and are not necessarily indicative of the results to be achieved for the thirteen-week period ended December 31, 2011, the remainder of Fiscal 2012 or any future period.

### Summary Risk Factors

Investing in our ordinary shares entails a high degree of risk as more fully described in the "Risk Factors" section of this prospectus. You should carefully consider such risks before deciding to invest in our ordinary shares. These risks include, among others, that:

- The accessories, footwear and apparel industries are heavily influenced by general macroeconomic cycles that affect consumer spending, and a prolonged period of depressed consumer spending could have a material adverse effect on our business, financial condition and operating results.

5

**Table of Contents**

- We may not be able to respond to changing fashion and retail trends in a timely manner, which could have a material adverse effect on our brand, business, financial condition and operating results.

- The markets in which we operate are highly competitive, both within North America and internationally, and increased competition based on a number of factors could cause our profitability to decline.

- The departure of our founder, members of our executive management and other key employees could have a material adverse effect on our business.

- The growth of our business depends on the successful execution of our growth strategies, including our efforts to open and operate new retail stores and increase the number of department stores and specialty stores that sell our products.

### Corporate and Other Information

Including our predecessors, we have been in business since 1981. Michael Kors Holdings Limited was incorporated on December 13, 2002 as a limited liability company under the laws of the British Virgin Islands and is registered at the Registry of Corporate Affairs of the British Virgin Islands under number 524407. In 2003, Sportswear Holdings Limited, an affiliate of two of our directors, Silas K. F. Chou and Lawrence S. Stroll, acquired a majority interest in the Company. See "Principal and Selling Shareholders."

Our principal executive offices are located at c/o Michael Kors Limited, Unit 1001, 10/F, Miramar Tower, 132 Nathan Road, Tsim Sha Tsui, Hong Kong, our telephone number is (852) 3928-5563 and our fax number is (852) 3928-5697. We maintain a website at *www.michaelkors.com*. We do not incorporate the information contained on, or accessible through, our website into this prospectus, and you should not consider it a part of this prospectus.

6

**Table of Contents**

<div style="border: 1px solid black;">

**SUMMARY TERMS OF THE OFFERING**

The summary below describes the principal terms of this offering. The "Description of Share Capital" section of this prospectus contains a more detailed description of the ordinary shares.

| | |
|---|---|
| Ordinary shares offered by us | We are not selling any ordinary shares in this offering. |
| Ordinary shares offered by the selling shareholders | 47,200,000 ordinary shares. |
| Ordinary shares to be outstanding immediately after this offering | Immediately after this offering, we will have 190,792,868 ordinary shares issued and outstanding. |
| Over-allotment Option | The selling shareholders have granted the underwriters the right to purchase an additional 7,080,000 ordinary shares within 30 days from the date of this prospectus to cover over-allotments, if any. |
| Use of Proceeds | The selling shareholders will receive all of the net proceeds from the sale of the ordinary shares offered under this prospectus. Accordingly, we will not receive any proceeds from the sale of ordinary shares in this offering. |
| Voting Rights | Holders of our ordinary shares are entitled to one vote per ordinary share in all shareholder meetings. See "Description of Share Capital—Ordinary Shares." |
| Dividend Policy | We do not expect to pay any dividends or other distributions on our ordinary shares in the foreseeable future. We currently intend to retain future earnings. See "Dividend Policy." |
| Listing | We have been approved to list our ordinary shares on the NYSE under the symbol "KORS." |
| Risk Factors | Investing in our ordinary shares involves substantial risks. See "Risk Factors" for a description of certain of the risks you should consider before investing in our ordinary shares. |

The number of ordinary shares outstanding immediately after this offering excludes 19,240,284 stock options granted and outstanding pursuant to the Amended and Restated Michael Kors (USA), Inc. Stock Option Plan (the "Stock Option Plan") at a weighted average exercise price of $4.48 per ordinary share, 2,516,184 ordinary shares subject to grants of stock options, restricted shares and restricted stock units under the Amended and Restated Michael Kors Holdings Limited Omnibus Incentive Plan (the "Equity Plan") (in the case of stock options, at an exercise price equal to the initial public offering price) and 12,729,816 ordinary shares reserved for future issuance under the Equity Plan. See "Management—Compensation of Executive Officers and Directors."

Unless we indicate otherwise, all information in this prospectus:

- assumes that the underwriters do not exercise their option to purchase from the selling shareholders up to 7,080,000 ordinary shares to cover over-allotments, if any; and

- gives effect to (i) the Reorganization, (ii) a 3.8-to-1 split of our ordinary shares (the "Share Split") that occurred on November 30, 2011, (iii) the conversion of all outstanding preference shares of the Company into 41,256,025 ordinary shares immediately prior to the completion of this offering and (iv) the exercise of stock options to acquire 1,736,567 ordinary shares prior to the completion of this offering.

</div>

7

**Table of Contents**

**Summary Historical Consolidated Financial and Other Data**

Our fiscal year ends on the Saturday closest to March 31 of the respective calendar year. Results for the periods presented represent the results of Michael Kors Holdings Limited and its consolidated subsidiaries.

The following table sets forth summary historical consolidated financial and other data for Michael Kors Holdings Limited and its consolidated subsidiaries for the periods presented. The statements of operations data for Fiscal 2011, 2010 and 2009 and the balance sheet data as of the end of Fiscal 2011 and 2010 have been derived from our audited consolidated financial statements included elsewhere in this prospectus. The statements of operations data for the six months ended October 1, 2011 and October 2, 2010 and the balance sheet data at October 1, 2011 have been derived from our unaudited interim consolidated financial statements included elsewhere in this prospectus. Our results of operations for the first six months ended October 1, 2011 are not necessarily indicative of the results that can be expected for the full year or any future period. The balance sheet data as of the end of Fiscal 2009 and as of October 2, 2010 have been derived from our unaudited consolidated financial statements, which are not included in this prospectus.

The summary historical consolidated financial data below should be read in conjunction with "Capitalization," "Selected Historical Consolidated Financial and Other Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and the related notes included elsewhere in this prospectus.

8

**Table of Contents**

| | Six Months Ended | | Fiscal Years Ended | | |
|---|---|---|---|---|---|
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| | (data presented in thousands, except for shares and per share data) | | | | |
| **Statements of Operations Data:** | | | | | |
| Net sales | $ 520,207 | $ 322,440 | $ 757,800 | $ 483,452 | $ 377,058 |
| Royalty revenue | 28,451 | 18,444 | 45,539 | 24,647 | 20,016 |
| Total revenue | 548,658 | 340,884 | 803,339 | 508,099 | 397,074 |
| Cost of goods sold | 236,589 | 155,704 | 357,274 | 241,365 | 208,283 |
| Gross Profit | 312,069 | 185,180 | 446,065 | 266,734 | 188,791 |
| Selling, general and administrative expenses | 190,799 | 121,361 | 279,822 | 191,717 | 147,490 |
| Depreciation and amortization | 17,016 | 11,680 | 25,543 | 18,843 | 14,020 |
| Impairment of long-lived assets | — | 2,838 | 3,834 | — | 3,043 |
| Total operating expenses | 207,815 | 135,879 | 309,199 | 210,560 | 164,553 |
| Income from operations | 104,254 | 49,301 | 136,866 | 56,174 | 24,238 |
| Interest expense | 660 | 1,230 | 1,861 | 2,057 | 1,600 |
| Foreign currency loss (income) | (1,729) | (387) | 1,786 | (830) | 391 |
| Income before provision for income taxes | 105,323 | 48,458 | 133,219 | 54,947 | 22,247 |
| Provision for income taxes | 40,602 | 21,115 | 60,713 | 15,699 | 9,208 |
| Net income | 64,721 | 27,343 | 72,506 | 39,248 | 13,039 |
| Net income applicable to preference shareholders | 14,173 | 5,894 | 15,629 | 8,460 | 2,811 |
| Net income available for ordinary shareholders | $ 50,548 | $ 21,449 | $ 56,877 | $ 30,788 | $ 10,228 |
| Weighted average ordinary shares outstanding[1]: | | | | | |
| Basic | 143,554,974 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
| Diluted | 183,378,696 | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 |
| Net income per ordinary share[2]: | | | | | |
| Basic | $ 0.35 | $ 0.15 | $ 0.40 | $ 0.22 | $ 0.07 |
| Diluted | $ 0.35 | $ 0.15 | $ 0.40 | $ 0.22 | $ 0.07 |
| Pro forma net income[3][4]: | $ 61,624 | | $ 69,410 | | |
| Pro forma weighted average ordinary shares outstanding[4]: | | | | | |
| Basic | 183,378,696 | | 179,177,251 | | |
| Diluted | 188,203,675 | | 183,129,385 | | |
| Pro forma net income per ordinary share[3][4]: | | | | | |
| Basic | $ 0.34 | | $ 0.39 | | |
| Diluted | $ 0.33 | | $ 0.38 | | |

(1) Gives effect to the Reorganization and the Share Split. See "Certain Relationships and Related Party Transactions—Reorganization Transactions and Preference Share Sale."
(2) Basic net income per ordinary share is computed by dividing net income available to ordinary shareholders by basic weighted average ordinary shares outstanding. Diluted net income per ordinary share assumes the conversion of preference shares to ordinary shares and is computed by dividing net income by diluted weighted average ordinary shares outstanding.
(3) See "Unaudited Pro Forma Financial Data."
(4) Gives effect to the Reorganization, the Share Split and the conversion of all outstanding preference shares of the Company into ordinary shares immediately prior to the completion of this offering.

9

**Table of Contents**

| | Six Months Ended | | Fiscal Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| | (dollars in thousands) | | | | |
| **Operating Data:** | | | | | |
| Comparable retail store sales growth | 42.3% | 39.5% | 48.2% | 19.2% | 6.3% |
| Gross profit as a percentage of total revenue | 56.9% | 54.3% | 55.5% | 52.5% | 47.5% |
| Retail net sales | $ 255,377 | $ 139,639 | $ 344,195 | $ 186,538 | $ 114,031 |
| Retail stores at end of period | 203 | 140 | 166 | 106 | 74 |
| Total retail stores gross square footage | 462,758 | 314,345 | 370,713 | 263,468 | 186,362 |
| Wholesale doors at end of period | 2,350 | 1,775 | 2,032 | 1,600 | 1,313 |
| | | | | | |
| **Balance Sheet Data (as of the end of period dated above):** | | | | | |
| Working capital | $ 181,800 | $ 52,348 | $ 117,673 | $ 51,263 | $ 13,739 |
| Total assets | $ 479,216 | $ 324,418 | $ 399,495 | $ 281,852 | $ 218,463 |
| Revolving line of credit | $ 16,218 | $ 25,955 | $ 12,765 | $ 43,980 | $ 39,440 |
| Note payable to parent | $ — | $ 103,500 | $ 101,650 | $ 103,500 | $ 103,500 |
| Shareholders' equity | $ 302,293 | $ 84,508 | $ 125,320 | $ 49,011 | $ 11,475 |
| Number of ordinary shares | 147,134,033 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
| Number of preference shares | 10,856,853 | 10,163,920 | 10,163,920 | 10,163,920 | 10,163,920 |

10

**Table of Contents**

## RISK FACTORS

*An investment in our ordinary shares involves a high degree of risk. Prior to investing in our ordinary shares, we encourage each prospective investor to carefully read this entire prospectus, including, without limitation, the following risk factors and the section of this prospectus entitled "Cautionary Notice Regarding Forward-Looking Statements." Any of the following factors could materially adversely affect our business, financial condition and operating results. Additional risks and uncertainties not currently known to us or that we currently view as immaterial may also materially adversely affect our business, financial condition and operating results. If any of these risks occur, the value of our ordinary shares could decline, and you could lose all or part of your original investment.*

### Risks Related to Our Business

***The accessories, footwear and apparel industries are heavily influenced by general macroeconomic cycles that affect consumer spending, and a prolonged period of depressed consumer spending could have a material adverse effect on our business, financial condition and operating results.***

The accessories, footwear and apparel industries have historically been subject to cyclical variations, recessions in the general economy and uncertainties regarding future economic prospects that affect consumer spending habits. Purchases of discretionary luxury items, such as our products, tend to decline during recessionary periods, when disposable income is lower. The success of our operations depends on a number of factors impacting discretionary consumer spending, including general economic conditions, consumer confidence, wages and unemployment, housing prices, consumer debt, interest rates, fuel and energy costs, taxation and political conditions. A continuation or worsening of the current weakness in the economy may negatively affect consumer and wholesale purchases of our products and could have a material adverse effect on our business, financial condition and operating results.

***We may not be able to respond to changing fashion and retail trends in a timely manner, which could have a material adverse effect on our brand, business, financial condition and operating results.***

The accessories, footwear and apparel industries have historically been subject to rapidly changing fashion trends and consumer preferences. We believe that our success is largely dependent on our brand image and ability to anticipate and respond promptly to changing consumer demands and fashion trends in the design, styling, production, merchandising and pricing of products. If we do not correctly gauge consumer needs and fashion trends and respond appropriately, consumers may not purchase our products and our brand name and brand image may be impaired. Even if we react appropriately to changes in fashion trends and consumer preferences, consumers may consider our brand image to be outdated or associate our brand with styles that are no longer popular or trend-setting. Any of these outcomes could have a material adverse effect on our brand, business, financial condition and operating results.

***The markets in which we operate are highly competitive, both within North America and internationally, and increased competition based on a number of factors could cause our profitability to decline.***

We face intense competition from other domestic and foreign accessories, footwear and apparel producers and retailers, including, among others, Coach, Burberry, Ralph Lauren, Hermès, Louis Vuitton, Gucci, Marc Jacobs, Chloé and Prada. Competition is based on a number of factors, including, without limitation, the following:

- anticipating and responding to changing consumer demands in a timely manner;
- establishing and maintaining favorable brand-name recognition;
- determining and maintaining product quality;
- maintaining key employees;

11

**Table of Contents**

- maintaining and growing market share;

- developing quality and differentiated products that appeal to consumers;

- establishing and maintaining acceptable relationships with retail customers;

- pricing products appropriately;

- providing appropriate service and support to retailers;

- optimizing retail and supply chain capabilities;

- determining size and location of retail and department store selling space; and

- protecting intellectual property.

In addition, some of our competitors may be significantly larger and more diversified than us and may have significantly greater financial, technological, manufacturing, sales, marketing and distribution resources than we do. Their greater capabilities in these areas may enable them to better withstand periodic downturns in the accessories, footwear and apparel industries, compete more effectively on the basis of price and production and more quickly develop new products. The general availability of manufacturing contractors and agents also allows new entrants easy access to the markets in which we compete, which may increase the number of our competitors and adversely affect our competitive position and our business. Any increased competition, or our failure to adequately address any of these competitive factors, could result in reduced sales, which could adversely affect our business, financial condition and operating results.

Competition, along with such other factors as consolidation and changes in consumer spending patterns, could also result in significant pricing pressure. These factors may cause us to reduce our sales prices to our wholesale customers and retail consumers, which could cause our gross margins to decline if we are unable to appropriately manage inventory levels and/or otherwise offset price reductions with comparable reductions in our operating costs. If our sales prices decline and we fail to sufficiently reduce our product costs or operating expenses, our profitability may decline, which could have a material adverse effect on our business, financial condition and operating results.

***The departure of our founder, members of our executive management and other key employees could have a material adverse effect on our business.***

We depend on the services and management experience of our founder and executive officers, who have substantial experience and expertise in our business. In particular, Mr. Kors, our Honorary Chairman and Chief Creative Officer, has provided design and executive leadership to the Company since its inception. He is instrumental to our marketing and publicity strategy and is closely identified with both the brand that bears his name and our Company in general. Our ability to maintain our brand image and leverage the goodwill associated with Mr. Kors' name may be damaged if we were to lose his services. Mr. Kors has the right to terminate his employment with us without cause. In addition, the leadership of John D. Idol, our Chairman and Chief Executive Officer, and Joseph B. Parsons, our Executive Vice President, Chief Financial Officer and Chief Operating Officer, has been a critical element of our success. We also depend on other key employees involved in our licensing, design and advertising operations. Competition for qualified personnel in the apparel industry is intense, and competitors may use aggressive tactics to recruit our executive officers and key employees. Although we have entered into employment agreements with Mr. Kors and certain of our other executive officers, including Mr. Idol and Mr. Parsons, we may not be able to retain the services of such individuals in the future. The loss of services of one or more of these individuals or any negative public perception with respect to, or relating to, the loss of one or more of these individuals could have a material adverse effect on our business, financial condition and operating results.

12

**Table of Contents**

***The growth of our business depends on the successful execution of our growth strategies, including our efforts to open and operate new retail stores and increase the number of department stores and specialty stores that sell our products.***

As part of our growth strategy, we intend to open and operate new retail stores and shop-in-shops within select department stores, both domestically and internationally. Our ability to successfully open and operate new retail stores, including concessions, and shop-in-shops depends on many factors, including, among others, our ability to:

- identify new markets where our products and brand image will be accepted or the performance of our retail stores, including concessions, and shop-in-shops will be considered successful;

- negotiate acceptable lease terms, including desired tenant improvement allowances, to secure suitable store locations;

- hire, train and retain personnel and field management;

- assimilate new personnel and field management into our corporate culture;

- source sufficient inventory levels; and

- successfully integrate new retail stores, including concessions, and shop-in-shops into our existing operations and information technology systems.

We will encounter pre-operating costs and we may encounter initial losses when new retail stores, including concessions, and shop-in-shops commence operations. While we expect to open a number of additional retail stores, including concessions, and shop-in-shops in Fiscal 2012, there can be no assurance that we will open the planned number, that we will recover the expenditure costs associated with opening these new retail stores, including concessions, and shop-in-shops or that the operation of these new venues will be successful or profitable. Any such failure could have a material adverse effect on our business, financial condition and operating results.

We face additional risks with respect to our strategy to expand internationally, including our efforts to further expand our operations in European countries and in Japan as well as other Asian countries. In some of these countries we do not yet have significant operating experience, and in most of these countries we face established competitors with significantly more operating experience in those locations. Many of these countries have different operational characteristics, including, but not limited to, employment and labor, transportation, logistics, real estate (including lease terms) and local reporting or legal requirements. Furthermore, consumer demand and behavior, as well as tastes and purchasing trends may differ in these countries and, as a result, sales of our product may not be successful, or the margins on those sales may not be in line with those we currently anticipate. In addition, in many of these countries there is significant competition to attract and retain experienced and talented employees. If our international expansion plans are unsuccessful, it could have a material adverse effect on our business, financial condition and operating results.

***We have grown rapidly in recent years and we have limited operating experience at our current scale of operations; if we are unable to manage our operations at our current size or are unable to manage any future growth effectively, our brand image and financial performance may suffer.***

We have expanded our operations rapidly and have limited operating experience at our current size. Our total revenue increased from $397.1 million in Fiscal 2009 to $803.3 million in Fiscal 2011. If our operations continue to grow, we will be required to continue to expand our sales and marketing, product development and distribution functions, to upgrade our management information systems and other processes and to obtain more space for our expanding administrative support and other headquarter personnel. Our continued growth could strain our existing resources, and we could experience operating difficulties, including the availability of desirable locations and the negotiation of acceptable lease terms, difficulties in hiring, training and managing an

13

**Table of Contents**

increasing number of employees, difficulties in obtaining sufficient raw materials and manufacturing capacity to produce our products and delays in production and shipments. These difficulties could result in the erosion of our brand image and could have a material adverse effect on our business, financial condition and operating results.

*As we expand our store base, we may be unable to maintain the same comparable store sales or average sales per square foot that we have in the past, which could cause our share price to decline.*

As we expand our store base, we may not be able to maintain the levels of comparable store sales that we have experienced historically. In addition, we may not be able to maintain our historic average sales per square foot as we move into new markets. If our future comparable store sales or average sales per square foot decline or fail to meet market expectations, the price of our ordinary shares could decline. In addition, the aggregate results of operations of our stores have fluctuated in the past and can be expected to continue to fluctuate in the future. A variety of factors affect both comparable store sales and average sales per square foot, including, among others, fashion trends, competition, current economic conditions, pricing, inflation, the timing of the release of new merchandise and promotional events, changes in our merchandise mix, the success of marketing programs and weather conditions. If we misjudge the market for our products, we may incur excess inventory for some of our products and miss opportunities for other products. These factors may cause our comparable store sales results and average sales per square foot in the future to be materially lower than recent periods and our expectations, which could harm our results of operations and result in a decline in the price of our ordinary shares.

*We are subject to risks associated with leasing retail space under long-term, non-cancelable leases and are required to make substantial lease payments under our operating leases; any failure to make these lease payments when due could materially adversely affect our business, financial condition and operating results.*

We do not own any of our store facilities; instead, we lease all of our stores under operating leases. Our leases generally have terms of 10 years with no renewal options. Our leases generally require a fixed annual rent, and most require the payment of additional rent if store sales exceed a negotiated amount. Generally, our leases are "net" leases, which require us to pay all of the costs of insurance, taxes, maintenance and utilities. We generally cannot cancel these leases at our option. Payments under these operating leases account for a significant portion of our operating costs. For example, as of October 1, 2011, we were party to operating leases associated with our stores as well as other corporate facilities requiring future minimum lease payments aggregating $248.1 million through Fiscal 2016 and approximately $234.1 million thereafter through Fiscal 2028. We expect that we will also lease any new stores we open under operating leases with terms similar to those contained in leases we have entered previously, which will further increase our operating lease expenses.

Our substantial operating lease obligations could have significant negative consequences, including, among others:

- increasing our vulnerability to general adverse economic and industry conditions;
- limiting our ability to obtain additional financing;
- requiring a substantial portion of our available cash to pay our rental obligations, thus reducing cash available for other purposes;
- limiting our flexibility in planning for or reacting to changes in our business or in the industry in which we compete; and
- placing us at a disadvantage with respect to some of our competitors.

We depend on cash flow from operations to pay our lease expenses and to fulfill our other cash needs. If our business does not generate sufficient cash flow from operating activities, and sufficient funds are not otherwise available to us, we may not be able to service our operating lease expenses, grow our business, respond to competitive challenges or fund our other liquidity and capital needs.

14

Table of Contents

*Our current and future licensing arrangements may not be successful and may make us susceptible to the actions of third parties over whom we have limited control.*

We have entered into a select number of product licensing agreements with companies that produce and sell, under our trademarks, products requiring specialized expertise. We have also entered into a number of select licensing agreements pursuant to which we have granted third parties the right to distribute and sell our products in certain geographical areas, including, among others, Korea, the Philippines, Singapore, Malaysia, the Middle East and Turkey. Our operations in China, Hong Kong, Macau and Taiwan are conducted pursuant to similar licensing agreements that we have entered into with entities that are indirectly owned by certain of our current shareholders, including Mr. Kors, Mr. Idol and Sportswear Holdings Limited. See "Certain Relationships and Related Party Transactions—Michael Kors Far East Holdings Limited." In the future, we may enter into additional licensing arrangements. Although we take steps to carefully select our licensing partners, such arrangements may not be successful. Our licensing partners may fail to fulfill their obligations under their license agreements or have interests that differ from or conflict with our own, such as the timing of new store openings, the pricing of our products and the offering of competitive products. In addition, the risks applicable to the business of our licensing partners may be different than the risks applicable to our business, including risks associated with each such partner's ability to:

- obtain capital;

- exercise operational and financial control over its business;

- manage its labor relations;

- maintain relationships with suppliers;

- manage its credit and bankruptcy risks; and

- maintain customer relationships.

Any of the foregoing risks, or the inability of any of our licensing partners to successfully market our products or otherwise conduct its business, may result in loss of revenue and competitive harm to our operations in regions or product categories where we have entered into such licensing arrangements.

We rely on our licensing partners to preserve the value of our brands. Although we attempt to protect our brands through, among other things, approval rights over store location and design, product design, production quality, packaging, merchandising, distribution, advertising and promotion of our stores and products, we may not be able to control the use by our licensing partners of each of our licensed brands. The misuse of our brands by a licensing partner could have a material adverse effect on our business, financial condition and operating results.

*A substantial portion of our revenue is derived from a small number of large wholesale customers, and the loss of any of these wholesale customers could substantially reduce our total revenue.*

A small number of our wholesale customers account for a significant portion of our net sales. Net sales to our five largest wholesale customers were 30.4% of our total revenue for Fiscal 2011 and 35.7% of our total revenue for Fiscal 2010. Our largest wholesale customer, a large, nationally recognized U.S. department store, accounted for 13.8% of our total revenue for Fiscal 2011 and 14.5% of our total revenue for Fiscal 2010. We do not have written agreements with any of our wholesale customers, and purchases generally occur on an order-by-order basis. A decision by any of our major wholesale customers, whether motivated by marketing strategy, competitive conditions, financial difficulties or otherwise, to decrease significantly the amount of merchandise purchased from us or our licensing partners, or to change their manner of doing business with us or our licensing partners, could substantially reduce our revenue and have a material adverse effect on our profitability. During the past several years, the retail industry has experienced a great deal of consolidation and other ownership changes, and we expect such changes will continue. In addition, store closings by our wholesale customers decrease the number of stores carrying our products, while the remaining stores may purchase a

15

**Table of Contents**

smaller amount of our products and may reduce the retail floor space designated for our brands. In the future, retailers may further consolidate, undergo restructurings or reorganizations, realign their affiliations or reposition their stores' target markets. Any of these types of actions could decrease the number of stores that carry our products or increase the ownership concentration within the retail industry. These changes could decrease our opportunities in the market, increase our reliance on a smaller number of large wholesale customers and decrease our negotiating strength with our wholesale customers. These factors could have a material adverse effect on our business, financial condition and operating results.

*A material disruption in our information technology systems could have a material adverse effect on our business, financial condition and results of operations.*

We rely extensively on our information technology ("IT") systems to track inventory, manage our supply chain, record and process transactions, summarize results and manage our business. The failure of our IT systems to operate effectively, problems with transitioning to upgraded or replacement systems or difficulty in integrating new systems could adversely affect our business. In addition, our IT systems may be subject to damage and/or interruption from power outages, computer, network and telecommunications failures, computer viruses, security breaches and usage errors by our employees. If our IT systems are damaged or cease to function properly, we may have to make a significant investment to fix or replace them, and we may suffer loss of critical data and interruptions or delays in our operations in the interim. Any significant disruption in our IT systems could have a material adverse effect on our business, financial condition and operating results.

*Direct privacy breaches and the engagement of third parties to operate our e-commerce business could negatively affect our reputation, credibility and business.*

We are responsible for storing data relating to our customers and employees and rely on third parties for the operation of our e-commerce website, *michaelkors.com*, and for the various social media tools and websites we use as part of our marketing strategy. Consumers are increasingly concerned over the security of personal information transmitted over the internet, consumer identity theft and user privacy. In addition to taking the necessary precautions ourselves, we require that third-party service providers implement reasonable security measures to protect our customers' identity and privacy. We do not, however, control these third-party service providers and cannot guarantee that no electronic or physical computer break-ins and security breaches will occur in the future. Any perceived or actual unauthorized disclosure of personally identifiable information regarding our customers or website visitors could harm our reputation and credibility, reduce our e-commerce net sales, impair our ability to attract website visitors and reduce our ability to attract and retain customers. Finally, we could incur significant costs in complying with the multitude of state, federal and foreign laws regarding unauthorized disclosure of personal information, to the extent they are applicable.

*Increases in the cost of raw materials could increase our production costs and cause our operating results and financial condition to suffer.*

The costs of raw materials used in our products are affected by, among other things, weather, consumer demand, speculation on the commodities market, the relative valuations and fluctuations of the currencies of producer versus consumer countries and other factors that are generally unpredictable and beyond our control. We are not always successful in our efforts to protect our business from the volatility of the market price of raw materials, and our business can be materially affected by dramatic movements in prices of raw materials. The ultimate effect of this change on our earnings cannot be quantified, as the effect of movements in raw materials prices on industry selling prices are uncertain, but any significant increase in these prices could have a material adverse effect on our business, financial condition and operating results.

*We are dependent on a limited number of distribution facilities. If one or more of our distribution facilities becomes inoperable, our business, financial condition and operating results could be negatively affected.*

We operate a limited number of distribution facilities. Our ability to meet the needs of our customers and our own retail stores depends on the proper operation of these distribution facilities. If any of these distribution

16

**Table of Contents**

facilities were to shut down or otherwise become inoperable or inaccessible for any reason, we could suffer a substantial loss of inventory and/or disruptions of deliveries to our customers and retail stores. In addition, we could incur significantly higher costs and longer lead times associated with the distribution of our products during the time it takes to reopen or replace the damaged facility. In addition, we currently operate our California distribution from three separate warehouses totaling approximately 350,000 square feet. The leases for these three facilities expire on March 31, 2012. We have executed a lease for an approximately 500,000 square foot distribution center in Whittier, California, which we believe will allow us to significantly increase our distribution capabilities and efficiency. We took possession of the new distribution center in October 2011 and intend to complete our transition into this facility prior to the March 31, 2012 expiration of the leases for our existing California distribution facilities. As part of this transition, we will implement a new warehouse management system that will supplement our current legacy system and further support our efforts to operate with increased efficiency and flexibility. There are risks inherent in transitioning our existing three distribution facilities into one new facility and in implementing a new warehouse management system, including the risk of late delivery of possession of the new facility, difficulty in negotiating acceptable terms to remain temporarily in the existing facilities in the event of any such late delivery and other operational difficulties that may arise in commencing operations in a new facility with a new management system. Any of the foregoing factors could have a material adverse effect on our business, financial condition and operating results.

*We primarily use foreign manufacturing contractors and independent third-party agents to source our finished goods, which poses legal, regulatory, political and economic risks to our business operations.*

Our products are primarily produced by, and purchased or procured from, independent manufacturing contractors located mainly in countries in Asia, Europe and Central and South America. A manufacturing contractor's failure to ship products to us in a timely manner or to meet the required quality standards could cause us to miss the delivery date requirements of our customers for those items. The failure to make timely deliveries may cause customers to cancel orders, refuse to accept deliveries or demand reduced prices, any of which could have a material adverse effect on us. In addition, any of the following factors could negatively affect our ability to produce or deliver our products and, as a result, could have a material adverse effect on our business, financial condition and operating results:

- political or labor instability, labor shortages or increases in costs of labor or production in countries where manufacturing contractors and suppliers are located;

- political or military conflict involving the United States, which could cause a delay in the transportation of our products and raw materials and increase transportation costs;

- heightened terrorism security concerns, which could subject imported or exported goods to additional, more frequent or more thorough inspections, leading to delays in deliveries or impoundment of goods for extended periods of time or could result in increased scrutiny by customs officials for counterfeit goods, leading to lost sales, increased costs for our anti-counterfeiting measures and damage to the reputation of our brands;

- a significant decrease in availability or an increase in the cost of raw materials;

- disease epidemics and health-related concerns, which could result in closed factories, reduced workforces, scarcity of raw materials and scrutiny or embargoing of goods produced in infected areas;

- the migration and development of manufacturing contractors, which could affect where our products are or are planned to be produced;

- imposition of regulations, quotas and safeguards relating to imports and our ability to adjust in a timely manner to changes in trade regulations, which, among other things, could limit our ability to produce products in cost-effective countries that have the labor and expertise needed;

- increases in the costs of fuel, travel and transportation;

- imposition of duties, taxes and other charges on imports;

17

Table of Contents

- significant fluctuation of the value of the United States dollar against foreign currencies; and

- restrictions on transfers of funds out of countries where our foreign licensees are located.

We do not have written agreements with any of our third-party manufacturing contractors. As a result, any single manufacturing contractor could unilaterally terminate its relationship with us at any time. In Fiscal 2011, our largest manufacturing contractor, who primarily produces its products in China and who we have worked with for the last seven years, accounted for the production of 30.5% of our finished products. Our inability to promptly replace manufacturing contractors that terminate their relationships with us or cease to provide high quality products in a timely and cost-efficient manner could have a material adverse effect on our business, financial condition and operating results.

In addition, we use third-party agents to source our finished goods with numerous manufacturing contractors on our behalf. We do not have written agreements with any of our agents. As a result, any single agent could unilaterally terminate its relationship with us at any time. In Fiscal 2011, our largest third-party agent, whose primary place of business is Hong Kong and who we have worked with for the last seven years, sourced approximately 19.5% of our purchases of finished goods. Our inability to promptly replace agents that terminate their relationships with us or cease to provide high quality service in a timely and cost-efficient manner could have a material adverse effect on our business, financial condition and operating results.

*If our manufacturing contractors fail to use acceptable, ethical business practices, our business and reputation could suffer.*

We require our manufacturing contractors to operate in compliance with applicable laws, rules and regulations regarding working conditions, employment practices and environmental compliance. Additionally, we impose upon our business partners operating guidelines that require additional obligations in those three areas in order to promote ethical business practices, and our staff and third parties we retain for such purposes periodically visit and monitor the operations of our manufacturing contractors to determine compliance. However, we do not control our manufacturing contractors or their labor and other business practices. If one of our manufacturing contractors violates applicable labor or other laws, rules or regulations or implements labor or other business practices that are generally regarded as unethical in the United States, the shipment of finished products to us could be interrupted, orders could be cancelled, relationships could be terminated and our reputation could be damaged. Any of these events could have a material adverse effect on our business, financial condition and operating results.

*Restrictive covenants in our credit agreement may restrict our ability to pursue our business strategies.*

We have a $100.0 million asset-based revolving credit facility (as amended from time to time, the "Credit Facility") under which Michael Kors (USA), Inc. ("MKUSA"), Michael Kors (Europe) B.V., Michael Kors (Canada) Co. and Michael Kors Switzerland GmbH, our indirect wholly owned subsidiaries, are borrowers and we are a parent guarantor. The credit agreement governing the terms of the Credit Facility restricts, among other things, asset dispositions, mergers and acquisitions, dividends, stock repurchases and redemptions, other restricted payments, indebtedness, loans and investments, liens and affiliate transactions. Our credit agreement also contains customary events of default, including a change in control of the Company. These covenants, among other things, limit our ability to fund future working capital needs and capital expenditures, engage in future acquisitions or development activities, or otherwise realize the value of our assets and opportunities fully because of the need to dedicate a portion of cash flow from operations to payments on debt. In addition, our credit agreement, as amended and restated on September 15, 2011, contains financial covenants limiting our capital expenditures to $110.0 million for any one fiscal year, plus additional amounts as permitted, and a minimum fixed charge coverage ratio of 2.0 to 1.0 (with the ratio being EBITDA plus consolidated rent expense to the sum of fixed charges plus consolidated rent expense). Such covenants could limit the flexibility of our subsidiaries in planning for, or reacting to, changes in the fashion industry. Our ability to comply with these covenants is subject to certain events outside of our control. If we are unable to comply with these covenants, the

18

**Table of Contents**

lenders under the Credit Facility could terminate their commitments and accelerate repayment of our outstanding borrowings. If such an acceleration were to occur, we may be unable to obtain adequate refinancing for our outstanding borrowings on favorable terms. Our Credit Facility also provides for the ability to issue stand-by and documentary letters of credit to secure certain properties, import merchandise and perform other business functions. If we were unable to secure letters of credit, certain landlords could require cash collateralization and our supply chain could be interrupted. If we are unable to repay our outstanding borrowings when due, the lenders under the Credit Facility will also have the right to proceed against the collateral granted to them to secure the indebtedness owed to them, which may have a material adverse effect on our business, financial condition and operating results.

*We may be unable to protect our trademarks and other intellectual property rights, and others may allege that we infringe upon their intellectual property rights.*

Our trademarks and other intellectual property rights are important to our success and our competitive position. We are susceptible to others imitating our products and infringing on our intellectual property rights. Our brand enjoys significant worldwide consumer recognition, and the generally higher pricing of our products creates additional incentive for counterfeiters and those seeking to infringe on our products. Such counterfeiting and other infringement could dilute our brand and harm our business.

The actions we take to establish and protect our trademarks and other intellectual property rights may not be adequate to prevent imitation of our products by others or other infringement of our intellectual property rights. Our trademark applications may fail to result in registered trademarks or provide the scope of coverage sought, and others may seek to invalidate our trademarks or block sales of our products as a violation of their trademarks and intellectual property rights. In addition, others may assert rights in, or ownership of, trademarks and other intellectual property rights of ours or in trademarks that are similar to ours or trademarks that we license and/or market, and we may not be able to successfully resolve these types of conflicts to our satisfaction. In some cases, trademark owners may have prior rights to our trademarks or similar trademarks. Furthermore, certain foreign countries may not protect trademarks and other intellectual property rights to the same extent as do the laws of the United States.

From time to time, in the ordinary course of our business, we become involved in opposition and cancellation proceedings with respect to trademarks similar to some of our brands. Any litigation or dispute involving the scope or enforceability of our intellectual property rights or any allegation that we infringe upon the intellectual property rights of others could be costly and time-consuming and could result, if determined adversely to us, in harm to our competitive position.

*Our business is exposed to foreign currency exchange rate fluctuations.*

We have established the Euro as the functional currency for our European subsidiaries and local currencies as the functional currencies for our other foreign subsidiaries. Certain adjustments resulting from translation have been recorded separately in shareholders' equity as a component of accumulated other comprehensive income. Foreign currency transaction income and losses, primarily from translating U.S. dollar denominated assets on the books of European subsidiaries, are included in our consolidated statements of operations. As a result of using local currencies as the functional currencies for our foreign subsidiaries, results of these operations will be adversely affected during times of a weakening U.S. dollar.

**Risks Related to this Offering and Ownership of our Ordinary Shares**

*No market currently exists for our ordinary shares, and there can be no assurance that a viable public market for our ordinary shares will develop.*

Prior to this offering, there has been no public market for our ordinary shares. The initial public offering price for our ordinary shares will be determined through negotiations between us and the representatives of the

19

**Table of Contents**

underwriters and may not be indicative of the market price of our ordinary shares after this offering. If you purchase our ordinary shares, you may not be able to resell those ordinary shares at or above the initial public offering price. We cannot predict the extent to which investor interest in our ordinary shares will lead to the development of an active trading market on the NYSE or otherwise or how liquid that market might become. If an active public market for our ordinary shares does not develop, or is not sustained, it may be difficult for you to sell your ordinary shares at a price that is attractive to you or at all.

***Our share price may be volatile or may decline regardless of our operating performance, and you may not be able to resell your shares at or above the initial public offering price.***

After this offering, the market price for our ordinary shares is likely to be volatile, in part because our ordinary shares have not previously been traded publicly. In addition, the market price for our ordinary shares may fluctuate significantly in response to a number of factors, most of which we cannot control, including, among others:

- fashion trends and changes in consumer preferences;

- changes in general economic or market conditions or trends in our industry or the economy as a whole and, in particular, in the retail sales environment;

- the timing and level of expenses for new store openings, relocations and remodels and the relative proportion of our new stores to existing stores;

- the performance and successful integration of any new stores that we open;

- changes in our merchandise mix and vendor base;

- changes in key personnel;

- entry into new markets;

- our levels of comparable store sales;

- announcements by us or our competitors of new product offerings or significant acquisitions, divestitures, strategic partnerships, joint ventures or capital commitments;

- actions by competitors or other malls, lifestyle centers, street locations and strip center tenants;

- weather conditions, particularly during the holiday shopping period;

- the level of pre-opening expenses associated with new stores;

- inventory shrinkage beyond our historical average rates;

- changes in operating performance and stock market valuations of other retail companies;

- investors' perceptions of our prospects and the prospects of the retail industry;

- fluctuations in quarterly operating results, as well as differences between our actual financial and operating results and those expected by investors;

- the public's response to press releases or other public announcements by us or third parties, including our filings with the SEC;

- announcements relating to litigation;

- guidance, if any, that we provide to the public, any changes in such guidance or our failure to meet such guidance;

- changes in financial estimates or ratings by any securities analysts who follow our ordinary shares, our failure to meet such estimates or failure of those analysts to initiate or maintain coverage of our ordinary shares;

20

**Table of Contents**

- the development and sustainability of an active trading market for our ordinary shares;

- investor perceptions of the investment opportunity associated with our ordinary shares relative to other investment alternatives;

- future sales of our ordinary shares by our officers, directors and significant shareholders;

- other events or factors, including those resulting from system failures and disruptions, hurricanes, wars, acts of terrorism, other natural disasters or responses to such events; and

- changes in accounting principles.

These and other factors may lower the market price of our ordinary shares, regardless of our actual operating performance. As a result, our ordinary shares may trade at prices significantly below the public offering price.

In addition, the stock markets, including the NYSE, have experienced extreme price and volume fluctuations that have affected and continue to affect the market prices of equity securities of many retail companies. In the past, shareholders have instituted securities class action litigation following periods of market volatility. If we were to become involved in securities litigation, we could incur substantial costs and our resources and the attention of management could be diverted from our business.

*Future sales of our ordinary shares, or the perception in the public markets that these sales may occur, may depress the price of our ordinary shares.*

Additional sales of a substantial number of our ordinary shares in the public market after this offering, or the perception that such sales may occur, could have a material adverse effect on the price of our ordinary shares and could materially impair our ability to raise capital through the sale of additional shares. Upon completion of this offering, we will have 190,792,868 ordinary shares issued and outstanding. The ordinary shares offered in this offering will be freely tradable without restriction under the Securities Act of 1933, as amended (the "Securities Act"), except for any ordinary shares that may be held or acquired by our directors, executive officers and other affiliates (as that term is defined in the Securities Act), which will be restricted securities under the Securities Act. The ordinary shares not being offered in this offering will be restricted securities. Restricted securities may not be sold in the public market unless the sale is registered under the Securities Act or an exemption from registration is available.

Pursuant to the shareholders agreement described under the heading "Certain Relationships and Related Party Transactions—Shareholders Agreement," our current shareholders, including Mr. Kors, Mr. Idol and Sportswear Holdings Limited (an affiliate of two of our directors, Messrs. Silas K. F. Chou and Lawrence S. Stroll) (Mr. Kors, Mr. Idol and Sportswear Holdings Limited are referred to collectively as our "Principal Shareholders"), have demand and piggyback rights that will require us to file registration statements registering their ordinary shares or to include sales of such ordinary shares in registration statements that we may file for ourselves or other shareholders. Any ordinary shares sold under these registration statements will be freely tradable in the public market. In the event such registration rights are exercised and a large number of ordinary shares are sold in the public market, such sales could reduce the trading price of our ordinary shares. These sales also could impede our ability to raise future capital. Additionally, we will bear all expenses in connection with any such registrations (except that the selling shareholders shall be responsible for their own fees and expenses of counsel and financial advisors, their internal administrative and similar costs and their *pro rata* shares of underwriters' commissions and discounts). See "Certain Relationships and Related Party Transactions—Shareholders Agreement."

We and each of our executive officers and directors, all of the selling shareholders and all of our other existing shareholders have agreed with the underwriters that for a period of 180 days after the date of this prospectus, subject to extension under certain circumstances, we and they will not offer, sell, assign, transfer, pledge, contract to sell or otherwise dispose of or hedge any of our ordinary shares, or any options or warrants to

21

**Table of Contents**

purchase any of our ordinary shares or any securities convertible into or exchangeable for our ordinary shares, subject to specified exceptions. The representatives of the underwriters may, in their discretion, at any time without prior notice, release all or any portion of the ordinary shares from the restrictions in any such agreement. See "Underwriting" for more information. All of our ordinary shares outstanding as of the date of this prospectus may be sold in the public market by existing shareholders 180 days after the date of this prospectus, subject to applicable volume and other limitations imposed under United States securities laws. See "Shares Eligible for Future Sale" for a more detailed description of the restrictions on selling our ordinary shares after this offering. Sales by our existing shareholders of a substantial number of shares in the public market, or the perception that these sales might occur, could cause the market price of our ordinary shares to decrease significantly.

*If securities or industry analysts do not publish research or publish inaccurate or unfavorable research about us or our business, our share price and trading volume could decline.*

The trading market for our ordinary shares will depend in part on the research and reports that securities or industry analysts publish about us or our business. We do not currently have and may never obtain research coverage by securities and industry analysts. If no securities or industry analysts commence coverage of our company, the trading price for our ordinary shares would be negatively impacted. If we obtain securities or industry analyst coverage and if one or more of the analysts who cover us downgrades our ordinary shares or publishes inaccurate or unfavorable research about us or our business, our share price would likely decline. If one or more of these analysts cease coverage of us or fail to publish reports on us regularly, demand for our ordinary shares could decrease, which could cause our share price and trading volume to decline.

*We do not expect to pay any cash dividends for the foreseeable future.*

We currently expect to retain all our future earnings for use in the operation and expansion of our business and do not anticipate paying any cash dividends for the foreseeable future following the completion of this offering. The declaration and payment of future dividends to holders of our ordinary shares will be at the discretion of our board of directors and will depend upon many factors, including our financial condition, earnings, legal requirements, restrictions in our debt agreements, including the Credit Facility, and other factors deemed relevant by our board of directors. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Revolving Credit Facility" for more information on the restrictions the Credit Facility imposes on our ability to declare and pay cash dividends. As a holding company, our ability to pay dividends depends on our receipt of cash dividends from our operating subsidiaries, which may further restrict our ability to pay dividends as a result of the laws of their respective jurisdictions of organization, agreements of our subsidiaries or covenants under future indebtedness that we or they may incur. In addition, under British Virgin Islands law, we may pay dividends to our shareholders only if, immediately after the dividend, the value of our assets would exceed our liabilities and we would be able to pay our debts as they fall due. Accordingly, if you purchase ordinary shares in this offering, realization of a gain on your investment will depend upon the appreciation of the price of our ordinary shares, which may never occur. Investors seeking cash dividends in the foreseeable future should not purchase our ordinary shares.

*Transformation into a public company may increase our costs and disrupt the regular operations of our business.*

We have historically operated as a privately owned company, and we expect to incur significant additional legal, accounting, reporting and other expenses as a result of having publicly traded ordinary shares, including, but not limited to, increased costs related to auditor fees, legal fees, directors' fees, directors and officers insurance, investor relations and various other costs. We also anticipate that we will incur costs associated with corporate governance requirements, including requirements under the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), as well as rules implemented by the Securities and Exchange Commission (the "SEC") and the NYSE. Moreover, the additional demands associated with being a public company may disrupt regular operations of our business by diverting the attention of some of our senior management team away from revenue producing activities.

**Table of Contents**

***Failure to maintain adequate financial and management processes and controls could lead to errors in our financial reporting, which could harm our business and cause a decline in the price of our ordinary shares.***

As a public company we will be required to document and test our internal controls over financial reporting pursuant to Section 404 of the Sarbanes-Oxley Act so that our management can certify the effectiveness of our internal controls and our independent registered public accounting firm can render an opinion on management's assessment and on the effectiveness of our internal control over financial reporting by the time our annual report for Fiscal 2013 is due and thereafter. If our management is unable to certify the effectiveness of our internal controls or if our independent registered public accounting firm cannot render an opinion on management's assessment and on the effectiveness of our internal control over financial reporting, or if material weaknesses in our internal controls are identified, we could be subject to regulatory scrutiny and a loss of public confidence, which could harm our business and cause a decline in the price of our ordinary shares.

***As a "foreign private issuer" under the Securities Exchange Act of 1934, as amended, and a "controlled company" within the meaning of the NYSE's corporate governance rules, we are permitted to, and we may, rely on exemptions from certain NYSE corporate governance standards, including, among others, the requirement that a majority of our board of directors consist of independent directors. Our reliance upon such exemptions may afford less protection to holders of our ordinary shares.***

Section 303A of the NYSE Exchange Listing Rules (the "Listing Rules") requires listed companies to have, among other things, a majority of their board members be independent and independent director oversight of executive compensation, nomination of directors and corporate governance matters. However, a "foreign private issuer" (as defined in Rule 3b-4 of the Securities Exchange Act of 1934, as amended (the "Exchange Act")) is permitted to follow its home country practice in lieu of the above requirements. Following this offering, we will be a foreign private issuer, and, as such, we may follow British Virgin Islands law, the law of our home country, with respect to the foregoing requirements, which does not require that a majority of our board consist of independent directors or that we implement a nominating or corporate governance committee. Our board therefore may include fewer independent directors than would be required if we were subject to the Listing Rules. Consequently, for so long as we remain a foreign private issuer, our board's approach may be different from that of a board with a majority of independent directors, and as a result, our management oversight may be more limited than if we were subject to the Listing Rules. If in the future we lose our status as a foreign private issuer, and if we are unable to rely on the "controlled company" exemptions described below, we would be required to comply with the Listing Rules within six months.

Following this offering, we will also be a "controlled company" within the meaning of the NYSE's corporate governance rules as a result of the ownership position and voting rights of certain of our existing shareholders. A controlled company is a company of which more than 50% of the voting power is held by an individual, a group or another company. As a controlled company, we may elect not to comply with certain NYSE corporate governance rules that would otherwise require our board of directors to have a majority of independent members and our compensation committee to be comprised entirely of independent directors. Accordingly, for so long as we remain a controlled company, our shareholders will not have the same protection afforded to shareholders of companies that are subject to all of the NYSE corporate governance requirements and the ability of our independent directors to influence our business policies and affairs may be reduced. If in the future we lose our status as a controlled company, and, if we are unable to rely on the "foreign private issuer" exemptions described above, we would be required to comply with the NYSE corporate governance rules in phases over the course of one year.

***We may lose our foreign private issuer status in the future, which could result in significant additional costs and expenses.***

As discussed above, following the completion of this offering we will be a "foreign private issuer," and therefore, we will not be required to comply with all of the periodic disclosure and current reporting requirements of the Exchange Act. The determination of foreign private issuer status is made annually on the last business day

**Table of Contents**

of an issuer's most recently completed second fiscal quarter, and accordingly the next determination will be made with respect to us on September 29, 2012. If more than 50% of our ordinary shares are directly or indirectly held by residents of the United States on the determination date, we will lose our foreign private issuer status. Depending on the size of this offering, the selling shareholders and purchasers in this offering and future public offerings, there may be a significant risk that we will lose our foreign private issuer status on September 29, 2012.

If we were to lose our foreign private issuer status, we would be required to file with the SEC periodic reports and registration statements on U.S. domestic issuer forms, which are more detailed and extensive than the forms available to a foreign private issuer. We would also have to mandatorily comply with U.S. federal proxy requirements, and our officers, directors and principal shareholders would become subject to the short-swing profit disclosure and recovery provisions of Section 16 of the Exchange Act. In addition, we would lose our ability to rely upon exemptions from certain corporate governance requirements on the New York Stock Exchange. As a result, the regulatory and compliance costs to us under U.S. securities laws as a U.S. domestic issuer could be significantly higher.

*As a holding company, our only material assets will be our equity interests in our operating subsidiaries, and our principal source of revenue and cash flow will be distributions from such subsidiaries, which may be limited by law and/or contract in making such distributions.*

As a holding company, our principal source of revenue and cash flow will be distributions from our subsidiaries. Therefore, our ability to carry out our business plan, to fund and conduct our business, service our debt (if any) and pay dividends (if any) in the future will depend on the ability of our subsidiaries to generate sufficient net income and cash flows to make upstream cash distributions to us. Our subsidiaries are separate legal entities, and although they may be wholly owned or controlled by us, they have no obligation to make any funds available to us, whether in the form of loans, dividends or otherwise. The ability of our subsidiaries to distribute cash to us will also be subject to, among other things, restrictions that are contained in our subsidiaries' agreements (as entered into from time to time), availability of sufficient funds in such subsidiaries and applicable laws and regulatory restrictions. Such restrictions include, without limitation, the restrictions on the payment of dividends contained in the Credit Facility. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Revolving Credit Facility" for more information on the restrictions imposed by the Credit Facility. Claims of creditors of our subsidiaries generally will have priority as to the assets of such subsidiaries over our claims and claims of our creditors and shareholders. To the extent the ability of our subsidiaries to distribute dividends or other payments to us could be limited in any way, this could materially limit our ability to fund and conduct our business, service our debt (if any) and pay dividends (if any).

*The interests of our Principal Shareholders may conflict with our interests and the interests of our other shareholders.*

Upon completion of this offering, and assuming no exercise of the underwriters' option to purchase additional ordinary shares, our Principal Shareholders and our other shareholders who held ordinary shares prior to the Preference Share Sale (as defined in "Certain Relationships and Related Party Transactions—Reorganization and Preference Share Sale") will, on a fully diluted basis, collectively own approximately 103,401,576 of our ordinary shares and collectively will own a majority of our outstanding ordinary shares. Pursuant to the terms of the Voting and Lock-Up Agreement, dated as of July 11, 2011 (the "Voting Agreement"), our Principal Shareholders and such other shareholders have agreed to vote their shares as a block on all matters submitted to a vote of our shareholders. Upon completion of this offering, and assuming no exercise of the underwriters' option to purchase additional ordinary shares, the parties to the Voting Agreement will collectively own, on a fully diluted basis, approximately 54.2% of our outstanding ordinary shares. As a result, our Principal Shareholders will have the ability to elect all of our directors and will be able to determine the outcome of most Company actions requiring shareholder approval, including a merger with or into another company or a sale of substantially all of our assets. The interests of our Principal Shareholders may conflict with our interests or those of other shareholders.

24

**Table of Contents**

*Provisions in our organizational documents may delay or prevent our acquisition by a third party.*

Our Memorandum of Association and Articles of Association (together, as amended from time to time, our "Memorandum and Articles of Association") contains several provisions that may make it more difficult or expensive for a third party to acquire control of us without the approval of our board of directors. These provisions also may delay, prevent or deter a merger, acquisition, tender offer, proxy contest or other transaction that might otherwise result in our shareholders receiving a premium over the market price for their ordinary shares. These provisions include, among others:

- our board of directors' ability to issue, from time to time, one or more classes of preference shares and, with respect to each such class, to fix the terms thereof by resolution;

- provisions relating to the multiple classes and three-year terms of directors, the manner of election of directors, removal of directors and the appointment of directors upon an increase in the number of directors or vacancy on our board of directors;

- restrictions on the ability of shareholders to call meetings and bring proposals before meetings;

- elimination of the ability of shareholders to act by written consent; and

- the requirement of the affirmative vote of 75% of the shares entitled to vote to amend certain provisions of our Memorandum and Articles of Association.

These provisions of our Memorandum and Articles of Association could discourage potential takeover attempts and reduce the price that investors might be willing to pay for our ordinary shares in the future, which could reduce the market price of our ordinary shares. For more information, see "Description of Share Capital."

*As the rights of shareholders under British Virgin Islands law differ from those under United States law, you may have fewer protections as a shareholder.*

Our corporate affairs will be governed by our Memorandum and Articles of Association, the BVI Business Companies Act, 2004 (as amended, the "BVI Act") and the common law of the British Virgin Islands. The rights of shareholders to take legal action against our directors, actions by minority shareholders and the fiduciary responsibilities of our directors under British Virgin Islands law are to a large extent governed by the common law of the British Virgin Islands and by the BVI Act. The common law of the British Virgin Islands is derived in part from comparatively limited judicial precedent in the British Virgin Islands as well as from English common law, which has persuasive, but not binding, authority on a court in the British Virgin Islands. The rights of our shareholders and the fiduciary responsibilities of our directors under British Virgin Islands law are not as clearly established as they would be under statutes or judicial precedents in some jurisdictions in the United States. In particular, the British Virgin Islands has a less developed body of securities laws as compared to the United States, and some states (such as Delaware) have more fully developed and judicially interpreted bodies of corporate law. As a result of the foregoing, holders of our ordinary shares may have more difficulty in protecting their interests through actions against our management, directors or major shareholders than they would as shareholders of a U.S. company.

*The laws of the British Virgin Islands provide limited protection for minority shareholders, so minority shareholders will have limited or no recourse if they are dissatisfied with the conduct of our affairs.*

Under the laws of the British Virgin Islands, there is limited statutory law for the protection of minority shareholders other than the provisions of the BVI Act dealing with shareholder remedies (as summarized under "Description of Share Capital—Shareholders' Rights under British Virgin Islands Law Generally"). The principal protection under statutory law is that shareholders may bring an action to enforce the constituent documents of the company and are entitled to have the affairs of the company conducted in accordance with the BVI Act and the memorandum and articles of association of the company. As such, if those who control the company have persistently disregarded the requirements of the BVI Act or the provisions of the company's

25

**Table of Contents**

memorandum and articles of association, then the courts will likely grant relief. Generally, the areas in which the courts will intervene are the following: (i) an act complained of which is outside the scope of the authorized business or is illegal or not capable of ratification by the majority; (ii) acts that constitute fraud on the minority where the wrongdoers control the company; (iii) acts that infringe on the personal rights of the shareholders, such as the right to vote; and (iv) acts where the company has not complied with provisions requiring approval of a special or extraordinary majority of shareholders, which are more limited than the rights afforded minority shareholders under the laws of many states in the United States.

### *It may be difficult for you to enforce judgments against us or our executive officers and directors in jurisdictions outside the United States.*

Under our Memorandum and Articles of Association, we may indemnify and hold our directors harmless against all claims and suits brought against them, subject to limited exceptions. Furthermore, to the extent allowed by law, the rights and obligations among or between us, any of our current or former directors, officers and employees and any current or former shareholder will be governed exclusively by the laws of the British Virgin Islands and subject to the jurisdiction of the British Virgin Islands courts, unless those rights or obligations do not relate to or arise out of their capacities as such. Although there is doubt as to whether United States courts would enforce these provisions in an action brought in the United States under United States securities laws, these provisions could make judgments obtained outside of the British Virgin Islands more difficult to enforce against our assets in the British Virgin Islands or jurisdictions that would apply British Virgin Islands law.

### *British Virgin Islands companies may not be able to initiate shareholder derivative actions, thereby depriving shareholders of one avenue to protect their interests.*

British Virgin Islands companies may not have standing to initiate a shareholder derivative action in a federal court of the United States. The circumstances in which any such an action may be brought, and the procedures and defenses that may be available in respect of any such action, may result in the rights of shareholders of a British Virgin Islands company being more limited than those of shareholders of a company organized in the United States. Accordingly, shareholders may have fewer alternatives available to them if they believe that corporate wrongdoing has occurred. The British Virgin Islands courts are also unlikely to recognize or enforce judgments of courts in the United States based on certain liability provisions of United States securities law or to impose liabilities, in original actions brought in the British Virgin Islands, based on certain liability provisions of the United States securities laws that are penal in nature. There is no statutory recognition in the British Virgin Islands of judgments obtained in the United States, although the courts of the British Virgin Islands will generally recognize and enforce the non-penal judgment of a foreign court of competent jurisdiction without retrial on the merits. This means that even if shareholders were to sue us successfully, they may not be able to recover anything to make up for the losses suffered.

### *We have a risk of being classified as a "controlled foreign corporation."*

As a company incorporated in the British Virgin Islands, we would be classified as a "controlled foreign corporation" for U.S. federal income tax purposes if any U.S. person held 10% or more of our ordinary shares (including ownership through the attribution rules of Section 958 of the Internal Revenue Code of 1986, as amended (the "Code"), each such person, a "U.S. 10% Shareholder") and the sum of the percentage ownership by all U.S. 10% Shareholders exceeded 50% (by voting power or value) of our ordinary shares. We do not believe we are currently a controlled foreign corporation; however, we may be determined to be a controlled foreign corporation in the future. In the event that such a determination is made, all U.S. 10% Shareholders would be subject to taxation under Subpart F of the Code. The ultimate consequences of this determination are fact-specific to each U.S. 10% Shareholder but could include possible taxation of such U.S. 10% Shareholder on a *pro rata* portion of our income, even in the absence of any distribution of such income, and the taxation of all or a portion of the gain recognized by such U.S. 10% Shareholders on a sale of our ordinary shares at rates applicable to ordinary income.

**Table of Contents**

***Legislation has been introduced that would, if enacted, treat us as a U.S. corporation for U.S. federal income tax purposes.***

In March 2009, U.S. Senator Carl Levin and Representative Lloyd Doggett introduced legislation in the U.S. Senate and House, respectively, entitled the "Stop Tax Haven Abuse Act." Rep. Doggett introduced similar legislation in 2010, and Sen. Levin and Rep. Doggett reintroduced similar legislation in 2011. If enacted, this legislation would, among other things, cause us to be treated as a U.S. corporation for U.S. tax purposes, generally, any entity whose shares are publicly traded on an established securities market, or whose gross assets are $50 million or more, if the "management and control" of such a corporation is, directly or indirectly, treated as occurring primarily within the United States. The proposed legislation provides that a corporation will be so treated if substantially all of the executive officers and senior management of the corporation who exercise day-to-day responsibility for making decisions involving strategic, financial and operational policies of the corporation are located primarily within the United States. To date, this legislation has not been approved by either the House of Representatives or the Senate. However, we can provide no assurance that this legislation or similar legislation will not ultimately be adopted. Any such modification to the U.S. federal income tax laws that affects the tax residency of a non-U.S. company managed and controlled in the United States could adversely affect the U.S. federal taxation of some or all of our income and the value of our ordinary shares.

27

**Table of Contents**

**USE OF PROCEEDS**

The selling shareholders, including certain members of our management, will receive all of the net proceeds from the sale of the 47,200,000 ordinary shares offered under this prospectus. We will not receive any proceeds from the sale of ordinary shares in this offering.

28

**Table of Contents**

## DIVIDEND POLICY

We currently expect to retain all our future earnings for use in the operation and expansion of our business and do not anticipate paying any cash dividends for the foreseeable future following the completion of this offering. The declaration and payment of future dividends to holders of our ordinary shares will be at the discretion of our board of directors and will depend upon many factors, including our financial condition, earnings, legal requirements, restrictions in our debt agreements, including the Credit Facility, and other factors deemed relevant by our board of directors. See "Management's Discussion and Analysis of Financial Condition and Results of Operations—Revolving Credit Facility" for more information on the restrictions the Credit Facility imposes on our ability to declare and pay cash dividends. As a holding company, our ability to pay dividends depends on our receipt of cash dividends from our operating subsidiaries, which may further restrict our ability to pay dividends as a result of the laws of their respective jurisdictions of organization, agreements of our subsidiaries or covenants under future indebtedness that we or they may incur. Furthermore, under British Virgin Islands law, we may pay dividends to our shareholders only if, immediately after the dividend, the value of our assets would exceed our liabilities and we would be able to pay our debts as they fall due. See "Risk Factors—Risks Related to this Offering and Ownership of our Ordinary Shares—We do not expect to pay any cash dividends for the foreseeable future," and for a discussion of taxation of any dividends, see "Tax Considerations."

29

**Table of Contents**

## CAPITALIZATION

The following table sets forth our consolidated cash and cash equivalents and total capitalization as of October 1, 2011.

You should read the following table in conjunction with "Selected Historical Consolidated Financial and Other Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and the related notes included elsewhere in this prospectus.

|  | As of October 1, 2011 Actual (unaudited) (dollars in thousands) |
| --- | --- |
| Cash and cash equivalents | $   19,300 |
| Total debt[(1)] | $   16,218 |
| Shareholders' equity: |  |
| Preference shares | — |
| Ordinary shares | — |
| Additional paid-in capital | 157,906 |
| Accumulated other comprehensive income | (1,621) |
| Retained earnings | 146,008 |
| Total shareholders' equity | 302,293 |
| Total capitalization | $  318,511 |

(1)    Represents borrowings under our Credit Facility. Under our Credit Facility, we are currently permitted to borrow up to $100.0 million from time to time based on the amount of our inventory and receivables. As of October 1, 2011, we had $16.2 million of borrowings outstanding and the ability to borrow an additional $56.4 million.

30

**Table of Contents**

### SELECTED HISTORICAL CONSOLIDATED FINANCIAL AND OTHER DATA

The following table sets forth selected historical consolidated financial and other data for Michael Kors Holdings Limited and its consolidated subsidiaries for the periods presented. The statements of operations data for Fiscal 2011, 2010 and 2009 and the balance sheet data as of the end of Fiscal 2011 and 2010 have been derived from our audited consolidated financial statements included elsewhere in this prospectus. The statements of operations data for the six months ended October 1, 2011 and the six months ended October 2, 2010 and the balance sheet data as of October 1, 2011 have been derived from our unaudited consolidated financial statements, which are included in this prospectus. Our results of operations for the six months ended October 1, 2011 are not necessarily indicative of the results that can be expected for the full year or any future period. The statements of operations data for Fiscal 2008 and 2007 and the balance sheet data as of the end of Fiscal 2009, 2008 and 2007 and as of October 2, 2010 have been derived from our unaudited consolidated financial statements, which are not included in this prospectus.

The selected historical consolidated financial data below should be read in conjunction with "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our financial statements and the related notes included elsewhere in this prospectus.

| | Six Months Ended | | Fiscal Years Ended | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 | March 31, 2008 | March 31, 2007 |
| | (data presented in thousands, except for shares and per share data) | | | | | | |
| **Statements of Operations Data:** | | | | | | | |
| Net sales | $ 520,207 | $ 322,440 | $ 757,800 | $ 483,452 | $ 377,058 | $ 296,176 | $ 197,442 |
| Royalty revenue | 28,451 | 18,444 | 45,539 | 24,647 | 20,016 | 16,479 | 13,310 |
| Total revenue | 548,658 | 340,884 | 803,339 | 508,099 | 397,074 | 312,655 | 210,752 |
| Cost of goods sold | 236,589 | 155,704 | 357,274 | 241,365 | 208,283 | 165,947 | 117,829 |
| Gross profit | 312,069 | 185,180 | 446,065 | 266,734 | 188,791 | 146,708 | 92,923 |
| Selling, general and administrative expenses | 190,799 | 121,361 | 279,822 | 191,717 | 147,490 | 108,407 | 75,369 |
| Depreciation and amortization | 17,016 | 11,680 | 25,543 | 18,843 | 14,020 | 10,289 | 9,063 |
| Impairment of long-lived assets | — | 2,838 | 3,834 | — | 3,043 | 1,844 | 7 |
| Total operating expenses | 207,815 | 135,879 | 309,199 | 210,560 | 164,553 | 120,540 | 84,439 |
| Income from operations | 104,254 | 49,301 | 136,866 | 56,174 | 24,238 | 26,168 | 8,484 |
| Interest expense | 660 | 1,230 | 1,861 | 2,057 | 1,600 | 2,760 | 2,900 |
| Foreign currency loss (income) | (1,729) | (387) | 1,786 | (830) | 391 | (147) | (21) |
| Income before provision for income taxes | 105,323 | 48,458 | 133,219 | 54,947 | 22,247 | 23,555 | 5,605 |
| Provision (benefit) for income taxes | 40,602 | 21,115 | 60,713 | 15,699 | 9,208 | (36,562) | 2,075 |
| Net income | 64,721 | 27,343 | 72,506 | 39,248 | 13,039 | 60,117 | 3,530 |
| Net income applicable to preference shareholders | 14,173 | 5,894 | 15,629 | 8,460 | 2,811 | 12,959 | 761 |
| Net income available for ordinary shareholders | $ 50,548 | $ 21,449 | $ 56,877 | $ 30,788 | $ 10,228 | $ 47,158 | $ 2,769 |
| Weighted average ordinary shares outstanding(1): | | | | | | | |
| Basic | 143,554,974 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
| Diluted | 183,378,696 | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 |
| Net income per ordinary share(2): | | | | | | | |
| Basic | $ 0.35 | $ 0.15 | $ 0.40 | $ 0.22 | $ 0.07 | $ 0.34 | $ 0.02 |
| Diluted | $ 0.35 | $ 0.15 | $ 0.40 | $ 0.22 | $ 0.07 | $ 0.34 | $ 0.02 |

(1) Gives effect to the Reorganization and the Share Split. See "Certain Relationships and Related Party Transactions—Reorganization Transactions and Preference Share Sale."

(2) Basic net income per ordinary share is computed by dividing net income available to ordinary shareholders by basic weighted average ordinary shares outstanding. Diluted net income per ordinary share assumes the conversion of preference shares to ordinary shares and is computed by dividing net income by diluted weighted average ordinary shares outstanding.

31

Table of Contents

| | Six Months Ended | | Fiscal Years Ended | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 | March 31, 2008 | March 31, 2007 |
| | (data presented in thousands, except for shares and store count data) | | | | | | |
| **Operating Data:** | | | | | | | |
| Comparable retail store sales growth | 42.3% | 39.5% | 48.2% | 19.2% | 6.3% | 17.5% | 16.0% |
| Retail stores at end of period | 203 | 140 | 166 | 106 | 74 | 48 | 23 |
| **Balance Sheet Data:** | | | | | | | |
| **(as of the end of period dated above)** | | | | | | | |
| Working capital | $ 181,800 | $ 52,348 | $ 117,673 | $ 51,263 | $ 13,739 | $ 12,167 | $ (1,878) |
| Total assets | $ 479,216 | $ 324,418 | $ 399,495 | $ 281,852 | $ 218,463 | $ 191,416 | $ 122,209 |
| Revolving line of credit | $ 16,218 | $ 25,955 | $ 12,765 | $ 43,980 | $ 39,440 | $ 29,921 | $ 33,055 |
| Note payable to parent | $ — | $ 103,500 | $ 101,650 | $ 103,500 | $ 103,500 | $ 103,500 | $ 103,500 |
| Stockholders' equity | $ 302,293 | $ 84,508 | $ 125,320 | $ 49,011 | $ 11,475 | $ (368) | $ (60,691) |
| Number of ordinary shares | 147,134,033 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
| Number of preference shares | 10,856,853 | 10,163,920 | 10,163,920 | 10,163,920 | 10,163,920 | 10,163,920 | 10,163,920 |

32

**Table of Contents**

**UNAUDITED PRO FORMA FINANCIAL DATA**

Following the completion of this offering, we will recognize $18.2 million of compensation expense or $10.6 million, net of income tax benefit, as a result of stock options that become vested and exercisable through the date of this offering.

On a pro forma basis, if this offering had occurred on April 4, 2010, the first day of Fiscal 2011, the recurring compensation charge for the six months ended October 1, 2011 and for Fiscal 2011 would have been $5.3 million and $5.3 million, respectively, or $3.1 million and $3.1 million, respectively, net of income tax benefit calculated using our U.S. statutory income tax rate of 42.0% (our U.S. statutory income tax rate represents our U.S. federal statutory and blended state income tax rates). For the six months ended October 1, 2011, such a charge would have resulted in pro forma income before provision of income taxes of $100.0 million and pro forma net income of $61.6 million. For Fiscal 2011, such a charge would have resulted in pro forma income before provision of income taxes of $127.9 million and pro forma net income of $69.4 million. Our pro forma basic and diluted net income per ordinary share for the six months ended October 1, 2011 would have been $0.34 and $0.33, respectively, and our pro forma basic and diluted net income per ordinary share for Fiscal 2011 would have been $0.39 and $0.38, respectively.

The pro forma basic and diluted net income per ordinary share reflects (i) the Share Split and (ii) the conversion of all outstanding preference shares of the Company into ordinary shares immediately prior to the completion of this offering. In addition, the pro forma diluted net income per ordinary share reflects the dilution caused by the stock options for potential ordinary shares that would have become vested as a result of this offering if it had occurred on April 4, 2010.

33

Table of Contents

## MANAGEMENT'S DISCUSSION AND ANALYSIS OF
## FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following Management's Discussion and Analysis of Financial Condition and Results of Operations should be read in conjunction with the consolidated financial statements and notes thereto included elsewhere in this prospectus. The discussion in this section contains forward-looking statements that are based upon current expectations. The forward-looking statements contained herein include, without limitation, statements concerning future revenue sources and concentration, gross profit margins, selling and marketing expenses, general and administrative expenses, capital resources, additional financings or borrowings and additional losses and are subject to risks and uncertainties including, but not limited to, those discussed below and elsewhere in this prospectus that could cause actual results to differ materially from the results contemplated by these forward-looking statements. We also urge you to carefully review the information set forth in "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors."*

### Overview

#### Our Business

We are a rapidly growing global luxury lifestyle brand led by a world-class management team and a renowned, award-winning designer. Since launching his namesake brand 30 years ago, Michael Kors has featured distinctive designs, materials and craftsmanship with a jet-set aesthetic that combines stylish elegance and a sporty attitude. Mr. Kors' vision has taken the Company from its beginnings as an American luxury sportswear house to a global accessories, footwear and apparel company with a presence in 74 countries. As a highly recognized luxury lifestyle brand in North America with accelerating awareness in targeted international markets, we have experienced exceptional sales momentum and have a clear trajectory for significant future growth. Over the years, we have successfully expanded beyond apparel into accessories (including handbags, small leather goods, eyewear, jewelry and watches) and footwear, which together now account for the majority of our wholesale and retail sales. We have also expanded our distribution capabilities beyond wholesale into retail, which accounted for approximately 42.8%, 36.7% and 28.7% of our total revenue in Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively.

We operate our business in three segments—retail, wholesale and licensing—and we have a strategically controlled global distribution network focused on company-operated retail stores, leading department stores, specialty stores and select licensing partners. As of October 1, 2011, our retail segment included 169 North American retail stores, including concessions, and 34 international retail stores, including concessions, in Europe and Japan. As of October 1, 2011, our wholesale segment included wholesale sales through approximately 1,801 department store and specialty store doors in North America and wholesale sales through approximately 549 department store and specialty store doors internationally. Our remaining revenue is generated through our licensing segment, through which we license to third parties certain production, sales and/or distribution rights. During the first six months of Fiscal 2012, our licensing segment accounted for approximately 5.2% of our total revenue and consisted primarily of royalties earned on licensed products and our geographic licenses.

We offer two primary collections: the *Michael Kors* luxury collection and the *MICHAEL Michael Kors* accessible luxury collection. The *Michael Kors* collection establishes the aesthetic authority of our entire brand and is carried in many of our retail stores as well as in the finest luxury department stores in the world. In 2004, we introduced the *MICHAEL Michael Kors* collection, which has a strong focus on accessories, in addition to offering footwear and apparel, and addresses the significant demand opportunity in accessible luxury goods. Taken together, our two collections target a broad customer base while retaining a premium luxury image, a

#### Our Objectives

Our core strengths include a rapidly growing luxury lifestyle brand, a design team led by a world-renowned, award-winning designer, a tested ability to take share in the growing global accessories product category, a

**Table of Contents**

proven multi-format retail segment with significant growth opportunity, strong relationships with premier wholesale customers, a growing licensing segment and a proven and experienced management team. Despite the various risks and uncertainties associated with the current global economic environment, we believe these core strengths will allow us to continue to execute our strategy for long-term sustainable growth in revenue and operating results.

We intend to continue to build on the above strengths by:

- continuing to increase our brand awareness and customer loyalty in North America and internationally by:

  - continuing to open new retail stores in preeminent, high-visibility locations;

  - maintaining our strong advertising position in global fashion publications, growing our online advertising exposure and internet presence and continuing to distribute our store catalogue featuring our new collections;

  - holding our semi-annual runway shows that reinforce Mr. Kors' designer status and high-fashion image, creating excitement around the *Michael Kors* and *MICHAEL Michael Kors* collections and generating global multimedia press coverage; and

  - leveraging Mr. Kors' global prestige and popularity through a variety of press activities and personal appearances.

- expanding our retail store base in North America by opening new stores in high traffic street and mall locations in markets with high-income demographics. By adhering to our already successful retail store formats throughout this anticipated expansion, we will continue to reinforce our brand image and achieve strong sales per square foot;

- expanding our North American shop-in-shop footprint at select department stores by continuing to convert existing wholesale door space into shop-in-shops and expanding the size of existing shop-in-shops;

- increasing our global comparable store growth with a number of initiatives already under way, such as increasing the size of existing stores and increasing our offerings in select product categories, including logo products, small leather goods, active footwear and fashion jewelry; and

- growing our international retail and wholesale businesses by leveraging our existing operations in Europe and Japan to take advantage of the growing worldwide demand for accessible luxury goods.

### Certain Factors Affecting Financial Condition and Results of Operations

*Broaden Distribution Capabilities Beyond Wholesale into Retail.* Over the years, we have successfully broadened our distribution capabilities beyond wholesale into retail, and we believe that this trend will continue as our retail store network grows at a faster rate than wholesale. We believe that retail allows greater control over the shopping environment, merchandise selection and many other aspects of the shopping experience that attracts and retains loyal customers and increases sales.

*Costs of Manufacturing.* Our industry is subject to volatility in costs related to certain raw materials used in the manufacturing of our products. This volatility applies primarily to costs driven by commodity prices, which can increase or decrease dramatically over a short period of time. These fluctuations may have a material impact on our sales, results of operations and cash flows to the extent they occur. We use commercially reasonable efforts to mitigate these effects by sourcing our products as efficiently as possible. In addition, manufacturing labor costs are also subject to degrees of volatility based on local and global economic conditions. We use commercially reasonable efforts to source from localities that suit our manufacturing standards and result in more favorable labor driven costs to our products.

**Table of Contents**

*Demand for Our Accessories and Related Merchandise.* According to the *Altagamma Studies*, the worldwide luxury goods industry is predicted to grow from approximately $230.1 billion in 2010 to between $299.3 billion and $305.9 billion in 2014. The accessories product category represented 25% of total sales for the worldwide luxury goods industry in 2010 and was the fastest growing product category between 2005 and 2010, growing at a CAGR of 9%. We believe that we are well positioned to capitalize on the continued growth of the accessories product category, as it is one of our primary product category focuses. Net sales of accessories and related merchandise (including handbags, small leather goods, footwear, watches, jewelry, eyewear and fragrances) in our retail and wholesale segments accounted for approximately 62.3% of our total revenue in Fiscal 2011. We anticipate that sales of our accessories and related merchandise will continue to grow and will become an increasingly important driver of global comparable store sales growth.

*Public Company Costs.* We anticipate becoming a publicly traded company in the near term. The activities associated with this process, as well as any future secondary public offerings, may have a significant impact on our results of operations and cash flows. While we expect to incur substantial costs in connection with becoming a publicly traded company, we do not anticipate receiving any cash proceeds or achieving any reduction to the costs of our operations from these activities. Our selling, general and administrative expenses may increase as a result of us becoming a publicly traded company.

### Segment Information

We started our business as a wholesale vendor to department and specialty stores, but we now have significant retail and licensing businesses as well. We generate revenue through three business segments: retail, wholesale and licensing. The following table presents our revenue and income from operations by segment for the six months ended October 1, 2011 and October 2, 2010, and Fiscal 2011, Fiscal 2010 and Fiscal 2009 (in thousands):

| | Six Months Ended | | Fiscal Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Revenue:** | | | | | |
| Net sales: Retail | $ 255,377 | $ 139,639 | $ 344,195 | $ 186,538 | $ 114,031 |
| Wholesale | 264,830 | 182,801 | 413,605 | 296,914 | 263,027 |
| Licensing | 28,451 | 18,444 | 45,539 | 24,647 | 20,016 |
| **Total revenue** | $ 548,658 | $ 340,884 | $ 803,339 | $ 508,099 | $ 397,074 |
| **Income (loss) from operations:** | | | | | |
| Retail | $ 53,181 | $ 19,339 | $ 61,194 | $ 15,514 | $ (5,104) |
| Wholesale | 32,745 | 21,214 | 48,241 | 31,258 | 20,933 |
| Licensing | 18,328 | 8,748 | 27,431 | 9,402 | 8,409 |
| **Income from operations** | $ 104,254 | $ 49,301 | $ 136,866 | $ 56,174 | $ 24,238 |

*Retail*

From the beginning of Fiscal 2007, when we first undertook our major retail growth initiative, through Fiscal 2011, we have leveraged our successful retail store formats by opening a total of 156 new stores. During this time period, we have grown our North American retail presence significantly, increasing our North American store count by 134 stores, as well as increasing our international store count by 22 stores.

**Table of Contents**

The following table presents the growth in our network of retail stores during the six months ended October 1, 2011 and October 2, 2010, and Fiscal 2011, Fiscal 2010 and Fiscal 2009:

| | Six Months Ended | | Fiscal Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Full price retail stores including concessions:** | | | | | |
| Number of stores | 132 | 93 | 113 | 63 | 41 |
| Increase vs. prior period | 39 | 40 | 50 | 22 | 17 |
| Percentage increase vs. prior period | 41.9% | 75.5% | 79.4% | 53.7% | 70.8% |
| Total gross square footage | 267,276 | 183,680 | 224,427 | 143,100 | 93,937 |
| Average square footage per store | 2,025 | 1,975 | 1,986 | 2,271 | 2,291 |
| **Outlet stores:** | | | | | |
| Number of stores | 71 | 47 | 53 | 43 | 33 |
| Increase vs. prior period | 24 | 7 | 10 | 10 | 9 |
| Percentage increase vs. prior period | 51.1% | 17.5% | 23.3% | 30.3% | 37.5% |
| Total gross square footage | 195,482 | 130,665 | 146,286 | 120,368 | 92,425 |
| Average square footage per store | 2,753 | 2,780 | 2,760 | 2,799 | 2,801 |

*Wholesale*

We sell our products directly to department stores across North America and Europe to accommodate consumers who prefer to shop at major department stores. In addition, we sell to specialty stores for those consumers who enjoy the boutique experience afforded by such stores. We continue to focus our sales efforts and drive sales in existing locations by enhancing presentation, primarily through the creation of more shop-in-shops with our proprietary fixtures that effectively communicate our brand and create a more personalized shopping experience for consumers. We tailor our assortments through wholesale product planning and allocation processes to better match the demands of our department store customers in each local market.

The following table presents the growth in our network of wholesale doors during the six months ended October 1, 2011 and October 2, 2010, and Fiscal 2011, Fiscal 2010 and Fiscal 2009:

| | Six Months Ended | | Fiscal Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Number of wholesale doors | 2,350 | 1,775 | 2,032 | 1,600 | 1,313 |
| Increase vs. prior period | 575 | 350 | 432 | 287 | 145 |
| Percentage increase vs. prior period | 32.4% | 24.6% | 27.0% | 21.9% | 12.4% |

*Licensing*

We generate revenue through product and geographic licensing arrangements. Our product license agreements allow third parties to use our brand name and trademarks in connection with the manufacturing and sale of a variety of products, including watches, fragrances, eyewear and jewelry. In our product licensing arrangements, we take an active role in the design process and control the marketing and distribution of products under our brands. Our geographic licensing arrangements allow third parties to use our tradenames in connection with the retail and/or wholesale sales of our branded products in specific geographic regions.

37

Table of Contents

**Key Performance Indicators and Statistics**

We use a number of key indicators of operating results to evaluate our performance, including the following (dollars in thousands):

| | Six Months Ended | | Fiscal Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Total revenue | $548,658 | $340,884 | $803,339 | $508,099 | $397,074 |
| Gross profit as a percent of total revenue | 56.9% | 54.3% | 55.5% | 52.5% | 47.5% |
| Income from operations | $104,254 | $ 49,301 | $136,866 | $ 56,174 | $ 24,238 |
| Retail net sales - North America | $234,907 | $135,632 | $331,714 | $183,452 | $114,031 |
| Retail net sales - Europe | $ 17,252 | $ 3,873 | $ 11,463 | $ 3,086 | $ — |
| Retail net sales - Japan | $ 3,218 | $ 134 | $ 1,018 | $ — | $ — |
| Increase in comparable store net sales - North America | 42.9% | 39.6% | 48.7% | 19.2% | 6.3% |
| Increase in comparable store net sales - Europe* | 19.6% | 33.5% | 13.7% | n/a | n/a |
| Increase in comparable store net sales - Japan* | 21.8% | n/a | n/a | n/a | n/a |
| Wholesale net sales - North America | $237,111 | $173,021 | $386,566 | $289,179 | $262,469 |
| Wholesale net sales - Europe | $ 27,321 | $ 9,780 | $ 26,985 | $ 7,735 | $ 558 |
| Wholesale net sales - Other Regions | $ 398 | $ — | $ 54 | $ — | $ — |

\* Where n/a is used, stores in that region were not open for the requisite comparable period.

**General Definitions for Operating Results**

*Net sales* consist of sales from comparable retail stores and non-comparable retail stores, net of returns and markdowns, as well as those made to our wholesale customers, net of returns, discounts, markdowns and allowances.

*Comparable store sales* include sales from a store that has been opened for one full year after the end of the first month of its operations. All comparable store sales are presented on a 52-week basis.

*Royalty revenue* from licensing consists of fees charged on sales of licensed products to our licensees as well as contractual royalty rates for the use of our trademarks in certain geographic territories.

*Cost of goods sold* includes the cost of inventory sold, freight-in on merchandise and foreign currency exchange gains/losses related to forward contracts for purchase commitments.

*Gross profit* is net sales minus cost of goods sold.

*Selling, general and administrative expenses* consist of warehousing and distribution costs, rent for our distribution centers, store payroll, store occupancy costs (such as rent, common area maintenance, real estate taxes and utilities), information technology and systems costs, corporate payroll and related benefits, advertising and promotion expense and other general expenses.

*Depreciation and amortization* includes depreciation and amortization of fixed and definite-lived intangible assets.

*Impairment charges* consist of charges to write-down both fixed and intangible assets to fair value.

*Income from operations* consists of gross profit minus total operating expenses.

38

Table of Contents

*Interest expense* represents interest and fees on our Credit Facility and amortization of deferred financing costs.

*Foreign currency loss (income)* represents unrealized income or loss from the re-measurement of monetary assets and liabilities denominated in currencies other than the functional currencies of our subsidiaries.

## Results of Operations

### Comparison of the six months ended October 1, 2011 with the six months ended October 2, 2010

The following table details the results of our operations for the six months ended October 1, 2011 and for the six months ended October 2, 2010, and expresses the relationship of certain line items to total revenue as a percentage (dollars in thousands):

| | Six Months Ended | | | | % of Total Revenue 2011 Period | % of Total Revenue 2010 Period |
|---|---|---|---|---|---|---|
| | October 1, 2011 | October 2, 2010 | $ Change | % Change | | |
| **Statements of Operations Data:** | | | | | | |
| Net sales | $520,207 | $322,440 | $197,767 | 61.3% | | |
| Royalty revenue | 28,451 | 18,444 | 10,007 | 54.3% | | |
| Total revenue | 548,658 | 340,884 | 207,774 | 61.0% | | |
| Cost of goods sold | 236,589 | 155,704 | 80,885 | 51.9% | 43.1% | 45.7% |
| Gross profit | 312,069 | 185,180 | 126,889 | 68.5% | 56.9% | 54.3% |
| Selling, general and administrative expenses | 190,799 | 121,361 | 69,438 | 57.2% | 34.8% | 35.6% |
| Depreciation and amortization | 17,016 | 11,680 | 5,336 | 45.7% | 3.1% | 3.4% |
| Impairment of long-lived assets | — | 2,838 | (2,838) | | 0.0% | 0.8% |
| Total operating expenses | 207,815 | 135,879 | 71,936 | 52.9% | 37.9% | 39.9% |
| Income from operations | 104,254 | 49,301 | 54,953 | 111.5% | 19.0% | 14.5% |
| Interest expense, net | 660 | 1,230 | (570) | -46.3% | 0.1% | 0.4% |
| Foreign currency income | (1,729) | (387) | (1,342) | 346.8% | -0.3% | -0.1% |
| Income before provision for income taxes | 105,323 | 48,458 | 56,865 | 117.3% | 19.2% | 14.2% |
| Provision for income taxes | 40,602 | 21,115 | 19,487 | 92.3% | 7.4% | 6.2% |
| Net income | $ 64,721 | $ 27,343 | $ 37,378 | 136.7% | | |

*Total Revenue*

Total revenue increased $207.8 million, or 61.0%, to $548.7 million for the six months ended October 1, 2011, compared to $340.9 million for the six months ended October 2, 2010. The increase was the result of an increase in our comparable and non-comparable retail store sales and wholesale sales, as well as increases in our royalty revenue.

39

Table of Contents

The following table details revenues for our three business segments (dollars in thousands):

| | Six Months Ended | | | | % of total Revenue 2011 period | % of total Revenue 2010 period |
|---|---|---|---|---|---|---|
| | October 1, 2011 | October 2, 2010 | $ Change | % Change | | |
| **Revenue:** | | | | | | |
| Net sales: | | | | | | |
| Retail | $255,377 | $139,639 | $115,738 | 82.9% | 46.5% | 41.0% |
| Wholesale | 264,830 | 182,801 | 82,029 | 44.9% | 48.3% | 53.6% |
| Licensing | 28,451 | 18,444 | 10,007 | 54.3% | 5.2% | 5.4% |
| **Total revenue** | $548,658 | $340,884 | $207,774 | 61.0% | | |

Retail

Net sales from our retail stores increased $115.7 million, or 82.9%, to $255.4 million for the six months ended October 1, 2011, compared to $139.6 million for the six months ended October 2, 2010. We operated 203 retail stores, including concessions, as of October 1, 2011, compared to 140 retail stores, including concessions, as of October 2, 2010. During the six months ended October 1, 2011, our comparable store sales growth increased $57.8 million, or 42.3%, from the six months ended October 2, 2010. The growth in our comparable store sales was primarily due to an increase in sales of our accessories line and watches during the six months ended October 1, 2011. In addition, our non-comparable store sales were $57.9 million during the six months ended October 1, 2011, which was primarily the result of opening 63 new stores since October 2, 2010.

Wholesale

Net sales to our wholesale customers increased $82.0 million, or 44.9%, to $264.8 million for the six months ended October 1, 2011, compared to $182.8 million for the six months ended October 2, 2010. The increase in our wholesale net sales occurred primarily as a result of increased sales of our accessories line during the six months ended October 1, 2011, as we continue to enhance our presence in department and specialty stores by converting more doors to shop-in-shops, and working with existing retailers in optimizing our presence in their stores. In addition, our net sales from our European operations more than doubled during the six months ended October 1, 2011 as compared to the six months ended October 2, 2010, due largely to an increase in doors to 549 from 238 in the same period last year.

Licensing

Royalties earned on our licensing agreements increased $10.0 million, or 54.3%, to $28.5 million for the six months ended October 1, 2011, compared to $18.4 million for the six months ended October 2, 2010. The increase in royalties was primarily due to royalties earned on licensing agreements related to sales of watches.

*Gross Profit*

Gross profit increased $126.9 million, or 68.5%, to $312.1 million during the six months ended October 1, 2011, compared to $185.2 million for the six months ended October 2, 2010. Gross profit as a percentage of total revenue increased to 56.9% during the six months ended October 1, 2011, compared to 54.3% during the six months ended October 2, 2010. The increase in profit margin was primarily due to the growth in our retail net sales relative to our overall total revenue growth during the period, as our retail net sales generate higher profit margins relative to those of wholesale. In addition, we experienced increases of approximately 170 basis points and 70 basis points in gross profit margin from our wholesale and retail segments, respectively. The increase in profit margin on our wholesale segment largely resulted from lower allowances as a percentage of wholesale net sales and selling fewer overall off-price products during the six months ended October 1, 2011, as compared to the six months ended October 2, 2010. In addition, the increase in our wholesale European net sales, as a

40

**Table of Contents**

component of total wholesale net sales, had a favorable impact on profit margin and benefited from revaluation of foreign currency exchange contracts during the six months ended October 1, 2011. The increase in profit margin on our retail segment resulted primarily from fewer in-store markdowns during the six months ended October 1, 2011, as compared to the six months ended October 2, 2010.

*Total Operating Expense*

Total operating expenses increased $71.9 million, or 52.9%, to $207.8 million during the six months ended October 1, 2011, compared to $135.9 million for the six months ended October 2, 2010. Total operating expenses decreased to 37.9% as a percentage of total revenue for the six months ended October 1, 2011, compared to 39.9% for the six months ended October 2, 2010. The components that comprise total operating expenses are explained below.

Selling, General and Administrative Expenses

Selling, general and administrative expenses increased $69.4 million, or 57.2%, to $190.8 million during the six months ended October 1, 2011, compared to $121.4 million for the six months ended October 2, 2010. The increase was primarily due to increases in our retail occupancy and salary costs of $37.5 million, and increases in corporate employee-related costs of $22.6 million. The increase in our retail occupancy and payroll costs was due to operating 203 retail stores versus 140 retail stores in the prior period. The increase in our corporate employee-related costs was due primarily to the redemption of employee stock options that were net settled in cash for approximately $10.7 million, as well as an increase in our corporate staff to accommodate our North American and international growth. Selling, general and administrative expenses as a percentage of total revenue decreased to 34.8% during the six months ended October 1, 2011, compared to 35.6% for the six months ended October 2, 2010. The decrease as a percentage of total revenue was primarily due to economies of scale achieved relative to our increase in total revenue.

We may not continue to experience a reduction in selling, general and administrative expenses as a percentage of revenue, as expenses may increase as a result of our becoming a publicly traded company. These expenses include, but are not limited to, professional fees, filing fees and increasing compensation costs related to employee equity-based awards.

Depreciation and Amortization

Depreciation and amortization increased $5.3 million, or 45.7%, to $17.0 million during the six months ended October 1, 2011, compared to $11.7 million for the six months ended October 2, 2010. Increases in depreciation and amortization were primarily due to an increase in the build-out of our new retail locations, new shop-in-shop locations and investments made in our information systems infrastructure to accommodate our growth. Depreciation and amortization decreased to 3.1% as a percentage of total revenue during the six months ended October 1, 2011, compared to 3.4% for the six months ended October 2, 2010.

Impairment on Long-Lived Assets

Impairment on long-lived assets was $2.8 million for the six months ended October 2, 2010, which was comprised of an impairment charge on fixed assets of $0.9 million related to one of our retail locations, and an impairment charge on definite-lived intangible assets for lease rights of $1.9 million related to that location. There were no impairment charges on long-lived assets during the six months ended October 1, 2011.

*Income from Operations*

As a result of the foregoing, income from operations increased $55.0 million, or 111.5%, to $104.3 million during the six months ended October 1, 2011, compared to $49.3 million for the six months ended October 2, 2010. Income from operations as a percentage of total revenue increased to 19.0% during the six months ended October 1, 2011, compared to 14.5% for the six months ended October 2, 2010.

41

Table of Contents

The following table details income from operations for our three business segments (dollars in thousands):

| | Six Months Ended | | | | % of Net Sales/ Revenue 2011 period | % of Net Sales/ Revenue 2010 period |
| | October 1, 2011 | October 2, 2010 | $ Change | % Change | | |
|---|---|---|---|---|---|---|
| **Income from Operations:** | | | | | | |
| Retail | $ 53,181 | $19,339 | $33,842 | 175.0% | 20.8% | 13.8% |
| Wholesale | 32,745 | 21,214 | 11,531 | 54.4% | 12.4% | 11.6% |
| Licensing | 18,328 | 8,748 | 9,580 | 109.5% | 64.4% | 47.4% |
| **Income from operations** | $104,254 | $49,301 | $54,953 | 111.5% | 19.0% | 14.5% |

Retail

Income from operations for our retail segment increased $33.8 million, or 175.0%, to $53.2 million during the six months ended October 1, 2011, compared to $19.3 million for the six months ended October 2, 2010. This increase was due to sales from the new stores opened, increases in comparable store sales and the increase in income from operations as a percentage of net retail sales of approximately 698 basis points to 20.8% during the six months ended October 1, 2011. The increase as a percentage of net sales was primarily due to decreases in selling, general and administrative expenses as a percentage of sales, the cost of which increased at a lesser rate than the rate of increase in net sales, as well as the aforementioned increase in gross profit margin of approximately 70 basis points during the six months ended October 1, 2011.

Wholesale

Income from operations for our wholesale segment increased $11.5 million, or 54.4%, to $32.7 million during the six months ended October 1, 2011, compared to $21.2 million for the six months ended October 2, 2010. This increase was primarily the result of the increase in gross profit margin, as described in the gross profit discussion above, and the decrease in operating expenses as a percentage of net sales, as a result of greater economies of scale experienced during the six months ended October 1, 2011 compared to the six months ended October 2, 2010.

Licensing

Income from operations for our licensing segment increased $9.6 million, or 109.5%, to $18.3 million during the six months ended October 1, 2011, compared to $8.7 million for the six months ended October 2, 2010. This increase is primarily the result of the aforementioned increase in sales of licensed products, while our operating expenses remained relatively fixed from the prior fiscal year.

*Interest Expense*

Interest expense decreased $0.6 million, or 46.3%, to $0.7 million during the six months ended October 1, 2011, compared to $1.2 million for the six months ended October 2, 2010. The decrease in interest expense was primarily due to the decrease in the average balance on our Credit Facility of approximately $4.1 million during the six months ended October 1, 2011, as well as experiencing a decrease in interest rates during the period.

*Foreign Currency Income*

Foreign currency income during the six months ended October 1, 2011 was $1.7 million as compared to foreign currency income of $0.4 million during the six months ended October 2, 2010. The increase in income during the six months ended October 1, 2011 was primarily due to the strengthening of the U.S. dollar relative to the Euro, which impacted the re-measurement of intercompany loans with certain of our European subsidiaries, which are denominated in U.S. dollars.

42

Table of Contents

*Provision for Income Taxes*

We recognized $40.6 million of income tax expense during the six months ended October 1, 2011, compared with $21.1 million for the six months ended October 2, 2010. Our effective tax rate for the six months ended October 1, 2011 was 38.5%, compared to 43.6% for the six months ended October 2, 2010. The decrease in our effective rate resulted primarily from the following: earnings related to certain of our non-U.S. subsidiaries, which are not expected to be profitable for Fiscal 2012; a decrease in statutory income tax rates applicable to certain of our non-U.S. subsidiaries; and a decrease in our U.S. blended state income tax rate.

Our effective tax rate may fluctuate from time to time due to the effects of changes in U.S state and local taxes, tax rates in foreign jurisdictions, and certain other nondeductible expenses (such as fees related to a public offering) and income earned in certain non-U.S. entities with significant net operating loss carryforwards. In addition, factors such as the geographic mix of earnings, enacted tax legislation and the results of various global tax strategies, may also impact our effective tax rate in future periods.

*Net Income*

As a result of the foregoing, our net income increased $37.4 million, or 136.7%, to $64.7 million during the six months ended October 1, 2011, compared to $27.3 million for the six months ended October 2, 2010.

### Comparison of Fiscal 2011 with Fiscal 2010

The following table details the results of our operations for Fiscal 2011 and Fiscal 2010 and expresses the relationship of certain line items to total revenue as a percentage (dollars in thousands):

| | Fiscal Years Ended | | | | % of Total Revenue Fiscal 2011 | % of Total Revenue Fiscal 2010 |
|---|---|---|---|---|---|---|
| | April 2, 2011 | April 3, 2010 | $ Change | % Change | | |
| **Statements of Operations Data:** | | | | | | |
| Net sales | $757,800 | $483,452 | $274,348 | 56.7% | | |
| Royalty revenue | 45,539 | 24,647 | 20,892 | 84.8% | | |
| Total revenue | 803,339 | 508,099 | 295,240 | 58.1% | | |
| Cost of goods sold | 357,274 | 241,365 | 115,909 | 48.0% | 44.5% | 47.5% |
| Gross profit | 446,065 | 266,734 | 179,331 | 67.2% | 55.5% | 52.5% |
| Selling, general and administrative expenses | 279,822 | 191,717 | 88,105 | 46.0% | 34.8% | 37.7% |
| Depreciation and amortization | 25,543 | 18,843 | 6,700 | 35.6% | 3.2% | 3.7% |
| Impairment of long-lived assets | 3,834 | — | 3,834 | | 0.5% | 0.0% |
| Total operating expenses | 309,199 | 210,560 | 98,639 | 46.8% | 38.5% | 41.4% |
| Income from operations | 136,866 | 56,174 | 80,692 | 143.6% | 17.0% | 11.1% |
| Interest expense, net | 1,861 | 2,057 | (196) | -9.5% | 0.2% | 0.4% |
| Foreign currency loss (income) | 1,786 | (830) | 2,616 | 315.2% | 0.2% | -0.2% |
| Income before provision for income taxes | 133,219 | 54,947 | 78,272 | 142.4% | 16.6% | 10.8% |
| Provision for income taxes | 60,713 | 15,699 | 45,014 | 286.7% | 7.6% | 3.1% |
| Net income | $ 72,506 | $ 39,248 | $ 33,258 | 84.7% | | |

43

Table of Contents

*Total Revenue*

Total revenue increased $295.2 million, or 58.1%, to $803.3 million for Fiscal 2011, compared to $508.1 million for Fiscal 2010. The increase was the result of an increase in our comparable and non-comparable retail store sales and wholesale sales, as well as increases in our royalty revenue.

The following table details revenues for our three business segments (dollars in thousands):

| | Fiscal Years Ended | | | |
| | April 2, 2011 | April 3, 2010 | $ Change | % Change |
|---|---|---|---|---|
| **Revenue:** | | | | |
| Net sales: | | | | |
|    Retail | $344,195 | $186,538 | $157,657 | 84.5% |
|    Wholesale | 413,605 | 296,914 | 116,691 | 39.3% |
| Licensing | 45,539 | 24,647 | 20,892 | 84.8% |
| **Total Revenue** | $803,339 | $508,099 | $295,240 | 58.1% |

Retail

Net sales from our retail stores increased $157.7 million, or 84.5%, to $344.2 million for Fiscal 2011, compared to $186.5 million for Fiscal 2010. We operated 166 retail stores, including concessions, as of April 2, 2011, compared to 106 retail stores, including concessions, as of April 3, 2010. During Fiscal 2011, our comparable store sales growth increased $84.5 million, or 48.2%, from Fiscal 2010. The growth in our comparable store sales was primarily due to an increase in sales of our accessories line and watches during Fiscal 2011. In addition, our non-comparable store sales were $73.2 million during Fiscal 2011, which was primarily the result of opening 60 new stores during Fiscal 2011.

Wholesale

Net sales to our wholesale customers increased $116.7 million, or 39.3%, to $413.6 million for Fiscal 2011, compared to $296.9 million for Fiscal 2010. The increase in our wholesale net sales occurred primarily as a result of increased sales of our accessories line during Fiscal 2011, as well as our continued efforts to work with our wholesale partners to enhance our presence in their department and specialty stores.

Licensing

Royalties earned on our licensing agreements increased $20.9 million, or 84.8%, to $45.5 million for Fiscal 2011, compared to $24.6 million for Fiscal 2010. The increase in royalties was primarily due to royalties earned on licensing agreements related to sales of watches.

*Gross Profit*

Gross profit increased $179.3 million, or 67.2%, to $446.1 million during Fiscal 2011, compared to $266.7 million for Fiscal 2010. Gross profit as a percentage of total revenue increased to 55.5% during Fiscal 2011, compared to 52.5% during Fiscal 2010. The increase in gross profit was due to an increase of approximately 300 basis points in gross profit margin generated from our retail segment, which largely resulted from fewer in-store markdowns during Fiscal 2011, as well as gross profit margin contributed from the increase in our royalty revenues. This increase was offset in part by a decrease in gross profit margin on our wholesale sales during Fiscal 2011, which was the result of an increase in costs of certain of our products. We did not offset these increases in product costs by increases in pricing, as we believed these increases in costs to be temporary fluctuations.

44

**Table of Contents**

*Total Operating Expense*

Total operating expenses increased $98.6 million, or 46.8%, to $309.2 million during Fiscal 2011, compared to $210.6 million for Fiscal 2010. Total operating expenses decreased to 38.5% as a percentage of total revenue for Fiscal 2011, compared to 41.4% for Fiscal 2010. The components that comprise total operating expenses are explained below.

Selling, General and Administrative Expenses

Selling, general and administrative expenses increased $88.1 million, or 46.0%, to $279.8 million during Fiscal 2011, compared to $191.7 million for Fiscal 2010. The dollar increase was primarily due to increases in our retail occupancy and salary costs of $46.3 million, increases in advertising costs of $5.0 million and increases in corporate employee-related costs of $12.1 million. The increase in our retail occupancy and payroll costs was due to the opening of an additional 60 retail stores during Fiscal 2011. Advertising costs increased primarily due to our expansion into new markets during Fiscal 2011, including domestic and international. The increase in our corporate employee-related costs was due primarily to the increase in our corporate staff to accommodate our North American and international growth. Selling, general and administrative expenses as a percentage of total revenue decreased to 34.8% during Fiscal 2011, compared to 37.7% for Fiscal 2010. The decrease as a percentage of total revenue was primarily due to economies of scale achieved relative to our increase in total revenue.

We may not continue to experience a continued reduction in selling, general and administrative expenses as a percentage of revenue, as expenses may increase as a result of our becoming a publicly traded company. These expenses include, but are not limited to, professional fees and compensation costs related to employee equity-based awards.

Depreciation and Amortization

Depreciation and amortization increased $6.7 million, or 35.6%, to $25.5 million during Fiscal 2011, compared to $18.8 million for Fiscal 2010. Dollar increases in depreciation and amortization were primarily due to an increase in the build-out of our new retail locations, new shop-in-shop locations and investments made in our information systems infrastructure to accommodate our growth. Depreciation and amortization decreased to 3.2% as a percentage of total revenue during Fiscal 2011, compared to 3.7% for Fiscal 2010.

Impairment on Long-Lived Assets

Impairment on long-lived assets was $3.8 million for Fiscal 2011, which was comprised of an impairment charge on fixed assets of $2.1 million related to two of our retail locations, and an impairment charge on definite-lived intangible assets for lease rights of $1.8 million related to one of those locations. There were no impairment charges on long-lived assets during Fiscal 2010.

*Income from Operations*

As a result of the foregoing, income from operations increased $80.7 million, or 143.6%, to $136.9 million during Fiscal 2011, compared to $56.2 million for Fiscal 2010. Income from operations as a percentage of total revenue increased to 17.0% during Fiscal 2011, compared to 11.1% for Fiscal 2010.

**Table of Contents**

The following table details income from operations for our three business segments (dollars in thousands):

| | Fiscal Years Ended | | | | Fiscal 2011 % of Net Sales/ Revenue | Fiscal 2010 % of Net Sales/ Revenue |
|---|---|---|---|---|---|---|
| | April 2, 2011 | April 3, 2010 | $ Change | % Change | | |
| **Income from Operations:** | | | | | | |
| Retail | $ 61,194 | $15,514 | $45,680 | 294.4% | 17.8% | 8.3% |
| Wholesale | 48,241 | 31,258 | 16,983 | 54.3% | 11.7% | 10.5% |
| Licensing | 27,431 | 9,402 | 18,029 | 191.8% | 60.2% | 38.1% |
| **Income from Operations** | $136,866 | $56,174 | $80,692 | 143.6% | 17.0% | 11.1% |

Retail

Income from operations for our retail segment increased $45.7 million, or 294.4%, to $61.2 million during Fiscal 2011, compared to $15.5 million for Fiscal 2010. This increase was due to sales from the new stores opened, increases in comparable store sales and the increase in income from operations as a percentage of net retail sales of approximately 950 basis points to 17.8% during Fiscal 2011. The increase as a percentage of net sales was primarily due to decreases in selling, general and administrative expenses as a percentage of sales, the cost of which increased at a lesser rate than the rate of increase in net sales, as well as the aforementioned increase in gross profit margin of approximately 300 basis points during Fiscal 2011.

Wholesale

Income from operations for our wholesale segment increased $17.0 million, or 54.3%, to $48.2 million during Fiscal 2011, compared to $31.3 million for Fiscal 2010. This increase was primarily the result of the decrease in operating expenses as a percentage of net sales as a result of greater economies of scale experienced during Fiscal 2011 compared to Fiscal 2010.

Licensing

Income from operations for our licensing segment increased $18.0 million, or 191.8%, to $27.4 million during Fiscal 2011, compared to $9.4 million for Fiscal 2010. This increase is primarily the result of the aforementioned increase in sales of licensed products, while our operating expenses remained relatively fixed from the prior fiscal year.

*Interest Expense*

Interest expense decreased $0.2 million, or 9.5%, to $1.9 million during Fiscal 2011, compared to $2.1 million for Fiscal 2010. The decrease in interest expense was primarily due to the decrease in the average balance on our Credit Facility of approximately $14.2 million during Fiscal 2011, which was partially offset by an increase in interest rates during the period.

*Foreign Currency Loss (Income)*

Foreign currency loss during Fiscal 2011 was $1.8 million as compared to foreign currency income of $0.8 million during Fiscal 2010. The loss during Fiscal 2011 was primarily due to the strengthening of the Euro relative to the U.S. dollar, which impacted the re-measurement of intercompany loans with certain of our European subsidiaries, which are denominated in U.S. dollars.

**Table of Contents**

*Provision for Income Taxes*

We recognized $60.7 million of income tax expense during Fiscal 2011, compared with $15.7 million for Fiscal 2010. Our effective tax rate for Fiscal 2011 was 45.6%, compared to 43.8% for Fiscal 2010, before taking into effect a discrete item. Our discrete item related to a reversal of a tax liability during Fiscal 2010, which was negated as a result of the restructuring of certain of our foreign subsidiaries. Our effective tax rate after taking into effect the aforementioned discrete item was 28.6% for Fiscal 2010.

*Net Income*

As a result of the foregoing, our net income increased $33.3 million, or 84.7%, to $72.5 million during Fiscal 2011, compared to $39.2 million for Fiscal 2010.

### Comparison of Fiscal 2010 with Fiscal 2009

The following table details the results of our operations for Fiscal 2010 and Fiscal 2009 and expresses the relationship of certain line items to total revenue as a percentage (dollars in thousands):

| | Fiscal Years Ended | | | | % of Total Revenue Fiscal 2010 | % of Total Revenue Fiscal 2009 |
|---|---|---|---|---|---|---|
| | April 3, 2010 | March 28, 2009 | $ Change | % Change | | |
| **Statements of Operations Data:** | | | | | | |
| Net sales | $483,452 | $377,058 | 106,394 | 28.2% | | |
| Royalty revenue | 24,647 | 20,016 | 4,631 | 23.1% | | |
| Total revenue | 508,099 | 397,074 | 111,025 | 28.0% | | |
| Cost of goods sold | 241,365 | 208,283 | 33,082 | 15.9% | 47.5% | 52.5% |
| Gross profit | 266,734 | 188,791 | 77,943 | 41.3% | 52.5% | 47.5% |
| Selling, general and administrative expenses | 191,717 | 147,490 | 44,227 | 30.0% | 37.7% | 37.1% |
| Depreciation and amortization | 18,843 | 14,020 | 4,823 | 34.4% | 3.7% | 3.5% |
| Impairment of long-lived assets | — | 3,043 | (3,043) | | 0.0% | 0.8% |
| Total operating expenses | 210,560 | 164,553 | 46,007 | 28.0% | 41.4% | 41.4% |
| Income from operations | 56,174 | 24,238 | 31,936 | 131.8% | 11.1% | 6.1% |
| Interest expense, net | 2,057 | 1,600 | 457 | 28.6% | 0.4% | 0.4% |
| Foreign currency loss (income) | (830) | 391 | (1,221) | 312.3% | -0.2% | 0.1% |
| Income before provision for income taxes | 54,947 | 22,247 | 32,700 | 147.0% | 10.8% | 5.6% |
| Provision for income taxes | 15,699 | 9,208 | 6,491 | 70.5% | 3.1% | 2.3% |
| Net income | $ 39,248 | $ 13,039 | $ 26,209 | 201.0% | | |

*Total Revenue*

Total revenue increased $111.0 million, or 28.0%, to $508.1 million during Fiscal 2010, compared to $397.1 million for Fiscal 2009. The increase was the result of an increase in our comparable and non-comparable retail store sales and wholesale sales, as well as increases in our royalty revenue.

47

Table of Contents

The following table details revenues for our three business segments (dollars in thousands):

| | Fiscal Years Ended | | | |
| | April 3, 2010 | March 28, 2009 | $ Change | % Change |
|---|---|---|---|---|
| **Revenue:** | | | | |
| Net sales: | | | | |
|     Retail | $186,538 | $114,031 | $ 72,507 | 63.6% |
|     Wholesale | 296,914 | 263,027 | 33,887 | 12.9% |
| Licensing | 24,647 | 20,016 | 4,631 | 23.1% |
| **Total Revenue** | $508,099 | $397,074 | $111,025 | 28.0% |

Retail

Net sales from our retail stores increased $72.5 million, or 63.6%, to $186.5 million during Fiscal 2010, compared to $114.0 million for Fiscal 2009. We operated 106 stores as of April 3, 2010, compared to 74 stores as of March 28, 2009. During Fiscal 2010, our comparable store sales growth increased $21.1 million, or 19.2%, from Fiscal 2009. The growth in our comparable store sales was primarily due to an increase in sales of our accessories and footwear lines and watches during Fiscal 2010. In addition, our non-comparable store sales were $51.4 million during Fiscal 2010, which was primarily the result of opening 32 new stores during Fiscal 2010.

Wholesale

Net sales to our wholesale customers increased $33.9 million, or 12.9%, to $296.9 million during Fiscal 2010, compared to $263.0 million for Fiscal 2009. The increase in our wholesale net sales was primarily due to an increase in sales of our accessories line as well as an increase in sales of our footwear products during Fiscal 2010.

Licensing

Royalties earned on our licensing agreements increased $4.6 million, or 23.1%, to $24.6 million during Fiscal 2010, as compared to $20.0 million for Fiscal 2009. The increase during Fiscal 2010 was primarily due to increases in royalty revenue of $4.8 million earned on licensing agreements related to sales of watches, which were offset in part by decreases in royalty revenue earned on agreements related to women's outerwear and footwear. During Fiscal 2010, a license agreement with respect to our bridge footwear line expired and those sales are now included in our wholesale segment.

*Gross Profit*

Gross profit increased $77.9 million, or 41.3%, to $266.7 million during Fiscal 2010, compared to $188.8 million for Fiscal 2009. Gross profit as a percentage of total revenue increased to 52.5% during Fiscal 2010, compared to 47.5% during Fiscal 2009. The increase in gross profit as a percentage of total revenue occurred primarily due to approximately 340 basis point increases in gross profit margin in each of our retail and wholesale segments. The increase in gross profit margin in our retail segment was due largely to fewer in-store markdowns during Fiscal 2010 as compared to Fiscal 2009. The increase in gross profit margin from our wholesale segment was due largely to a decrease in markdowns during Fiscal 2010 as compared to Fiscal 2009.

*Total Operating Expenses*

Total operating expenses increased $46.0 million, or 28.0%, to $210.6 million during Fiscal 2010, compared to $164.6 million for Fiscal 2009. Total operating expenses remained level at 41.4% as a percentage of total revenue for Fiscal 2010 and Fiscal 2009. The components that comprise total operating expenses are explained below.

48

**Table of Contents**

Selling, General and Administrative Expenses

Selling, general and administrative expenses increased $44.2 million, or 30.0%, to $191.7 million during Fiscal 2010, as compared to $147.5 million for Fiscal 2009. The increases were primarily due to increases in the following: our retail occupancy and salary expenses of $22.5 million and advertising expenses of $6.3 million. The increases in our retail store occupancy and payroll costs were due to the opening of an additional 32 retail stores during Fiscal 2010 relative to the 26 retail stores that were opened during Fiscal 2009. The increase in our advertising expenses was primarily due to increases in our printed advertising expenses and advertising expenses to launch certain licensed products. Selling, general and administrative expenses as a percentage of total revenue increased to 37.7% during Fiscal 2010, as compared to 37.1% for Fiscal 2009, primarily due to the aforementioned advertising costs.

Depreciation and Amortization

Depreciation and amortization increased $4.8 million, or 34.4%, to $18.8 million during Fiscal 2010, as compared to $14.0 million for Fiscal 2009. Dollar increases in depreciation and amortization were primarily due to an increase in the build-out of our new retail locations as well as investments made in our information systems infrastructure. Depreciation and amortization increased to 3.7% as a percentage of total revenue during Fiscal 2010, as compared to 3.5% for Fiscal 2009.

Impairment on Long-Lived Assets

There were no impairment charges on long-lived assets during Fiscal 2010. Impairment on long-lived assets was $3.0 million for Fiscal 2009, which was related to the impairment of fixed assets for three of our retail stores.

*Income from Operations*

As a result of the foregoing, income from operations increased $31.9 million, or 131.8%, to $56.2 million during Fiscal 2010, compared to $24.2 million for Fiscal 2009. Income from operations as a percentage of total revenue increased to 11.1% during Fiscal 2010, compared to 6.1% for Fiscal 2009.

The following table details income from operations for our three business segments (dollars in thousands):

| | Fiscal Years Ended | | | | Fiscal 2010 % of Net Sales/ Revenue | Fiscal 2009 % of Net Sales/ Revenue |
|---|---|---|---|---|---|---|
| | **April 3, 2010** | **March 28, 2009** | **$ Change** | **% Change** | | |
| **Income (loss) from Operations:** | | | | | | |
| Retail | $15,514 | $(5,104) | $20,618 | n/a | 8.3% | -4.5% |
| Wholesale | 31,258 | 20,933 | 10,325 | 49.3% | 10.5% | 8.0% |
| Licensing | 9,402 | 8,409 | 993 | 11.8% | 38.1% | 42.0% |
| **Income from Operations** | $56,174 | $24,238 | $31,936 | 131.8% | 11.1% | 6.1% |

Retail

Income from operations for the retail segment increased $20.6 million to $15.5 million during Fiscal 2010, compared to a loss from operations of $5.1 million during Fiscal 2009. Income from operations as a percentage of net sales for the retail segment increased to 8.3% during Fiscal 2010, primarily due to the growth in net retail sales, which more than offset the increase in operating costs. This increase occurred as we experienced contributions from our new stores as well as contributions from our increasing comparable store sales during Fiscal 2010.

49

**Table of Contents**

Wholesale

Income from operations for our wholesale segment increased $10.3 million, or 49.3%, to $31.3 million during Fiscal 2010, compared to $20.9 million during Fiscal 2009. Income from operations as a percentage of net sales for our wholesale segment increased to 10.5% during Fiscal 2010, primarily due to the aforementioned increase in gross profit margin of 340 basis points.

Licensing

Income from operations for our licensing segment increased $1.0 million, or 11.8%, to $9.4 million during Fiscal 2010, compared to $8.4 million for Fiscal 2009. Income from operations as a percentage of royalty revenue for our licensing segment decreased 3.9% to 38.1% during Fiscal 2010, primarily as a result of an increase in advertising expenses to launch certain licensed products during Fiscal 2010.

*Interest Expense*

Interest expense increased $0.5 million, or 28.6%, to $2.1 million during Fiscal 2010, compared to $1.6 million for Fiscal 2009. The increase in interest expense was primarily due to an increase in average borrowings on our Credit Facility of approximately $3.0 million during Fiscal 2010.

*Foreign Currency Loss (Income)*

Foreign currency income during Fiscal 2010 was $0.8 million as compared to a foreign currency loss of $0.4 million during Fiscal 2009. The foreign currency income during Fiscal 2010 was primarily due to the strengthening of the U.S. dollar relative to the Euro, which impacted the re-measurement of intercompany loans with certain of our European subsidiaries, which are denominated in U.S. dollars.

*Provision for Income Taxes*

We recognized $15.7 million of income tax expense during Fiscal 2010, compared with $9.2 million for Fiscal 2009. Our effective tax rate for Fiscal 2010, before taking into effect a discrete item, was 43.8%, compared to 41.4% for Fiscal 2009. Our effective rate, before taking into effect the discrete item, increased during Fiscal 2010 as a result of an increase in losses on certain of our foreign subsidiaries which do not yield any income tax benefits on a consolidated basis, as well as an increase in our blended state income tax rates during Fiscal 2010. The discrete item related to a reversal of an income tax liability during Fiscal 2010, which was negated as a result of the restructuring of certain of our foreign subsidiaries. Our effective tax rate after taking into effect the aforementioned discrete item was 28.6% for the Fiscal 2010.

*Net Income*

As a result of the foregoing, we generated net income of $39.2 million during Fiscal 2010, as compared to $13.0 million for Fiscal 2009.

**Liquidity and Capital Resources**

*Liquidity*

Our primary sources of liquidity are the cash flows generated from our operations, along with borrowings available under our Credit Facility and available cash and cash equivalents. Our primary use of this liquidity is to fund our ongoing cash requirements, including working capital requirements, global retail store expansion and renovation, construction and renovation of shop-in-shops, investment in information systems infrastructure and expansion of our distribution and corporate facilities. We believe that the cash generated from our operations, together with borrowings available under our Credit Facility and available cash and cash equivalents, will be

**Table of Contents**

sufficient to meet our working capital needs for the next 12 months, including investments made and expenses incurred in connection with our store growth plans, systems development and store improvements. We expect to spend between approximately $100 million and $110 million on capital expenditures during Fiscal 2012, of which we have spent $32.0 million for the six months ending October 1, 2011. The majority of these expected expenditures relate to new retail store openings planned for the year, with the remainder being used for investments in connection with developing new shop-in-shops, build-out of our new warehouse, corporate offices and enhancing our information systems infrastructure.

The following table sets forth key indicators of our liquidity and capital resources (in thousands):

| | As of | | |
| --- | --- | --- | --- |
| | October 1, 2011 | April 2, 2011 | April 3, 2010 |
| **Balance Sheet Data:** | | | |
| Cash and cash equivalents | $ 19,300 | $ 21,065 | $ 5,664 |
| Working capital | $ 181,800 | $ 117,673 | $ 51,263 |
| Total assets | $ 479,216 | $ 399,495 | $ 281,852 |
| Revolving line of credit | $ 16,218 | $ 12,765 | $ 43,980 |

| | Six Months Ended | | Years Ended | | |
| --- | --- | --- | --- | --- | --- |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Cash Flows Provided By (Used In):** | | | | | |
| Operating activities | $ 19,864 | $ 52,191 | $110,308 | $ 28,592 | $ 29,450 |
| Investing activities | (31,991) | (24,130) | (57,830) | (32,175) | (38,399) |
| Financing activities | 11,020 | (22,528) | (37,726) | 5,581 | 8,605 |
| Effect of exchange rate | (658) | 312 | 649 | 1,206 | 4 |
| **Net increase (decrease) in cash and cash equivalents** | $ (1,765) | $ 5,845 | $ 15,401 | $ 3,204 | $ (340) |

*Cash Provided by Operating Activities*

Cash provided by operating activities decreased $32.3 million to $19.9 million during the six months ended October 1, 2011, as compared to $52.2 million for the six months ended October 2, 2010. The decrease in cash flows from operating activities is primarily due to increases in the change to our accounts receivables and accrued expenses, offset, in part, by an increase in our net income during the six months ended October 1, 2011 as compared to the six months ended October 2, 2010. The increase in the change to our accounts receivable was largely the result of cash received during the prior comparable period which was related to sales billed late in Fiscal 2010 (as described in the below paragraph), as well as the increase in our revenues during the current period. The increase in changes to our accrued expenses was largely due to income taxes paid during the six months ended October 1, 2011.

Cash provided by operating activities increased $81.7 million to $110.3 million during Fiscal 2011, as compared to $28.6 million for Fiscal 2010. The increase in cash flows from operating activities is primarily due to an increase in our net income, an increase in cash received on our accounts receivable and a decrease in expenditures in our accounts payable, offset in part by an increase in cash outflows related to our inventory during Fiscal 2011 as compared to Fiscal 2010. The increase in cash outflows on our inventory occurred primarily to accommodate the increase to our net sales, and was a function of volume. In addition, as we continue to open more retail stores we expect our expenditures on inventory to increase at a greater rate than the increase in our sales as inventory related to retail sales typically experiences slower inventory turnover than that of

51

**Table of Contents**

wholesale. The increase in the balance on our accounts payable was directly attributable to the increase in expenditures on our inventory described above. The increase in cash received on our accounts receivable is largely attributable to cash received from sales occurring from Fiscal 2010, which were billed late in that year as a result of the disruption in our primary distribution facility.

Cash provided by operating activities decreased $0.9 million to $28.6 million during Fiscal 2010, as compared to $29.5 million for Fiscal 2009. The decrease in cash flows from operating activities is primarily due to an increase in our accounts receivable, which was offset by an increase in our net income and a decrease in expenditures on inventory during Fiscal 2010 as compared to Fiscal 2009. The increase in accounts receivable was primarily due to delayed product shipments towards the end of Fiscal 2010. The delay in these shipments was due to a disruption to one of our distribution facilities, which resulted in a significant number of back-logged orders being shipped over a short period of time near the end of the fiscal year; consequently, billing occurred in a greater concentration late in Fiscal 2010.

*Cash Used in Investing Activities*

Net cash used in investing activities increased $7.9 million to $32.0 million during the six months ended October 1, 2011, as compared to $24.1 million during the six months ended October 2, 2010. The increase in cash used in investing activities is primarily the result of the build-out of our new retail stores, which were constructed during the six months ended October 1, 2011, and shop-in-shops we installed during the six months ended October 1, 2011.

Net cash used in investing activities increased $25.7 million to $57.8 million during Fiscal 2011, as compared to $32.2 million during Fiscal 2010. The increase in cash used in investing activities is primarily the result of the build-out of our 60 new retail stores, which were constructed during Fiscal 2011, and shop-in-shops we installed during Fiscal 2011.

Net cash used in investing activities decreased $6.2 million to $32.2 million during Fiscal 2010, compared to $38.4 million for Fiscal 2009. The decrease in cash used in investing activities during Fiscal 2010 was primarily due to expenditures in Fiscal 2009 which related to the opening of two high-profile European locations.

*Cash Provided by (Used in) Financing Activities*

Net cash provided by financing activities was $11.0 million in the six months ended October 1, 2011, compared to net cash used in financing activities of $22.5 million during the six months ended October 2, 2010. The $33.5 million increase in cash flows from financing activities was primarily due to the net borrowings on our Credit Facility of $3.5 million during the six months ended October 1, 2011, as compared to net repayments of $18.0 million during the six months ended October 2, 2010. In addition, we received net proceeds from the private placement of our convertible preference shares, completed in July 2011, of $9.6 million.

Net cash used in financing activities was $37.7 million in Fiscal 2011, compared to net cash provided by financing activities of $5.6 million during Fiscal 2010. The $43.3 million increase in net cash used in financing activities was primarily due to the net repayments on our Credit Facility of $31.2 million during Fiscal 2011, as compared to net borrowings of $4.5 million during Fiscal 2010.

Net cash provided by financing activities decreased by $3.0 million during Fiscal 2010, to $5.6 million, compared to $8.6 million in Fiscal 2009. The decrease in net cash provided by financing activities was primarily due to net borrowings of $4.5 million on our Credit Facility during Fiscal 2010, compared to net borrowings of $9.5 million from our Credit Facility during Fiscal 2009.

52

**Table of Contents**

**Revolving Credit Facility**

On September 15, 2011, we completed an amendment to our Credit Facility, which was originally entered into during Fiscal 2007. Pursuant to such amendment, the Credit Facility provides for up to $100.0 million of borrowings, and expires on September 15, 2015. The agreement also provides for loans and letters of credit to our European subsidiaries of up to $35.0 million. All other terms and conditions under the Credit Facility remained consistent with the original agreement. The Credit Facility provides for aggregate credit available equal to the lesser of (i) $100.0 million, or (ii) the sum of specified percentages of eligible receivables and eligible inventory, as defined, plus $30.0 million. Amounts outstanding under the Credit Facility are collateralized by substantially all of our assets. The Credit Facility contains financial covenants limiting our capital expenditures to $110.0 million for any one fiscal year plus additional amounts as permitted, and a minimum fixed charge coverage ratio of 2.0 to 1.0 (with the ratio being EBITDA plus consolidated rent expense to the sum of fixed charges plus consolidated rent expense), restrict and limit additional indebtedness, and restrict the incurrence of additional liens and cash dividends. As of October 1, 2011, we were in compliance with all of our covenants covered under the agreement.

Borrowings under the Credit Facility accrue interest at the rate per annum announced from time to time by the agent of 1.25% above the prevailing applicable prime rate, or at a per annum rate equal to 2.25% above the prevailing LIBOR rate. The weighted average interest rate for the revolving credit facility was 4.53% during Fiscal 2011. The Credit Facility requires an annual facility fee of $0.1 million, payable quarterly, and an annual commitment fee of 0.35% on the unused portion of the available credit under the Credit Facility, payable quarterly.

As of October 1, 2011, the amount outstanding under the Credit Facility was $16.2 million, and the amount available for future borrowings was $56.4 million. The largest amount borrowed during the six months ended October 1, 2011 was $34.1 million. At October 1, 2011, there were documentary letters of credit outstanding for approximately $16.6 million, and stand-by letters of credit of $10.8 million.

**Contractual Obligations and Commercial Commitments**

As of October 1, 2011, our lease commitments and contractual obligations were as follows (in thousands):

| Fiscal year ending | Remainder of Fiscal 2012 | Fiscal 2013-2014 | Fiscal 2015-2016 | Fiscal 2017 and Thereafter | Total |
|---|---|---|---|---|---|
| Operating leases | $ 27,320 | $ 110,697 | $ 110,112 | $ 234,048 | $ 482,177 |
| Credit Facility | — | — | 16,218 | — | 16,218 |
| | $ 27,320 | $ 110,697 | $ 126,330 | $ 234,048 | $ 498,395 |

*Operating lease obligations* represent the minimum lease rental payments under non-cancelable operating leases for our real estate locations globally. In addition to the above amounts, we are typically required to pay real estate taxes, contingent rent based on sales volume and other occupancy costs relating to our leased properties for our retail stores.

*Credit Facility* represents the balance as of October 1, 2011, which although it has a maturity date of September 15, 2015, is classified as a current liability on our consolidated balance sheets due to its revolving nature. In addition, interest on the Credit Facility is excluded from the above table as the amount due in future periods is unknown based on its revolving nature.

Excluded from the above commitments is $1.9 million of long-term liabilities related to uncertain tax positions, due to the uncertainty of the time and nature of resolution.

The above table also excludes amounts included in current liabilities in our consolidated balance sheet as of April 2, 2011, as these items will be paid within one year, and non-current liabilities that have no cash outflows associated with them (e.g., deferred taxes).

**Table of Contents**

We do not have any long-term purchase obligations or capital expenditure commitments that represent firm commitments at April 2, 2011.

**Research and Development, Patents and Licenses, etc.**

We do not conduct research and development activities.

**Off-Balance Sheet Arrangements**

We have not created, and are not affiliated with, any special-purpose or off-balance sheet entities for the purpose of raising capital, incurring debt or operating our business. We do not have any off-balance sheet arrangements or relationships with entities that are not consolidated into our financial statements that have or are reasonably likely to have a material current or future effect on our financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources.

**Critical Accounting Policies**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, as well as the reported amounts of revenue and expenses during the reporting period. Critical accounting policies are those that are the most important portrayal of our financial condition and results of operations, and that require our most difficult, subjective and complex judgments as a result of the need to make estimates about the effect of matters that are inherently uncertain. While our significant accounting policies are described in more detail in the notes to our financial statements, our most critical accounting policies, discussed below, pertain to revenue recognition, impairment of long-lived assets, trademarks and goodwill, stock-based compensation and income taxes. In applying such policies, we must use some amounts that are based upon our informed judgments and best estimates. Estimates, by their nature, are based upon judgments and available information. The estimates that we make are based upon historical factors, current circumstances and the experience and judgment of management. We evaluate our assumptions and estimates on an ongoing basis.

*Revenue Recognition*

We recognize retail store revenue upon sale of our products to retail consumers, net of estimated returns. Wholesale revenue is recognized net of estimates for sales returns, discounts, markdowns and allowances, after merchandise is shipped and title and risk of loss are transferred to our wholesale customers. To arrive at net sales for retail, gross sales are reduced by actual returns and by a provision for estimated future customer returns, which is based on management's review of historical and current customer returns. The amounts reserved for retail sales returns were $1.0 million, $2.3 million and $1.4 million at October 1, 2011, April 2, 2011 and April 3, 2010, respectively. To arrive at net sales for wholesale, gross sales are reduced by provisions for estimated future returns, based on current expectations, trade discounts, markdowns, allowances, operational chargebacks, as well as for certain cooperative selling expenses. Total sales reserves for wholesale were $32.9 million, $25.2 million and $20.2 million at October 1, 2011, April 2, 2011 and April 3, 2010, respectively.

Royalty revenue generated from product licenses, which includes contributions for advertising, is based on reported sales of licensed products bearing our trademarks, at rates specified in the license agreements. These agreements are also subject to contractual minimum levels. Royalty revenue generated by geography-specific licensing agreements is recognized as earned under the licensing agreements based on reported sales by licensees applicable to specified periods as outlined in the agreements. These agreements allow for the use of our trademarks to sell our branded products in certain geographic regions.

**Table of Contents**

*Long-lived Assets*

We evaluate long-lived assets, including fixed assets and intangible assets with finite useful lives, for impairment whenever events or changes in circumstances indicate that the carrying amount of any such asset may not be recoverable. If the sum of our estimated undiscounted future cash flows is less than the carrying value, we recognize an impairment loss, measured as the amount by which the carrying value exceeds the fair value of the asset. These estimates of cash flow require significant management judgment and certain assumptions about future volume, sales and expense growth rates, devaluation and inflation. As such, these estimates may differ from actual cash flows. For Fiscal 2011 and Fiscal 2009, we recorded charges for impairments on fixed assets and intangible assets related to our retail segment of $3.8 million and $3.0 million, respectively.

*Goodwill*

On an annual basis, or whenever impairment indicators exist, we perform a valuation of goodwill. In the absence of any impairment indicators, goodwill is tested in the fourth quarter of each fiscal year. We apply our tests to reporting units within our wholesale and licensing segments, which are based on our current operating projections. Judgments regarding the existence of impairment indicators are based on market conditions and operational performance of the business. Future events could cause us to conclude that impairment indicators exist and therefore that goodwill is impaired.

We assess goodwill for impairment by calculating the fair value of our reporting units to which goodwill has been allocated using the discounted cash flow method along with the market multiples method. Both of these valuation methods require our management to make certain assumptions and estimates regarding certain industry trends and future profitability of our reporting units. If the carrying amount of a reporting unit exceeds its fair value, we would compare the implied fair value of the reporting unit goodwill with its carrying value. To compute the implied fair value, we would assign the fair value of the reporting unit to all of the assets and liabilities of that unit (including any unrecognized intangible assets) as if the reporting unit had been acquired in a business combination. The excess of the fair value of a reporting unit over the amounts assigned to its assets and liabilities is the implied fair value of goodwill. If the carrying value of the reporting unit goodwill exceeded the implied fair value of the reporting unit goodwill, we would record an impairment loss to write down such goodwill to its implied fair value. The valuation of goodwill is affected by, among other things, our business plan for the future and estimated results of future operations.

We have tested our goodwill for impairment in our fourth quarter for the periods presented. There are no impairment charges related to goodwill for any of the fiscal periods presented.

*Stock-based Compensation*

We grant stock-based awards to certain of our employees and directors. These awards are measured at the grant date based on the fair value as calculated using the Black-Scholes option pricing model and are recognized as expense over the requisite service period, based on attainment of certain vesting requirements, as well as our completion of an initial public offering. Determining the fair value of stock-based awards at the grant date requires considerable judgment, including estimating expected volatility, expected term and risk-free rate.

Our expected volatility is based on the average volatility rates of similar actively traded companies over the past 9.5 years, which is our estimated expected average holding period. The expected holding period of the option is based on the period to expiration which is generally 9-10 years. This approach was chosen as it directly correlates to our service period. In addition, we have no historical option exercise experience. The risk-free rate is derived from the zero-coupon U.S. Treasury Strips yield curve, the period of which relates to the grant's holding period. If factors change and we employ different assumptions, the fair value of future awards and resulting stock-based compensation expense may differ significantly from what we have estimated in the past.

Prior to the private placement of our convertible preference shares, which was completed during July 2011, we estimated the fair value of the shares underlying our stock option grants, which served as the grant price for

**Table of Contents**

the fair value calculation of our stock option grants. The estimates of our share value were based on contemporaneous valuations prepared with the assistance of a third party specialist. The October and December 2010 share values were derived from October 2010 valuations, while the March 2011 and August 2011 share values were derived from March and July 2011 valuations, respectively. These valuations were utilized for deriving our share value since the inception of our Stock Option Plan. In conjunction with the preparation of these valuations, we adhered to the guidance provided by the AICPA as prescribed in its Practice Aid entitled, "Valuation of Privately-Held-Company Equity Securities Issued as Compensation." This Practice Aid specifically addresses valuation of common stock in private companies and outlines approaches that can be taken for that valuation, as well as providing guidelines for each approach. The approaches outlined in the Practice Aid are: (1) discounted cash flow, or income; (2) public company market approach (market multiples); and (3) the guideline transaction (M&A) market approach. Consistent with these guidelines, we employed the income (discounted cash flows) and public company market (market multiples) approaches when performing the valuations. We consistently employed these approaches when estimating the fair value of our shares prior to our private placement, which provided an arm's length transaction that established an observable price for our shares in the absence of having a quoted market price on an active exchange. The option grants issued subsequent to the private placement were issued with a grant price which reflected the value of the private placement.

The inputs for the discounted cash flow model were comprised of our internal forecasts along with a weighted average cost of capital (discount rate), which was derived from averaging the rates calculated from several comparable companies. These comparable companies were chosen based on several criteria such as overall size, revenue and capitalization, as well as the industry, among others. The inputs used for deriving the multiples that were employed in the market approach analysis were obtained from published financial information from these comparable companies, as well as from our historical and forecasted financial results. The information used for the valuation of our shares was consistent with that used to value our reporting units for purposes of our goodwill impairment testing. The results from both of these two valuation approaches, income (DCF) and market multiples, were averaged in the determination of the fair value of our shares.

The information used in the above models was based on the most readily available and relevant information at the time each valuation was performed. The valuation models employed both observable and objective inputs, such as market data, as well as inputs which were more subjective, such as assumptions used in preparing our forecasts, which were based on our best estimates at each valuation date. The assumptions underlying our forecasts were derived from the information available at the time of the respective forecasts, and were revisited regularly when new information became available. In addition to results generated from the performance of these valuations, additional factors such as a marketability and liquidity discount, were factored into the final determination of the fair value of our shares. A marketability discount of 20% was used in the October 2010 valuation, and a marketability discount of 11% was used in the March 2011 valuation. The below table details the grant prices and grant totals for stock option grants issued since October 2010:

| Grant Date | Number of options granted | Estimated share value used for fair value calculation | Fair value of options at grant date | Option exercise price |
|---|---|---|---|---|
| 10/25/2010 | 3,521,262 | $ 2.19 | $ 1.20 | $ 2.63 |
| 12/01/2010 | 81,905 | $ 2.19 | $ 1.22 | $ 2.63 |
| 03/25/2011 | 3,501,905 | $ 6.05 | $ 4.05 | $ 5.00 |
| 08/11/2011 | 3,055,952 | $ 12.12 | $ 6.90 | $12.12 |

The fair value of the shares underlying the March 2011 grants used a multiple on earnings that was consistent with our peers at that time, as adjusted for the Company's business plan. Inherent in the fair value calculation was the Company's assessment of certain risks embedded in the business plan for Fiscal 2011 and thereafter, including: rapid revenue and earnings growth; roll out of our retail stores to lower productivity malls where our format had not been proven; our European expansion plans; and, our Japanese launch plans.

**Table of Contents**

Subsequent to March 2011, the Company successfully implemented many aspects of its business plan and launched an effort to sell a portion of the Company through a private placement. In July 2011, the Company completed the private placement. The fair value of the shares underlying the August 2011 grants used the private placement valuation, which was based on a multiple applied to the forecasted Fiscal 2012 earnings. An increase in the multiple on earnings, as well as an increase in forecasted earnings from the March 2011 valuation to the July 2011 valuation resulted in the increase in the fair value of the shares from $6.05 to $12.12.

Based upon an offering price of $20.00 per share, the outstanding vested and unvested options have an intrinsic value of $328.7 million.

### *Income Taxes*

Deferred income tax assets and liabilities reflect temporary differences between the tax basis and financial reporting basis of our assets and liabilities and are determined using the tax rates and laws in effect for the periods in which the differences are expected to reverse. We periodically assess the realizability of deferred tax assets and the adequacy of deferred tax liabilities, based on the results of local, state, federal or foreign statutory tax audits or our own estimates and judgments.

Realization of deferred tax assets associated with net operating loss and tax credit carryforwards is dependent upon generating sufficient taxable income prior to their expiration in the applicable tax jurisdiction. We periodically review the recoverability of our deferred tax assets and provide valuation allowances as deemed necessary to reduce deferred tax assets to amounts that more-likely-than-not will be realized. This determination involves considerable judgment and our management considers many factors when assessing the likelihood of future realization of deferred tax assets, including recent earnings results within various taxing jurisdictions, expectations of future taxable income, the carryforward periods remaining and other factors. Changes in the required valuation allowance are recorded in income in the period such determination is made. Deferred tax assets could be reduced in the future if our estimates of taxable income during the carryforward period are significantly reduced or alternative tax strategies are no longer viable.

We recognize the impact of an uncertain income tax position taken on our income tax returns at the largest amount that is more-likely-than-not to be sustained upon audit by the relevant taxing authority. The effect of an uncertain income tax position will not be taken into account if the position has less than a 50% likelihood of being sustained. Our tax positions are analyzed periodically (at least quarterly) and adjustments are made as events occur that warrant adjustments for those positions. We record interest expense and penalties payable to relevant tax authorities as income tax expense.

### Recent Accounting Pronouncements

We have considered all new accounting pronouncements and have concluded that there are no new pronouncements that have a material impact on our results of operations, financial condition or cash flows based on current information.

### Quantitative and Qualitative Disclosures about Market Risk

We are exposed to certain market risks during the normal course of our business, such as risk arising from fluctuations in foreign currency exchange rates, as well as fluctuations in interest rates. In attempts to manage these risks, we employ certain strategies to mitigate the effect of these fluctuations. Currently we enter into foreign currency forward contracts to manage our foreign currency exposure to the fluctuations of certain foreign currencies. The use of these instruments helps to manage our exposure to our foreign purchase commitments and better control our product costs. Other than these purchase commitments, we do not use these foreign exchange contracts for any other purposes. In addition, we do not use derivatives for speculative purposes.

**Table of Contents**

*Foreign Currency Exchange Risk*

We are exposed to risks on certain purchase commitments to foreign suppliers based on the value of the functional currency relative to the local currency of the supplier on the date of the commitment. As such, we enter into forward currency contracts that generally mature in 18 months or less and are consistent with the related purchase commitments. These contracts are recorded at fair value in our consolidated balance sheets as either an asset or liability. Although these are derivative contracts to hedge cash flow risks, we do not designate these contracts as hedges for accounting purposes. Accordingly, the changes in the fair value of these contracts at the balance sheet date and upon maturity (settlement) are recorded in our cost of sales or operating expenses, in our consolidated statement of operations, as applicable to the transactions for which the forward exchange contracts were established.

We perform a sensitivity analysis to determine the effects of fluctuations in foreign currency exchange rates. For this sensitivity analysis, we assume a hypothetical change in foreign exchange rates against the U.S. dollar. Based on all foreign currency exchange contracts outstanding as of October 1, 2011, a 10% devaluation of the U.S. dollar compared to the level of foreign currency exchange rates for currencies under contract as of October 1, 2011 would result in approximately $3.3 million of net unrealized foreign currency loss. Conversely, a 10% appreciation of the U.S. dollar would result in approximately $5.6 million of net unrealized gains.

*Interest Rate Risk*

We are exposed to interest rate risk in relation to our Credit Facility, the balance of which was $16.2 million at October 1, 2011. Our Credit Facility carries interest rates that are tied to LIBOR and the prime rate, and therefore our statements of operations and cash flows are exposed to changes in interest rates. A one percentage point increase in either the prime rate or LIBOR would cause an increase to the interest expense on our Credit Facility of approximately $0.2 million. The balance of our Credit Facility at October 1, 2011 is not indicative of future balances that may be subject to fluctuations in interest rates.

**Table of Contents**

**BUSINESS**

**Our Company**

We are a rapidly growing global luxury lifestyle brand led by a world-class management team and a renowned, award-winning designer. Since launching his namesake brand 30 years ago, Michael Kors has featured distinctive designs, materials and craftsmanship with a jet-set aesthetic that combines stylish elegance and a sporty attitude. Mr. Kors' vision has taken the Company from its beginnings as an American luxury sportswear house to a global accessories, footwear and apparel company with a presence in 74 countries. As a highly recognized luxury lifestyle brand in North America with accelerating awareness in targeted international markets, we have experienced exceptional sales momentum and have a clear trajectory for significant future growth. Over the years, we have successfully expanded beyond apparel into accessories (including handbags, small leather goods, eyewear, jewelry and watches) and footwear, which together now account for the majority of our wholesale and retail sales. We have also expanded our distribution capabilities beyond wholesale into retail, which accounted for approximately 42.8%, 36.7% and 28.7% of our total revenue in Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively. Our total revenue was $803.3 million in Fiscal 2011 as compared to $508.1 million in Fiscal 2010, representing a 58.1% year-over-year increase. Our net income was $72.5 million in Fiscal 2011 as compared to $39.2 million in Fiscal 2010, representing a 84.7% year-over-year increase.

We operate our business in three segments—retail, wholesale and licensing—and we have a strategically controlled global distribution network focused on company-operated retail stores, leading department stores, specialty stores and select licensing partners. In Fiscal 2011, our retail segment accounted for approximately 42.8% of our total revenue. As of October 1, 2011, our retail segment included:

- 169 North American retail stores, including concessions; and

- 34 international retail stores, including concessions, in Europe and Japan.

In Fiscal 2011, our wholesale segment accounted for approximately 51.5% of our total revenue. As of October 1, 2011, our wholesale segment included:

- wholesale sales through approximately 1,801 department store and specialty store doors in North America; and

- wholesale sales through approximately 549 department store and specialty store doors internationally.

Our remaining revenue is generated through our licensing segment, through which we license to third parties certain production, sales and/or distribution rights. In Fiscal 2011, our licensing segment accounted for approximately 5.7% of our total revenue and consisted primarily of royalties earned on licensed products and our geographic licenses.

We offer two primary collections: the *Michael Kors* luxury collection and the *MICHAEL Michael Kors* accessible luxury collection. The *Michael Kors* collection establishes the aesthetic authority of our entire brand and is carried in many of our retail stores as well as in the finest luxury department stores in the world, including, among others, Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Harrods, Harvey Nichols, Selfridges, Le Bon Marché and Printemps. In 2004, we saw an opportunity to capitalize on the brand strength of the *Michael Kors* collection and address the significant demand opportunity in accessible luxury goods, and we introduced the *MICHAEL Michael Kors* collection, which has a strong focus on accessories, in addition to offering footwear and apparel. The *MICHAEL Michael Kors* collection is carried in all of our lifestyle stores as well as leading department stores throughout the world, including, among others, Bloomingdale's, Nordstrom, Macy's, Harrod's, Harvey Nichols, Selfridges, Printemps, Lotte, Hyundai, Isetan and Lane Crawford. Taken together, our two primary collections target a broad customer base while retaining a premium luxury image. In addition to these two primary collections, we also offer select footwear and outerwear through our *KORS Michael Kors* accessible luxury collection, which is not material to our net sales.

59

**Table of Contents**

**Our Market Opportunity**

We operate in the global luxury goods industry. According to the *Altagamma Studies*, total global sales of luxury goods were approximately $230.1 billion in 2010. Over the past ten years, the industry has grown and has remained resilient during economic downturns. In 2010, the industry showed a significant recovery with 13% growth and surpassed the pre-financial crisis peak of $226.1 billion set in 2007. The industry is expected to grow at a 7% CAGR from 2010 to 2014 to reach sales of between $299.3 and $305.9 billion. We believe that this growth will be driven by an improving global economy, favorable demographics and increased demand for luxury goods in emerging markets due to higher per capita income levels.



2010 Worldwide Luxury Goods Categories %

Source: *Altagamma Studies*



2010 Worldwide Luxury Goods Geographies %

According to the *Altagamma Studies*, in 2010, the two largest product categories in the global luxury goods industry were accessories (defined in the *Altagamma Studies* as handbags, wallets, other leather products, shoes and other non-leather accessories, such as jewelry and eyewear) and apparel. The accessories product category represented 25% of total luxury goods sales in 2010 and generated sales of approximately $57.5 billion. From 2005 to 2010, the accessories product category experienced higher growth than any other category in the industry, registering a 9% CAGR. Accessories were also the only product category to post positive growth during the 2007-2009 economic downturn, followed by a strong sales increase of 17% in 2010. The 2010 growth in accessories was driven by a 22% increase in leather goods sales, with sales of handbags leading the way. The apparel product category, which represented 27% of total luxury goods sales in 2010 and was estimated at approximately $62.1 billion, experienced a significant recovery as well with 12% growth in 2010.

According to the *Altagamma Studies*, the global luxury goods industry is concentrated on our core geographic areas of operation, the Americas and Europe, which in 2010 represented 30% and 37% of the industry's sales, respectively. In 2010, the Americas saw strong growth of 16% in luxury goods sales, reaching a total size of approximately $69.0 billion. Europe also experienced solid 2010 growth of 10%, reaching estimated sales of approximately $85.1 billion. The United States market largely drove the 2010 recovery in luxury goods sales, posting 15% growth to reach estimated sales of approximately $64.0 billion. Today, the United States remains the country with the highest luxury goods consumption and in 2010 had approximately 28% of global luxury goods sales. The Asia Pacific region (excluding Japan) represented 17% of global luxury goods sales in 2010. Between 2005 and 2010, this region captured an additional 7% share of global luxury goods sales and experienced the fastest growth with a 15% CAGR.

**Our Competitive Strengths**

We believe that the following strengths differentiate us from our competitors:

**Rapidly Growing Luxury Lifestyle Brand with Best-in-Class Growth Metrics.** We believe that the Michael Kors name has become synonymous with luxurious fashion that is timeless and elegant, expressed through sophisticated accessory and ready-to-wear collections. Each of our collections exemplifies the jet-set

60

**Table of Contents**

lifestyle and features high quality designs, materials and craftsmanship. Some of the most widely recognized global trendsetters—including celebrities such as Angelina Jolie, Heidi Klum, Blake Lively, Penelope Cruz, Gwyneth Paltrow and Catherine Zeta-Jones—walk the red carpet in our collections. We have built a solid foundation for continued long-term global growth and currently enjoy best-in-class growth metrics. For instance:

- we experienced year-over-year total revenue growth of 58.1% and 28.0% in Fiscal 2011 and Fiscal 2010, respectively;

- our global comparable store sales increased 48.2%, 19.2% and 6.3% in Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively, and we have had positive comparable store sales growth in every quarter in the last five fiscal years; and

- our global retail store count grew from 48 at the beginning of Fiscal 2009 to 166 through the end of Fiscal 2011, representing a 51.2% CAGR.

**Design Vision Led by World-Renowned, Award-Winning Designer** . Michael Kors, a world-renowned designer, personally leads our experienced design team. Mr. Kors and his team are responsible for conceptualizing and directing the design of all of our products, and their design leadership is a unique advantage that we possess. Mr. Kors has received a number of awards, including the CFDA Women's Fashion Designer of the Year (1999), the CFDA Men's Fashion Designer of the Year (2003), the ACE Accessory Designer of the Year (2006) and the CFDA Lifetime Achievement Award (2010). These and other awards recognize the contribution Mr. Kors and his team have made to the fashion industry and our Company. Our brand image has been further enhanced since 2004 by Mr. Kors' position as a judge on the six-time Emmy-nominated reality show *Project Runway*.

**Poised to Take Share in the Growing Global Accessories Product Category** . According to the *Altagamma Studies*, from 2005 to 2010, the accessories product category was the fastest growing product category in the global luxury goods industry, increasing at a 9% CAGR, and in 2010 the accessories product category generated sales of approximately $57.5 billion, representing 25% of total luxury goods sales. In 2004, we saw the opportunity to capitalize on growing accessories demand by leveraging the strength of the *Michael Kors* luxury collection, and we introduced the accessible luxury *MICHAEL Michael Kors* collection. Since launching the *MICHAEL Michael Kors* collection, awareness of our brand within the United States has grown exponentially, increasing from 11% in 2004 to 71% in 2011, according to a study we commissioned. In turn, our sales of accessories have grown at an approximately 57.6% CAGR over the last three years, outperforming industry growth. Net sales of accessories and related merchandise (including handbags, small leather goods, footwear, watches, jewelry, eyewear and fragrance) in our retail and wholesale segments accounted for approximately 62.3% of our total revenue in Fiscal 2011. We anticipate that sales of our accessories and related merchandise will continue to grow and will become an increasingly important driver of global comparable store sales growth.

**Proven Multi-Format Retail Segment with Significant Growth Opportunity**. In Fiscal 2011, our retail segment reported total revenue of $344.2 million and an industry-best 48.2% increase in year-over-year comparable store sales from Fiscal 2010. Within our retail segment we have three primary retail store formats: collection stores, lifestyle stores and outlet stores. Our collection stores are located in some of the world's most prestigious shopping areas, such as Madison Avenue in New York and Bond Street in London, and are generally 3,100 square feet in size. Our lifestyle stores are located in some of the world's most frequented metropolitan shopping locations and leading regional shopping centers, and are generally 2,100 square feet in size. We also extend our reach to additional consumer groups through our outlet stores, which are generally 2,700 square feet in size. In addition to these three retail store formats, we operate concessions in a select number of department stores in North America and internationally.

**Strong Relationships with Premier Wholesale Customers**. We partner with leading wholesale customers, such as Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Bloomingdale's, Nordstrom and Macy's in North America; and Harrods, Harvey Nichols, Selfridges and Galeries Lafayette in Europe. These relationships enable us to access large numbers of our key consumers in a targeted manner. In addition, we are

**Table of Contents**

engaged in wholesale growth initiatives that are designed to transform the Michael Kors displays at select department stores into branded shop-in-shops. By installing customized freestanding fixtures, wall casings and components, decorative items and flooring, as well as deploying specially trained staff, we believe that our shop-in-shops provide department store consumers with a more personalized shopping experience than traditional retail department store configurations. These initiatives, among others, have helped increase total revenue for our wholesale segment from $296.9 million in Fiscal 2010 to $413.6 million in Fiscal 2011, representing a 39.3% year-over-year increase.

**Growing Licensing Segment**. The strength of our global brand has been instrumental in helping us build our licensing business. We collaborate with a select number of product licensees who produce and sell what we believe are products requiring specialized expertise that are enhanced by our brand strength. Our relationship with Fossil, for instance, has helped us create a line of watches that we believe have become, and will continue to be, status items for young fashion-conscious consumers. Other product licensees include, among others, Estée Lauder for fragrances and Marchon for eyewear. Our relationships with our product licensees have helped us leverage our success across demographics and categories by taking advantage of their unique expertise, resulting in total revenue for licensed products increasing from $24.6 million in Fiscal 2010 to $45.5 million in Fiscal 2011, representing a 84.8% year-over-year increase. In addition, we have entered into agreements with non-manufacturing licensees who we believe have particular expertise in the distribution of fashion accessories, footwear and apparel in specific geographic territories, such as Korea, the Philippines, Singapore, Malaysia, greater China, the Middle East and Turkey.

**Proven and Experienced Management Team**. Our senior management team has extensive experience across a broad range of disciplines in the retail industry, including design, sales, marketing, public relations, merchandising, real estate, supply chain and finance. With an average of 25 years of experience in the retail industry, including at a number of public companies, and an average of eight years with Michael Kors, our senior management team has strong creative and operational experience and a successful track record. This extensive experience extends beyond our senior management team and deep into our organization. For example, we have a 50-person design team, the senior staff of which has an average of 19 years of experience in the industry.

### Our Growth Strategy

Our goal is to increase our revenue and profits and strengthen our global brand. Our growth strategy includes the following:

**Increase Our Brand Awareness**. We intend to continue increasing brand awareness and customer loyalty in North America and internationally in a number of ways, including by:

- continuing to open new retail stores in preeminent, high-visibility locations;

- maintaining our strong advertising position in global fashion publications, growing our online advertising exposure and internet presence and continuing to distribute our store catalog featuring our new collections;

- holding our semi-annual runway shows that reinforce Mr. Kors' designer status and high-fashion image, creating excitement around the *Michael Kors* and *MICHAEL Michael Kors* collections and generating global multimedia press coverage; and

- leveraging Mr. Kors' global prestige and popularity through a variety of press activities and personal appearances.

**Expand Our Retail Store Base in North America**. We expanded our retail store base in North America by 30 stores in Fiscal 2010 and by 40 stores in Fiscal 2011. We believe that there is significant opportunity to continue expanding our retail store base in North America and to increase our North American retail store base to approximately 400 locations in the long term. We will look to open new stores predominately in high traffic areas of street and mall locations in high-income demographic areas and will adhere to our already successful retail store formats, which we believe reinforce our brand image and generate strong sales per square foot.

**Table of Contents**

**Expand North American Shop-in-Shop Footprint at Select Department Stores**. In Fiscal 2011, we achieved a 33.7% year-over-year increase in our North American wholesale sales through substantially the same number of department store wholesale doors, primarily due to an increase in shop-in-shops. We believe that our proprietary shop-in-shop fixtures effectively communicate our brand image within the department store, enhance the presentation of our merchandise and create a more personalized shopping experience for department store customers. We plan to grow our North American shop-in-shop footprint at select department stores by continuing to convert existing wholesale door space into shop-in-shops and expanding the size of existing shop-in-shops.

**Increase Global Comparable Store Sales**. In Fiscal 2011, we reported a 48.2% year-over-year increase in global comparable store sales. We expect to continue to increase global comparable store sales with a number of initiatives already under way to increase the size and frequency of purchases by our existing customers and to attract new customers. Such initiatives include, among others, increasing the size of existing stores, creating compelling store environments and offering new products, including logo products, small leather goods, active footwear and fashion jewelry.

**Grow International Retail and Wholesale Businesses**. Given the growing worldwide demand for accessible luxury goods, continued international expansion in select regions represents a compelling opportunity for additional growth. As of October 1, 2011, we operated 34 retail stores, including concessions, internationally, and our products are sold through approximately 549 department store and specialty store wholesale doors internationally. We plan to leverage our existing operations in London, Lugano, Madrid, Milan, Munich, Paris and Tokyo to drive continued retail and wholesale expansion in Europe and Japan. In the long term, we believe that we can increase our international retail store base, including concessions, to approximately 100 locations in Europe and approximately 100 locations in Japan. In addition, we plan to expand our shop-in-shop footprint at select department stores throughout Europe and our concession footprint at select department stores in Japan.

## Our Collections and Products

We offer two primary collections: the *Michael Kors* luxury collection and the *MICHAEL Michael Kors* accessible luxury collection. In addition to these two primary collections, we also offer select footwear and outerwear through our *KORS Michael Kors* accessible luxury collection, which is not material to our net sales. We believe consumers associate our collections with a jet-set aesthetic that infuses stylish elegance and a sporty attitude into any lifestyle. Taken together, our collections target a broad customer base while retaining a premium luxury image.

Since 1981, we have consistently developed our distinctive brand image across an expanding number of products, price tiers and geographic markets. Our products are widely recognized and feature high quality designs, materials and craftsmanship. Our superior quality and design across our product lines allow us to maintain premium price points that encourage repeat purchases among our growing customer base.

### The Michael Kors Collection

The *Michael Kors* collection was first introduced in 1981 and reflects the pinnacle of luxury. This collection establishes the aesthetic authority of our entire brand and serves as the cornerstone of Michael Kors' semi-annual runway shows. The *Michael Kors* collection is carried in many of our retail stores as well as the finest luxury department stores in the world, including, among others, Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Harrods, Harvey Nichols, Selfridges, Le Bon Marché and Printemps.

In the *Michael Kors* collection we offer accessories, including handbags and small leather goods, many of which are made from high quality leathers and other exotic skins, footwear and apparel, including ready-to-wear womenswear and menswear. Generally, our handbags and small leather goods retail from $500 to $6,000, our footwear retails from $500 to $1,300 and our women's apparel retails from $400 to $4,000.

**Table of Contents**

### The MICHAEL Michael Kors Collection

The *MICHAEL Michael Kors* collection was first introduced in 2004 when we identified the opportunity to capitalize on the brand strength of the *Michael Kors* collection to meet the significant demand for accessible luxury goods. The *MICHAEL Michael Kors* collection has a strong focus on accessories, in addition to offering footwear and apparel, and is positioned to appeal to a younger demographic. Since the introduction of this collection, awareness of our brand within the United States has increased exponentially, increasing from 11% in 2004 to 71% in 2011, according to a study we commissioned. Our *MICHAEL Michael Kors* collection is carried in all of our lifestyle stores as well as leading department stores throughout the world, including, among others, Bloomingdale's, Nordstrom, Macy's, Harrod's, Harvey Nichols, Selfridges, Printemps, Lotte, Hyundai, Isetan and Lane Crawford.

In the *MICHAEL Michael Kors* collection, we offer: accessories, primarily handbags, which are created to meet the fashion and functional requirements of our broad and diverse consumer base, and small leather goods, such as clutches, wallets, wristlets and cosmetic cases; footwear, exclusively in women's styles; and womenswear, including dresses, tops, jeans, pants, skirts, shorts and outerwear. Generally, our handbags retail from $200 to $800, our small leather goods retail from $45 to $200, our footwear retails from $70 to $500 and our women's apparel retails from $50 to $500.

### Our Licensed Products

*Watches.* Fossil has been our exclusive watch licensee since April 2004. We believe our watches are a "must-have" item among young fashion consumers and present an opportunity to build brand loyalty globally with younger consumers. Watches are sold in our retail stores and by our licensing partner to wholesale customers in addition to select watch retailers. Generally, our watches retail for between $150 and $500.

*Eyewear.* Marchon has been our exclusive eyewear licensee since January 2004. Marchon has developed what we believe is a distinctive product assortment of eyewear inspired by our collections. Our eyewear products are focused on status eyewear with sunglasses serving as a key category. Eyewear is sold in our retail stores and by our licensing partner to wholesale customers in addition to select sunglass retailers and prescription eyewear providers. Generally, our eyewear retails for between $85 and $285.

*Jewelry.* Fossil has been our exclusive fashion jewelry licensee since December 2010. Our jewelry product line is complementary to our watches and accessories lines and is comprised of bracelets, necklaces, rings and earrings. Our jewelry is sold in our retail stores and by our licensing partner to wholesale customers in addition to other specialty stores. Generally, our jewelry retails for between $45 and $400.

*Fragrances.* Estée Lauder has been our exclusive women's and men's fragrance licensee since May 2003. Fragrances are sold in our retail stores and by our licensing partner to wholesale customers in addition to select fragrance retailers. Generally, our fragrances retail for between $20 and $115.

### Design and Merchandising

Michael Kors personally leads an experienced, New York-based design team, which is responsible for conceptualizing and directing the design of all of our products. Mr. Kors and his design team have access to our extensive archives of product designs created over the past 30 years, which are a valuable resource for new product concepts. Our designers are also supported by a strong merchandising team that analyzes sales, market trends and consumer preferences to identify business opportunities that help guide each season's design process. In addition, merchandisers streamline our entire product line by editing, adding and deleting styles with the objective of maximizing profitable sales across our segments. Having one centralized, internal design and merchandising group helps us execute well-defined design concepts that are consistent with the strategic direction of our brand.

Table of Contents

Our store design and point-of-sale merchandising group creates and oversees implementation of our store environments. From our retail stores to our shop-in-shop locations in major department stores, we work to ensure the consistent communication of the Michael Kors jet-set lifestyle image. Our retail stores and department store locations feature upscale and sleek décor with iconic references to the Michael Kors brand that provide a modern backdrop to our contemporary merchandise and establish the sporty, luxurious ambience that embodies the message of the Michael Kors label worldwide.

Our merchandising team works in close collaboration with our licensing partners to ensure that our licensed products, such as watches, jewelry, eyewear and fragrances, are conceptualized and designed to address the intended market opportunity and convey the distinctive perspective and lifestyle associated with our brand. While our licensing partners employ their own designers, we collaborate throughout the design process and approve the design of all licensed products. Licensed products are also subject to our quality control standards and we exercise final approval for all new licensed products prior to their sale.

**Marketing, Advertising and Public Relations**

Our marketing strategy is to deliver a consistent message every time the consumer comes in contact with our brand through all of our communications and visual merchandising. Our image is created and executed internally by our creative marketing, visual merchandising and public relations teams, which helps ensure the consistency of our message.

In Fiscal 2011, we recognized approximately $27.4 million in advertising expense in North America and internationally. In conjunction with promoting a consistent global image, we use our extensive customer database and consumer knowledge to target particular products and communications to certain consumers directly in an effort to foster sales efficiency. We engage in a wide range of direct marketing programs, including, among others, emails, print advertising, catalogs and brochures, in order to stimulate sales in a consumer-preferred shopping venue. As part of our direct marketing strategy, our catalogs are sent to selected households to encourage consumer purchases and to build brand awareness. In addition, the growing number of visitors to our *michaelkors.com* online store provides an opportunity to increase the size of our database and to communicate with consumers to increase online and physical store sales and build brand awareness. We launched *michaelkors.com* in 2007 in partnership with Neiman Marcus. We sell merchandise to Neiman Marcus at wholesale, which is subsequently resold by Neiman Marcus through *michaelkors.com*. Neiman Marcus receives all of the proceeds from these online sales.

Our experienced public relations team engages in a wide variety of press activities internationally. Our semi-annual fashion shows serve to reinforce Mr. Kors' designer status and high fashion image, creating excitement around the *Michael Kors* and *MICHAEL Michael Kors* collections, while Mr. Kors' many other personal appearances and press activities capitalize on his popularity to attract global multimedia coverage for our brands and businesses. In addition, some of the most widely recognized global trendsetters—including celebrities such as Angelina Jolie, Heidi Klum, Blake Lively, Penelope Cruz, Gwyneth Paltrow and Catherine Zeta-Jones—walk the red carpet in our collections. We also have a unique marketing asset in Mr. Kors himself. Mr. Kors' involvement in the highly successful *Project Runway* has helped build awareness of our Honorary Chairman and Chief Creative Officer and our brand in general.

**Business Segments**

*Retail Segment*

We started in business as a wholesale vendor to department and specialty stores, but over the last five years we have developed a significant retail business. Our retail segment represented approximately 42.8% of our total revenue in Fiscal 2011. In the long term, we believe that we can increase our global retail store base to approximately 400 locations in North America, 100 locations in Europe and 100 locations in Japan.

65

Table of Contents

The following table presents the number of retail stores we operated by geographic location as of October 1, 2011:

| Location | Number of Full-Price Retail Stores, Including Concessions | Number of Outlet Stores |
|---|---|---|
| North America | 108 | 61 |
| Europe | 18 | 8 |
| Japan | 6 | 2 |
| Total | 132 | 71 |

*Full-Price Retail Stores, Including Concessions.* Our full-price retail stores, including concessions, establish, reinforce and capitalize on the image of the Michael Kors brand. Our full-price retail stores are located on prestigious streets in metropolitan areas and in upscale regional shopping centers. We operate two full-price retail store formats: collection stores and lifestyle stores. Our collection stores offer the broadest assortment of our collection apparel and accessories and are located in some of the world's most prestigious shopping areas, such as Madison Avenue in New York and Bond Street in London. Our collection stores are generally 3,100 square feet in size. Our lifestyle stores are also located in some of the world's most frequented metropolitan shopping locations and leading regional shopping centers, and are generally 2,100 square feet in size. Our lifestyle stores emphasize our accessories lines and items from our *MICHAEL Michael Kors* accessible luxury collection. We employ a proven retail concept across both formats, in addition to our outlet stores, that over the past three fiscal years has seen consistent increases in average sales per square foot and average four-wall operating income in the United States, as well as an industry-best Fiscal 2011 increase in comparable store sales of 48.2%. In addition to these two full-price retail store formats, we operate concessions in a select number of department stores in North America and internationally. We use a rigorous store selection strategy for new stores and concessions that focuses on key street and mall locations in high traffic, affluent areas. Depending on their size and location, our full-price retail stores, including concessions, present certain product lines that include accessories, footwear and apparel from both the *Michael Kors* collection and the *MICHAEL Michael Kors* collection. Our store associates are trained to maintain a high standard of visual presentation, merchandising and customer service. The result is a highly personalized sales team that represents our jet-set brand image.

*Outlet Stores.* We extend our reach to additional consumer groups through our outlet stores. Our outlet stores serve as an efficient means to sell products manufactured for them, as well as excess inventory, outside of our full-price retail format. Our outlet stores are located in select top outlet centers in North America, Europe and Japan.

### Wholesale Segment

We began as a wholesale business, and today we sell our products through our wholesale segment to leading department stores, as well as specialty retail stores and travel shopping locations, throughout the world. This segment remains very important to our overall consumer reach, and we custom tailor our assortment through wholesale product planning and allocation processes to match the needs of our customers in different localities. We have grown our wholesale business by working closely with our wholesale customers, both domestic and international, to ensure a clear and consistent product presentation. As part of our business strategy, we continue to transform select department store locations into branded shop-in-shops, expand the size of our existing department store shop-in-shops and differentiate our in-store sales organization through proprietary jet-set intensive training.

Table of Contents

The following table presents the number of department store and specialty store wholesale doors by geographic location in which our products were sold as of October 1, 2011:

| Location | Number of Wholesale Doors |
|---|---|
| North America | 1,801 |
| International | 549 |
| Total | 2,350 |

*North American Wholesale.* Recognizing the continued importance of North American department and specialty stores as a distribution channel for premier accessories, footwear and apparel, we are strengthening our longstanding relationships with our key North American wholesale customers, including, among others, Bergdorf Goodman, Saks Fifth Avenue, Neiman Marcus, Holt Renfrew, Bloomingdales, Nordstrom and Macy's. We are accomplishing this through new products and styles and our shop-in-shops renovation program. This segment offers access to Michael Kors customers who prefer shopping at department and specialty stores or who live in geographic areas that are not large enough to support one of our retail stores. Depending on the size and location of the wholesale door, we offer various products from both our *Michael Kors* collection and our *MICHAEL Michael Kors* collection.

*International Wholesale.* Our international business is generated substantially through our wholesale segment. We have developed relationships with select department stores, specialty retailers and travel shopping locations in Europe. We have created image enhancing environments in these locations through our shop-in-shops to increase brand appeal and stimulate growth. Some of our more significant international wholesale customers include Harrods, Harvey Nichols, Selfridges, Galeries Lafayette, Brown Thomas, Beymen, Lane Crawford and Isetan. Depending on the size and location of the wholesale door, we offer various products from both our *Michael Kors* collection and our *MICHAEL Michael Kors* collection.

**Licensing Segment**

We have both product and geographic licensing relationships.

*Product Licensing.* In our product licensing relationships we take an active role in the design process and seek to control the marketing and distribution of products under the Michael Kors brand. Our key current product licensing relationships are as follows:

| Category | Licensing Partner | Introduction Date | Territory |
|---|---|---|---|
| Watches and Jewelry | Fossil | Watches as of April 2004; Jewelry as of December 2010 | Worldwide |
| Eyewear | Marchon | January 2004 | Worldwide |
| Fragrances | Estée Lauder | May 2003 | Worldwide |

While our products made under license are sold through our retail and wholesale businesses, with our approval, our licensees have the right to distribute Michael Kors branded products selectively through several other distribution channels, such as watches in jewelry stores and eyewear through selected prescription eyewear providers. Our licensing partners pay us royalties on their sales of Michael Kors branded products and provide additional exposure of our brand while allowing us to impose restrictions aimed at controlling that exposure.

*Geographic Licensing.* We have entered into licensing agreements pursuant to which we have granted third parties the right to distribute and sell our products in certain geographical areas, including, among others, Korea, the Philippines, Singapore, Malaysia, the Middle East and Turkey. In addition, our operations in China, Hong Kong, Macau and Taiwan are conducted pursuant to similar licensing agreements that we have entered into with entities that are indirectly owned by certain of our current shareholders, including Mr. Kors, Mr. Idol and

67

**Table of Contents**

Sportswear Holdings Limited. See "Certain Relationships and Related Party Transactions—Michael Kors Far East Holdings Limited." Through these license agreements, we seek to increase sales of our products to the licensees who buy their inventory from us and/or our authorized vendors, increase royalty income from our product licensees who also sell to our geographic licensees and, in some cases, generate direct royalties from geographic licensees, depending upon the nature of the business in the particular territory.

The following table details our net sales and revenue by segment and geographic location for the six months ended October 1, 2011 and October 2, 2010 and for Fiscal 2011, Fiscal 2010 and Fiscal 2009 (dollars in thousands).

| | Six Months Ended | | Fiscal Years Ended | | |
| | October 1, 2011 | October 2, 2010 | April 2, 2011 | April 3, 2010 | March 28, 2009 |
|---|---|---|---|---|---|
| Retail net sales - North America | $ 234,907 | $ 135,632 | $ 331,714 | $ 183,452 | $ 114,031 |
| Retail net sales - Europe | 17,252 | 3,873 | 11,463 | 3,086 | — |
| Retail net sales - Japan | 3,218 | 134 | 1,018 | — | — |
| Wholesale net sales - North America | 237,111 | 173,021 | 386,566 | 289,179 | 262,469 |
| Wholesale net sales - Europe | 27,321 | 9,780 | 26,985 | 7,735 | 558 |
| Wholesale net sales - Other Regions | 398 | — | 54 | — | — |
| Licensing revenue - North America | 28,451 | 18,444 | 45,539 | 24,647 | 20,016 |
| | $ 548,658 | $ 340,884 | $ 803,339 | $ 508,099 | $ 397,074 |

**Manufacturing and Sourcing**

We contract for the purchase of finished goods with independent third-party manufacturing contractors, whereby the manufacturing contractor is generally responsible for the entire manufacturing process, including the purchase of piece goods and trim. Although we do not have written agreements with any of our manufacturing contractors, we believe we have mutually satisfactory relationships with them. We allocate product manufacturing among third-party agents based on their capabilities, the availability of production capacity, pricing and delivery. We have relationships with various agents who source our finished goods with numerous manufacturing contactors on our behalf. Although we do not have written agreements with any of our agents, we believe we have mutually satisfactory relationships with them. In Fiscal 2011 and 2010, one third-party agent sourced approximately 19.5% and 23.1% of our finished goods purchases, respectively. In Fiscal 2011, by dollar volume, approximately 97.0% of our products were produced in Asia and Europe. See "—Import Restrictions and Other Government Regulations" and "Risk Factors—Risks Related to Our Business—We primarily use foreign manufacturing contractors and independent third-party agents to source our finished goods, which poses legal, regulatory, political and economic risks to our business operations."

Manufacturing contractors and agents operate under the close supervision of our global manufacturing divisions and buying agents headquartered in North America, Europe and Asia. All garments are produced according to our specifications. Production staff in the United States monitor manufacturing at supplier facilities in order to correct problems prior to shipment of the final product. Procedures have been implemented under our vendor certification and compliance programs, so that quality assurance is focused upon as early as possible in the production process, allowing merchandise to be received at the distribution facilities and shipped to customers with minimal interruption.

**Distribution**

We have distribution centers in the United States, Canada, Europe and Japan. In the United States, distribution currently occurs at Company-leased warehouses in California and New Jersey. We also process distribution through a Company-leased warehouse in Canada. Two of our warehouses, one in Japan and the other in Holland, are operated through a third-party logistics provider. For further information on our Company-leased warehouses, see "—Properties."

68

Table of Contents

We currently operate our California distribution from three separate warehouses totaling approximately 350,000 square feet. The leases for these three facilities expire on March 31, 2012. We have executed a lease for an approximately 500,000 square foot distribution center in Whittier, California, which we believe will allow us to significantly increase our distribution capabilities and efficiency. We took possession of the new distribution center in October 2011 and intend to complete our transition into this facility prior to the March 31, 2012 expiration of the leases for our existing California distribution facilities. As part of this transition, we will implement a new warehouse management system that will supplement our current legacy system and further support our efforts to operate with increased efficiency and flexibility. See "Risk Factors—Risks Related to Our Business—We are dependent on a limited number of distribution facilities. If one or more of our distribution facilities becomes inoperable, our business, financial condition and operating results could be negatively affected."

**Information Technology**

We believe that the use of sophisticated technology is a key aspect of our strength as a business. We utilize a state-of-the-art retail platform that integrates retail inventory management, point of sale systems, customer relationship management and loss prevention. All of our information technology systems are integrated across our global network using the latest technology. Our legacy system for production, logistics, inventory, shipping, billing and collection is a system that is widely used in the apparel and fashion industry. See "Risk Factors—Risks Related to Our Business—A material disruption in our information technology systems could have a material adverse effect on our business, financial condition and results of operations."

**Competition**

We face intense competition in the product lines and markets in which we compete. Our products compete with other branded products within their product category. In our wholesale business, we compete with numerous manufacturers, importers and distributors of accessories, footwear and apparel for the limited space available for product display. Moreover, the general availability of manufacturing contractors allows new entrants easy access to the markets in which we compete, which may increase the number of our competitors and adversely affect our competitive position and our business.

In varying degrees, depending on the product category involved, we compete on the basis of style, price, customer service, quality, brand prestige and recognition, among other bases. Some of our competitors have achieved significant recognition for their brand names or have substantially greater financial, distribution, marketing and other resources than us. We believe, however, that we have significant competitive advantages because of our brand recognition and the acceptance of our brand name by consumers. See "Risk Factors—Risks Related to Our Business—The markets in which we operate are highly competitive, both within North America and internationally, and increased competition based on a number of factors could cause our profitability to decline."

**Seasonality**

We experience certain effects of seasonality with respect to our wholesale and retail segments. Our wholesale segment experiences greater sales in our second and fourth fiscal quarters relative to our fiscal year as a result of the Fall and Spring seasons. Our retail segment experiences greater sales during our third and fourth fiscal quarters as a result of Holiday season sales. In the aggregate, however, we do not experience significant quarter-to-quarter fluctuations in our sales. Moreover, given our recent growth, the effects of any seasonality are further muted by incremental sales related to our new stores and shop-in-shops.

**Intellectual Property**

We own the *Michael Kors* and *MICHAEL Michael Kors* trademarks, as well as other material trademark rights related to the production, marketing and distribution of our products, both in the United States and in other

69

**Table of Contents**

countries in which our products are principally sold. We also have trademark applications pending for a variety of related logos. We aggressively police our trademarks and pursue infringers both domestically and internationally. We also pursue counterfeiters domestically and internationally through leads generated internally, as well as through our network of investigators and business partners around the world.

Pursuant to an agreement entered into by Mr. Kors in connection with the acquisition by Sportswear Holdings Limited of a majority interest in the Company in 2003, Mr. Kors (i) represented that all intellectual property rights used in connection with the Company's business at such time were owned exclusively by the Company, (ii) assigned to the Company (to the extent not already assigned to and owned by the Company) exclusive worldwide rights in perpetuity to the "*Michael Kors*" name and trademark and all derivations thereof, as well as to Mr. Kors' signature and likeness, and all goodwill associated therewith, (iii) agreed not to take any action against the Company inconsistent with such ownership by the Company (including, without limitation, by asserting any privacy, publicity or moral rights) and (iv) agreed not to use, whether or not he is employed by the Company, any of such intellectual property in connection with any commercial enterprise (provided that he may use the name Michael Kors as his legal name only, and not as service mark or trade name, to identify himself personally and to engage in charitable activities and other activities that do not compete with any businesses of the Company).

### Employees

At the end of Fiscal 2011, 2010 and 2009, we had approximately 2,945, 1,645 and 1,197 total employees, respectively. As of April 2, 2011, approximately 2,321 of our employees were engaged in retail selling and administrative positions, and our remaining employees were engaged in other aspects of our business. None of our employees are currently covered by collective bargaining agreements and we believe that our relations with our employees are good.

### Import Restrictions and Other Government Regulations

Virtually all of our merchandise imported into the United States, Canada, Europe and Asia is subject to duties. In addition, most of the countries to which we ship could impose safeguard quotas to protect their local industries from import surges that threaten to create market disruption. The United States and other countries may also unilaterally impose additional duties in response to a particular product being imported at unfairly traded prices that, in such increased quantities, cause or threaten injury to the relevant domestic industry (generally known as "anti-dumping" actions). If dumping is suspected in the United States, the United States government may self-initiate a dumping case on behalf of a particular industry. Furthermore, additional duties, generally known as countervailing duties, can also be imposed by the United States government to offset subsidies provided by a foreign government to foreign manufacturers if the importation of such subsidized merchandise injures or threatens to injure a United States industry. We are also subject to other international trade agreements and regulations, such as the North American Free Trade Agreement. See "Risk Factors—Risks Related to Our Business—We primarily use foreign manufacturing contractors and independent third-party agents to source our finished goods, which poses legal, regulatory, political and economic risks to our business operations."

Accessories, footwear and apparel sold by us are also subject to regulation in the United States and other countries by governmental agencies, including, in the United States, the Federal Trade Commission and the Consumer Products Safety Commission. These regulations relate principally to product labeling, licensing requirements, flammability testing and product safety. We are also subject to environmental laws, rules and regulations. We do not estimate any significant capital expenditures for environmental control matters either in the current fiscal year or in the near future. Our licensed products and licensing partners are also subject to regulation. Our agreements require our licensing partners to operate in compliance with all laws and regulations, and we are not aware of any violations that could reasonably be expected to have a material adverse effect on our business or operating results.

**Table of Contents**

Although we have not suffered any material restriction from doing business in desirable markets in the past, we cannot assure that significant impediments will not arise in the future as we expand product offerings and introduce additional trademarks to new markets.

**Legal Proceedings**

We are involved in various routine legal proceedings incident to the ordinary course of our business. We believe that the outcome of all pending legal proceedings in the aggregate will not have a material adverse effect on our business, financial condition or operating results.

**Properties**

The following table sets forth the location, use and size of our significant distribution and corporate facilities as of October 1, 2011, all of which are leased. The leases expire at various times through Fiscal 2028, subject to renewal options.

| Location | Use | Approximate Square Footage |
|---|---|---|
| Whittier, CA(1) | Distribution | 513,375 |
| Compton, CA(1) | Distribution | 346,642 |
| New York, NY | Corporate Offices | 100,484 |
| Montreal, Quebec | Canadian Corporate Office and Distribution | 67,238 |
| East Rutherford, NJ | Corporate Offices | 31,000 |
| Secaucus, NJ | Corporate Offices and Distribution | 22,760 |
| Secaucus, NJ | Corporate Offices | 15,329 |

(1) We currently operate our California distribution from facilities in Compton, CA. The leases for these facilities expire on March 31, 2012. We have executed a lease for a distribution center in Whittier, CA, which we believe will allow us to significantly increase our distribution capabilities and efficiency. We took possession and began transitioning to the new distribution center in October 2011 and intend to complete the transition prior to the March 31, 2012 expiration of the leases for our facilities in Compton, CA.

As of October 1, 2011, we also occupied 184 leased retail stores worldwide (excluding concessions). We consider our properties to be in good condition generally and believe that our facilities are adequate for our operations and provide sufficient capacity to meet our anticipated requirements.

**Table of Contents**

**MANAGEMENT**

**Executive Officers and Directors**

The following table lists each of our executive officers and directors and their respective ages and positions as of the date of this prospectus.

| Name | Age | Position |
| --- | --- | --- |
| Michael Kors | 52 | Honorary Chairman, Chief Creative Officer and Director |
| John D. Idol | 53 | Chairman, Chief Executive Officer and Director |
| Joseph B. Parsons | 58 | Executive Vice President, Chief Financial Officer and Chief Operating Officer |
| Lee S. Sporn | 52 | Senior Vice President of Business Affairs and General Counsel |
| Silas K. F. Chou | 65 | Director |
| Lawrence S. Stroll | 52 | Director |
| M. William Benedetto | 70 | Director |
| Stephen F. Reitman | 64 | Director |

Set forth below is a brief biography of each of our executive officers and directors.

*Michael Kors* is Chief Creative Officer, Honorary Chairman and a director of the Company. Mr. Kors studied fashion design at the Fashion Institute of Technology in Manhattan and in 1981 created what has become an enduring and iconic luxury lifestyle empire with a distinctive point of view and global reach. He held his first runway show in 1984 for the *Michael Kors* fall collection and he has successfully built our Company into a global luxury lifestyle brand. Mr. Kors has been the recipient of numerous industry awards including the CFDA Womenswear Designer of the Year in 1999 and Menswear Designer of the Year in 2003. Amongst his other accolades, Mr. Kors has also been awarded The Accessories Council ACE Award for Designer of the Year in 2006 and Fashion Group International's Star Honoree at its annual Night of Stars Awards in 2009. In 2010, the CFDA acknowledged Mr. Kors with their most prestigious honor, the Lifetime Achievement Award. He also received the Award of Courage from the American Foundation for AIDS Research (amfAR) in 2011. In addition to all of these accomplishments, from 1998 to 2004 Mr. Kors also served as creative director of Celine, the renowned French luxury brand. Mr. Kors has also been a judge on the Emmy-nominated reality show *Project Runway* since 2004.

*John D. Idol* has been the Chairman of Michael Kors since September 2011 and the Chief Executive Officer and a director since December 2003. Previously, from July 2001 until July 2003, Mr. Idol served as Chairman and Chief Executive Officer and a director of Kasper ASL, Ltd., whose lines included the Anne Klein brand. Prior to that, from July 1997 until July 2001, Mr. Idol served as Chief Executive Officer and a director of Donna Karan International Inc. Prior thereto, from 1994 until 1997, Mr. Idol served as Ralph Lauren's Group President and Chief Operating Officer of Product Licensing, Home Collection and Men's Collection.

*Joseph B. Parsons* is the Executive Vice President, Chief Financial Officer and Chief Operating Officer of Michael Kors and has been with the Company since January 2004. Previously, from March 2002 until December 2003, Mr. Parsons served as Executive Vice President and Chief Financial Officer of Kasper ASL, Ltd. Prior to that, until October 2001, Mr. Parsons served as Executive Vice President and Chief Financial Officer of Donna Karan International Inc., where he had been employed in various roles since 1993. Prior thereto, Mr. Parsons served as Assistant Controller for Crystal Brands, Inc. from 1989 to 1993. Previously, from 1979 to 1989, Mr. Parsons worked at KPMG, where he began his career.

72

**Table of Contents**

*Lee S. Sporn* has been the Senior Vice President of Business Affairs and General Counsel of Michael Kors since December 2003. Previously, from September 2001 until December 2003, Mr. Sporn served as Senior Vice President, General Counsel and Secretary of Kasper ASL, Ltd. Prior to that, until September 2001, Mr. Sporn served as Vice President of Intellectual Property and Associate General Counsel of Polo Ralph Lauren Corp., where he had been employed in various roles since 1990.

*Silas K. F. Chou* is Co-Chairman of Sportswear Holdings Limited, a global private equity company established in 1989 by Mr. Chou and Mr. Lawrence Stroll. Since its founding, Sportswear Holdings has acquired and successfully developed several global lifestyle brands, including Tommy Hilfiger, Pepe Jeans and Michael Kors. Sportswear Holdings' current holdings include interests in Michael Kors, Michael Kors Far East, Tommy Hilfiger Asia, Karl Lagerfeld, Pepe Jeans and Hackett. Prior to forming Sportswear Holdings, Mr. Chou and Mr. Stroll owned and operated Poloco S.A., the European licensee for Polo Ralph Lauren apparel. Mr. Chou is also Chief Executive Officer of Novel Holdings, a Hong Kong based group that includes South Ocean Knitters, one of the world's leading textile and apparel manufacturers, as well as a diversified investment business with dedicated investment teams focused on Asian real estate and global private equity, technology and life sciences. Mr. Chou is also Executive Chairman of Iconix China, a joint venture between Iconix Brand Group, Inc. (NYSE: ICON) and Novel Fashion, an affiliate of Mr. Chou, focused on developing Iconix's portfolio of leading apparel and home goods brands in greater China. Mr. Chou has served as a director of Michael Kors since January 2003 and was its Co-Chairman from January 2003 to September 2011. Prior thereto, Mr. Chou was a director of Tommy Hilfiger Corporation, and he served as its Chairman and then Co-Chairman, from 1989 to 2002.

*Lawrence S. Stroll* is Co-Chairman of Sportswear Holdings Limited, a global private equity company established in 1989 by Mr. Stroll and Mr. Silas Chou. Since its founding, Sportswear Holdings has acquired and successfully developed several global lifestyle brands, including Tommy Hilfiger, Pepe Jeans and Michael Kors. Sportswear Holdings' current holdings include interests in Michael Kors, Michael Kors Far East, Tommy Hilfiger Asia, Karl Lagerfeld, Pepe Jeans and Hackett. Prior to forming Sportswear Holdings, Mr. Stroll and Mr. Chou owned and operated Poloco S.A., the European licensee for Polo Ralph Lauren apparel, for which Mr. Stroll served as Chief Executive Officer. From April 2007 until September 2011, Mr. Stroll served as the Co-Chairman of Hackett Ltd. Mr. Stroll has also served as a director of Michael Kors since January 2003 and was its Co-Chairman from January 2003 to September 2011. Prior thereto, Mr. Stroll served as Co-Chairman of Tommy Hilfiger Corporation from 1998 to 2002 and as a director from 1992 to 2002, as well as Chief Executive Officer of Pepe Jeans London Corporation from 1993 to 1998. Mr. Stroll's legal name is Lawrence S. Strulovitch.

*M. William Benedetto* has been a director of the Company since December 2011. Mr. Benedetto is a co-founder and chairman emeritus of The Benedetto Gartland Group, a boutique investment bank founded in 1988 that specializes in raising equity capital for private equity firms and providing other investment banking services. From 1983 to 1988, Mr. Benedetto served as executive vice president, director and manager of Dean Witter Reynolds, Inc.'s Investment Banking Division, and previously Mr. Benedetto served as an executive in the financial services industry since 1978. From 1980 to 1983, Mr. Benedetto served as head of corporate finance for Warburg, Paribas Becker. Mr. Benedetto was lead director of Donna Karan International from 1996 to 2001 and chaired its audit and compensation committees. Mr. Benedetto was a member of the board of directors of Georgetown University, and was chairman of its board of regents until June 30, 2010, is a director of FidelisCare, a healthcare insurance company.

*Stephen F. Reitman* has been a director of the Company since December 2011. Mr. Reitman has served on the board of directors of Reitmans (Canada) Limited, a specialty ladies' wear retailer based in Canada, since 1984. From 1984 until June 2010, Mr. Reitman served as Executive Vice President and Chief Operating Officer of Reitmans (Canada) Limited, and in June 2010 he was appointed President and Chief Operating Officer. Mr. Reitman also currently serves on the board of directors of Celio International S.A., a privately-held European apparel retailer, and Simone Perele Canada Ltd., a wholly owned subsidiary of Simone Perele S.A. Mr. Reitman received his MBA from the Wharton School of the University of Pennsylvania in 1971.

**Table of Contents**

**Controlled Company and Foreign Private Issuer Exemption**

We have been approved to list our ordinary shares on the NYSE. For purposes of the NYSE rules, we expect to be a "controlled company." "Controlled companies" under those rules are companies of which more than 50% of the voting power is held by an individual, a group or another company. Our Principal Shareholders will continue to control more than 50% of the voting power of our ordinary shares upon completion of this offering and will be able to nominate a majority of directors for election to our board of directors. Accordingly, we are eligible to, and we intend to, take advantage of certain exemptions from NYSE governance requirements provided in the NYSE rules. Specifically, as a controlled company under NYSE rules, we are not required to have a majority of independent directors or a compensation committee composed entirely of independent directors. We are also not required to have a nominating and corporate governance committee. The controlled company exemption does not modify the independence requirements for the audit committee, and we intend to comply with the requirements of the Sarbanes-Oxley Act and the NYSE rules, which require that our audit committee be composed of three independent directors. However, under the NYSE rules, we are permitted to phase in our independent audit committee by requiring one independent member at the time of listing, a majority of independent members within 90 days of listing and a fully independent committee within one year of listing. Upon the completion of this offering, Messrs. Benedetto, Reitman and Idol will serve on our audit committee. Messrs. Benedetto and Reitman satisfy the "independence" requirements of the NYSE rules and the "independence" requirements of Rule 10A-3 of the Exchange Act. Within one year of the completion of this offering, we intend to add an additional member to our board of directors who satisfies the "independence" requirements of the NYSE rules and Rule 10A-3 of the Exchange Act and who will replace Mr. Idol on our audit committee so that we will have a fully independent audit committee.

In addition, for so long as we remain a foreign private issuer, the NYSE rules are considerably different from those applied to U.S. companies. Under the NYSE rules, we only need to: (i) establish an independent audit committee as described above that has specified responsibilities; (ii) provide prompt certification by our chief executive officer of any material noncompliance with any corporate governance rules of the NYSE; (iii) provide periodic (annual and interim) written affirmations to the NYSE with respect to our corporate governance practices; and (iv) provide a brief description of significant differences between our corporate governance practices and those followed by U.S. companies.

**Board Composition and Election of Directors**

Our board of directors will consist of six members at the time of the consummation of this offering. Our Memorandum and Articles of Association provides that our board of directors must be composed of between one and twelve members. The number of directors is determined from time to time by resolution of directors. Mr. Idol serves as the Chairman of our board of directors. He has primary responsibility for providing leadership and guidance to our board and for managing the affairs of our board. We have appointed Mr. Kors as the Honorary Chairman of our board because he is our founder and the namesake behind our brand. Mr. Kors participates in board meetings and deliberations in his capacity as a director.

Upon the consummation of this offering, our board of directors will be divided into three classes as described below. Pursuant to our Memorandum and Articles of Association, our directors are appointed at the annual meeting of shareholders for a period of three years, with each director serving until the third annual meeting of shareholders following their election (except that the initial Class I and Class II directors will serve until the first annual meeting and second annual meeting of shareholders, respectively). Upon the expiration of the term of a class of directors, directors in that class will be elected for three-year terms at the annual meeting of shareholders in the year of such expiration. Messrs. Benedetto and Reitman will initially serve as Class I directors for a term expiring in 2012. Messrs. Kors and Stroll will initially serve as Class II directors for a term expiring in 2013. Messrs. Idol and Chou will initially serve as Class III directors for a term expiring in 2014. Any additional directorships resulting from an increase in the number of directors will be distributed among the three classes so that, as nearly as possible, each class will consist of one-third of our directors. Mr. Idol serves as the Chairman of our board of directors. For additional information regarding our board of directors, see "Description of Share Capital—Board of Directors."

74

**Table of Contents**

**Committees of the Board of Directors**

Upon the completion of this offering, our board of directors will have two standing committees: an audit committee and a compensation committee.

*Audit Committee*

Our audit committee will consist of three directors: Messrs. Benedetto, Reitman and Idol. Messrs. Benedetto and Reitman satisfy the "independence" requirements of Rule 10A-3 of the Exchange Act, and Mr. Benedetto qualifies as an audit committee financial expert under the rules of the SEC implementing Section 407 of the Sarbanes-Oxley Act. We intend to comply with the Sarbanes-Oxley Act and the NYSE rules applicable to foreign private issuers and controlled companies, which require that the audit committee consist solely of directors who satisfy the "independence" requirements of the NYSE rules and Rule 10A-3 of the Exchange Act within the time periods set forth in the NYSE rules. Under the NYSE rules, we are permitted to phase in our independent audit committee by requiring one independent member at the time of listing, a majority of independent members within 90 days of listing and a fully independent committee within one year of listing. As such, within one year of the completion of this offering, we intend to add an additional independent member to our board of directors who will replace Mr. Idol as a member of our audit committee.

Our audit committee will recommend to the board of directors the appointment of our independent auditors, review and approve the scope of the annual audits of our financial statements, review our internal control over financial reporting, review and approve any non-audit services performed by the independent auditors, review the findings and recommendations of the internal and independent auditors and periodically review major accounting policies.

*Compensation Committee*

Our compensation committee (the "Compensation Committee") will consist of three directors: Messrs. Benedetto, Reitman and Idol. We intend to comply with the rules of the NYSE applicable to foreign private issuers and controlled companies, which do not require that the Compensation Committee be comprised entirely of independent directors. The scope of our Compensation Committee's duties will include determining the compensation of our executive officers and other key management personnel. The Compensation Committee will also approve, allocate and administer our stock incentive plans, review performance appraisal criteria and set standards for and decide on all employee equity-based award allocations when directed to do so by our board of directors.

**Code of Business Conduct and Ethics**

We have adopted a code of ethics that applies to our Chief Executive Officer, Chief Financial Officer and all other employees.

**Compensation of Executive Officers and Directors**

This section sets forth (i) the compensation and benefits provided to our executive officers and directors for Fiscal 2011, (ii) a brief description of the bonus programs in which our executive officers participated in Fiscal 2011, (iii) the total amounts set aside in Fiscal 2011 for pension, retirement and similar benefits for our executive officers, (iv) the number, exercise price and expiration date of stock option grants made during Fiscal 2011, (v) our approach to stock option grants for employees prior to our initial public offering and (vi) our approach to equity compensation following the completion of this offering under the Equity Plan, including a summary of the material terms of the Equity Plan.

75

**Table of Contents**

### *Executive Compensation*

#### *Executive Officer Compensation and Benefits for Fiscal 2011*

For Fiscal 2011, our executive officers received total compensation, including base salary, bonus, matching contributions to the executive officer's account under our 401(k) plan and certain perquisites, equal to $15.2 million in the aggregate.

#### *Annual Cash Bonuses*

Two of our executive officers, Messrs. Sporn and Parsons, are eligible to participate in the Michael Kors (USA), Inc. Executive Bonus Program (the "Bonus Plan"). Pursuant to the Bonus Plan, such executive officers and all other executives holding positions as division president, executive vice president, senior vice president, vice president, senior director, and any other employee who is specifically selected to participate, may be awarded an annual cash bonus based on the attainment of divisional and corporate performance goals for each fiscal year. The specific criteria for determining performance are established by the board of directors of MKUSA at the beginning of each fiscal year. Actual bonuses for all participants in the Bonus Plan are based 30% on overall corporate performance and 70% on divisional performance. Bonus targets for each participant are a fixed percentage of the participant's base salary based upon the participant's position. Bonus targets range from 5% to 50% of base salary, and maximum bonus opportunities range from 10% to 100% of base salary. Messrs. Sporn and Parsons' bonus targets and maximum bonus opportunities are set forth in their employment agreements as 50% and 100% of base salary, respectively. Awards for any fiscal year are determined as soon as practicable following the completion of the year and are payable only if the participant remains employed through the payment date.

Two of our executive officers, Messrs. Kors and Idol, do not participate in the Bonus Plan and instead are each eligible to receive an annual bonus pursuant to the terms of their employment agreements in an amount equal to a fixed percentage (2.5%) of our EBITDA for the relevant year with a maximum bonus opportunity of $5.0 million. Such bonus, if any, is payable within 30 days of the determination of our EBITDA and at the same time as other executives are eligible to receive payment under the Bonus Plan.

#### *Pension, Retirement and Similar Benefits*

Our executive officers participate in a 401(k) plan on generally the same terms as our other employees. The aggregate amount of the employer contributions to this plan for our executive officers during Fiscal 2011 was $29,400.

#### *Options Granted during Fiscal 2011*

In Fiscal 2011, stock options were granted to our executive officers on terms consistent with the terms of the prior grants under the Stock Option Plan. Such stock options are for 500,000 of our ordinary shares at an exercise price of $5.00 per share, all of which expire on the 10th anniversary of the date of grant.

#### *Employment Agreements*

On July 7, 2011, we entered into an amended and restated employment agreement with Michael Kors (the "Kors Agreement"), MKUSA and, for limited purposes, Sportswear Holdings Limited, and such agreement will be amended prior to the completion of this offering. As so amended, the terms of the Kors Agreement provide for the continuous employment of Mr. Kors through the date of his death or permanent disability at an annual salary of $2.5 million, and MKUSA is not permitted to terminate Mr. Kors' employment other than for cause (as defined in the Kors Agreement). During the term of the Kors Agreement, Mr. Kors shall have creative and aesthetic control of the products produced and sold under or bearing the "*Michael Kors*" and related trademarks, including exclusive control of the design of such products, provided that the exercise of such control must be commercially reasonable. Pursuant to the Kors Agreement, Mr. Kors receives compensation in the form of a base

**Table of Contents**

salary, bonus payment, employee benefits and perquisites (including life insurance coverage, health club membership, car and driver for business purposes, and tax preparation costs). If Mr. Kors' employment is terminated for cause (as defined in the Kors Agreement), we have the option to purchase for book value all of the ordinary shares and/or other equity interests of the Company held by Mr. Kors. If Mr. Kors terminates his employment without the consent of MKUSA (and other than due to death or permanent disability or due to the Company's breach of the Kors Agreement), he has agreed for the remainder of his lifetime to be an independent and exclusive design consultant for MKUSA for a yearly fee and not to compete with us. MKUSA has agreed that it will not enter into any new line of business without Mr. Kors' consent, if he reasonably determines that such line of business is detrimental to the Marks (as defined in the Kors Agreement).

Also on July 7, 2011, we entered into an amended and restated employment agreement with John D. Idol (the "Idol Agreement"), MKUSA and, for limited purposes, Sportswear Holdings Limited, and such agreement will be amended prior to the completion of this offering. As so amended, the term of the Idol Agreement will extend through March 31, 2015 and will be automatically renewed for additional one-year terms, unless either party gives advance written notice that it will not renew. Unless otherwise agreed by Mr. Idol and MKUSA, the Idol Agreement will terminate upon a change in control (as defined in the Idol Agreement). Pursuant to the Idol Agreement, Mr. Idol receives compensation in the form of a base salary, annual bonus, employee benefits and perquisites (including life insurance coverage, and car and driver for business purposes). If Mr. Idol's employment is terminated by MKUSA without cause or by him with good reason (each as defined in the Idol Agreement), he will receive severance benefits. For two years after termination of his employment, Mr. Idol has agreed not to hire any person who was employed or retained by MKUSA or any of its parents, subsidiaries or affiliates within the one-year period immediately preceding such employment or retention.

Joseph B. Parsons entered into an employment agreement (the "Parsons Agreement") with MKUSA on January 5, 2004, and such agreement was amended on October 28, 2007 and will be further amended prior to the completion of this offering. As further amended, the term of the Parsons Agreement extends through March 31, 2015 and will be automatically renewed for additional one-year terms unless either party gives advanced written notice that it will not renew. Pursuant to the Parsons Agreement, Mr. Parsons receives compensation in the form of a base salary, an annual bonus and participation in our benefit plans and programs. If Mr. Parsons' employment is terminated by us without cause or by Mr. Parsons with good reason (each as defined in the Parsons Agreement), he will be entitled to receive severance pay for a one-year period, subject to his executing a release and separation agreement. Mr. Parsons has agreed not to compete with us for one year after the termination of his employment and has agreed not to hire, for a two-year period following the termination of his employment, any person who was employed or retained by MKUSA or any of its affiliates within the one-year period immediately preceding such employment or retention.

Finally, Lee S. Sporn entered into an employment agreement (the "Sporn Agreement") with MKUSA on December 2, 2003, and such agreement was amended on September 7, 2007 and will be further amended prior to the completion of this offering. As further amended, the term of the Sporn Agreement extends through March 31, 2015 and will be automatically renewed for additional one-year terms unless either party gives advance written notice not to renew. Pursuant to the Sporn Agreement, Mr. Sporn receives compensation in the form of a base salary, an annual bonus and participation in our benefit plans and programs. If Mr. Sporn's employment is terminated by us without cause or by Mr. Sporn with good reason (each as defined in the Sporn Agreement), he will be entitled to receive severance pay for a one-year period, subject to his executing a release and separation agreement. Mr. Sporn has agreed not to hire, for a two-year period following his termination of employment, any person who was employed or retained by MKUSA or any of its affiliates within the one-year period immediately preceding such employment or retention.

### *Director Compensation*

Historically, we have not compensated our directors for their service on the board of directors or any committee of the board of directors. Following the consummation of this offering, we intend to provide non-executive members of the board with compensation (including equity-based compensation) for their service

**Table of Contents**

on the board and any committees of the board. Non-executive members of the board are reimbursed for travel and other out-of-pocket expenses related to their board service. No director is party to any service contract providing for benefits upon termination of employment or service. We expect that Messrs. Chou and Stroll will waive their rights to receive any compensation for service on the board of directors.

### *Historical Option Grants*

The stock options previously granted to our executive officers and other employees are for our ordinary shares and are governed by the terms of the Stock Option Plan. Stock option grants have been designed to align the interests of selected officers and employees with the ownership objectives of our principal shareholders. Because we have been a privately held company prior to this offering, grants were made with vesting, performance and other criteria aligned with the growth expected, the length of investment expected, and the possible exit through a public offering expected by such shareholders. Grants have occurred upon the promotion or hire of a new executive and annually as one of the major elements of compensation of our management team. In connection with each stock option grant, employees are required to agree not to solicit our employees or customers during, and for a two-year period after, their employment, and not to disclose confidential information. In the event that an employee breaches these obligations, the options granted under the award will be automatically forfeited.

All of the stock options granted under the Stock Option Plan are ten-year stock options and vest in full at the end of the ten-year term if our shareholder net equity has increased by at least 20% per annum during such ten-year period. However, a portion of each stock option is eligible to vest on an accelerated basis over the course of five years with 20% vesting each year if the pre-established annual performance goal for the year has been met, in each case, subject to the grantee's continued employment through the vesting date. The annual performance goals are tied to annual divisional pre-tax profit as determined by the committee administering the Stock Option Plan. The stock options may not be exercised prior to an initial public offering of our shares or other event following which our shares are listed on a national exchange, and only vested options may be exercised.

Upon termination of a grantee's employment prior to our initial public offering, MKUSA retains the unilateral right to repurchase vested option shares for a payment of an amount equal to the difference between the fair market value of our shares on the repurchase date and the exercise price of the stock option, in accordance with the Stock Option Plan and/or the applicable grant certificate; however, such repurchase right will expire immediately prior to this offering, subject to the consummation of this offering.

The following table sets forth, as of the date of this prospectus, the total number of ordinary shares to be issued upon exercise of the options granted to each of our executive officers and directors under the Stock Option Plan, the exercise price of such options (without giving effect to the Share Split), the date of grant and the date of expiration:

| Date of Grant | Number of Options | Exercise Price | Expiration Date |
| --- | --- | --- | --- |
| April 16, 2008 | 474,182 | $10.00 | April 16, 2018 |
| February 18, 2010 | 323,306 | $10.00 | February 18, 2020 |
| March 25, 2011 | 500,000 | $19.00 | March 25, 2021 |

### *Option, RSU and Restricted Share Grants in Connection with this Offering*

In connection with this offering, we intend to grant awards for an aggregate of 2,516,184 ordinary shares to our employees and non-employee directors under the Equity Plan on terms consistent with the terms of the Equity Plan (described below). The awards will consist of (i) stock options for 1,833,134 ordinary shares at an exercise price equal to the fair market value on the date of the consummation of this offering, which will expire on the 10th anniversary of the date of grant, (ii) restricted share units covering 16,800 ordinary shares and

78

**Table of Contents**

(iii) 666,250 restricted shares (of which stock options for 920,543 ordinary shares, restricted share units covering 16,800 ordinary shares and 395,833 restricted shares will be granted in the aggregate to our executive officers and directors).

*New Equity Compensation Plan*

The following is a summary of certain terms and conditions of the Equity Plan. This summary is qualified in its entirety by reference to the Equity Plan attached as Exhibit 10.8 to this registration statement. You are encouraged to read the full Equity Plan.

*Administration.* The Compensation Committee (or a subcommittee thereof) or in the absence of any such committee, our board of directors, will administer the Equity Plan (the Compensation Committee or any sub-committee administrating the Equity Plan is referred to in this summary as the "Committee"). The Committee will have authority to determine the types of awards to be granted under the Equity Plan, the recipients of the awards, the terms and conditions of awards (including the number of shares (or dollar value) subject thereto, the vesting schedule and term, and to what extent and when awards may be cancelled or suspended or settled in cash, shares, restricted shares or other property), and the agreements evidencing the awards. The Committee may establish rules and regulations relating to the Equity Plan and will have full discretion to interpret the Equity Plan and awards and to take such actions as it deems necessary or desirable for the administration of the Equity Plan. Committee decisions relating to the Equity Plan are final and binding. To the extent not inconsistent with applicable law, the Committee may delegate to a committee of one or more directors of the Company any of the authority of the Committee under the Equity Plan.

*Eligibility.* Non-employee directors and current or prospective employees, consultants or advisors of the Company or its affiliates who are selected by the Committee will be eligible for awards under the Equity Plan.

*Number of Shares Authorized and Award Limits.* Subject to adjustment in connection with changes in capitalization (as described below), the Equity Plan provides for an aggregate of 15,246,000 ordinary shares, including authorized and unissued shares, treasury shares or shares purchased in the open market or otherwise, to be authorized for grants under the Equity Plan. No more than 15,246,000 ordinary shares may be issued with respect to incentive share options under the Equity Plan.

Subject to adjustment in connection with changes in capitalization, no participant may be granted options or share appreciation rights ("SARs") with respect to more than 3,000,000 ordinary shares in any 36-month period or earn more than 500,000 ordinary shares for any 12 months in a vesting or performance period with respect to restricted shares, restricted share units ("RSUs"), performance or other share-based awards that are intended to comply with the performance-based exception under Section 162(m) of the Code. The maximum amount payable to any participant under the Equity Plan for any 12-month period during a performance period for a cash-denominated award is $10,000,000.

Ordinary shares subject to awards are unavailable for future grant; however, if any shares are surrendered or tendered to pay the exercise price of an award or to satisfy withholding taxes, such shares will again be available for grant under the Equity Plan. Shares surrendered or tendered with respect to the exercise of outstanding options granted under the Stock Option Plan will also be available for future grant. If any award granted under the Equity Plan expires, is canceled or is forfeited without being settled or exercised in shares, the ordinary shares subject to such award will again be available for future grant, including any shares arising from the expiration, cancellation or forfeiture of options granted under the Stock Option Plan. If the Equity Plan is approved by our shareholders, no new awards will be made under the Stock Option Plan.

*Change in Capitalization.* In the event of any merger, reorganization, consolidation, recapitalization, dividend or distribution (whether in cash, shares or other property, other than regular cash dividend), stock split, reverse stock split, spin-off or similar transaction or other change in corporate structure affecting our ordinary

Table of Contents

shares or the value thereof, such adjustments and substitutions shall be made to the Equity Plan and awards in a manner that the Committee deems equitable or appropriate, taking into consideration the accounting and tax consequences, including adjustments to the number, class and kind of shares reserved for issuance under the Equity Plan, the number, class and kind of shares covered by awards then outstanding under the Equity Plan, the limitations on awards under the Equity Plan and the exercise price of outstanding options.

*Awards Available for Grant*. The Committee may grant awards of non-qualified options, incentive (qualified) share options ("ISOs"), SARs, restricted share awards, RSUs, other share-based awards, performance compensation awards (including cash bonus awards), other cash-based awards or any combination of the foregoing. Awards may be granted under the Equity Plan in assumption of, or in substitution for, outstanding awards previously granted by an entity acquired by us or with which we combine (referred to in this summary as "substitute awards"). Substitute awards do not reduce the shares authorized for grant under the Equity Plan or the applicable per-participant grant limitations.

*Options*. The Committee will be authorized to grant options to purchase our ordinary shares that are either "qualified," meaning they are intended to satisfy the requirements of Section 422 of the Code for incentive stock options (and referred to in this summary as ISOs), or "non-qualified," meaning they are not intended to satisfy the requirements of Section 422. All options granted under the Equity Plan shall be non-qualified unless the applicable award agreement states that the option is intended to be an ISO. Options granted under the Equity Plan will be subject to the terms and conditions established by the Committee in an award agreement. The terms and conditions of options need not be the same for each participant.

The term of an option will be ten years (or five years for ISOs granted to a 10% shareholder); however, if a non-qualified option would expire when exercise of the option is prohibited by law or when shares may not be purchased or sold by the holder due to the "black-out period" of a Company policy or a "lock-up" agreement undertaken in connection with an issuance of our securities, the option's term will automatically extend until 30 days after expiration of such prohibition (so long as such extension does not cause adverse tax consequences to the participant under certain tax rules).

Unless otherwise provided in an award agreement, any option granted under the Equity Plan shall vest and become exercisable as to 25% of the shares subject to the option on each of the first four anniversaries of the date the option is granted, in each case, so long as the participant continues to be employed by or provide services to us on the relevant vesting date. An award agreement will also set forth any circumstances under which vesting will be accelerated.

The Committee shall also determine and set forth in each award agreement whether options will continue to be exercisable or vest after a participant's termination of employment or services. In addition, an award agreement may provide that if on the last day of the term of an unexercised option the fair market value of our ordinary shares exceeds the option price, the option will be deemed exercised on such day, with payment made by withholding ordinary shares otherwise issuable in connection with exercise of the option.

Other than in connection with substitute awards, the exercise price of options will not be less than the fair market value of our ordinary shares at grant; however, ISOs granted to a participant who owns shares representing more than 10% of the voting power of all classes of shares of the Company or any subsidiary will have an exercise price that is no less than 110% of the fair market value of our ordinary shares at grant.

Unless otherwise provided in an award agreement, an option's exercise price may be paid in cash, cash equivalents and/or shares valued at the fair market value at the time of exercise, or, with consent of the Committee, (i) by delivery of other consideration having a fair market value on the exercise date equal to the total purchase price, (ii) by any other method specified in an award agreement (including same-day sales through a broker) or (iii) by a "net exercise" procedure effected by withholding the minimum number of shares otherwise deliverable in respect of an option needed to pay the exercise price and applicable withholding taxes.

**Table of Contents**

*Share Appreciation Rights*. The Committee will be authorized to award SARs under the Equity Plan. A SAR is a contractual right allowing a participant to receive, in cash, shares or any combination of them, the appreciation, if any, in the value of a share over a certain period of time. An option granted under the Equity Plan may include SARs, and SARs may also be awarded independently of an option. SARs granted in connection with an option will be subject to terms similar to the corresponding option.

Each SAR will be evidenced by an award agreement setting its terms and conditions, which agreement, terms and conditions will be determined by the Committee. The terms and conditions of SARs need not be the same for each participant. A SAR will have a maximum term of ten years, except in the case of death or disability, upon which it may be extended. Unless otherwise provided in an award agreement, SARs will vest and be exercisable as to 25% of such SARs on each of the first four anniversaries of the date the SARs are granted, in each case so long as the participant continues to be employed by or provide services to us on the relevant vesting date. An award agreement will set forth any circumstances when vesting may be accelerated.

The Committee shall also determine and set forth in each award agreement whether SARs will continue to be exercisable or vest after a participant's termination of employment or services. In addition, an award agreement may provide that if on the last day of the term of an unexercised SAR the fair market value of our ordinary shares exceeds the grant price, the SAR will be deemed exercised on such day, with payment made by withholding ordinary shares otherwise issuable in connection with exercise of the SAR.

Except as provided by the Committee in the case of substitute awards or SARs granted in tandem with options, the strike price per ordinary share for each SAR may not be less than 100% of the fair market value of an ordinary share on the grant date.

*Restricted Share Awards*. The Committee will be authorized to grant restricted share awards under the Equity Plan. Restricted shares are ordinary shares that generally are non-transferable and are subject to other restrictions determined by the Committee for a specified period. Awards of restricted shares will be subject to the terms and conditions established by the Committee and set forth in an award agreement. Unless otherwise provided in an award agreement, a participant who receives a restricted share award shall have all rights of a shareholder, including voting rights and the right to receive distributions, subject to restrictions and risks of forfeiture in the award agreement.

*Restricted Share Unit Awards*. The Committee will be authorized to award RSUs. A participant who holds an RSU will only have those rights specifically provided for in the award agreement, which shall not include voting rights. Generally, the participant will receive a number of our ordinary shares equal to the number of RSUs earned or, if determined by the Committee, an amount in cash equal to the fair market value of that number of ordinary shares at the expiration of the period over which the RSUs are to be earned (or at a later date selected by the Committee), less an amount equal to any taxes required to be withheld. RSUs will be subject to the terms and conditions established by the Committee and set forth in an award agreement. Except as otherwise provided in an award agreement, RSUs shall be credited with dividend equivalent payments upon the payment by us of dividends on our ordinary shares, in the form of shares, cash or other property, at the same time and under the same restrictions as the underlying RSUs. The Committee shall determine and set forth in each award agreement whether the awards will continue to be exercisable, continue to vest or be earned and the terms of such exercise, vesting or earning, on and after termination of employment.

Unless otherwise provided in an award agreement, restricted shares and RSUs will vest and become exercisable as to 25% of the shares or RSUs subject to such award on each of the first four anniversaries of grant, in each case so long as the participant continues to be employed by or provide services to us. The Committee may generally waive the vesting restriction in its sole discretion, and any other conditions set forth in the Equity Plan and any award agreement, under such terms and conditions as the Committee deems appropriate.

*Other Share-Based Awards*. The Committee will be authorized to grant awards that are valued in whole or in part by reference to, or otherwise based on, our ordinary shares or other property. This includes deferred share

81

**Table of Contents**

units or other awards and share grants as earned cash-based compensation. Unless otherwise provided in an award agreement, any other share-based awards granted under the Equity Plan shall vest and become exercisable as to 25% of the shares subject to such award on each of the first four anniversaries of the date the award is granted, in each case so long as the participant continues to be employed by or provide services to us. The Committee may generally waive the vesting restriction in its sole discretion, and any other conditions set forth in the Equity Plan and any award agreement, under such terms and conditions as the Committee deems appropriate.

*Performance Awards.* The Committee may grant any award under the Equity Plan in the form of performance cash awards, performance share awards or performance unit awards by conditioning the number of shares earned or vested (or cash payable) under the award on the satisfaction of certain "performance criteria." In addition, the Committee may award performance-based cash, shares or other property to any participant and designate such award as a performance award intended to qualify as "performance based" under Section 162(m). If the Committee determines that a restricted share award, RSU award, performance award or other stock-based award is intended to be subject to Section 162(m), the Committee shall establish performance criteria based on one or more of the following:

- net sales, return on sales or other sales (including same store or comparable store sales);

- revenue, net revenue, gross revenue, product revenue or system-wide revenue (including growth of same);

- operating income (before or after taxes);

- pre- or after-tax income or loss (before or after allocation of corporate overhead and bonus);

- earnings or losses or net earnings or losses (including earnings or losses before taxes, before interest and taxes, or before interest, taxes, depreciation and/or amortization);

- earnings or loss per share (including on a diluted or undiluted basis, before or after taxes);

- return on equity, stockholder return or total stockholder return;

- return on assets or net assets;

- price of our ordinary shares or any other publicly-traded securities of ours;

- market share;

- enterprise value;

- gross profits, gross or net profit margin, gross profit growth or net operating profit (before or after taxes);

- operating earnings;

- economic value-added models or "value creation" or similar metrics;

- comparisons with various stock market indices;

- reductions in costs or savings;

- cash flow (including, but not limited to, operating cash flow and free cash flow) or cash flow per share (before or after dividends);

- return on capital (including return on total capital or return on invested capital);

- cash flow return on investment or cash flow return on capital;

- improvement in or attainment of expense levels or working capital levels, including cash, inventory and accounts receivable;

- general and administrative expense savings;

**Table of Contents**

- inventory control;

- operating margin, gross margin or cash margin;

- year-end cash;

- debt reduction;

- shareholders' equity or return on shareholders' equity;

- operating efficiencies;

- client retention and customer satisfaction or growth

- employee satisfaction or recruiting and retaining personnel;

- productivity or productivity ratios;

- supply chain achievements (including establishing relationships with manufacturers or suppliers of component materials and manufacturers of our products);

- co-development, co-marketing, profit sharing, joint venture or other similar arrangements;

- financial ratios, including those measuring liquidity, activity, profitability or leverage;

- cost of capital or assets under management;

- financing and other capital raising transactions (including sales of our equity or debt securities);

- debt level year-end cash position;

- book value;

- competitive market metrics;

- timely completion of new product roll-outs;

- timely launch of new facilities (such as new store openings, gross or net);

- royalty income or other sales or licenses of assets, including intellectual property, whether in a particular jurisdiction or territory or globally, or through partnering transactions;

- factoring transactions; and

- implementation, completion or attainment of measurable objectives with respect to research, development, manufacturing, commercialization, products, projects, production volume, acquisitions, divestitures, succession and hiring projects, reorganization and corporate transactions, expansions of specific business operations and meeting divisional or project budgets.

Such performance goals may be set to refer to our performance or the performance of a subsidiary, division, business segment or unit. They may also be set based upon the relative performance of other companies or upon comparisons of any indicators of performance relative to other companies. The Committee may exclude charges related to an event or occurrence which the Committee determines should appropriately be excluded, such as restructurings, discontinued operations, extraordinary items and other unusual or non-recurring charges, or an event either not directly related to our operations or not within the reasonable control of management, or the cumulative effects of tax or accounting changes in accordance with U.S. generally accepted accounting principles.

Performance goals shall be set by the Committee within the time period prescribed by, and shall otherwise comply with, Section 162(m). With respect to any restricted share award, RSU award, performance award or other share-based award that is performance-based, the Committee may adjust downwards, but not upwards, the amount payable pursuant to such award, and the Committee may not waive the achievement of the applicable performance goals except in the case of the death or disability of the participant or as otherwise determined by

**Table of Contents**

the Committee in special circumstances. The Committee will have the power to impose such other restrictions on awards as it may deem necessary or appropriate to ensure that such awards satisfy all requirements for "performance-based compensation" under Section 162(m).

*Effect of a Change in Control.* Unless otherwise provided in an award agreement, the Committee will have the right to provide that, in the event of a change in control of the Company: (i) outstanding options and SARs will be cancelled without payment if the fair market value of one ordinary share on the date of the change in control is less than the per share option exercise price or SAR grant price; and (ii) all performance awards shall be (x) considered earned and payable based on achievement of performance goals or target performance (either in full or pro rata based on the portion of the performance period completed as of the change in control), and any limitations or other restrictions will lapse and such awards will be immediately settled or distributed or (y) converted into restricted share or RSU awards based on achievement of performance goals or target performance (either in full or pro rata based on the portion of the performance period completed) that are assumed or substituted as described below.

*Assumption or Substitution of Certain Awards.* Unless otherwise provided in an award agreement, upon a change in control of the Company in which the successor assumes (or substitutes an award for) options, SARs, restricted shares, RSUs or other share-based awards (or in which the Company is the ultimate parent and continues the award), if a participant's employment terminates within 24 months after such change in control (or other period set forth in the award agreement, which may include periods before the change in control) and under the circumstances specified in the award agreement: (i) outstanding options and SARs will immediately vest, be fully exercisable and may thereafter be exercised for 24 months (or other period set forth in the award agreement), (ii) the restrictions, limitations and other conditions applicable to outstanding restricted shares and RSUs will lapse, and restricted shares and RSUs will be free of all restrictions, limitations and conditions and become fully vested and (iii) the restrictions, limitations and other conditions applicable to any other share-based awards or any other awards shall lapse, and such other share-based awards or such other awards will be free of all restrictions, limitations and conditions and be fully vested and transferable.

Unless otherwise provided in an award agreement, upon a change in control of the Company, to the extent the successor does not assume (or substitute any awards for) options, SARs, restricted shares, RSUs or other share-based awards (or in which the Company is the ultimate parent corporation and does not continue the award), then immediately prior to the change in control: (i) outstanding options and SARs will immediately vest and be fully exercisable, (ii) restrictions, limitations and other conditions applicable to restricted shares and RSUs will lapse, and the restricted shares and RSUs will be free of all restrictions, limitations and conditions and become fully vested and (iii) the restrictions, other limitations and other conditions applicable to any other share-based awards or any other awards that are not assumed or substituted for (or continued) will lapse, and such other share-based awards or such other awards will be free of all restrictions, limitations and conditions and be fully vested and transferable.

The Committee, in its discretion, may determine that, upon a change in control of the Company, each outstanding option and SAR will terminate within a specified number of days after notice and/or that each participant will receive, with respect to each share subject to such option or SAR, the excess of the fair market value of such share immediately prior to the change in control over the exercise price per share of such option and/or SAR; such amount, if any, to be payable in cash, in one or more kinds of stock or property or a combination thereof, as the Committee determines.

*Transferability.* In general, no awards or shares may be assigned, transferred, sold, pledged or encumbered, other than by will or the laws of descent and distribution. Awards may be exercised only by the participant or the participant's guardian, executor, administrator or legal representative. However, awards other than ISOs may, with the approval of and subject to terms set by the Committee, be transferred to certain family members and estate planning vehicles, and for charitable donations, as set out in the Equity Plan.

*Amendment.* In general, our board of directors may alter, amend, suspend or terminate the Equity Plan at any time; however, shareholder approval may be necessary if the law or principal U.S. national securities exchange

84

**Table of Contents**

on which the shares are traded so require. Further, shareholder approval is required to amend the Equity Plan to (a) increase the number of shares available for the grant of awards; (b) expand the types of awards available; (c) materially expand the class of persons eligible to participate; (d) eliminate requirements relating to minimum exercise price, minimum grant price and shareholder approval; (e) increase the maximum term of any option or SAR; or (f) increase any limitations relating to individual grants. Except in cases of a change in control or changes to the Company capitalization, our board of directors may not, without shareholder approval, cancel an option or SAR in exchange for cash or take any action with respect to an option or SAR that would be treated as a repricing under the rules and regulations of the principal securities exchange on which the ordinary shares are traded, including a reduction of the exercise price of an option or the grant price of a SAR or the exchange of an option or SAR for another award. No amendment or termination of the Equity Plan may, without participant consent, impair the rights of such participant in any material respect under any award previously granted.

*Clawback/Forfeiture.* In the Committee's discretion, an award agreement may provide for cancellation of an award without payment if the participant violates a non-compete, non-solicit or non-disclosure agreement or otherwise engages in activity in conflict with or adverse to the interests of the Company or any subsidiary, as determined by the Committee in its sole discretion. The Committee may also provide that in such circumstances the participant or any person to whom any payment has been made will forfeit any compensation, gain or other value realized thereafter on the vesting, exercise or settlement of an award, the sale or transfer of an award or the sale of the ordinary shares acquired in respect of an award, and must promptly repay such amounts to the Company. The Committee may also provide in an award agreement that if the participant receives an amount in excess of what the participant should have received under the terms of the award due to material noncompliance by the Company with any financial reporting requirement under the U.S. securities laws, any mistake in calculations or other administrative error, then the award will be cancelled and the participant must promptly repay any excess value to the Company. To the extent required by applicable law and/or the rules and regulations of any U.S. national securities exchange or inter-dealer quotation system on which shares are listed or quoted, or pursuant to a written Company policy, awards shall be subject (including on a retroactive basis) to clawback, forfeiture or other similar action.

*U.S. Federal Income Tax Consequences.* The following is a general summary of the material U.S. federal income tax consequences of the grant, exercise and vesting of awards under the Equity Plan and the disposition of shares acquired pursuant to exercise or settlement of such awards and is intended to reflect the current provisions of the Code and the regulations thereunder. This summary is not intended to be a complete statement of applicable law, nor does it address foreign, state, local and payroll tax considerations. Moreover, the U.S. federal income tax consequences to any particular participant may differ from those described herein by reason of, among other things, the particular circumstances of such participant.

*Options.* The Code requires that, for treatment of an option as an ISO, shares acquired through exercise of an ISO cannot be disposed of before the later of (i) two years from grant or (ii) one year from exercise. Holders of ISOs will generally incur no federal income tax liability at the time of grant or exercise. However, the spread at exercise will be an "item of tax preference," which may give rise to "alternative minimum tax" liability for the taxable year in which the exercise occurs. If the holder does not dispose of the shares before the above-mentioned holding periods, the difference between the exercise price and the amount realized upon disposition of the shares will be long-term capital gain or loss. Assuming both holding periods are satisfied, no deduction will be allowed to us for federal income tax purposes in connection with the grant or exercise of the ISO. If the holder of shares acquired through exercise of an ISO disposes of those shares within the holding periods, the participant will generally realize taxable compensation at the time of such disposition equal to the difference between the exercise price and the lesser of the fair market value of the share on the exercise date or the amount realized on the subsequent disposition of the shares, and that amount will generally be deductible by us for federal income tax purposes, subject to the possible limitations on deductibility under Sections 280G and 162(m) of the Code for compensation paid to executives designated in those Sections. Finally, if an ISO becomes first exercisable in any year for shares having an aggregate value in excess of $100,000 (based on the grant date value), the portion of the ISO in respect of those excess shares will be treated as a non-qualified share option for federal income tax purposes.

**Table of Contents**

No income will be realized by a participant upon grant of an option that does not qualify as an ISO ("a non-qualified option"). Upon exercise of a non-qualified option, the participant will recognize ordinary compensation income equal to the excess, if any, of the fair market value of the underlying exercised shares over the option exercise price paid at the time of exercise, and the participant's tax basis will equal the sum of the compensation income recognized and the exercise price. We will be able to deduct this same amount for U.S. federal income tax purposes, but such deduction may be limited under Sections 280G and 162(m) of the Code for compensation paid to certain executives designated in those Sections. In the event of a sale of shares received upon the exercise of a non-qualified option, any appreciation or depreciation after the exercise date generally will be taxed as capital gain or loss and will be long-term gain or loss if the holding period for such shares is more than one year.

*Share Appreciation Rights.* No income will be realized by a participant upon grant of a SAR. Upon exercise, the participant will recognize ordinary compensation income equal to the fair market value of the payment received in respect of the SAR. We will be able to deduct this same amount for U.S. federal income tax purposes, but such deduction may be limited under Sections 280G and 162(m) of the Code for compensation paid to certain executives designated in those Sections.

*Restricted Shares.* A participant will not be subject to tax upon the grant of an award of restricted shares unless the participant otherwise elects to be taxed at the time of grant pursuant to Section 83(b) of the Code. No election under Section 83(b) of the Code or any similar law shall be made without the prior written consent of the Committee. On the date an award of restricted shares becomes transferable or is no longer subject to a substantial risk of forfeiture, the participant will have taxable compensation equal to the difference between the fair market value of the shares on that date over the amount the participant paid for such shares, if any, unless the participant made an election under Section 83(b) of the Code to be taxed at the time of grant. If the participant made an election under Section 83(b), the participant will have taxable compensation at the time of grant equal to the difference between the fair market value of the shares on the date of grant over the amount the participant paid for such shares, if any. If the election is made, the participant will not be allowed a deduction for amounts subsequently required to be returned to the Company. (Special rules apply to the receipt and disposition of restricted shares received by officers and directors who are subject to Section 16(b) of the Exchange Act). The Company will be able to deduct, at the same time as it is recognized by the participant, the amount of taxable compensation to the participant for U.S. federal income tax purposes, but such deduction may be limited under Sections 280G and 162(m) of the Code for compensation paid to certain executives designated in those Sections.

*Restricted Share Units.* A participant will not be subject to tax upon grant of an RSU. Rather, upon delivery of shares or cash pursuant to an RSU, the participant will have taxable compensation equal to the fair market value of the number of shares (or the amount of cash) the participant actually receives with respect to the RSU. The Company will be able to deduct the amount of taxable compensation for U.S. federal income tax purposes, but the deduction may be limited under Sections 280G and 162(m) of the Code for compensation paid to certain executives designated in those Sections.

*Other Share-Based Awards.* In general, a participant will not be subject to tax on the date of grant of an other share-based award. In general, the compensation that the participant receives pursuant to an other share-based award will be subject to tax on the date that the participant becomes vested in such award at ordinary income tax rates.

*Section 162(m).* In general, Section 162(m) of the Code denies a publicly held corporation a deduction for U.S. federal income tax purposes for compensation in excess of $1,000,000 per year per person to its chief executive officer and three other officers whose compensation is required to be disclosed in its proxy statement (excluding the chief financial officer), subject to certain exceptions. The Equity Plan is intended to satisfy an exception from Section 162(m) with respect to grants of options and SARs. In addition, the Equity Plan is designed to permit certain awards of restricted shares, RSUs and other awards (including cash bonus awards) to qualify under the "performance-based compensation" exception to Section 162(m) of the Code.

86

Table of Contents

**PRINCIPAL AND SELLING SHAREHOLDERS**

The following table and accompanying footnotes show information regarding the beneficial ownership of our ordinary shares by:

- each person known by us to beneficially own 5% or more of our outstanding ordinary shares;
- each named executive officer;
- each of our directors;
- all executive officers and directors as a group; and
- all selling shareholders.

The percentage of ordinary shares beneficially owned immediately prior to the completion of this offering is based on 188,390,051 ordinary shares issued and outstanding immediately prior to the completion of this offering, after giving effect to the Share Split and the conversion of all outstanding preference shares of the Company into ordinary shares, but without giving effect to the exercise of stock options to acquire 1,736,567 ordinary shares in connection with this offering. The percentage of ordinary shares beneficially owned after this offering is based on 190,792,868 ordinary shares that will be issued and outstanding upon the completion of this offering (including ordinary shares issued upon the exercise of stock options in connection with this offering). In addition, ordinary shares issuable pursuant to stock options are deemed outstanding for computing the percentage of the person holding such options but are not outstanding for computing the percentage of any other person. All ordinary shares listed in the table below are entitled to one vote per share, unless otherwise indicated in the notes thereto. Unless otherwise indicated, the address of each person named in the table below is c/o Michael Kors (USA), Inc., 11 West 42nd Street, 21st Floor, New York, New York, 10036.

| Name of Beneficial Owner: | Ordinary Shares Beneficially Owned Immediately Prior to the Completion of this Offering[1] | | Number of Shares Being Offered | Ordinary Shares Beneficially Owned After This Offering[1] | | Percent of Ordinary Shares Beneficially Owned Assuming Exercise of Over-Allotment Option[1] |
|---|---|---|---|---|---|---|
| | Number | Percentage | | Number | Percentage | |
| **5% Shareholders:** | | | | | | |
| Sportswear Holdings Limited[2][3] | 97,850,022 | 51.9% | 30,846,679 | 67,003,343 | 35.1% | 32.5% |
| Ontario Teachers' Pension Plan Board[4] | 13,201,933 | 7.0% | — | 13,201,933 | 6.9% | 6.9% |
| **Executive Officers and Directors:** | | | | | | |
| Michael Kors[3][5] | 22,070,107 | 11.7% | 5,848,803 | 16,387,971 | 8.6% | 8.1% |
| John D. Idol[3][6] | 13,069,388 | 6.9% | 3,400,320 | 9,835,735 | 5.1% | 4.9% |
| Joseph B. Parsons[7] | 992,993 | * | 198,598 | 833,284 | * | * |
| Lee S. Sporn[8] | 477,329 | * | 80,265 | 420,675 | * | * |
| Silas K. F. Chou[9] | 97,850,022 | 51.9% | 30,846,679 | 67,003,343 | 35.1% | 32.5% |
| Lawrence S. Stroll[10] | 97,850,022 | 51.9% | 30,846,679 | 67,003,343 | 35.1% | 32.5% |
| M. William Benedetto | — | — | — | — | — | — |
| Stephen F. Reitman | — | — | — | — | — | — |
| Directors and Executive Officers as a Group (8 persons) | 134,459,839 | 70.6% | 40,374,665 | 94,481,008 | 49.1% | 45.7% |
| **Other Selling Shareholders** | | | | | | |
| Northcroft Trading Inc.[3][11] | 3,676,880 | 2.0% | 1,207,333 | 2,469,547 | 1.3% | 1.2% |
| VAX Trading, Inc.[3][12] | 2,451,254 | 1.3% | 612,814 | 1,838,440 | * | * |
| M. Magtague Investment Ltd.[13] | 494,960 | * | 162,524 | 332,436 | * | * |
| Littlestone[3][14] | 2,451,254 | 1.3% | 735,376 | 1,715,878 | * | * |
| Wentworth Financial Inc.[15] | 165,106 | * | 33,021 | 132,085 | * | * |
| Marciano Investment Group, LLC[16] | 825,174 | * | 206,294 | 618,880 | * | * |
| Montauk Investments LLC[17] | 812,611 | * | 203,153 | 609,458 | * | * |

87

**Table of Contents**

| Name of Beneficial Owner: | Ordinary Shares Beneficially Owned Immediately Prior to the Completion of this Offering[1] | | Number of Shares Being Offered | Ordinary Shares Beneficially Owned After This Offering[1] | | Percent of Ordinary Shares Beneficially Owned Assuming Exercise of Over-Allotment Option[1] |
|---|---|---|---|---|---|---|
| | Number | Percentage | | Number | Percentage | |
| Muse Children's GS Trust[3][18] | 245,126 | * | 73,538 | 171,588 | * | * |
| John Muse[3][19] | 490,241 | * | 147,072 | 343,169 | * | * |
| JRM Interim Investors, LP[3][20] | 245,126 | * | 73,538 | 171,588 | * | * |
| Muse Family Enterprises, Ltd.[3][20] | 245,126 | * | 73,538 | 171,588 | * | * |
| Esteban Raventós Negra[21] | 33,021 | * | 10,843 | 22,178 | * | * |
| Javier Raventós Negra[22] | 74,297 | * | 24,396 | 49,901 | * | * |
| Carlos Ortega Cedrón[23] | 140,340 | * | 46,082 | 94,258 | * | * |
| Luis Alberto Santos[24] | 41,276 | * | 13,553 | 27,723 | * | * |
| Richard Kringstein[25] | 64,606 | * | 21,214 | 43,392 | * | * |
| Richard Kringstein 2008 Grantor Retained Annuity Trust[26] | 10,767 | * | 3,535 | 7,232 | * | * |
| Jason Kringstein[27] | 3,589 | * | 1,178 | 2,411 | * | * |
| Jamie Lauren Kringstein[28] | 3,589 | * | 1,178 | 2,411 | * | * |
| Barry Kringstein[29] | 64,606 | * | 21,214 | 43,392 | * | * |
| Barry Kringstein 2008 Grantor Retained Annuity Trust[30] | 10,767 | * | 3,535 | 7,232 | * | * |
| Courtney Blair Kringstein[31] | 2,512 | * | 825 | 1,687 | * | * |
| Samantha Paige Kringstein[32] | 2,512 | * | 825 | 1,687 | * | * |
| Cole Austin Kringstein[33] | 2,153 | * | 707 | 1,446 | * | * |
| Feinberg Family Trust[34] | 412,558 | * | 135,467 | 277,091 | * | * |
| Jeffrey L. Feinberg Family Trust[35] | 82,513 | * | 27,094 | 55,419 | * | * |
| Michael Arts[36] | 12,203 | * | 4,007 | 8,196 | * | * |
| OB Kors LLC[3][37] | 4,902,505 | 2.6% | 1,609,776 | 3,292,729 | 1.7% | 1.6% |
| Anna Bakst[38] | 992,993 | * | 198,598 | 833,284 | * | * |
| Jaryn Bloom[38] | 1,011,993 | * | 171,998 | 878,884 | * | * |
| Gia Castrogiovanni[38] | 859,993 | * | 171,998 | 704,662 | * | * |
| Laura Lentini[38] | 229,330 | * | 45,866 | 191,797 | * | * |
| Lance LePere[38][39] | 495,991 | * | 99,198 | 413,460 | * | * |
| Debra Margles[38] | 458,656 | * | 91,731 | 383,592 | * | * |
| Karen Micuilla[38] | 401,329 | * | 80,265 | 321,064 | * | * |
| Richard Sinnott[38] | 367,878 | * | 73,575 | 302,636 | * | * |
| Anne Waterman[38] | 401,329 | * | 80,265 | 321,064 | * | * |
| All Other Selling Shareholders[40] | 1,807,491 | * | 358,211 | 1,537,335 | * | * |

\* Represents beneficial ownership of less than one percent of ordinary shares outstanding.

(1) The amounts and percentages of our ordinary shares beneficially owned are reported on the basis of regulations of the SEC governing the determination of beneficial ownership of securities. Under the rules of the SEC, a person is deemed to be a "beneficial owner" of a security if that person has or shares "voting power," which includes the power to vote or to direct the voting of such security, or "investment power," which includes the power to dispose of or to direct the disposition of such security. A person is also deemed to be a beneficial owner of any securities of which that person has a right to acquire beneficial ownership within 60 days. Under these rules, more than one person may be deemed to be a beneficial owner of such securities as to which such person has an economic interest.

(2) Sportswear Holdings Limited is indirectly 50% owned by Westleigh Limited, which is privately owned by members of the Chao family (including Mr. Chou), and 50% owned by Flair Investment Holdings Limited, in which Mr. Stroll has an indirect beneficial ownership interest. Each of Sportswear Holdings Limited, Westleigh Limited and Flair Investment Holdings Limited, as well as Messrs. Chou and Stroll (in their capacities as Co-Chairmen of Sportswear Holdings Limited), may be deemed to have shared dispositive power and shared voting power over, and thus to beneficially own, all of the ordinary shares owned by Sportswear Holdings Limited through their respective direct or indirect ownership of the equity interests of Sportswear Holdings Limited. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Sportswear Holdings Limited would be 5,062,205, and Sportswear Holdings Limited would beneficially own 61,941,138 shares following this offering. The mailing address for Sportswear Holdings Limited is c/o Novel Secretaries Limited, 12/F, Novel Industrial Building, 850-870 Lai Chi Kok Road, Cheung Sha Wan, Kowloon, Hong Kong.

**Table of Contents**

(3)   Under the terms of the Voting Agreement described below under "Certain Relationships and Related Party Transactions—Voting Agreement," Mr. Kors, Mr. Idol and Sportswear Holdings Limited, together with the other Existing Shareholders (as defined under "Certain Relationships and Related Party Transactions—Reorganization Transactions and Preference Share Sale"), may be deemed to constitute a "group" that, prior to the consummation of this offering, collectively beneficially owns 147,134,033 ordinary shares, or approximately 78.1% of our total ordinary shares issued and outstanding for purposes of Section 13(d)(3) of the Exchange Act. Each of Mr. Kors, Mr. Idol, Sportswear Holdings Limited, Mr. Chou, Mr. Stroll and the other Existing Shareholders disclaim beneficial ownership of the ordinary shares beneficially owned by the other parties to the Voting Agreement.

(4)   The President and Chief Executive Officer of the Ontario Teachers' Pension Plan Board has delegated to William T. Royan the authority to implement disposition decisions with respect to shares held by the Ontario Teachers' Pension Plan Board; however, approval of such decisions is made by senior personnel within the public equities group of the Ontario Teachers' Pension Plan Board in accordance with internal portfolio guidelines. Voting decisions are made by personnel within the public equities group of the Ontario Teachers' Pension Plan Board in accordance with internal proxy voting guidelines. As such, Mr. Royan expressly disclaims beneficial ownership of such ordinary shares. The mailing address for the Ontario Teachers' Pension Plan Board is 5650 Yonge Street, Toronto, Ontario M2M 4H5, Canada.

(5)   This amount includes restricted shares granted in connection with this offering. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Mr. Kors would be 956,558, and Mr. Kors would beneficially own 15,431,413 ordinary shares following this offering.

(6)   This amount includes restricted shares granted in connection with this offering and options to purchase ordinary shares that are vested and exercisable or will become vested and exercisable within 60 days. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Mr. Idol would be 542,049, and Mr. Idol would beneficially own 9,293,686 ordinary shares following this offering.

(7)   This amount includes restricted shares granted in connection with this offering and options to purchase ordinary shares that are vested and exercisable or will become vested and exercisable within 60 days.

(8)   This amount includes restricted shares granted in connection with this offering and options to purchase ordinary shares that are vested and exercisable or will become vested and exercisable within 60 days.

(9)   Represents ordinary shares owned by Sportswear Holdings Limited. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Sportswear Holdings Limited would be 5,062,205, and Sportswear Holdings Limited would own 61,941,138 ordinary shares following this offering. The mailing address for Mr. Chou is Sportswear Holdings Limited, c/o Novel Secretaries Limited, 12/F, Novel Industrial Building, 850-870 Lai Chi Kok Road, Cheung Sha Wan, Kowloon, Hong Kong.

(10)  Represents ordinary shares owned by Sportswear Holdings Limited. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Sportswear Holdings Limited would be 5,062,205, and Sportswear Holdings Limited would own 61,941,138 ordinary shares following this offering. The mailing address for Mr. Stroll is Sportswear Holdings Limited, c/o Novel Secretaries Limited, 12/F, Novel Industrial Building, 850-870 Lai Chi Kok Road, Cheung Sha Wan, Kowloon, Hong Kong.

(11)  Alberto Cortina de Alcocer is the financial advisor to Northcroft Trading Inc. and has sole voting and dispositive control over the ordinary shares held by Northcroft Trading Inc. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Northcroft Trading Inc. would be 190,221, and Northcroft Trading Inc. would beneficially own 2,279,326 ordinary shares following this offering. The mailing address for Northcroft Trading Inc. is c/o Rhône Gestion S.A., Bvd Georges-Favon 2, Ch – 1204 Geneva.

(12)  Mansour Ojjeh has sole voting and dispositive control over the ordinary shares held by Vax Trading, Inc. The mailing address for Vax Trading, Inc. is c/o MAO Financial Services S.A., 1, Rue Etienne-Dumont, 1204 Geneva, Switzerland.

(13)  Dominique Lee is the beneficial owner of, and has sole voting and dispositive control over, the ordinary shares held by M. Magtague Investment Ltd. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by M. Magtague Investment Ltd. would be 25,606, and M. Magtague Investment Ltd. would beneficially own 306,830 ordinary shares following this offering. The mailing address for M. Magtague Investment Ltd. is 12P, Kaiser Estate III, 11 Hok Yuen Street, Hung Hou, Kowloon, Hong Kong.

(14)  Judy Wright and Julie Paguier share voting and dispositive control over the ordinary shares held by Littlestone. The mailing address for Littlestone is P.O. Box 146, Town Mills South, La Rue du Pie, St Peter Port, Guernsey.

(15)  Michael Marcowitzh and Sydney Sweibel share voting and dispositive control over the ordinary shares held by Wentworth Financial Inc. The mailing address for Wentworth Financial Inc. is Sweibel Novek LLP, 3449 Avenue du Museè, Montreal, QC H39 2C8, Canada.

(16)  Paul Marciano and Maurice Marciano share voting and dispositive control over the ordinary shares held by Marciano Investment Group, LLC. The mailing address for Marciano Investment Group, LLC is 144 South Beverly Drive, Suite 600, Beverly Hills, California 90212.

(17)  Joel Horowitz has sole voting and dispositive control over the ordinary shares held by Montauk Investments LLC. The mailing address for Montauk Investments LLC is 525 Highway 50, P.O. Box 10358, Zephyr Cove, Nevada 89448.

(18)  Linda L. Ehlers and H. Rand Reynolds are Co-Trustees of the Muse Children's GS Trust, and they share voting and dispositive control over the ordinary shares held by the Muse Children's GS Trust. The mailing address for the Muse Children's GS Trust is 200 Crescent Court, #1600, Dallas, Texas 75201.

(19)  The mailing address for Mr. Muse is 200 Crescent Court, #1600, Dallas, Texas 75201.

89

**Table of Contents**

(20) John Muse is President of JRM Management Company, LLC, the General Partner of Muse Family Enterprises, Ltd. and JRM Interim Investors, LP. Lynn Reynolds Muse is Executive Vice President of the General Partner and David W. Kruckel is Treasurer of the General Partner. Mr. Muse, Ms. Reynolds Muse and Mr. Kruckel share voting and dispositive control over the ordinary shares held by Muse Family Enterprises, Ltd. and JRM Interim Investors, LP. The mailing address for Muse Family Enterprises, Ltd. and JRM Interim Investors, LP is 200 Crescent Court #1600, Dallas, Texas 75201.

(21) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Esteban Raventós Negra would be 1,708, and he would beneficially own 20,470 ordinary shares following this offering. The mailing address for Esteban Raventós Negra is Marcues de Mulhacen 6, 4th Floor, 08034, Barcelona, Spain.

(22) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Javier Raventós Negra would be 3,844, and he would beneficially own 46,057 ordinary shares following this offering. The mailing address for Javier Raventós Negra is Doctor Roux 123, Barcelona, Spain.

(23) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Carlos Ortega Cedrón would be 7,260, and he would beneficially own 86,998 ordinary shares following this offering. The mailing address for Carlos Ortega Cedrón is CI Arroyofresno, 3E – 28035 Madrid, Spain.

(24) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Luis Alberto Santos would be 2,135, and he would beneficially own 25,588 ordinary shares following this offering. The mailing address for Luis Alberto Santos is Cl Ciutat de Pabilla de la Sandana 43-6 AD200, Encamp, Andorra.

(25) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Richard Kringstein would be 3,342, and he would beneficially own 40,050 ordinary shares following this offering. The mailing address for Richard Kringstein is 463 7th Avenue, Floor 12, New York New York 10018.

(26) Richard Kringstein and Barry Kringstein are the Trustees for the Richard Kringstein 2008 Grantor Retained Annuity Trust and share voting and dispositive control over the ordinary shares held by the Richard Kringstein 2008 Grantor Retained Annuity Trust. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by the Richard Kringstein 2008 Grantor Retained Annuity Trust would be 557, and the Richard Kringstein 2008 Grantor Retained Annuity Trust would beneficially own 6,675 ordinary shares following this offering. The mailing address for the Richard Kringstein 2008 Grantor Retained Annuity Trust is 463 7th Avenue, Floor 12, New York, New York 10018.

(27) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Jason Kringstein would be 186, and he would beneficially own 2,225 ordinary shares following this offering. The mailing address for Jason Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(28) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Jamie Lauren Kringstein would be 186, and she would beneficially own 2,225 ordinary shares following this offering. The mailing address for Jamie Lauren Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(29) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Barry Kringstein would be 3,342, and he would beneficially own 40,050 ordinary shares following this offering. The mailing address for Barry Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(30) Barry Kringstein and Richard Kringstein are the Trustees for the Barry Kringstein 2008 Grantor Retained Annuity Trust and share voting and dispositive control over the ordinary shares held by the Barry Kringstein 2008 Grantor Retained Annuity Trust. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by the Barry Kringstein 2008 Grantor Retained Annuity Trust would be 557, and the Barry Kringstein 2008 Grantor Retained Annuity Trust would beneficially own 6,675 ordinary shares following this offering. The mailing address for the Barry Kringstein 2008 Grantor Retained Annuity Trust is 463 7th Avenue, Floor 12, New York, New York 10018.

(31) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Courtney Blair Kringstein would be 130, and she would beneficially own 1,557 ordinary shares following this offering. The mailing address for Courtney Blair Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(32) If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Samantha Paige Kringstein would be 130, and she would beneficially own 1,557 ordinary shares following this offering. The mailing address for Samantha Paige Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(33) Barry Kringstein is custodian for the shares held by Cole Austin Kringstein, and Barry Kringstein has sole voting and dispositive control over the ordinary shares held by Cole Austin Kringstein. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Cole Austin Kringstein would be 111, and he would beneficially own 1,335 ordinary shares following this offering. The mailing address for Cole Austin Kringstein is 463 7th Avenue, Floor 12, New York, New York 10018.

(34) Jeffrey Feinberg is Trustee of the Feinberg Family Trust, and he has sole voting and dispositive control over the ordinary shares held by the Feinberg Family Trust. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by the Feinberg Family Trust would be 21,345, and the Feinberg Family Trust would beneficially own 255,746 ordinary shares following this offering. The mailing address for the Feinberg Family Trust is 25220 Walker Road, Hidden Hills, California 91302.

(35) Terence K. Ankner is Trustee of the Jeffrey L. Feinberg Family Trust, and he has sole voting and dispositive control over the ordinary shares held by the Jeffrey L. Feinberg Family Trust. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by the Jeffrey L. Feinberg Family Trust would be 4,269, and the Jeffrey L. Feinberg Family Trust would beneficially own 51,150 ordinary shares following this offering. The mailing address for the Jeffrey L. Feinberg Family Trust is 25220 Walker Road, Hidden Hills, California 91302.

**Table of Contents**

(36)  If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by Michael Arts would be 631, and he would beneficially own 7,565 ordinary shares following this offering. The mailing address for Michael Arts is Gerrit van der Veenstraat 29, 1077 DN Amsterdam, The Netherlands.

(37)  John E. McCaw Jr. has sole voting and dispositive control over the ordinary shares held by OB Kors LLC. If the underwriters exercise their over-allotment option, the maximum number of additional ordinary shares that would be sold by OB Kors LLC would be 253,628, and OB Kors LLC would beneficially own 3,039,101 ordinary shares following this offering. The mailing address for OB Kors LLC is c/o Orca Bay Capital Corp., 1301 First Avenue, Suite 200, Seattle, Washington 98101.

(38)  This amount includes restricted shares granted in connection with this offering, as applicable, and options to purchase ordinary shares that are vested and exercisable or will become vested and exercisable within 60 days.

(39)  Mr. LePere is the spouse of Mr. Kors.

(40)  This amount includes restricted shares granted in connection with this offering, as applicable, and options to purchase ordinary shares that are vested and exercisable or will become vested and exercisable within 60 days and that are held by 27 of our current or former employees who in the aggregate beneficially own less than 1% of our outstanding ordinary shares immediately prior to this offering.

As of the date of this prospectus, without giving effect to the conversion of all outstanding preference shares of the Company into ordinary shares immediately prior to the completion of this offering, 40,704,627 ordinary shares, representing 27.7% of our outstanding ordinary shares, are held by seven United States record holders (and 68,758,735 ordinary shares, representing 36.5% of our outstanding ordinary shares, are held by 41 United States record holders after giving effect to the conversion of all of our outstanding preference shares).

**Relationships with Selling Shareholders**

The selling shareholders include Messrs. Kors, Idol, Parsons and Sporn, Sportswear Holdings Limited, an affiliate of two of our directors, Messrs. Chou and Stroll, and certain other current and former employees of the Company. For more information about our relationships with certain of these selling shareholders, see "Certain Relationships and Related Party Transactions."

91

**Table of Contents**

## CERTAIN RELATIONSHIPS AND RELATED PARTY TRANSACTIONS

**Reorganization Transactions and Preference Share Sale**

On July 7, 2011, we, our shareholders as of such date, including Sportswear Holdings Limited, Michael Kors and John D. Idol (the "Existing Shareholders"), and certain other investors, including Ontario Teachers' Pension Plan Board (the "Preference Share Investors"), entered into a subscription agreement (the "Subscription Agreement") providing for the sale by the Existing Shareholders of 10,639,716 preference shares and by us of 217,137 preference shares to the Preference Share Investors for an aggregate purchase price of approximately $500.0 million (such sale, the "Preference Share Sale"). Certain other terms of the Subscription Agreement are described below under "—Subscription Agreement."

In connection with the Preference Share Sale, we, certain of our affiliates named below and the Existing Shareholders entered into a series of transactions (the "Reorganization Transactions") to simplify our capital structure and effect the Reorganization prior to the consummation of the Preference Share Sale. The following diagram depicts our corporate structure prior to the Reorganization Transactions:



As part of the Reorganization Transactions, among other steps, SHL-Kors Limited ("SHLK"), a British Virgin Islands company and our largest direct shareholder at the time, merged with and into us (the "First Merger"), with us as the surviving corporation. At the time of the First Merger, SHLK was a wholly owned subsidiary of SHL Fashion Limited ("SHLF"), a British Virgin Islands company affiliated with Sportswear Holdings Limited and Messrs. Idol, Chou and Stroll. Following the First Merger, SHLF, then our largest direct shareholder, merged with and into us (the "Second Merger"), with us as the surviving corporation.

Immediately prior to the First Merger, SHLK held a $101.7 million note issued by us and payable to SHLK, our largest direct shareholder at the time, and SHLF held a $148.4 million note issued by SHLK and payable to SHLF, its direct parent company at the time. SHLF contributed $46.7 million of the $148.4 million note receivable it held to the capital of SHLK, and we assumed SHLK's remaining $101.7 million note payable to SHLF in consideration for the extinguishment of our $101.7 million note payable to SHLK. In addition, also immediately prior to the First Merger, SHLK distributed a $2.3 million loan owed to it by Mr. Kors (which loan was subsequently repaid), and SHLK and SHLF distributed a $6.4 million loan owed to them by Michael Kors Far East Holdings Limited, an affiliate of Messrs. Kors, Idol, Chou and Stroll ("Far East Holdings"), in each case to the preference shareholders of SHLF at the time, including Sportswear Holdings Limited, in partial redemption of such preference shares. In the First Merger, SHLF, the sole shareholder of SHLK, received newly issued ordinary shares of the Company in exchange for its ordinary shares of SHLK.

**Table of Contents**

Immediately prior to the Second Merger, we issued ordinary shares to SHLF in consideration for the extinguishment of our $101.7 million note payable to SHLF. In the Second Merger, (i) Mr. Kors received newly issued ordinary shares and preference shares of the Company in exchange for his ordinary shares of the Company, (ii) Mr. Idol received newly issued ordinary shares and preference shares of the Company in exchange for his ordinary shares of SHLF and (iii) the other shareholders of SHLF, including Sportswear Holdings Limited, received newly issued ordinary shares and preference shares of the Company in exchange for their ordinary and preference shares of SHLF.

The following table sets forth the ordinary shares and preference shares of the Company issued to our 5% shareholders, executive officers, directors and other Existing Shareholders (as a group) in connection with the Reorganization Transactions (without giving effect to the Share Split):

| Name | Ordinary Shares Received | Preference Shares Received |
|---|---|---|
| Sportswear Holdings Limited | 25,750,006 | 7,388,891 |
| Michael Kors | 5,807,923 | 1,264,878 |
| John D. Idol | 3,291,156 | 630,565 |
| Other Existing Shareholders (as a group) | 3,870,399 | 1,355,382 |
| Total | 38,719,484 | 10,639,716 |

Immediately after the consummation of the Second Merger, we, the Existing Shareholders and the Preference Share Investors consummated the Preference Share Sale. After giving effect to the Preference Share Sale, the Existing Shareholders held 38,719,484 ordinary shares (without giving effect to the Share Split), representing all of our ordinary shares, and the Preference Share Investors held 10,856,853 preference shares, representing all of our preference shares.

The following diagram depicts our corporate structure following the Reorganization Transactions and the Preference Share Sale:



In addition, during August 2011, we redeemed certain of our outstanding stock options held by our employees, including stock options held by Mr. Idol, Mr. Parsons and Mr. Sporn, at a per share price equal to the purchase price paid by the Preference Share Investors for preference shares in the Preference Share Sale, less the applicable exercise price for such stock options, for an aggregate cash payment to all employees of approximately $10.7 million.

*Subscription Agreement*

Under the Subscription Agreement, we, the Existing Shareholders and the Preference Share Investors made certain customary representations and warranties in connection with the Preference Share Sale. We made representations and warranties concerning, among other things, our corporate existence and our subsidiaries; our

93

**Table of Contents**

execution, delivery and performance of the Subscription Agreement; the Preference Share Sale and our conduct in connection therewith; our financial statements and capitalization; and our business operations.

In addition, we and the Existing Shareholders agreed to indemnify the Preference Share Investors, and the Preference Share Investors agreed to indemnify us and the Existing Shareholders, from any losses incurred in connection with any breach of the representations and warranties contained in the Subscription Agreement. Our indemnification obligations (other than with respect to certain "fundamental" representations and warranties) are subject to a cap of 50% of the aggregate purchase price paid by all Preference Share Investors in the Preference Share Sale. In addition, our indemnification obligations with respect to any Preference Share Investor are subject to a deductible of 1% of the purchase price of such Preference Share Investor. Lastly, we will be required to pay an additional gross-up amount to any Preference Share Investor to take into account the fact that the payment is coming from us and such Preference Share Investor has an ownership interest in us. Losses payable pursuant to these indemnification obligations must be paid exclusively in cash, and these obligations (other than with respect to certain "fundamental" representations and warranties) will survive until the later of (i) January 11, 2013 or (ii) 30 days following the delivery of our audited consolidated financial statements for Fiscal 2012.

**Shareholders Agreement**

In connection with the Preference Share Sale, we entered into a Shareholders Agreement (the "Shareholders Agreement") with our current shareholders, including Mr. Kors, Mr. Idol, Sportswear Holdings Limited and Ontario Teachers' Pension Plan Board. The Shareholders Agreement contains provisions restricting the transfer of our shares by our current shareholders and provisions related to certain preemptive rights, rights of first offer, tag-along rights, drag-along rights, information rights and registration rights. Upon the consummation of this offering, most of the provisions of the Shareholders Agreement will terminate, other than those relating to the registration rights described below.

Subject to certain limitations, any current shareholder or group of current shareholders holding at least 5% of the outstanding ordinary shares held by the parties to the Shareholders Agreement that are not covered by an effective registration statement under the Securities Act ("Registrable Securities") has the right to demand (a "Demand Right") that we register under the Securities Act all or a portion of such shareholder or shareholders' Registrable Securities at our expense (a "Demand Registration"). The Existing Shareholders are collectively entitled to exercise five Demand Rights at any time, and the Preference Share Investors are collectively entitled to exercise one Demand Right on or after July 11, 2013. In each case, the shareholders exercising the Demand Right must request the registration of Registrable Securities with an aggregate estimated market value of at least $40,000,000. Upon the exercise of a Demand Right, we must notify our other current shareholders, and they may exercise piggyback registration rights with respect to the Demand Registration.

In addition to Demand Rights, if we propose to register any of our shares under the Securities Act, either for our own account or for the account of others, we must give prompt notice to each of our current shareholders of our intent to do so and the number and class of shares to be registered (a "Piggyback Notice"), and each such shareholder will have piggyback registration rights and will be entitled to include any part of its Registrable Securities in such registration, subject to certain exceptions.

Finally, if we become eligible to use a shelf registration statement on Form S-3 or Form F-3 in connection with a secondary public offering of our ordinary shares, any current shareholder or group of current shareholders holding at least 4% of the ordinary shares that were outstanding as of July 11, 2011, the date of the Shareholders Agreement, will be entitled to unlimited demand registrations, subject to certain limitations, including, among others, that such shareholders must propose to sell Registrable Securities at an aggregate price to the public (net of any underwriters' discounts or commissions) of at least $20,000,000. Following the filing of a shelf registration statement on Form S-3 or F-3, the holders of a majority of the Registrable Securities included therein may initiate a shelf take-down offering, and we must use our reasonable best efforts to effect an amendment or supplement to such shelf registration statement for such offering.

**Table of Contents**

The registration rights described above are subject to customary limitations and exceptions, including our right to withdraw or defer a registration in certain circumstances and certain cutbacks by the underwriters if marketing factors require a limitation on the number of shares to be underwritten in a proposed offering.

In connection with the potential registrations described above, we have agreed to indemnify our current shareholders against certain liabilities. In addition, we will bear all fees, costs and expenses associated with such registrations, excluding underwriting discounts and commissions and similar brokers' fees, transfer taxes and certain costs of more than one counsel for all of the selling shareholders in an offering.

Under the Shareholders Agreement, Sportswear Holdings Limited exercised a Demand Right to cause us to file this registration statement.

**Voting Agreement**

In connection with the Preference Share Sale, we entered into the Voting Agreement with the Existing Shareholders pursuant to which the Existing Shareholders agreed to vote all of their respective ordinary shares (and any other voting securities of the Company over which each such Existing Shareholder has voting control) as a block in accordance with the vote of the majority of the ordinary shares held by the Existing Shareholders on all matters (the "Voting Provisions"). The Voting Provisions will terminate upon the earlier of (i) the date the Existing Shareholders cease to own, in the aggregate, at least 50% of our outstanding ordinary shares, (ii) a Company Sale (as defined in the Voting Agreement) or (iii) July 11, 2016. Under the Voting Agreement, the Existing Shareholders also agreed to certain transfer restrictions on their shares, which will terminate upon the consummation of this offering.

As a result of the Voting Agreement, until the termination of the Voting Provisions, the Existing Shareholders are expected to control or substantially influence all of our shareholder votes, including the election of directors, any potential merger of the Company with or into another company or any potential sale of all or substantially all of the Company's assets. Following the consummation of this offering, Sportswear Holdings Limited will beneficially own a majority of the ordinary shares held by the Existing Shareholders and, as a result, is expected to control or substantially influence our shareholder votes.

**Michael Kors Far East Holdings Limited**

Certain of our current shareholders, including Mr. Kors, Mr. Idol and Sportswear Holdings Limited, own Far East Holdings. We have entered into agreements (the "Far East Licensing Agreements") with certain subsidiaries of Far East Holdings (the "Licensees") pursuant to which the Licensees have exclusive rights within China, Hong Kong, Macau and Taiwan, and rights of first refusal to expand to other territories across Asia, to import, sell, advertise and promote apparel, footwear and accessories, excluding eyewear, watches and fragrance and personal care products, and to own and operate free-standing retail stores bearing our "*Michael Kors*," "*MICHAEL Michael Kors*" and "*KORS Michael Kors*" trademarks. The Far East Licensing Agreements expire on March 31, 2041, and we may terminate them at certain intervals if certain minimum sale benchmarks are not met.

Any issuance or transfer of an equity interest in Far East Holdings or any of its subsidiaries is subject to our right of first refusal, except for the following issuances: (i) issuances to Far East Holdings' existing shareholders and their affiliates so long as Sportswear Holdings Limited and its affiliates retain a majority interest in Far East Holdings; (ii) issuances to third parties for bona fide business financing purposes so long as such third parties agree to be bound by our right of first refusal; (iii) issuances pursuant to employee stock plans; (iv) issuances in connection with a bona fide business acquisition; (v) issuances to vendors, lenders, lessors and other similar persons; and (vi) issuances pursuant to stock splits, stock dividends and other recapitalizations. In addition, in the event that Far East Holdings or any of its subsidiaries proposes to consummate an initial public offering, we have the right to purchase the proposed listing entity based on its total market capitalization upon consummation of the initial public offering, as determined by a mutually agreed, internationally recognized investment bank.

**Table of Contents**

**Affiliate Office Space and Related Services**

We are affiliated with several companies through common ownership and control, including SHL Investment Group (USA), Inc., an indirect wholly owned subsidiary of Sportswear Holdings Limited. In the normal course of business, management of certain affiliated companies, including SHL Investment Group (USA), Inc., has assisted with the development of our business strategies and operations. No amounts have been charged to us by such companies for these services. We provide office space and office related services for these individuals for which we charged SHL Investment Group (USA), Inc. approximately $0.4 million in Fiscal 2011, Fiscal 2010 and Fiscal 2009.

**MKHL Canada Contribution**

In December 2010, we issued ordinary shares to SHLK and Mr. Kors in consideration for their contribution (the "MKHL Canada Contribution") to the Company of 100% of the shares of MKHL Canada Limited ("MKHL Canada"). In connection with this transaction, we agreed to indemnify Mr. Kors for tax obligations that might arise related to his exchange of shares in MKHL Canada for ordinary shares of the Company if certain events, which are within the control of the Company, occur with respect to the equity interests or business assets of the Company and its subsidiaries. Depending upon the occurrence of such events, we estimate that this indemnity could range up to approximately $3.5 million. However, as a result of the sale by Mr. Kors of his interests in the Company acquired in the MKHL Canada Contribution in the Preference Share Sale, we believe we will have no liability under this indemnity obligation.

**Note Payable to SHLK**

Immediately prior to the First Merger, SHLK held a $101.7 million note issued by us and payable to SHLK, our largest direct shareholder at the time. This note was extinguished immediately prior to the Second Merger. The note had an outstanding balance of $101.7 million, $103.5 million and $103.5 million as of April 2, 2011, April 3, 2010, and March 28, 2009, respectively. The note was non-interest bearing and represented advances provided by SHLK aggregating $103.5 million, of which $1.8 million was repaid in Fiscal 2011. As described above under "—Reorganization Transactions and Preference Share Sale," this note was extinguished in connection with the Reorganization Transactions.

**Employment Relationship**

Lance LePere is the Executive Vice President—Creative Director—Women's Design of MKUSA. Mr. LePere is also a selling shareholder in this offering. Mr. LePere is the spouse of Michael Kors, our Honorary Chairman and Chief Creative Officer.

**Related Party Transactions Policies and Procedures**

Upon the consummation of this offering, we will adopt a written Related Person Transaction Policy (the "policy"), which will set forth our policy with respect to the review, approval and ratification of certain related party transactions by our audit committee. In accordance with the policy, our audit committee will have overall responsibility for the implementation of and compliance with this policy.

For the purposes of the policy, a "related party transaction" is a transaction, arrangement or relationship (or any series of similar transactions, arrangements or relationships) in which we were, are or will be a participant and the amount involved exceeds $120,000 and in which any related party (as defined in the policy) had, has or will have a direct or indirect material interest. A "related party transaction" does not include any employment relationship or transaction involving an executive officer and any related compensation resulting solely from that employment relationship that has been reviewed and approved by our board of directors or compensation committee.

**Table of Contents**

The policy will require that notice of a proposed related party transaction be provided to our legal department prior to entering into such transaction. If our legal department determines that such transaction is a related party transaction, the proposed transaction will be submitted to our audit committee for consideration at its next meeting. Under the policy, our audit committee may approve only those related party transactions that are in, or not inconsistent with, our best interests. In the event that we become aware of a related party transaction that has not been previously reviewed, approved or ratified under the policy and that is ongoing or has been completed, the transaction will be submitted to the audit committee so that it may determine whether to ratify, rescind or terminate the related party transaction.

The policy will also provide that our audit committee review certain previously approved or ratified related party transactions that are ongoing to determine whether the related party transaction remains in our best interests and the best interests of our shareholders. Additionally, we will also make periodic inquiries of executive officers and directors with respect to any potential related party transaction of which they may be a party or of which they may be aware.

97

**Table of Contents**

**DESCRIPTION OF SHARE CAPITAL**

**General**

We are a company organized under the laws of the British Virgin Islands with limited liability. We are registered at the Registry of Corporate Affairs of the British Virgin Islands under number 524407, and our affairs are governed by the provisions of our Memorandum and Articles of Association and by the provisions of applicable British Virgin Islands law.

Our Memorandum and Articles of Association authorizes the issuance of a maximum of 660,856,853 shares, comprised of 650,000,000 ordinary shares of no par value and 10,856,853 preference shares of no par value. In addition, as further described under "—New Shares," following the consummation of this offering and the conversion of all of our currently outstanding preference shares into ordinary shares, our board of directors may create, authorize and issue, from time to time, one or more new classes of shares and fix the voting powers, full or limited, if any, of the shares of such class or classes and the preferences and relative, participating, optional or other special rights and the qualifications, limitations and restrictions thereof. As of December 1, 2011, 147,134,033 ordinary shares and 10,856,853 preference shares were issued and outstanding (without giving effect to the conversion of all outstanding preference shares of the Company into ordinary shares immediately prior to the completion of this offering). The preference shares will convert into ordinary shares immediately prior to the consummation of this offering. Upon the completion of this offering, we will have 190,792,868 ordinary shares and no preference shares issued and outstanding.

As stated in Section 4 of our Memorandum of Association (General Objects and Powers), the objects for which we are established are unrestricted, and we have full power and authority to carry out any object not prohibited by the BVI Act or any other law of the British Virgin Islands, except that we may not: (i) carry on business with persons resident in the British Virgin Islands, other than professional contact with certain advisors; (ii) own an interest in real property situate in the British Virgin Islands, other than certain leases; (iii) carry on banking or trust business, unless we are licensed to do so; (iv) carry on business as an insurance or re-insurance company, insurance agent or insurance broker, unless we are licensed to do so; (v) carry on business of company management, unless we are licensed to do so; or (vi) carry on the business of providing the registered office or the registered agent for companies incorporated in the British Virgin Islands.

The following is a summary of the material provisions of our ordinary shares and preference shares and our Memorandum and Articles of Association.

**Ordinary Shares**

The following summarizes the rights of holders of our ordinary shares:

- each holder of ordinary shares is entitled to one vote per ordinary share on all matters to be voted on by shareholders generally, including the election of directors;

- there are no cumulative voting rights;

- the holders of our ordinary shares are entitled to share ratably in dividends and other distributions as may be declared from time to time by our board of directors out of funds legally available for that purpose, if any; and

- upon our liquidation, dissolution or winding up, the holders of ordinary shares will be entitled to share ratably in the distribution of all of our assets remaining available for distribution after satisfaction of all our liabilities and the payment of the liquidation preference of any outstanding preference shares.

**Preference Shares**

We are authorized to issue a maximum of 10,856,853 preference shares, all of which are currently issued and outstanding. The preference shares, with respect to dividend rights, rights on other distributions and rights

98

**Table of Contents**

upon liquidation, winding up or dissolution, rank (i) senior to the ordinary shares and any other class or series of ordinary, preference or other shares or equity securities of the Company now or hereafter authorized, and (ii) junior to any indebtedness now or hereafter incurred by the Company. If we declare and pay any dividends on ordinary shares, then holders of preference shares are entitled to share in such dividends on a pro rata basis, as if their preference shares had been converted into ordinary shares immediately prior to the record date for determining the holders of ordinary shares eligible to receive such dividends. In addition, if we do not complete this offering (or another initial public offering) for aggregate gross cash proceeds of at least $250,000,000 to us and/or the selling shareholders before January 11, 2013 (a "Qualified IPO"), then we must pay to holders of our preference shares, quarterly in arrears, dividends at an annual rate equal to 10% of the "accreted value," which equals (a) $46.05386, the issue amount of the preference shares, plus (b) dividends that have accreted, compounded and been added thereto. Such dividends may be paid in cash or paid in any combination of cash and compound and be added to the "accreted value."

Holders of preference shares are entitled to vote on all matters with respect to which ordinary shares may be voted, with the number of votes being equal to the number of ordinary shares into which such holder's preference shares could be converted on the record date for determination of the holders entitled to vote on such matters. If a Qualified IPO is not consummated on or prior to March 31, 2012, the holders of preference shares, as a class, will have the right to designate, by approval of holders of a majority of the outstanding ordinary shares held by such holders of preference shares (assuming all preference shares are converted into ordinary shares), one member of our board of directors until immediately prior to the consummation of a Qualified IPO.

At its option and at any time, each holder of preference shares may convert any or all of such holder's preference shares into a number of ordinary shares equal to, subject to certain antidilution adjustments, the product of (i) the number of such holder's preference shares multiplied by (ii) the "Conversion Ratio," which is calculated by dividing the accreted value by $12.1194368. In addition, all of the preference shares will be automatically converted into ordinary shares, using the same conversion calculation as in the preceding sentence, upon the earlier of (a) immediately prior to the consummation of this offering and (b) upon our receipt of the approval of 66 2/3% of the then outstanding preference shares. As a result, no preference shares will be issued and outstanding after this offering.

**New Shares**

Following the consummation of this offering and the conversion of all of our currently outstanding preference shares into ordinary shares, our board of directors will be authorized to issue, from time to time, an unlimited number of new shares in one or more new classes of shares and, with respect to each such class, to fix the voting powers, full or limited, if any, of the shares of such class and the preferences and relative, participating, optional or other special rights and the qualifications, limitations or restrictions thereof. The authority of our board of directors with respect to the establishment of the preferences and the relative, participating, optional or other special rights and the qualifications, limitations or restrictions of each new class of shares includes, but is not limited to, the determination or fixing of the following:

- the dividend rate of such class, the conditions and dates upon which such dividends will be payable, the relation that such dividends will bear to the dividends payable on any other class or classes of the shares and whether such dividends shall be cumulative or non-cumulative;

- whether the shares of such class will be subject to redemption for cash, property or rights, including securities of the Company or of any other corporation, by the Company at the option of either the Company or the holder or both or upon the happening of a specified event, and, if made subject to any such redemption, the times or events, prices and other terms and conditions of such redemption;

- the terms and amount of any sinking fund provided for the purchase or redemption of the shares of such class;

99

**Table of Contents**

- whether or not the new class of shares will be convertible into, or exchangeable for, at the option of either the holder or the Company or upon the happening of a specified event, shares of any other class or classes of our shares, and, if provision be made for conversion or exchange, the times or events, prices, rates, adjustments and other terms and conditions of such conversions or exchanges;

- the restrictions, if any, on the issue or reissue of any additional shares of such new class of shares;

- the provisions as to voting (which may be one or more votes per share or a fraction of a vote per share), and the number of votes of the shares of such new class of shares relative to the ordinary shares and any other new class of shares), optional and/or other special rights and preferences, if any, and whether the shares of such new class of shares shall vote separately from other classes of shares of the Company; and

- the rights of the holders of the shares of such class upon the voluntary or involuntary liquidation, dissolution or winding up of the Company.

**Limitation on Liability and Indemnification Matters**

Under British Virgin Islands law, each of our directors and officers, in performing his or her functions, is required to act honestly and in good faith with a view to our best interests and exercise the care, diligence and skill that a reasonably prudent director would exercise in comparable circumstances. Our Memorandum and Articles of Association provides that, to the fullest extent permitted by British Virgin Islands law or any other applicable laws, our directors will not be personally liable to us or our shareholders for any acts or omissions in the performance of their duties. This limitation of liability does not affect the availability of equitable remedies such as injunctive relief or rescission. These provisions will not limit the liability of directors under United States securities laws.

Our Memorandum and Articles of Association provides that we shall indemnify any of our directors, officers or anyone serving at our request as a director of another entity against all expenses, including legal fees, and against all judgments, fines and amounts paid in settlement and reasonably incurred in connection with legal, administrative or investigative proceedings. If such person provides an undertaking to repay expense advances under certain circumstances, we shall pay any expenses, including legal fees, incurred by any such person in defending any legal, administrative or investigative proceedings in advance of the final disposition of the proceedings. If a person to be indemnified has been successful in defense of any proceedings referred to above, such person is entitled to be indemnified against all expenses, including legal fees, and against all judgments and fines reasonably incurred by such person in connection with the proceedings. We are required to indemnify a director or officer only if he or she acted honestly and in good faith with a view to our best interests and, in the case of criminal proceedings, the director or officer had no reasonable cause to believe that his or her conduct was unlawful. The decision of our board of directors as to whether the director or officer acted honestly and in good faith with a view to our best interests and as to whether the director or officer had no reasonable cause to believe that his or her conduct was unlawful, is in the absence of fraud sufficient for the purposes of indemnification, unless a question of law is involved. The termination of any proceedings by any judgment, order, settlement, conviction or the entry of no plea does not, by itself, create a presumption that a director or officer did not act honestly and in good faith and with a view to our best interests or that the director or officer had reasonable cause to believe that his or her conduct was unlawful.

In addition, we will enter into indemnification agreements with our directors and officers pursuant to which we will agree to indemnify them against a number of liabilities and expenses incurred by such persons in connection with claims made by reason of their being such a director or officer.

We may purchase and maintain insurance in relation to any of our directors or officers against any liability asserted against the directors or officers and incurred by the directors or officers in that capacity, whether or not we have or would have had the power to indemnify the directors or officers against the liability as provided in our Memorandum and Articles of Association.

100

**Table of Contents**

Insofar as indemnification for liabilities arising under the Securities Act may be permitted for our directors or officers under the foregoing provisions, we have been informed that in the opinion of the SEC, such indemnification is against public policy as expressed in the Securities Act and is therefore unenforceable as a matter of United States law.

**Shareholders' Meetings and Consents**

The following summarizes certain relevant provisions of British Virgin Islands laws and our Memorandum and Articles of Association in relation to our shareholders' meetings:

- the board of directors may convene meetings of shareholders at such times and in such manner and places within or outside the British Virgin Islands as the board considers necessary or desirable; provided that at least one meeting of shareholders must be held each year;

- upon the written request of shareholders entitled to exercise 30% or more of the voting rights in respect of a matter for which a meeting is requested, the directors are required to convene a meeting of shareholders. Any such request must state the proposed purpose of the meeting;

- when convening a meeting, the board of directors must give not less than seven days' notice of a meeting of shareholders to: (i) those shareholders whose names on the date the notice is given appear as shareholders in our register of members and are entitled to vote at the meeting; and (ii) the other directors;

- a meeting of shareholders held in contravention of the requirement to give notice is valid if shareholders holding at least 90% of the total voting rights on all the matters to be considered at the meeting have waived notice of the meeting, and for this purpose the presence of a shareholder at the meeting shall constitute waiver in relation to all the shares that such shareholder holds;

- a shareholder may be represented at a meeting of shareholders by a proxy who may speak and vote on behalf of the shareholder;

- a meeting of shareholders is duly constituted if, at the commencement of the meeting, there are present in person or by proxy not less than 50% of the votes of the shares or class or series of shares entitled to vote on resolutions of shareholders to be considered at the meeting (a "quorum");

- if within two hours from the time appointed for the meeting a quorum is not present, the meeting, if convened upon the requisition of shareholders, shall be dissolved; in any other case it shall be adjourned to the next business day in the jurisdiction in which the meeting was to have been held at the same time and place or to such other date, time and place as the directors may determine, and if at the adjourned meeting there are present within one hour from the time appointed for the meeting in person or by proxy not less than one third of the votes of the shares or each class or series of shares entitled to vote on the matters to be considered by the meeting, those present shall constitute a quorum but otherwise the meeting shall be dissolved. Notice of the adjourned meeting need not be given if the date, time and place of such meeting are announced at the meeting at which the adjournment is taken;

- a resolution of shareholders is valid only if approved at a duly convened and constituted meeting of shareholders by the affirmative vote of a majority of the votes of the shares entitled to vote thereon that were present at the meeting and were voted; and

- no action may be taken by shareholders except at a duly convened and constituted meeting of shareholders, and no action may be taken by shareholders by written consent, unless the action to be effected by written consent of shareholders and the taking of such action by such written consent have expressly been approved in advance by our board of directors.

In addition, in order to nominate candidates for election as a director or propose topics for consideration at a meeting of shareholders, shareholders must notify our secretary in writing prior to the meeting at which directors

**Table of Contents**

are to be elected or the proposals are to be acted upon, and such notice must contain the information specified in our Memorandum and Articles of Association. To be timely, notice with respect to an annual meeting must generally be received, unless otherwise provided by mandatory law, not less than 90 days and no more than 120 days prior to the first anniversary of the preceding year's annual meeting. If the date of such annual meeting is advanced by more than 30 days prior to, or delayed by more than 70 days after, the anniversary of the preceding year's annual meeting, or if no annual meeting was held in the preceding year or for the first annual meeting following this offering, the notice must be received not earlier than the 120th day prior to such annual meeting and not later than the later of the 90th day prior to such annual meeting and the 10th day following the day on which the first public announcement of such annual meeting is made. In the case of a special meeting of shareholders, notice must be received not earlier than the 120th day prior to such special meeting and not later than the later of the 90th day prior to such special meeting and the 10th day following the day on which the first public announcement of such special meeting is made. Notwithstanding the foregoing, in the event that the number of directors to be elected to the board at an annual meeting is increased, and we do not make a public announcement naming the nominees for the additional directorships at least 100 days prior to the first anniversary of the preceding year's annual meeting, a shareholder notice of nomination will also be considered timely, but only with respect to nominees for the additional directorships, if it is delivered not later than the close of business on the 10th day following the day on which such public announcement is first made. These notice requirements may preclude shareholders from nominating candidates for election as a director or proposing topics for consideration at a meeting of shareholders.

We expect that the first annual meeting of our shareholders following this offering will be held in 2012.

**Board of Directors**

The management of our Company is vested in a board of directors. Our Memorandum and Articles of Association provides that our board of directors must be composed of between one and twelve members. The number of directors is determined from time to time by resolution of directors. Our directors are elected by resolution of shareholders at the annual meeting of shareholders, except that in the case of a vacancy in the office of a director because of death, retirement, resignation, dismissal, removal or otherwise, the remaining directors may appoint a successor and fill such vacancy by resolution.

Upon the consummation of this offering, our board of directors will be divided into three classes. Pursuant to our Memorandum and Articles of Association, our directors are appointed at the annual meeting of shareholders for a period of three years, with each director serving until the third annual meeting of shareholders following their election (except that the initial Class I and Class II directors will serve until the first annual meeting and second annual meeting of shareholders, respectively). Upon the expiration of the term of a class of directors, directors in that class will be elected for three-year terms at the annual meeting of shareholders in the year of such expiration, and the same directors will be eligible for re-election. Directors are not required to be shareholders and do not become ineligible to serve based on age.

Our board of directors will consist of six members at the time of the consummation of this offering. A majority of the members of the board then in office (and able to vote) present or represented at a board meeting constitutes a quorum, and resolutions are adopted by a simple majority vote of all votes cast. Our board of directors may also take action by means of a written consent signed by a majority of directors.

Our board of directors may delegate the daily management of our business, as well as the power to represent us in our day to day business, to individual directors, officers or other agents of the Company (with the power to sub-delegate). In addition, our board of directors may delegate the daily management of our business, as well as the power to represent us in our day-to-day business, to a committee as it deems fit. The board will determine the conditions of appointment and dismissal as well as the remuneration and powers of any persons or committees so appointed. The board may also determine the purpose, powers and authorities as well as the procedures and such other rules as may be applicable to committees it creates.

**Table of Contents**

**Differences in Corporate Law**

We were incorporated under, and are governed by, the laws of the British Virgin Islands. The corporate statutes of the State of Delaware and the British Virgin Islands are similar, and the flexibility available under British Virgin Islands law has enabled us to adopt a memorandum and articles of association that will provide shareholders with rights that do not vary in any material respect from those they would enjoy if we were incorporated under Delaware law. Set forth below is a summary of some of the differences between provisions of the BVI Act applicable to us and the laws applicable to companies incorporated in Delaware and their shareholders.

*Director's Fiduciary Duties*

Under Delaware corporate law, a director of a Delaware corporation has a fiduciary duty to the corporation and its shareholders. This duty has two components: the duty of care and the duty of loyalty. The duty of care requires that a director act in good faith, with the care that an ordinarily prudent person would exercise under similar circumstances. Under this duty, a director must inform himself of, and disclose to shareholders, all material information reasonably available regarding a significant transaction. The duty of loyalty requires that a director act in a manner he reasonably believes to be in the best interests of the corporation. He must not use his corporate position for personal gain or advantage. This duty prohibits self-dealing by a director and mandates that the best interest of the corporation and its shareholders take precedence over any interest possessed by a director, officer or controlling shareholder and not shared by the shareholders generally. In general, actions of a director are presumed to have been made on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the corporation. However, this presumption may be rebutted by evidence of a breach of one of the fiduciary duties. Should such evidence be presented concerning a transaction by a director, a director must prove the procedural fairness of the transaction, and that the transaction was of fair value to the corporation.

British Virgin Islands law provides that every director of a British Virgin Islands company in exercising his powers or performing his duties, shall act honestly and in good faith and in what the director believes to be in the best interests of the company. Additionally, the director shall exercise the care, diligence, and skill that a reasonable director would exercise in the same circumstances taking into account the nature of the company, the nature of the decision and the position of the director and his responsibilities. In addition, British Virgin Islands law provides that a director shall exercise his powers as a director for a proper purpose and shall not act, or agree to the company acting, in a manner that contravenes British Virgin Islands law or the memorandum and articles of association of the company.

*Amendment of Governing Documents*

Under Delaware corporate law, with very limited exceptions, a vote of the shareholders of a corporation is required to amend the certificate of incorporation. In addition, Delaware corporate law provides that shareholders have the right to amend the corporation's bylaws, but the certificate of incorporation may confer such right on the directors of the corporation.

Our Memorandum and Articles of Association can generally be amended by a majority vote of our shareholders. However, certain provisions of our Memorandum and Articles of Association can be amended only by the affirmative vote of 75% of the shares entitled to vote on such matter, including the provisions relating to:

- the composition and manner of election of our board of directors and the ability to remove directors;

- the ability of shareholders to take action by written consent, call meetings, nominate directors and bring proposals before meetings; and

- this requirement of the affirmative vote of 75% of the shares entitled to vote to amend certain provisions of our Memorandum and Articles of Association.

103

**Table of Contents**

In addition, pursuant to our Memorandum and Articles of Association, our board of directors may amend our Memorandum and Articles of Association by a resolution of directors without a requirement for a resolution of shareholders so long as the amendment does not:

- restrict the rights or powers of the shareholders to amend our Memorandum and Articles of Association;
- change the percentage of shareholders required to pass a resolution of shareholders to amend our Memorandum and Articles of Association; or
- amend our Memorandum and Articles of Association in circumstances where it cannot be amended by the shareholders, including any provisions that our Memorandum and Articles of Association specifies cannot be amended, of which there are currently none.

*Written Consent of Directors*

Under Delaware corporate law, a written consent of the directors must be unanimous to take effect. Under British Virgin Islands law and our Memorandum and Articles of Association, only a majority of the directors are required to sign a written consent.

*Written Consent of Shareholders*

Under Delaware corporate law, unless otherwise provided in the certificate of incorporation, any action to be taken at any annual or special meeting of shareholders of a corporation may be taken by written consent of the holders of outstanding stock having not less than the minimum number of votes that would be necessary to take that action at a meeting at which all shareholders entitled to vote were present and voted. As permitted by British Virgin Islands law, our Memorandum and Articles of Association provides that no shareholder action may be taken by written consent.

*Shareholder Proposals*

Under Delaware corporate law, a shareholder has the right to put any proposal before the annual meeting of shareholders, provided it complies with the notice provisions in the governing documents. A special meeting may be called by the board of directors or any other person authorized to do so in the governing documents, but shareholders may be precluded from calling special meetings. British Virgin Islands law and our Memorandum and Articles of Association provide that our directors shall call a meeting of the shareholders if requested in writing to do so by shareholders entitled to exercise at least 30% of the voting rights in respect of the matter for which the meeting is requested, provided that any such request must state the proposed purpose of the meeting. In addition, to put any proposal before any meeting of shareholders, a shareholder must comply with the notice procedures set forth in our Memorandum and Articles of Association.

*Sale of Assets*

Under Delaware corporate law, a vote of the shareholders is required to approve a sale of assets only when all or substantially all assets are being sold to a person other than a subsidiary of the Company. Under British Virgin Islands law generally, shareholder approval is required when more than 50% of a company's total assets by value are being disposed of or sold to any person if not made in the usual or regular course of the business carried out by the company. Under our Memorandum and Articles of Association, however, shareholder approval is not required for any sale, transfer, lease, exchange or other disposition by us of more than 50% percent in value of our assets if such disposition is made to one or more of our subsidiaries.

*Dissolution; Winding Up*

Under Delaware corporate law, unless the board of directors approves the proposal to dissolve, dissolution must be approved by shareholders holding 100% of the total voting power of the corporation. Only if the

104

**Table of Contents**

dissolution is initiated by the board of directors may it be approved by a simple majority of the corporation's outstanding shares. Delaware corporate law allows a Delaware corporation to include in its certificate of incorporation a supermajority voting requirement in connection with dissolutions initiated by the board. As permitted by British Virgin Islands law and our Memorandum and Articles of Association, we may be voluntarily liquidated under Part XII of the BVI Act by resolution of shareholders if we have no liabilities or we are able to pay our debts as they fall due.

### Redemption of Shares

Under Delaware corporate law, any stock may be made subject to redemption by the corporation at its option, at the option of the holders of that stock or upon the happening of a specified event, provided shares with full voting power remain outstanding. The stock may be made redeemable for cash, property or rights, as specified in the certificate of incorporation or in the resolution of the board of directors providing for the issue of the stock. As permitted by British Virgin Islands law and our Memorandum and Articles of Association, shares may be repurchased, redeemed or otherwise acquired by us. However, the consent of the shareholder whose shares are to be repurchased, redeemed or otherwise acquired must be obtained, except as specified in the terms of the applicable class or series of shares or as described under "—Compulsory Acquisition" below. In addition, our directors must determine that, immediately following the redemption or repurchase, we will be able to pay our debts as they fall due and that the value of our assets will exceed our liabilities.

### Compulsory Acquisition

Under Delaware General Corporation Law § 253, in a process known as a "short form" merger, a corporation that owns at least 90% of the outstanding shares of each class of stock of another corporation may either merge the other corporation into itself and assume all of its obligations or merge itself into the other corporation by executing, acknowledging and filing with the Delaware Secretary of State a certificate of such ownership and merger setting forth a copy of the resolution of its board of directors authorizing such merger. If the parent corporation is a Delaware corporation that is not the surviving corporation, the merger also must be approved by a majority of the outstanding stock of the parent corporation. If the parent corporation does not own all of the stock of the subsidiary corporation immediately prior to the merger, the minority shareholders of the subsidiary corporation party to the merger may have appraisal rights as set forth in § 262 of the Delaware General Corporation Law.

Under the BVI Act, subject to any limitations in a company's memorandum and articles of association, members holding 90% of the votes of the outstanding shares entitled to vote, and members holding 90% of the votes of the outstanding shares of each class of shares entitled to vote, may give a written instruction to the company directing the company to redeem the shares held by the remaining members. Upon receipt of such written instruction, the company shall redeem the shares specified in the written instruction, irrespective of whether or not the shares are by their terms redeemable. The company shall give written notice to each member whose shares are to be redeemed stating the redemption price and the manner in which the redemption is to be effected. A member whose shares are to be so redeemed is entitled to dissent from such redemption and to be paid the fair value of his shares, as described under "—Shareholders' Rights under British Virgin Islands Law Generally" below.

### Variation of Rights of Shares

Under Delaware corporate law, a corporation may vary the rights of a class of shares with the approval of a majority of the outstanding shares of that class, unless the certificate of incorporation provides otherwise. As permitted by British Virgin Islands law and our Memorandum and Articles of Association, we may vary the rights attached to any class of shares following a resolution of shareholders passed at a meeting of shareholders by holders of not less than 50% of the issued shares of that class and holders of not less than 50% of the issued shares of any other class which may be adversely affected by such variation.

**Table of Contents**

### Election of Directors

Under Delaware corporate law, unless otherwise specified in the certificate of incorporation or bylaws of a corporation, directors are elected by a plurality of the votes of the shares entitled to vote on the election of directors. Under British Virgin Islands law, directors must be elected by at least majority of the votes of the shares entitled to vote on the election of directors.

### Removal of Directors

Under Delaware corporate law, a director of a corporation with a classified board may be removed only for cause with the approval of a majority of the outstanding shares entitled to vote, unless the certificate of incorporation provides otherwise. Similarly, as permitted by British Virgin Islands law, our Memorandum and Articles of Association provides that directors may be removed at any time, for cause only, by a resolution of shareholders approved by a majority of the shares entitled to vote on such matter.

### Mergers

Under Delaware corporate law, one or more constituent corporations may merge into and become part of another constituent corporation in a process known as a merger. A Delaware corporation may merge with a foreign corporation as long as the law of the foreign jurisdiction permits such a merger. To effect a merger under Delaware General Corporation Law § 251, an agreement of merger must be properly adopted and the agreement of merger or a certificate of merger must be filed with the Delaware Secretary of State. In order to be properly adopted, the agreement of merger must be adopted by the board of directors of each constituent corporation by a resolution or unanimous written consent. In addition, the agreement of merger generally must be approved at a meeting of shareholders of each constituent corporation by a majority of the outstanding stock of the corporation entitled to vote, unless the certificate of incorporation provides for a supermajority vote. In general, the surviving corporation assumes all of the assets and liabilities of the disappearing corporation or corporations as a result of the merger.

Under the BVI Act, two or more companies may merge or consolidate in accordance with the statutory provisions. A merger means the merging of two or more constituent companies into one of the constituent companies, and a consolidation means the uniting of two or more constituent companies into a new company. In order to merge or consolidate, the directors of each constituent company must approve a written plan of merger or consolidation, which must be authorized by a resolution of shareholders. One or more companies may also merge or consolidate with one or more companies incorporated under the laws of jurisdictions outside the British Virgin Islands if the merger or consolidation is permitted by the laws of the jurisdictions in which the companies incorporated outside the British Virgin Islands are incorporated. In respect of such a merger or consolidation, a British Virgin Islands company is required to comply with the provisions of the BVI Act, and a company incorporated outside the British Virgin Islands is required to comply with the laws of its jurisdiction of incorporation.

Shareholders not otherwise entitled to vote on the merger or consolidation may still acquire the right to vote if the plan of merger or consolidation contains any provision that, if proposed as an amendment to the memorandum and articles of association, would entitle them to vote as a class or series on the proposed amendment. In any event, all shareholders must be given a copy of the plan of merger or consolidation irrespective of whether they are entitled to vote at the meeting or consent to the written resolution to approve the plan of merger or consolidation.

### Inspection of Books and Records

Under Delaware corporate law, any shareholder of a corporation may for any proper purpose inspect or make copies of the corporation's stock ledger, list of shareholders and other books and records. Under British

106

**Table of Contents**

Virgin Islands law, members of the general public, on payment of a nominal fee, can obtain copies of the public records of a company available at the office of the British Virgin Islands Registrar of Corporate Affairs, including the company's certificate of incorporation, its memorandum and articles of association (with any amendments), records of license fees paid to date, any articles of dissolution, any articles of merger and a register of charges if the company has elected to file such a register.

A shareholder of a company is entitled, on giving written notice to the company, to inspect:

(a)  the memorandum and articles of association;

(b)  the register of members;

(c)  the register of directors; and

(d)  the minutes of meetings and resolutions of shareholders and of those classes of shares of which he is a shareholder.

In addition, a shareholder may make copies of or take extracts from the documents and records referred to in (a) through (d) above. However, subject to the memorandum and articles of association of the company, the directors may, if they are satisfied that it would be contrary to the company's interests to allow a shareholder to inspect any document, or part of any document, specified in (b), (c) or (d) above, refuse to permit the shareholder to inspect the document or limit the inspection of the document, including limiting the making of copies or the taking of extracts from the records. Where a company fails or refuses to permit a shareholder to inspect a document or permits a shareholder to inspect a document subject to limitations, that shareholder may apply to the court for an order that he should be permitted to inspect the document or to inspect the document without limitation.

Where a company keeps a copy of the register of members or the register of directors at the office of its registered agent, it is required to notify any changes to the originals of such registers to the registered agent, in writing, within 15 days of any change; and to provide the registered agent with a written record of the physical address of the place or places at which the original register of members or the original register of directors is kept. Where the place at which the original register of members or the original register of directors is changed, the company is required to provide the registered agent with the physical address of the new location of the records within 14 days of the change of location.

A company is also required to keep at the office of its registered agent or at such other place or places, within or outside the British Virgin Islands, as the directors determine the minutes of meetings and resolutions of shareholders and of classes of shareholders; and the minutes of meetings and resolutions of directors and committees of directors. If such records are kept at a place other than at the office of the company's registered agent, the company is required to provide the registered agent with a written record of the physical address of the place or places at which the records are kept and to notify the registered agent, within 14 days, of the physical address of any new location where such records may be kept.

*Conflict of Interest*

Under Delaware corporate law, a contract between a corporation and a director or officer, or between a corporation and any other organization in which a director or officer has a financial interest, is not void as long as (i) the material facts as to the director's or officer's relationship or interest are disclosed or known and (ii) either a majority of the disinterested directors authorizes the contract in good faith or the shareholders vote in good faith to approve the contract. Nor will any such contract be void if it is fair to the corporation when it is authorized, approved or ratified by the board of directors, a committee or the shareholders.

The BVI Act provides that a director shall, forthwith after becoming aware that he is interested in a transaction entered into or to be entered into by the company, disclose that interest to the board of directors of the

107

**Table of Contents**

company. The failure of a director to disclose that interest does not affect the validity of a transaction entered into by the director or the company, so long as the director's interest was disclosed to the board prior to the company's entry into the transaction or was not required to be disclosed because the transaction is between the company and the director himself and is otherwise in the ordinary course of business and on usual terms and conditions. As permitted by British Virgin Islands law and our Memorandum and Articles of Association, a director interested in a particular transaction may vote on it, attend meetings at which it is considered and sign documents on our behalf that relate to the transaction, provided that the disinterested directors consent.

### Transactions with Interested Shareholders

Delaware corporate law contains a business combination statute applicable to Delaware public corporations whereby, unless the corporation has specifically elected not to be governed by that statute by amendment to its certificate of incorporation, it is prohibited from engaging in certain business combinations with an "interested shareholder" for three years following the date that the person becomes an interested shareholder. An interested shareholder generally is a person or group that owns or owned 15% or more of the company's outstanding voting stock within the past three years. This statute has the effect of limiting the ability of a potential acquirer to make a two-tiered bid for the company in which all shareholders would not be treated equally. The statute does not apply if, among other things, prior to the date on which the shareholder becomes an interested shareholder, the board of directors approves either the business combination or the transaction that resulted in the person becoming an interested shareholder.

British Virgin Islands law has no comparable provision. However, although British Virgin Islands law does not regulate transactions between a company and its significant shareholders, it does provide that these transactions must be entered into in the bona fide best interests of the company and not with the effect of constituting a fraud on the minority shareholders.

### Independent Directors

There are no provisions under Delaware corporate law or under the BVI Act that require a majority of our directors to be independent.

### Cumulative Voting

Under Delaware corporate law, cumulative voting for elections of directors is not permitted unless the company's certificate of incorporation specifically provides for it. Cumulative voting potentially facilitates the representation of minority shareholders on a board of directors since it permits the minority shareholder to cast all the votes to which the shareholder is entitled on a single director, which increases the shareholder's voting power with respect to electing such director. There are no prohibitions on cumulative voting under the laws of the British Virgin Islands, but our Memorandum and Articles of Association does not provide for cumulative voting.

### Shareholders' Rights under British Virgin Islands Law Generally

The BVI Act provides for certain remedies that may be available to shareholders. Where a company incorporated under the BVI Act or any of its directors engages in, or proposes to engage in, conduct that contravenes the BVI Act or the company's memorandum and articles of association, British Virgin Islands courts can issue a restraining or compliance order. However, shareholders cannot also bring derivative, personal and representative actions under certain circumstances. The traditional English basis for members' remedies has also been incorporated into the BVI Act: where a shareholder of a company considers that the affairs of the company have been, are being or are likely to be conducted in a manner likely to be oppressive, unfairly discriminating or unfairly prejudicial to him, he may apply to the court for an order based on such conduct. In addition, any shareholder of a company may apply to the courts for the appointment of a liquidator of the company and the court may appoint a liquidator of the company if it is of the opinion that it is just and equitable to do so.

**Table of Contents**

The BVI Act also provides that any shareholder of a company is entitled to payment of the fair value of his shares upon dissenting from any of the following: (i) a merger, if the company is a constituent company, unless the company is the surviving company and the member continues to hold the same or similar shares; (ii) a consolidation, if the company is a constituent company; (iii) any sale, transfer, lease, exchange or other disposition of more than 50% in value of the assets or business of the company if not made in the usual or regular course of the business carried on by the company but not including (a) a disposition pursuant to an order of the court having jurisdiction in the matter, (b) a disposition for money on terms requiring all or substantially all net proceeds to be distributed to the shareholders in accordance with their respective interest within one year after the date of disposition, or (c) a transfer pursuant to the power of the directors to transfer assets for the protection thereof; (iv) a redemption of 10% or fewer of the issued shares of the company required by the holders of 90% or more of the shares of the company pursuant to the terms of the BVI Act; and (v) an arrangement, if permitted by the court.

Generally any other claims against a company by its shareholders must be based on the general laws of contract or tort applicable in the British Virgin Islands or their individual rights as shareholders as established by the company's memorandum and articles of association.

109

**Table of Contents**

## SHARES ELIGIBLE FOR FUTURE SALE

Prior to this offering, there has been no public market for our ordinary shares. We cannot make any prediction as to the effect, if any, that sales of ordinary shares or the availability of ordinary shares for sale will have on the market price of our ordinary shares. The market price of our ordinary shares could decline because of the sale of a large number of ordinary shares or the perception that such sales could occur. These factors could also make it more difficult to raise funds through future offerings of ordinary shares. See "Risk Factors—Risks Related to this Offering and Ownership of our Ordinary Shares—Future sales of our ordinary shares, or the perception in the public markets that these sales may occur, may depress our share price."

**Sale of Restricted Shares**

Upon the consummation of this offering, we will have 190,792,868 ordinary shares outstanding. Of these shares, the 47,200,000 ordinary shares sold in this offering (or 54,280,000 ordinary shares if the underwriters exercise their over-allotment option in full) will be freely tradable without restriction or further restriction under the Securities Act, except that any ordinary shares purchased by our affiliates, as that term is defined in Rule 144 under the Securities Act, may generally only be sold in compliance with the limitations of Rule 144 described below. As defined in Rule 144, an affiliate of an issuer is a person that directly, or indirectly through one or more intermediaries, controls, is controlled by or is under common control with the issuer. Approximately 143,592,868 of our ordinary shares outstanding following the consummation of this offering will be deemed "restricted securities" as that term is defined under Rule 144 (or 136,512,868 ordinary shares if the underwriters exercise their over-allotment option in full). Restricted securities may be sold in the public market only if they qualify for an exemption from registration under Rule 144 or Rule 701 under the Securities Act, which rules are summarized below, or any other applicable exemption under the Securities Act. After the completion of this offering, the holders of approximately 143,592,868 ordinary shares, representing approximately 75.3% of our outstanding ordinary shares (or 136,512,868 ordinary shares, representing approximately 71.6% of our outstanding ordinary shares, if the underwriters exercise their over-allotment option in full), will be entitled to dispose of their shares following the expiration of an initial 180-day underwriter "lock-up" period pursuant to the holding period, volume and other restrictions of Rule 144. The underwriters are entitled to waive these lock-up provisions at their discretion prior to the expiration dates of such lock-up agreements.

**Rule 144**

The availability of Rule 144 will vary depending on whether restricted securities are held by an affiliate or a non-affiliate. In general, under Rule 144, an affiliate who has beneficially owned restricted securities within the meaning of Rule 144 for at least six months would be entitled to sell within any three-month period a number of shares that does not exceed the greater of one percent of the then outstanding ordinary shares or the average weekly trading volume of our ordinary shares reported through the NYSE during the four calendar weeks preceding such sale. Sales under Rule 144 are also subject to certain manner of sale provisions, notice requirements and the availability of current public information about our Company. The volume limitations, manner of sale and notice provisions described above will not apply to sales by non-affiliates. For purposes of Rule 144, a non-affiliate is any person or entity who is not our affiliate at the time of sale and has not been our affiliate during the preceding three months. A non-affiliate who has beneficially owned restricted securities for six months may rely on Rule 144 provided that certain public information regarding us is available. A non-affiliate who has beneficially owned the restricted securities proposed to be sold for at least one year will not be subject to any restrictions under Rule 144.

**Rule 701**

Securities issued in reliance on Rule 701 under the Securities Act are also restricted and may be sold by shareholders other than our affiliates subject only to the manner of sale provisions of Rule 144 and by affiliates under Rule 144 without compliance with its one-year holding period requirement.

110

**Table of Contents**

**Options/Equity Awards**

We have filed a registration statement under the Securities Act to register 19,240,284 ordinary shares underlying stock options granted and outstanding under the Stock Option Plan and 15,246,000 ordinary shares reserved for issuance under the Equity Plan. As of December 1, 2011, there were options outstanding under the Stock Option Plan to purchase a total of 20,976,851 ordinary shares, none of which were exercisable as of that date, 1,736,567 of which will be exercised prior to the completion of this offering and 7,832,585 of which will become exercisable immediately following the consummation of this offering. Immediately following the completion of this offering, there will be 1,833,134 options and 666,250 restricted shares outstanding under the Equity Plan that we will have granted to our employees in connection with this offering, in addition to 16,800 restricted share units that we will have granted to our non-employee directors. Ordinary shares issued upon the exercise of options after the effective date of the applicable registration statement will be eligible for resale in the public market without restriction, subject to Rule 144 limitations applicable to affiliates and the lock-up agreements described below.

**Lock-Up Agreements**

For a description of the lock-up agreements that we, all of our directors and executive officers, the holders of all of our currently outstanding ordinary shares and certain holders of options to purchase ordinary shares have entered into in connection with this offering, see "Underwriting."

**Registration Rights**

The Shareholders Agreement grants all of our current shareholders, including Mr. Kors, Mr. Idol and Sportswear Holdings Limited, registration rights with respect to our ordinary shares owned by them. For more information, see "Certain Relationships and Related Party Transactions—Shareholders Agreement."

**Table of Contents**

## TAX CONSIDERATIONS

**U.S. Federal Income Tax Consequences**

The following is a discussion of the material U.S. federal income tax consequences of the ownership and disposition of our ordinary shares that are applicable to you if you are a U.S. Holder, as defined below, that acquires ordinary shares pursuant to this offering. This discussion is not a complete analysis or listing of all of the possible tax consequences of such transactions and does not address all tax considerations that might be relevant to particular holders in light of their personal circumstances or to persons that are subject to special tax rules. In particular, the information set forth below deals only with U.S. Holders that will hold ordinary shares as capital assets for U.S. federal income tax purposes (generally, property held for investment) and that do not own, and are not treated as owning, at any time, 10% or more of the total combined voting power of all classes of our stock entitled to vote. In addition, this description of the material U.S. federal income tax consequences does not address the tax treatment of special classes of U.S. Holders, such as financial institutions, regulated investment companies, real estate investment trusts, tax-exempt entities, insurance companies, persons holding the ordinary shares as part of a hedging, integrated or conversion transaction, constructive sale or "straddle," persons who acquired ordinary shares through the exercise or cancellation of employee stock options or otherwise as compensation for their services, U.S. expatriates, persons subject to the alternative minimum tax, dealers or traders in securities or currencies or holders whose functional currency is not the U.S. dollar.

This summary does not address estate and gift tax or any U.S. federal tax consequences other than income tax or tax consequences under any state, local or foreign laws, other than as provided under "—British Virgin Islands Tax Consequences" below.

For purposes of this section, you are a "U.S. Holder" if you are a beneficial owner of ordinary shares and are: (i) an individual citizen of the United States or a resident alien of the United States as determined for U.S. federal income tax purposes; (ii) a corporation (or other entity treated as a corporation for U.S. federal income tax purposes) created or organized under the laws of the United States or any state thereof or the District of Columbia; (iii) an estate the income of which is subject to U.S. federal income taxation regardless of its source; or (iv) a trust (a) if a court within the United States is able to exercise primary supervision over its administration and one or more U.S. persons have authority to control all substantial decisions of the trust or (b) that has a valid election in effect under applicable Treasury regulations to be treated as a U.S. person.

If a partnership or other pass-through entity is a beneficial owner of our ordinary shares, the tax treatment of a partner or other owner will generally depend upon the status of the partner (or other owner) and the activities of the entity. If you are a partner (or other owner) of a pass-through entity that acquires ordinary shares, you should consult your tax advisor regarding the tax consequences of owning and disposing of ordinary shares.

The following discussion is based upon the Code, U.S. judicial decisions, administrative pronouncements, and existing and proposed Treasury regulations, all as in effect as of the date hereof. All of the preceding authorities are subject to change, possibly with retroactive effect, so as to result in U.S. federal income tax consequences different from those discussed below. We have not requested, and will not request, a ruling from the U.S. Internal Revenue Service (the "IRS") with respect to any of the U.S. federal income tax consequences described below, and as a result there can be no assurance that the IRS will not disagree with or challenge any of the conclusions we have reached and describe herein.

This discussion assumes that we are not, and will not become, a passive foreign investment company (a "PFIC"), except as discussed below under "Passive Foreign Investment Company Considerations."

**The following discussion is for general information only and is not intended to be, nor should it be construed to be, legal or tax advice to any holder or prospective holder of ordinary shares, and no opinion or representation with respect to the U.S. federal income tax consequences to any such holder or**

112

**Table of Contents**

**prospective holder is made. You are urged to consult your tax advisor as to the particular consequences to you under U.S. federal, state and local, and applicable foreign, tax laws of the ownership and disposition of ordinary shares.**

*Distributions*

Subject to the PFIC rules discussed below, the gross amount of any distribution made by us (other than certain *pro rata* distributions of our ordinary shares) will generally be subject to U.S. federal income tax as dividend income to the extent paid out of our current or accumulated earnings and profits, as determined under U.S. federal income tax principles. Such amount will be includable in gross income by you as ordinary income on the date that you actually or constructively receive the distribution in accordance with your regular method of accounting for U.S. federal income tax purposes and such amount will be treated as having a foreign source. The amount of any distribution made by us in property other than cash will be the fair market value of such property on the date of the distribution. Dividends paid by us on the ordinary shares will not be eligible for the dividends-received deduction generally allowed to U.S. corporations in respect of dividends received from other U.S. corporations.

Under the current law, which is scheduled to expire at the end of 2012, certain dividends paid by a "qualified foreign corporation" to non-corporate U.S. Holders are eligible for taxation at rates that are lower than the rates applicable to ordinary income. A foreign corporation is treated as a qualified foreign corporation with respect to dividends paid by that corporation on ordinary shares that are readily tradeable on an established securities market in the United States. Our ordinary shares are expected to be tradable on the NYSE after this offering; however, there can be no assurance that the ordinary shares will be considered readily tradeable on an established securities market after this offering or at any other time in the future. Dividends received by U.S. Holders from a foreign corporation that was a PFIC in either the taxable year of the distribution or the preceding taxable year will not constitute qualified dividends. Subject to the discussion below under "Passive Foreign Investment Company Considerations," we believe that we were not a PFIC for our 2010 taxable year and do not expect to be a PFIC for our current taxable year.

To the extent that a distribution exceeds the amount of our current and accumulated earnings and profits, as determined under U.S. federal income tax principles, it will be treated first as a tax-free return of capital, causing a reduction in your adjusted basis in the ordinary shares you hold (thereby increasing the amount of gain, or decreasing the amount of loss, you will recognize upon a subsequent disposition of the ordinary shares), with any amount that exceeds your adjusted basis being taxed as capital gain recognized on a sale, exchange or other taxable disposition of the ordinary shares (as discussed below). However, we do not intend to maintain calculations of our earnings and profits in accordance with U.S. federal income tax principles, and you should therefore assume that any distribution by us with respect to our ordinary shares will be treated as a dividend for U.S. federal income tax purposes.

If any British Virgin Islands taxes are withheld with respect to distributions made on the ordinary shares, you may be able, subject to generally applicable limitations, to claim a foreign tax credit or to take a deduction for such withholding taxes. The rules governing the foreign tax credit are complex and involve the application of rules that depend upon your particular circumstances. Accordingly, you are urged to consult your tax advisor regarding the availability of the foreign tax credit under your particular circumstances.

*Sale, Exchange or Other Taxable Disposition of Ordinary Shares*

You generally will recognize gain or loss upon the sale, exchange or other taxable disposition of our ordinary shares in an amount equal to the difference between (i) the amount realized upon the sale, exchange or other taxable disposition and (ii) your adjusted tax basis in the relevant ordinary shares. Generally, subject to the possible application of the PFIC rules discussed below, such gain or loss will be capital gain or loss and will be

113

**Table of Contents**

long-term capital gain or loss if, on the date of the sale, exchange or other taxable disposition, you have held the ordinary shares for more than one year. If you are a non-corporate taxpayer, long-term capital gains are currently subject to taxation at favorable rates. The deductibility of capital losses is subject to limitations under the Code.

Gain or loss, if any, that you realize upon a sale, exchange or other taxable disposition of ordinary shares will be treated as having a United States source for U.S. foreign tax credit limitation purposes.

### Passive Foreign Investment Company Considerations

Special and generally unfavorable U.S. federal income tax rules may apply to you if your holding period in our ordinary shares includes any period during a taxable year of the Company in which the Company is a PFIC. A non-U.S. corporation is classified as a PFIC for each taxable year in which (i) 75% or more of its gross income is passive income (as defined for U.S. federal income tax purposes) or (ii) for such taxable year, 50% or more of the average value (or, if elected, the adjusted tax basis) of its assets either produce or are held for the production of passive income.

We believe that we will not be classified as a PFIC for U.S. federal income tax purposes for our current taxable year, and we do not expect to become a PFIC in the future. If we were classified as a PFIC for any taxable year during which you held ordinary shares, you would be subject to an increased tax liability (such tax generally would be calculated at the highest U.S. federal income tax rate and would also include an interest charge) upon the sale or other disposition of the ordinary shares or upon the receipt of certain distributions treated as "excess distributions," unless you made certain elections to mitigate such consequences (although even if either of such elections were made, the U.S. federal income tax consequences of ownership of ordinary shares of a PFIC would still be less favorable than ownership of ordinary shares of a non-PFIC). In addition, you would be required to comply with certain information reporting to the IRS if we were to become a PFIC. If we were to determine that we had become a PFIC, we would provide additional information regarding such elections and reporting requirements.

You are urged to consult your tax advisor regarding our PFIC classification, the consequences to you if we became a PFIC, and the availability and the consequences of making certain elections to mitigate such consequences.

### Information Reporting and Backup Withholding

In general, information reporting will apply to dividends paid to you in respect of ordinary shares and the proceeds received by you from the sale, exchange or other disposition of ordinary shares within the United States unless you are an exempt recipient. Backup withholding may apply to such payments if you fail to provide a taxpayer identification number or certification of exempt status or fail to report in full dividend and interest income. Backup withholding is not an additional tax. Any amounts withheld under the backup withholding rules will be allowed as a refund or credit against your U.S. federal income tax liability, provided that the required information is furnished to the IRS.

In addition, U.S. Holders should be aware that recently enacted legislation imposes new reporting requirements with respect to the holding of certain foreign financial assets, including stock of foreign issuers that is not held in an account maintained by certain types of financial institutions, if the aggregate value of all of such assets exceeds U.S. $50,000. IRS guidance suspends this annual filing requirement pending the release of new forms. Filings will eventually be required with respect to any year in which the obligation is suspended. You should consult your tax advisor regarding the application of the information reporting rules to our ordinary shares and the application of the recently enacted legislation to your particular situation.

### Additional Tax on Investment Income

For taxable years beginning after December 31, 2012, U.S. Holders that are individuals, estates or trusts that do not fall into a special class of trusts that is exempt from such tax, and whose income exceeds certain

114

**Table of Contents**

thresholds, generally will be subject to a 3.8% Medicare contribution tax on unearned income, including, among other things, dividends on, and capital gains from the sale or other taxable disposition of, the ordinary shares, subject to certain limitations and exceptions.

You are urged to consult your tax advisor regarding the possible implications of the additional tax on investment income described above.

**British Virgin Islands Tax Consequences**

Under the present laws of the British Virgin Islands, there are no applicable taxes on the profits or income of the Company. There are no taxes on profits or income, nor is there any capital gains tax, estate duty or inheritance tax applicable to any ordinary shares held by non-residents of the British Virgin Islands. In addition, there is no stamp duty on the issuance, transfer or redemption of the ordinary shares. Dividends remitted to the holders of ordinary shares resident outside the British Virgin Islands will not be subject to withholding tax in the British Virgin Islands.

115

**Table of Contents**

## UNDERWRITING

Under the terms and subject to the conditions in an underwriting agreement dated the date of this prospectus, the underwriters named below, for whom Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC and Goldman, Sachs & Co. are acting as representatives, have severally agreed to purchase, and the selling shareholders have agreed to sell to them, severally, the number of ordinary shares indicated below:

| Name | Number of Ordinary Shares |
| --- | ---: |
| Morgan Stanley & Co. LLC | 12,586,667 |
| J.P. Morgan Securities LLC | 12,586,667 |
| Goldman, Sachs & Co. | 12,586,666 |
| Robert W. Baird & Co. Incorporated | 2,360,000 |
| Jefferies & Company, Inc. | 2,360,000 |
| Nomura Securities International, Inc. | 2,360,000 |
| Piper Jaffray & Co. | 2,360,000 |
| Total | 47,200,000 |

The underwriters and the representatives are collectively referred to as the "underwriters" and the "representatives," respectively. The underwriters are offering the ordinary shares subject to their acceptance of the ordinary shares from the selling shareholders and subject to prior sale. The underwriting agreement provides that the obligations of the several underwriters to pay for and accept delivery of the ordinary shares offered by this prospectus are subject to the approval of certain legal matters by their counsel and to certain other conditions. The underwriters are obligated to take and pay for all of the ordinary shares offered by this prospectus if any such ordinary shares are taken. The underwriters are not, however, required to take or pay for the ordinary shares covered by the underwriters' option to purchase additional ordinary shares described below.

The underwriters initially propose to offer part of the ordinary shares directly to the public at the offering price listed on the cover page of this prospectus and part to certain dealers at a price that represents a concession not in excess of $0.60 per ordinary share. After the initial offering of the ordinary shares, the offering price and other selling terms may from time to time be varied by the representatives.

To the extent that the underwriters sell more than 47,200,000 ordinary shares, the underwriters have a 30-day option to purchase up to an additional 7,080,000 ordinary shares from the selling shareholders identified in this prospectus at the public offering price listed on the cover page of this prospectus, less underwriting discounts and commissions. The underwriters may exercise this option solely for the purpose of covering over-allotments, if any, made in connection with the offering of the ordinary shares under this prospectus. To the extent the option is exercised, each underwriter will become obligated, subject to certain conditions, to purchase about the same percentage of the additional ordinary shares as the number listed next to the underwriter's name in the preceding table bears to the total number of ordinary shares listed next to the names of all underwriters in the preceding table.

**Table of Contents**

The following table shows the per share and total public offering price, underwriting discounts and commissions and proceeds before expenses to the selling shareholders. These amounts are shown assuming both no exercise and full exercise of the underwriters' option to purchase up to an additional 7,080,000 ordinary shares.

| | Per Share | Total No Exercise | Total Full Exercise |
|---|---|---|---|
| Public offering price | $ 20.00 | $ 944,000,000 | $ 1,085,600,000 |
| Underwriting discounts and commissions to be paid by the selling shareholders | $ 1.00 | $ 47,200,000 | $ 54,280,000 |
| Proceeds, before expenses, to the selling shareholders | $ 19.00 | $ 896,800,000 | $ 1,031,320,000 |

The underwriting discounts and commissions to be paid by the selling shareholders represent 5% of the total amount of this offering.

The estimated offering expenses payable by us, exclusive of the underwriting discounts and commissions, are approximately $5.2 million. The underwriters have agreed to reimburse us for $2.0 million of these expenses.

The underwriters have informed us that they do not intend sales to discretionary accounts to exceed 5% of the total number of ordinary shares offered by them.

We have been approved to list our ordinary shares on the NYSE under the symbol "KORS."

We, all of our directors and executive officers, the holders of all of our currently outstanding ordinary shares and certain holders of options to purchase ordinary shares have agreed that, subject to certain exceptions, without the prior written consent of the representatives, we and they will not, during the period ending 180 days after the date of this prospectus:

- offer, pledge, sell, contract to sell, sell any option or contract to purchase, purchase any option or contract to sell, grant any option, right or warrant to purchase, lend or otherwise transfer or dispose of, directly or indirectly, any ordinary shares or any securities convertible into or exercisable or exchangeable for ordinary shares;

- enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of the ordinary shares;

- file any registration statement with the SEC relating to the offering of any ordinary shares or any securities convertible into or exercisable or exchangeable for ordinary shares; or

- publicly announce any intention to engage in any of the above transactions,

whether any such transaction described in the bullet points above is to be settled by delivery of ordinary shares or such other securities, in cash or otherwise. In addition, we and each such person agrees that, without the prior written consent of the representatives, we and they will not, during the period ending 180 days after the date of this prospectus, make any demand for, or exercise any right with respect to, the registration of any ordinary shares or any security convertible into or exercisable or exchangeable for ordinary shares that would result in a public filing or announcement.

The 180-day restricted period described in the immediately preceding paragraph will be extended if:

- during the last 17 days of the 180-day restricted period we issue an earnings release or material news or a material event relating to us occurs, or

- prior to the expiration of the 180-day restricted period, we announce that we will release earnings results during the 16-day period beginning on the last day of the 180-day restricted period or provide

117

**Table of Contents**

notification to the representatives of any earnings release or material news or material event that may give rise to an extension of the initial 180-day restricted period,

in which case the restrictions described in the immediately preceding paragraph will continue to apply until the expiration of the 18-day period beginning on the issuance of the earnings release or the occurrence of the material news or material event.

The representatives, in their sole discretion, may release the ordinary shares and other securities subject to the lock-up agreements described above in whole or in part at any time with or without notice. When determining whether or not to release ordinary shares and other securities from lock-up agreements, the representatives will consider, among other factors, the holder's reasons for requesting the release, the number of ordinary shares and other securities for which the release is being requested and market conditions at the time.

As described below under "Directed Share Program," any participants in the Directed Share Program shall be subject to a 180-day lock-up with respect to any ordinary shares sold to them pursuant to that program. This lock-up will have similar restrictions and an identical extension provision as the lock-up agreement described above. Any shares sold in the Directed Share Program to our directors or officers shall be subject to the lock-up agreement described above.

In order to facilitate the offering of the ordinary shares, the underwriters may engage in transactions that stabilize, maintain or otherwise affect the price of the ordinary shares. Specifically, the underwriters may sell more ordinary shares than they are obligated to purchase under the underwriting agreement, creating a short position. A short sale is covered if the short position is no greater than the number of ordinary shares available for purchase by the underwriters under the option to purchase additional ordinary shares. The underwriters can close out a covered short sale by exercising the option to purchase additional ordinary shares or purchasing ordinary shares in the open market. In determining the source of ordinary shares to close out a covered short sale, the underwriters will consider, among other things, the open market price of ordinary shares compared to the price available under the option to purchase additional ordinary shares. The underwriters may also sell ordinary shares in excess of the option to purchase additional ordinary shares, creating a naked short position. The underwriters must close out any naked short position by purchasing ordinary shares in the open market. A naked short position is more likely to be created if the underwriters are concerned that there may be downward pressure on the price of the ordinary shares in the open market after pricing that could adversely affect investors who purchase in this offering. As an additional means of facilitating the offering, the underwriters may bid for, and purchase, ordinary shares in the open market to stabilize the price of the ordinary shares. These activities may raise or maintain the market price of the ordinary shares above independent market levels or prevent or retard a decline in the market price of the ordinary shares. The underwriters are not required to engage in these activities and may end any of these activities at any time.

The underwriters may also impose a penalty bid. This occurs when a particular underwriter repays to the underwriters a portion of the underwriting discount received by it because the underwriters have repurchased shares sold by or for the account of such underwriter in stabilizing or short covering transactions.

The underwriters and their respective affiliates are full service financial institutions engaged in various activities, which may include securities trading, commercial and investment banking, financial advisory, investment management, investment research, principal investment, hedging, financing and brokerage activities. Certain of the underwriters and their respective affiliates have, from time to time, performed, and may in the future perform, various financial advisory and investment banking services for the Company, for which they received or will receive customary fees and expenses, including Morgan Stanley & Co. LLC in connection with the Preference Share Sale and J.P. Morgan Securities LLC in connection with the Credit Facility.

In the ordinary course of their various business activities, the underwriters and their respective affiliates may make or hold a broad array of investments and actively trade debt and equity securities (or related derivative

118

**Table of Contents**

securities) and financial instruments (including bank loans) for their own account and for the accounts of their customers, and such investment and securities activities may involve securities and/or instruments of the Company. The underwriters and their respective affiliates may also make investment recommendations and/or publish or express independent research views in respect of such securities or instruments and may at any time hold, or recommend to clients that they acquire, long and/or short positions in such securities and instruments.

We, the selling shareholders and the underwriters have agreed to indemnify each other against certain liabilities, including liabilities under the Securities Act.

A prospectus in electronic format may be made available on websites maintained by one or more underwriters, or selling group members, if any, participating in this offering. The representatives may agree to allocate a number of ordinary shares to underwriters for sale to their online brokerage account holders. Internet distributions will be allocated by the representatives to underwriters that may make Internet distributions on the same basis as other allocations.

**Pricing of the Offering**

Prior to this offering, there has been no public market for our ordinary shares. The initial public offering price was determined by negotiations between the selling shareholders and the representatives. Among the factors considered in determining the initial public offering price were our future prospects and those of our industry in general, our sales, earnings and certain other financial and operating information in recent periods, and the price-earnings ratios, price-sales ratios, market prices of securities and certain financial and operating information of companies engaged in activities similar to ours.

**Directed Share Program**

At our request, the underwriters have reserved 2,360,000 of the ordinary shares offered by this prospectus for sale, at the initial public offering price, to directors, officers and employees of the Company, as well as certain family members of such persons. If purchased by these persons, these ordinary shares will be subject to a 180-day lock-up restriction. The number of ordinary shares available for sale to the general public will be reduced to the extent these individuals purchase such reserved ordinary shares. Any reserved ordinary shares that are not so purchased will be offered by the underwriters to the general public on the same basis as the other ordinary shares offered by this prospectus.

**Selling Restrictions**

*European Economic Area*

In relation to each Member State of the European Economic Area which has implemented the Prospectus Directive (as defined below) (each, a "Relevant Member State") an offer to the public of any ordinary shares may not be made in that Relevant Member State, except that an offer to the public in that Relevant Member State of any ordinary shares may be made at any time under the following exemptions under the Prospectus Directive, if they have been implemented in that Relevant Member State:

(a)    to any legal entity which is a qualified investor as defined in the Prospectus Directive;

(b)    to fewer than 100 or, if the Relevant Member State has implemented the relevant provision of the 2010 PD Amending Directive, 150, natural or legal persons (other than qualified investors as defined in the Prospectus Directive), as permitted under the Prospectus Directive, subject to obtaining the prior consent of the representatives for any such offer; or

(c)    in any other circumstances falling within Article 3(2) of the Prospectus Directive, provided that no such offer of ordinary shares shall result in a requirement for the publication by us or any underwriter of a prospectus pursuant to Article 3 of the Prospectus Directive.

Table of Contents

For the purposes of this provision: (i) the expression an "offer to the public" in relation to any ordinary shares in any Relevant Member State means the communication in any form and by any means of sufficient information on the terms of the offer and any ordinary shares to be offered so as to enable an investor to decide to purchase any ordinary shares, as the same may be varied in that Member State by any measure implementing the Prospectus Directive in that Member State; (ii) the expression "Prospectus Directive" means Directive 2003/71/EC (and amendments thereto, including the 2010 PD Amending Directive, to the extent implemented in the Relevant Member State) and includes any relevant implementing measure in the Relevant Member State; and (iii) the expression "2010 PD Amending Directive" means Directive 2010/73/EU.

### United Kingdom

Each underwriter has represented and agreed that:

(a)    it has only communicated or caused to be communicated and will only communicate or cause to be communicated an invitation or inducement to engage in investment activity (within the meaning of Section 21 of the Financial Services and Markets Act 2000, or the "FSMA") received by it in connection with the issue or sale of the ordinary shares in circumstances in which Section 21(1) of the FSMA does not apply to us; and

(b)    it has complied and will comply with all applicable provisions of the FSMA with respect to anything done by it in relation to the ordinary shares in, from or otherwise involving the United Kingdom.

### Hong Kong

The ordinary shares may not be offered or sold by means of any document other than (i) in circumstances that do not constitute an offer to the public within the meaning of the Companies Ordinance (Cap. 32, Laws of Hong Kong), or (ii) to "professional investors" within the meaning of the Securities and Futures Ordinance (Cap. 571, Laws of Hong Kong) and any rules made thereunder, or (iii) in other circumstances that do not result in the document being a "prospectus" within the meaning of the Companies Ordinance (Cap. 32, Laws of Hong Kong), and no advertisement, invitation or document relating to the shares may be issued or may be in the possession of any person for the purpose of issue (in each case whether in Hong Kong or elsewhere), which is directed at, or the contents of which are likely to be accessed or read by, the public in Hong Kong (except if permitted to do so under the laws of Hong Kong) other than with respect to ordinary shares that are or are intended to be disposed of only to persons outside Hong Kong or only to "professional investors" within the meaning of the Securities and Futures Ordinance (Cap. 571, Laws of Hong Kong) and any rules made thereunder.

### Singapore

This prospectus has not been registered as a prospectus with the Monetary Authority of Singapore. Accordingly, this prospectus and any other document or material in connection with the offer or sale, or invitation for subscription or purchase, of the ordinary shares may not be circulated or distributed, nor may the ordinary shares be offered or sold, or be made the subject of an invitation for subscription or purchase, whether directly or indirectly, to persons in Singapore other than (i) to an institutional investor under Section 274 of the Securities and Futures Act, Chapter 289 of Singapore (the "SFA"), (ii) to a relevant person, or any person pursuant to Section 275(1A), and in accordance with the conditions, specified in Section 275 of the SFA or (iii) otherwise pursuant to, and in accordance with the conditions of, any other applicable provision of the SFA.

Where the ordinary shares are subscribed or purchased under Section 275 by a relevant person that is: (a) a corporation (which is not an accredited investor) the sole business of which is to hold investments and the entire share capital of which is owned by one or more individuals, each of whom is an accredited investor; or (b) a trust (where the trustee is not an accredited investor) whose sole purpose is to hold investments and each beneficiary of which is an accredited investor, shares, debentures and units of shares and debentures of that corporation or the beneficiaries' rights and interest in that trust shall not be transferable for six months after that corporation or

120

**Table of Contents**

that trust has acquired the shares under Section 275 except: (1) to an institutional investor under Section 274 of the SFA or to a relevant person, or any person pursuant to Section 275(1A), and in accordance with the conditions, specified in Section 275 of the SFA; (2) where no consideration is given for the transfer; or (3) by operation of law.

*Japan*

The ordinary shares have not been and will not be registered under the Financial Instruments and Exchange Law of Japan (the "Financial Instruments and Exchange Law"), and each underwriter has agreed that it will not offer or sell any ordinary shares, directly or indirectly, in Japan or to, or for the benefit of, any resident of Japan (which term as used herein means any person resident in Japan, including any corporation or other entity organized under the laws of Japan), or to others for re-offering or resale, directly or indirectly, in Japan or to a resident of Japan, except pursuant to an exemption from the registration requirements of, and otherwise in compliance with, the Financial Instruments and Exchange Law and any other applicable laws, regulations and ministerial guidelines of Japan.

**Addresses of Representatives**

The addresses of the representatives are as follows:

Morgan Stanley & Co. LLC
1585 Broadway
New York, New York 10036

J.P. Morgan Securities LLC
383 Madison Avenue, 4th Floor
New York, New York 10179

Goldman, Sachs & Co.
200 West Street
New York, New York 10282

121

**Table of Contents**

**EXPENSES RELATED TO THE OFFERING**

We estimate the fees and expenses to be incurred by us in connection with the sale of the ordinary shares in this offering, other than underwriting discounts and commissions, to be as follows:

| | |
|---|---:|
| SEC registration fees | $ 133,309 |
| FINRA filing fee | 75,500 |
| NYSE listing fee | 205,000 |
| Transfer agent's fees | 15,000 |
| Legal fees and expenses | 2,080,000 |
| Accounting fees and expenses | 1,700,000 |
| Printing and engraving expenses | 400,000 |
| Blue sky fees and expenses | — |
| Taxes | — |
| Miscellaneous expenses | 598,000 |
| Total | $ 5,206,809 |

The estimated offering expenses payable by us, exclusive of the underwriting discounts and commissions, are approximately $5.2 million. The underwriters have agreed to reimburse us for $2.0 million of these expenses.

122

**Table of Contents**

### SERVICE OF PROCESS AND ENFORCEMENT OF LIABILITIES

We are incorporated and currently existing under the laws of the British Virgin Islands. In addition, certain of our directors and officers reside outside of the United States and most of the assets of our non-U.S. subsidiaries are located outside of the United States. As a result, it may be difficult for investors to effect service of process on us or those persons in the United States or to enforce in the United States judgments obtained in United States courts against us or those persons based on the civil liability or other provisions of the United States securities laws or other laws.

In addition, uncertainty exists as to whether the courts of the British Virgin Islands would:

- recognize or enforce judgments of United States courts obtained against us or our directors or officers predicated upon the civil liabilities provisions of the securities laws of the United States or any state in the United States; or

- entertain original actions brought in the British Virgin Islands against us or our directors or officers predicated upon the securities laws of the United States or any state in the United States.

We have been advised by Harney, Westwood & Riegels, Tortola, British Virgin Islands, that the United States and the British Virgin Islands do not have a treaty providing for reciprocal recognition and enforcement of judgments of United States courts in civil and commercial matters and that a final judgment for the payment of money rendered by any general or state court in the United States based on civil liability, whether or not predicated solely upon the United States securities laws, would not be automatically enforceable in the British Virgin Islands. We have also been advised by Harney, Westwood & Riegels that any final and conclusive monetary judgment for a definite sum obtained against us in United States courts would be treated by the courts of the British Virgin Islands as a cause of action in itself and sued upon as a debt at common law so that no retrial of the issues would be necessary, provided that:

- the British Virgin Islands courts had jurisdiction over the matter and we either submitted to such jurisdiction or were resident or carrying on business within such jurisdiction and were duly served with process;

- the judgment given by the courts was not in respect of penalties, taxes, fines or similar fiscal or revenue obligations;

- the judgment was not procured by fraud;

- recognition or enforcement of the judgment in the British Virgin Islands would not be contrary to public policy; and

- the proceedings pursuant to which judgment was obtained were not contrary to natural justice.

Whether these requirements are met in respect of a judgment based upon the civil liability provisions of the United States securities laws, including whether the award of monetary damages under such laws would constitute a penalty, is an issue for the British Virgin Islands court making such decision.

**Table of Contents**

## LEGAL MATTERS

The validity of the ordinary shares offered by this prospectus and certain legal matters as to British Virgin Islands law will be passed upon for us by Harney, Westwood & Riegels, Tortola, British Virgin Islands. United States securities law matters in connection with this offering will be passed upon for us by Paul, Weiss, Rifkind, Wharton & Garrison LLP, New York, New York. United States securities law matters in connection with this offering will be passed upon for the underwriters by Davis Polk & Wardwell LLP, New York, New York.

## EXPERTS

The financial statements as of April 2, 2011 and April 3, 2010 and for each of the three years in the period ended April 2, 2011 included in this prospectus have been so included in reliance on the report of PricewaterhouseCoopers LLP, an independent registered public accounting firm, given on the authority of said firm as experts in auditing and accounting. The current address of PricewaterhouseCoopers LLP is 300 Madison Avenue, New York, New York 10017.

## AVAILABLE INFORMATION

We have filed with the SEC a registration statement on Form F-1 under the Securities Act with respect to the ordinary shares offered under this prospectus. For the purposes of this section, the term registration statement means the original registration statement and any and all amendments including the schedules and exhibits to the original registration statement or any amendment. This prospectus does not contain all of the information set forth in the registration statement we filed. For further information regarding us and the ordinary shares offered in this prospectus, you may desire to review the full registration statement, including the exhibits. The registration statement, including its exhibits and schedules, may be inspected and copied at the public reference facilities maintained by the SEC at 100 F Street, N.E., Room 1580, Washington, D.C. 20549. You may obtain information on the operation of the public reference room by calling 1-202-551-8909. Copies of such materials are also available by mail from the Public Reference Branch of the SEC at 100 F Street, N.E., Washington, D.C. 20549 at prescribed rates. In addition, the SEC maintains a website (*http://www.sec.gov*) from which interested persons can electronically access the registration statement, including the exhibits and schedules to the registration statement.

Immediately upon completion of this offering, we will become subject to periodic reporting and other informational requirements of the Exchange Act as applicable to foreign private issuers. Accordingly, we will be required to file reports, including annual reports on Form 20-F, and other information with the SEC. As a foreign private issuer, we are exempt from the rules of the Exchange Act prescribing the furnishing and content of proxy statements to shareholders, and Section 16 short-swing profit reporting for our officers and directors and for holders of more than 10% of our ordinary shares.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**INDEX TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | F-2 |
| Consolidated balance sheets as of April 2, 2011 and April 3, 2010 | F-3 |
| Consolidated statements of operations for the years ended April 2, 2011, April 3, 2010 and March 28, 2009 | F-4 |
| Consolidated statements of shareholders' equity for the years ended April 2, 2011, April 3, 2010 and March 28, 2009 | F-5 |
| Consolidated statements of cash flows for the years ended April 2, 2011, April 3, 2010 and March 28, 2009 | F-6 |
| Notes to consolidated financial statements | F-7 |
| Unaudited consolidated balance sheets as of October 1, 2011 and April 2, 2011 | F-28 |
| Unaudited consolidated statements of operations for the six months ended October 1, 2011 and October 2, 2010 | F-29 |
| Unaudited consolidated statements of shareholders' equity for the six months ended October 1, 2011 | F-30 |
| Unaudited consolidated statements of cash flows for the six months ended October 1, 2011 and October 2, 2010 | F-31 |
| Notes to unaudited consolidated financial statements | F-32 |

F-1

**Table of Contents**

**Report of Independent Registered Public Accounting Firm**

To the Board of Directors and Shareholders of Michael Kors Holdings Limited:

In our opinion, the accompanying consolidated balance sheets and the related consolidated statements of operations, shareholders' equity and cash flows present fairly, in all material respects, the financial position of Michael Kors Holdings Limited and its subsidiaries at April 2, 2011 and April 3, 2010 and the results of their operations and their cash flows for each of the three years in the period ended April 2, 2011 in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits of these statements in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

/s/ PricewaterhouseCoopers LLP

New York, New York
September 20, 2011, except for the effects of the share split discussed in Note 1, as to which the date is November 30, 2011

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**

| | April 2, 2011 | April 3, 2010 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 21,065 | $ 5,664 |
| Receivables, net | 80,081 | 65,228 |
| Inventories | 117,173 | 64,903 |
| Deferred tax assets | 7,322 | 7,459 |
| Prepaid expenses and other current assets | 19,757 | 10,769 |
| Total current assets | 245,398 | 154,023 |
| Property and equipment, net | 119,323 | 84,000 |
| Intangible assets, net | 15,796 | 18,705 |
| Goodwill | 14,005 | 14,005 |
| Deferred tax assets | 1,951 | 8,762 |
| Other assets | 3,022 | 2,357 |
| Total assets | $ 399,495 | $ 281,852 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities | | |
| Revolving line of credit | $ 12,765 | $ 43,980 |
| Bank overdraft | — | 4,380 |
| Accounts payable | 52,873 | 30,188 |
| Accrued payroll and payroll related expenses | 26,100 | 13,793 |
| Accrued income taxes | 18,701 | 970 |
| Accrued expenses and other current liabilities | 17,286 | 9,449 |
| Total current liabilities | 127,725 | 102,760 |
| Note payable to parent | 101,650 | 103,500 |
| Deferred rent | 29,381 | 18,777 |
| Deferred tax liabilities | 5,495 | — |
| Other long-term liabilities | 3,218 | 1,098 |
| Total liabilities | 267,469 | 226,135 |
| Commitments and contingencies | | |
| Contingently redeemable ordinary shares | 6,706 | 6,706 |
| Shareholders' equity | | |
| Convertible preference shares; no par value, 10,163,920 shares authorized, issued and outstanding | — | — |
| Ordinary shares; no par value, 650,000,000 shares authorized, and 140,554,377 shares issued and outstanding | — | — |
| Additional paid-in capital | 40,000 | 40,000 |
| Accumulated other comprehensive income | 4,033 | 230 |
| Retained earnings | 81,287 | 8,781 |
| Total shareholders' equity | 125,320 | 49,011 |
| Total liabilities and shareholders' equity | $ 399,495 | $ 281,852 |

See accompanying notes to consolidated financial statements.

F-3

Table of Contents

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share data)**

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Net sales | $ 757,800 | $ 483,452 | $ 377,058 |
| Royalty revenue | 45,539 | 24,647 | 20,016 |
| Total revenue | 803,339 | 508,099 | 397,074 |
| Cost of goods sold | 357,274 | 241,365 | 208,283 |
| Gross profit | 446,065 | 266,734 | 188,791 |
| Selling, general and administrative expenses | 279,822 | 191,717 | 147,490 |
| Depreciation and amortization | 25,543 | 18,843 | 14,020 |
| Impairment of long-lived assets | 3,834 | — | 3,043 |
| Total operating expenses | 309,199 | 210,560 | 164,553 |
| Income from operations | 136,866 | 56,174 | 24,238 |
| Interest expense, net | 1,861 | 2,057 | 1,600 |
| Foreign currency loss (income) | 1,786 | (830) | 391 |
| Income before provision for income taxes | 133,219 | 54,947 | 22,247 |
| Provision for income taxes | 60,713 | 15,699 | 9,208 |
| Net income | 72,506 | 39,248 | 13,039 |
| Net income applicable to preference shareholders | 15,629 | 8,460 | 2,811 |
| Net income available for ordinary shareholders | $ 56,877 | $ 30,788 | $ 10,228 |
| Weighted average ordinary shares outstanding: | | | |
| Basic | 140,554,377 | 140,554,377 | 140,554,377 |
| Diluted | 179,177,268 | 179,177,268 | 179,177,268 |
| Net income per ordinary share: | | | |
| Basic | $ 0.40 | $ 0.22 | $ 0.07 |
| Diluted | $ 0.40 | $ 0.22 | $ 0.07 |

See accompanying notes to consolidated financial statements.

F-4

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(in thousands, except share data)**

| | Convertible Preference Shares | | Ordinary Shares | | Additional Paid-in Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings (Accumulated Deficit) | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | Shares | Amounts | | | | |
| **Balance at March 31, 2008** | 10,163,920 | $ — | 140,554,377 | $ — | $ 42,300 | $ 276 | $ (42,944) | $ (368) |
| Net income | — | — | — | — | — | — | 13,039 | 13,039 |
| Foreign currency translation adjustment | — | — | — | — | — | (196) | — | (196) |
| Total comprehensive income | — | — | — | — | — | — | — | 12,843 |
| Distribution to shareholders | — | — | — | — | (1,000) | — | — | (1,000) |
| **Balance at March 28, 2009** | 10,163,920 | — | 140,554,377 | — | 41,300 | 80 | (29,905) | 11,475 |
| Net income | — | — | — | — | — | — | 39,248 | 39,248 |
| Foreign currency translation adjustment | — | — | — | — | — | 150 | — | 150 |
| Total comprehensive income | — | — | — | — | — | — | — | 39,398 |
| Distribution to shareholders | | | | | (1,300) | | (562) | (1,862) |
| **Balance at April 3, 2010** | 10,163,920 | — | 140,554,377 | — | 40,000 | 230 | 8,781 | 49,011 |
| Net income | — | — | — | — | — | — | 72,506 | 72,506 |
| Foreign currency translation adjustment | — | — | — | — | — | 3,803 | — | 3,803 |
| Total comprehensive income | — | — | — | — | — | — | — | 76,309 |
| **Balance at April 2, 2011** | 10,163,920 | $ — | 140,554,377 | $ — | $ 40,000 | $ 4,033 | $ 81,287 | $125,320 |

See accompanying notes to consolidated financial statements.

F-5

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Cash flows from operating activities** | | | |
| Net income | $ 72,506 | $ 39,248 | $ 13,039 |
| Adjustments to reconcile net income to net cash provided by operating activities | | | |
| Depreciation and amortization | 25,543 | 18,843 | 14,020 |
| Impairment and write-off of property and equipment | 2,052 | 42 | 3,043 |
| Impairment of intangible assets | 1,782 | — | — |
| Unrealized foreign exchange loss (gain) | 1,786 | (1,965) | — |
| Amortization of deferred financing costs | 225 | 229 | 229 |
| Amortization of deferred rent | 3,020 | 1,402 | 1,236 |
| Deferred income tax provision | 12,443 | 11,024 | 5,945 |
| Change in assets and liabilities: | | | |
| Receivables, net | (14,071) | (35,350) | 6,554 |
| Inventories | (50,465) | (13,390) | (18,989) |
| Prepaid expenses and other current assets | (8,990) | (4,721) | 859 |
| Other assets | (664) | (1,363) | (307) |
| Accounts payable | 18,043 | 4,612 | (595) |
| Accrued expenses and other current liabilities | 37,405 | 5,149 | 1,987 |
| Other long-term liabilities and deferred credits | 9,693 | 4,832 | 2,429 |
| Net cash provided by operating activities | 110,308 | 28,592 | 29,450 |
| **Cash flows from investing activities** | | | |
| Capital expenditures | (57,348) | (30,816) | (35,793) |
| Purchase of intangible assets | (482) | (1,359) | (2,606) |
| Net cash used in investing activities | (57,830) | (32,175) | (38,399) |
| **Cash flows from financing activities** | | | |
| Repayments of borrowings under revolving credit agreement | (225,820) | (218,063) | (162,594) |
| Borrowings under revolving credit agreement | 194,605 | 222,603 | 172,113 |
| Bank overdraft | (4,380) | 2,903 | 86 |
| Payment of deferred financing costs | (281) | — | — |
| Distribution to shareholders | — | (1,862) | (1,000) |
| Payment of loan to parent | (1,850) | — | — |
| Net cash (used in) provided by financing activities | (37,726) | 5,581 | 8,605 |
| Effect of exchange rate changes on cash and cash equivalents | 649 | 1,206 | 4 |
| **Net increase (decrease) in cash and cash equivalents** | 15,401 | 3,204 | (340) |
| Beginning of year | 5,664 | 2,460 | 2,800 |
| End of year | $ 21,065 | $ 5,664 | $ 2,460 |
| **Supplemental disclosures of cash flow information** | | | |
| Cash paid for interest | $ 1,202 | $ 1,573 | $ 1,461 |
| Cash paid for income taxes | $ 27,252 | $ 4,730 | $ 3,747 |
| **Supplemental disclosure of noncash investing and financing activities** | | | |
| Accrued capital expenditures | $ 3,538 | $ 2,519 | $ 2,466 |

See accompanying notes to consolidated financial statements.

F-6

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**1. Business and Basis of Presentation**

Michael Kors Holdings Limited ("MKHL," and together with its subsidiaries, the "Company") was incorporated in the British Virgin Islands ("BVI") on December 13, 2002. MKHL is majority owned by SHL-Kors Limited ("SHL-Kors," or the "Parent"), a BVI corporation, and other investors. SHL Fashion Limited, a BVI corporation ("SHL Fashion"), is the 100% shareholder of SHL-Kors. The Company is a leading designer, marketer, distributor and retailer of branded women's apparel and accessories and men's apparel bearing the Michael Kors tradename and related trademarks "MICHAEL KORS," "MICHAEL MICHAEL KORS," "KORS MICHAEL KORS" and various other related trademarks and logos. The Company's business consists of retail, wholesale and licensing segments. Retail operations consist of collection stores, lifestyle stores, including concessions and outlet stores located primarily in the United States, Canada, Europe and Japan. Wholesale revenues are principally derived from major department and specialty stores located throughout the United States, Canada and Europe. The Company licenses its trademarks on products such as fragrances, cosmetics, eyewear, leather goods, jewelry, watches, coats, footwear, men's suits, swimwear, furs and ties.

The consolidated financial statements are prepared in accordance with accounting principles generally accepted in the United States and include the accounts of the Company and its wholly-owned subsidiaries. All significant intercompany accounts and transactions have been eliminated.

In December 2010, the Company issued ordinary shares for 100% of the shares of MKHL Canada Limited ("MKHL Canada"), an entity that was under common control with the Company. The financial statements for the Company's fiscal years ending April 2, 2011, April 3, 2010 and March 28, 2009, reflect the exchange as if it occurred on the first day of the Company's 2009 fiscal year.

As described in Note 16, the Company completed a reorganization pursuant to which existing ordinary shares were exchanged for newly issued ordinary and convertible preference shares. All share and per share information has been presented as if the reorganization and exchange of shares had occurred at the beginning of the periods presented.

All share and per share information has been retroactively restated for all periods presented to reflect a 3.8-to-1 share split that occurred on November 30, 2011.

The Company utilizes a 52 to 53 week fiscal year ending on the Saturday closest to March 31. As such, the fiscal years ending on April 2, 2011 and March 28, 2009 ("Fiscal 2011" and "Fiscal 2009," respectively) consist of 52 weeks, and the fiscal year ending April 3, 2010 ("Fiscal 2010") consists of 53 weeks.

**2. Summary of Significant Accounting Policies**

*Use of Estimates*

The preparation of financial statements in accordance with accounting principles generally accepted in the United States requires management to use judgment and make estimates that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The level of uncertainty in estimates and assumptions increases with the length of time until the underlying transactions are completed. The most significant assumptions and estimates involved in preparing the financial statements include allowances for customer deductions, sales returns, sales discounts and doubtful accounts, estimates of inventory recovery, the valuation of stock-based compensation, valuation of deferred taxes and the estimated useful lives used for amortization and depreciation of intangible assets and property and equipment. Actual results could differ from those estimates.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

*Revenue Recognition*

The Company recognizes retail store revenues upon sale of its products to retail consumers, net of estimated returns. Wholesale revenue is recognized net of estimates for sales returns, discounts and allowances, after merchandise is shipped and title and risk of loss is transferred to the Company's wholesale customers. To arrive at net sales for retail, gross sales are reduced by actual customer returns as well as by a provision for estimated future customer returns, which is based on management's review of historical and current customer returns. Sales taxes collected from retail customers are presented on a net basis and as such are excluded from revenue. To arrive at net sales for wholesale, gross sales are reduced by provisions for estimated future returns, based on current expectations, trade discounts, markdowns, allowances and operational chargebacks, as well as for certain cooperative selling expenses. The following table details the activity and balances of the Company's sales reserves for the fiscal years ended April 2, 2011, April 3, 2010 and March 28, 2009 (in thousands):

| Retail | Balance Beginning of Year | Amounts Charged to Revenue | Write-offs Against Reserves | Balance at Year End |
|---|---|---|---|---|
| Return Reserves: | | | | |
| Year ended April 2, 2011 | $ 1,413 | $14,323 | $(13,423) | $ 2,313 |
| Year ended April 3, 2010 | 754 | 7,298 | (6,639) | 1,413 |
| Year ended March 28, 2009 | 99 | 5,112 | (4,457) | 754 |
| **Wholesale** | | | | |
| Total Sales Reserves: | | | | |
| Year ended April 2, 2011 | $ 20,215 | $84,697 | $(79,732) | $25,180 |
| Year ended April 3, 2010 | 19,481 | 68,955 | (68,221) | 20,215 |
| Year ended March 28, 2009 | 15,105 | 64,348 | (59,972) | 19,481 |

Royalty revenue generated from product licenses, which includes contributions for advertising, is based on reported sales of licensed products bearing the Company's tradenames, at rates specified in the license agreements. These agreements are also subject to contractual minimum levels. Royalty revenue generated by geographic specific licensing agreements is recognized as earned under the licensing agreements based on reported sales of licensees applicable to specified periods as outlined in the agreements. These agreements allow for the use of the Company's tradename to sell its branded products in specific geographic regions.

*Advertising*

Advertising costs are charged to expense when incurred and are reflected in general and administrative expenses. For the years ended April 2, 2011, April 3, 2010 and March 28, 2009, advertising expense was $27.4 million, $22.4 million and $16.1 million, respectively.

Cooperative advertising expense, which represents the Company's participation in advertising expenses of its wholesale customers, is reflected as a reduction of net sales. Expenses related to cooperative advertising for Fiscal 2011, Fiscal 2010, and Fiscal 2009, were $3.9 million, $3.4 million and $3.2 million, respectively.

*Shipping and Handling*

Shipping and handling costs amounting to $12.4 million, $8.3 million and $6.2 million for the years ended April 2, 2011, April 3, 2010, and March 28, 2009, respectively, are included in selling, general and administrative expenses in the statements of operations.

Table of Contents

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

*Cash and Cash Equivalents*

All highly liquid investments with original maturities of three months or less are considered to be cash equivalents.

*Inventories*

Inventories consist of finished goods and are stated at the lower of cost or market value. Cost is determined using the first-in-first-out (FIFO) method. Costs include amounts paid to independent manufacturers, plus duties and freight to bring the goods to the Company's warehouses, which are located in the United States, Holland, Canada, Japan and Hong Kong. The Company adjusts its inventory to reflect situations in which the cost of inventory is not expected to be fully recovered. These adjustments are estimates, which could vary significantly from actual results if future economic conditions, customer demand or competition differ from expectations. For the periods presented, there were no significant adjustments related to unrecoverable inventory.

*Property and Equipment*

Property and equipment is stated at cost less accumulated depreciation and amortization (carrying value). Depreciation is provided on a straight-line basis over the expected remaining useful lives of the related assets. Equipment, furniture and fixtures, and computer hardware and software are depreciated over five years. Leasehold improvements are amortized using the straight-line method over the shorter of the estimated remaining useful lives of the related assets or remaining lease term.

The Company's share of the cost of constructing in-store shop displays within its wholesale customers' floor-space ("shop-in-shops"), which is paid directly to third-party suppliers, is capitalized as property and equipment and amortized over a useful life of three years.

Maintenance and repairs are charged to expense in the year incurred. Cost and related accumulated depreciation for property and equipment are removed from the accounts upon their sale or disposition and the resulting gain or loss is reflected in the results of operations.

*Internal-use Software*

The Company capitalizes, in property and equipment, direct costs incurred during the application development stage and the implementation stage for developing, purchasing or otherwise acquiring software for internal use. These costs are amortized over the estimated useful lives of the software, generally five years. All costs incurred during the preliminary project stage, including project scoping, identification and testing of alternatives, are expensed as incurred.

*Intangible Assets*

Intangible assets consist of trademarks and lease rights and are stated at cost less accumulated amortization. Trademarks are amortized over twenty years and lease rights are amortized over the term of the related lease agreements on a straight-line basis.

*Impairment of Long-lived Assets*

The Company evaluates its long-lived assets, including fixed assets and intangible assets with finite useful lives, for impairment whenever events or changes in circumstances indicate that the carrying amount of any such asset may not be recoverable. If the sum of estimated undiscounted future cash flows associated with the asset is less than the asset's carrying value, an impairment charge is recognized, which is measured as the amount by

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

which the carrying value exceeds the fair value of the asset. These estimates of cash flow require significant management judgment and certain assumptions about future volume, sales and expense growth rates, devaluation and inflation. As such, these estimates may differ from actual cash flows.

*Goodwill and Other Intangible Assets*

On an annual basis, the Company performs a valuation of goodwill during the Company's fourth quarter of its fiscal year or whenever impairment indicators exist. Judgments regarding the existence of impairment indicators are based on market conditions and operational performance of the business. Future events could cause the Company to conclude that impairment indicators exist, and, therefore, that goodwill may be impaired. To the extent that the fair value associated with the goodwill is less than its carrying amount, the Company writes down the carrying amount of the goodwill to its fair value.

The Company assesses goodwill for impairment by calculating the fair value of the Company's reporting units to which goodwill has been allocated using the discounted cash flow method along with the market multiples method. Both of these valuation methods require the Company's management to make certain assumptions and estimates regarding certain industry trends and future profitability of the Company's reporting units. If the carrying amount of a reporting unit exceeds its fair value, the Company would compare the implied fair value of the reporting unit goodwill with its carrying value. To compute the implied fair value, the Company would assign the fair value of the reporting unit to all of the assets and liabilities of that unit (including any unrecognized intangible assets) as if the reporting unit had been acquired in a business combination. The excess of the fair value of a reporting unit over the amounts assigned to its assets and liabilities is the implied fair value of goodwill. If the carrying value of the reporting unit goodwill exceeded the implied fair value of the reporting unit goodwill, the Company would record an impairment loss to write down such goodwill to its implied fair value. The valuation of goodwill is affected by, among other things, the Company's business plan for the future and estimated results of future operations.

*Stock-based Compensation*

The Company grants stock-based awards to certain employees and directors of the Company. Awards are measured at the grant date based on the fair value as calculated using the Black-Scholes option pricing model, and are recognized as expense over the requisite service period, based on attainment of certain vesting requirements, including the Company's completion of an initial public offering ("IPO"). Determining the fair value of stock-based awards at the grant date requires considerable judgment, including estimating expected volatility, expected term and risk-free rate.

The Company's expected volatility is based on the average volatility rates of similar actively traded companies over the past 9.5 years, which is the Company's estimated expected average holding period. The expected holding period of the option is based on the period to expiration which is generally 9-10 years. This approach was chosen as it directly correlates to the Company's service period. In addition, the Company has no historical option exercise experience. The risk-free rate is derived from the zero-coupon U.S. Treasury Strips yield curve, the period of which relates to the grant's holding period. If factors change and the Company employs different assumptions, the fair value of future awards and resulting stock-based compensation expense may differ significantly from what the Company has estimated in the past.

*Foreign Currency Translation and Transactions*

The financial statements of the majority of the Company's foreign subsidiaries are measured using the local currency as the functional currency. The Company's functional currency is the United States dollar ("USD") for MKHL and its United States based subsidiaries. Assets and liabilities have been translated using period-end

F-10

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

exchange rates, and revenues and expenses have been translated using average exchange rates over the reporting period. The adjustments resulting from translation have been recorded separately in shareholders' equity as a component of accumulated other comprehensive income. Foreign currency transaction income and losses resulting from the re-measuring of transactions denominated in a currency other than the functional currency of a particular entity are included in the consolidated statements of operations.

*Derivative Financial Instruments*

The Company uses forward currency exchange contracts to manage its exposure to fluctuations in foreign currency for certain of its transactions. The Company in its normal course of business enters into transactions with foreign suppliers and seeks to minimize risk related to these transactions. The Company records these derivative instruments on the consolidated balance sheets at fair value. Though the Company uses forward contracts to hedge its cash flows, the Company does not designate these instruments as hedges for hedge accounting purposes. Accordingly, changes in the fair value of these contracts, as of each balance sheet date and upon maturity, are recorded in cost of sales or operating expenses, within the Company's consolidated statements of operations, as applicable to the transactions for which the forward exchange contracts were intended to hedge. For the fiscal years ended 2011, 2010 and 2009, amounts charged to operations were $2.5 million, $1.0 million and $0.2 million, respectively. The following table details the fair value of these contracts as of April 2, 2011, and April 3, 2010 (in thousands):

|  | 2011 | 2010 |
|---|---|---|
| Prepaid expenses and other current assets | $ 745 | $ 216 |
| Accrued expenses and other current liabilities | $(2,293) | $(1,000) |

The Company is exposed to the risk that counterparties to derivative contracts will fail to meet their contractual obligations. In attempts to mitigate counterparty credit risk, the Company enters into contracts with carefully selected financial institutions based upon their credit ratings and certain other financial factors, adhering to established limits for credit exposure. The aforementioned forward contracts generally have a term of no more than 18 months. The period of these contracts is directly related to the foreign transaction they are intended to hedge.

*Income Taxes*

Deferred income tax assets and liabilities have been provided for temporary differences between the tax bases and financial reporting bases of the Company's assets and liabilities using the tax rates and laws in effect for the periods in which the differences are expected to reverse. The Company periodically assesses the realizability of deferred tax assets and the adequacy of deferred tax liabilities, based on the results of local, state, federal or foreign statutory tax audits or estimates and judgments used.

Realization of deferred tax assets associated with net operating loss and tax credit carryforwards is dependent upon generating sufficient taxable income prior to their expiration in the applicable tax jurisdiction. The Company periodically reviews the recoverability of its deferred tax assets and provides valuation allowances, as deemed necessary, to reduce deferred tax assets to amounts that more-likely-than-not will be realized. The Company's management considers many factors when assessing the likelihood of future realization of deferred tax assets, including recent earnings results within various taxing jurisdictions, expectations of future taxable income, the carryforward periods remaining and other factors. Changes in the required valuation allowance are recorded in income in the period such determination is made. Deferred tax assets could be reduced in the future if the Company's estimates of taxable income during the carryforward period are significantly reduced or alternative tax strategies are no longer viable.

F-11

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

The Company recognizes the impact of an uncertain income tax position taken on its income tax returns at the largest amount that is more-likely-than-not to be sustained upon audit by the relevant taxing authority. An uncertain income tax position will be recognized if it has less than a 50% likelihood of being sustained. The tax positions are analyzed periodically (at least quarterly) and adjustments are made as events occur that warrant adjustments for those positions. The Company records interest expense and penalties payable to relevant tax authorities as income tax expense.

*Rent Expense, Deferred Rent and Landlord Construction Allowances*

The Company leases office space, retail stores and distribution facilities under agreements that are classified as operating leases. Many of these operating leases include contingent rent provisions (percentage rent), and/or provide for certain landlord allowances related to tenant improvements and other relevant items. Rent expense is calculated by recognizing total minimum rental payments (net of any rental abatements, construction allowances and other rental concessions), on a straight-line basis, over the lease term. Accordingly, rent expense charged to operations differs from rent paid, resulting in the Company recording deferred rent, which is recorded in long-term liabilities in the consolidated balance sheets. The recognition of rent expense for a given operating lease commences on the earlier of the lease commencement date or the date of possession of the property. The Company accounts for landlord allowances and incentives as a component of deferred rent, which is amortized over the lease term as a reduction of rent expense. The Company records rent expense as a component of selling, general and administrative expenses.

*Deferred Financing Costs*

The Company defers costs directly associated with acquiring third party financing. These deferred costs are amortized as interest expense over the term of the related indebtedness. As of April 2, 2011, deferred financing costs were $0.2 million, net of accumulated amortization of $0.8 million, and as of April 3, 2010, deferred financing costs were $0.1 million, net of accumulated amortization of $0.6 million. Deferred financing costs are included in other assets on the consolidated balance sheets.

*Net Income Per Share*

The Company reports earnings per share in conformity with the two-class method for calculating and presenting earnings per share, due to the existence of both ordinary and convertible preference securities. Under the two-class method, basic net income per ordinary share is computed by dividing the net income available to ordinary shareholders by the weighted-average number of ordinary shares outstanding during the period. Net income available to shareholders is determined by allocating undistributed earnings between holders of ordinary and convertible preference shares, based on the participation rights of the preference shares. Diluted net income per share is computed by dividing the net income available to both ordinary and preference shareholders by the weighted-average number of dilutive shares outstanding during the period.

Diluted net income per share reflects the potential dilution that would occur if stock option grants or any other dilutive equity instruments were exercised or converted into ordinary shares. These equity instruments are included as potential dilutive securities to the extent they are dilutive under the treasury stock method for the applicable periods. For the periods presented, no amounts other than convertible preference share have been included in diluted weighted average shares.

For the purposes of basic and diluted net income per share, as a result of the reorganization and exchange during July 2011, weighted average shares outstanding for purposes of presenting net income per share on a

F-12

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

comparative basis were retroactively restated for all periods presented to reflect the exchange of ordinary shares for the newly issued ordinary and convertible preference shares, as if such reorganization and exchange had occurred at the beginning of the periods presented. In addition, as a result of a 3.8-to-1 share split that was completed on November 30, 2011, weighted average outstanding shares were retroactively restated for all periods presented.

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Net income | $ 72,506 | $ 39,248 | $ 13,039 |
| Net income applicable to preference shareholders | 15,629 | 8,460 | 2,811 |
| Net income available for ordinary shareholders | $ 56,877 | $ 30,788 | $ 10,228 |
| Basic weighted average ordinary shares | 140,554,377 | 140,554,377 | 140,554,377 |
| Add: | | | |
| Weighted average convertible preference shares | 38,622,891 | 38,622,891 | 38,622,891 |
| Diluted weighted average shares | 179,177,268 | 179,177,268 | 179,177,268 |
| Basic net income per ordinary share | $ 0.40 | $ 0.22 | $ 0.07 |
| Diluted net income per share | $ 0.40 | $ 0.22 | $ 0.07 |

Stock options for fiscal years 2011, 2010 and 2009 have been excluded from the calculation of diluted earnings per share as they were not exercisable during the periods presented, as the Company has not completed an IPO.

*Recent Accounting Pronouncements*—The Company has considered all new accounting pronouncements and has concluded that there are no new pronouncements that have a material impact on results of operations, financial condition, or cash flows, based on current information.

**3. Receivables**

Receivables consist of (in thousands):

| | April 2, 2011 | April 3, 2010 |
| --- | --- | --- |
| Trade receivables: | | |
| Credit risk assumed by factors | $ 82,111 | $ 28,448 |
| Credit risk retained by Company | 20,543 | 54,774 |
| Receivables due from licensees | 5,315 | 4,280 |
| | 107,969 | 87,502 |
| Less allowances(1): | (27,888) | (22,274) |
| | $ 80,081 | $ 65,228 |

(1)    Allowances consist of the following: sales returns, discounts and credits, as well as doubtful accounts, which were $0.4 million and $0.3 million, at the end of Fiscal 2011 and Fiscal 2010, respectively.

F-13

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

The Company has historically assigned a substantial portion of its trade receivables to factors in the United States and Europe whereby the factors assumed credit risk with respect to such receivables assigned. In July 2009, the Company terminated its agreement with its factor in the United States due to credit risk issues associated with the factor. In March 2010, the Company entered into a factoring agreement with a new factor in the United States. As a result, the credit risk retained by the Company at April 3, 2010 was higher with respect to trade receivables than such retained credit risk at April 2, 2011. Under the factor agreements, factors bear the risk of loss from the financial inability of the customer to pay the trade receivable when due, up to such amounts as accepted by the factor; but not the risk of non-payment of such trade receivable for any other reason. The Company provides an allowance for such non-payment risk at the time of sale.

Receivables are presented net of allowances for sales returns, discounts, markdowns, operational chargebacks and doubtful accounts. Sales returns are determined based on an evaluation of current market conditions and historical returns experience. Discounts are based on open invoices where trade discounts have been extended to customers. Markdowns are based on retail sales performance, seasonal negotiations with customers, historical deduction trends and an evaluation of current market conditions. Operational chargebacks are based on deductions taken by customers, net of expected recoveries. Such provisions, and related recoveries, are reflected in net sales.

The allowance for doubtful accounts is determined through analysis of periodic aging of receivables for which credit risk is not assumed by the factors and assessments of collectability based on an evaluation of historic and anticipated trends, the financial conditions of the Company's customers and the impact of general economic conditions. The past due status of a receivable is based on its contractual terms. Amounts deemed uncollectible are written off against the allowance when it is probable the amounts will not be recovered.

**4. Concentration of Credit Risk, Major Customers and Suppliers**

Financial instruments that subject the Company to concentration of credit risk are cash and cash equivalents and receivables. As part of its ongoing procedures, the Company monitors its concentration of deposits with various financial institutions in order to avoid any undue exposure. The Company mitigates its risk by depositing cash and cash equivalents in major financial institutions. With respect to certain of its receivables, the Company mitigates its credit risk through the assignment of receivables to a factor (as demonstrated in the above table in "Credit risk assumed by factors"). For the years ended April 2, 2011, April 3, 2010 and March 28, 2009, net sales related to one customer, within the Company's wholesale segment, accounted for approximately 14%, 15%, and 13%, respectively, of total revenue. The accounts receivable related to this customer were fully factored for all three fiscal years.

The Company contracts for the purchase of finished goods with independent third-party contractors, whereby the contractor is generally responsible for all manufacturing processes, including the purchase of piece goods and trim. Although the Company does not have any long-term agreements with any of its manufacturing contractors, the Company believes it has mutually satisfactory relationships with them. The Company allocates product manufacturing among agents and contractors based on their capabilities, the availability of production capacity, quality, pricing and delivery. The inability of certain contractors to provide needed services on a timely basis could adversely affect the Company's operations and financial condition. The Company has relationships with various agents who source the Company's finished goods with numerous contractors on the Company's behalf. For the year ended April 2, 2011, one agent sourced approximately 19.5% and one contractor accounted for approximately 30.5% of the Company's finished goods purchases.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

### 5. Property and Equipment

Property and equipment consist of (in thousands):

|  | April 2, 2011 | April 3, 2010 |
|---|---|---|
| Furniture and fixtures | $ 39,564 | $ 28,835 |
| Equipment | 8,593 | 6,254 |
| Computer equipment and software | 14,042 | 11,308 |
| In-store shops | 30,970 | 23,289 |
| Leasehold improvements | 95,020 | 65,894 |
|  | 188,189 | 135,580 |
| Less: accumulated depreciation and amortization | (77,694) | (56,302) |
| Subtotal | 110,495 | 79,278 |
| Construction-in-progress | 8,828 | 4,722 |
|  | $119,323 | $ 84,000 |

Depreciation and amortization of property and equipment for the years ended April 2, 2011, April 3, 2010, and March 28, 2009, was $23.6 million, $17.1 million, and $12.7 million, respectively. During Fiscal 2011 and Fiscal 2009, the Company recorded impairment charges of $2.1 million and $3.0 million, respectively, related to certain retail locations still in operation. For Fiscal 2011, the impairment related to two stores, and for Fiscal 2009, the impairment related to three stores.

The Company capitalized $0.8 million and $2.9 million in costs for internal use software in fiscal 2011 and fiscal 2010, respectively. The unamortized balance, classified under computer equipment and software, of internal-use software at April 2, 2011 and April 3, 2010 was approximately $2.6 million and $2.5 million, respectively.

### 6. Intangible Assets and Goodwill

The following table discloses the carrying values of intangible assets and goodwill (in thousands):

|  | April 2, 2011 | | | April 3, 2010 | | |
|---|---|---|---|---|---|---|
|  | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Trademarks | $23,000 | $ 9,395 | $13,605 | $23,000 | $ 8,245 | $14,755 |
| Lease rights | 3,823 | 1,632 | 2,191 | 4,713 | 763 | 3,950 |
| Goodwill | 14,005 | — | 14,005 | 14,005 | — | 14,005 |
|  | $40,828 | $ 11,027 | $29,801 | $41,718 | $ 9,008 | $32,710 |

The trademarks relate to the Company's brand name and are amortized over twenty years. Lease rights are amortized over the respective terms of the underlying lease. Amortization expense was $1.9 million, $1.7 million, and $1.3 million, respectively, for each of the years ended April 2, 2011, April 3, 2010, and March 28, 2009.

Goodwill is not amortized but will be tested for impairment in the last quarter of Fiscal 2012, or whenever impairment indicators exist. As of April 2, 2011, cumulative impairment related to goodwill totaled $5.4 million. There were no charges related to the impairment of goodwill in the periods presented.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

Estimated amortization expense for each of the next five years is as follows (in thousands):

| Fiscal year ending | |
|---|---:|
| 2012 | $1,510 |
| 2013 | 1,463 |
| 2014 | 1,397 |
| 2015 | 1,397 |
| 2016 | 1,391 |
| | $7,158 |

As a result of impairment charges recognized in Fiscal 2011 related to certain retail stores, as described in Note 5, the Company recognized impairment charges of $1.8 million for lease rights related to those stores.

The Company owns and utilizes as its primary trademarks "MICHAEL KORS" for its collection lines of products, "MICHAEL MICHAEL KORS" and "KORS MICHAEL KORS" for its accessible luxury lines of products, and has registered or applied for registration of these and other trademarks for use in the United States and in numerous countries worldwide. The Company is a party to an agreement with Mr. Kors that, until the earlier of the consummation of an underwritten IPO of the Company's ordinary shares or January 29, 2013, restricts, without Mr. Kors' consent, any sale, license or other conveyance of rights in any trademark, or the creation of any lien on any trademark in connection with any indebtedness.

**7. Accrued Expenses and Other Current Liabilities**

Accrued expenses and other current liabilities consist of (in thousands):

| | April 2, 2011 | April 3, 2010 |
|---|---:|---:|
| Professional services | $ 1,115 | $1,398 |
| Advance royalty | 5,173 | 2,231 |
| Inventory purchases | 1,644 | 1,091 |
| Sales tax payable | 1,974 | 1,264 |
| Unrealized loss on foreign exchange contracts | 2,293 | 1,000 |
| Other | 5,087 | 2,465 |
| | $17,286 | $9,449 |

**8. Credit Facilities**

The Company has a secured revolving credit facility (as amended, the "Credit Facility"), which expires on August 1, 2012. The Credit Facility provides for up to $90.0 million of borrowings and a sub-limit for loans and letters of credit to the Company's European subsidiaries of $20.0 million. Interest on outstanding borrowings is based on stated margins of 1.75% above the prime rate or 3.00% above LIBOR. The Credit Facility further provides for aggregate credit available to the Company equal to the lesser of (i) $90.0 million or (ii) the sum of specified percentages of eligible receivables and eligible inventory, as defined, plus $30.0 million. Amounts outstanding under the Credit Facility are collateralized by substantially all the assets of the Company. The Credit Facility contains covenants that, among other things, require the Company to maintain a fixed charge coverage ratio, set limits on capital expenditures and indebtedness, and restrict the incurrence of additional liens and cash dividends.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

Borrowings under the Credit Facility accrue interest, at the Company's option, at the rate per annum announced from time to time by the agent of 1.75% above the prevailing prime rate, or at a per annum rate equal to 3.0% above the prevailing LIBOR rate. The weighted average interest rate for the Credit Facility was 4.53% during Fiscal 2011 and 3.89% for Fiscal 2010. The Credit Facility requires an annual facility fee of $0.1 million, payable quarterly, and an annual commitment fee of 0.25% on the unused portion of the available credit under the Credit Facility, payable quarterly.

As of April 2, 2011, the amount of borrowings outstanding on the Credit Facility was $12.8 million, and the amount available for future borrowings was $49.2 million. The largest amount borrowed during Fiscal 2011 was $46.2 million. At April 2, 2011, there were documentary letters of credit outstanding for approximately $17.0 million, and stand-by letters of credit outstanding of $11.0 million.

### 9. Commitments and Contingencies

*Leases*

The Company leases office space, retail stores and warehouse space under operating lease agreements that expire at various dates through April 2026. In addition to minimum rental payments, the leases require payment of increases in real estate taxes and other expenses incidental to the use of the property.

Rent expense for the Company's operating leases consist of the following (in thousands):

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Minimum rentals | $43,875 | $26,246 | $19,733 |
| Contingent rentals | 3,049 | 1,071 | 532 |
| Total rent expense | $46,924 | $27,317 | $20,265 |

Future minimum lease payments under the terms of these noncancelable operating lease agreements are as follows (in thousands):

| Fiscal year ending | |
| --- | --- |
| 2012 | $ 47,501 |
| 2013 | 46,598 |
| 2014 | 46,143 |
| 2015 | 46,349 |
| 2016 | 45,665 |
| Thereafter | 136,995 |
| | $ 369,251 |

The Company has issued stand-by letters of credit to guarantee certain of its retail and corporate operating lease commitments, aggregating $7.6 million at April 2, 2011.

*Service Agreements*

The Company has entered into agreements with varying terms and minimum commitments for consulting and advertising. Commitments with respect to these agreements amount to approximately $6.3 million for the year ending March 31, 2012. The terms of these agreements are generally less than two years.

F-17

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

*Long-term Employment Contract*

The Company has an employment agreement with one of its officers that provides for continuous employment through the date of the officer's death or permanent disability at a current salary of $2.5 million. In addition to the salary, the agreement provides for an annual bonus and other employee related benefits.

*Contingencies*

In the ordinary course of business, the Company is party to various legal proceedings and claims. Although the outcome of such items cannot be determined with certainty, the Company's management does not believe that the outcome of all pending legal proceedings in the aggregate will have a material adverse effect on its cash flow, results of operations or financial position.

**10. Fair Value of Financial Instruments**

Financial assets and liabilities are measured at fair value using a valuation hierarchy for disclosure of fair value measurements. The determination of the applicable level within the hierarchy of a particular asset or liability depends on the inputs used in valuation as of the measurement date, notably the extent to which the inputs are market-based (observable) or internally derived (unobservable). Observable inputs are inputs that market participants would use in pricing the asset or liability developed based on market data obtained from independent sources. Unobservable inputs are inputs based on a company's own assumptions about market participant assumptions developed based on the best information available in the circumstances. The hierarchy is broken down into three levels based on the reliability of inputs as follows:

Level 1 – Valuations based on quoted prices in active markets for identical assets or liabilities that a company has the ability to access at the measurement date.

Level 2 – Valuations based on quoted inputs other than quoted prices included within Level 1, that are observable for the asset or liability, either directly or indirectly through corroboration with observable market data.

Level 3 – Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

The Company has historically entered into forward exchange contracts to hedge the foreign currency exposure of its firm commitments to purchase certain inventory from its manufacturers in Europe, as well as commitments for certain services. The forward contracts that are used in the program mature in eighteen months or less, consistent with the related purchase commitments. The Company attempts to hedge the majority of its total anticipated European purchase and service contracts. Gains and losses applicable to derivatives used for purchase commitments are recognized in cost of sales, and those applicable to other services are recognized in selling, general and administrative expenses. In determining the fair value of the Company's foreign currency forward contracts, the Company's only derivative instruments, observable inputs were available at April 2, 2011, and thus were relied upon for the valuation of the Company's forward contracts.

F-18

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

The fair value of the forward contracts are included in prepaid expenses and other current assets, and in accrued expenses and other current liabilities in the consolidated balance sheets, depending on whether they represent assets or (liabilities) to the Company. Amounts charged to the statement of operations related to the changes in fair value of foreign currency contracts during Fiscal 2011, as a net loss, were approximately $2.5 million, most of which were charged to cost of goods sold. All contracts are categorized in Level 2 of the fair value hierarchy as shown in the following table (in thousands):

| | | Fair value at April 2, 2011, using: | | |
| --- | --- | --- | --- | --- |
| | Total | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) |
| Foreign currency forward contracts - U.S. Dollar | $ 745 | $ — | $ 745 | $ — |
| Foreign currency forward contracts - Euro | (2,293) | — | (2,293) | — |
| Total | $(1,548) | $ — | $ (1,548) | $ — |

The Company's cash and cash equivalents, accounts receivable and accounts payable, are recorded at carrying value, which approximates fair value. Borrowings under the Credit Facility are recorded at face value as the fair value of the Credit Facility is synonymous with its recorded value as it is a short-term debt facility due to its revolving nature.

**11. Stock-Based Compensation**

During Fiscal 2008, the Company adopted the Michael Kors (USA), Inc. Stock Option Plan (as amended and restated, the "2008 Plan"), which provides for the granting of options to purchase ordinary shares of Michael Kors Corporation, a wholly owned subsidiary of the Company, to certain employees and directors of the Company at the discretion of the Company's Option Committee. The 2008 Plan, as amended and restated, authorizes a total issuance of up to 23,980,823 ordinary shares. At April 2, 2011, there were 4,566,505 ordinary shares available for the granting of equity awards under the 2008 Plan. Option grants generally expire ten years from the date of the grant.

Stock options are generally exercisable at no less than the fair market value on the date of grant. All vesting is contingent upon the Company completing an IPO. Subject to completing an IPO, stock options may vest based upon the attainment of one of two performance measures. One measure is an individual performance target, which is based upon certain performance targets unique to the individual grantee, and the other measure is a company-wide performance target, which is based on a cumulative minimum growth requirement in consolidated net equity. The individual performance target vests 20% of the total option grant each year the target is satisfied. The individual has ten years in which to achieve five individual performance vesting tranches. The Company-wide performance target must be achieved over the ten-year term. Performance is measured at the end of the term, and any unvested options under the grant vest if the target is achieved. The Company-wide performance target is established at the time of the grant. The target metrics underlying individual performance vesting requirements are established for each recipient each year up until such time as the grant is fully vested.

F-19

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

The following table summarizes the activity for the 2008 Plan, and information about options outstanding at April 2, 2011:

| | Number of Options | Weighted Average Exercise price | Weighted Average Remaining Contractual Life (years) |
|---|---|---|---|
| Outstanding at April 3, 2010 | 12,777,054 | $  2.63 | |
| Granted | 7,105,072 | $  3.80 | |
| Exercised | — | $  — | |
| Canceled/forfeited | (467,810) | $  2.63 | |
| Outstanding at April 2, 2011 | 19,414,315 | $  3.06 | 8.17 |

At April 2, 2011, no options were exercisable as the Company had not completed an IPO. Accordingly, no compensation expense has been recognized for the periods presented. At the time the Company completes an IPO, compensation expense will be recognized for all options expected to vest. Such compensation expense will reflect an estimate for forfeitures based on the Company's forfeiture experience. Had the completion of an IPO occurred as of the beginning of the periods presented, compensation expense of $5.3 million, $1.6 million, and $3.6 million would have been recognized for the years ended April 2, 2011, April 3, 2010 and March 28, 2009, respectively.

The weighted average grant date fair value was $3.08, $0.96 and $0.68, for options granted during Fiscal 2011, Fiscal 2010 and Fiscal 2009, respectively.

The following table represents assumptions used to estimate the fair value of options:

| | Fiscal Years Ended | | |
|---|---|---|---|
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Expected dividend yield | 0.0% | 0.0% | 0.0% |
| Volatility factor | 46.7% | 46.4% | 45.4% |
| Weighted average risk-free interest rate | 3.2% | 3.9% | 3.9% |
| Expected life of option | 10 years | 10 years | 10 years |

## 12. Taxes

MKHL is incorporated in the British Virgin Islands and is generally not subject to taxation. MKHL's subsidiaries are subject to taxation in the United States and various other foreign jurisdictions which are aggregated in the "Non-US" information captioned below.

Income (loss) before provision for income taxes consisted of the following (in thousands):

| | Fiscal Years Ended | | |
|---|---|---|---|
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| United States | $134,197 | $48,300 | $16,665 |
| Non-U.S. | (978) | 6,647 | 5,582 |
| Total income before provision for income taxes | $133,219 | $54,947 | $22,247 |

F-20

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

The provision (benefit) for income taxes was as follows (in thousands):

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Current** | | | |
| U.S. Federal | $30,494 | $ 552 | $ 564 |
| U.S. State | 11,527 | 1,976 | 1,936 |
| Non-U.S. | 6,249 | 2,146 | 827 |
| Total current | 48,270 | 4,674 | 3,327 |
| **Deferred** | | | |
| U.S. Federal | 9,950 | 8,203 | 5,909 |
| U.S. State | 2,057 | 3,718 | 73 |
| Non-U.S. | 436 | (896) | (101) |
| Total deferred | 12,443 | 11,025 | 5,881 |
| Total provision for income taxes | $60,713 | $15,699 | $9,208 |

The following table summarizes the significant differences between the United States Federal statutory tax rate and the Company's effective tax rate for financial statement purposes:

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| U.S. federal statutory tax rate | 35.0% | 35.0% | 35.0% |
| State and local income taxes, net of federal benefit | 7.1% | 10.6% | 0.4% |
| Differences in tax effects on foreign income | 1.9% | -1.7% | -11.8% |
| Foreign tax credit | -1.1% | 0.0% | 0.0% |
| Reserve for potential witholding requirements[1] | 0.1% | 15.2% | 9.2% |
| Liability for uncertain tax positions | 0.3% | 0.5% | 0.0% |
| Effect of changes in valuation allowances on deferred tax assets | 2.5% | -1.4% | 6.4% |
| Other | -0.2% | 0.8% | 2.2% |
| | 45.6% | 28.6% | 41.4% |

(1)    During Fiscal 2010, as a result of the reorganization of certain of the Company's international operations, certain withholding tax requirements were eliminated and the related deferred tax liability previously required to be recognized of approximately $8.4 million was reversed.

F-21

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

Significant components of the Company's deferred tax assets (liabilities) consist of the following (in thousands):

|  | April 2, 2011 | April 3, 2010 |
|---|---|---|
| **Deferred tax assets** | | |
| Inventories | $ 4,683 | $ 1,453 |
| Payroll related accruals | 239 | 4,179 |
| Accrued interest | — | 2,621 |
| Deferred rent | 8,304 | 6,437 |
| Net operating loss carryforwards | 4,460 | 3,061 |
| Alternative minimum tax credit carryforward | — | 1,786 |
| Deferred revenue | 2,096 | 968 |
| Other | 794 | 1,331 |
|  | 20,576 | 21,836 |
| Valuation allowance | (4,387) | (1,067) |
| Total deferred tax assets | 16,189 | 20,769 |
| **Deferred tax liabilities** | | |
| Goodwill and intangibles | (1,380) | (1,377) |
| Depreciation | (10,602) | (2,817) |
| Other | (429) | (354) |
| Total deferred tax liabilities | (12,411) | (4,548) |
| Net deferred tax assets | $ 3,778 | $16,221 |

The Company maintains valuation allowances on deferred tax assets applicable to subsidiaries in jurisdictions for which separate income tax returns are filed where realization of the related deferred tax assets from future profitable operations is not reasonably assured. Deferred tax valuation allowances were increased in Fiscal 2011 by approximately $3.3 million, decreased in Fiscal 2010 by $0.8 million, and increased in Fiscal 2009 by $1.4 million. As a result of the attainment and expectation of achieving profitable operations in certain countries comprising the Company's European operations and certain state jurisdictions in the United States, for which deferred tax valuation allowances had been previously established, the Company released valuation allowances amounting to approximately $0.9 million in Fiscal 2011 and $1.1 million in Fiscal 2010. For Fiscal 2010, the release of the valuation allowance reflected a change in circumstances that caused a change in judgment about the realizability of certain deferred tax assets related to state and non-U.S. net operating losses.

The Company has U.S. state and non-U.S. net operating loss carryforwards of approximately $2.9 million and $27.6 million, respectively, that will begin to expire in 2026 and 2016, respectively.

As of April 2, 2011, the Company has accrued a liability of approximately $1.0 million related to uncertain tax positions, which includes accrued interest, which is included in other long-term liabilities in the consolidated balance sheets. The Company classifies interest and penalties related to unrecognized tax benefits as components of the provision for income taxes.

F-22

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

A reconciliation of the beginning and ending amounts of unrecognized tax benefits, excluding accrued interest, for Fiscal 2011 and Fiscal 2010, are presented below (in thousands):

|  | Fiscal Years Ended | |
|---|---|---|
|  | April 2, 2011 | April 3, 2010 |
| Unrecognized tax benefits beginning balance | $ 378 | $ — |
| Additions related to prior period tax positions | — | 255 |
| Additions related to current period tax positions | 675 | 123 |
| Decreases from prior period positions | (114) | — |
| Unrecognized tax benefits ending balance | $ 939 | $378 |

The total amount of unrecognized tax benefits that, if recognized, would impact the effective tax rate was approximately $0.9 million at April 2, 2011 and approximately $0.4 million at April 3, 2010.

The total amount of unrecognized tax benefits relating to the Company's tax positions is subject to change based on future events, including, but not limited to, the settlements of ongoing audits and/or the expiration of applicable statutes of limitations. The Company files income tax returns in the United States, for federal, state, and local purposes, and in certain foreign jurisdictions. With few exceptions, the Company is no longer subject to examinations by the relevant tax authorities for years prior to its fiscal year ended March 31, 2007.

The total amount of undistributed earnings of United States and other non-U.S. subsidiaries as of April 2, 2011 was approximately $109.7 million. It is the Company's intention to permanently reinvest undistributed earnings of its United States and non-U.S. subsidiaries and thereby indefinitely postpone their remittance. Accordingly, no provision has been made for withholding taxes or income taxes which may become payable if undistributed earnings are paid as dividends.

**13. Retirement Plans**

The Company maintains defined contribution plans for employees, who become eligible to participate after three months of service. Features of these plans allow participants to contribute to a plan a percentage of their compensation, up to statutory limits depending upon the country in which a plan operates, and provide for mandatory and/or discretionary matching contributions by the Company. For the years ended April 2, 2011 and April 3, 2010, the Company recognized expense of approximately $1.3 million and $0.9 million, respectively, related to these retirement plans. There were no contributions made during Fiscal 2009.

**14. Segment Information**

The Company operates its business in three reportable segments—Retail, Wholesale and Licensing—which are based on its business activities and organization. The operating segments are segments of the Company for which separate financial information is available and for which operating results are evaluated regularly by executive management in deciding how to allocate resources, as well as in assessing performance. The primary key performance indicators are net sales or revenue (in the case of Licensing) and operating income for each segment. The Company's reportable segments represent channels of distribution that offer similar merchandise, customer experience and sales/marketing strategies. Sales of the Company's products through Company owned stores for the Retail segment include "Collection," "Lifestyle" including "concessions," and outlet stores located throughout North America, Europe, and Japan. Products sold through the Retail segment include women's apparel, accessories (which include handbags and small leather goods such as wallets), women's footwear and

F-23

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

licensed products, such as watches, fragrances and eyewear. The Wholesale segment includes sales primarily to major department stores and specialty shops throughout North America, Europe and Japan. Products sold through the Wholesale segment include accessories (which include handbags and small leather goods such as wallets), footwear and women's and men's apparel. The Licensing segment includes royalties earned on licensed products and use of the Company's trademarks, and rights granted to third parties for the right to sell the Company's products in certain geographical regions such as Korea, the Philippines, Singapore, Malaysia, the Middle East and Turkey. All intercompany revenues are eliminated in consolidation and are not reviewed when evaluating segment performance. Corporate overhead expenses are allocated to the segments based upon specific usage or other allocation methods.

The Company has allocated $12.1 million and $1.9 million of its recorded goodwill to its Wholesale and Licensing segments, respectively. The Company does not have identifiable assets separated by segment. The following table presents the key performance information of the Company's reportable segments (in thousands):

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Revenue:** | | | |
| Net sales: Retail | $ 344,195 | $ 186,538 | $ 114,031 |
| Wholesale | 413,605 | 296,914 | 263,027 |
| Licensing | 45,539 | 24,647 | 20,016 |
| **Total revenue** | $ 803,339 | $ 508,099 | $ 397,074 |
| | | | |
| **Income (loss) from operations:** | | | |
| Retail[1] | $ 61,194 | $ 15,514 | $ (5,104) |
| Wholesale | 48,241 | 31,258 | 20,933 |
| Licensing | 27,431 | 9,402 | 8,409 |
| **Income from operations** | $ 136,866 | $ 56,174 | $ 24,238 |

(1) Included in the above table are impairment charges related to the retail segment for $3.8 million and $3.0 million, during the fiscal years ended April 2, 2011 and March 28, 2009, respectively.

Depreciation and amortization expense for each segment are as follows (in thousands):

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| Retail[1] | $16,526 | $11,969 | $ 8,123 |
| Wholesale | 8,894 | 6,799 | 5,773 |
| Licensing | 123 | 75 | 124 |
| **Total** | $25,543 | $18,843 | $14,020 |

(1) Excluded in the above table are impairment charges related to the retail segment for $3.8 million and $3.0 million, during the fiscal years ended April 2, 2011 and March 28, 2009, respectively.

F-24

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

Total revenue (as recognized based on country of origin), and long-lived assets by geographic location of the consolidated Company are as follows (in thousands):

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | April 2, 2011 | April 3, 2010 | March 28, 2009 |
| **Total revenue:** | | | |
| North America (U.S. and Canada) | $ 763,819 | $ 497,278 | $ 396,516 |
| Europe | 38,448 | 10,821 | 558 |
| Other regions | 1,072 | — | — |
| **Total revenue** | $ 803,339 | $ 508,099 | $ 397,074 |

| | April 2, 2011 | April 3, 2010 | |
| --- | --- | --- | --- |
| **Long-lived assets:** | | | |
| North America (U.S. and Canada) | $ 113,702 | $ 92,619 | |
| Europe | 19,539 | 10,086 | |
| Other regions | 1,878 | — | |
| **Total Long-lived assets:** | $ 135,119 | $ 102,705 | |

**15. Agreements with Shareholders and Related Party Transactions**

Pursuant to the shareholders' agreement, entered into during January 2003 and expiring in 2013, among the Company, the Parent and Mr. Kors, upon the death of Mr. Kors, his estate shall have the right for a period of 180 days after his death, to elect to sell to the Company all, but not less than all, of the ordinary shares of MKHL then owned by Mr. Kors for a price that is the greater of (i) the book value per share as of the month end preceding the death of Mr. Kors or (ii) the sum of the net income per share for the three fiscal years immediately preceding the death of Mr. Kors. The ordinary shares are presented in temporary equity in the Company's consolidated balance sheets as "contingently redeemable ordinary shares" for a value of $6.7 million, which represents the value of the ordinary shares on the date they were acquired by Mr. Kors. The Company has not considered it probable that the put right described above would become exercisable as the Company did not believe it was probable that Mr. Kors' death would occur during the ten-year period covered by the shareholder's agreement.

The Company has a note payable to the Parent with an outstanding balance of $101.7 million and $103.5 million at April 2, 2011 and April 3, 2010, respectively. The note is non-interest bearing and represents advances provided by the Parent aggregating $103.5 million, of which $1.8 million was repaid in Fiscal 2011. The note has a maturity date of March 31, 2013. Such note is required to be prepaid in the event the Company receives cash proceeds whether by a sale of securities in a public offering, sale of assets, merger, dividend, interest, principal repayment or otherwise.

The Company has agreed to indemnify Mr. Kors for tax obligations that might arise related to his exchange of shares in MKHL Canada with ordinary shares of MKHL, as described in Note 1, if certain events, which are within the control of the Company, occur with respect to the equity interests or business assets of the Company and its subsidiaries. Depending upon the occurrence of such events, the Company estimates that such indemnity could range up to approximately $3.5 million. However, as a result of the sale by Mr. Kors of his interests in the Company acquired in such exchange in the private placement described in Note 16, the Company's management does not believe that the Company will have any liability under this indemnity obligation.

F-25

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

**16. Subsequent Events**

In July 2011, the shareholders' agreement among the Company, the Parent and Mr. Kors, was terminated. As a result of the termination of this agreement, Mr. Kors' put right as described in Note 15 was eliminated, resulting in the amounts that were classified as contingently redeemable ordinary shares to be reclassified as permanent equity.

In July 2011, SHL Fashion and certain of its subsidiaries completed a corporate reorganization. As part of the reorganization, among other steps, SHL-Kors merged with and into the Company (the "First Merger"), with the Company as the surviving corporation, and then SHL Fashion merged with and into the Company (the "Second Merger"), with the Company as the surviving corporation.

Immediately prior to the First Merger, SHL-Kors and SHL Fashion distributed to the preference shareholders of SHL Fashion at the time in partial redemption of such preference shares amounts due from Mr. Kors and an affiliated company.

Immediately prior to the Second Merger, the Company issued 475,796 preference shares and 6,579,656 ordinary shares to SHL Fashion in consideration for the extinguishment of the Company's $101.7 million note payable to SHL Fashion. This exchange was based on the fair value of the Company at the time of exchange. In the Second Merger, Mr. Kors and the shareholders of SHL Fashion received 147,134,033 newly issued ordinary shares and 10,639,716 newly issued convertible preference shares of the Company in proportion to their ownership interests held prior to the Second Merger. The Company considered this transaction to be the acquisition of the non-controlling interest in the Company held by Mr. Kors, and accordingly the Company accounted for this transaction as an equity transaction.

As part of the reorganization, options to purchase shares of Michael Kors Corporation under the 2008 Plan were exchanged for options to purchase ordinary shares of the Company, in proportion to the interests held by such option holders at the time of the reorganization with the same terms and vesting conditions.

Following the reorganization, in July 2011, the Company completed a private placement whereby investors purchased (i) all 10,639,716 convertible preference shares issued in the reorganization to the SHL Fashion shareholders and Mr. Kors for $490 million, and (ii) 217,137 newly issued convertible preference shares of the Company for $10 million. In addition, the Company offered to redeem a portion of its outstanding stock option grants in the form of a net cash settlement. The Company ultimately redeemed certain stock options for approximately $10.7 million in cash during August 2011, which was charged to operations at the time of the redemption.

As a result of the aforementioned transactions, subsequent to April 2, 2011, the capital structure of the Company increased from 4,351 outstanding ordinary shares to 147,134,033 outstanding ordinary shares (650,000,000 authorized) and 10,856,853 authorized, issued and outstanding convertible preference shares. The preference shareholders are entitled to a liquidation preference, and if a qualified IPO does not occur within 18 months of the closing date of the private placement, a 10% dividend, payable quarterly. The liquidation preference is equal to the greater of the original purchase price of the preference shares plus accreted, accrued and unpaid dividends, or the amount that would be payable if all preference shares were converted into ordinary shares.

In September 2011, the Company amended the Credit Facility to, among other things, extend the maturity date by an additional three years and increase the credit limit to $100.0 million.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS — (CONTINUED)**

**17. Selected Quarterly Financial Information (Unaudited)**

The following table summarizes the Fiscal 2011 and 2010 quarterly results (dollars in thousands):

| | Fiscal Quarter Ended | | | |
| --- | --- | --- | --- | --- |
| | June | September | December | March |
| **Year Ended April 2, 2011** | | | | |
| Total Revenue | $ 151,516 | $ 189,369 | $ 222,451 | $ 240,003 |
| Gross profit | $ 82,354 | $ 102,827 | $ 126,763 | $ 134,121 |
| Income from operations | $ 17,180 | $ 32,122 | $ 44,930 | $ 42,634 |
| Net income | $ 11,752 | $ 15,663 | $ 27,718 | $ 17,443 |
| Weighted average ordinary shares outstanding: | | | | |
|     Basic | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
|     Diluted | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 |
| | | | | |
| **Year Ended April 3, 2010** | | | | |
| Total Revenue | $ 91,172 | $ 125,712 | $ 130,884 | $ 160,331 |
| Gross profit | $ 46,011 | $ 63,629 | $ 69,881 | $ 87,213 |
| Income from operations | $ 3,785 | $ 15,951 | $ 13,010 | $ 23,428 |
| Net income | $ 2,074 | $ 9,007 | $ 7,360 | $ 20,807 |
| Weighted average ordinary shares outstanding: | | | | |
|     Basic | 140,554,377 | 140,554,377 | 140,554,377 | 140,554,377 |
|     Diluted | 179,177,268 | 179,177,268 | 179,177,268 | 179,177,268 |

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except share data)**
**(Unaudited)**

| | October 1, 2011 | April 2, 2011 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 19,300 | $ 21,065 |
| Receivables, net | 104,104 | 80,081 |
| Inventories | 146,744 | 117,173 |
| Deferred tax assets | 8,795 | 7,322 |
| Prepaid expenses and other current assets | 26,449 | 19,757 |
| Total current assets | 305,392 | 245,398 |
| Property and equipment, net | 134,746 | 119,323 |
| Intangible assets, net | 14,969 | 15,796 |
| Goodwill | 14,005 | 14,005 |
| Deferred tax assets | 3,918 | 1,951 |
| Other assets | 6,186 | 3,022 |
| Total assets | $479,216 | $ 399,495 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities | | |
| Revolving line of credit | $ 16,218 | $ 12,765 |
| Accounts payable | 66,179 | 52,873 |
| Accrued payroll and payroll related expenses | 16,066 | 26,100 |
| Accrued income taxes | 4,653 | 18,701 |
| Accrued expenses and other current liabilities | 20,476 | 17,286 |
| Total current liabilities | 123,592 | 127,725 |
| Note payable to parent | — | 101,650 |
| Deferred rent | 37,539 | 29,381 |
| Deferred tax liabilities | 11,352 | 5,495 |
| Other long-term liabilities | 4,440 | 3,218 |
| Total liabilities | 176,923 | 267,469 |
| Commitments and contingencies | | |
| Contingently redeemable ordinary shares | — | 6,706 |
| Shareholders' equity | | |
| Convertible preference shares, no par value; 10,856,853 shares authorized, issued and outstanding at October 1, 2011, and 10,163,920 shares issued and outstanding at April 2, 2011. | — | — |
| Ordinary shares, no par value; 650,000,000 shares authorized, and 147,134,033 shares issued and outstanding at October 1, 2011, and 140,554,377 shares issued and outstanding at April 2, 2011 | — | — |
| Additional paid-in capital | 157,906 | 40,000 |
| Accumulated other comprehensive (loss) income | (1,621) | 4,033 |
| Retained earnings | 146,008 | 81,287 |
| Total shareholders' equity | 302,293 | 125,320 |
| Total liabilities and shareholders' equity | $479,216 | $ 399,495 |

See accompanying notes to consolidated financial statements.

F-28

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(In thousands, except share and per share data)**
**(Unaudited)**

| | Six Months Ended | |
| --- | --- | --- |
| | October 1, 2011 | October 2, 2010 |
| Net sales | $ 520,207 | $ 322,440 |
| Royalty revenue | 28,451 | 18,444 |
| Total revenue | 548,658 | 340,884 |
| Cost of goods sold | 236,589 | 155,704 |
| Gross profit | 312,069 | 185,180 |
| Selling, general and administrative expenses | 190,799 | 121,361 |
| Depreciation and amortization | 17,016 | 11,680 |
| Impairment of long-lived assets | — | 2,838 |
| Total operating expenses | 207,815 | 135,879 |
| Income from operations | 104,254 | 49,301 |
| Interest expense, net | 660 | 1,230 |
| Foreign currency income | (1,729) | (387) |
| Income before provision for income taxes | 105,323 | 48,458 |
| Provision for income taxes | 40,602 | 21,115 |
| Net income | 64,721 | 27,343 |
| Net income applicable to preference shareholders | 14,173 | 5,894 |
| Net income available for ordinary shareholders | $ 50,548 | $ 21,449 |
| Weighted average ordinary shares outstanding | | |
| Basic | 143,554,974 | 140,554,377 |
| Diluted | 183,378,696 | 179,177,268 |
| Net income per ordinary share | | |
| Basic | $ 0.35 | $ 0.15 |
| Diluted | $ 0.35 | $ 0.15 |

See accompanying notes to consolidated financial statements.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(in thousands, except share data)**
**(Unaudited)**

| | Convertible Peference Shares | | Ordinary Shares | | Additional Paid-in Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total |
|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | Shares | Amounts | | | | |
| **Balance at April 2, 2011** | 10,163,920 | $ — | 140,554,377 | $ — | $ 40,000 | $ 4,033 | $ 81,287 | $125,320 |
| Net income | — | — | — | — | — | — | 64,721 | 64,721 |
| Foreign currency translation adjustment | — | — | — | — | — | (5,654) | — | (5,654) |
| Total comprehensive income | — | — | — | — | — | — | — | 59,067 |
| Issuance of shares in exchange for note* | 475,796 | — | 6,579,656 | — | 101,650 | — | — | 101,650 |
| Elimination of contingent redemption on ordinary shares | — | — | — | — | 6,706 | — | — | 6,706 |
| Issuance of convertible preference shares | 217,137 | — | — | — | 9,550 | — | — | 9,550 |
| **Balance at October 1, 2011** | 10,856,853 | $ — | 147,134,033 | $ — | $ 157,906 | $ (1,621) | $146,008 | $302,293 |

\*    Represents the extinguishment of the note payable to the Company's parent.

See accompanying notes to consolidated financial statements.

F-30

Table of Contents

**MICHAEL KORS HOLDING LIMITED AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF CASH FLOWS**
**(In thousands)**
**(Unaudited)**

| | Six Months Ended | |
| --- | --- | --- |
| | October 1, 2011 | October 2, 2010 |
| **Cash flows from operating activities** | | |
| Net income | $ 64,721 | $ 27,343 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 17,016 | 11,680 |
| Impairment of property and equipment | — | 942 |
| Impairment of intangible assets | — | 1,896 |
| Unrealized foreign exchange gain | (1,729) | (387) |
| Amortization of deferred financing costs | 195 | 105 |
| Amortization of deferred rent | 2,199 | 2,059 |
| Deferred income tax provision | 2,417 | 2 |
| Change in assets and liabilities: | | |
| Receivables | (25,550) | 6,268 |
| Inventories | (30,689) | (27,230) |
| Prepaid expenses and other current assets | (6,981) | (5,266) |
| Other assets | (1,356) | (893) |
| Accounts payable | 13,814 | 18,979 |
| Accrued expenses and other current liabilities | (21,032) | 10,970 |
| Other liabilities and deferred credits | 6,839 | 5,723 |
| Net cash provided by operating activities | 19,864 | 52,191 |
| **Cash flows from investing activities** | | |
| Capital expenditures | (31,991) | (24,130) |
| Net cash used in investing activities | (31,991) | (24,130) |
| **Cash flows from financing activities** | | |
| Repayments under revolving credit agreement | (43,723) | (139,502) |
| Borrowings under revolving credit agreement | 47,176 | 121,477 |
| Bank overdraft | — | (4,380) |
| Proceeds from private placement | 9,550 | — |
| Payment of deferred financing costs | (1,983) | (123) |
| Net cash provided by (used in) financing activities | 11,020 | (22,528) |
| Effect of exchange rate changes on cash and cash equivalents | (658) | 312 |
| **Net (decrease) increase in cash and cash equivalents** | (1,765) | 5,845 |
| Beginning of period | 21,065 | 5,664 |
| End of period | $ 19,300 | $ 11,509 |
| **Supplemental disclosures of cash flow information** | | |
| Cash paid for interest | $ 812 | $ 327 |
| Cash paid for income taxes | $ 50,644 | $ 12,695 |
| **Supplemental disclosure of noncash investing and financing activities** | | |
| Accrued capital expenditures | $ 4,972 | $ 617 |

See accompanying notes to consolidated financial statements.

F-31

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**

## 1. Business and Basis of Presentation

Michael Kors Holdings Limited ("MKHL," and together with its subsidiaries, the "Company") was incorporated in the British Virgin Islands ("BVI") on December 13, 2002. MKHL is majority owned by Sportswear Holding Limited ("SHL ," or the "Parent"), a BVI corporation, and other investors. The Company is a leading designer, marketer, distributor and retailer of branded women's apparel and accessories and men's apparel bearing the Michael Kors tradename and related trademarks "MICHAEL KORS," "MICHAEL MICHAEL KORS," "KORS MICHAEL KORS" and various other related trademarks and logos. The Company's business consists of retail, wholesale and licensing segments. Retail operations consist of collection stores, lifestyle stores, including concessions and outlet stores located primarily in the United States, Canada, Europe and Japan. Wholesale revenues are principally derived from major department and specialty stores located throughout the United States, Canada and Europe. The Company licenses its trademarks on products such as fragrances, cosmetics, eyewear, leather goods, jewelry, watches, coats, footwear, men's suits, swimwear, furs and ties.

For all periods presented, all ordinary share and per share amounts in these consolidated financial statements and the notes hereto have been adjusted retroactively to reflect the effects of a 3.8-to-1 share split, which was completed on November 30, 2011, as well as the effects of the reorganization discussed in Note 2 below, as if such reorganization and share split had occurred at the beginning of the periods presented.

The consolidated financial statements are prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and include the accounts of the Company and its wholly-owned subsidiaries. All significant intercompany accounts and transactions have been eliminated. The consolidated financial statements as of October 1, 2011 and for the six months ended October 1, 2011 and October 2, 2010, are unaudited. In addition, certain information and footnote disclosures normally included in financial statements prepared in accordance with GAAP have been condensed or omitted. The interim financial statements reflect all normal and recurring adjustments, which are, in the opinion of management, necessary for a fair presentation in conformity with GAAP. The interim financial statements should be read in conjunction with the audited financial statements and notes thereto for the year ended April 1, 2011. The results of operations for the interim periods should not be considered indicative of results to be expected for the full year.

The Company utilizes a 52 to 53 week fiscal year ending on the Saturday closest to March 31. As such, the term "Fiscal Year" or "Fiscal" refers to the 52-week or 53-week period, ending on that day. The results for the six months ended October 1, 2011 and October 2, 2010 are each based on a 26-week period.

## 2. Reorganization and Private Placement

Prior to July 2011, the Company was owned 85% by SHL-Kors Limited, a BVI corporation, and 15% by Mr. Kors. SHL-Kors Limited was owned 100% by SHL Fashion Limited.

In July 2011, the Company underwent a corporate reorganization whereby the Company completed a merger with its former parent, SHL-Kors Limited, which merged with and into the Company, with the Company as the surviving corporation (the "First Merger"). Subsequent to the completion of the First Merger, SHL Fashion Limited, the former parent company of SHL-Kors Limited, merged with and into the Company (the "Second Merger"), with the Company as the surviving corporation. Upon completion of the Second Merger, all previous shareholders of SHL Fashion Limited and Mr. Kors became direct shareholders in the Company. Immediately prior to the Second Merger, the Company issued 475,796 preference shares and 6,579,656 ordinary shares to SHL Fashion Limited in consideration for the extinguishment of the Company's $101.7 million note payable to SHL Fashion Limited. This exchange was based on the fair value of the Company at the time of exchange. In the

F-32

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

Second Merger, Mr. Kors and the shareholders of SHL Fashion received 147,134,033 newly issued ordinary shares and 10,639,716 newly issued convertible preference shares of the Company in proportion to their ownership interests held prior to the Second Merger. The Company considered this transaction to be the acquisition of the non-controlling interest in the Company held by Mr. Kors, and, accordingly, the Company accounted for this transaction as an equity transaction.

Following the reorganization, in a private placement in July 2011, a group of investors purchased (i) all 10,639,716 convertible preference shares issued in the reorganization from the previous SHL Fashion Limited shareholders and Mr. Kors for $490 million, and (ii) 217,137 newly issued convertible preference shares from the Company for $10.0 million, of which $9.5 million in proceeds, net of placement fees of $0.5 million, were received by the Company. As a result of the aforementioned transactions, the capital structure of the Company increased from 4,351 issued and outstanding ordinary shares to 147,134,033 issued and outstanding ordinary shares (650,000,000 authorized) and 10,856,853 authorized, issued and outstanding convertible preference shares.

All of the outstanding preference shares are convertible into ordinary shares on a 3.8-to-1 basis, at the preference shareholder's request, or automatically immediately prior to the consummation of a qualified initial public offering ("IPO"). Moreover, participation rights allow for the holders of preference shares to share in dividends declared on a pro rata basis, should they occur. The preference shares have voting rights equal to those of ordinary shareholders, as well as a liquidation preference to ordinary shares. The liquidation preference is equal to the greater of the original purchase price of the preference shares plus accreted, accrued and unpaid dividends, or the amount that would be payable if all preference shares were converted into ordinary shares. In addition, should a qualified IPO not occur within 18 months from the closing date of the private placement, a 10% dividend will be assessed, payable quarterly.

In addition to the above, immediately prior to the reorganization, the redemption feature related to the contingently redeemable ordinary shares was eliminated, thereby, resulting in the reclassification of $6.7 million from temporary equity, which was classified as "contingently redeemable ordinary shares" in the Company's consolidated balance sheets, to permanent equity as additional paid-in capital (see Note 12).

**3. Summary of Significant Accounting Policies**

*Use of Estimates*

The preparation of financial statements in accordance with accounting principles generally accepted in the United States requires management to use judgment and make estimates that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The level of uncertainty in estimates and assumptions increases with the length of time until the underlying transactions are completed. The most significant assumptions and estimates involved in preparing the financial statements include allowances for customer deductions, sales returns, sales discounts and doubtful accounts, estimates of inventory recovery, the valuation of stock-based compensation, valuation of deferred taxes and the estimated useful lives used for amortization and depreciation of intangible assets and property and equipment. Actual results could differ from those estimates.

*Derivative Financial Instruments*

The Company uses forward currency exchange contracts to manage its exposure to fluctuations in foreign currency for certain of its transactions. The Company in its normal course of business enters into transactions with foreign suppliers and seeks to minimize risk related to these transactions. The Company records these

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

derivative instruments on the consolidated balance sheets at fair value. Though the Company uses forward contracts to hedge its cash flows, the Company does not designate these instruments as hedges for hedge accounting purposes. Accordingly, changes in the fair value of these contracts, as of each balance sheet date and upon maturity, are recorded in cost of sales or operating expenses, within the Company's consolidated statements of operations, as applicable to the transactions for which the forward exchange contracts were intended to hedge. For the six months ended October 1, 2011, the gain recognized in operations was $2.7 million. The following table details the fair value of these contracts as of October 1, 2011, and April 2, 2011 (in thousands):

|  | October 1, 2011 | April 2, 2011 |
|---|---|---|
| Prepaid expenses and other current assets | $1,677 | $ 745 |
| Accrued expenses and other current assets | $ (602) | $(2,293) |

The Company is exposed to the risk that counterparties to derivative contracts will fail to meet their contractual obligations. In attempts to mitigate counterparty credit risk, the Company enters into contracts with carefully selected financial institutions based upon their credit ratings and certain other financial factors, adhering to established limits for credit exposure. The aforementioned forward contracts generally have a term of no more than 18 months. The period of these contracts is directly related to the foreign transaction they are intended to hedge.

*Net Income Per Share*

The Company reports earnings per share in conformity with the two-class method for calculating and presenting earnings per share, due to the existence of both ordinary and convertible preference securities. Under the two-class method, basic net income per ordinary share is computed by dividing the net income available to ordinary shareholders by the weighted-average number of ordinary shares outstanding during the period. Net income available to shareholders is determined by allocating undistributed earnings between holders of ordinary and convertible preference shares, based on the participation rights of the preference shares. Diluted net income per share is computed by dividing the net income available to both ordinary and preference shareholders by the weighted-average number of dilutive shares outstanding during the period. As of October 1, 2011, no dividends on preference shares have been declared and no accretion in value of those shares has occurred.

Diluted net income per share reflects the potential dilution that would occur if stock option grants or any other dilutive equity instruments were exercised or converted into ordinary shares. These equity instruments are included as potential dilutive securities to the extent they are dilutive under the treasury stock method for the applicable periods. For the periods presented, no amounts other than convertible preference shares have been included in diluted weighted average shares.

For the purposes of basic and diluted net income per share, as a result of the reorganization and exchange during July 2011, weighted average shares outstanding for purposes of presenting net income per share on a comparative basis were retroactively restated for all periods presented to reflect the exchange of ordinary shares for the newly issued ordinary and convertible preference shares as described in Note 2, as if such reorganization and exchange had occurred at the beginning of the periods presented. In addition, as a result of the 3.8-to-1 share split, which was completed on November 30, 2011, weighted average shares outstanding were retroactively restated for all periods presented.

F-34

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

The components of the calculation of basic net income per ordinary share and diluted net income per ordinary share are as follows (in thousands except share and per share data):

|  | Six Months Ended | |
|---|---|---|
|  | October 1, 2011 | October 2, 2010 |
| Net income | $ 64,721 | $ 27,343 |
| Net income applicable to preference shareholders | 14,173 | 5,894 |
| Net income available for ordinary shareholders | 50,548 | 21,449 |
| Basic weighted average ordinary shares | 143,554,974 | 140,554,377 |
| Add: | | |
| Weighted average convertible preference shares | 39,823,722 | 38,622,891 |
| Diluted weighted average shares | 183,378,696 | 179,177,268 |
| Basic net income per ordinary share | $ 0.35 | $ 0.15 |
| Diluted net income per share | $ 0.35 | $ 0.15 |

Stock options for the six months ended October 1, 2011 and October 2, 2010 have been excluded from the calculation of diluted earnings per share as they were not exercisable during the periods presented, as the Company has not completed an IPO.

*Recent Accounting Pronouncements*—The Company has considered all new accounting pronouncements and has concluded that there are no new pronouncements that have a material impact on results of operations, financial condition, or cash flows, based on current information.

**4. Receivables**

Receivables consist of (in thousands):

|  | October 1, 2011 | April 2, 2011 |
|---|---|---|
| Trade receivables: | | |
| Credit risk assumed by factors | $ 99,819 | $ 82,111 |
| Credit risk retained by Company | 23,976 | 20,543 |
| Receivables due from licensees | 14,214 | 5,315 |
|  | 138,009 | 107,969 |
| Less allowances[1]: | (33,905) | (27,888) |
|  | $104,104 | $ 80,081 |

(1)    Allowances consist of the following: sales returns, discounts and credits, as well as doubtful accounts, which were $0.3 million and $0.4 million, at October 1, 2011 and April 2, 2011, respectively.

The Company has historically assigned a substantial portion of its trade receivables to factors in the United States and Europe whereby the factors assumed credit risk with respect to such receivables assigned. Under the factor agreements, factors bear the risk of loss from the financial inability of the customer to pay the trade receivable when due, up to such amounts as accepted by the factor; but not the risk of non-payment of such trade receivable for any other reason. The Company provides an allowance for such non-payment risk at the time of sale.

Table of Contents

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

Receivables are presented net of allowances for sales returns, discounts, markdowns, operational chargebacks and doubtful accounts. Sales returns are determined based on an evaluation of current market conditions and historical returns experience. Discounts are based on open invoices where trade discounts have been extended to customers. Markdowns are based on retail sales performance, seasonal negotiations with customers, historical deduction trends and an evaluation of current market conditions. Operational chargebacks are based on deductions taken by customers, net of expected recoveries. Such provisions, and related recoveries, are reflected in net sales.

The allowance for doubtful accounts is determined through analysis of periodic aging of receivables for which credit risk is not assumed by the factors and assessments of collectability based on an evaluation of historic and anticipated trends, the financial conditions of the Company's customers and the impact of general economic conditions. The past due status of a receivable is based on its contractual terms. Amounts deemed uncollectible are written off against the allowance when it is probable the amounts will not be recovered.

**5. Property and Equipment**

Property and equipment consist of (in thousands):

|  | October 1, 2011 | April 2, 2011 |
|---|---|---|
| Furniture and fixtures | $ 46,475 | $ 39,564 |
| Equipment | 9,114 | 8,593 |
| Computer equipment and software | 15,618 | 14,042 |
| In-store shops | 33,658 | 30,970 |
| Leasehold improvements | 110,922 | 95,020 |
|  | 215,787 | 188,189 |
| Less: accumulated depreciation and amortization | (94,181) | (77,694) |
| Subtotal | 121,606 | 110,495 |
| Construction-in-progress | 13,139 | 8,828 |
|  | $134,746 | $119,323 |

Depreciation and amortization of property and equipment for the six months ended October 1, 2011 and October 2, 2010, was $16.2 million and $11.1 million, respectively. For the six months ended October 2, 2010, the Company recorded an impairment charge of $0.9 million related to a retail store still in operations.

**6. Intangible Assets and Goodwill**

The following table discloses the carrying values of intangible assets and goodwill (in thousands):

|  | October 1, 2011 | | | April 2, 2011 | | |
|---|---|---|---|---|---|---|
|  | Gross Carrying Amount | Accumulated Amortization | Net | Gross Carrying Amount | Accumulated Amortization | Net |
| Trademarks | $23,000 | $ 9,970 | $13,030 | $23,000 | $ 9,395 | $13,605 |
| Lease rights | 3,823 | 1,884 | 1,939 | 3,823 | 1,632 | 2,191 |
| Goodwill | 14,005 | — | 14,005 | 14,005 | — | 14,005 |
|  | $40,828 | $ 11,854 | $28,974 | $40,828 | $ 11,027 | $29,801 |

F-36

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

The trademarks relate to the Company's brand name and are amortized over twenty years. Lease rights are amortized over the respective terms of the underlying lease. Amortization expense was $0.8 million and $0.6 million, for the six months ended October 1, 2011 and October 2, 2010, respectively.

Goodwill is not amortized but will be assessed for impairment in the last quarter of Fiscal 2012, or whenever impairment indicators exist. As of October 1, 2011, cumulative impairment related to goodwill totaled $5.4 million. There were no charges related to the impairment of goodwill in the periods presented.

Estimated amortization expense for each of the next five years is as follows (in thousands):

| | |
|---|---:|
| Remainder of Fiscal 2012 | $ 742 |
| Fiscal 2013 | 1,463 |
| Fiscal 2014 | 1,397 |
| Fiscal 2015 | 1,397 |
| Fiscal 2016 | 1,391 |
| | $6,390 |

As a result of an impairment charge recognized during the six months ended October 2, 2010, related to a retail store, as described in Note 5, the Company recognized an impairment charge of $1.8 million for lease rights related to that store.

**7. Credit Facilities**

The Company has a secured revolving credit facility as amended (the "Credit Facility"), which expires on September 15, 2015. The Credit Facility provides for up to $100.0 million of borrowings and a sub-limit for loans and letters of credit to the Company's European subsidiaries of $35.0 million. The Credit Facility provides for aggregate credit available to the Company equal to the lesser of (i) $100.0 million or (ii) the sum of specified percentages of eligible receivables and eligible inventory, as defined, plus $30.0 million. Amounts outstanding under the Credit Facility are collateralized by substantially all the assets of the Company. The Credit Facility contains covenants that, among other things, require the Company to maintain a fixed charge coverage ratio, set limits on capital expenditures and indebtedness, and restrict the incurrence of additional liens and cash dividends.

Borrowings under the Credit Facility accrue interest at the rate per annum announced from time to time by the agent of 1.25% above the prevailing applicable prime rate, or at a per annum rate equal to 2.25% above the prevailing LIBOR rate. The weighted average interest rate for the Credit Facility was 4.17% for the six months ended October 1, 2011 and 4.45% for the six months ended October 2, 2010. The Credit Facility requires an annual facility fee of $0.1 million, payable quarterly, and an annual commitment fee of 0.35% on the unused portion of the available credit under the Credit Facility, payable quarterly.

As of October 1, 2011, the amount of borrowings outstanding on the Credit Facility was $16.2 million, and the amount available for future borrowings was $56.4 million. The largest amount borrowed during the six months ended October 1, 2011 was $34.1 million. At October 1, 2011, there were documentary letters of credit outstanding for approximately $16.6 million and stand-by letters of credit outstanding of $10.8 million.

**8. Commitments and Contingencies**

In the ordinary course of business, the Company is party to various legal proceedings and claims. Although the outcome of such items cannot be determined with certainty, the Company's management does not believe that the outcome of all pending legal proceedings in the aggregate will have a material adverse effect on its cash flow, results of operations or financial position.

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

**9. Fair Value of Financial Instruments**

Financial assets and liabilities are measured at fair value using a valuation hierarchy for disclosure of fair value measurements. The determination of the applicable level within the hierarchy of a particular asset or liability depends on the inputs used in valuation as of the measurement date, notably the extent to which the inputs are market-based (observable) or internally derived (unobservable). Observable inputs are inputs that market participants would use in pricing the asset or liability developed based on market data obtained from independent sources. Unobservable inputs are inputs based on a company's own assumptions about market participant assumptions developed based on the best information available in the circumstances. The hierarchy is broken down into three levels based on the reliability of inputs as follows:

Level 1 – Valuations based on quoted prices in active markets for identical assets or liabilities that a company has the ability to access at the measurement date.

Level 2 – Valuations based on quoted inputs other than quoted prices included within Level 1, that are observable for the asset or liability, either directly or indirectly through corroboration with observable market data.

Level 3 – Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

The Company has historically entered into forward exchange contracts to hedge the foreign currency exposure of its firm commitments to purchase certain inventory from its foreign suppliers, as well as commitments for certain services. The forward contracts that are used in the program mature in eighteen months or less, consistent with the related purchase commitments. The Company attempts to hedge the majority of its total anticipated European purchase and service contracts. Gains and losses applicable to derivatives used for purchase commitments are recognized in cost of sales, and those applicable to other services are recognized in selling, general and administrative expenses. In determining the fair value of the Company's foreign currency forward contracts, the Company's only derivative instruments, observable inputs were available at October 1, 2011, and thus were relied upon for the valuation of the Company's forward contracts.

The fair value of the forward contracts are included in prepaid expenses and other current assets, and in accrued expenses and other current liabilities in the consolidated balance sheets, depending on whether they represent assets or (liabilities) to the Company. Amounts recorded to the statement of operations related to the changes in fair value of foreign currency contracts during the six months ended October 1, 2011, as a net gain, were approximately $2.7 million, most of which were included in cost of goods sold. All contracts are categorized in Level 2 of the fair value hierarchy as shown in the following table (in thousands):

| (In thousands) | Total | Fair value at October 1, 2011, using: | | |
| | | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) |
|---|---|---|---|---|
| Foreign currency forward Contracts- US Dollar | $ (602) | $ — | $ (602) | $ — |
| Foreign currency forward Contracts- EURO | 1,677 | — | 1,677 | — |
| Total | $1,075 | $ — | $ 1,075 | $ — |

F-38

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

The Company's cash and cash equivalents, accounts receivable and accounts payable, are recorded at carrying value, which approximates fair value. Borrowings under the Credit Facility are recorded at face value as the fair value of the Credit Facility is synonymous with its recorded value as it is a short-term debt facility due to its revolving nature.

**10. Stock-Based Compensation**

During Fiscal 2008, the Company adopted the Michael Kors (USA), Inc. Stock Option Plan (as amended and restated, the "2008 Plan"), which provides for the granting of options to purchase ordinary shares of Michael Kors Corporation, a wholly owned subsidiary of the Company, to certain employees and directors of the Company at the discretion of the Company's Option Committee. The 2008 Plan, as amended and restated, authorizes a total issuance of up to 23,980,823 ordinary shares. At October 1, 2011, there were 1,663,222 ordinary shares available for the granting of equity awards under the 2008 Plan. Option grants generally expire ten years from the date of the grant.

Stock options are generally exercisable at no less than the fair market value on the date of grant. All vesting is contingent upon the Company completing an IPO. Subject to completing an IPO, stock options may vest based upon the attainment of one of two performance measures. One measure is an individual performance target, which is based upon certain performance targets unique to the individual grantee, and the other measure is a company-wide performance target, which is based on a cumulative minimum growth requirement in consolidated net equity. The individual performance target vests 20% of the total option grant each year the target is satisfied. The individual has ten years in which to achieve five individual performance vesting tranches. The company-wide performance target must be achieved over the ten-year term. Performance is measured at the end of the term, and any unvested options under the grant vest if the target is achieved. The Company-wide performance target is established at the time of the grant. The target metrics underlying individual performance vesting requirements are established for each recipient each year up until such time as the grant is fully vested.

The following table summarizes the activity for the 2008 Plan, and information about options outstanding at October 1, 2011

| | Number of Options | Weighted Average Exercise price | Weighted Average Remaining Contractual Life (years) |
|---|---|---|---|
| Outstanding at April 2, 2011 | 19,414,315 | $ 3.06 | |
| Granted | 3,055,952 | $ 12.12 | |
| Redeemed* | (1,140,984) | $ 2.75 | |
| Canceled/forfeited | (152,668) | $ 4.99 | |
| Outstanding at October 1, 2011 | 21,176,615 | $ 4.37 | 8.03 |

---

\*    The Company redeemed certain option grants during August 2011, for which it paid cash consideration of $10.7 million, representing the $12.12 share value established at the time of the private placement, less the exercise price of the option grants in the aggregate. The redemption was charged to selling, general and administrative expenses during the six months ended October 1, 2011.

At October 1, 2011, no options were exercisable as the Company had not completed an IPO. Accordingly, no compensation expense has been recognized for the periods presented. At the time the Company completes an IPO, compensation expense will be recognized for all options expected to vest. Such compensation expense will reflect an estimate for forfeitures based on the Company's forfeiture experience. Had the Company completed an

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

IPO as of beginning of the periods presented, compensation expense of $5.3 million and $0.9 million would have been recognized for the six months ended October 1, 2011 and October 2, 2010, respectively.

The weighted average grant date fair value was $6.90 for options granted during the six months ended October 1, 2011. There were no options granted during the six months ended October 2, 2010.

The following table represents assumptions used to estimate the fair value of options:

|  | Six Months Ended | |
| --- | --- | --- |
|  | October 1, 2011 | October 2, 2010 |
| Expected dividend yield | 0.0% | N/A |
| Volatility factor | 43.7% | N/A |
| Weighted average risk-free interest rate | 2.4% | N/A |
| Expected life of option | 10 years | N/A |

**11. Segment Information**

The Company operates its business in three reportable segments—Retail, Wholesale and Licensing—which are based on its business activities and organization. The operating segments are segments of the Company for which separate financial information is available and for which operating results are evaluated regularly by executive management in deciding how to allocate resources, as well as in assessing performance. The primary key performance indicators are net sales or revenue (in the case of Licensing) and operating income for each segment. The Company's reportable segments represent channels of distribution that offer similar merchandise, customer experience and sales/marketing strategies. Sales of the Company's products through Company owned stores for the Retail segment include "Collection," "Lifestyle" including "concessions," and outlet stores located throughout North America, Europe, and Japan. Products sold through the Retail segment include women's apparel, accessories (which include handbags and small leather goods such as wallets), women's footwear and licensed products, such as watches, fragrances and eyewear. The Wholesale segment includes sales primarily to major department stores and specialty shops throughout North America, Europe and Japan. Products sold through the Wholesale segment include accessories (which include handbags and small leather goods such as wallets), footwear and women's and men's apparel. The Licensing segment includes royalties earned on licensed products and use of the Company's trademarks, and rights granted to third parties for the right to sell the Company's products in certain geographical regions such as Korea, the Philippines, Singapore, Malaysia, the Middle East and Turkey. All intercompany revenues are eliminated in consolidation and are not reviewed when evaluating segment performance. Corporate overhead expenses are allocated to the segments based upon specific usage or other allocation methods.

F-40

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

The Company has allocated $12.1 million and $1.9 million of its recorded goodwill to its Wholesale and Licensing segments, respectively. The Company does not have identifiable assets separated by segment. The following table presents the key performance information of the Company's reportable segments (in thousands):

| | Six Months Ended | |
| --- | --- | --- |
| | October 1, 2011 | October 2, 2010 |
| **Revenue:** | | |
| Net sales: Retail | $ 255,377 | $ 139,639 |
| Wholesale | 264,830 | 182,801 |
| Licensing | 28,451 | 18,444 |
| **Total Revenue** | $ 548,658 | $ 340,884 |
| **Income from Operations:** | | |
| Retail[1] | $ 53,181 | $ 19,339 |
| Wholesale | 32,745 | 21,214 |
| Licensing | 18,328 | 8,748 |
| **Income from operations** | $ 104,254 | $ 49,301 |

(1)   Included in the above table are impairment charges related to the retail segment for $2.8 million during the six months ended October 2, 2010.

Depreciation and amortization expense for each segment are as follows (in thousands):

| | Six Months Ended | |
| --- | --- | --- |
| | October 1, 2011 | October 2, 2010 |
| **Depreciation and Amortization:** | | |
| Retail[1] | $11,224 | $ 7,389 |
| Wholesale | 5,677 | 4,238 |
| Licensing | 115 | 53 |
| **Total depreciation and amortization** | $17,016 | $11,680 |

(1)   Excluded in the above table are impairment charges related to the retail segment for $2.8 million during the six months ended October 2, 2010.

F-41

**Table of Contents**

**MICHAEL KORS HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED) — (CONTINUED)**

Total revenue (as recognized based on country of origin), and long-lived assets by geographic location of the consolidated Company are as follows (in thousands):

| | Six Months Ended | |
| --- | --- | --- |
| | October 1, 2011 | October 2, 2010 |
| **Net revenues:** | | |
| North America (U.S. and Canada) | $ 500,470 | $ 327,098 |
| Europe | 44,573 | 13,653 |
| Other regions | 3,615 | 133 |
| **Total net revenues** | $ 548,658 | $ 340,884 |

| | As of | |
| --- | --- | --- |
| | October 1, 2011 | April 2, 2011 |
| **Long-lived assets:** | | |
| North America (U.S. and Canada) | $ 126,136 | $ 113,702 |
| Europe | 20,167 | 19,539 |
| Other regions | 3,412 | 1,878 |
| **Total Long-lived assets** | $ 149,715 | $ 135,119 |

**12. Agreements with Shareholders and Related Party Transactions**

The shareholder's agreement between the Company, SHL-Kors Limited (the Company's former parent), and Mr. Kors, which provided for the right of the estate of Mr. Kors for a period of 180 days after his death, to elect to sell to the Company all, but not less than all, of the ordinary shares of MKHL then owned by Mr. Kors, was terminated prior to the time of the reorganization as described in Note 2. As a result of this termination, the ordinary shares that were presented in temporary equity in the Company's consolidated balance sheet at April 2, 2011 as "contingently redeemable ordinary shares" for a value of $6.7 million (which represented the value of the ordinary shares on the date they were acquired by Mr. Kors), were reclassified to permanent equity during July 2011.

During July 2011, the note payable to the Company's former parent, for $101.7 million, was exchanged for 475,796 preference shares and 6,579,662 ordinary shares, after taking into effect the impact of the share exchange that resulted from the reorganization discussed in Note 2. Accordingly, as of October 1, 2011, there are no outstanding balances related to the note.

**13. Subsequent Events**

The Company has evaluated subsequent events through November 21, 2011, the date the financial statements were issued. No significant events occurred subsequent to the balance sheet date but prior to November 21, 2011, that would have a material impact on the consolidated financial statements.

**Table of Contents**

**47,200,000 Ordinary Shares**



# Michael Kors Holdings Limited

---

**PROSPECTUS**

---

*Joint Book-Running Managers*

| Morgan Stanley | J.P. Morgan | Goldman, Sachs & Co. |
| --- | --- | --- |

*Co-Managers*

| Baird | Jefferies | Nomura | Piper Jaffray |
| --- | --- | --- | --- |

December 14, 2011

**Until January 8, 2012 (25 days after the date of this prospectus), all dealers that effect transactions in these securities, whether or not participating in this offering, may be required to deliver a prospectus. This is in addition to the dealers' obligation to deliver a prospectus when acting as underwriters and with respect to their unsold allotments or subscriptions.**

# EXHIBIT T

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended December 25, 2021**
or
☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to**
**Commission file number: 001-35368**

# CAPRI
## HOLDINGS LIMITED

**(Exact Name of Registrant as Specified in Its Charter)**

| British Virgin Islands | N/A |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**33 Kingsway**
**London, United Kingdom**
**WC2B 6UF**
**(Address of principal executive offices)**

**(Registrant's telephone number, including area code: 44 207 632 8600)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|
| Ordinary Shares, no par value | CPRI | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.        ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).        ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.        ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).        ☐ Yes ☒ No

As of January 26, 2022, Capri Holdings Limited had 147,615,288 ordinary shares outstanding.

**TABLE OF CONTENTS**

| | | | Page No. |
|---|---|---|---|
| | **PART I FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements | | 3 |
| | Consolidated Balance Sheets (unaudited) as of December 25, 2021 and March 27, 2021 | | 3 |
| | Consolidated Statements of Operations and Comprehensive Income (unaudited) for the three and nine months ended December 25, 2021 and December 26, 2020 | | 4 |
| | Consolidated Statements of Shareholders' Equity (unaudited) for the three and nine months ended December 25, 2021 and December 26, 2020 | | 5 |
| | Consolidated Statements of Cash Flows (unaudited) for the nine months ended December 25, 2021 and December 26, 2020 | | 7 |
| | Notes to Consolidated Financial Statements (unaudited) | | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 31 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 50 |
| Item 4. | Controls and Procedures | | 52 |
| | **PART II OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | | 53 |
| Item 1A. | Risk Factors | | 53 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | | 53 |
| Item 5. | Other Information | | 53 |
| Item 6. | Exhibits | | 54 |
| Signatures | | | 55 |

**PART I - FINANCIAL INFORMATION**
**ITEM 1. FINANCIAL STATEMENTS**

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In millions, except share data)**
**(Unaudited)**

| | | December 25, 2021 | | March 27, 2021 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 261 | $ | 232 |
| Receivables, net | | 449 | | 373 |
| Inventories, net | | 978 | | 736 |
| Prepaid expenses and other current assets | | 384 | | 205 |
| Total current assets | | 2,072 | | 1,546 |
| Property and equipment, net | | 460 | | 485 |
| Operating lease right-of-use assets | | 1,401 | | 1,504 |
| Intangible assets, net | | 1,895 | | 1,992 |
| Goodwill | | 1,447 | | 1,498 |
| Deferred tax assets | | 178 | | 278 |
| Other assets | | 227 | | 178 |
| Total assets | $ | 7,680 | $ | 7,481 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 593 | $ | 512 |
| Accrued payroll and payroll related expenses | | 149 | | 116 |
| Accrued income taxes | | 166 | | 126 |
| Short-term operating lease liabilities | | 437 | | 447 |
| Short-term debt | | 26 | | 123 |
| Accrued expenses and other current liabilities | | 381 | | 297 |
| Total current liabilities | | 1,752 | | 1,621 |
| Long-term operating lease liabilities | | 1,503 | | 1,657 |
| Deferred tax liabilities | | 443 | | 397 |
| Long-term debt | | 976 | | 1,219 |
| Other long-term liabilities | | 231 | | 430 |
| Total liabilities | | 4,905 | | 5,324 |
| Commitments and contingencies (Note 10) | | | | |
| Shareholders' equity | | | | |
| Ordinary shares, no par value; 650,000,000 shares authorized; 221,322,510 shares issued and 147,252,018 outstanding at December 25, 2021; 219,222,937 shares issued and 151,280,011 outstanding at March 27, 2021 | | - | | - |
| Treasury shares, at cost (74,070,492 shares at December 25, 2021 and 67,942,926 shares at March 27, 2021) | | (3,686) | | (3,326) |
| Additional paid-in capital | | 1,238 | | 1,158 |
| Accumulated other comprehensive income | | 213 | | 56 |
| Retained earnings | | 5,011 | | 4,270 |
| Total shareholders' equity of Capri | | 2,776 | | 2,158 |
| Noncontrolling interest | | (1) | | (1) |
| Total shareholders' equity | | 2,775 | | 2,157 |
| Total liabilities and shareholders' equity | $ | 7,680 | $ | 7,481 |

See accompanying notes to consolidated financial statements.

3

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME**
**(In millions, except share and per share data)**
**(Unaudited)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| Total revenue | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |
| Cost of goods sold | 561 | 454 | 1,374 | 1,003 |
| Gross profit | 1,048 | 848 | 2,788 | 1,860 |
| Selling, general and administrative expenses | 656 | 538 | 1,800 | 1,414 |
| Depreciation and amortization | 47 | 52 | 146 | 160 |
| Impairment of assets | - | 90 | 33 | 110 |
| Restructuring and other charges | 14 | 1 | 25 | 18 |
| Total operating expenses | 717 | 681 | 2,004 | 1,702 |
| Income from operations | 331 | 167 | 784 | 158 |
| Other income, net | - | (3) | (2) | (4) |
| Interest (income) expense, net | (7) | 10 | (11) | 39 |
| Foreign currency (gain) loss | (4) | (13) | 1 | (16) |
| Income before income taxes | 342 | 173 | 796 | 139 |
| Provision for (benefit from) income taxes | 19 | (5) | 54 | 20 |
| Net income | 323 | 178 | 742 | 119 |
| Less: Net income (loss) attributable to noncontrolling interest | 1 | (1) | 1 | (2) |
| Net income attributable to Capri | $ 322 | $ 179 | $ 741 | $ 121 |
| | | | | |
| Weighted average ordinary shares outstanding: | | | | |
| Basic | 149,717,485 | 150,661,252 | 150,975,773 | 150,236,612 |
| Diluted | 152,375,294 | 151,958,057 | 153,834,120 | 151,417,457 |
| Net income per ordinary share attributable to Capri: | | | | |
| Basic | $ 2.15 | $ 1.19 | $ 4.91 | $ 0.80 |
| Diluted | $ 2.11 | $ 1.18 | $ 4.82 | $ 0.80 |
| | | | | |
| Statements of Comprehensive Income: | | | | |
| Net income | $ 323 | $ 178 | $ 742 | $ 119 |
| Foreign currency translation adjustments | 34 | (27) | 147 | 26 |
| Net gain (loss) on derivatives | 5 | (7) | 9 | (10) |
| Comprehensive income | 362 | 144 | 898 | 135 |
| Less: Net income (loss) attributable to noncontrolling interest | 1 | (1) | 1 | (2) |
| Less: Foreign currency translation adjustments attributable to noncontrolling interest | - | - | (1) | - |
| Comprehensive income attributable to Capri | $ 361 | $ 145 | $ 898 | $ 137 |

See accompanying notes to consolidated financial statements.

4

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(In millions, except share data which is in thousands)**
**(Unaudited)**

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at September 25, 2021** | 221,296 | $    - | $   1,225 | (70,849) | $  (3,486) | $   174 | $  4,689 | $  2,602 | $  (2) | $  2,600 |
| Net income | - | - | - | - | - | - | 322 | 322 | 1 | 323 |
| Other comprehensive income | - | - | - | - | - | 39 | - | 39 | - | 39 |
| Total comprehensive income | - | - | - | - | - | - | - | 361 | 1 | 362 |
| Vesting of restricted awards, net of forfeitures | 27 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | - | - | - | - | - | - | - | - | - | - |
| Share based compensation expense | - | - | 13 | - | - | - | - | 13 | - | 13 |
| Repurchase of ordinary shares | - | - | - | (3,222) | (200) | - | - | (200) | - | (200) |
| **Balance at December 25, 2021** | 221,323 | $    - | $   1,238 | (74,071) | $  (3,686) | $   213 | $  5,011 | $  2,776 | $  (1) | $  2,775 |

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at March 27, 2021** | 219,223 | $    - | $   1,158 | (67,943) | $  (3,326) | $   56 | $  4,270 | $  2,158 | $  (1) | $  2,157 |
| Net income | - | - | - | - | - | - | 741 | 741 | 1 | 742 |
| Other comprehensive income (loss) | - | - | - | - | - | 157 | - | 157 | (1) | 156 |
| Total comprehensive income | - | - | - | - | - | - | - | 898 | - | 898 |
| Vesting of restricted awards, net of forfeitures | 1,817 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | 283 | - | 11 | - | - | - | - | 11 | - | 11 |
| Share based compensation expense | - | - | 69 | - | - | - | - | 69 | - | 69 |
| Repurchase of ordinary shares | - | - | - | (6,128) | (360) | - | - | (360) | - | (360) |
| **Balance at December 25, 2021** | 221,323 | $    - | $   1,238 | (74,071) | $  (3,686) | $   213 | $  5,011 | $  2,776 | $  (1) | $  2,775 |

5

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(In millions, except share data which is in thousands)**
**(Unaudited)**

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at September 26, 2020** | 218,563 | $ - | $ 1,126 | (67,942) | $ (3,326) | $ 125 | $ 4,274 | $ 2,199 | $ - | $ 2,199 |
| Net income (loss) | - | - | - | - | - | - | 179 | 179 | (1) | 178 |
| Other comprehensive loss | - | - | - | - | - | (34) | - | (34) | - | (34) |
| Total comprehensive income (loss) | - | - | - | - | - | - | - | 145 | (1) | 144 |
| Vesting of restricted awards, net of forfeitures | 41 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | 21 | - | - | - | - | - | - | - | - | - |
| Share based compensation expense | - | - | 12 | - | - | - | - | 12 | - | 12 |
| Repurchase of ordinary shares | - | - | - | (1) | - | - | - | - | - | - |
| **Balance at December 26, 2020** | 218,625 | $ - | $ 1,138 | (67,943) | $ (3,326) | $ 91 | $ 4,453 | $ 2,356 | $ (1) | $ 2,355 |

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at March 28, 2020** | 217,320 | $ - | $ 1,085 | (67,894) | $ (3,325) | $ 75 | $ 4,332 | $ 2,167 | $ 1 | $ 2,168 |
| Net income (loss) | - | - | - | - | - | - | 121 | 121 | (2) | 119 |
| Other comprehensive income | - | - | - | - | - | 16 | - | 16 | - | 16 |
| Total comprehensive income (loss) | - | - | - | - | - | - | - | 137 | (2) | 135 |
| Vesting of restricted awards, net of forfeitures | 1,037 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | 268 | - | - | - | - | - | - | - | - | - |
| Share based compensation expense | - | - | 53 | - | - | - | - | 53 | - | 53 |
| Repurchase of ordinary shares | - | - | - | (49) | (1) | - | - | (1) | - | (1) |
| **Balance at December 26, 2020** | 218,625 | $ - | $ 1,138 | (67,943) | $ (3,326) | $ 91 | $ 4,453 | $ 2,356 | $ (1) | $ 2,355 |

See accompanying notes to consolidated financial statements.

6

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In millions)**
**(Unaudited)**

| | Nine Months Ended | |
|---|---|---|
| | December 25, 2021 | December 26, 2020 |
| **Cash flows from operating activities** | | |
| Net income | $ 742 | $ 119 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 146 | 160 |
| Share based compensation expense | 69 | 53 |
| Deferred income taxes | 78 | (37) |
| Impairment of assets | 43 | 113 |
| Changes to lease related balances, net | (95) | (86) |
| Tax (benefit) expense on exercise of share options | (3) | 5 |
| Amortization of deferred financing costs | 5 | 4 |
| Foreign currency gains | (7) | (16) |
| Credit losses | 2 | (5) |
| Change in assets and liabilities: | | |
| Receivables, net | (84) | (43) |
| Inventories, net | (257) | 99 |
| Prepaid expenses and other current assets | (204) | 67 |
| Accounts payable | 94 | 34 |
| Accrued expenses and other current liabilities | 165 | 80 |
| Other long-term assets and liabilities | 19 | (2) |
| Net cash provided by operating activities | 713 | 545 |
| **Cash flows from investing activities** | | |
| Capital expenditures | (85) | (85) |
| Cash paid for asset acquisitions | - | (12) |
| Settlement of net investment hedges | 59 | - |
| Net cash used in investing activities | (26) | (97) |
| **Cash flows from financing activities** | | |
| Debt borrowings | 501 | 2,276 |
| Debt repayments | (846) | (3,074) |
| Debt issuance costs | - | (4) |
| Repurchase of ordinary shares | (360) | (1) |
| Exercise of employee share options | 11 | - |
| Other financing activities | 31 | - |
| Net cash used in financing activities | (663) | (803) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 6 | (8) |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 30 | (363) |
| Beginning of period | 234 | 592 |
| End of period | $ 264 | $ 229 |
| **Supplemental disclosures of cash flow information** | | |
| Cash paid for interest | $ 35 | $ 46 |
| Net cash paid (received) for income taxes | $ 49 | $ (33) |
| **Supplemental disclosure of non-cash investing and financing activities** | | |
| Accrued capital expenditures | $ 24 | $ 18 |

See accompanying notes to consolidated financial statements.

7

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**1.**
**Business and Basis of Presentation**

Capri Holdings Limited ("Capri", and together with its subsidiaries, the "Company") was incorporated in the British Virgin Islands ("BVI") on December 13, 2002. The Company is a holding company that owns brands that are leading designers, marketers, distributors and retailers of branded women's and men's accessories, footwear and ready-to-wear bearing the Versace, Jimmy Choo and Michael Kors tradenames and related trademarks and logos. The Company operates in
three reportable segments: Versace, Jimmy Choo and Michael Kors. See Note 16 for additional information.

The interim consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States ("U.S. GAAP") and include the accounts of the Company and its wholly-owned or controlled subsidiaries. All significant intercompany balances and transactions have been eliminated in consolidation. The interim consolidated financial statements as of December 25, 2021 and for the three and nine months ended December 25, 2021 and December 26, 2020 are unaudited. The Company consolidates the results of its Versace business on a one-month lag, as consistent with prior periods. In addition, certain information and footnote disclosures normally included in financial statements prepared in accordance with U.S. GAAP have been condensed or omitted. The interim consolidated financial statements reflect all normal and recurring adjustments, which are, in the opinion of management, necessary for a fair presentation in conformity with U.S. GAAP. The interim consolidated financial statements should be read in conjunction with the audited financial statements and notes thereto for the year ended March 27, 2021, as filed with the Securities and Exchange Commission on May 26, 2021, in the Company's Annual Report on Form 10-K. The results of operations for the interim periods should not be considered indicative of results to be expected for the full fiscal year.

The Company utilizes a 52- to 53-week fiscal year and the term "Fiscal Year" or "Fiscal" refers to that 52- or 53-week period. The results for the three and nine months ended December 25, 2021 and December 26, 2020 are based on 13-week and 39-week periods, respectively. The Company's Fiscal Year 2022 is a 53-week period ending April 2, 2022.

**2.**
**Summary of Significant Accounting Policies**

*Use of Estimates*

The preparation of financial statements in accordance with U.S. GAAP requires management to use judgment and make estimates that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The level of uncertainty in estimates and assumptions increases with the length of time until the underlying transactions are completed. The most significant assumptions and estimates involved in preparing the financial statements include allowances for customer deductions, sales returns, sales discounts, credit losses, estimates of inventory net realizable value, the valuation of share-based compensation, the valuation of deferred taxes, goodwill, intangible assets, operating lease right-of-use assets and property and equipment, along with the estimated useful lives assigned to these assets. Actual results could differ from those estimates.

*Seasonality*

The Company experiences certain effects of seasonality with respect to its business. The Company generally experiences greater sales during its third fiscal quarter, primarily driven by holiday season sales, and the lowest sales during its first fiscal quarter.

*COVID-19 Related Government Assistance and Subsidies*

During the three and nine months ended December 25, 2021, the Company recorded $2 million and $9 million, respectively, related to government assistance and subsidies. During the three and nine months ended and December 26, 2020, the Company recorded $5 million and $28 million, respectively, related to government assistance and subsidies. These amounts mostly relate to rent support and payroll expense and were primarily recorded as a reduction of selling, general and administrative expenses.

***Cash, Cash Equivalents and Restricted Cash***

All highly liquid investments with original maturities of three months or less are considered to be cash equivalents. Included in the Company's cash and cash equivalents as of December 25, 2021 and March 27, 2021 are credit card receivables of $ 44 million and $25 million, respectively, which generally settle within two to three business days.

A reconciliation of cash, cash equivalents and restricted cash as of December 25, 2021 and March 27, 2021 from the consolidated balance sheets to the consolidated statements of cash flows is as follows (in millions):

| | December 25, 2021 | | March 27, 2021 | |
|---|---|---|---|---|
| Reconciliation of cash, cash equivalents and restricted cash | | | | |
| Cash and cash equivalents | $ | 261 | $ | 232 |
| Restricted cash included within prepaid expenses and other current assets | | 3 | | 2 |
| **Total cash, cash equivalents and restricted cash shown on the consolidated statements of cash flows** | $ | 264 | $ | 234 |

***Inventories, net***

Inventories primarily consist of finished goods with the exception of raw materials and work in process inventory. The combined total of raw materials and work in process inventory, net, recorded on the Company's consolidated balance sheets was $28 million as of December 25, 2021 and March 27, 2021.

The net realizable value of the Company's inventory as of December 25, 2021 and March 27, 2021 includes the adverse impacts associated with the COVID-19 pandemic.

***Derivative Financial Instruments***

**Forward Foreign Currency Exchange Contracts**

The Company uses forward foreign currency exchange contracts to manage its exposure to fluctuations in foreign currency for certain transactions. The Company, in its normal course of business, enters into transactions with foreign suppliers and seeks to minimize risks related to these transactions. The Company employs these contracts to hedge the Company's cash flows, as they relate to foreign currency transactions. Certain of these contracts are designated as hedges for accounting purposes, while others remain undesignated. All of the Company's derivative instruments are recorded in the Company's consolidated balance sheets at fair value on a gross basis, regardless of their hedge designation.

The Company designates certain contracts related to the purchase of inventory that qualify for hedge accounting as cash flow hedges. Formal hedge documentation is prepared for all derivative instruments designated as hedges, including a description of the hedged item and the hedging instrument and the risk being hedged. The changes in the fair value for contracts designated as cash flow hedges is recorded in equity as a component of accumulated other comprehensive income until the hedged item affects earnings. When the inventory related to forecasted inventory purchases that are being hedged is sold to a third party, the gains or losses deferred in accumulated other comprehensive income are recognized within cost of goods sold. The Company uses regression analysis to assess effectiveness of derivative instruments that are designated as hedges, which compares the change in the fair value of the derivative instrument to the change in the related hedged item. If the hedge is no longer expected to be highly effective in the future, future changes in the fair value are recognized in earnings. For those contracts that are not designated as hedges, changes in the fair value are recorded to foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income. The Company classifies cash flows relating to its forward foreign currency exchange contracts related to purchase of inventory consistently with the classification of the hedged item within cash flows from operating activities.

The Company is exposed to the risk that counterparties to derivative contracts will fail to meet their contractual obligations. In order to mitigate counterparty credit risk, the Company only enters into contracts with carefully selected financial institutions based upon their credit ratings and certain other financial factors, adhering to established limits for credit exposure. The aforementioned forward contracts generally have a term of no more than 12 months. The period of these contracts is directly related to the foreign transaction they are intended to hedge.

9

**Net Investment Hedges**

The Company also uses fixed-to-fixed cross currency swap agreements to hedge its net investments in foreign operations against future volatility in the exchange rates between the U.S. Dollars and the associated foreign currencies. The Company has elected the spot method of designating these contracts under ASU 2017-12, *"Derivatives and Hedging (Topic 815): Targeted Improvements to Accounting for Hedging Activities",* and has designated these contracts as net investment hedges. The net gain or loss on the net investment hedge is reported within foreign currency translation gains and losses ("CTA"), as a component of accumulated other comprehensive income on the Company's consolidated balance sheets. Interest accruals and coupon payments are recognized directly in interest (income) expense, net, in the Company's consolidated statements of operations and comprehensive income. Upon discontinuation of a hedge, all previously recognized amounts remain in CTA until the net investment is sold, diluted or liquidated.

**Interest Rate Swap Agreements**

The Company also uses interest rate swap agreements to hedge the variability of its cash flows resulting from floating interest rates on the Company's borrowings. When an interest rate swap agreement qualifies for hedge accounting as a cash flow hedge, the changes in the fair value are recorded in equity as a component of accumulated other comprehensive income and are reclassified into interest (income) expense, net, in the same period during which the hedged transactions affect earnings.

During the third quarter of Fiscal 2022, the Company terminated its only interest rate swap. As a result, the Company recognized a $1 million gain within interest (income) expense, net, in the Company's consolidated statements of operations and comprehensive income.

*Leases*

The Company leases retail stores, office space and warehouse space under operating lease agreements that expire at various dates through September 2043. The Company's leases generally have terms of up to 10 years, generally require a fixed annual rent and may require the payment of additional rent if store sales exceed a negotiated amount. Although most of the Company's equipment is owned, the Company has limited equipment leases that expire on various dates through December 2025. The Company acts as sublessor in certain leasing arrangements, primarily related to closed stores under its restructuring activities. Fixed sublease payments received are recognized on a straight-line basis over the sublease term. The Company determines the sublease term based on the date it provides possession to the subtenant through the expiration date of the sublease.

The Company recognizes operating lease right-of-use assets and lease liabilities at lease commencement date, based on the present value of fixed lease payments over the expected lease term. The Company uses its incremental borrowing rates to determine the present value of fixed lease payments based on the information available at the lease commencement date, as the rate implicit in the lease is not readily determinable for the Company's leases. The Company's incremental borrowing rates are based on the term of the leases, the economic environment of the leases and reflect the expected interest rate it would incur to borrow on a secured basis. Certain leases include one or more renewal options. The exercise of lease renewal options is generally at the Company's sole discretion and as such, the Company typically determines that exercise of these renewal options is not reasonably certain. As a result, the Company generally does not include the renewal option period in the expected lease term and the associated lease payments are not included in the measurement of the operating lease right-of-use asset and lease liability. Certain leases also contain termination options with an associated penalty. Generally, the Company is reasonably certain not to exercise these options and as such, they are not included in the determination of the expected lease term. The Company recognizes operating lease expense on a straight-line basis over the lease term.

Leases with an initial lease term of 12 months or less are not recorded on the balance sheet. The Company recognizes lease expense for its short-term leases on a straight-line basis over the lease term.

The Company's leases generally provide for payments of non-lease components, such as common area maintenance, real estate taxes and other costs associated with the leased property. The Company accounts for lease and non-lease components of its real estate leases together as a single lease component and, as such, includes fixed payments of non-lease components in the measurement of the operating lease right-of-use assets and lease liabilities for its real estate leases. Variable lease payments, such as percentage rentals based on sales, periodic adjustments for inflation, reimbursement of real estate taxes, any variable common area maintenance and any other variable costs associated with the leased property are expensed as incurred as variable lease costs and are not recorded on the balance sheet. The Company's lease agreements do not contain any material residual value guarantees, material restrictions or covenants.

10

The following table presents the Company's supplemental cash flow information related to leases (in millions):

|  | Nine Months Ended | |
| --- | --- | --- |
|  | December 25, 2021 | December 26, 2020 |
| Cash paid for amounts included in the measurement of lease liabilities: | | |
| Operating cash flows used in operating leases [1] | $ 413 | $ 341 |

[1]Operating cash flows used in operating leases for the nine months ended December 25, 2021 and December 26, 2020 excluded $1 million and $41 million, respectively, of deferred rent payments due to the COVID-19 pandemic.

During the three and nine months ended December 25, 2021, the Company recorded sublease income of $2 million and $6 million, respectively, within restructuring and other charges for stores relating to our restructuring plan and selling, general and administrative expenses for all other locations. During the three and nine months ended December 26, 2020, the Company recorded sublease income of $1 million and $4 million, respectively, within restructuring and other charges for stores relating to our restructuring plan and selling, general and administrative expenses for all other locations. During the three and nine months ended December 25, 2021, the Company recorded $3 million and $13 million, respectively, of rent concessions negotiated in connection with the impact of COVID-19 as if it were contemplated as part of the existing contract. During the three and nine months ended December 26, 2020, the Company recorded $13 million and $37 million, respectively, of rent concessions negotiated in connection with the impact of COVID-19 as if it were contemplated as part of the existing contract. The aforementioned rent concessions were recorded as a reduction to variable lease expense within selling, general and administrative expenses.

*Net Income per Share*

The Company's basic net income per ordinary share is calculated by dividing net income by the weighted average number of ordinary shares outstanding during the period. Diluted net income per ordinary share reflects the potential dilution that would occur if share option grants or any other potentially dilutive instruments, including restricted shares and restricted share units ("RSUs"), were exercised or converted into ordinary shares. These potentially dilutive securities are included in diluted shares to the extent they are dilutive under the treasury stock method for the applicable periods. Performance-based RSUs are included as diluted shares if the related performance conditions are considered satisfied as of the end of the reporting period and to the extent they are dilutive under the treasury stock method.

The components of the calculation of basic net income per ordinary share and diluted net income per ordinary share are as follows (in millions, except share and per share data):

|  | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| **Numerator:** | | | | |
| Net income attributable to Capri | $ 322 | $ 179 | $ 741 | $ 121 |
| **Denominator:** | | | | |
| Basic weighted average shares | 149,717,485 | 150,661,252 | 150,975,773 | 150,236,612 |
| Weighted average dilutive share equivalents: | | | | |
| Share options and restricted shares/units, and performance restricted share units | 2,657,809 | 1,296,805 | 2,858,347 | 1,180,845 |
| Diluted weighted average shares | 152,375,294 | 151,958,057 | 153,834,120 | 151,417,457 |
| | | | | |
| Basic net income per share [1] | $ 2.15 | $ 1.19 | $ 4.91 | $ 0.80 |
| Diluted net income per share [1] | $ 2.11 | $ 1.18 | $ 4.82 | $ 0.80 |

[1]Basic and diluted net income per share are calculated using unrounded numbers.

11

During the three and nine months ended December 25, 2021, share equivalents of 208,168 shares and 411,394 shares, respectively, have been excluded from the above calculations due to their anti-dilutive effect. Share equivalents of 4,269,343 shares and 4,540,029 shares have been excluded from the above calculations for the three and nine months ended December 26, 2020, respectively, due to their anti-dilutive effect.

See Note 2 in the Company's Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for a complete disclosure of the Company's significant accounting policies.

***Recently Adopted Accounting Pronouncements***

**Government Assistance Disclosures**

In November 2021, the Financial Accounting Standards Board ("FASB") issued ASU 2021-10, "Disclosures by Business Entities about Government Assistance", which requires all business entities provide annual disclosures about transactions with a government that are accounted for by applying a grant or contribution accounting model by analogy. These disclosures include providing the nature of the transactions and the related accounting policy used to account for the transactions, the amounts and financial statement line items impacted by these transactions, and the significant terms and conditions of these transactions, including commitments and contingencies related to such transactions. ASU 2021-10 is effective for the Company beginning in its Fiscal 2023 with early adoption permitted. The Company early adopted ASU 2021-10 during the third quarter of Fiscal 2022 and will continue to utilize the grant accounting model.

***Recently Issued Accounting Pronouncements***

The Company has considered all new accounting pronouncements and, other than the recent pronouncement discussed below, has concluded that there are no new pronouncements that may have a material impact on the Company's results of operations, financial condition or cash flows based on current information.

**Reference Rate Reform**

In March 2020, the FASB issued ASU 2020-04, "Facilitation of the Effects of Reference Rate Reform on Financial Reporting" and in January 2021, issued ASU 2021-01, "Reference Rate Reform: Scope". Both of these updates aim to ease the potential burden in accounting for reference rate reform. These updates provide optional expedients and exceptions, if certain criteria are met, for applying accounting principles generally accepted in the United States to contract modifications, hedging relationships and other transactions affected by the expected market transition from the London Interbank Offered Rate ("LIBOR") and other interbank offered rates to alternative reference rates, such as the Secured Overnight Financing Rate ("SOFR"). The amendments were effective upon issuance and allow companies to adopt the amendments on a prospective basis through December 31, 2022. The Company has not applied this ASU to any contract modifications or new hedging relationships in the current year. As of December 25, 2021, the Company's outstanding borrowings under the 2018 Term Loan Facility of $495 million and the total availability of $1 billion under the 2018 Revolving Credit Facility are both indexed to LIBOR. As such, these agreements are likely to be impacted by these ASUs upon adoption.

**3.**
**Revenue Recognition**

The Company accounts for contracts with its customers when there is approval and commitment from both parties, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectibility of consideration is probable. Revenue is recognized when control of the promised goods or services is transferred to the Company's customers in an amount that reflects the consideration the Company expects to be entitled to in exchange for goods or services.

The Company sells its products through
three primary channels of distribution: retail, wholesale and licensing. Within the retail and wholesale channels, substantially all of the Company's revenues consist of sales of products that represent a single performance obligation, where control transfers at a point in time to the customer. For licensing arrangements, royalty and advertising revenue is recognized over time based on access provided to the Company's trademarks.

12

*Retail*

The Company generates sales through directly operated stores and e-commerce sites throughout the Americas (U.S., Canada and Latin America), certain parts of EMEA (Europe, Middle East and Africa) and certain parts of Asia (including Australia).

*Gift Cards.* The Company sells gift cards that can be redeemed for merchandise, resulting in a contract liability upon issuance. Revenue is recognized when the gift card is redeemed or upon "breakage" for the estimated portion of gift cards that are not expected to be redeemed. "Breakage" revenue is calculated under the proportional redemption methodology, which considers the historical patterns of redemption in jurisdictions where the Company is not required to remit the value of the unredeemed gift cards as unclaimed property. The contract liability related to gift cards, net of estimated "breakage", of $15 million and $12 million as of December 25, 2021 and March 27, 2021, respectively, is included within accrued expenses and other current liabilities in the Company's consolidated balance sheet.

*Loyalty Program.* The Company offers a loyalty program, which allows its Michael Kors U.S. customers to earn points on qualifying purchases toward monetary and non-monetary rewards, which may be redeemed for purchases at Michael Kors retail stores and e-commerce sites. The Company defers a portion of the initial sales transaction based on the estimated relative fair value of the benefits based on projected timing of future redemptions and historical activity. These amounts include estimated "breakage" for points that are not expected to be redeemed.

*Wholesale*

The Company's products are sold primarily to major department stores, specialty stores and travel retail shops throughout the Americas, EMEA and Asia. The Company also has arrangements where its products are sold to geographic licensees in certain parts of EMEA, Asia and South America.

*Licensing*

The Company provides its third-party licensees with the right to access its Versace, Jimmy Choo and Michael Kors trademarks under product and geographic licensing arrangements. Under geographic licensing arrangements, third party licensees receive the right to distribute and sell products bearing the Company's trademarks in retail and/or wholesale channels within certain geographical areas, including Brazil, the Middle East, Eastern Europe, South Africa and certain parts of Asia.

The Company recognizes royalty revenue and advertising contributions based on the percentage of sales made by the licensees. Generally, the Company's guaranteed minimum royalty amounts due from licensees relate to contractual periods that do not exceed 12 months, however, certain guaranteed minimums for Versace are multi-year based.

As of December 25, 2021, contractually guaranteed minimum fees from the Company's license agreements expected to be recognized as revenue during future periods were as follows (in millions):

|  | Contractually Guaranteed Minimum Fees |
|---|---|
| Remainder of Fiscal 2022 | $ 7 |
| Fiscal 2023 | 29 |
| Fiscal 2024 | 26 |
| Fiscal 2025 | 23 |
| Fiscal 2026 | 23 |
| Fiscal 2027 and thereafter | 73 |
| **Total** | $ 181 |

*Sales Returns*

The refund liability recorded as of December 25, 2021 was $65 million, and the related asset for the right to recover returned product as of December 25, 2021 was $19 million. The refund liability recorded as of March 27, 2021 was $46 million, and the related asset for the right to recover returned product as of March 27, 2021 was $14 million.

13

*Contract Balances*

Total contract liabilities were $21 million and $18 million as of December 25, 2021 and March 27, 2021, respectively. For the three and nine months ended December 25, 2021, the Company recognized $1 million and $9 million, respectively, in revenue which related to contract liabilities that existed at March 27, 2021. For the three and nine months ended December 26, 2020, the Company recognized $2 million and $7 million, respectively, in revenue which related to contract liabilities that existed at March 28, 2020. There were no material contract assets recorded as of December 25, 2021 and March 27, 2021.

There were no changes in historical variable consideration estimates that were materially different from actual results.

*Disaggregation of Revenue*

The following table presents the Company's segment revenue disaggregated by geographic location (in millions):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| Versace revenue - the Americas | $ 89 | $ 57 | $ 283 | $ 132 |
| Versace revenue - EMEA | 99 | 76 | 304 | 183 |
| Versace revenue - Asia | 63 | 62 | 186 | 168 |
| **Total Versace** | 251 | 195 | 773 | 483 |
| Jimmy Choo revenue - the Americas | 51 | 32 | 127 | 71 |
| Jimmy Choo revenue - EMEA | 69 | 40 | 175 | 102 |
| Jimmy Choo revenue - Asia | 58 | 49 | 155 | 121 |
| **Total Jimmy Choo** | 178 | 121 | 457 | 294 |
| Michael Kors revenue - the Americas | 814 | 671 | 1,960 | 1,321 |
| Michael Kors revenue - EMEA | 237 | 183 | 616 | 447 |
| Michael Kors revenue - Asia | 129 | 132 | 356 | 318 |
| **Total Michael Kors** | 1,180 | 986 | 2,932 | 2,086 |
| Total revenue - the Americas | 954 | 760 | 2,370 | 1,524 |
| Total revenue - EMEA | 405 | 299 | 1,095 | 732 |
| Total revenue - Asia | 250 | 243 | 697 | 607 |
| **Total revenue** | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |

See Note 3 in the Company's Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for a complete disclosure of the Company's revenue recognition policy.

**4.**
**Receivables, net**

Receivables, net, consist of (in millions):

| | December 25, 2021 | March 27, 2021 |
| --- | --- | --- |
| Trade receivables [1] | $ 457 | $ 412 |
| Receivables due from licensees | 37 | 20 |
| | 494 | 432 |
| Less: allowances | (45) | (59) |
| **Total receivables, net** | $ 449 | $ 373 |

[1] As of December 25, 2021 and March 27, 2021, $97 million and $81 million, respectively, of trade receivables were insured.

14

Receivables are presented net of allowances for discounts, markdowns, operational chargebacks and credit losses. Discounts are based on open invoices where trade discounts have been extended to customers. Markdowns are based on wholesale customers' sales performance, seasonal negotiations with customers, historical deduction trends and an evaluation of current market conditions. Operational chargebacks are based on deductions taken by customers, net of expected recoveries. Such provisions, and related recoveries, are reflected in revenues.

The Company's allowance for credit losses is determined through analysis of periodic aging of receivables and assessments of collectability based on an evaluation of historic and anticipated trends, the financial condition of the Company's customers and the impact of general economic conditions. The past due status of a receivable is based on its contractual terms. Amounts deemed uncollectible are written off against the allowance when it is probable the amounts will not be recovered. Allowance for credit losses was $ 15 million and $25 million as of December 25, 2021 and March 27, 2021, respectively, including the impact related to COVID-19. The Company had $3 million of credit losses for the three months ended December 25, 2021 and $2 million for the nine months ended December 25, 2021. The Company had credit losses of $(3) million and $(5) million for the three and nine months ended December 26, 2020, respectively.

**5.**
**Property and Equipment, net**

Property and equipment, net, consists of (in millions):

|  | December 25, 2021 | | March 27, 2021 |
|---|---|---|---|
| Leasehold improvements | $ | 581 | $ 737 |
| Furniture and fixtures | | 215 | 350 |
| Computer equipment and software | | 208 | 359 |
| Equipment | | 82 | 139 |
| Building | | 49 | 51 |
| In-store shops | | 48 | 53 |
| Land | | 19 | 20 |
| Total property and equipment, gross [1] | | 1,202 | 1,709 |
| Less: accumulated depreciation and amortization [1] | | (791) | (1,271) |
| Subtotal | | 411 | 438 |
| Construction-in-progress | | 49 | 47 |
| Total property and equipment, net | $ | 460 | $ 485 |

[1] As of December 25, 2021, the Company wrote off $550 million of fully depreciated assets and related accumulated depreciation of assets no longer in use.

Depreciation and amortization of property and equipment for the three and nine months ended December 25, 2021 was $ 34 million and $109 million, respectively. Depreciation and amortization of property and equipment was $41 million and $125 million for the three and nine months ended December 26, 2020, respectively. The Company recorded no property and equipment impairment charges for the three months ended December 25, 2021 and $3 million for the nine months ended December 25, 2021. During the three and nine months ended December 26, 2020, the Company recorded $13 million and $15 million in property and equipment impairment charges, respectively (see Note 11 for additional information).

**6.**
**Intangible Assets and Goodwill**

The following table details the carrying values of the Company's intangible assets and goodwill (in millions):

| | | December 25, 2021 | | March 27, 2021 |
|---|---|---|---|---|
| *Definite-lived intangible assets:* | | | | |
| Reacquired rights | $ | 400 | $ | 400 |
| Trademarks | | 23 | | 23 |
| Customer relationships [1] | | 423 | | 437 |
| **Gross definite-lived intangible assets** | | 846 | | 860 |
| Less: accumulated amortization | | (218) | | (184) |
| **Net definite-lived intangible assets** | | 628 | | 676 |
| *Indefinite-lived intangible assets:* | | | | |
| Jimmy Choo brand [2] | | 328 | | 338 |
| Versace brand [1] | | 939 | | 978 |
| **Net indefinite-lived intangible assets** | | 1,267 | | 1,316 |
| | | | | |
| Total intangible assets, excluding goodwill | $ | 1,895 | $ | 1,992 |
| | | | | |
| Goodwill [3] | $ | 1,447 | $ | 1,498 |

[1]The change in the carrying value since March 27, 2021 reflects the impact of foreign currency translation.
[2]Includes accumulated impairment of $249 million as of December 25, 2021 and March 27, 2021. The change in the carrying value since March 27, 2021 reflects the impact of foreign currency translation.
[3]Includes accumulated impairment of $265 million related to the Jimmy Choo reporting units as of December 25, 2021 and March 27, 2021. The change in the carrying value since March 27, 2021 reflects the impact of foreign currency translation.

Amortization expense for the Company's definite-lived intangible assets for the three and nine months ended December 25, 2021 was $ 13 million and $37 million, respectively. Amortization expense for the Company's definite-lived intangible asset for the three and nine months ended December 26, 2020 was $12 million and $35 million for the three and nine months ended December 26, 2020, respectively.

**7.**
**Current Assets and Current Liabilities**

Prepaid expenses and other current assets consist of the following (in millions):

| | | December 25, 2021 | | March 27, 2021 |
|---|---|---|---|---|
| Prepaid taxes | $ | 281 | $ | 133 |
| Other accounts receivables | | 18 | | 13 |
| Prepaid contracts | | 16 | | 11 |
| Interest receivable related to net investment hedges | | 7 | | 12 |
| Other | | 62 | | 36 |
| **Total prepaid expenses and other current assets** | $ | 384 | $ | 205 |

16

Accrued expenses and other current liabilities consist of the following (in millions):

| | December 25, 2021 | | March 27, 2021 |
|---|---|---|---|
| Other taxes payable | $ | 88 | $ | 46 |
| Return liabilities | | 65 | | 46 |
| Accrued capital expenditures | | 24 | | 17 |
| Accrued rent [1] | | 22 | | 20 |
| Accrued advertising and marketing | | 20 | | 11 |
| Professional services | | 16 | | 13 |
| Gift cards and retail store credits | | 16 | | 12 |
| Accrued litigation | | 14 | | 12 |
| Accrued purchases and samples | | 9 | | 8 |
| Accrued interest | | 4 | | 10 |
| Restructuring liability | | 4 | | 9 |
| Charitable donations [2] | | - | | 20 |
| Other | | 99 | | 73 |
| **Total accrued expenses and other current liabilities** | $ | 381 | $ | 297 |

[1]The accrued rent balance relates to variable lease payments.
[2]The charitable donations balance relates to a $20 million unconditional pledge to The Capri Holdings Foundation for the Advancement of Diversity in Fashion as of March 27, 2021 which was funded during the second quarter ended September 25, 2021.

**8.**
**Restructuring and Other Charges**

*Capri Retail Store Optimization Program*

As previously announced, the Company intends to close approximately 170 of its retail stores throughout Fiscal 2021 and Fiscal 2022, in connection with its Capri Retail Store Optimization Program in order to improve the profitability of its retail store fleet. In addition, the Company has reassessed the total cost of the plan and now expects to incur approximately $25 million of one-time costs related to this program, including lease termination and other store closure costs, the majority of which are expected to result in future cash expenditures.

During the three and nine months ended December 25, 2021, the Company closed 13 and 39 of its retail stores, respectively, which have been incorporated into the Capri Retail Store Optimization Program. Net restructuring charges recorded in connection with the Capri Retail Store Optimization Program during the three and nine months ended December 25, 2021 were $10 million and $6 million, respectively. Net restructuring (gains) charges recorded in connection with the Capri Retail Store Optimization Program were $(4) million and $1 million, during the three and nine months ended December 26, 2020, respectively.

The below table presents a roll forward of the Company's restructuring liability related to its Capri Retail Store Optimization Program (in millions):

| | Severance and benefit costs | Lease-related and other costs | Total |
|---|---|---|---|
| Balance at March 27, 2021 | $ - | $ 3 | $ 3 |
| Additions charged to expense [1] | 1 | 3 | 4 |
| Payments | (1) | (4) | (5) |
| Balance at December 25, 2021 | $ - | $ 2 | $ 2 |

[1]Excludes $10 million of impairment charges related to operating lease right-of-use assets partially offset by a net credit of $8 million related to gains on certain lease terminations during the nine months ended December 25, 2021.

*Other Restructuring Charges*

In addition to the restructuring charges related to the Capri Retail Store Optimization Program, the Company incurred charges of $1 million and $4 million during the three and nine months ended December 25, 2021, respectively, primarily relating to closures of corporate locations. In addition to the restructuring charges related to the Capri Retail Store Optimization Program, the Company incurred charges of $2 million during the three and nine months ended December 26, 2020, respectively, primarily relating to closures of corporate locations.

*Other Costs*

During both three and nine months ended December 25, 2021 and December 26, 2020, the Company recorded costs of $3 million and $15 million primarily related to equity awards associated with the acquisition of Versace.

**9.**
**Debt Obligations**

The following table presents the Company's debt obligations (in millions):

|  | December 25, 2021 | | March 27, 2021 | |
|---|---|---|---|---|
| Term Loan | $ | 497 | $ | 870 |
| Senior Notes due 2024 | | 450 | | 450 |
| Revolving Credit Facilities | | 20 | | - |
| Other | | 39 | | 30 |
| **Total debt** | | 1,006 | | 1,350 |
| Less: Unamortized debt issuance costs | | 3 | | 7 |
| Less: Unamortized discount on long-term debt | | 1 | | 1 |
| **Total carrying value of debt** | | 1,002 | | 1,342 |
| Less: Short-term debt | | 26 | | 123 |
| **Total long-term debt** | $ | 976 | $ | 1,219 |

On June 25, 2020, the Company entered into the second amendment (the "Second Amendment") to its third amended and restated credit facility, dated as of November 15, 2018 (as amended, the "2018 Credit Facility"), with, among others, JPMorgan Chase Bank, N.A., as administrative agent.

Pursuant to the Second Amendment, the financial covenant in the Company's 2018 Credit Facility required it to maintain a ratio of the sum of total indebtedness plus the capitalized amount of all operating lease obligations for the last four fiscal quarters to Consolidated EBITDAR of no greater than 3.75 to 1.00 had been waived through the fiscal quarter ending June 26, 2021.

In addition, the Second Amendment added a new $230 million revolving line of credit with a maturity date of June 24, 2021 (the "364 Day Facility").

The Second Amendment also permitted certain working capital facilities between the Company or any of its subsidiaries with a lender or an affiliate of a lender under the 2018 Credit Facility to be guaranteed under the 2018 Credit Facility guarantees and certain supply chain financings with, and up to $50 million outstanding principal amount of bilateral letters of credit and bilateral bank guarantees issued by a lender or an affiliate of a lender to be guaranteed and secured under the 2018 Credit Facility guarantees and collateral documents. The Second Amendment, among other things, also temporarily suspended the quarterly maximum leverage ratio covenant and imposed a minimum liquidity test during the period from June 25, 2020 until the earlier of (x) the date on which the Company delivers its financial statements for the fiscal quarter ending June 26, 2021 and (y) the date on which the Company certifies that its net leverage ratio as of the last day of the most recently ended fiscal quarter was no greater than 4.00 to 1.00 (the "Applicable Period").

On May 20, 2021, the Company determined it no longer desired to maintain this additional line of credit and consequently delivered a notice to the administrative agent terminating the 364 Day Facility, and the 364 Day Facility terminated on May 25, 2021. The remainder of the 2018 Credit Facility remains in full force and effect.

On May 26, 2021 (the "Election Date"), the Company delivered to the administrative agent the certificate required to terminate the Applicable Period. Effective as of the Election Date, the Company will be required to comply with the quarterly maximum net leverage ratio test of 4.00 to 1.00.

On September 23, 2021, the Company agreed to suspend its rights to borrow in all non-U.S. Dollar (i.e. Pounds Sterling, Euro, Swiss Francs and Japanese Yen) currency LIBOR rate tenors under the 2018 Credit Facility after December 31, 2021 given that non-U.S. Dollar LIBOR will no longer be published after that date.

As of December 25, 2021, and the date these financial statements were issued, the Company was in compliance with all covenants related to the 2018 Credit Facility.

As of December 25, 2021, the Company had $20 million of borrowings outstanding under the 2018 Revolving Credit Facility and no borrowings outstanding as of March 27, 2021. In addition, stand-by letters of credit of $29 million and $27 million were outstanding as of December 25, 2021 and March 27, 2021, respectively. At December 25, 2021 and March 27, 2021, the amount available for future borrowings under the 2018 Revolving Credit Facility were $951 million and $973 million, respectively.

As of December 25, 2021, the carrying value of borrowings outstanding under the 2018 Term Loan Facility was $495 million, which was all recorded within long-term debt in its consolidated balance sheets due to prepayments made on the Term Loan during Fiscal 2022. As of March 27, 2021, the carrying value of borrowings outstanding under the 2018 Term Loan Facility was $865 million, of which $97 million was recorded within short-term debt and $768 million was recorded within long-term debt in its consolidated balance sheets.

During Fiscal 2021, the Company began offering a supplier financing program to certain suppliers as the Company continues to identify opportunities to improve liquidity. This program enables suppliers, at their sole discretion, to sell their receivables (i.e., the Company's payment obligations to suppliers) to a financial institution on a non-recourse basis in order to be paid earlier than current payment terms provide. The Company's obligations, including the amount due and scheduled payment dates, are not impacted by a suppliers' decision to participate in this program. The Company does not reimburse suppliers for any costs they incur to participate in the program and their participation is voluntary. The amount outstanding under this program as of December 25, 2021 and March 27, 2021 was $18 million and $17 million, respectively, and was recorded within short-term debt in the Company's consolidated balance sheets.

During the first quarter of Fiscal 2022, the Company's subsidiary, Versace, entered into an agreement with Banco BPM Banking Group ("the Bank") to sell certain tax receivables to the Bank in exchange for cash. As of December 25, 2021, the outstanding balance was $18 million, with $8 million and $10 million recorded within short-term debt and long-term debt in the Company's consolidated balance sheets, respectively.

See Note 12 to the Company's Fiscal 2021 Annual Report on Form 10-K for additional information regarding the Company's credit facilities and debt obligations.

**10.**
**Commitments and Contingencies**

In the ordinary course of business, the Company is party to various legal proceedings and claims. Although the outcome of such claims cannot be determined with certainty, the Company believes that the outcome of all pending legal proceedings, in the aggregate, will not have a material adverse effect on its cash flow, results of operations or financial position.

Please refer to the *Contractual Obligations and Commercial Commitments* disclosure within the *Liquidity and Capital Resources* section of the Company's Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for a detailed disclosure of other commitments and contractual obligations as of March 27, 2021.

**11.**
**Fair Value Measurements**

Financial assets and liabilities are measured at fair value using the three-level valuation hierarchy for disclosure of fair value measurements. The determination of the applicable level within the hierarchy of a particular asset or liability depends on the inputs used in the valuation as of the measurement date, notably the extent to which the inputs are market-based (observable) or internally derived (unobservable). Observable inputs are inputs that market participants would use in pricing the asset or liability based on market data obtained from independent sources. Unobservable inputs are inputs based on a company's own assumptions about market participant assumptions based on the best information available in the circumstances. The hierarchy is broken down into three levels based on the reliability of inputs as follows:

Level 1 - Valuations based on quoted prices in active markets for identical assets or liabilities that a company has the ability to access at the measurement date.

Level 2 - Valuations based on quoted prices for similar assets or liabilities in active markets or quoted prices for identical assets or liabilities in inactive markets, inputs other than quoted prices that are observable for the asset or liability and inputs derived principally from or corroborated by observable market data.

Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

At December 25, 2021 and March 27, 2021, the fair values of the Company's derivative contracts were determined using broker quotations, which were calculations derived from observable market information: the applicable currency rates at the balance sheet date and those forward rates particular to the contract at inception. The Company makes no adjustments to these broker obtained quotes or prices, but assesses the credit risk of the counterparty and would adjust the provided valuations for counterparty credit risk when appropriate. The fair values of the forward contracts are included in prepaid expenses and other current assets, and in accrued expenses and other current liabilities in the consolidated balance sheets, depending on whether they represent assets or liabilities to the Company. The fair values of net investment hedges and interest rate swaps are included in other assets, and in other long-term liabilities in the consolidated balance sheets, depending on whether they represent assets or liabilities of the Company. See Note 12 for further detail.

All contracts are measured and recorded at fair value on a recurring basis and are categorized in Level 2 of the fair value hierarchy, as shown in the following table (in millions):

| | Fair value at December 25, 2021 using: | | | Fair value at March 27, 2021 using: | | |
|---|---|---|---|---|---|---|
| | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) |
| **Derivative assets:** | | | | | | |
| Forward foreign currency exchange contracts | $ - | $ 6 | $ - | $ - | $ 2 | $ - |
| Net investment hedges | - | 40 | - | - | 3 | - |
| Undesignated derivative contracts | - | 1 | - | - | - | - |
| **Total derivative assets** | $ - | $ 47 | $ - | $ - | $ 5 | $ - |
| | | | | | | |
| **Derivative liabilities:** | | | | | | |
| Forward foreign currency exchange contracts | $ - | $ - | $ - | $ - | $ 1 | $ - |
| Net investment hedges | - | 24 | - | - | 263 | - |
| Interest rate swap | - | - | - | - | 1 | - |
| **Total derivative liabilities** | $ - | $ 24 | $ - | $ - | $ 265 | $ - |

20

The Company's long-term debt obligations are recorded in its consolidated balance sheets at carrying values, which may differ from the related fair values. The fair value of the Company's long-term debt is estimated using external pricing data, including any available quoted market prices and based on other debt instruments with similar characteristics. Borrowings under revolving credit agreements, if outstanding, are recorded at carrying value, which approximates fair value due to the frequent nature of such borrowings and repayments. See Note 9 for detailed information related to carrying values of the Company's outstanding debt. The following table summarizes the carrying values and estimated fair values of the Company's short- and long-term debt, based on Level 2 measurements (in millions):

| | December 25, 2021 | | March 27, 2021 | |
| | Carrying Value | Estimated Fair Value | Carrying Value | Estimated Fair Value |
| --- | --- | --- | --- | --- |
| Senior Notes due 2024 | $ 448 | $ 473 | $ 447 | $ 470 |
| Term Loan | $ 495 | $ 489 | $ 865 | $ 866 |
| Revolving Credit Facilities | $ 20 | $ 20 | $ - | $ - |

The Company's cash and cash equivalents, accounts receivable and accounts payable are recorded at carrying value, which approximates fair value.

**Non-Financial Assets and Liabilities**

The Company's non-financial assets include goodwill, intangible assets, operating lease right-of-use assets and property and equipment. Such assets are reported at their carrying values and are not subject to recurring fair value measurements. The Company's goodwill and its indefinite-lived intangible assets (Versace and Jimmy Choo brands) are assessed for impairment at least annually, while its other long-lived assets, including operating lease right-of-use assets, property and equipment and definite-lived intangible assets, are assessed for impairment whenever events or changes in circumstances indicate that the carrying amount of any such asset may not be recoverable. The Company determines the fair values of these assets based on Level 3 measurements using the Company's best estimates of the amount and timing of future discounted cash flows, based on historical experience, market conditions, current trends and performance expectations.

21

The Company recorded $
10 million and $43 million in impairment charges during the three and nine months ended December 25, 2021, respectively. The Company recorded $91 million and $113 million in impairment charges during the three and nine months ended December 26, 2020, respectively. The following table details the carrying values and fair values of the Company's assets that have been impaired during the three and nine months ended December 25, 2021 and three and nine months ended December 26, 2020 (in millions):

| | Three Months Ended December 25, 2021 | | | Nine Months Ended December 25, 2021 | | |
|---|---|---|---|---|---|---|
| | Carrying Value Prior to Impairment | Fair Value | Impairment Charge [1] | Carrying Value Prior to Impairment | Fair Value | Impairment Charge [1] |
| Operating Lease Right-of-Use Assets | $ 10 | $ - | $ 10 | $ 93 | $ 53 | $ 40 |
| Property and Equipment | - | - | - | 4 | 1 | 3 |
| **Total** | $ 10 | $ - | $ 10 | $ 97 | $ 54 | $ 43 |

| | Three Months Ended December 26, 2020 | | | Nine Months Ended December 26, 2020 | | |
|---|---|---|---|---|---|---|
| | Carrying Value Prior to Impairment | Fair Value | Impairment Charge [1] | Carrying Value Prior to Impairment | Fair Value | Impairment Charge [1] |
| Operating Lease Right-of-Use Assets | $ 284 | $ 206 | $ 78 | $ 321 | $ 223 | $ 98 |
| Property and Equipment | 17 | 4 | 13 | 21 | 6 | 15 |
| **Total** | $ 301 | $ 210 | $ 91 | $ 342 | $ 229 | $ 113 |

[1] Includes $10 million of impairment charges that were recorded within restructuring and other charges related to the Capri Retail Store Optimization Program for both the three and nine months ended December 25, 2021. Includes $1 million and $3 million of impairment charges that were recorded within restructuring and other charges related to the Capri Retail Store Optimization Program during the three and nine months ended December 26, 2020, respectively.

**12.**
**Derivative Financial Instruments**

*Forward Foreign Currency Exchange Contracts*

The Company uses forward foreign currency exchange contracts to manage its exposure to fluctuations in foreign currency for certain of its transactions. The Company, in its normal course of business, enters into transactions with foreign suppliers and seeks to minimize risks related to certain forecasted inventory purchases by using forward foreign currency exchange contracts. The Company only enters into derivative instruments with highly credit-rated counterparties. The Company does not enter into derivative contracts for trading or speculative purposes.

*Net Investment Hedges*

During the first quarter of Fiscal 2022, the Company modified multiple fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of $2.875 billion to hedge its net investment in Euro denominated subsidiaries ("First Quarter Modifications").

During the third quarter of Fiscal 2022, the Company modified multiple fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of $1.5 billion. The modification of these hedges resulted in the Company receiving $59 million in cash during the third quarter of Fiscal 2022. This amount is classified within investing activities in the Company's consolidated statements of cash flows.

Certain of these contracts are supported by a credit support annex ("CSA") which provides for collateral exchange with the earliest effective date being November 2023. If the outstanding position of a contract exceeds a certain threshold governed by the aforementioned CSA's, either party is required to post cash collateral. Due to an other-than-insignificant financing element for certain of First Quarter Modifications, the net interest cash inflows of $31 million during the nine months ended December 25, 2021 related to these contracts are classified as financing activities in the Company's consolidated statements of cash flows.

As of December 25, 2021, the Company had multiple fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of $4 billion to hedge its net investment in Euro denominated subsidiaries and $194 million to hedge its net investment in Japanese Yen denominated subsidiaries against future volatility in the exchange rates between the U.S. Dollar and these currencies. Under the terms of these contracts, the Company will exchange the semi-annual fixed rate payments on U.S. denominated debt for fixed rate payments of 0% to 4.457% in Euros and 0% to 3.408% in Japanese Yen. Certain of these contracts include mandatory early termination dates between August 2025 and February 2026, while the remaining contracts have maturity dates between May 2024 and February 2051. These contracts have been designated as net investment hedges.

When a cross-currency swap is used as a hedging instrument in a net investment hedge assessed under the spot method, the cross-currency basis spread is excluded from the assessment of hedge effectiveness and is recognized as a reduction in interest expense in the Company's consolidated statements of operations and comprehensive income. Accordingly, the Company recorded interest income of $17 million and $44 million during the three and nine months ended December 25, 2021, respectively. Additionally, the Company recorded interest income of $6 million and $8 million during the three and nine months ended December 26, 2020, respectively. This change from prior year is primarily due to the Company having higher average notional amounts outstanding on these hedges during the current period.

*Interest Rate Swap*

The Company had an interest rate swap with an initial notional amount of $500 million that would have decreased to $350 million in April 2022. The swap was designated as a cash flow hedge designed to mitigate the impact of adverse interest rate fluctuations for a portion of the Company's variable-rate debt equal to the notional amount of the swap. The interest rate swap converted the one-month adjusted LIBOR interest rate on these borrowings to a fixed interest rate of 0.237% through the date of termination.

When an interest rate swap agreement qualifies for hedge accounting as a cash flow hedge, the changes in the fair value are recorded in equity as a component of accumulated other comprehensive income and are reclassified into interest expense in the same period during which the hedged transactions affect earnings. During the three and nine months ended December 25, 2021 and December 26, 2020, the Company recorded an immaterial amount of net interest expense related to this agreement.

During the third quarter of Fiscal 2022, the Company terminated its only interest rate swap. As a result, the Company recognized a $1 million gain within interest (income) expense, net, within the Company's consolidated statements of operations and comprehensive income.

23

The following table details the fair value of the Company's derivative contracts, which are recorded on a gross basis in the consolidated balance sheets as of December 25, 2021 and March 27, 2021 (in millions):

| | Notional Amounts | | Fair Values | | | |
| | | | Assets | | Liabilities | |
| | December 25, 2021 | March 27, 2021 | December 25, 2021 | March 27, 2021 | December 25, 2021 | March 27, 2021 |
|---|---|---|---|---|---|---|
| Forward foreign currency exchange contracts | $ 124 | $ 155 | $ 6 [1] | $ 2 [1] | $ - | $ 1 [2] |
| Net investment hedges | 4,194 | 3,194 | 40 [3] | 3 [3] | 24 [4] | 263 [4] |
| Interest rate swap | - | 500 | - | - | - | 1 [4] |
| Total designated hedges | 4,318 | 3,849 | 46 | 5 | 24 | 265 |
| Undesignated derivative contracts [5] | 23 | 13 | 1 [1] | - | - | - |
| **Total** | $ 4,341 | $ 3,862 | $ 47 | $ 5 | $ 24 | $ 265 |

[1] Recorded within prepaid expenses and other current assets in the Company's consolidated balance sheets.
[2] Recorded within accrued expenses and other current liabilities in the Company's consolidated balance sheets.
[3] Recorded within other assets in the Company's consolidated balance sheets.
[4] Recorded within other long-term liabilities in the Company's consolidated balance sheets.
[5] Represents undesignated hedges of inventory purchases.

The Company records and presents the fair values of all of its derivative assets and liabilities in its consolidated balance sheets on a gross basis, as shown in the previous table. However, if the Company were to offset and record the asset and liability balances for its derivative instruments on a net basis in accordance with the terms of its master netting arrangements, which provide for the right to set-off amounts for similar transactions denominated in the same currencies, the resulting impact as of December 25, 2021 and March 27, 2021 would be as follows (in millions):

| | Forward Currency Exchange Contracts | | Net Investment Hedges | | Interest Rate Swaps | |
| | December 25, 2021 | March 27, 2021 | December 25, 2021 | March 27, 2021 | December 25, 2021 | March 27, 2021 |
|---|---|---|---|---|---|---|
| Assets subject to master netting arrangements | $ 7 | $ 2 | $ 40 | $ 3 | $ - | $ - |
| Liabilities subject to master netting arrangements | $ - | $ 1 | $ 24 | $ 263 | $ - | $ 1 |
| Derivative assets, net | $ 7 | $ 1 | $ 25 | $ 3 | $ - | $ - |
| Derivative liabilities, net | $ - | $ - | $ 9 | $ 263 | $ - | $ 1 |

Currently, the Company's master netting arrangements do not require cash collateral to be pledged by the Company or its counterparties.

Changes in the fair value of the Company's forward foreign currency exchange contracts that are designated as accounting hedges are recorded in equity as a component of accumulated other comprehensive income and are reclassified from accumulated other comprehensive income into earnings when the items underlying the hedged transactions are recognized into earnings, as a component of cost of goods sold within the Company's consolidated statements of operations and comprehensive income. The net gain or loss on net investment hedges are reported within foreign currency translation gains and losses ("CTA") as a component of accumulated other comprehensive income on the Company's consolidated balance sheets. Upon discontinuation of the hedge, such amounts remain in CTA until the related investment is sold or liquidated. Changes in the fair value of the Company's interest rate swaps that are designated as accounting hedges are recorded in equity as a component of accumulated other comprehensive income and are reclassified from accumulated other comprehensive income into earnings when the items underlying the hedged transactions are recognized into earnings, as a component of interest expense within the Company's consolidated statements of operations and comprehensive income.

The following table summarizes the pre-tax impact of the gains and losses on the Company's designated forward foreign currency exchange contracts, net investment hedges and interest rate swaps (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | | December 26, 2020 | | December 25, 2021 | | December 26, 2020 | |
| | Pre-Tax Gains Recognized in OCI | | Pre-Tax Losses Recognized in OCI | | Pre-Tax Gains Recognized in OCI | | Pre-Tax Losses Recognized in OCI | |
| Designated forward foreign currency exchange contracts | $ | 5 | $ | (7) | $ | 7 | $ | (7) |
| Designated net investment hedges | $ | 155 | $ | (220) | $ | 327 | $ | (262) |
| Designated interest rate swaps | $ | 1 | $ | - | $ | 1 | $ | (1) |

The following tables summarize the pre-tax impact of the gains and losses within the consolidated statements of operations and comprehensive income related to the designated forward foreign currency exchange contracts for the three and nine months ended December 25, 2021 and December 26, 2020 (in millions):

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | Pre-Tax Gain Reclassified from Accumulated OCI | | | |
| | December 25, 2021 | | December 26, 2020 | Location of Gain Recognized |
| Designated forward foreign currency exchange contracts | $ | - | $ (1) | Cost of goods sold |

| | Nine Months Ended | | | |
| --- | --- | --- | --- | --- |
| | Pre-Tax Loss (Gain) Reclassified from Accumulated OCI | | | |
| | December 25, 2021 | | December 26, 2020 | Location of Loss (Gain) Recognized |
| Designated forward foreign currency exchange contracts | $ | 2 | $ (4) | Cost of goods sold |

The Company expects that substantially all of the amounts currently recorded in accumulated other comprehensive income for its forward foreign currency exchange contracts will be reclassified into earnings during the next 12 months, based upon the timing of inventory purchases and turnover.

*Undesignated Hedges*

During the three and nine months ended December 25, 2021, a $1 million gain was recognized within foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income as a result of the changes in the fair value of undesignated forward foreign currency exchange contracts. During the three and nine months ended December 26, 2020, a loss of $2 million was recognized within foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income as a result of the changes in the fair value of undesignated forward foreign currency exchange contracts.

**13.**
**Shareholders' Equity**

*Share Repurchase Program*

During the first quarter of Fiscal 2022, the Company reinstated its $500 million share repurchase program, which was previously suspended during the first quarter of Fiscal 2021 in response to the impact of the COVID-19 pandemic and the provisions of the Second Amendment of the 2018 Credit Facility. Subsequently, on November 3, 2021, the Company announced that its Board of Directors had terminated the Company's existing $500 million share repurchase program (the "Prior Plan"), which had $250 million of availability remaining at the time, and authorized a new share repurchase program (the "Fiscal 2022 Plan") pursuant to which the Company may, from time to time, repurchase up to $1.0 billion of its outstanding ordinary shares within a period of two years from the effective date of the program.

During the nine months ended December 25, 2021, the Company purchased 5,934,244 shares for a total cost of approximately $350 million including commissions, through open market transactions, with 2,712,275 shares purchased for a total cost of $150 million including commissions under the Prior Plan and 3,221,969 shares purchased for a total cost of $200 million including commissions under the Fiscal 2022 Plan. As of December 25, 2021, the remaining availability under the Company's share repurchase program was $800 million.

During the nine months ended December 26, 2020, the Company did not purchase any shares through open market transaction as the Company's share repurchase plan was suspended at that time.

Share repurchases may be made in open market or privately negotiated transactions, subject to market conditions, applicable legal requirements, trading transactions under the Company's insider trading policy and other relevant factors. The program may be suspended or discontinued at any time.

The Company also has in place a "withhold to cover" repurchase program, which allows the Company to withhold ordinary shares from certain executive officers and directors to satisfy minimum tax withholding obligations relating to the vesting of their restricted share awards. During the nine month periods ended December 25, 2021 and December 26, 2020, the Company withheld 193,322 shares and 48,147 shares, respectively, with a fair value of $10 million and $1 million, respectively, in satisfaction of minimum tax withholding obligations relating to the vesting of restricted share awards.

***Accumulated Other Comprehensive Income***

The following table details changes in the components of accumulated other comprehensive income ("AOCI"), net of taxes, for the nine months ended December 25, 2021 and December 26, 2020, respectively (in millions):

| | Foreign Currency Adjustments [1] | | Net (Losses) Gains on Derivatives [2] | | Other Comprehensive Income Attributable to Capri | |
|---|---|---|---|---|---|---|
| Balance at March 27, 2021 | $ | 57 | $ | (1) | $ | 56 |
| Other comprehensive income before reclassifications | | 148 | | 7 | | 155 |
| Less: amounts reclassified from AOCI to earnings | | - | | (2) | | (2) |
| Other comprehensive income, net of tax | | 148 | | 9 | | 157 |
| Balance at December 25, 2021 | $ | 205 | $ | 8 | $ | 213 |
| | | | | | | |
| Balance at March 28, 2020 | $ | 72 | $ | 3 | $ | 75 |
| Other comprehensive income (loss) before reclassifications | | 26 | | (7) | | 19 |
| Less: amounts reclassified from AOCI to earnings | | - | | 3 | | 3 |
| Other comprehensive income (loss), net of tax | | 26 | | (10) | | 16 |
| Balance at December 26, 2020 | $ | 98 | $ | (7) | $ | 91 |

[1]Foreign currency translation adjustments for the nine months ended December 25, 2021 primarily include a $249 million gain, net of taxes of $78 million, relating to the Company's net investment hedges, and a net $102 million translation loss. Foreign currency translation adjustments for the nine months ended December 26, 2020 primarily include a $198 million translation loss, net of taxes of $64 million, relating to the Company's net investment hedges, which was offset by a net $227 million translation gain.

[2]Reclassified amounts primarily relate to the Company's forward foreign currency exchange contracts for inventory purchases and are recorded within cost of goods sold in the Company's consolidated statements of operations and comprehensive income. All tax effects were not material for the periods presented.

**14.**
**Share-Based Compensation**

The Company grants equity awards to certain employees and directors of the Company at the discretion of the Company's Compensation and Talent Committee. The Company has
two equity plans, one stock option plan adopted in Fiscal 2008 (as amended and restated, the "2008 Plan"), and the Omnibus Incentive Plan adopted in the third fiscal quarter of Fiscal 2012 and amended and restated with shareholder approval in May 2015, and again in June 2020 (the "Incentive Plan"). The 2008 Plan only provided for grants of share options and was authorized to issue up to 23,980,823 ordinary shares. As of December 25, 2021, there were no shares available to grant equity awards under the 2008 Plan.

The Incentive Plan allows for grants of share options, restricted shares and RSUs, and other equity awards, and authorizes a total issuance of up to 18,846,000 ordinary shares after amendments in June 2020. At December 25, 2021, there were 3,951,587 ordinary shares available for future grants of equity awards under the Incentive Plan. Option grants issued from the 2008 Plan generally expire ten years from the date of the grant, and those issued under the Incentive Plan generally expire seven years from the date of the grant.

The following table summarizes the Company's share-based compensation activity during the nine months ended December 25, 2021:

|  | Options | Service-Based RSUs | Performance-Based RSUs |
|---|---|---|---|
| Outstanding/Unvested at March 27, 2021 | 1,150,260 | 4,895,517 | 581,659 |
| Granted | - | 1,678,704 | - |
| Exercised/Vested | (283,076) | (1,804,289) | (347,561) |
| Change due to performance condition | - | - | 26,109 |
| Canceled/Forfeited | (381,602) | (275,969) | - |
| Outstanding/Unvested at December 25, 2021 | 485,582 | 4,493,963 | 260,207 |

The weighted average grant date fair value of service-based RSUs granted during the nine months ended December 25, 2021 was $51.75. The weighted average grant date fair value of service-based RSUs granted during the nine months ended December 26, 2020 was $16.72.

*Share-Based Compensation Expense*

The following table summarizes compensation expense attributable to share-based compensation for the three and nine months ended December 25, 2021 and December 26, 2020 (in millions):

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| Share-based compensation expense | $ 13 | $ 12 | $ 69 | $ 53 |
| Tax benefit related to share-based compensation expense | $ 1 | $ 2 | $ 12 | $ 11 |

Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from those estimates. The Company estimates forfeitures based on historical forfeiture rates. The estimated value of future forfeitures for equity grants as of December 25, 2021 is approximately $22 million.

See Note 17 in the Company's Fiscal 2021 Annual Report on Form 10-K for additional information relating to the Company's share-based compensation awards.

27

**15.**
**Income Taxes**

The Company's effective tax rate for the three and nine months ended December 25, 2021 was 5.6% and 6.8%, respectively. Such rates differ from the United Kingdom ("U.K.") federal statutory rate of 19% primarily due to the favorable effect of a net operating loss carryback claim made in the United States as a result of COVID-19 related losses generated in the prior fiscal year and the impact of global financing activities partially offset by the increases in uncertain tax positions during the three and nine months ended December 25, 2021. The tax rate for the nine months ended December 25, 2021 also benefited from recently enacted tax legislation in Italy which allowed the Company to reduce its deferred tax liabilities by allowing a step up of certain intangible assets resulting in lower future cash taxes partially offset by the impact of tax rate changes in the United Kingdom on the Company's net deferred tax liabilities.

The global financing activities are related to the Company's 2014 move of its principal executive office from Hong Kong to the U.K. and decision to become a U.K. tax resident. In connection with this decision, the Company funded its international growth strategy through intercompany debt financing arrangements. These debt financing arrangements reside between certain of our U.S., U.K. and Hungarian subsidiaries. Due to the difference in the statutory income tax rates between these jurisdictions, the Company realized lower effective tax rates for the three and nine months ended December 25, 2021.

**16.**
**Segment Information**

The Company operates its business through three operating segments - Versace, Jimmy Choo and Michael Kors, which are based on its business activities and organization. The reportable segments are segments of the Company for which separate financial information is available and for which operating results are evaluated regularly by the Company's chief operating decision maker ("CODM") in deciding how to allocate resources, as well as in assessing performance. The primary key performance indicators are revenue and operating income for each segment. The Company's reportable segments represent components of the business that offer similar merchandise, customer experience and sales/marketing strategies.

The Company's three reportable segments are as follows:

•Versace - segment includes revenue generated through the sale of Versace luxury accessories, ready-to-wear and footwear through directly operated Versace boutiques throughout North America (United States and Canada), certain parts of EMEA and certain parts of Asia, as well as through Versace outlet stores and e-commerce sites. In addition, revenue is generated through wholesale sales to distribution partners (including geographic licensing arrangements that allow third parties to use the Versace trademarks in connection with retail and/or wholesale sales of Versace branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide, as well as through product license agreements in connection with the manufacturing and sale of jeans, fragrances, watches, jewelry, eyewear and home furnishings.

•Jimmy Choo - segment includes revenue generated through the sale of Jimmy Choo luxury footwear, handbags and small leather goods and accessories through directly operated Jimmy Choo retail and outlet stores throughout the Americas, certain parts of EMEA and certain parts of Asia, through its e-commerce sites, as well as through wholesale sales of luxury goods to distribution partners (including geographic licensing arrangements that allow third parties to use the Jimmy Choo trademarks in connection with retail and/or wholesale sales of Jimmy Choo branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide. In addition, revenue is generated through product licensing agreements, which allow third parties to use the Jimmy Choo brand name and trademarks in connection with the manufacturing and sale of fragrances and eyewear.

•Michael Kors - segment includes revenue generated through the sale of Michael Kors products through four primary Michael Kors retail store formats: "Collection" stores, "Lifestyle" stores (including concessions), outlet stores and e-commerce sites, through which the Company sells Michael Kors products, as well as licensed products bearing the Michael Kors name, directly to consumers throughout the Americas, certain parts of EMEA and certain parts of Asia. The Company also sells Michael Kors products directly to department stores, primarily located across the Americas and Europe, to specialty stores and travel retail shops, and to its geographic licensees. In addition, revenue is generated through product and geographic licensing arrangements, which allow third parties to use the Michael Kors brand name and trademarks in connection with the manufacturing and sale of products, including watches, jewelry, fragrances and eyewear.

28

In addition to these reportable segments, the Company has certain corporate costs that are not directly attributable to its brands and, therefore, are not allocated to its segments. Such costs primarily include certain administrative, corporate occupancy, shared service and information system expenses, including enterprise resource planning system implementation costs. In addition, certain other costs are not allocated to segments, including restructuring and other charges (including transition costs related to the Company's acquisitions), impairment costs and COVID-19 related charges. The segment structure is consistent with how the Company's CODM plans and allocates resources, manages the business and assesses performance. All intercompany revenues are eliminated in consolidation and are not reviewed when evaluating segment performance.

The following table presents the key performance information of the Company's reportable segments (in millions):

| | Three Months Ended | | Nine Months Ended | |
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
|---|---|---|---|---|
| **Total revenue:** | | | | |
| Versace | $ 251 | $ 195 | $ 773 | $ 483 |
| Jimmy Choo | 178 | 121 | 457 | 294 |
| Michael Kors | 1,180 | 986 | 2,932 | 2,086 |
| **Total revenue** | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |
| | | | | |
| **Income (loss) from operations:** | | | | |
| Versace | $ 32 | $ 13 | $ 135 | $ (8) |
| Jimmy Choo | 16 | (8) | 28 | (37) |
| Michael Kors | 335 | 281 | 795 | 423 |
| **Total segment income from operations** | 383 | 286 | 958 | 378 |
| **Less:** Corporate expenses | (37) | (29) | (123) | (90) |
| Restructuring and other charges | (14) | (1) | (25) | (18) |
| Impairment of assets [1] | - | (90) | (33) | (110) |
| COVID-19 related charges | (1) | 1 | 7 | (2) |
| **Total income from operations** | $ 331 | $ 167 | $ 784 | $ 158 |

[1]Impairment of assets during the nine months ended December 25, 2021 and the three and nine months ended December 26, 2020 primarily related to operating lease right-of-use assets at certain Michael Kors store locations.

Depreciation and amortization expense for each segment are as follows (in millions):

| | Three Months Ended | | Nine Months Ended | |
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
|---|---|---|---|---|
| **Depreciation and amortization:** | | | | |
| Versace | $ 13 | $ 14 | $ 39 | $ 40 |
| Jimmy Choo | 8 | 8 | 23 | 23 |
| Michael Kors | 26 | 30 | 84 | 97 |
| **Total depreciation and amortization** | $ 47 | $ 52 | $ 146 | $ 160 |

29

Total revenue (based on country of origin) by geographic location are as follows (in millions):

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| **Revenue:** | | | | |
| The Americas (U.S., Canada and Latin America) [1] | $ 954 | $ 760 | $ 2,370 | $ 1,524 |
| EMEA | 405 | 299 | 1,095 | 732 |
| Asia | 250 | 243 | 697 | 607 |
| **Total revenue** | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |

[1]Total revenue earned in the U.S. was $885 million and $2.207 billion, respectively, for the three and nine months ended December 25, 2021. Total revenue earned in the U.S. was $722 million and $1.414 billion, respectively, for the three and nine months ended December 26, 2020.

30

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*The following Management's Discussion and Analysis ("MD&A") of our Financial Condition and Results of Operations should be read in conjunction with the consolidated financial statements and notes thereto included as part of this interim report. Forward-looking statements are prospective in nature and are not based on historical facts, but rather on current expectations and projections of the management of the Company about future events, and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included herein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-looking statements. These forward-looking statements are not guarantees of future financial performance. Such forward-looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking statements. These risks, uncertainties and other factors include the effect of the COVID-19 pandemic and its potential material and significant impact on the Company's future financial and operational results if retail stores are forced to close again and the pandemic is prolonged, including that our estimates could materially differ if the severity of the COVID-19 situation worsens, or if there are further supply chain disruptions, including additional production delays and increased costs, the length and severity of such outbreak across the globe and the pace of recovery following the COVID-19 pandemic, levels of cash flow and future availability of credit, compliance with restrictive covenants under the Company's credit agreement, the Company's ability to integrate successfully and to achieve anticipated benefits of any acquisition and to successfully execute our growth strategies; the risk of disruptions to the Company's businesses; risks associated with operating in international markets and our global sourcing activities; the risk of cybersecurity threats and privacy or data security breaches; the negative effects of events on the market price of the Company's ordinary shares and its operating results; significant transaction costs; unknown liabilities; the risk of litigation and/or regulatory actions related to the Company's businesses; fluctuations in demand for the Company's products; levels of indebtedness (including the indebtedness incurred in connection with acquisitions); the timing and scope of future share buybacks, which may be made in open market or privately negotiated transactions, and are subject to market conditions, applicable legal requirements, trading restrictions under the Company's insider trading policy and other relevant factors, and such share repurchases may be suspended or discontinued at any time, the level of other investing activities and uses of cash; changes in consumer traffic and retail trends; loss of market share and industry competition; fluctuations in the capital markets; fluctuations in interest and exchange rates; the occurrence of unforeseen epidemics and pandemics, disasters or catastrophes; political or economic instability in principal markets; adverse outcomes in litigation; and general, local and global economic, political, business and market conditions, as well as those risks set forth in Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the year ended March 27, 2021, filed with the Securities and Exchange Commission on May 26, 2021.*

**Overview**

***Our Business***

Capri Holdings Limited is a global fashion luxury group, consisting of iconic brands that are industry leaders in design, style and craftsmanship, led by a world-class management team and renowned designers. Our brands cover the full spectrum of fashion luxury categories including women's and men's accessories, footwear and ready-to-wear as well as wearable technology, watches, jewelry, eyewear and a full line of fragrance products. Our goal is to continue to extend the global reach of our brands while ensuring that they maintain their independence and exclusive DNA.

Our Versace brand has long been recognized as one of the world's leading international fashion design houses and is synonymous with Italian glamour and style. Founded in 1978 in Milan, Versace is known for its iconic and unmistakable style and unparalleled craftsmanship. Over the past several decades, the House of Versace has grown globally from its roots in haute couture, expanding into the design, manufacturing, distribution and retailing of accessories, ready-to-wear, footwear, eyewear, watches, jewelry, fragrance and home furnishings businesses. Versace's design team is led by Donatella Versace, who has been the brand's artistic director for over 20 years. Versace distributes its products through a worldwide distribution network, which includes boutiques in some of the world's most glamorous cities, its e-commerce sites, as well as through the most prestigious department and specialty stores worldwide.

31

Our Jimmy Choo brand offers a distinctive, glamorous and fashion-forward product range, enabling it to develop into a leading global luxury accessories brand, whose core product offering is women's luxury shoes, complemented by accessories, including handbags, small leather goods, scarves and belts, as well as a growing men's luxury shoes and accessory business. In addition, certain categories, such as fragrances and eyewear, are produced under licensing agreements. Jimmy Choo's design team is led by Sandra Choi, who has been the Creative Director for the brand since its inception in 1996. Jimmy Choo products are unique, instinctively seductive and chic. The brand offers classic and timeless luxury products, as well as innovative products that are intended to set and lead fashion trends. Jimmy Choo is represented through its global store network, its e-commerce sites, as well as through the most prestigious department and specialty stores worldwide.

Our Michael Kors brand was launched 40 years ago by Michael Kors, whose vision has taken the Company from its beginnings as an American luxury sportswear house to a global accessories, footwear and ready-to-wear company with a global distribution network that has presence in over 100 countries through Company-operated retail stores and e-commerce sites, leading department stores, specialty stores and select licensing partners. Michael Kors is a highly recognized luxury fashion brand in the Americas and Europe with growing brand awareness in other international markets. Michael Kors features distinctive designs, materials and craftsmanship with a jet-set aesthetic that combines stylish elegance and a sporty attitude. Michael Kors offers three primary collections: the Michael Kors Collection luxury line, the MICHAEL Michael Kors accessible luxury line and the Michael Kors Mens line. The Michael Kors Collection establishes the aesthetic authority of the entire brand and is carried by select retail stores, our e-commerce sites, as well as in the finest luxury department stores in the world. MICHAEL Michael Kors has a strong focus on accessories, in addition to offering footwear and ready-to-wear, and addresses the significant demand opportunity in accessible luxury goods. We have also been developing our men's business in recognition of the significant opportunity afforded by the Michael Kors brand's established fashion authority and the expanding men's market. Taken together, our Michael Kors collections target a broad customer base while retaining our premium luxury image.

### *Certain Factors Affecting Financial Condition and Results of Operations*

*COVID-19 Pandemic.* See Item 1A - "The COVID-19 pandemic may continue to have a material adverse effect on our business and results of operations" of our Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for additional discussion regarding risks to our business associated with the COVID-19 pandemic.

*Channel shift, macroeconomic factors, and demand for our accessories and related merchandise.* Our performance is affected by trends in the luxury goods industry, global consumer spending, macroeconomic factors, overall levels of consumer travel and spending on discretionary items as well as shifts in demographics and changes in lifestyle preferences. Through 2019, the personal luxury goods market grew at a 5% rate over the past 20 years, with more recent growth driven by stronger Chinese demand from both international and local consumers and demographic and socioeconomic shifts resulting in younger consumers purchasing more luxury goods. However, in 2020, due to the impact of the COVID-19 crisis, the personal luxury goods market declined 23%. Market studies indicate that the personal luxury goods market is predicted to increase at a 10% compound annual growth rate between 2020 and 2025, and is expected to have returned to 2019 levels by the end of 2021 or in 2022. Future growth is expected to be driven by e-commerce, Chinese consumers and younger generations. As the personal luxury goods market continues to evolve, Capri is committed to creating engaging luxury experiences globally. In our view, increased customer engagement and tailoring merchandise to customer shopping and communication preferences are key to growing market share.

We also continue to adjust our retail operating strategy to the changing business environment. Last year, we announced our Capri Retail Store Optimization Program to close approximately 170 of our retail stores throughout Fiscal 2021 and Fiscal 2022, in order to improve the profitability of our retail store fleet. Over this time period, we initially expected to incur approximately $75 million of one-time costs associated with these store closures, however, based on a reassessment, we expect these costs to be approximately $25 million. As of December 25, 2021, we have closed a total of 140 stores and recorded net restructuring charges of $11 million relating to the program since its inception. Collectively, we continue to anticipate ongoing savings as a result of the store closures and lower depreciation associated with the impairment charges being recorded.

*Foreign currency fluctuation.* Our consolidated operations are impacted by the relationships between our reporting currency, the U.S. dollar, and those of our non-U.S. subsidiaries whose functional/local currency is other than the U.S. dollar, particularly the Euro, the British Pound, the Chinese Renminbi, the Japanese Yen, the Korean Won and the Canadian Dollar, among others. We continue to expect volatility in the global foreign currency exchange rates, which may have a negative impact on the reported results of certain of our non-U.S. subsidiaries in the future, when translated to U.S. Dollars.

*Disruptions or delays in shipping and distribution and other supply chain constraints.* We have been experiencing global logistics challenges, including delays as a result of port congestion, vessel availability, container shortages and temporary factory closures which are expected to continue for the duration of Fiscal 2022 and into Fiscal 2023. Our freight costs have

32

increased as carrier rates for ocean and air shipments have increased significantly, and the supply chain disruptions have caused us to increase our use of air freight with greater frequency than in the past. Any future disruptions in our shipping and distribution network, including impacts on our supply chain due to temporary closures of our manufacturing partners and shipping and fulfillment constraints, could have a negative impact on our results of operations. See Item 1A - "Risk Factors" - "We primarily use foreign manufacturing contractors and independent third-party agents to source our finished goods and our business is subject to risks inherent in global sourcing activities, including disruptions or delays in manufacturing or shipments" of our Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for additional discussion.

*Costs of manufacturing, tariffs, and import regulations.* Our industry is subject to volatility in costs related to certain raw materials used in the manufacturing of our products. This volatility applies primarily to costs driven by commodity prices, which can increase or decrease dramatically over a short period of time. In addition, our costs may be impacted by sanction tariffs imposed on our products due to changes in trade terms. For example, we have historically received benefits from duty-free imports on certain products from certain countries pursuant to the U.S. Generalized System of Preferences ("GSP") program. The GSP program expired on December 31, 2020. If the GSP program is not renewed or otherwise made retroactive, we will continue to experience significant additional duties and our gross margin will continue to be negatively impacted. Additionally, we are subject to government import regulations, including U.S. Customs and Border Protection ("CBP") withhold release orders. The imposition of taxes, duties and quotas, the withdrawal from or material modification to trade agreements, and/or if CBP detains shipments of our goods pursuant to a withhold release order could have a material adverse effect on our business, results of operations and financial condition. If additional tariffs or trade restrictions are implemented by the U.S. or other countries, the cost of our products could increase which could adversely affect our business. In addition, commodity prices and tariffs may have an impact on our revenues, results of operations and cash flows. We use commercially reasonable efforts to mitigate these effects by sourcing our products as efficiently as possible and diversifying the countries where we produce. In addition, manufacturing labor costs are also subject to degrees of volatility based on local and global economic conditions. We use commercially reasonable efforts to source from localities that suit our manufacturing standards and result in more favorable labor driven costs to our products.

### Segment Information

We operate in three reportable segments, which are as follows:

### Versace

We generate revenue through the sale of Versace luxury accessories, ready-to-wear and footwear through directly operated Versace boutiques throughout North America (United States and Canada), certain parts of EMEA (Europe, Middle East and Africa) and certain parts of Asia (including Australia), as well as through Versace outlet stores and e-commerce sites. In addition, revenue is generated through wholesale sales to distribution partners (including geographic licensing arrangements), multi-brand department stores and specialty stores worldwide, as well as through product license agreements in connection with the manufacturing and sale of products, including jeans, fragrances, watches, jewelry, eyewear and home furnishings.

### Jimmy Choo

We generate revenue through the sale of Jimmy Choo luxury goods through directly operated Jimmy Choo retail and outlet stores throughout the Americas (United States, Canada and Latin America), certain parts of EMEA and certain parts of Asia, through our e-commerce sites, as well as through wholesale sales of luxury goods to distribution partners (including geographic licensing arrangements that allow third parties to use the Jimmy Choo tradename in connection with retail and/or wholesale sales of Jimmy Choo branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide. In addition, revenue is generated through product licensing agreements, which allow third parties to use the Jimmy Choo brand name and trademarks in connection with the manufacturing and sale of products, including fragrances and eyewear.

### Michael Kors

We generate revenue through the sale of Michael Kors products through four primary Michael Kors retail store formats: "Collection" stores, "Lifestyle" stores (including concessions), outlet stores and e-commerce, through which we sell our products, as well as licensed products bearing our name, directly to consumers throughout the Americas, certain parts of EMEA and certain parts of Asia. Our Michael Kors e-commerce business includes e-commerce sites in the U.S., Canada and EMEA and Asia. We also sell Michael Kors products directly to department stores, primarily located across the Americas and EMEA, to specialty stores and travel retail shops in the Americas, Europe and Asia, and to our geographic licensees in certain parts of

33

EMEA, Asia and Brazil. In addition, revenue is generated through product and geographic licensing arrangements, which allow third parties to use the Michael Kors brand name and trademarks in connection with the manufacturing and sale of products, including watches, jewelry, fragrances and eyewear, as well as through geographic licensing arrangements, which allow third parties to use the Michael Kors tradename in connection with the retail and/or wholesale sales of our Michael Kors branded products in specific geographic regions.

*Unallocated Corporate Expenses*

In addition to the reportable segments discussed above, we have certain corporate costs that are not directly attributable to our brands and, therefore, are not allocated to segments. Such costs primarily include certain administrative, corporate occupancy, shared service and information systems expenses, including ERP system implementation costs. In addition, certain other costs are not allocated to segments, including restructuring and other charges (including transaction and transition costs related to our acquisitions), impairment costs and COVID-19 related charges. The segment structure is consistent with how our chief operating decision maker plans and allocates resources, manages the business and assesses performance. The following table presents our total revenue and income (loss) from operations by segment for the three and nine months ended December 25, 2021 and December 26, 2020 (in millions):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| **Total revenue:** | | | | |
| Versace | $ 251 | $ 195 | $ 773 | $ 483 |
| Jimmy Choo | 178 | 121 | 457 | 294 |
| Michael Kors | 1,180 | 986 | 2,932 | 2,086 |
| **Total revenue** | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |
| | | | | |
| **Income (loss) from operations:** | | | | |
| Versace | $ 32 | $ 13 | $ 135 | $ (8) |
| Jimmy Choo | 16 | (8) | 28 | (37) |
| Michael Kors | 335 | 281 | 795 | 423 |
| **Total segment income from operations** | 383 | 286 | 958 | 378 |
| **Less:** Corporate expenses | (37) | (29) | (123) | (90) |
| Restructuring and other charges | (14) | (1) | (25) | (18) |
| Impairment of assets | - | (90) | (33) | (110) |
| COVID-19 related charges | (1) | 1 | 7 | (2) |
| **Total income from operations** | $ 331 | $ 167 | $ 784 | $ 158 |

The following table presents our global network of retail stores and wholesale doors by brand:

|  | As of | |
|---|---|---|
|  | December 25, 2021 | December 26, 2020 |
| Number of full price retail stores (including concessions): | | |
| Versace | 150 | 160 |
| Jimmy Choo | 184 | 180 |
| Michael Kors | 535 | 547 |
|  | 869 | 887 |
| Number of outlet stores: | | |
| Versace | 62 | 57 |
| Jimmy Choo | 56 | 51 |
| Michael Kors | 299 | 284 |
|  | 417 | 392 |
| **Total number of retail stores** | 1,286 | 1,279 |
| Total number of wholesale doors: | | |
| Versace | 803 | 790 |
| Jimmy Choo | 456 | 496 |
| Michael Kors | 2,931 | 2,763 |
|  | 4,190 | 4,049 |

The following table presents our retail stores by geographic location:

|  | As of December 25, 2021 | | | As of December 26, 2020 | | |
|---|---|---|---|---|---|---|
|  | Versace | Jimmy Choo | Michael Kors | Versace | Jimmy Choo | Michael Kors |
| Store count by region: | | | | | | |
| The Americas | 39 | 46 | 346 | 36 | 47 | 364 |
| EMEA | 55 | 74 | 176 | 59 | 75 | 177 |
| Asia | 118 | 120 | 312 | 122 | 109 | 290 |
|  | 212 | 240 | 834 | 217 | 231 | 831 |

**Key Consolidated Performance Indicators and Statistics**

We use a number of key indicators of operating results to evaluate our performance, including the following (dollars in millions):

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | December 25, 2021 | December 26, 2020 | December 25, 2021 | December 26, 2020 |
| Total revenue | $ 1,609 | $ 1,302 | $ 4,162 | $ 2,863 |
| Gross profit as a percent of total revenue | 65.1% | 65.1% | 67.0% | 65.0% |
| Income from operations | $ 331 | $ 167 | $ 784 | $ 158 |
| Income from operations as a percent of total revenue | 20.6% | 12.8% | 18.8% | 5.5% |

35

*Seasonality*

We experience certain effects of seasonality with respect to our business. We generally experience greater sales during our third fiscal quarter, primarily driven by holiday season sales, and the lowest sales during our first fiscal quarter.

**Critical Accounting Policies and Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States ("U.S. GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, as well as the reported amounts of revenue and expenses during the reporting period. Critical accounting policies are those that are the most important to the portrayal of our results of operations and financial condition and that require our most difficult, subjective and complex judgments to make estimates about the effect of matters that are inherently uncertain. In applying such policies, we must use certain assumptions that are based on our informed judgments, assessments of probability and best estimates. Estimates, by their nature, are subjective and are based on analysis of available information, including current and historical factors and the experience and judgment of management. We evaluate our assumptions and estimates on an ongoing basis. While our significant accounting policies are detailed in Note 2 to the accompanying consolidated financial statements, our critical accounting policies are disclosed, in full, in the MD&A section of our Annual Report on Form 10-K for the fiscal year ended March 27, 2021. There have been no significant changes in our critical accounting policies and estimates since March 27, 2021.

**Results of Operations**

*Comparison of the three months ended December 25, 2021 with the three months ended December 26, 2020*

The following table details the results of our operations for the three months ended December 25, 2021 and December 26, 2020, and expresses the relationship of certain line items to total revenue as a percentage (dollars in millions):

| | Three Months Ended | | | | % of Total Revenue for the Three Months Ended | |
|---|---|---|---|---|---|---|
| | December 25, 2021 | December 26, 2020 | $ Change | % Change | December 25, 2021 | December 26, 2020 |
| **Statements of Operations Data:** | | | | | | |
| Total revenue | $ 1,609 | $ 1,302 | $ 307 | 23.6% | | |
| Cost of goods sold | 561 | 454 | 107 | 23.6% | 34.9% | 34.9% |
| Gross profit | 1,048 | 848 | 200 | 23.6% | 65.1% | 65.1% |
| Selling, general and administrative expenses | 656 | 538 | 118 | 21.9% | 40.8% | 41.3% |
| Depreciation and amortization | 47 | 52 | (5) | (9.6)% | 2.9% | 4.0% |
| Impairment of assets | - | 90 | (90) | (100.0)% | -% | 6.9% |
| Restructuring and other charges | 14 | 1 | 13 | NM | 0.9% | 0.1% |
| Total operating expenses | 717 | 681 | 36 | 5.3% | 44.6% | 52.3% |
| Income from operations | 331 | 167 | 164 | 98.2% | 20.6% | 12.8% |
| Other income, net | - | (3) | 3 | (100.0)% | -% | (0.2)% |
| Interest (income) expense, net | (7) | 10 | (17) | NM | (0.4)% | 0.8% |
| Foreign currency gain | (4) | (13) | 9 | (69.2)% | (0.2)% | (1.0)% |
| Income before income taxes | 342 | 173 | 169 | 97.7% | 21.3% | 13.3% |
| Provision for (benefit from) income taxes | 19 | (5) | 24 | NM | 1.2% | (0.4)% |
| Net income | 323 | 178 | 145 | 81.5% | | |
| Less: Net income (loss) attributable to noncontrolling interest | 1 | (1) | 2 | NM | | |
| Net income attributable to Capri | $ 322 | $ 179 | $ 143 | 79.9% | | |

NM Not meaningful

*Total Revenue*

Total revenue increased $307 million, or 23.6%, to $1.609 billion for the three months ended December 25, 2021, compared to $1.302 billion for the three months ended December 26, 2020, which included net unfavorable foreign currency effects of approximately $15 million, primarily related to the weakening of the Euro and Japanese Yen against the U.S. Dollar for the three months ended December 25, 2021. On a constant currency basis, our total revenue increased $322 million, or 24.7%. The increase is attributable to the continued recovery from the COVID-19 pandemic and the adverse impacts related to COVID-19 in the prior fiscal year.

*Gross Profit*

Gross profit increased $200 million, or 23.6%, to $1.048 billion for the three months ended December 25, 2021, compared to $848 million for the three months ended December 26, 2020, which included net unfavorable foreign currency effects of $10 million. Gross profit as a percentage of total revenue was 65.1% for the three months ended December 25, 2021 and December 26, 2020. Our gross profit margin remained flat primarily due to a higher average unit price and lower promotional activity, offset by increases in supply chain costs for the three months ended December 25, 2021, as compared to the three months ended December 26, 2020.

37

*Total Operating Expenses*

Total operating expenses increased $36 million, or 5.3%, to $717 million for the three months ended December 25, 2021, compared to $681 million for the three months ended December 26, 2020. Our operating expenses included a net favorable foreign currency impact of approximately $2 million. Total operating expenses decreased to 44.6% as a percentage of total revenue for the three months ended December 25, 2021, compared to 52.3% for the three months ended December 26, 2020. The components that comprise total operating expenses are explained below.

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses increased $118 million, or 21.9%, to $656 million for the three months ended December 25, 2021, compared to $538 million for the three months ended December 26, 2020, primarily due to increased retail store, e-commerce and corporate costs for the three months ended December 25, 2021.

Selling, general, and administrative expenses as a percentage of total revenue decreased to 40.8% for the three months ended December 25, 2021, compared to 41.3% for the three months ended December 26, 2020, primarily due to leveraging of operating expenses as a result of higher revenue, partially offset by an increase in marketing expenses as a percentage of revenue for the three months ended December 25, 2021, as compared to the three months ended December 26, 2020.

Unallocated corporate expenses, which are included within selling, general and administrative expenses discussed above, but are not directly attributable to a reportable segment, increased $8 million, or 27.6%, to $37 million for the three months ended December 25, 2021 as compared to $29 million for the three months ended December 26, 2020, primarily due to an increase in compensation expense and ERP system implementation expenses.

*Depreciation and Amortization*

Depreciation and amortization decreased $5 million, or 9.6%, to $47 million for the three months ended December 25, 2021, compared to $52 million for the three months ended December 26, 2020. The decrease in depreciation and amortization expense was primarily attributable to lower depreciation due to lower capital expenditures in Fiscal 2022 and Fiscal 2021. Depreciation and amortization decreased to 2.9% as a percentage of total revenue for the three months ended December 25, 2021, compared to 4.0% for the three months ended December 26, 2020 primarily due to lower revenues during the prior year due to COVID-19.

*Impairment of Assets*

For the three months ended December 25, 2021, we did not recognize any asset impairment charges except for the amount recorded within restructuring and other charges (see Note 8 to the accompanying consolidated financial statements for additional information). For the three months ended December 26, 2020, we recognized asset impairment charges of approximately $90 million, primarily related to operating lease right-of-use assets across our brands. See Note 11 to the accompanying consolidated financial statements for additional information.

*Restructuring and Other Charges*

For the three months ended December 25, 2021, we recognized restructuring and other charges of $14 million, which included $10 million related to our Capri Retail Store Optimization Program and other costs of $4 million primarily related to equity awards associated with the acquisition of Versace. See Note 8 to the accompanying consolidated financial statements for additional information.

For the three months ended December 26, 2020, we recognized restructuring and other charges of $1 million, which included other costs of $5 million primarily related to equity awards associated with the acquisition of Versace and closures of certain corporate locations, partially offset by $4 million of gains related to our Capri Retail Store Optimization Program.

Restructuring and other charges are not evaluated as part of our reportable segments' results (See *Segment Information* above for additional information).

*Income from Operations*

As a result of the foregoing, income from operations increased $164 million, to $331 million for three months ended December 25, 2021, compared to $167 million for the three months ended December 26, 2020. Income from operations as a percentage of total revenue increased to 20.6% for the three months ended December 25, 2021, compared to 12.8% for the three months ended December 26, 2020. See *Segment Information* above for a reconciliation of our segment operating income (loss) to total operating income.

*Interest (Income) Expense, net*

For the three months ended December 25, 2021, we recognized $7 million of interest income compared to $10 million of interest expense for the three months ended December 26, 2020. The $17 million improvement in interest (income) expense, net, is primarily due to an increase of interest income from higher average notional amounts outstanding and more favorable interest rates on our net investment hedges in the current year and a decrease in interest expense attributable to lower average borrowings outstanding (see Note 9 and Note 12 to the accompanying consolidated financial statements for additional information).

*Foreign Currency Gain*

For the three months ended December 25, 2021 and December 26, 2020, we recognized a net foreign currency gain of $4 million and $13 million, respectively, primarily attributable to the remeasurement of dollar-denominated intercompany loans with certain of our subsidiaries.

*Provision for (Benefit from) Income Taxes*

The provision for income taxes was $19 million for the three months ended December 25, 2021, compared to a benefit of $5 million for the three months ended December 26, 2020. Our effective tax rate was 5.6% and (2.9)% for the three months ended December 25, 2021 and December 26, 2020, respectively. The change in our effective tax rate was primarily related to increases in uncertain tax positions and release of certain valuation allowances in the prior year which were not recurring, partially offset by the favorable effect of a net operating loss carryback claim made in the United States as a result of COVID-19 related losses. See Note 15 to the accompanying consolidated financial statements for additional information regarding the effective tax rate for the current fiscal year quarter.

Our effective tax rate may fluctuate from time to time due to the effects of changes in U.S. state and local taxes and tax rates in foreign jurisdictions. In addition, factors such as the geographic mix of earnings, enacted tax legislation and the results of various global tax strategies, may also impact our effective tax rate in future periods.

*Net Income (Loss) Attributable to Noncontrolling Interest*

For the three months ended December 25, 2021, we recorded net income of $1 million and for the three months ended December 26, 2020, we recorded a net loss of $1 million, attributable to the noncontrolling interest in our joint ventures. These amounts represent the share of income (loss) that is not attributable to the Company.

*Net Income Attributable to Capri*

As a result of the foregoing, our net income increased $143 million to $322 million for the three months ended December 25, 2021, compared to a net income of $179 million for the three months ended December 26, 2020.

**Segment Information**

*Versace*

| (dollars in millions) | Three Months Ended | | | % Change | |
| --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
| Revenues | $ 251 | $ 195 | $ 56 | 28.7% | 33.8% |
| Income from operations | 32 | 13 | 19 | NM | |
| Operating margin | 12.7% | 6.7% | | | |

NM Not meaningful

*Revenues*

Versace revenues increased $56 million, or 28.7%, to $251 million for the three months ended December 25, 2021, compared to $195 million for the three months ended December 26, 2020, which included unfavorable foreign currency effects of $10 million. On a constant currency basis, revenue increased $66 million, or 33.8%, primarily attributable to the continued recovery from the COVID-19 pandemic and the adverse impacts related to COVID-19 in the prior fiscal year.

*Income from Operations*

For the three months ended December 25, 2021, Versace recorded income from operations of $32 million, compared to $13 million for the three months ended December 26, 2020. Operating margin increased from 6.7% for the three months ended December 26, 2020, to 12.7% for the three months ended December 25, 2021, primarily due to higher average unit price and leveraging of operating expenses due to higher revenue.

*Jimmy Choo*

| (dollars in millions) | Three Months Ended | | | % Change | |
| --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
| Revenues | $ 178 | $ 121 | $ 57 | 47.1% | 43.0% |
| Income (loss) from operations | 16 | (8) | 24 | NM | |
| Operating margin | 9.0% | (6.6)% | | | |

NM Not meaningful

*Revenues*

Jimmy Choo revenues increased $57 million, or 47.1%, to $178 million for the three months ended December 25, 2021, compared to $121 million for the three months ended December 26, 2020, which included favorable foreign currency effects of $5 million. On a constant currency basis, revenue increased $52 million, or 43.0%, primarily attributable to the continued recovery from the COVID-19 pandemic and the adverse impacts related to COVID-19 in the prior fiscal year.

*Income (Loss) from Operations*

For the three months ended December 25, 2021, Jimmy Choo recorded income from operations of $16 million, compared to a loss from operations of $8 million for the three months ended December 26, 2020. Operating margin improved from (6.6)% for the three months ended December 26, 2020 to 9.0% for the three months ended December 25, 2021, primarily due to lower promotional activity and leveraging of operating expenses due to higher revenue.

**Michael Kors**

| (dollars in millions) | Three Months Ended | | | % Change | |
|---|---|---|---|---|---|
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
| Revenues | $ 1,180 | $ 986 | $ 194 | 19.7% | 20.7% |
| Income from operations | 335 | 281 | 54 | 19.2% | |
| Operating margin | 28.4% | 28.5% | | | |

*Revenues*

Michael Kors revenues increased $194 million, or 19.7%, to $1.180 billion for the three months ended December 25, 2021, compared to $986 million for the three months ended December 26, 2020, which included unfavorable foreign currency effects of $10 million. On a constant currency basis, revenue increased $204 million, or 20.7%, primarily attributable to the continued recovery from the COVID-19 pandemic and the adverse impacts related to COVID-19 in the prior fiscal year.

*Income from Operations*

For the three months ended December 25, 2021, Michael Kors recorded income from operations of $335 million, compared to $281 million for the three months ended December 26, 2020. Operating margin decreased slightly from 28.5% for the three months ended December 26, 2020, to 28.4% for the three months ended December 25, 2021, primarily due to increases in supply chain costs, mostly offset by higher average unit price and leveraging of expenses due to higher revenue.

**Results of Operations**

***Comparison of the nine months ended December 25, 2021 with the nine months ended December 26, 2020***

The following table details the results of our operations for the nine months ended December 25, 2021 and December 26, 2020, and expresses the relationship of certain line items to total revenue as a percentage (dollars in millions):

| | Nine Months Ended | | | | % of Total Revenue for the Nine Months Ended | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | $ Change | % Change | December 25, 2021 | December 26, 2020 |
| **Statements of Operations Data:** | | | | | | |
| Total revenue | $ 4,162 | $ 2,863 | $ 1,299 | 45.4% | | |
| Cost of goods sold | 1,374 | 1,003 | 371 | 37.0% | 33.0% | 35.0% |
| Gross profit | 2,788 | 1,860 | 928 | 49.9% | 67.0% | 65.0% |
| Selling, general and administrative expenses | 1,800 | 1,414 | 386 | 27.3% | 43.2% | 49.4% |
| Depreciation and amortization | 146 | 160 | (14) | (8.8)% | 3.5% | 5.6% |
| Impairment of assets | 33 | 110 | (77) | (70.0)% | 0.8% | 3.8% |
| Restructuring and other charges | 25 | 18 | 7 | 38.9% | 0.6% | 0.6% |
| Total operating expenses | 2,004 | 1,702 | 302 | 17.7% | 48.1% | 59.4% |
| Income from operations | 784 | 158 | 626 | NM | 18.8% | 5.5% |
| Other income, net | (2) | (4) | 2 | (50.0)% | -% | (0.1)% |
| Interest (income) expense, net | (11) | 39 | (50) | NM | (0.3)% | 1.4% |
| Foreign currency loss (gain) | 1 | (16) | 17 | NM | -% | (0.6)% |
| Income before income taxes | 796 | 139 | 657 | NM | 19.1% | 4.9% |
| Provision for income taxes | 54 | 20 | 34 | NM | 1.3% | 0.7% |
| Net income | 742 | 119 | 623 | NM | | |
| Less: Net income (loss) attributable to noncontrolling interest | 1 | (2) | 3 | NM | | |
| Net income attributable to Capri | $ 741 | $ 121 | $ 620 | NM | | |

NM Not meaningful

*Total Revenue*

Total revenue increased $1.299 billion, or 45.4%, to $4.162 billion for the nine months ended December 25, 2021, compared to $2.863 billion for the nine months ended December 26, 2020, which included net favorable foreign currency effects of approximately $71 million, primarily related to the strengthening of the British Pound, Euro, Chinese Renminbi and Canadian Dollar against the U.S. Dollar for the nine months ended December 25, 2021. On a constant currency basis, our total revenue increased $1.228 billion, or 42.9%. The increase is attributable to the continued recovery from the COVID-19 pandemic. In the prior fiscal year, the Company experienced widespread, temporary store closures and a significant decline in store traffic.

*Gross Profit*

Gross profit increased $928 million, or 49.9%, to $2.788 billion for the nine months ended December 25, 2021, compared to $1.860 billion for the nine months ended December 26, 2020, which included net favorable foreign currency effects of $48 million. Gross profit as a percentage of total revenue increased 200 basis points to 67.0% for the nine months ended December 25, 2021, compared to 65.0% for the nine months ended December 26, 2020. The increase in gross profit margin was primarily attributable to a higher average unit price and lower promotional activity, partially offset by increases in supply chain costs and unfavorable channel mix.

*Total Operating Expenses*

Total operating expenses increased $302 million, or 17.7%, to $2.004 billion for the nine months ended December 25, 2021, compared to $1.702 billion for the nine months ended December 26, 2020. Our operating expenses included a net unfavorable foreign currency impact of approximately $49 million. Total operating expenses decreased to 48.1% as a percentage of total revenue for the nine months ended December 25, 2021, compared to 59.4% for the nine months ended December 26, 2020. The components that comprise total operating expenses are explained below.

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses increased $386 million, or 27.3%, to $1.800 billion for the nine months ended December 25, 2021, compared to $1.414 billion for the nine months ended December 26, 2020, primarily due to increased retail store, e-commerce, corporate costs and marketing expenses for the nine months ended December 25, 2021.

Selling, general and administrative expenses as a percentage of total revenue decreased to 43.2% for the nine months ended December 25, 2021, compared to 49.4% for the nine months ended December 26, 2020, primarily due to leveraging of operating expenses as a result of higher revenue.

Unallocated corporate expenses, which are included within selling, general and administrative expenses discussed above, but are not directly attributable to a reportable segment, increased $33 million, or 36.7%, to $123 million for the nine months ended December 25, 2021 as compared to $90 million for the nine months ended December 26, 2020, primarily due to an increase in compensation expense and professional fees.

*Depreciation and Amortization*

Depreciation and amortization decreased $14 million, or 8.8%, to $146 million for the nine months ended December 25, 2021, compared to $160 million for the nine months ended December 26, 2020. The decrease in depreciation and amortization expense was primarily attributable to lower depreciation due to lower capital expenditures in Fiscal 2022 and Fiscal 2021. Depreciation and amortization decreased to 3.5% as a percentage of total revenue for the nine months ended December 25, 2021, compared to 5.6% for the nine months ended December 26, 2020 primarily due to higher revenues for the nine months ended December 25, 2021.

*Impairment of Assets*

For the nine months ended December 25, 2021 and December 26, 2020, we recognized asset impairment charges of $33 million and $110 million, respectively, which primarily related to operating lease right-of-use assets at certain Michael Kors store locations. See Note 11 to the accompanying consolidated financial statements for additional information.

*Restructuring and Other Charges*

For the nine months ended December 25, 2021, we recognized restructuring and other charges of $25 million, which included other costs of $19 million primarily related to equity awards associated with the acquisition of Versace and $6 million related to our Capri Retail Store Optimization Program (see Note 8 to the accompanying consolidated financial statements for additional information).

For the nine months ended December 26, 2020, we recognized restructuring and other charges of $18 million, which included other costs of $17 million primarily related to equity awards associated with the acquisition of Versace and $1 million related to our Capri Retail Store Optimization Program.

Restructuring and other charges are not evaluated as part of our reportable segments' results (see Segment Information above for additional information).

*Income from Operations*

As a result of the foregoing, income from operations increased $626 million, to $784 million for the nine months ended December 25, 2021, compared to $158 million for the nine months ended December 26, 2020. Income from operations as a percentage of total revenue increased to 18.8% for the nine months ended December 25, 2021, compared to 5.5% for the nine months ended December 26, 2020. See *Segment Information* above for a reconciliation of our segment operating income to total operating income.

*Interest (Income) Expense, net*

For the nine months ended December 25, 2021, we recognized $11 million of interest income compared to $39 million of interest expense for the nine months ended December 26, 2020. The $50 million improvement in interest (income) expense, net, is primarily due to an increase of interest income from higher average notional amounts outstanding and more favorable interest rates on our net investment hedges in the current year and a decrease in interest expense attributable to lower average borrowings outstanding (see Note 9 and Note 12 to the accompanying consolidated financial statements for additional information).

*Foreign Currency Loss (Gain)*

For the nine months ended December 25, 2021 and December 26, 2020, we recognized a net foreign currency loss of $1 million and a net foreign currency gain of $16 million, respectively, primarily attributable to the remeasurement of dollar-denominated intercompany loans with certain of our subsidiaries.

*Provision for Income Taxes*

For the nine months ended December 25, 2021, we recognized $54 million of income tax expense compared to $20 million for the nine months ended December 26, 2020. Our effective tax rate was 6.8% and 14.4% for the nine months ended December 25, 2021 and December 26, 2020, respectively. The decrease in our effective rate was primarily due to the favorable effect of a net operating loss carryback claim made in the United States as a result of COVID-19 related losses and a benefit recognized as a result of recently enacted tax legislation in Italy which allowed the Company to reduce its deferred tax liabilities. Specifically, this change allowed the Company to step up certain intangible assets which will result in lower future cash taxes.

Our effective tax rate may fluctuate from time to time due to the effects of changes in U.S. state and local taxes and tax rates in foreign jurisdictions. In addition, factors such as the geographic mix of earnings, enacted tax legislation and the results of various global tax strategies, may also impact our effective tax rate in future periods.

*Net Income (Loss) Attributable to Noncontrolling Interest*

For the nine months ended December 25, 2021, we recorded net income of $1 million and for the nine months ended December 26, 2020, we recorded a net loss of $2 million, attributable to the noncontrolling interest in our joint ventures. These amounts represent the share of income (loss) that is not attributable to the Company.

*Net Income Attributable to Capri*

As a result of the foregoing, our net income increased $620 million to a net income of $741 million for the nine months ended December 25, 2021, compared to a net income of $121 million for the nine months ended December 26, 2020.

**Segment Information**

*Versace*

| (dollars in millions) | Nine Months Ended | | | % Change | |
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
|---|---|---|---|---|---|
| Revenues | $ 773 | $ 483 | $ 290 | 60.0% | 56.9% |
| Income (loss) from operations | 135 | (8) | 143 | NM | |
| Operating margin | 17.5% | (1.7)% | | | |

NM Not meaningful

*Revenues*

Versace revenues increased $290 million, or 60.0%, to $773 million for the nine months ended December 25, 2021, compared to $483 million for the nine months ended December 26, 2020, which included favorable foreign currency effects of $15 million. On a constant currency basis, revenue increased $275 million, or 56.9%, primarily attributable to the continued recovery from the COVID-19 pandemic. In the prior fiscal year, the Company experienced widespread, temporary store closures and a significant decline in store traffic.

*Income (Loss) from Operations*

For the nine months ended December 25, 2021, Versace recorded income from operations of $135 million, compared to a loss from operations of $8 million for the nine months ended December 26, 2020. Operating margin improved from (1.7)% for the nine months ended December 26, 2020, to 17.5% for the nine months ended December 25, 2021, primarily due to a higher average unit price and lower promotional activity, as well as leveraging of operating expenses due to higher revenue.

### Jimmy Choo

| (dollars in millions) | Nine Months Ended | | | % Change | |
| --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
| Revenues | $ 457 | $ 294 | $ 163 | 55.4% | 45.2% |
| Income (loss) from operations | 28 | (37) | 65 | NM | |
| Operating margin | 6.1% | (12.6)% | | | |

NM Not meaningful

*Revenues*

Jimmy Choo revenues increased $163 million, or 55.4%, to $457 million for the nine months ended December 25, 2021, compared to $294 million for the nine months ended December 26, 2020, which included favorable foreign currency effects of $30 million. On a constant currency basis, revenue increased $133 million, or 45.2%, primarily attributable to the continued recovery from the COVID-19 pandemic. In the prior fiscal year, the Company experienced widespread, temporary store closures and a significant decline in store traffic.

*Income (Loss) from Operations*

For the nine months ended December 25, 2021, Jimmy Choo recorded income from operations of $28 million, compared to a loss from operations of $37 million for the nine months ended December 26, 2020. Operating margin improved from (12.6)% for the nine months ended December 26, 2020, to 6.1% for the nine months ended December 25, 2021, primarily due to lower promotional activity and leveraging of operating expenses due to higher revenue.

### Michael Kors

| (dollars in millions) | Nine Months Ended | | | % Change | |
| --- | --- | --- | --- | --- | --- |
| | December 25, 2021 | December 26, 2020 | $ Change | As Reported | Constant Currency |
| Revenues | $ 2,932 | $ 2,086 | $ 846 | 40.6% | 39.3% |
| Income from operations | 795 | 423 | 372 | 87.9% | |
| Operating margin | 27.1% | 20.3% | | | |

*Revenues*

Michael Kors revenues increased $846 million, or 40.6%, to $2.932 billion for the nine months ended December 25, 2021, compared to $2.086 billion for the nine months ended December 26, 2020, which included favorable foreign currency effects of $26 million. On a constant currency basis, revenue increased $820 million, or 39.3%, primarily attributable to the continued recovery from the COVID-19 pandemic. In the prior fiscal year, the Company experienced widespread, temporary store closures and a significant decline in store traffic.

*Income from Operations*

For the nine months ended December 25, 2021, Michael Kors recorded income from operations of $795 million, compared to $423 million for the nine months ended December 26, 2020. Operating margin improved from 20.3% for the nine months ended December 26, 2020, to 27.1% for the nine months ended December 25, 2021, primarily due to a higher average unit price and leveraging of operating expenses due to higher revenue, partially offset by increases in supply chain costs.

**Liquidity and Capital Resources**

*Liquidity*

Our primary sources of liquidity are the cash flows generated from operations, along with borrowings available under our credit facilities (see below discussion regarding "Revolving Credit Facilities") and available cash and cash equivalents. Our primary use of this liquidity is to fund the ongoing cash requirements, including our working capital needs and capital investments in our business, debt repayments, acquisitions, returns of capital, including share repurchases and other corporate activities. We believe that the cash generated from operations, together with borrowings available under our revolving credit facilities and available cash and cash equivalents, will be sufficient to meet our working capital needs for the next 12 months and beyond, including investments made and expenses incurred in connection with our store growth plans, investments in corporate and distribution facilities, continued systems development, e-commerce and marketing initiatives. We spent $85 million on capital expenditures during the nine months ended December 25, 2021.

The following table sets forth key indicators of our liquidity and capital resources (in millions):

| | As of | | | |
|---|---|---|---|---|
| | December 25, 2021 | | March 27, 2021 | |
| **Balance Sheet Data:** | | | | |
| Cash and cash equivalents | $ | 261 | $ | 232 |
| Working capital | $ | 320 | $ | (75) |
| Total assets | $ | 7,680 | $ | 7,481 |
| Short-term debt | $ | 26 | $ | 123 |
| Long-term debt | $ | 976 | $ | 1,219 |

| | Nine Months Ended | | | |
|---|---|---|---|---|
| | December 25, 2021 | | December 26, 2020 | |
| **Cash Flows Provided By (Used In):** | | | | |
| Operating activities | $ | 713 | $ | 545 |
| Investing activities | $ | (26) | $ | (97) |
| Financing activities | $ | (663) | $ | (803) |
| Effect of exchange rate changes | $ | 6 | $ | (8) |
| Net increase (decrease) in cash and cash equivalents | $ | 30 | $ | (363) |

*Cash Provided by Operating Activities*

Net cash provided by operating activities increased $168 million to $713 million during the nine months ended December 25, 2021, as compared to $545 million for the nine months ended December 26, 2020, as a result of an increase in our net income after non-cash adjustments, partially offset by decreases related to changes in our working capital. The decreases related to the changes in our working capital are primarily attributable to an increase in our inventory levels, an increase in income tax receivables and fluctuations in the timing of payments and receipts when compared to the prior year.

*Cash Used in Investing Activities*

Net cash used in investing activities was $26 million during the nine months ended December 25, 2021, as compared to $97 million during the nine months ended December 26, 2020, which was primarily attributable to the settlement of certain net investment hedges of $59 million during the nine months ended December 25, 2021.

*Cash Used in Financing Activities*

Net cash used in financing activities was $663 million during the nine months ended December 25, 2021, as compared to $803 million during the nine months ended December 26, 2020. The decrease of cash used in financing activities of $140 million was primarily attributable to a decrease in net debt repayments of $453 million, partially offset by a $359 million increase in cash payments to repurchase our ordinary shares compared to prior year.

**Debt Facilities**

The following table presents a summary of our borrowing capacity and amounts outstanding as of December 25, 2021 and March 27, 2021 (in millions):

| | | As of | | |
|---|---|---|---|---|
| | | December 25, 2021 | | March 27, 2021 |
| **Senior Secured Revolving Credit Facility:** | | | | |
| ***Revolving Credit Facility (excluding up to a $500 million accordion feature)*** [1] | | | | |
| Total availability | $ | 1,000 | $ | 1,000 |
| Borrowings outstanding [2] | | **20** | | - |
| Letter of credit outstanding | | 29 | | 27 |
| Remaining availability | $ | 951 | $ | 973 |
| ***Term Loan Facility ($1.6 billion)*** | | | | |
| Borrowings outstanding, net of debt issuance costs [2] | $ | **495** | $ | **865** |
| Remaining availability | $ | - | $ | - |
| ***364 Credit Facility ($230 million)*** | | | | |
| Total availability | $ | - | $ | 230 |
| Remaining availability | $ | - | $ | 230 |
| **Senior Notes due 2024** | | | | |
| Borrowings outstanding, net of debt issuance costs and discount amortization [2] | $ | **448** | $ | **447** |
| **Other Borrowings** [3] | $ | **39** | $ | **21** |
| **Hong Kong Uncommitted Credit Facility:** | | | | |
| Total availability (80 million and 100 million Hong Kong Dollars) | $ | 10 | $ | 13 |
| Borrowings outstanding | | - | | - |
| Remaining availability (80 million and 100 million Hong Kong Dollars) | $ | 10 | $ | 13 |
| **China Uncommitted Credit Facility:** | | | | |
| Total availability (45 million and 100 million Chinese Yuan) | $ | 7 | $ | 15 |
| Borrowings outstanding | | - | | - |
| Total and remaining availability (45 million and 100 million Chinese Yuan) | $ | 7 | $ | 15 |
| **Japan Credit Facility:** | | | | |
| Total availability (1.0 billion Japanese Yen) | $ | 9 | $ | 9 |
| Borrowings outstanding (0.0 billion and 1.0 billion Japanese Yen) [4] | | **-** | | **9** |
| Remaining availability (1.0 billion and 0.0 billion Japanese Yen) | $ | 9 | $ | - |
| **Versace Uncommitted Credit Facilities:** | | | | |
| Total availability (48 million and 57 million Euro) | $ | 54 | $ | 67 |
| Borrowings outstanding (0 million Euro) | | - | | - |
| Remaining availability (48 million and 57 million Euro) | $ | 54 | $ | 67 |
| **Total borrowings outstanding** [1] | $ | **1,002** | $ | **1,342** |
| Total remaining availability | $ | 1,031 | $ | 1,298 |

(1)The financial covenant in our 2018 Credit Facility requiring us to maintain a ratio of the sum of total indebtedness plus the capitalized amount of all operating lease obligations for the last four fiscal quarters to Consolidated EBITDAR of no greater than 3.75 to 1.00 had been waived through the fiscal quarter ending June 26, 2021. On May 26, 2021 (the "Election Date"), the company delivered to the administrative agent the certificate required to terminate the Applicable Period. Effective as of the Election Date, the Company is required to comply with the quarterly maximum net leverage ratio test of 4.00 to 1.00. As of December 25, 2021 and March 27, 2021, we were in compliance with all covenants related to our agreements then in effect governing our debt. See Note 9 to the accompanying consolidated financial statements for additional information.

(2)As of December 25, 2021, all amounts are recorded as long-term debt in our consolidated balance sheets. As of March 27, 2021, all amounts are recorded as long-term debt, except for the current portion of $97 million outstanding under the 2018 Term Loan Facility, which was recorded within short-term debt in our consolidated balance sheets.

(3)The balance as of December 25, 2021 consists of $18 million related to our supplier financing program recorded within short-term debt in our consolidated balance sheets, $18 million related to the sale of certain Versace tax receivables, with $8 million and $10 million, respectively, recorded within short-term debt and long-term debt in our consolidated balance sheets and $3 million of other loans recorded as long-term debt in our consolidated balance sheets. The balance as of March 27, 2021 consists of $17 million related to our supplier finance program recorded within short-term debt in our consolidated balance sheets and $4 million of other loans recorded as long-term debt in our consolidated balance sheets.

(4)Recorded as short-term debt in our consolidated balance sheets as of March 27, 2021.

We believe that our 2018 Credit Facility is adequately diversified with no undue concentration in any one financial institution. As of December 25, 2021, there were 25 financial institutions participating in the facility, with none maintaining a maximum commitment percentage in excess of 10%. We have no reason to believe that the participating institutions will be unable to fulfill their obligations to provide financing in accordance with the terms of the 2018 Credit Facility.

See Note 9 in the accompanying financial statements and Note 12 in our Fiscal 2021 Annual Report on Form 10-K for detailed information relating to our credit facilities and debt obligations.

**Share Repurchase Program**

The following table presents our ordinary share repurchases during the nine months ended December 25, 2021 and December 26, 2020 (dollars in millions):

| | Nine Months Ended | |
| --- | --- | --- |
| | December 25, 2021 | December 26, 2020 |
| Cost of shares repurchased under share repurchase program | $ 350 | $ - |
| Fair value of shares withheld to cover tax obligations for vested restricted share awards | 10 | 1 |
| Total cost of treasury shares repurchased | $ 360 | $ 1 |
| | | |
| Shares repurchased under share repurchase program | 5,934,244 | - |
| Shares withheld to cover tax withholding obligations | 193,322 | 48,147 |
| | 6,127,566 | 48,147 |

During the first quarter of Fiscal 2022, we reinstated our $500 million share repurchase program, which was previously suspended during the first quarter of Fiscal 2021 in response to the impact of the COVID-19 pandemic and the provisions of the Second Amendment of the 2018 Credit Facility. See Note 9 in the accompanying financial statements for additional information.

On November 3, 2021, we announced that our Board of Directors had terminated our existing $500 million share repurchase program (the "Prior Plan"), with $250 million of availability remaining, and authorized a new share repurchase program (the "Fiscal 2022 Plan") pursuant to which we may, from time to time, repurchase up to $1.0 billion of our outstanding ordinary shares within a period of two years from the effective date of the program. Share repurchases may be made in open market or privately negotiated transactions, subject to market conditions, applicable legal requirements, trading restrictions under our insider trading policy and other relevant factors. The program may be suspended or discontinued at any time.

48

See Note 13 to the accompanying consolidated financial statements for additional information.

**Contractual Obligations and Commercial Commitments**

Please refer to the "Contractual Obligations and Commercial Commitments" disclosure within the "Liquidity and Capital Resources" section of our Fiscal 2021 Form 10-K for a detailed disclosure of our other contractual obligations and commitments as of March 27, 2021.

**Off-Balance Sheet Arrangements**

We have not created, and are not party to, any special-purpose or off-balance sheet entities for the purpose of raising capital, incurring debt or operating our business. Our off-balance sheet commitments relating to our outstanding letters of credit were $35 million at December 25, 2021, including $6 million in letters of credit issued outside of the 2018 Credit Facility. In addition, as of December 25, 2021, bank guarantees of approximately $34 million were supported by our various credit facilities. We do not have any other off-balance sheet arrangements or relationships with entities that are not consolidated into our financial statements that have or are reasonably likely to have a material current or future effect on our financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources.

**Recent Accounting Pronouncements**

See Note 2 to the accompanying interim consolidated financial statements for recently issued accounting standards, which may have an impact on our financial statements and/or disclosures upon adoption.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

We are exposed to certain market risks during the normal course of our business, such as risk arising from fluctuations in foreign currency exchange rates, as well as fluctuations in interest rates. In order to manage these risks, we employ certain strategies to mitigate the effect of these fluctuations. We enter into foreign currency forward contracts to manage our foreign currency exposure to the fluctuations of certain foreign currencies. The use of these instruments primarily help to manage our exposure to our foreign purchase commitments and better control our product costs. We do not use derivatives for trading or speculative purposes.

*Foreign Currency Exchange Risk*

*Forward Foreign Currency Exchange Contracts*

We are exposed to risks on certain purchase commitments to foreign suppliers based on the value of our purchasing subsidiaries' local currency relative to the currency requirement of the supplier on the date of the commitment. As such, we enter into forward currency exchange contracts that generally mature in 12 months or less and are consistent with the related purchase commitments, to manage our exposure to the changes in the value of the Euro and the Canadian Dollar. These contracts are recorded at fair value in our consolidated balance sheets as either an asset or liability, and are derivative contracts to hedge cash flow risks. Certain of these contracts are designated as hedges for hedge accounting purposes, while certain of these contracts, are not designated as hedges for accounting purposes. Accordingly, the changes in the fair value of the majority of these contracts at the balance sheet date are recorded in our equity as a component of accumulated other comprehensive income, and upon maturity (settlement) are recorded in, or reclassified into, our cost of goods sold or operating expenses, in our consolidated statement of operations and comprehensive income, as applicable to the transactions for which the forward currency exchange contracts were established.

We perform a sensitivity analysis on our forward currency contracts, both designated and not designated as hedges for accounting purposes, to determine the effects of fluctuations in foreign currency exchange rates. For this sensitivity analysis, we assume a hypothetical change in U.S. Dollar against foreign exchange rates. Based on all foreign currency exchange contracts outstanding as of December 25, 2021, a 10% appreciation or devaluation of the U.S. Dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 25, 2021, would result in a net increase and decrease, respectively, of approximately $14 million in the fair value of these contracts.

*Net Investment Hedges*

We are exposed to adverse foreign currency exchange rate movements related to our net investment hedges. As of December 25, 2021, we have multiple fixed to fixed cross-currency swap agreements with aggregate notional amounts of $4 billion to hedge our net investment in Euro-denominated subsidiaries and $194 million to hedge our net investments in Japanese Yen-denominated subsidiaries against future volatility in the exchange rates between the U.S. Dollar and this currency. Under the term of these contracts, we will exchange the semi-annual fixed rate payments on U.S. denominated debt for fixed rate payments of 0% to 4.457% in Euros and 0% to 3.408% in Japanese Yen. Based on the net investment hedges outstanding as of December 25, 2021, a 10% appreciation or devaluation of the U.S. Dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 25, 2021, would result in a potential net increase or decrease upon settlement of approximately $511 million in the fair value of this contract. Certain of these contracts include mandatory early termination dates between August 2025 and February 2026, while the remaining contracts have maturity dates between May 2024 and February 2051. In addition, certain other contracts are supported by a credit support annex ("CSA") which provides for collateral exchange with the earliest effective date being November 2023. If the outstanding position of a contract exceeds a certain threshold governed by the aforementioned CSA's, either party is required to post cash collateral.

*Interest Rate Risk*

We are exposed to interest rate risk in relation to borrowings outstanding under our 2018 Term Loan Facility, our Credit Facility, our Hong Kong Credit Facility, our Japan Credit Facility and our Versace Credit Facilities. Our 2018 Term Loan Facility carries interest at a rate that is based on LIBOR. Our 2018 Credit Facility carries interest rates that are tied to LIBOR and the prime rate, among other institutional lending rates (depending on the particular origination of borrowing), as further described in Note 9 to the accompanying consolidated financial statements. Our Hong Kong Credit Facility carries interest at a rate that is tied to the Hong Kong Interbank Offered Rate. Our China Credit Facility carries interest at a rate that is tied to the People's Bank of China's Benchmark lending rate. Our Japan Credit Facility carries interest at a rate posted by the Mitsubishi UFJ Financial Group. Our Versace Credit Facility carries interest at a rate set by the bank on the date of borrowing that is tied to the European Central Bank. Therefore, our statements of operations and comprehensive income and cash flows are exposed to changes in those interest rates. At December 25, 2021, we had $20 million borrowings outstanding under our Revolving Credit Facility, $495 million, net of debt issuance costs, outstanding under our 2018 Term Loan Facility and no borrowings

outstanding under our Versace Credit Facilities. At March 27, 2021, we had no borrowings outstanding under our Revolving Credit Facility, $865 million, net of debt issuance costs, outstanding under our 2018 Term Loan Facility and no borrowings outstanding under our Versace Credit Facility. These balances are not indicative of future balances that may be outstanding under our revolving credit facilities that may be subject to fluctuations in interest rates. Any increases in the applicable interest rate(s) would cause an increase to the interest expense relative to any outstanding balance at that date.

**Credit Risk**

Our $450 million Senior Notes, due in 2024, bear interest at a fixed rate equal to 4.500% per year, payable semi-annually. Our Senior Notes interest rate payable may be subject to adjustments from time to time if either Moody's or S&P (or a substitute rating agency), downgrades (or downgrades and subsequently upgrades) the credit rating assigned to the Senior Notes.

On an overall basis, our exposure to market risk has not significantly changed from what we reported in our Annual Report on Form 10-K. The COVID-19 pandemic does present new and emerging uncertainty to the financial markets. See Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended March 27, 2021 for additional information.

51

**ITEM 4. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

An evaluation was performed under the supervision and with the participation of our management, including our Chief Executive Officer, or CEO, and Chief Financial Officer, or CFO, of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15(d)-15(e) under the Securities and Exchange Act of 1934 (the "Exchange Act")) as of December 25, 2021. This evaluation was performed based on the criteria set forth in *Internal Control-Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), the 2013 Framework. Based on this assessment, our CEO and CFO concluded that our disclosure controls and procedures as of December 25, 2021 are effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the Securities and Exchange Commission's rules and forms, and is accumulated and communicated to our management, including our CEO and CFO, to allow timely decisions regarding required disclosures.

**Changes in Internal Control over Financial Reporting**

There have been no changes in our internal control over financial reporting during the three months ended December 25, 2021 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II - OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

We are involved in various routine legal proceedings incident to the ordinary course of our business. We believe that the outcome of all pending legal proceedings, in the aggregate, will not have a material adverse effect on our business, results of operations and financial condition.

**ITEM 1A. RISK FACTORS**

In addition to the other information set forth in this report, you should carefully consider the factors discussed in Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended March 27, 2021, which could materially and adversely affect our business, financial condition or future results. These risks are not the only risks that we face. Our business operations could also be affected by additional factors that are not presently known to us or that we currently consider to be immaterial to our operations.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

(c) Issuer Purchases of Equity Securities

The following table provides information of the Company's ordinary shares repurchased or withheld during the three months ended December 25, 2021:

| | Total Number of Shares | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Programs [1] | Remaining Dollar Value of Shares That May Be Purchased Under the Programs (in millions) [1] |
|---|---|---|---|---|
| September 26 - October 23 | - | $ - | - | $ 250 |
| October 24 - November 20 | 598,066 | $ 63.23 | 598,066 | $ 962 |
| November 21 - December 25 | 2,623,903 | $ 61.81 | 2,623,903 | $ 800 |
| | 3,221,969 | | 3,221,969 | |

[1]During the first quarter of Fiscal 2022, the Company reinstated its $500 million share repurchase program, which had been previously suspended in response to the impact of the COVID-19 pandemic. Subsequently, on November 3, 2021, the Company announced that its Board of Directors had terminated the Company's existing $500 million share repurchase program, which had $250 million of availability remaining at the time, and authorized a new share repurchase program pursuant to which the Company may, from time to time, repurchase up to $1.0 billion of its outstanding ordinary shares within a period of two years from the effective date of the program. The Company continues to have in place a "withhold to cover" repurchase program, which allows the Company to withhold ordinary shares from certain executive officers and directors to satisfy minimum tax withholding obligations relating to the vesting of their restricted share awards.

**ITEM 5. OTHER INFORMATION**

This Item 5 is being filed solely to update the Item 9B disclosure included in the Company's Annual Report on Form 10-K for the fiscal year ended March 27, 2021, filed with the SEC on May 26, 2021, in order to provide the amount of any material charges relating to the Capri Retail Store Optimization Program by major type of cost that the Company believes are now determinable.

As previously announced, the Board of Directors of the Company approved the Capri Retail Store Optimization Program to improve the profitability of its retail store fleet. As part of the Capri Retail Store Optimization Program, the Company intends to close approximately 170 of its retail stores throughout Fiscal 2021 and Fiscal 2022. The company initially expected to incur approximately $75 million of one-time costs related to this program, but now expects total one-time costs of approximately

$25 million, including lease termination and other store closure costs, the majority of which are expected to result in future cash expenditures.

During the three and nine months ended December 25, 2021, the Company closed 13 and 39 of its retail stores, respectively, which have been incorporated into the Capri Retail Store Optimization Program. Net restructuring charges recorded in connection with the Capri Retail Store Optimization Program during the three and nine months ended December 25, 2021 were $10 million and $6 million, respectively.

The exact amounts and timing of the remaining Capri Retail Optimization Program charges and future cash expenditures associated therewith are undeterminable at this time. The Company will either disclose in a Current Report on Form 8-K, or disclose in another periodic filing with the U.S. Securities and Exchange Commission, the amount of any material charges relating to the Capri Retail Optimization Program by major type of cost once such amounts or range of amounts are determinable.

This disclosure is intended to satisfy the requirements of Item 2.05 of Form 8-K.

**ITEM 6. EXHIBITS**

a. Exhibits

Please refer to the accompanying Exhibit Index included after the signature page of this report for a list of exhibits filed or furnished with this report.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized on February 2, 2022.

CAPRI HOLDINGS LIMITED

| | |
|---|---|
| By: | /s/ John D. Idol |
| Name: | John D. Idol |
| Title: | Chairman & Chief Executive Officer |

| | |
|---|---|
| By: | /s/ Thomas J. Edwards, Jr. |
| Name: | Thomas J. Edwards, Jr. |
| Title: | Executive Vice President, Chief Financial Officer and Chief Operating Officer |

55

**INDEX TO EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 31.1 | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.1 | The following financial information from the Company's Quarterly Report on Form 10-Q for the period ended December 25, 2021 formatted in Inline eXtensible Business Reporting Language: (i) Consolidated Balance Sheets, (ii) Consolidated Statements of Operations and Comprehensive Income, (iii) Consolidated Statements of Shareholders' Equity, (iv) Consolidated Statements of Cash Flows, and (v) Notes to Consolidated Financial Statements. |

56

**Exhibit 31.1**

## CERTIFICATIONS

I, John D. Idol, certify that:

1. I have reviewed this Form 10-Q of Capri Holdings Limited;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and we have:

a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent function):

a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 2, 2022

By:    /s/ John D. Idol
_____
       John D. Idol
       *Chief Executive Officer*

**Exhibit 31.2**

**CERTIFICATIONS**

I, Thomas J. Edwards, Jr., certify that:

1.I have reviewed this Form 10-Q of Capri Holdings Limited;

2.Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.Based on my knowledge, the financial statements, and other financial information included in this quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and we have:

a)Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

b)Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

c)Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

d)Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent function):

a)All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

b)Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.


Date: February 2, 2022


By:        /s/ Thomas J. Edwards, Jr.
_____
           Thomas J. Edwards, Jr.
           *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with this quarterly report on Form 10-Q of Capri Holdings Limited (the "Company") for the quarter ended December 25, 2021 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, John D. Idol, Chief Executive Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:
(i)The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and
(ii)The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Capri Holdings Limited.

Date: February 2, 2022

/s/ John D. Idol
_John D. Idol_
_Chief Executive Officer_
_(Principal Executive Officer)_

The foregoing certification is being furnished solely pursuant to 18 U.S.C. Section 1350 and is not being filed as part of this Report.

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with this quarterly report on Form 10-Q of Capri Holdings Limited (the "Company") for the quarter ended December 25, 2021 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Thomas J. Edwards, Jr., Chief Financial Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:
(i)The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and
(ii)The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Capri Holdings Limited.

Date: February 2, 2022

/s/ Thomas J. Edwards, Jr.
_____
*Thomas J. Edwards, Jr.*
*Chief Financial Officer*
*(Principal Financial Officer)*

The foregoing certification is being furnished solely pursuant to 18 U.S.C. Section 1350 and is not being filed as part of this Report.

# EXHIBIT U

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended December 30, 2023**
or
☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _ to _
Commission file number: 001-35368

# CAPRI
### HOLDINGS LIMITED

**(Exact Name of Registrant as Specified in Its Charter)**

| British Virgin Islands | N/A |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**90 Whitfield Street**
**2nd Floor**
**London, United Kingdom**
**W1T 4EZ**
**(Address of principal executive offices)**

**(Registrant's telephone number, including area code: 44 207 632 8600)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on which Registered |
|---|---|---|
| Ordinary Shares, no par value | CPRI | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   ☐ Yes ☒ No

As of January 31, 2024, Capri Holdings Limited had 116,566,663 ordinary shares outstanding.

**TABLE OF CONTENTS**

| | | Page No. |
|---|---|---|
| | **PART I FINANCIAL INFORMATION** | |
| Item 1. | Financial Statements | 3 |
| | Consolidated Balance Sheets (unaudited) as of December 30, 2023 and April 1, 2023 | 4 |
| | Consolidated Statements of Operations and Comprehensive Income (unaudited) for the three and nine months ended December 30, 2023 and December 31, 2022 | 5 |
| | Consolidated Statements of Shareholders' Equity (unaudited) for the three and nine months ended December 30, 2023 and December 31, 2022 | 6 |
| | Consolidated Statements of Cash Flows (unaudited) for the nine months ended December 30, 2023 and December 31, 2022 | 8 |
| | Notes to Consolidated Financial Statements (unaudited) | 9 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 32 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 51 |
| Item 4. | Controls and Procedures | 53 |
| | **PART II OTHER INFORMATION** | |
| Item 1. | Legal Proceedings | 54 |
| Item 1A. | Risk Factors | 54 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 55 |
| Item 5. | Other Information | 55 |
| Item 6. | Exhibits | 56 |
| Signatures | | 57 |

2

**Special Note on Forward-Looking Statements**

This report contains statements which are, or may be deemed to be, "forward-looking statements." Forward-looking statements are prospective in nature and are not based on historical facts, but rather on current expectations and projections of management of Capri Holdings Limited ("Capri" or the "Company") about future events and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included herein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-looking statements. These forward-looking statements are not guarantees of future financial performance. Such forward-looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking statements, including regarding the pending merger with a wholly-owned subsidiary Tapestry, Inc. (the "Merger"). These risks, uncertainties and other factors include, but are not limited to, changes in consumer traffic and retail trends; fluctuations in demand for Capri's products; high consumer debt levels, recession and inflationary pressures; loss of market share and industry competition; the impact of the COVID-19 pandemic, or other unforeseen epidemics, pandemics, disasters or catastrophes, levels of cash flow and future availability of credit, Capri's ability to successfully execute its growth strategies; risks associated with operating in international markets and global sourcing activities, including disruptions or delays in manufacturing or shipments; the risk of cybersecurity threats and privacy of data security breaches; extreme weather conditions and natural disasters; general economic, political, business or market conditions; acts of war and other geopolitical conflicts; the timing, receipt and terms and conditions of any required governmental and regulatory approvals for the pending Merger that could delay or result in the termination of the pending Merger, the occurrence of any other event, change or other circumstances that could give rise to the termination of the merger agreement entered into in connection with the pending Merger, the risk that the parties to the merger agreement may not be able to satisfy the conditions to the pending Merger in a timely manner or at all, risks related to disruption of management time from ongoing business operations due to the pending Merger, the risk that any announcements relating to the pending Merger could have adverse effects on the market price of Capri's ordinary shares, the risk of any unexpected costs or expenses resulting from the pending Merger, the risk of any litigation relating to the pending Merger, the risk that the pending Merger and its announcement could have an adverse effect on the ability of Capri to retain customers and retain and hire key personnel and maintain relationships with customers, suppliers, employees, shareholders and other business relationships and on its operating results and business generally, as well as those risks that are outlined in Capri's disclosure filings and materials, which you can find on http://www.capriholdings.com, such as its Form 10-K, Form 10-Q and Form 8-K reports that have been filed with the SEC. Please consult these documents for a more complete understanding of these risks and uncertainties. Any forward-looking statement in this report speaks only as of the date made and Capri disclaims any obligation to update or revise any forward-looking or other statements contained herein other than in accordance with legal and regulatory obligations.

**PART I - FINANCIAL INFORMATION**
**ITEM 1. FINANCIAL STATEMENTS**

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In millions, except share data)**
**(Unaudited)**

| | | December 30, 2023 | | April 1, 2023 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 249 | $ | 249 |
| Receivables, net | | 339 | | 369 |
| Inventories, net | | 1,020 | | 1,057 |
| Prepaid expenses and other current assets | | 310 | | 195 |
| Total current assets | | 1,918 | | 1,870 |
| Property and equipment, net | | 560 | | 552 |
| Operating lease right-of-use assets | | 1,485 | | 1,330 |
| Intangible assets, net | | 1,727 | | 1,728 |
| Goodwill | | 1,319 | | 1,293 |
| Deferred tax assets | | 371 | | 296 |
| Other assets | | 237 | | 226 |
| Total assets | $ | 7,617 | $ | 7,295 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities | | | | |
| Accounts payable | $ | 370 | $ | 475 |
| Accrued payroll and payroll related expenses | | 105 | | 154 |
| Accrued income taxes | | 74 | | 73 |
| Short-term operating lease liabilities | | 408 | | 429 |
| Short-term debt | | 461 | | 5 |
| Accrued expenses and other current liabilities | | 397 | | 314 |
| Total current liabilities | | 1,815 | | 1,450 |
| Long-term operating lease liabilities | | 1,459 | | 1,348 |
| Deferred tax liabilities | | 519 | | 508 |
| Long-term debt | | 1,383 | | 1,822 |
| Other long-term liabilities | | 506 | | 318 |
| Total liabilities | | 5,682 | | 5,446 |
| Commitments and contingencies | | | | |
| Shareholders' equity | | | | |
| Ordinary shares, no par value; 650,000,000 shares authorized; 225,904,103 shares issued and 116,262,663 outstanding at December 30, 2023; 224,166,250 shares issued and 117,347,045 outstanding at April 1, 2023 | | - | | - |
| Treasury shares, at cost (109,641,440 shares at December 30, 2023 and 106,819,205 shares at April 1, 2023) | | (5,458) | | (5,351) |
| Additional paid-in capital | | 1,410 | | 1,344 |
| Accumulated other comprehensive income | | 31 | | 147 |
| Retained earnings | | 5,951 | | 5,708 |
| Total shareholders' equity of Capri | | 1,934 | | 1,848 |
| Noncontrolling interest | | 1 | | 1 |
| Total shareholders' equity | | 1,935 | | 1,849 |
| Total liabilities and shareholders' equity | $ | 7,617 | $ | 7,295 |

See accompanying notes to consolidated financial statements.

4

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME**
**(In millions, except share and per share data)**
**(Unaudited)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | December 30, 2023 | December 31, 2022 | December 30, 2023 | December 31, 2022 |
| Total revenue | $ 1,427 | $ 1,512 | $ 3,947 | $ 4,284 |
| Cost of goods sold | 499 | 507 | 1,375 | 1,427 |
| Gross profit | 928 | 1,005 | 2,572 | 2,857 |
| Selling, general and administrative expenses | 749 | 720 | 2,102 | 1,984 |
| Depreciation and amortization | 46 | 43 | 139 | 131 |
| Impairment of assets | 6 | 1 | 26 | 12 |
| Restructuring and other expense | 5 | 5 | 3 | 11 |
| Total operating expenses | 806 | 769 | 2,270 | 2,138 |
| Income from operations | 122 | 236 | 302 | 719 |
| Other income, net | - | (1) | - | (2) |
| Interest expense, net | 1 | 12 | 12 | 13 |
| Foreign currency (gain) loss | (2) | (3) | 16 | (10) |
| Income before income taxes | 123 | 228 | 274 | 718 |
| Provision for income taxes | 18 | 3 | 31 | 66 |
| Net income | 105 | 225 | 243 | 652 |
| Less: Net income attributable to noncontrolling interest | - | - | - | 2 |
| Net income attributable to Capri | $ 105 | $ 225 | $ 243 | $ 650 |
| | | | | |
| Weighted average ordinary shares outstanding: | | | | |
| Basic | 116,795,382 | 128,849,793 | 116,967,118 | 135,600,276 |
| Diluted | 118,163,528 | 130,364,919 | 118,003,245 | 137,050,159 |
| Net income per ordinary share attributable to Capri: | | | | |
| Basic | $ 0.89 | $ 1.74 | $ 2.07 | $ 4.79 |
| Diluted | $ 0.88 | $ 1.72 | $ 2.06 | $ 4.74 |
| | | | | |
| Statements of Comprehensive Income: | | | | |
| Net income | $ 105 | $ 225 | $ 243 | $ 652 |
| Foreign currency translation adjustments | (99) | 145 | (112) | (87) |
| Net loss on derivatives | - | (5) | (4) | (2) |
| Comprehensive income | 6 | 365 | 127 | 563 |
| Less: Net income attributable to noncontrolling interest | - | - | - | 2 |
| Comprehensive income attributable to Capri | $ 6 | $ 365 | $ 127 | $ 561 |

See accompanying notes to consolidated financial statements.

5

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(In millions, except share data which is in thousands)**
**(Unaudited)**

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at September 30, 2023** | 225,768 | $ - | $ 1,392 | (109,628) | $ (5,457) | $ 130 | $ 5,846 | $ 1,911 | $ 1 | $ 1,912 |
| Net income | - | - | - | - | - | - | 105 | 105 | - | 105 |
| Other comprehensive loss | - | - | - | - | - | (99) | - | (99) | - | (99) |
| Total comprehensive income | - | - | - | - | - | - | - | 6 | - | 6 |
| Vesting of restricted awards, net of forfeitures | 136 | - | - | - | - | - | - | - | - | - |
| Share-based compensation expense | - | - | 18 | - | - | - | - | 18 | - | 18 |
| Repurchase of ordinary shares | - | - | - | (13) | (1) | - | - | (1) | - | (1) |
| **Balance at December 30, 2023** | 225,904 | $ - | $ 1,410 | (109,641) | $ (5,458) | $ 31 | $ 5,951 | $ 1,934 | $ 1 | $ 1,935 |

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at April 1, 2023** | 224,166 | $ - | $ 1,344 | (106,819) | $ (5,351) | $ 147 | $ 5,708 | $ 1,848 | $ 1 | $ 1,849 |
| Net income | - | - | - | - | - | - | 243 | 243 | - | 243 |
| Other comprehensive loss | - | - | - | - | - | (116) | - | (116) | - | (116) |
| Total comprehensive income | - | - | - | - | - | - | - | 127 | - | 127 |
| Vesting of restricted awards, net of forfeitures | 1,724 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | 14 | - | 1 | - | - | - | - | 1 | - | 1 |
| Share-based compensation expense | - | - | 65 | - | - | - | - | 65 | - | 65 |
| Repurchase of ordinary shares | - | - | - | (2,822) | (107) | - | - | (107) | - | (107) |
| **Balance at December 30, 2023** | 225,904 | $ - | $ 1,410 | (109,641) | $ (5,458) | $ 31 | $ 5,951 | $ 1,934 | $ 1 | $ 1,935 |

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY**
**(In millions, except share data which is in thousands)**
**(Unaudited)**

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive (Loss) Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at October 1, 2022** | 223,707 | $ - | $ 1,311 | (92,618) | $ (4,650) | $ (35) | $ 5,517 | $ 2,143 | $ - | $ 2,143 |
| Net income | - | - | - | - | - | - | 225 | 225 | - | 225 |
| Other comprehensive income | - | - | - | - | - | 140 | - | 140 | - | 140 |
| Total comprehensive income | - | - | - | - | - | - | - | 365 | - | 365 |
| Vesting of restricted awards, net of forfeitures | 75 | - | - | - | - | - | - | - | - | - |
| Share-based compensation expense | - | - | 16 | - | - | - | - | 16 | - | 16 |
| Repurchase of ordinary shares | - | - | - | (5,766) | (301) | - | - | (301) | - | (301) |
| **Balance at December 31, 2022** | 223,782 | $ - | $ 1,327 | (98,384) | $ (4,951) | $ 105 | $ 5,742 | $ 2,223 | $ - | $ 2,223 |

| | Ordinary Shares | | Additional Paid-in Capital | Treasury Shares | | Accumulated Other Comprehensive Income | Retained Earnings | Total Equity of Capri | Non-controlling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| | Shares | Amounts | | Shares | Amounts | | | | | |
| **Balance at April 2, 2022** | 221,967 | $ - | $ 1,260 | (79,161) | $ (3,987) | $ 194 | $ 5,092 | $ 2,559 | $ (1) | $ 2,558 |
| Net income | - | - | - | - | - | - | 650 | 650 | 2 | 652 |
| Other comprehensive loss | - | - | - | - | - | (89) | - | (89) | - | (89) |
| Total comprehensive income | - | - | - | - | - | - | - | 561 | 2 | 563 |
| Vesting of restricted awards, net of forfeitures | 1,694 | - | - | - | - | - | - | - | - | - |
| Exercise of employee share options | 121 | - | 6 | - | - | - | - | 6 | - | 6 |
| Share-based compensation expense | - | - | 60 | - | - | - | - | 60 | - | 60 |
| Repurchase of ordinary shares | - | - | - | (19,223) | (964) | - | - | (964) | - | (964) |
| Other | - | - | 1 | - | - | - | - | 1 | (1) | - |
| **Balance at December 31, 2022** | 223,782 | $ - | $ 1,327 | (98,384) | $ (4,951) | $ 105 | $ 5,742 | $ 2,223 | $ - | $ 2,223 |

See accompanying notes to consolidated financial statements.

7

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In millions)**
**(Unaudited)**

| | Nine Months Ended | |
|---|---|---|
| | December 30, 2023 | December 31, 2022 |
| **Cash flows from operating activities** | | |
| Net income | $ 243 | $ 652 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 139 | 131 |
| Share-based compensation expense | 65 | 60 |
| Deferred income taxes | (4) | (10) |
| Impairment of assets | 26 | 12 |
| Changes to lease related balances, net | (79) | (87) |
| Foreign currency loss | 10 | 10 |
| Other non-cash adjustments | 9 | 4 |
| Change in assets and liabilities: | | |
| Receivables, net | 27 | 48 |
| Inventories, net | 34 | (124) |
| Prepaid expenses and other current assets | (114) | (60) |
| Accounts payable | (107) | (31) |
| Accrued expenses and other current liabilities | 18 | 45 |
| Other long-term assets and liabilities | (2) | (34) |
| Net cash provided by operating activities | 265 | 616 |
| **Cash flows from investing activities** | | |
| Capital expenditures | (139) | (168) |
| Settlement of net investment hedges | - | 409 |
| Net cash (used in) provided by investing activities | (139) | 241 |
| **Cash flows from financing activities** | | |
| Debt borrowings | 1,309 | 3,433 |
| Debt repayments | (1,319) | (3,121) |
| Debt issuance costs | - | (5) |
| Repurchase of ordinary shares | (107) | (964) |
| Exercise of employee share options | 1 | 6 |
| Net cash used in financing activities | (116) | (651) |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (11) | (94) |
| **Net (decrease) increase in cash, cash equivalents and restricted cash** | (1) | 112 |
| Beginning of period | 256 | 172 |
| End of period | $ 255 | $ 284 |
| **Supplemental disclosures of cash flow information** | | |
| Cash paid for interest | $ 74 | $ 47 |
| Net cash paid for income taxes | $ 130 | $ 113 |
| **Supplemental disclosure of non-cash investing and financing activities** | | |
| Accrued capital expenditures | $ 25 | $ 51 |

See accompanying notes to consolidated financial statements.

8

**CAPRI HOLDINGS LIMITED AND SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(Unaudited)**

**1.**
**Business and Basis of Presentation**

Capri Holdings Limited ("Capri", and together with its subsidiaries, the "Company") was incorporated in the British Virgin Islands on December 13, 2002. The Company is a holding company that owns brands that are leading designers, marketers, distributors and retailers of branded women's and men's accessories, footwear and ready-to-wear bearing the Versace, Jimmy Choo and Michael Kors tradenames and related trademarks and logos. The Company operates in
three reportable segments: Versace, Jimmy Choo and Michael Kors. See Note 17 for additional information.

The interim consolidated financial statements have been prepared in accordance with accounting principles generally accepted in the United States ("U.S. GAAP") and include the accounts of the Company and its wholly-owned or controlled subsidiaries. All significant intercompany balances and transactions have been eliminated in consolidation. The interim consolidated financial statements as of December 30, 2023 and for the three and nine months ended December 30, 2023 and December 31, 2022 are unaudited. The Company consolidates the results of its Versace business on a one-month lag, as consistent with prior periods. In addition, certain information and footnote disclosures normally included in financial statements prepared in accordance with U.S. GAAP have been condensed or omitted. The interim consolidated financial statements reflect all normal and recurring adjustments, which are, in the opinion of management, necessary for a fair presentation in conformity with U.S. GAAP. The interim consolidated financial statements should be read in conjunction with the audited financial statements and notes thereto for the year ended April 1, 2023, as filed with the Securities and Exchange Commission on May 31, 2023, in the Company's Annual Report on Form 10-K. The results of operations for the interim periods should not be considered indicative of results to be expected for the full fiscal year.

The Company utilizes a 52- to 53-week fiscal year and the term "Fiscal Year" or "Fiscal" refers to that 52- or 53-week period. The results for the three and nine months ended December 30, 2023 and December 31, 2022 are based on 13-week and 39-week periods, respectively. The Company's Fiscal Year 2024 is a 52-week period ending March 30, 2024.

**2.**
**Merger Agreement**

On August 10, 2023, Capri entered into an Agreement and Plan of Merger (the "Merger Agreement") with Tapestry, Inc., a Maryland corporation ("Tapestry"), and Sunrise Merger Sub, Inc., a British Virgin Islands business company limited by shares and a direct wholly owned subsidiary of Tapestry ("Merger Sub").

The Merger Agreement provides that, among other things and on the terms and subject to the conditions set forth therein, Tapestry will acquire Capri in an all-cash transaction by means of a merger of Merger Sub with and into Capri (the "Merger"), with Capri surviving the Merger as a wholly owned subsidiary of Tapestry. For additional information related to the Merger Agreement, please refer to Capri's Definitive Proxy Statement on Schedule 14A filed with the U.S. Securities and Exchange Commission (the "SEC") on September 20, 2023, as well as the supplemental disclosures contained in Capri's Current Report on Form 8-K filed with the SEC on October 17, 2023.

**3.**
**Summary of Significant Accounting Policies**

*Use of Estimates*

The preparation of financial statements in accordance with U.S. GAAP requires management to use judgment and make estimates that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. The level of uncertainty in estimates and assumptions increases with the length of time until the underlying transactions are completed. The most significant assumptions and estimates involved in preparing the financial statements include allowances for customer deductions, sales returns, sales discounts, credit losses, estimates of inventory net realizable value, the valuation of share-based compensation, the valuation of deferred taxes, goodwill, intangible assets, operating lease right-of-use assets and property and equipment, along with the estimated useful lives assigned to these assets. Actual results could differ from those estimates.

*Seasonality*

The Company experiences certain effects of seasonality with respect to its business. The Company generally experiences greater sales during its third fiscal quarter, primarily driven by holiday season sales, and the lowest sales during its first fiscal quarter.

*Cash, Cash Equivalents and Restricted Cash*

All highly liquid investments with original maturities of three months or less are considered to be cash equivalents. Included in the Company's cash and cash equivalents as of December 30, 2023 and April 1, 2023 are credit card receivables of $ 33 million and $22 million, respectively, which generally settle within two to three business days.

A reconciliation of cash, cash equivalents and restricted cash as of December 30, 2023 and April 1, 2023 from the consolidated balance sheets to the consolidated statements of cash flows is as follows (in millions):

|  | December 30, 2023 | | April 1, 2023 |
|---|---|---|---|
| Reconciliation of cash, cash equivalents and restricted cash | | | |
| Cash and cash equivalents | $ | 249 | $ | 249 |
| Restricted cash included within prepaid expenses and other current assets | | 6 | | 7 |
| **Total cash, cash equivalents and restricted cash shown on the consolidated statements of cash flows** | $ | 255 | $ | 256 |

*Inventories, net*

Inventories primarily consist of finished goods with the exception of raw materials and work in process inventory. The combined total of raw materials and work in process inventory, net, recorded on the Company's consolidated balance sheets was $46 million and $47 million as of December 30, 2023 and April 1, 2023, respectively.

*Derivative Financial Instruments*

**Forward Foreign Currency Exchange Contracts**

The Company uses forward foreign currency exchange contracts to manage its exposure to fluctuations in foreign currency for certain transactions. The Company, in its normal course of business, enters into transactions with foreign suppliers and seeks to minimize risks related to these transactions. The Company employs these contracts to hedge the Company's cash flows as they relate to foreign currency transactions. Certain of these contracts are designated as hedges for accounting purposes, while others remain undesignated. All of the Company's derivative instruments are recorded in the Company's consolidated balance sheets at fair value on a gross basis, regardless of their hedge designation.

The Company designates certain contracts related to the purchase of inventory that qualify for hedge accounting as cash flow hedges. Formal hedge documentation is prepared for all derivative instruments designated as hedges, including a description of the hedged item and the hedging instrument and the risk being hedged. The changes in the fair value for contracts designated as cash flow hedges is recorded in equity as a component of accumulated other comprehensive income until the hedged item affects earnings. When the inventory related to forecasted inventory purchases that are being hedged is sold to a third party, the gains or losses deferred in accumulated other comprehensive income are recognized within cost of goods sold. The Company uses regression analysis to assess effectiveness of derivative instruments that are designated as hedges, which compares the change in the fair value of the derivative instrument to the change in the related hedged item. If the hedge is no longer expected to be highly effective in the future, future changes in the fair value are recognized in earnings. For those contracts that are not designated as hedges, changes in the fair value are recorded to foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income. The Company classifies cash flows relating to its forward foreign currency exchange contracts for purchases of inventory consistently with the classification of the hedged item, within cash flows from operating activities.

The Company is exposed to the risk that counterparties to derivative contracts will fail to meet their contractual obligations. In order to mitigate counterparty credit risk, the Company only enters into contracts with carefully selected financial institutions based upon their credit ratings and certain other financial factors, adhering to established limits for credit

10

exposure. The aforementioned forward contracts generally have a term of no more than 12 months. The period of these contracts is directly related to the foreign transaction they are intended to hedge.

**Net Investment Hedges**

The Company also uses cross-currency swap agreements to hedge its net investments in foreign operations against future volatility in the exchange rates between different currencies. The Company has elected the spot method of designating these contracts under Accounting Standards Update ("ASU") 2017-12, *"Derivatives and Hedging (Topic 815): Targeted Improvements to Accounting for Hedging Activities",* and has designated these contracts as net investment hedges. The net gain or loss on the net investment hedge is reported within foreign currency translation adjustments ("CTA"), as a component of accumulated other comprehensive income on the Company's consolidated balance sheets. Interest accruals and coupon payments are recognized directly in interest expense, net, in the Company's consolidated statements of operations and comprehensive income. Upon discontinuation of a hedge, all previously recognized amounts remain in CTA until the net investment is sold, diluted or liquidated.

**Fair Value Hedges**

When a cross-currency swap is designated as a fair value hedge and qualifies as highly effective, the fair value hedge will be recorded at fair value each period on the Company's consolidated balance sheets, with the difference resulting from the changes in the spot rate recognized in foreign currency (gain) loss on the Company's consolidated statements of operations and comprehensive income, which will offset the related foreign currency impact of the underlying transaction being hedged.

*Leases*

The Company leases retail stores, office space and warehouse space under operating lease agreements that expire at various dates through October 2043. The Company's leases generally have terms of up to 10 years, generally require fixed annual rent and may require the payment of additional rent if store sales exceed negotiated amounts. Although most of the Company's equipment is owned, the Company has limited equipment leases that expire on various dates through December 2028. The Company acts as sublessor in certain leasing arrangements, primarily related to closed stores from previous restructuring activities. Fixed sublease payments received are recognized on a straight-line basis over the sublease term. The Company determines the sublease term based on the date it provides possession to the subtenant through the expiration date of the sublease.

The Company recognizes operating lease right-of-use assets and lease liabilities at lease commencement date, based on the present value of fixed lease payments over the expected lease term. The Company uses its incremental borrowing rates to determine the present value of fixed lease payments based on the information available at the lease commencement date, as the rate implicit in the lease is not readily determinable for the Company's leases. The Company's incremental borrowing rates are based on the term of the leases, the economic environment of the leases and reflect the expected interest rate it would incur to borrow on a secured basis. Certain leases include one or more renewal options. The exercise of lease renewal options is generally at the Company's sole discretion and as such, the Company typically determines that exercise of these renewal options is not reasonably certain. As a result, the Company generally does not include renewal options in the expected lease term and the associated lease payments are not included in the measurement of the operating lease right-of-use asset and lease liability. Certain leases also contain termination options with an associated penalty. Generally, the Company is reasonably certain not to exercise these options and as such, they are not included in the determination of the expected lease term. The Company recognizes operating lease expense on a straight-line basis over the lease term.

Leases with an initial lease term of 12 months or less are not recorded on the balance sheet. The Company recognizes lease expense for its short-term leases on a straight-line basis over the lease term.

The Company's leases generally provide for payments of non-lease components, such as common area maintenance, real estate taxes and other costs associated with the leased property. The Company accounts for lease and non-lease components of its real estate leases together as a single lease component and, as such, includes fixed payments of non-lease components in the measurement of the operating lease right-of-use assets and lease liabilities for its real estate leases. Variable lease payments, such as percentage rentals based on sales, periodic adjustments for inflation, reimbursement of real estate taxes, any variable common area maintenance and any other variable costs associated with the leased property are expensed as incurred as variable lease costs and are not recorded on the balance sheet. The Company's lease agreements do not contain any material residual value guarantees, material restrictions or covenants.

11

The following table presents the Company's supplemental cash flow information related to leases (in millions):

|  | Nine Months Ended | | | |
|  | December 30, 2023 | | December 31, 2022 | |
| --- | --- | --- | --- | --- |
| Cash paid for amounts included in the measurement of lease liabilities: | | | | |
| Operating cash flows used in operating leases | $ | 386 | $ | 373 |

During the three and nine months ended December 30, 2023, the Company recorded sublease income of $2 million and $6 million, respectively, within selling, general and administrative expenses. During the three and nine months ended December 31, 2022, the Company recorded sublease income of $2 million and $7 million, respectively, within selling, general and administrative expenses.

*Net Income per Share*

The Company's basic net income per ordinary share is calculated by dividing net income by the weighted average number of ordinary shares outstanding during the period. Diluted net income per ordinary share reflects the potential dilution that would occur if share options or any other potentially dilutive instruments, including restricted shares and restricted share units ("RSUs"), were exercised or converted into ordinary shares. These potentially dilutive securities are included in diluted shares to the extent they are dilutive under the treasury stock method for the applicable periods. Performance-based RSUs are included as diluted shares if the related performance conditions are considered satisfied as of the end of the reporting period and to the extent they are dilutive under the treasury stock method.

The components of the calculation of basic net income per ordinary share and diluted net income per ordinary share are as follows (in millions, except share and per share data):

|  | Three Months Ended | | | | Nine Months Ended | | | |
|  | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Numerator:** | | | | | | | | |
| Net income attributable to Capri | $ | 105 | $ | 225 | $ | 243 | $ | 650 |
| **Denominator:** | | | | | | | | |
| Basic weighted average shares | | 116,795,382 | | 128,849,793 | | 116,967,118 | | 135,600,276 |
| Weighted average dilutive share equivalents: | | | | | | | | |
| Share options and restricted shares/units, and performance restricted share units | | 1,368,146 | | 1,515,126 | | 1,036,127 | | 1,449,883 |
| Diluted weighted average shares | | 118,163,528 | | 130,364,919 | | 118,003,245 | | 137,050,159 |
| | | | | | | | | |
| Basic net income per share [1] | $ | 0.89 | $ | 1.74 | $ | 2.07 | $ | 4.79 |
| Diluted net income per share [1] | $ | 0.88 | $ | 1.72 | $ | 2.06 | $ | 4.74 |

[1] Basic and diluted net income per share are calculated using unrounded numbers.

During the three and nine months ended December 30, 2023, share equivalents of 192,867 and 307,375 shares, respectively, have been excluded from the above calculations due to their anti-dilutive effect. Share equivalents of 187,547 and 546,607 shares have been excluded from the above calculations for the three and nine months ended December 31, 2022, respectively, due to their anti-dilutive effect.

See Note 2 in the Company's Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for a complete disclosure of the Company's significant accounting policies.

12

***Recently Adopted Accounting Pronouncements***

**Supplier Finance Programs**

In September 2022, the FASB issued ASU 2022-04, "Disclosure of Supplier Finance Program Obligations" which makes a number of changes. The amendments require a buyer in a supplier finance program to disclose sufficient information about the program to allow users of the financial statements to understand the program's nature, activity during the period, changes from period to period and potential magnitude. The amendments in this update do not affect the recognition, measurement or financial statement presentation of obligations covered by supplier finance programs. The Company adopted the update in the first quarter of Fiscal 2024 on a retrospective basis, except for the requirement to disclose rollforward information, which will be effective for the Company in the first quarter of Fiscal 2025 on a prospective basis. See Note 10 for the Company's disclosures relating to this update.

***Recently Issued Accounting Pronouncements***

The Company has considered all new accounting pronouncements and, other than the recent pronouncements discussed below, has concluded that there are no new pronouncements that may have a material impact on the Company's results of operations, financial condition or cash flows based on current information.

In November 2023, the FASB issued ASU 2023-07, "Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures". The ASU expands public entities' segment disclosures by requiring disclosure of significant segment expenses that are regularly provided to the chief operating decision maker and included within each reported measure of segment profit or loss, an amount and description of its composition for other segment items, and interim disclosures of a reportable segment's profit or loss and assets. The ASU is effective for the Company's Annual Report on Form 10-K for the fiscal year ending 2025, and subsequent interim periods, with early adoption permitted. We are evaluating the impact of adopting this ASU on our consolidated financial statements and related disclosures.

In December 2023, the FASB issued ASU 2023-09, "Income Taxes (Topic 740): Improvements to Income Tax Disclosures", to enhance transparency and decision usefulness of income tax disclosures. ASU 2023-09 is effective for annual periods beginning after December 15, 2024, on a prospective basis, with early adoption permitted. We are evaluating the impact of adopting this ASU on our consolidated financial statements and related disclosures.

**4.**
**Revenue Recognition**

The Company accounts for contracts with its customers when there is approval and commitment from both parties, the rights of the parties and payment terms have been identified, the contract has commercial substance and collectibility of consideration is probable. Revenue is recognized when control of the promised goods or services is transferred to the Company's customers in an amount that reflects the consideration the Company expects to be entitled to in exchange for goods or services.

The Company sells its products through three primary channels of distribution: retail, wholesale and licensing. Within the retail and wholesale channels, substantially all of the Company's revenues consist of sales of products that represent a single performance obligation where control transfers at a point in time to the customer. For licensing arrangements, royalty and advertising revenue is recognized over time based on access provided to the Company's trademarks.

***Retail***

The Company generates sales through directly operated stores and e-commerce sites throughout the Americas (United States, Canada and Latin America), certain parts of EMEA (Europe, Middle East and Africa) and certain parts of Asia (Asia and Oceania).

*Gift Cards.* The Company sells gift cards that can be redeemed for merchandise, resulting in a contract liability upon issuance. Revenue is recognized when the gift card is redeemed or upon "breakage" for the estimated portion of gift cards that are not expected to be redeemed. "Breakage" revenue is calculated under the proportional redemption methodology, which considers the historical pattern of redemption in jurisdictions where the Company is not required to remit the value of the unredeemed gift cards as unclaimed property. The contract liability related to gift cards, net of estimated "breakage", was $15 million and $14 million as of December 30, 2023 and April 1, 2023, respectively, is included within accrued expenses and other current liabilities in the Company's consolidated balance sheet.

13

*Loyalty Program.* The Company offers a loyalty program, which allows its Michael Kors North America customers to earn points on qualifying purchases toward monetary and non-monetary rewards, which may be redeemed for purchases at Michael Kors retail stores and e-commerce sites. The Company defers a portion of the initial sales transaction based on the estimated relative fair value of the benefits based on projected timing of future redemptions and historical activity. These amounts include estimated "breakage" for points that are not expected to be redeemed.

### Wholesale

The Company's products are sold primarily to major department stores, specialty stores and travel retail shops throughout the Americas, EMEA and Asia. The Company also has arrangements where its products are sold to geographic licensees in certain parts of EMEA, Asia and South America.

### Licensing

The Company provides its third-party licensees with the right to access its Versace, Jimmy Choo and Michael Kors trademarks under product and geographic licensing arrangements. Under geographic licensing arrangements, third party licensees receive the right to distribute and sell products bearing the Company's trademarks in retail and/or wholesale channels within certain geographical areas, including Brazil, the Middle East, Eastern Europe, South Africa and certain parts of Asia.

The Company recognizes royalty revenue and advertising contributions based on the percentage of sales made by the licensees. Generally, the Company's guaranteed minimum royalty amounts due from licensees relate to contractual periods that do not exceed 12 months, however, certain guaranteed minimums for Versace are multi-year based.

As of December 30, 2023, contractually guaranteed minimum fees from the Company's license agreements expected to be recognized as revenue during future periods were as follows (in millions):

|  | Contractually Guaranteed Minimum Fees |
|---|---|
| Remainder of Fiscal 2024 | $ 8 |
| Fiscal 2025 | 33 |
| Fiscal 2026 | 30 |
| Fiscal 2027 | 26 |
| Fiscal 2028 | 18 |
| Fiscal 2029 and thereafter | 30 |
| **Total** | $ 145 |

### Sales Returns

The refund liability recorded as of December 30, 2023 was $65 million, and the related asset for the right to recover returned product as of December 30, 2023 was $16 million. The refund liability recorded as of April 1, 2023 was $54 million, and the related asset for the right to recover returned product as of April 1, 2023 was $17 million.

### Contract Balances

Total contract liabilities were $26 million and $36 million as of December 30, 2023 and April 1, 2023, respectively. For the three and nine months ended December 30, 2023, the Company recognized $21 million and $28 million, respectively, in revenue which related to contract liabilities that existed at April 1, 2023. For the three and nine months ended December 31, 2022, the Company recognized $3 million and $11 million, respectively, in revenue which related to contract liabilities that existed at April 2, 2022. There were no material contract assets recorded as of December 30, 2023 and April 1, 2023.

There were no changes in historical variable consideration estimates that were materially different from actual results.

14

*Disaggregation of Revenue*

The following table presents the Company's segment revenue disaggregated by geographic location (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
| Versace revenue - the Americas | $ | 73 | $ | 85 | $ | 251 | $ | 320 |
| Versace revenue - EMEA | | 98 | | 113 | | 339 | | 350 |
| Versace revenue - Asia | | 56 | | 51 | | 176 | | 162 |
| **Total Versace** | | 227 | | 249 | | 766 | | 832 |
| Jimmy Choo revenue - the Americas | | 48 | | 54 | | 135 | | 151 |
| Jimmy Choo revenue - EMEA | | 70 | | 70 | | 208 | | 193 |
| Jimmy Choo revenue - Asia | | 48 | | 44 | | 138 | | 138 |
| **Total Jimmy Choo** | | 166 | | 168 | | 481 | | 482 |
| Michael Kors revenue - the Americas | | 722 | | 777 | | 1,779 | | 2,045 |
| Michael Kors revenue - EMEA | | 208 | | 212 | | 602 | | 616 |
| Michael Kors revenue - Asia | | 104 | | 106 | | 319 | | 309 |
| **Total Michael Kors** | | 1,034 | | 1,095 | | 2,700 | | 2,970 |
| Total revenue - the Americas | | 843 | | 916 | | 2,165 | | 2,516 |
| Total revenue - EMEA | | 376 | | 395 | | 1,149 | | 1,159 |
| Total revenue - Asia | | 208 | | 201 | | 633 | | 609 |
| **Total revenue** | $ | 1,427 | $ | 1,512 | $ | 3,947 | $ | 4,284 |

See Note 3 in the Company's Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for a complete disclosure of the Company's revenue recognition policy.

**5.**
**Receivables, net**

Receivables, net, consist of (in millions):

| | December 30, 2023 | | April 1, 2023 | |
|---|---|---|---|---|
| Trade receivables [1] | $ | 365 | $ | 412 |
| Receivables due from licensees | | 25 | | 14 |
| | | 390 | | 426 |
| Less: allowances | | (51) | | (57) |
| **Total receivables, net** | $ | 339 | $ | 369 |

[1] As of December 30, 2023 and April 1, 2023, $97 million and $96 million, respectively, of trade receivables were insured.

Receivables are presented net of allowances for discounts, markdowns, operational chargebacks and credit losses. Discounts are based on open invoices where trade discounts have been extended to customers. Markdowns are based on wholesale customers' sales performance, seasonal negotiations with customers, historical deduction trends and an evaluation of current market conditions. Operational chargebacks are based on deductions taken by customers, net of expected recoveries. Such provisions, and related recoveries, are reflected in revenues.

15

The Company's allowance for credit losses is determined through analysis of periodic aging of receivables and assessments of collectibility based on an evaluation of historic and anticipated trends, the financial condition of the Company's customers and the impact of general economic conditions. The past due status of a receivable is based on its contractual terms. Amounts deemed uncollectible are written off against the allowance when it is probable the amounts will not be recovered. Allowance for credit losses was $
11 million and $8 million as of December 30, 2023 and April 1, 2023, respectively. The Company had credit losses of $1 million and $3 million for the three and nine months ended December 30, 2023, respectively. The Company had immaterial credit losses for the three months ended December 31, 2022 and $2 million for the nine months ended December 31, 2022.

**6.**

**Property and Equipment, net**

Property and equipment, net, consists of (in millions):

|  | December 30, 2023 | | April 1, 2023 | |
|---|---|---|---|---|
| Leasehold improvements | $ | 537 | $ | 577 |
| Computer equipment and software | | 315 | | 237 |
| Furniture and fixtures | | 191 | | 216 |
| Equipment | | 126 | | 106 |
| Building | | 50 | | 48 |
| In-store shops | | 41 | | 44 |
| Land | | 19 | | 18 |
| **Total property and equipment, gross** | | 1,279 | | 1,246 |
| Less: accumulated depreciation and amortization | | (782) | | (784) |
| Subtotal | | 497 | | 462 |
| Construction-in-progress | | 63 | | 90 |
| **Total property and equipment, net** | $ | 560 | $ | 552 |

Depreciation and amortization of property and equipment for the three and nine months ended December 30, 2023 was $
35 million and $106 million, respectively. Depreciation and amortization of property and equipment was $32 million and $97 million for the three and nine months ended December 31, 2022, respectively. The Company recorded $1 million in property and equipment impairment charges for the three months ended December 30, 2023 and $7 million in property and equipment impairment charges for the nine months ended December 30, 2023. The Company recorded no property and equipment impairment charges for the three months ended December 31, 2022 and $2 million in property and equipment impairment charges for the nine months ended December 31, 2022.

16

**7.**

**Intangible Assets and Goodwill**

The following table details the carrying values of the Company's intangible assets and goodwill (in millions):

| | December 30, 2023 | | April 1, 2023 | |
|---|---|---|---|---|
| *Definite-lived intangible assets:* | | | | |
| Reacquired rights | $ | 400 | $ | 400 |
| Trademarks | | 23 | | 23 |
| Customer relationships [1] | | 407 | | 397 |
| **Gross definite-lived intangible assets** | | 830 | | 820 |
| Less: accumulated amortization | | (305) | | (268) |
| **Net definite-lived intangible assets** | | 525 | | 552 |
| *Indefinite-lived intangible assets:* | | | | |
| Jimmy Choo brand [2] | | 287 | | 277 |
| Versace brand [1] | | 915 | | 899 |
| **Net indefinite-lived intangible assets** | | 1,202 | | 1,176 |
| | | | | |
| Total intangible assets, excluding goodwill | $ | 1,727 | $ | 1,728 |
| | | | | |
| Goodwill [3] | $ | 1,319 | $ | 1,293 |

[1] The change in the carrying value since April 1, 2023 reflects the impact of foreign currency translation.

[2] Includes accumulated impairment of $273 million as of December 30, 2023 and April 1, 2023. The change in the carrying value since April 1, 2023 reflects the impact of foreign currency translation.

[3] Includes accumulated impairment of $347 million related to the Jimmy Choo reporting units as of December 30, 2023 and April 1, 2023. The change in the carrying value since April 1, 2023 reflects the impact of foreign currency translation.

Amortization expense for the Company's definite-lived intangible assets for the three and nine months ended December 30, 2023 was $11 million and $33 million, respectively. Amortization expense for the Company's definite-lived intangible asset for the three and nine months ended December 31, 2022 was $11 million and $34 million, respectively.

**8.**

**Current Assets and Current Liabilities**

Prepaid expenses and other current assets consist of the following (in millions):

| | December 30, 2023 | | April 1, 2023 | |
|---|---|---|---|---|
| Prepaid taxes | $ | 197 | $ | 105 |
| Prepaid contracts | | 24 | | 22 |
| Interest receivable related to hedges | | 23 | | 10 |
| Other accounts receivables | | 9 | | 10 |
| Prepaid insurance | | 4 | | 2 |
| Other | | 53 | | 46 |
| **Total prepaid expenses and other current assets** | $ | 310 | $ | 195 |

17

Accrued expenses and other current liabilities consist of the following (in millions):

| | December 30, 2023 | April 1, 2023 |
|---|---|---|
| Return liabilities | $ 65 | $ 54 |
| Other taxes payable | 52 | 32 |
| Accrued advertising and marketing | 42 | 26 |
| Accrued capital expenditures | 25 | 33 |
| Accrued rent [1] | 22 | 18 |
| Professional services | 20 | 14 |
| Accrued interest | 18 | 16 |
| Gift cards and retail store credits | 15 | 14 |
| Accrued litigation | 11 | 12 |
| Accrued retail store expense | 11 | 9 |
| Accrued purchases and samples | 9 | 8 |
| Advance royalties | 5 | 18 |
| Other | 102 | 60 |
| **Total accrued expenses and other current liabilities** | $ 397 | $ 314 |

[1]    The accrued rent balance relates to variable lease payments.

## 9.
## Restructuring and Other Expense

During the three months ended December 30, 2023, the Company recorded costs of $ 5 million, primarily related to equity awards associated with the acquisition of Versace and severance expenses incurred during the third quarter.

During the nine months ended December 30, 2023, the Company recorded costs of $3 million, primarily related to expenses related to equity awards associated with the acquisition of Versace and severance for certain employees, partially offset by a $10 million gain on the sale of a long-lived corporate asset.

During the three and nine months ended December 31, 2022, the Company recorded expenses of $5 million and $11 million, respectively, primarily related to equity awards associated with the acquisition of Versace.

## 10.
## Debt Obligations

The following table presents the Company's debt obligations (in millions):

| | December 30, 2023 | April 1, 2023 |
|---|---|---|
| Revolving Credit Facilities | $ 874 | $ 874 |
| Versace Term Loan | 497 | 488 |
| Senior Notes due 2024 [1] | 450 | 450 |
| Other | 25 | 17 |
| **Total debt** | 1,846 | 1,829 |
| Less: Unamortized debt issuance costs | 2 | 2 |
| **Total carrying value of debt** | 1,844 | 1,827 |
| Less: Short-term debt [1] | 461 | 5 |
| **Total long-term debt** | $ 1,383 | $ 1,822 |

[1]    As of December 30, 2023, the Senior Notes, due in November 2024, are recorded within short-term debt on the Company's consolidated balance sheets.

18

*Senior Revolving Credit Facility*

On July 1, 2022, the Company entered into a revolving credit facility (the "2022 Credit Facility") with, among others, JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), as administrative agent (the "Administrative Agent"), which refinanced its existing senior unsecured revolving credit facility. The Company, a U.S. subsidiary of the Company, a Canadian subsidiary of the Company, a Dutch subsidiary of the Company and a Swiss subsidiary of the Company are the borrowers under the 2022 Credit Facility, and the borrowers and certain subsidiaries of the Company provide unsecured guaranties of the 2022 Credit Facility. The 2022 Credit Facility replaced the third amended and restated senior unsecured credit facility, dated as of November 15, 2018 (the "2018 Credit Facility").

The 2022 Credit Facility provides for a $1.5 billion revolving credit facility (the "2022 Revolving Credit Facility"), which may be denominated in U.S. dollars and other currencies, including Euros, Canadian Dollars, Pounds Sterling, Japanese Yen and Swiss Francs. The 2022 Revolving Credit Facility also includes sub-facilities for the issuance of letters of credit of up to $125 million and swing line loans at the Administrative Agent's discretion of up to $100 million. The Company has the ability to expand its borrowing availability under the 2022 Credit Facility in the form of increased revolving commitments or one or more tranches of term loans by up to an additional $500 million, subject to the agreement of the participating lenders and certain other customary conditions. See Note 11 to the Company's Fiscal 2023 Annual Report on Form 10-K for information regarding the Company's interest rates associated with borrowings under the 2022 Credit Facility.

The 2022 Credit Facility provides for an annual administration fee and a commitment fee equal to 7.5 basis points to 17.5 basis points per annum, which was 15.0 basis points as of December 30, 2023. The fees are based on the Company's public debt ratings and/or net leverage ratio, applied to the average daily unused amount of the 2022 Credit Facility.

Loans under the 2022 Credit Facility may be prepaid and commitments may be terminated or reduced by the borrowers without premium or penalty other than customary "breakage" costs with respect to loans bearing interest based upon Adjusted Term SOFR, the Adjusted EURIBOR Rate, the Adjusted CDOR Rate and the Adjusted TIBOR Rate.

The 2022 Credit Facility requires the Company to maintain a net leverage ratio as of the end of each fiscal quarter of no greater than 4.0 to 1.0. Such net leverage ratio is calculated as the ratio of the sum of total indebtedness as of the date of the measurement plus the capitalized amount of all operating lease obligations, minus unrestricted cash and cash equivalents not to exceed $200 million, to Consolidated EBITDAR for the last four consecutive fiscal quarters. Consolidated EBITDAR is defined as consolidated net income plus provision for taxes based on income, profits or capital, net interest expense, depreciation and amortization expense, consolidated rent expense and other non-cash losses, charges and expenses, subject to certain additions and deductions. The 2022 Credit Facility also includes covenants that limit additional indebtedness, liens, acquisitions and other investments, restricted payments and affiliate transactions.

The 2022 Credit Facility also contains events of default customary for financings of this type, including, but not limited to, payment defaults, material inaccuracy of representations and warranties, covenant defaults, cross-defaults to certain indebtedness, certain events of bankruptcy or insolvency, certain events under the Employee Retirement Income Security Act, material judgments, actual or asserted failure of any guaranty supporting the 2022 Credit Facility to be in full force and effect, and changes of control. If such an event of default occurs and is continuing, the lenders under the 2022 Credit Facility would be entitled to take various actions, including, but not limited to, terminating the commitments and accelerating amounts outstanding under the 2022 Credit Facility.

As of December 30, 2023 and April 1, 2023, the Company had $874 million of borrowings outstanding under the 2022 Revolving Credit Facility. In addition, stand-by letters of credit of $2 million and $3 million were outstanding as of December 30, 2023 and April 1, 2023, respectively. As of December 30, 2023 and April 1, 2023, the amount available for future borrowings under the 2022 Revolving Credit Facility was $624 million and $623 million, respectively. The Company had $5 million and $6 million of deferred financing fees related to Revolving Credit Facilities for December 30, 2023 and April 1, 2023, respectively, and are recorded within other assets in the Company's consolidated balance sheets.

As of December 30, 2023, and the date these financial statements were issued, the Company was in compliance with all covenants related to the 2022 Credit Facility.

19

*Versace Term Loan*

On December 5, 2022, Gianni Versace S.r.l., a wholly owned subsidiary of Capri Holdings Limited, entered into a credit facility with Intesa Sanpaolo S.p.A., Banco Nazionale del Lavoro S.p.A., and UniCredit S.p.A., as arrangers and lenders, and Intesa Sanpaolo S.p.A., as agent, which provides a senior unsecured term loan (the "Versace Term Loan") in an aggregate principal amount of €450 million. The Versace Term Loan is not subject to amortization and matures on December 5, 2025. The Company provides an unsecured guaranty of the Versace Term Loan.

The Versace Term Loan bears interest at a rate per annum equal to the greater of EURIBOR for the applicable interest period and zero, plus a margin of 1.35%.

The Versace Term Loan may be prepaid without premium or penalty other than customary "breakage" costs. The Versace Term Loan requires the Company to maintain a net leverage ratio as of the end of each fiscal quarter of no greater than 4.0 to 1.0. Such net leverage ratio is calculated as the ratio of the sum of total indebtedness as of the date of the measurement plus the capitalized amount of all operating lease obligations, minus unrestricted cash and cash equivalents not to exceed $200 million, to Consolidated EBITDAR for the last four consecutive fiscal quarters. Consolidated EBITDAR is defined as consolidated net income plus provision for taxes based on income, profits or capital, net interest expense, depreciation and amortization expense, consolidated rent expense and other non-cash losses, charges and expenses, subject to certain additions and deductions. The Versace Term Loan also includes covenants that limit additional financial indebtedness, liens, acquisitions, loans and guarantees, restricted payments and mergers of GIVI Holding S.r.l., Gianni Versace S.r.l. and their respective subsidiaries.

The Versace Term Loan contains events of default customary for financings of this type, including, but not limited to payment defaults, material inaccuracy of representations and warranties, covenant defaults, cross-defaults to material financial indebtedness, certain events of bankruptcy or insolvency, illegality or repudiation of any loan document under the Versace Term Loan or any failure thereof to be in full force and effect, and changes of control. If such an event of default occurs and is continuing, the lenders under the Versace Term Loan would be entitled to take various actions, including, but not limited to, accelerating amounts outstanding under the Versace Term Loan.

As of December 30, 2023 and April 1, 2023, the carrying value of the Versace Term Loan was $496 million and $487 million, respectively, net of $1 million of deferred financing fees for both December 30, 2023 and April 1, 2023, which were recorded within long-term debt in the Company's consolidated balance sheets.

As of December 30, 2023, and the date these financial statements were issued, the Company was in compliance with all covenants related to the Versace Term Loan.

*Senior Notes*

On October 20, 2017, Michael Kors (USA), Inc. (the "Issuer"), the Company's wholly owned subsidiary, completed its offering of $450 million aggregate principal amount senior notes due November 1, 2024 (the "Senior Notes"), pursuant to an exemption from registration under the Securities Act of 1933, as amended. The Senior Notes were issued under an indenture dated October 20, 2017, among the Issuer, the Company, the subsidiary guarantors party thereto and U.S. Bank National Association, as trustee (the "Indenture").

As of December 30, 2023, the Senior Notes bear interest at a rate of 4.250% per year, subject to adjustments from time to time if either Moody's or S&P (or a substitute rating agency therefore) downgrades (or downgrades and subsequently upgrades) the credit rating assigned to the Senior Notes. Interest on the Senior Notes is payable semi-annually on May 1 and November 1 of each year, beginning on May 1, 2018.

The Senior Notes are unsecured and are guaranteed by the Company and its existing and future subsidiaries that guarantee or are borrowers under the 2022 Credit Facility (subject to certain exceptions, including subsidiaries organized in China). The Senior Notes may be redeemed at the Company's option at any time in whole or in part at a price equal to 100% of the principal amount, plus accrued and unpaid interest, plus a "make-whole" amount calculated at the applicable Treasury Rate plus 30 basis points.

The Indenture contains covenants, including those that limit the Company's ability to create certain liens and enter into certain sale and leaseback transactions. In the event of a "Change of Control Triggering Event," as defined in the Indenture, the Issuer will be required to make an offer to repurchase the Senior Notes at a repurchase price in cash equal to 101% of the

20

aggregate principal amount of the Senior Notes being repurchased plus any unpaid interest. These covenants are subject to important limitations and exceptions, as per the Indenture.

As of both December 30, 2023 and April 1, 2023, the carrying value of the Senior Notes was $449 million, net of issuance costs and unamortized discount of $1 million, which were recorded within short-term debt and long-term debt in the Company's consolidated balance sheets, respectively.

*Versace Facilities*

During Fiscal 2022, the Company's subsidiary, Versace, entered into an agreement with Banco BPM Banking Group debt ("the Bank") to sell certain tax receivables to the Bank in exchange for cash. The arrangement was determined to be a financing arrangement as the de-recognition criteria for the receivables was not met at the time of the cash receipt from the Bank. As of December 30, 2023 and April 1, 2023, the outstanding balance was $11 million, with $1 million and $10 million recorded within short-term debt and long-term debt in the Company's consolidated balance sheets, respectively.

*Supplier Financing Program*

The Company offers a supplier financing program which enables the Company's inventory suppliers, at their sole discretion, to sell their receivables (i.e., the Company's payment obligations to suppliers) to a financial institution on a non-recourse basis in order to be paid earlier than current payment terms provide. The Company's obligations, including the amount due and scheduled payment dates, which generally do not exceed 90 days, are not impacted by a suppliers' decision to participate in this program. The Company does not reimburse suppliers for any costs they incur to participate in the program and their participation is voluntary. The amount outstanding under this program as of December 30, 2023 and April 1, 2023 was $11 million and $4 million, respectively, and is presented as short-term debt in the Company's consolidated balance sheets.

See Note 11 to the Company's Fiscal 2023 Annual Report on Form 10-K for additional information regarding the Company's credit facilities and debt obligations.

**11.**
**Commitments and Contingencies**

We are involved in various routine legal proceedings incident to the ordinary course of our business. We believe that the outcome of all pending legal proceedings, in the aggregate, will not have a material adverse effect on our business, results of operations and financial condition.

See Item 1 Legal Proceedings to the accompanying Part II Other Information for additional information on Merger-Related Litigation.

Please refer to the *Contractual Obligations and Commercial Commitments* disclosure within the *Liquidity and Capital Resources* section of the Company's Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for a detailed disclosure of other commitments and contractual obligations as of April 1, 2023.

**12.**
**Fair Value Measurements**

Financial assets and liabilities are measured at fair value using the three-level valuation hierarchy for disclosure of fair value measurements. The determination of the applicable level within the hierarchy of a particular asset or liability depends on the inputs used in the valuation as of the measurement date, notably the extent to which the inputs are market-based (observable) or internally derived (unobservable). Observable inputs are inputs that market participants would use in pricing the asset or liability based on market data obtained from independent sources. Unobservable inputs are inputs based on a company's own assumptions about market participant assumptions based on the best information available in the circumstances. The hierarchy is broken down into three levels based on the reliability of inputs as follows:

Level 1 - Valuations based on quoted prices in active markets for identical assets or liabilities that a company has the ability to access at the measurement date.

Level 2 - Valuations based on quoted prices for similar assets or liabilities in active markets or quoted prices for identical assets or liabilities in inactive markets, inputs other than quoted prices that are observable for the asset or liability and inputs derived principally from or corroborated by observable market data.

Level 3 - Valuations based on inputs that are unobservable and significant to the overall fair value measurement.

At December 30, 2023 and April 1, 2023, the fair values of the Company's derivative contracts were determined using broker quotations, which were calculations derived from observable market information: the applicable currency rates at the balance sheet date and those forward rates particular to the contract at inception. The Company makes no adjustments to these broker obtained quotes or prices, but assesses the credit risk of the counterparty and would adjust the provided valuations for counterparty credit risk when appropriate. The fair value of hedges is included in prepaid expenses and other current assets, other assets, accrued expenses and other current liabilities, and in other long-term liabilities in the consolidated balance sheets, depending on whether they represent assets or liabilities of the Company and based on the maturity date of each individual hedge contract to classify as either short-term or long-term assets or liabilities. See Note 13 for further detail.

All contracts are measured and recorded at fair value on a recurring basis and are categorized in Level 2 of the fair value hierarchy, as shown in the following table (in millions):

| | Fair value at December 30, 2023 using: | | | Fair value at April 1, 2023 using: | | |
| | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) | Quoted prices in active markets for identical assets (Level 1) | Significant other observable inputs (Level 2) | Significant unobservable inputs (Level 3) |
|---|---|---|---|---|---|---|
| **Derivative assets:** | | | | | | |
| Net investment hedges | $ - | $ 9 | $ - | $ - | $ 1 | $ - |
| Fair value hedges | - | 9 | - | - | - | - |
| **Total derivative assets** | $ - | $ 18 | $ - | $ - | $ 1 | $ - |
| | | | | | | |
| **Derivative liabilities:** | | | | | | |
| Net investment hedges | $ - | $ 260 | $ - | $ - | $ 36 | $ - |
| Fair value hedges | - | - | - | - | 3 | - |
| **Total derivative liabilities** | $ - | $ 260 | $ - | $ - | $ 39 | $ - |

The Company's debt obligations are recorded in its consolidated balance sheets at carrying values, which may differ from the related fair values. The fair value of the Company's debt is estimated using external pricing data, including any available quoted market prices and based on other debt instruments with similar characteristics. Borrowings under revolving credit facilities, if outstanding, are recorded at carrying value, which approximates fair value due to the frequent nature of such borrowings and repayments. See Note 10 for detailed information related to carrying values of the Company's outstanding debt. The following table summarizes the carrying values and estimated fair values of the Company's debt, based on Level 2 measurements (in millions):

| | December 30, 2023 | | April 1, 2023 | |
| | Carrying Value | Estimated Fair Value | Carrying Value | Estimated Fair Value |
|---|---|---|---|---|
| Revolving Credit Facilities | $ 874 | $ 874 | $ 874 | $ 874 |
| Versace Term Loan | $ 496 | $ 500 | $ 487 | $ 481 |
| Senior Notes due 2024 | $ 450 | $ 440 | $ 449 | $ 435 |

The Company's cash and cash equivalents, accounts receivable and accounts payable are recorded at carrying value, which approximates fair value.

### Non-Financial Assets and Liabilities

The Company's non-financial assets include goodwill, intangible assets, operating lease right-of-use assets and property and equipment. Such assets are reported at their carrying values and are not subject to recurring fair value measurements. The Company's goodwill and its indefinite-lived intangible assets (Versace and Jimmy Choo brands) are assessed for impairment at least annually, while its other long-lived assets, including operating lease right-of-use assets, property and equipment and definite-lived intangible assets, are assessed for impairment whenever events or changes in circumstances indicate that the carrying amount of any such asset may not be recoverable. The Company determines the fair values of these assets based on Level 3 measurements using the Company's best estimates of the amount and timing of future discounted cash flows, based on historical experience, market conditions, current trends and performance expectations.

The Company recorded $6 million and $26 million of impairment charges during the three and nine months ended December 30, 2023, respectively. The Company recorded $1 million and $12 million of impairment charges during the three and nine months ended December 31, 2022, respectively. The following table details the carrying values and fair values of the Company's assets that have been impaired during the three and nine months ended December 30, 2023 and the three and nine months ended December 31, 2022 (in millions):

| | Three Months Ended December 30, 2023 | | | Nine Months Ended December 30, 2023 | | |
|---|---|---|---|---|---|---|
| | Carrying Value Prior to Impairment | Fair Value | Impairment Charge | Carrying Value Prior to Impairment | Fair Value | Impairment Charge |
| Operating Lease Right-of-Use Assets | $ 10 | $ 5 | $ 5 | $ 34 | $ 15 | $ 19 |
| Property and Equipment | 4 | 3 | 1 | 12 | 5 | 7 |
| Total | $ 14 | $ 8 | $ 6 | $ 46 | $ 20 | $ 26 |

| | Three Months Ended December 31, 2022 | | | Nine Months Ended December 31, 2022 | | |
|---|---|---|---|---|---|---|
| | Carrying Value Prior to Impairment | Fair Value | Impairment Charge | Carrying Value Prior to Impairment | Fair Value | Impairment Charge |
| Operating Lease Right-of-Use Assets | $ 2 | $ 1 | $ 1 | $ 27 | $ 17 | $ 10 |
| Property and Equipment | - | - | - | 3 | 1 | 2 |
| Total | $ 2 | $ 1 | $ 1 | $ 30 | $ 18 | $ 12 |

## 13.
## Derivative Financial Instruments

### Forward Foreign Currency Exchange Contracts

The Company uses forward foreign currency exchange contracts to manage its exposure to fluctuations in foreign currencies for certain of its transactions. The Company, in its normal course of business, enters into transactions with foreign suppliers and seeks to minimize risks related to certain forecasted inventory purchases by using forward foreign currency exchange contracts. The Company only enters into derivative instruments with highly credit-rated counterparties. The Company does not enter into derivative contracts for trading or speculative purposes.

### Net Investment Hedges

During the first quarter of Fiscal 2024, the Company entered into multiple fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of $2.5 billion to hedge its net investment in Swiss Franc ("CHF") denominated subsidiaries. During the third quarter of Fiscal 2024, the Company modified these fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of $2.5 billion to utilize additional CHF capacity and further hedge its investment in CHF denominated subsidiaries. Under the terms of these contracts, the Company will exchange semi-annual fixed rate payments on United States Dollar notional amounts for fixed rate payments of 0.0%. The increase in interest received from the CHF notional amounts will be offset by interest expense related to the financing component of this modification. These contracts have maturity dates between September 2024 and June 2028 and are designated as net investment hedges.

During the first quarter of Fiscal 2024, the Company entered into multiple float-to-float cross-currency swap agreements with aggregate notional amounts of $1.0 billion to hedge its net investment in Euro denominated subsidiaries. The Company will exchange Euro floating rate payments based on EURIBOR for the United States dollar floating rate amounts based on SOFR CME Term over the life of the agreement. The fixed rate component of semi-annual Euro payments range from 1.149% to 1.215%. These contracts have maturity dates between May 2028 and August 2030 and are designated as net investment hedges.

23

During the first quarter of Fiscal 2024, the Company entered into multiple fixed-to-fixed cross-currency swap agreements with an aggregate notional amount of $350 million to hedge its net investment in Euro denominated subsidiaries. Under the terms of these contracts, the Company will exchange the semi-annual fixed rate payments on United States Dollar notional amounts for fixed rate payments of 0.0% in Euro. These contracts have maturity dates between January 2027 and April 2027 and have been designated as net investment hedges.

During the first quarter of Fiscal 2024, the Company entered into a fixed-to-fixed cross-currency swap agreement with an aggregate notional amount of €150 million to hedge its net investment in British Pound ("GBP") denominated subsidiaries (the "GBP/EUR Net Investment Hedges"). As of December 30, 2023, the Company had multiple fixed-to-fixed cross-currency swap agreements with aggregate notional amounts of €1.15 billion to hedge its net investment in GBP denominated subsidiaries. Under the terms of these contracts, the Company will exchange the semi-annual fixed rate payments on GBP notional amounts for fixed rate payments of 0.0% in Euro. These contracts have maturity dates between November 2024 and November 2027 and are designated as net investment hedges.

As of December 30, 2023, the Company had Japanese Yen net investment hedges with aggregate notional amounts of $294 million. Under the terms of these contracts, the Company will exchange the semi-annual fixed rate payments on United States notional amounts for fixed rate payments of 0% to 2.665% in Japanese Yen. These contracts have maturity dates between May 2027 and February 2051 and are designated as net investment hedges. Certain of these contracts are supported by a credit support annex ("CSA") which provides for collateral exchange with the earliest effective date being September 2027. If the outstanding position of a contract exceeds a certain threshold governed by the aforementioned CSA's, either party is required to post cash collateral.

When a cross-currency swap is used as a hedging instrument in a net investment hedge assessed under the spot method, the cross-currency basis spread is excluded from the assessment of hedge effectiveness and is recognized as a reduction in interest expense in the Company's consolidated statements of operations and comprehensive income. Accordingly, the Company recorded interest income of $26 million and $66 million during the three and nine months ended December 30, 2023, respectively. Additionally, the Company recorded interest income of $4 million and $32 million during the three and nine months ended December 31, 2022, respectively.

*Fair Value Hedges*

The Company is exposed to transaction risk from foreign currency exchange rate fluctuations with respect to various cross-currency intercompany loans which will impact earnings on a consolidated basis. To manage the foreign currency exchange rate risk related to these balances, during the fourth quarter of Fiscal 2023, the Company entered into fair value cross-currency swap agreements to hedge its exposure in GBP denominated subsidiaries (the "GBP Fair Value Hedge") on a Euro denominated intercompany loan. As of December 30, 2023, the total notional values of outstanding fair value cross-currency swaps related to these loans were €1 billion. Under the term of these contracts, the Company will exchange the semi-annual fixed rate payments on GBP notional amounts for fixed rate payments of 0% in Euro. These contracts have maturity dates between March 2025 and March 2026 and are designated as fair value hedges.

When a cross-currency swap is designated as a fair value hedge and qualifies as highly effective, the fair value hedge will be recorded at fair value each period on the Company's consolidated balance sheets, with the difference resulting from the changes in the spot rate recognized in foreign currency (gain) loss on the Company's consolidated statements of operations and comprehensive income, which will offset the earnings impact of the underlying transaction being hedged. Accordingly, the Company recorded a foreign currency gain of $2 million and $23 million during the three and nine months ended December 30, 2023, respectively.

24

The following table details the fair value of the Company's derivative contracts, which are recorded on a gross basis in the consolidated balance sheets as of December 30, 2023 and April 1, 2023 (in millions):

| | Notional Amounts | | Fair Value | | | |
| | | | Assets | | Liabilities | |
| | December 30, 2023 | April 1, 2023 | December 30, 2023 | April 1, 2023 | December 30, 2023 | April 1, 2023 |
|---|---|---|---|---|---|---|
| Designated net investment hedges | $ 5,413 | $ 1,378 | $ 9 [1] | $ 1 [2] | $ 260 [3] | $ 36 [4] |
| Designated fair value hedges | 1,104 | 1,084 | 9 [2] | - | - | 3 [4] |
| **Total** | $ 6,517 | $ 2,462 | $ 18 | $ 1 | $ 260 | $ 39 |

[1] As of December 30, 2023, the Company recorded $1 million within prepaid expenses and other current assets and $8 million within other assets in the Company's consolidated balance sheets.
[2] Recorded within other assets in the Company's consolidated balance sheets.
[3] As of December 30, 2023, the Company recorded $25 million within accrued expenses and current liabilities and $235 million within other long-term liabilities in the Company's consolidated balance sheets.
[4] Recorded within other long-term liabilities in the Company's consolidated balance sheets.

The Company records and presents the fair values of all of its derivative assets and liabilities in its consolidated balance sheets on a gross basis, as shown in the above table. However, if the Company were to offset and record the asset and liability balances for its derivative instruments on a net basis in accordance with the terms of its master netting arrangements, which provide for the right to set-off amounts for similar transactions denominated in the same currencies and with the same banks, the resulting impact as of December 30, 2023 and April 1, 2023 would be as follows (in millions):

| | Net Investment Hedges | | Fair Value Hedges | |
| | December 30, 2023 | April 1, 2023 | December 30, 2023 | April 1, 2023 |
|---|---|---|---|---|
| Assets subject to master netting arrangements | $ 9 | $ 1 | $ 9 | $ - |
| Liabilities subject to master netting arrangements | $ 260 | $ 36 | $ - | $ 3 |
| Derivative assets, net | $ - | $ 1 | $ 9 | $ - |
| Derivative liabilities, net | $ 251 | $ 36 | $ - | $ 3 |

Currently, the Company's master netting arrangements do not require cash collateral to be pledged by the Company or its counterparties.

Changes in the fair value of the Company's forward foreign currency exchange contracts that are designated as accounting hedges are recorded in equity as a component of accumulated other comprehensive income and are reclassified from accumulated other comprehensive income into earnings when the items underlying the hedged transactions are recognized into earnings, as a component of cost of goods sold within the Company's consolidated statements of operations and comprehensive income. The net gain or loss on net investment hedges are reported within CTA as a component of accumulated other comprehensive income on the Company's consolidated balance sheets. Upon discontinuation of the hedge, such amounts remain in CTA until the related net investment is sold or liquidated. The net gain or loss on cross-currency swap contracts designated as fair value hedges and associated with cross-currency intercompany loans are recognized within foreign currency (gain) loss on the Company's consolidated statements of operations and comprehensive income generally in the period in which the related balances being hedged are revalued.

25

The following table summarizes the pre-tax impact of the gains and losses on the Company's designated forward foreign currency exchange contracts and net investment hedges (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
| | Pre-Tax (Losses) Gains Recognized in OCI | | Pre-Tax Losses Recognized in OCI | | Pre-Tax Losses Recognized in OCI | | Pre-Tax Gains Recognized in OCI | |
| Designated forward foreign currency exchange contracts | $ | - | $ | (3) | $ | - | $ | 8 |
| Designated net investment hedges | $ | (238) | $ | (33) | $ | (213) | $ | 332 |
| Designated fair value hedge | $ | 4 | $ | - | $ | (5) | $ | - |

The following tables summarize the pre-tax impact of the gains within the consolidated statements of operations and comprehensive income related to the designated forward foreign currency exchange contracts for the three and nine months ended December 30, 2023 and December 31, 2022 (in millions):

| | Three Months Ended | | |
| --- | --- | --- | --- |
| | Pre-Tax Gain Reclassified from Accumulated OCI | | |
| | December 30, 2023 | December 31, 2022 | Location of Gain Recognized |
| Designated forward foreign currency exchange contracts | $ - | $ 3 | Cost of goods sold |

| | Nine Months Ended | | |
| --- | --- | --- | --- |
| | Pre-Tax Gain Reclassified from Accumulated OCI | | |
| | December 30, 2023 | December 31, 2022 | Location of Gain Recognized |
| Designated forward foreign currency exchange contracts | $ 4 | $ 10 | Cost of goods sold |

As of December 30, 2023, there were no forward foreign currency contracts outstanding.

*Undesignated Hedges*

During both the three and nine months ended December 30, 2023, there was no gain or loss recognized within foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income as there were no undesignated hedges outstanding. During the three months ended December 31, 2022, there was no gain recognized within foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income, while during the nine months ended December 31, 2022, a $2 million gain was recognized within foreign currency (gain) loss in the Company's consolidated statements of operations and comprehensive income as a result of the changes in the fair value of undesignated forward foreign currency exchange contracts.

**14.**
**Shareholders' Equity**

*Share Repurchase Program*

On June 1, 2022, the Company announced its Board of Directors authorized a share repurchase program (the "Fiscal 2023 Plan") pursuant to which the Company was permitted, from time to time, to repurchase up to $1.0 billion of its outstanding ordinary shares within a period of two years from the effective date of the program.

On November 9, 2022, the Company announced its Board of Directors approved a new share repurchase program (the "Existing Share Repurchase Plan") to purchase up to $1.0 billion of its outstanding ordinary shares, providing additional capacity to return cash to shareholders over the longer term. This new two-year program replaced the Fiscal 2023 Plan. Share repurchases may be made in open market or privately negotiated transactions and/or pursuant to Rule 10b5-1 trading plans, subject to market conditions, applicable legal requirements, trading restrictions under the Company's insider trading policy and other relevant factors; however, pursuant to the terms of the Merger Agreement, and subject to certain limited exceptions, the Company may not repurchase its ordinary shares other than the acceptance of Company ordinary shares as payment of the

exercise price of Company options or for withholding taxes in respect of Company equity awards. Accordingly, the Company did not repurchase any of its ordinary shares since entering into the Merger Agreement pursuant to the Existing Share Repurchase Plan, and the Company does not expect to repurchase any of its ordinary shares in connection with the Existing Share Repurchase Plan prior to the Merger or earlier termination of the Merger Agreement.

During the nine months ended December 30, 2023, the Company purchased 2,637,102 shares for a total cost of approximately $100 million, including commissions, through open market transactions under the Existing Share Repurchase Plan. As of December 30, 2023, the remaining availability under the Company's Existing Share Repurchase Plan was $300 million.

During the nine months ended December 31, 2022, the Company purchased 18,921,459 shares for a total cost of approximately $950 million including commissions, through open market transactions, with 15,479,200 shares purchased for a total cost of $750 million including commissions under the Fiscal 2023 Plan and 3,442,259 shares purchased for a total cost of $200 million under the Existing Share Repurchase Plan.

The Company also has in place a "withhold to cover" repurchase program, which allows the Company to withhold ordinary shares from certain executive officers and directors to satisfy minimum tax withholding obligations relating to the vesting of their restricted share awards. During the nine month periods ended December 30, 2023 and December 31, 2022, the Company withheld 185,133 shares and 300,722 shares, respectively, with a fair value of $7 million and $14 million, respectively, in satisfaction of minimum tax withholding obligations relating to the vesting of restricted share awards.

### Accumulated Other Comprehensive Income

The following table details changes in the components of accumulated other comprehensive income ("AOCI"), net of taxes, for the nine months ended December 30, 2023 and December 31, 2022, respectively (in millions):

| | Foreign Currency Adjustments [1] | | Net Gain on Derivatives [2] | | Other Comprehensive Income Attributable to Capri | |
|---|---|---|---|---|---|---|
| Balance at April 1, 2023 | $ | 143 | $ | 4 | $ | 147 |
| Other comprehensive loss before reclassifications | | (112) | | - | | (112) |
| Less: amounts reclassified from AOCI to earnings | | - | | 4 | | 4 |
| Other comprehensive loss, net of tax | | (112) | | (4) | | (116) |
| Balance at December 30, 2023 | $ | 31 | $ | - | $ | 31 |
| | | | | | | |
| Balance at April 2, 2022 | $ | 184 | $ | 10 | $ | 194 |
| Other comprehensive (loss) income before reclassifications | | (87) | | 8 | | (79) |
| Less: amounts reclassified from AOCI to earnings | | - | | 10 | | 10 |
| Other comprehensive (loss) income, net of tax | | (87) | | (2) | | (89) |
| Balance at December 31, 2022 | $ | 97 | $ | 8 | $ | 105 |

[1]  Foreign currency translation adjustments for the nine months ended December 30, 2023 primarily include a $159 million loss, net of taxes of $59 million, relating to the Company's net investment and fair value hedges partially offset by a net $47 million translation gain. Foreign currency translation adjustments for the nine months ended December 31, 2022 primarily include a net $310 million translation loss partially offset by a $219 million gain, net of taxes of $113 million, relating to the Company's net investment hedges.

[2]  Reclassified amounts primarily relate to the Company's forward foreign currency exchange contracts for inventory purchases and are recorded within cost of goods sold in the Company's consolidated statements of operations and comprehensive income. All tax effects were not material for the periods presented.

27

**15.**
**Share-Based Compensation**

The Company grants equity awards to certain employees and directors of the Company at the discretion of the Company's Compensation and Talent Committee. The Company has two equity plans, one stock option plan adopted in Fiscal 2008 (as amended and restated, the "2008 Plan"), and an Omnibus Incentive Plan adopted in the third fiscal quarter of Fiscal 2012 and amended and restated with shareholder approval in May 2015, and again in June 2020 (the "Incentive Plan"). The 2008 Plan only provided for grants of share options and was authorized to issue up to 23,980,823 ordinary shares. As of December 30, 2023, there were no shares available to grant equity awards under the 2008 Plan.

The Incentive Plan allows for grants of share options, restricted shares and RSUs, and other equity awards, and authorizes a total issuance of up to 22,471,000 ordinary shares after amendments in August 2022. At December 30, 2023, there were 4,236,865 ordinary shares available for future grants of equity awards under the Incentive Plan. Option grants issued from the 2008 Plan generally expire ten years from the date of the grant, and those issued under the Incentive Plan generally expire seven years from the date of the grant.

The following table summarizes the Company's share-based compensation activity during the nine months ended December 30, 2023:

|  | Options | Service-Based RSUs | Performance-Based RSUs |
|---|---|---|---|
| Outstanding/Unvested at April 1, 2023 | 229,675 | 3,181,926 | 165,239 |
| Granted | - | 1,941,815 | 203,693 |
| Exercised/Vested | (14,503) | (1,805,667) | - |
| Canceled/Forfeited | (23,205) | (189,248) | - |
| Outstanding/Unvested at December 30, 2023 | 191,967 | 3,128,826 | 368,932 |

The weighted average grant date fair value of service-based and performance-based RSUs granted during the nine months ended December 30, 2023 was $36.90 and $36.82, respectively. The weighted average grant date fair value of service-based and performance-based RSUs granted during the nine months ended December 31, 2022 was $48.39 and $47.41, respectively.

*Share-Based Compensation Expense*

The following table summarizes compensation expense attributable to share-based compensation for the three and nine months ended December 30, 2023 and December 31, 2022 (in millions):

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | December 30, 2023 | December 31, 2022 | December 30, 2023 | December 31, 2022 |
| Share-based compensation expense | $ 18 | $ 16 | $ 65 | $ 60 |
| Tax benefit related to share-based compensation expense | $ 2 | $ 2 | $ 9 | $ 9 |

Forfeitures are estimated at the time of grant and revised, if necessary, in subsequent periods if actual forfeitures differ from those estimates. The Company estimates forfeitures based on historical forfeiture rates. The estimated value of future forfeitures for equity awards as of December 30, 2023 is approximately $11 million.

See Note 16 in the Company's Fiscal 2023 Annual Report on Form 10-K for additional information relating to the Company's share-based compensation awards.

**16.**
**Income Taxes**

The Company's effective tax rate for the three months ended December 30, 2023 was 14.6%. This rate differs from the United Kingdom ("U.K.") federal statutory rate of 25% primarily due to the favorable impact of global financing activities and the release of valuation allowance on Korean deferred tax assets, partially offset by unfavorable changes in uncertain tax positions during the three months ended December 30, 2023.

28

The Company's effective tax rate for the nine months ended December 30, 2023 was 11.3%. This rate differs from the United Kingdom ("U.K.") federal statutory rate of 25% primarily due to the favorable impact of global financing activities and the release of valuation allowance on Korean deferred tax assets during the nine months ended December 30, 2023

The Company's effective tax rate for the three and nine months ended December 31, 2022 was 1.3% and 9.2%, respectively. For both periods, such rates differed from the U.K. federal statutory rate of 19% primarily due to the impact of global financing activities and the release of a valuation allowance on UK deferred tax assets.

The global financing activities are related to the Company's 2014 move of its principal executive office from Hong Kong to the U.K. and decision to become a U.K. tax resident. In connection with this decision, the Company funded its international growth strategy through intercompany debt financing arrangements. These debt financing arrangements reside between certain of our U.S. and U.K. subsidiaries. Due to the difference in the statutory income tax rates between these jurisdictions, the Company realized lower effective tax rates for the three and nine months ended December 30, 2023.

**17.**
**Segment Information**

The Company operates its business through three operating segments - Versace, Jimmy Choo and Michael Kors, which are based on its business activities and organization. The reportable segments are segments of the Company for which separate financial information is available and for which operating results are evaluated regularly by the Company's chief operating decision maker ("CODM") in deciding how to allocate resources, as well as in assessing performance. The primary key performance indicators are revenue and operating income for each segment. The Company's reportable segments represent components of the business that offer similar merchandise, customer experience and sales/marketing strategies.

The Company's three reportable segments are as follows:

- Versace - segment includes revenue generated through the sale of Versace luxury ready-to-wear, accessories and footwear through directly operated Versace boutiques throughout the Americas, certain parts of EMEA and certain parts of Asia, as well as through Versace outlet stores and e-commerce sites. In addition, revenue is generated through wholesale sales to distribution partners (including geographic licensing arrangements that allow third parties to use the Versace trademarks in connection with retail and/or wholesale sales of Versace branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide, as well as through product license agreements in connection with the manufacturing and sale of jeans, fragrances, watches, jewelry, eyewear and home furnishings.

- Jimmy Choo - segment includes revenue generated through the sale of Jimmy Choo luxury footwear, handbags and small leather goods and accessories through directly operated Jimmy Choo retail and outlet stores throughout the Americas, certain parts of EMEA and certain parts of Asia, through its e-commerce sites, as well as through wholesale sales of luxury goods to distribution partners (including geographic licensing arrangements that allow third parties to use the Jimmy Choo trademarks in connection with retail and/or wholesale sales of Jimmy Choo branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide. In addition, revenue is generated through product licensing agreements, which allow third parties to use the Jimmy Choo brand name and trademarks in connection with the manufacturing and sale of fragrances and eyewear.

- Michael Kors - segment includes revenue generated through the sale of Michael Kors products through four primary Michael Kors retail store formats: "Collection" stores, "Lifestyle" stores (including concessions), outlet stores and e-commerce sites, through which the Company sells Michael Kors products, as well as licensed products bearing the Michael Kors name, directly to consumers throughout the Americas, certain parts of EMEA and certain parts of Asia. The Company also sells Michael Kors products directly to department stores, primarily located across the Americas and Europe, to specialty stores and travel retail shops, and to its geographic licensees. In addition, revenue is generated through product and geographic licensing arrangements, which allow third parties to use the Michael Kors brand name and trademarks in connection with the manufacturing and sale of products, including watches, jewelry, fragrances and eyewear.

29

In addition to these reportable segments, the Company has certain corporate costs that are not directly attributable to its brands and, therefore, are not allocated to its segments. Such costs primarily include certain administrative, corporate occupancy, shared service and information system expenses, including enterprise resource planning system implementation costs and Capri transformation program costs. In addition, certain other costs are not allocated to segments, including Merger related costs, impairment charges, the impact of the war in Ukraine, restructuring and other expense and COVID-19 related expenses. The segment structure is consistent with how the Company's CODM plans and allocates resources, manages the business and assesses performance. All intercompany revenues are eliminated in consolidation and are not reviewed when evaluating segment performance.

The following table presents the key performance information of the Company's reportable segments (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
| | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
|---|---|---|---|---|---|---|---|---|
| **Total revenue:** | | | | | | | | |
| Versace | $ | 227 | $ | 249 | $ | 766 | $ | 832 |
| Jimmy Choo | | 166 | | 168 | | 481 | | 482 |
| Michael Kors | | 1,034 | | 1,095 | | 2,700 | | 2,970 |
| **Total revenue** | $ | 1,427 | $ | 1,512 | $ | 3,947 | $ | 4,284 |
| | | | | | | | | |
| **Income (loss) from operations:** | | | | | | | | |
| Versace | $ | (14) | $ | 24 | $ | 24 | $ | 138 |
| Jimmy Choo | | 4 | | 18 | | 11 | | 45 |
| Michael Kors | | 219 | | 251 | | 518 | | 721 |
| **Total segment income from operations** | | 209 | | 293 | | 553 | | 904 |
| **Less:** Corporate expenses | | (68) | | (56) | | (210) | | (171) |
| Impairment of assets [(1)] | | (6) | | (1) | | (26) | | (12) |
| Merger related costs | | (8) | | - | | (12) | | - |
| Restructuring and other expense | | (5) | | (5) | | (3) | | (11) |
| COVID-19 related expenses | | - | | 2 | | - | | 6 |
| Impact of war in Ukraine | | - | | 3 | | - | | 3 |
| **Total income from operations** | $ | 122 | $ | 236 | $ | 302 | $ | 719 |

[(1)] Impairment of assets during the three and nine months ended December 30, 2023 primarily relate to operating lease right-of-use assets at certain Versace and Michael Kors store locations. Impairment of assets during the nine months ended December 31, 2022 primarily relate to operating lease right-of-use assets at certain Michael Kors store locations.

Depreciation and amortization expense for each segment are as follows (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
| | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
|---|---|---|---|---|---|---|---|---|
| **Depreciation and amortization:** | | | | | | | | |
| Versace | $ | 14 | $ | 12 | $ | 40 | $ | 36 |
| Jimmy Choo | | 7 | | 7 | | 22 | | 21 |
| Michael Kors | | 20 | | 22 | | 61 | | 70 |
| Corporate | | 5 | | 2 | | 16 | | 4 |
| **Total depreciation and amortization** | $ | 46 | $ | 43 | $ | 139 | $ | 131 |

30

Total revenue (based on country of origin) by geographic location are as follows (in millions):

| | Three Months Ended | | | | Nine Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | December 30, 2023 | | December 31, 2022 | | December 30, 2023 | | December 31, 2022 | |
| **Revenue:** | | | | | | | | |
| The Americas (United States, Canada and Latin America) [1] | $ | 843 | $ | 916 | $ | 2,165 | $ | 2,516 |
| EMEA | | 376 | | 395 | | 1,149 | | 1,159 |
| Asia | | 208 | | 201 | | 633 | | 609 |
| **Total revenue** | $ | 1,427 | $ | 1,512 | $ | 3,947 | $ | 4,284 |

[1]  Total revenue earned in the U.S. was $764 million and $1.959 billion, respectively, for the three and nine months ended December 30, 2023. Total revenue earned in the U.S. was $840 million and $2.312 billion, respectively, for the three and nine months ended December 31, 2022.

**18.**
**Subsequent Events**

On February 7, 2024, the Board of Directors of the Company approved a Global Optimization Plan in order to streamline the Company's operating model, maximize efficiency and support long-term profitable growth. As part of the Global Optimization Plan, the Company anticipates global headcount reductions and the closure of approximately 100 of its retail stores over the next 18 months. The Company also expects to record estimated one-time restructuring charges of approximately $30 million to $40 million, of which approximately $30 million to $35 million will be cash charges related to organizational efficiency initiatives, which consist primarily of severance and employee-related costs. The Company anticipates that up to $5 million of the restructuring charges will be related to lease termination and other store closure costs. Approximately $25 million to $30 million in pre-tax restructuring charges will be recognized in the fourth quarter of Fiscal 2024.

See Item 5 - Other Information for additional information.

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Overview**

*Agreement and Plan of Merger*

On August 10, 2023, Capri entered into an Agreement and Plan of Merger (the "Merger Agreement") with Tapestry, Inc., a Maryland corporation ("Tapestry"), and Sunrise Merger Sub, Inc., a British Virgin Islands business company limited by shares and a direct wholly owned subsidiary of Tapestry ("Merger Sub"). The Merger Agreement provides that, among other things and on the terms and subject to the conditions set forth therein, Tapestry will acquire Capri in an all-cash transaction by means of a merger of Merger Sub with and into Capri (the "Merger"), with Capri surviving the Merger as a wholly owned subsidiary of Tapestry. For additional information related to the Merger Agreement, please refer to Capri's Definitive Proxy Statement on Schedule 14A filed with the U.S. Securities and Exchange Commission (the "SEC") on September 20, 2023, as well as the supplemental disclosures contained in Capri's Current Report on Form 8-K filed with the SEC on October 17, 2023.

*Our Business*

We are a global fashion luxury group consisting of iconic, founder-led brands Versace, Jimmy Choo and Michael Kors. Our commitment to glamorous style and craftsmanship is at the heart of each of our luxury brands. We have built our reputation on designing exceptional, innovative products that cover the full spectrum of fashion luxury categories. Our strength lies in the unique DNA and heritage of each of our brands, the diversity and passion of our people and our dedication to the clients and communities we serve.

Our Versace brand has long been recognized as one of the world's leading international fashion design houses and is synonymous with Italian glamour and style. Founded in 1978 in Milan, Versace is known for its iconic and unmistakable style and unparalleled craftsmanship. Over the past several decades, the House of Versace has grown globally from its roots in haute couture, expanding into the design, manufacturing, distribution and retailing of accessories, ready-to-wear, footwear, eyewear, watches, jewelry, fragrance and home furnishings businesses. Versace's design team is led by Donatella Versace, who has been the brand's Artistic Director for over 20 years. Versace distributes its products through a worldwide distribution network, which includes boutiques in some of the world's most glamorous cities, its e-commerce sites, as well as through the most prestigious department and specialty stores worldwide.

Our Jimmy Choo brand offers a distinctive, glamorous and fashion-forward product range, enabling it to develop into a leading global luxury accessories brand, whose core product offering is women's luxury footwear, complemented by accessories, including handbags, small leather goods, scarves and belts, as well as a men's luxury footwear and accessory business. In addition, certain categories, such as fragrances and eyewear, are produced under licensing agreements. Jimmy Choo's design team is led by Sandra Choi, who has been the Creative Director for the brand since its inception in 1996. Jimmy Choo offers classic and timeless luxury products, as well as innovative products that are unique, instinctively seductive and chic. Jimmy Choo is represented through its global store network, its e-commerce sites, as well as through the most prestigious department and specialty stores worldwide.

Our Michael Kors brand was launched over 40 years ago by Michael Kors, whose vision has taken the Company from its beginnings as an American luxury sportswear house to a global accessories, footwear and ready-to-wear company with a global distribution network that has presence in over 100 countries through Company-operated retail stores and e-commerce sites, leading department stores, specialty stores and select licensing partners. Michael Kors is a highly recognized luxury fashion brand in the Americas and Europe with growing brand awareness in other international markets. Michael Kors features distinctive designs, materials and craftsmanship with a jet-set aesthetic that combines stylish elegance and a sporty attitude. Michael Kors offers three primary collections: the Michael Kors Collection luxury line, the MICHAEL Michael Kors accessible luxury line and the Michael Kors Mens line. The Michael Kors Collection establishes the aesthetic authority of the entire brand and is carried by select retail stores, our e-commerce sites, as well as in the finest luxury department stores in the world. MICHAEL Michael Kors has a strong focus on accessories, in addition to offering footwear and ready-to-wear, and addresses the significant demand opportunity in accessible luxury and luxury goods. We have also been developing our men's business in recognition of the significant opportunity afforded by the Michael Kors brand's established fashion authority and the expanding men's market. Taken together, our Michael Kors collections target a broad customer base while retaining our premium luxury image.

32

***Certain Factors Affecting Financial Condition and Results of Operations***

*Macroeconomic conditions and inflationary pressures.* Global economic conditions and the related impact on levels of consumer spending worldwide impacted our business in the third quarter of Fiscal 2024, and are likely to continue to impact our business and the premium accessories, footwear and apparel industry overall for the foreseeable future. Inflation, rising interest rates, higher fuel and energy costs and commodity prices, reductions in net worth based on market declines and uncertainty, home prices, credit availability and consumer debt levels, concerns of a global banking crisis, political instability due to war or other geopolitical factors and other macroeconomic pressures and general uncertainty regarding the overall future economic environment have led to recession fears and created a challenging retail environment, which is expected to continue in the near term. Purchases of discretionary luxury items, such as the accessories, footwear and apparel that we produce, tend to decline when disposable income is lower or when there are recessions, inflationary pressures or other economic uncertainty which could negatively affect our financial condition and results of operations.

*COVID-19 Pandemic.* The COVID-19 pandemic has resulted in varying degrees of business disruption for our industry, including us, since it began at the end of Fiscal 2020. Our performance during Fiscal 2023 was adversely impacted due to lockdowns in certain regions, most notably in Greater China, as a result of an increase in infections due to variants of COVID-19. These lockdowns resulted in store closures and an overall decline in demand in the region. Government restrictions have since been lifted in the Greater China region. The COVID-19 pandemic did not have a significant impact during the first nine months of Fiscal 2024 and is not expected to have a significant impact for the remainder of the fiscal year. We continue to monitor the latest developments regarding the COVID-19 pandemic and potential impacts on our business, operating results and outlook.

*Luxury goods trends and demand for accessories and related merchandise.* Our performance is affected by trends in the luxury goods industry, global consumer spending, macroeconomic factors, overall levels of consumer travel and spending on discretionary items as well as shifts in demographics and changes in lifestyle preferences. Through 2019, the personal luxury goods market grew at a mid-single digit rate over the past 20 years. However, in 2020, due to the impact of the COVID-19 crisis, the personal luxury goods market declined 23%. Market studies indicate that the personal luxury goods market returned to 2019 levels in 2021, and the market is predicted to increase at a 10% compound annual growth rate between 2020 and 2025. Future growth is expected to be driven by e-commerce, Chinese consumers and younger generations; however, growth may be limited by concerns over inflation, the possibility of a global recession, foreign currency volatility or worsening economic conditions.

*Foreign currency fluctuation.* Our consolidated operations are impacted by the relationships between our reporting currency, the United States dollar, and those of our non-United States subsidiaries whose functional/local currency is other than the United States dollar, primarily the Euro, the British Pound, the Chinese Renminbi, the Japanese Yen, the Korean Won and the Canadian dollar, among others. We continue to expect volatility in the global foreign currency exchange rates, which may have a negative impact on the reported results of certain of our non-United States subsidiaries in the future, when translated to the United States dollar.

*Disruptions or delays in shipping and distribution and other supply chain constraints.* Any disruptions in our shipping and distribution network, including port congestion, vessel availability, container shortages and temporary factory closures, could have a negative impact on our results of operations. See Item 1A - "Risk Factors" - "We primarily use foreign manufacturing contractors and independent third-party agents to source our finished goods" and "Our business is subject to risks inherent in global sourcing activities, including disruptions or delays in manufacturing or shipments" of our Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for additional discussion.

*Costs of manufacturing, tariffs, and import regulations.* Our industry is subject to volatility in costs related to certain raw materials used in the manufacturing of our products. This volatility applies primarily to costs driven by commodity prices, which can increase or decrease dramatically over a short period of time. In addition, our costs may be impacted by sanction tariffs imposed on our products due to changes in trade terms. We rely on free trade agreements and other supply chain initiatives in order to maximize efficiencies relating to product importation. We are also subject to government import regulations, including United States Customs and Border Protection ("CBP") withhold release orders. The imposition of taxes, duties and quotas, the withdrawal from or material modification to trade agreements, and/or if CBP detains shipments of our goods pursuant to a withhold release order could have a material adverse effect on our business, results of operations and financial condition. If additional tariffs or trade restrictions are implemented by the United States or other countries, the cost of our products could increase which could adversely affect our business. In addition, commodity prices and tariffs may have an impact on our revenues, results of operations and cash flows. We use commercially reasonable efforts to mitigate these effects by sourcing our products as efficiently as possible and diversifying the countries where we produce. In addition, manufacturing labor costs are also subject to degrees of volatility based on local and global economic conditions. We use commercially

33

reasonable efforts to source from localities that suit our manufacturing standards and result in more favorable labor driven costs to our products.

*Implementing and updating information technology systems.* During Fiscal 2024, we began implementing a new state of the art e-commerce platform across our brands which is expected to continue through Fiscal 2025. While the new platform is designed to improve the user experience and enhance consumer engagement, the transition created unanticipated challenges which have negatively impacted our results of operations. The continued implementation of this platform may also negatively impact our future results of operations. See Item 1A - "Risk Factors" - "A material delay or disruption in our information technology systems or e-commerce websites or our failure or inability to upgrade our information technology systems precisely and efficiently could have a material adverse effect on our business, results of operations and financial condition" of our Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for additional discussion.

### Segment Information

We operate in three reportable segments, which are as follows:

### Versace

We generate revenue through the sale of Versace luxury accessories, ready-to-wear and footwear through directly operated Versace boutiques throughout North America (United States and Canada), certain parts of EMEA (Europe, Middle East and Africa) and certain parts of Asia (Asia and Oceania), as well as through Versace outlet stores and e-commerce sites. In addition, revenue is generated through wholesale sales to distribution partners (including geographic licensing arrangements), multi-brand department stores and specialty stores worldwide, as well as through product license agreements in connection with the manufacturing and sale of products, including jeans, fragrances, watches, jewelry, eyewear and home furnishings.

### Jimmy Choo

We generate revenue through the sale of Jimmy Choo luxury goods through directly operated Jimmy Choo retail and outlet stores throughout the Americas (United States, Canada and Latin America), certain parts of EMEA and certain parts of Asia, through our e-commerce sites, as well as through wholesale sales of luxury goods to distribution partners (including geographic licensing arrangements that allow third parties to use the Jimmy Choo tradename in connection with retail and/or wholesale sales of Jimmy Choo branded products in specific geographic regions), multi-brand department stores and specialty stores worldwide. In addition, revenue is generated through product licensing agreements, which allow third parties to use the Jimmy Choo brand name and trademarks in connection with the manufacturing and sale of products, including fragrances and eyewear.

### Michael Kors

We generate revenue through the sale of Michael Kors products through four primary Michael Kors retail store formats: "Collection" stores, "Lifestyle" stores (including concessions), outlet stores and e-commerce, through which we sell our products, as well as licensed products bearing our name, directly to consumers throughout the Americas, certain parts of EMEA and certain parts of Asia. Our Michael Kors e-commerce business includes e-commerce sites in the United States, Canada, EMEA and Asia. We also sell Michael Kors products directly to department stores, primarily located across the Americas and EMEA, to specialty stores and travel retail shops in the Americas, Europe and Asia, and to our geographic licensees in certain parts of EMEA, Asia and Brazil. In addition, revenue is generated through product and geographic licensing arrangements, which allow third parties to use the Michael Kors brand name and trademarks in connection with the manufacturing and sale of products, including watches, jewelry, fragrances and eyewear, as well as through geographic licensing arrangements, which allow third parties to use the Michael Kors tradename in connection with the retail and/or wholesale sales of our Michael Kors branded products in specific geographic regions.

### Unallocated Corporate Expenses

In addition to the reportable segments discussed above, we have certain corporate costs that are not directly attributable to our brands and, therefore, are not allocated to segments. Such costs primarily include certain administrative, corporate occupancy, shared service and information systems expenses, including ERP system implementation costs and Capri transformation program costs. In addition, certain other costs are not allocated to segments, including Merger related costs, impairment charges, the impact of the war in Ukraine, restructuring and other expense and COVID-19 related expenses. The segment structure is consistent with how our chief operating decision maker plans and allocates resources, manages the

34

business and assesses performance. The following table presents our total revenue and income from operations by segment for the three and nine months ended December 30, 2023 and December 31, 2022 (in millions):

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | December 30, 2023 | December 31, 2022 | December 30, 2023 | December 31, 2022 |
| **Total revenue:** | | | | |
| Versace | $ 227 | $ 249 | $ 766 | $ 832 |
| Jimmy Choo | 166 | 168 | 481 | 482 |
| Michael Kors | 1,034 | 1,095 | 2,700 | 2,970 |
| **Total revenue** | $ 1,427 | $ 1,512 | $ 3,947 | $ 4,284 |
| | | | | |
| **Income (loss) from operations:** | | | | |
| Versace | $ (14) | $ 24 | $ 24 | $ 138 |
| Jimmy Choo | 4 | 18 | 11 | 45 |
| Michael Kors | 219 | 251 | 518 | 721 |
| **Total segment income from operations** | 209 | 293 | 553 | 904 |
| **Less:** Corporate expenses | (68) | (56) | (210) | (171) |
| Impairment of assets [1] | (6) | (1) | (26) | (12) |
| Merger related costs | (8) | - | (12) | - |
| Restructuring and other expense | (5) | (5) | (3) | (11) |
| COVID-19 related expenses | - | 2 | - | 6 |
| Impact of war in Ukraine | - | 3 | - | 3 |
| **Total income from operations** | $ 122 | $ 236 | $ 302 | $ 719 |

[1] Impairment of assets during the three and nine months ended December 30, 2023 primarily related to operating lease right-of-use assets at certain Versace and Michael Kors store locations. Impairment of assets during the nine months ended December 31, 2022 primarily related to operating lease right-of-use assets at certain Michael Kors store locations.

35

The following table presents our global network of retail stores and wholesale doors by brand:

| | As of | |
|---|---|---|
| | December 30, 2023 | December 31, 2022 |
| **Number of full price retail stores (including concessions):** | | |
| Versace | 170 | 161 |
| Jimmy Choo | 180 | 186 |
| Michael Kors | 493 | 520 |
| | 843 | 867 |
| **Number of outlet stores:** | | |
| Versace | 63 | 64 |
| Jimmy Choo | 57 | 56 |
| Michael Kors | 307 | 307 |
| | 427 | 427 |
| **Total number of retail stores** | 1,270 | 1,294 |
| **Total number of wholesale doors:** | | |
| Versace | 630 | 788 |
| Jimmy Choo | 525 | 517 |
| Michael Kors | 2,819 | 2,840 |
| | 3,974 | 4,145 |

The following table presents our retail stores by geographic location:

| | As of December 30, 2023 | | | As of December 31, 2022 | | |
|---|---|---|---|---|---|---|
| | Versace | Jimmy Choo | Michael Kors | Versace | Jimmy Choo | Michael Kors |
| **Store count by region:** | | | | | | |
| The Americas | 44 | 43 | 308 | 41 | 45 | 328 |
| EMEA | 61 | 69 | 171 | 59 | 72 | 173 |
| Asia | 128 | 125 | 321 | 125 | 125 | 326 |
| | 233 | 237 | 800 | 225 | 242 | 827 |

**Key Consolidated Performance Indicators and Statistics**

We use a number of key indicators of operating results to evaluate our performance, including the following (dollars in millions):

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | December 30, 2023 | December 31, 2022 | December 30, 2023 | December 31, 2022 |
| Total revenue | $ 1,427 | $ 1,512 | $ 3,947 | $ 4,284 |
| Gross profit as a percent of total revenue | 65.0% | 66.5% | 65.2% | 66.7% |
| Income from operations | $ 122 | $ 236 | $ 302 | $ 719 |
| Income from operations as a percent of total revenue | 8.5% | 15.6% | 7.7% | 16.8% |

36

*Seasonality*

We experience certain effects of seasonality with respect to our business. We generally experience greater sales during our third fiscal quarter, primarily driven by holiday season sales, and the lowest sales during our first fiscal quarter.

**Critical Accounting Policies and Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States ("U.S. GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements, as well as the reported amounts of revenue and expenses during the reporting period. Critical accounting policies are those that are the most important to the portrayal of our results of operations and financial condition and that require our most difficult, subjective and complex judgments to make estimates about the effect of matters that are inherently uncertain. In applying such policies, we must use certain assumptions that are based on our informed judgments, assessments of probability and best estimates. Estimates, by their nature, are subjective and are based on analysis of available information, including current and historical factors and the experience and judgment of management. We evaluate our assumptions and estimates on an ongoing basis. While our significant accounting policies are detailed in Note 3 to the accompanying consolidated financial statements, our critical accounting policies are disclosed, in full, in the MD&A section of our Annual Report on Form 10-K for the fiscal year ended April 1, 2023. There have been no significant changes in our critical accounting policies and estimates since April 1, 2023.

**Results of Operations**

*Comparison of the three months ended December 30, 2023 with the three months ended December 31, 2022*

The following table details the results of our operations for the three months ended December 30, 2023 and December 31, 2022, and expresses the relationship of certain line items to total revenue as a percentage (dollars in millions):

| | Three Months Ended | | | | % of Total Revenue for the Three Months Ended | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 30, 2023 | December 31, 2022 | $ Change | % Change | December 30, 2023 | December 31, 2022 |
| **Statements of Operations Data:** | | | | | | |
| Total revenue | $ 1,427 | $ 1,512 | $ (85) | (5.6)% | | |
| Cost of goods sold | 499 | 507 | (8) | (1.6)% | 35.0% | 33.5% |
| Gross profit | 928 | 1,005 | (77) | (7.7)% | 65.0% | 66.5% |
| Selling, general and administrative expenses | 749 | 720 | 29 | 4.0% | 52.5% | 47.6% |
| Depreciation and amortization | 46 | 43 | 3 | 7.0% | 3.2% | 2.8% |
| Impairment of assets | 6 | 1 | 5 | NM | 0.4% | 0.1% |
| Restructuring and other expense | 5 | 5 | - | -% | 0.4% | 0.3% |
| Total operating expenses | 806 | 769 | 37 | 4.8% | 56.5% | 50.9% |
| Income from operations | 122 | 236 | (114) | (48.3)% | 8.5% | 15.6% |
| Other income, net | - | (1) | 1 | NM | -% | (0.1)% |
| Interest expense, net | 1 | 12 | (11) | (91.7)% | 0.1% | 0.8% |
| Foreign currency gain | (2) | (3) | 1 | (33.3)% | (0.1)% | (0.2)% |
| Income before income taxes | 123 | 228 | (105) | (46.1)% | 8.6% | 15.1% |
| Provision for income taxes | 18 | 3 | 15 | NM | 1.3% | 0.2% |
| Net income | 105 | 225 | (120) | (53.3)% | | |
| Less: Net income attributable to noncontrolling interest | - | - | - | -% | | |
| Net income attributable to Capri | $ 105 | $ 225 | $ (120) | (53.3)% | | |

NM Not meaningful

*Total Revenue*

Total revenue decreased $85 million, or 5.6%, to $1.427 billion for the three months ended December 30, 2023, compared to $1.512 billion for the three months ended December 31, 2022, which included net favorable foreign currency effects of approximately $15 million primarily as a result of the weakening of the United States Dollar against the Euro partially offset by the strengthening of the United States dollar compared to the Chinese Renminbi and Japanese Yen for the three months ended December 30, 2023. On a constant currency basis, our total revenue decreased $100 million, or 6.6%. primarily attributable to lower revenues in the Americas for each of our brands.

| | Three Months Ended | | | % Change | |
| --- | --- | --- | --- | --- | --- |
| (in millions) | December 30, 2023 | December 31, 2022 | $ Change | As Reported | Constant Currency |
| Versace | $ 227 | $ 249 | $ (22) | (8.8)% | (10.8)% |
| Jimmy Choo | 166 | 168 | (2) | (1.2)% | (3.0)% |
| Michael Kors | 1,034 | 1,095 | (61) | (5.6)% | (6.2)% |
| **Total revenue** | $ 1,427 | $ 1,512 | $ (85) | (5.6)% | (6.6)% |

- *Versace* revenues decreased $22 million, or 8.8%, to $227 million for the three months ended December 30, 2023, compared to $249 million for the three months ended December 31, 2022, which included favorable foreign

currency effects of $5 million. On a constant currency basis, revenue decreased $27 million, or 10.8%, primarily attributable to lower revenues in EMEA and the Americas partially offset by increased revenues in Asia.

- *Jimmy Choo* revenues decreased $2 million, or 1.2%, to $166 million for the three months ended December 30, 2023, compared to $168 million for the three months ended December 31, 2022, which included favorable foreign currency effects of $3 million. On a constant currency basis, revenue decreased $5 million, or 3.0%, primarily attributable to lower revenues in the Americas partially offset by increased revenues in Asia.

- *Michael Kors* revenue decreased $61 million, or 5.6%, to $1.034 billion for the three months ended December 30, 2023, compared to $1.095 billion for the three months ended December 31, 2022, which included favorable foreign currency effects of $7 million. On a constant currency basis, revenue decreased $68 million, or 6.2%, primarily due to lower revenues in the Americas.

*Gross Profit*

Gross profit decreased $77 million, or 7.7%, to $928 million for the three months ended December 30, 2023, compared to $1.005 billion for the three months ended December 31, 2022, which included net favorable foreign currency effects of $15 million. Gross profit as a percentage of total revenue was 65.0% and 66.5% for the three months ended December 30, 2023 and December 31, 2022, respectively. The gross profit margin decrease was primarily related to lower full price sell-through for the three months ended December 30, 2023, as compared to the three months ended December 31, 2022.

*Total Operating Expenses*

Total operating expenses increased $37 million, or 4.8%, to $806 million for the three months ended December 30, 2023, compared to $769 million for the three months ended December 31, 2022. Our operating expenses included a net unfavorable foreign currency impact of approximately $14 million. Total operating expenses increased to 56.5% as a percentage of total revenue for the three months ended December 30, 2023, compared to 50.9% for the three months ended December 31, 2022. The components that comprise total operating expenses are explained below.

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses increased $29 million, or 4.0%, to $749 million for the three months ended December 30, 2023, compared to $720 million for the three months ended December 31, 2022. As a percentage of total revenue, selling, general and administrative expenses increased to 52.5% for the three months ended December 30, 2023, compared to 47.6% for the three months ended December 31, 2022, primarily due to increased retail store costs, marketing investments and unallocated corporate expenses along with deleveraging of expenses on lower revenue for the three months ended December 30, 2023.

Unallocated corporate expenses, which are included within selling, general and administrative expenses discussed above, but are not directly attributable to a reportable segment, increased $12 million, or 21.4%, to $68 million for the three months ended December 30, 2023 as compared to $56 million for the three months ended December 31, 2022, primarily due to an increase in professional fees and information technology costs related to the ongoing Capri transformation projects.

*Depreciation and Amortization*

Depreciation and amortization increased $3 million, or 7.0%, to $46 million for the three months ended December 30, 2023, compared to $43 million for the three months ended December 31, 2022. Depreciation and amortization increased to 3.2% as a percentage of total revenue for the three months ended December 30, 2023, compared to 2.8% for the three months ended December 31, 2022. The increase in depreciation and amortization expense was primarily attributable to higher depreciation due to information technology assets associated with Capri transformation projects which are now in service.

*Impairment of Assets*

For the three months ended December 30, 2023, we recognized asset impairment charges of $6 million primarily related to operating lease right-of-use assets at certain Versace store locations. For the three months ended December 31, 2022, we recognized asset impairment charges of $1 million primarily related to operating lease right-of-use assets at a Jimmy Choo store location. See Note 12 to the accompanying consolidated financial statements for additional information.

39

*Restructuring and Other Expense*

During the three months ended December 30, 2023, we recorded costs of $5 million primarily related to equity awards associated with the acquisition of Versace and severance expenses incurred during the third quarter. The $5 million of expense recorded for the three months ended December 31, 2022 was primarily related to equity awards associated with the acquisition of Versace. See Note 9 to the accompanying consolidated financial statements for additional information.

Restructuring and other expense is not evaluated as part of our reportable segments' results (See *Segment Information* above for additional information).

*Income from Operations*

As a result of the foregoing, income from operations decreased $114 million, to $122 million for three months ended December 30, 2023, compared to $236 million for the three months ended December 31, 2022. Income from operations as a percentage of total revenue decreased to 8.5% for the three months ended December 30, 2023, compared to 15.6% for the three months ended December 31, 2022. See *Segment Information* above for a reconciliation of our segment operating income to total operating income.

| | | | | | | |
|---|---|---|---|---|---|---|
| | Three Months Ended | | | | | |
| (in millions) | December 30, 2023 | | December 31, 2022 | | $ Change | % Change |
| **Income (loss) from operations:** | | | | | | |
| Versace | $ | (14) | $ | 24 | $ (38) | (158.3)% |
| Jimmy Choo | | 4 | | 18 | (14) | (77.8)% |
| Michael Kors | | 219 | | 251 | (32) | (12.7)% |
| **Total segment income from operations** | $ | 209 | $ | 293 | $ (84) | (28.7)% |
| **Operating Margin:** | | | | | | |
| Versace | | (6.2)% | | 9.6% | | |
| Jimmy Choo | | 2.4% | | 10.7% | | |
| Michael Kors | | 21.2% | | 22.9% | | |

- *Versace* recorded a loss from operations of $14 million for the three months ended December 30, 2023, compared to income of $24 million for the three months ended December 31, 2022. Operating margin decreased from 9.6% for the three months ended December 31, 2022, to an operating loss of 6.2% for the three months ended December 30, 2023, primarily due to increased retail store costs, unfavorable channel mix, deleveraging of operating expenses on lower revenues and lower full price sell-through compared to the prior year.

- *Jimmy Choo* recorded income from operations of $4 million for the three months ended December 30, 2023, compared to $18 million for the three months ended December 31, 2022. Operating margin decreased from 10.7% for the three months ended December 31, 2022 to 2.4% for the three months ended December 30, 2023, primarily due to lower full price sell-through, unfavorable channel mix and increased retail store costs compared to the prior year.

- *Michael Kors* recorded income from operations of $219 million for the three months ended December 30, 2023, compared to $251 million for the three months ended December 31, 2022. Operating margin decreased from 22.9% for the three months ended December 31, 2022, to 21.2% for the three months ended December 30, 2023, primarily due to deleveraging of operating expenses on lower revenues and lower full price sell-through compared to the prior year.

*Interest Expense, net*

We recognized $1 million and $12 million of interest expense, net, for the three months ended December 30, 2023 and December 31, 2022, respectively. The $11 million decrease in interest expense, net, is primarily due to $22 million higher interest income from our net investment hedges, partially offset by higher effective interest rates and higher average borrowings on our outstanding debt (see Note 10 and Note 13 to the accompanying consolidated financial statements for additional information).

*Foreign Currency Gain*

For the three months ended December 30, 2023 and December 31, 2022, we recognized a net foreign currency gain of $2 million and $3 million, respectively, primarily attributable to the remeasurement of intercompany loans with certain of our subsidiaries.

*Provision for Income Taxes*

The provision for income taxes was $18 million for the three months ended December 30, 2023, compared to $3 million for the three months ended December 31, 2022. Our effective tax rates were 14.6% and 1.3% for the three months ended December 30, 2023 and December 31, 2022, respectively. In the current year, the increase in our effective tax rate was primarily related to an increase in a foreign uncertain tax position during the current year in Italy. In the prior year, the lower effective tax rate was primarily related to the release of a valuation allowance in the United Kingdom. See Note 16 to the accompanying consolidated financial statements for additional information regarding the effective tax rate for the third quarter of Fiscal 2024.

Our effective tax rate may fluctuate from time to time due to the effects of changes in United States federal, state and local taxes and tax rates in foreign jurisdictions. In addition, factors such as the geographic mix of earnings, enacted tax legislation and the results of various global tax strategies, may also impact our effective tax rate in future periods.

*Net Income Attributable to Capri*

As a result of the foregoing, our net income decreased $120 million to $105 million for the three months ended December 30, 2023, compared to $225 million for the three months ended December 31, 2022.

41

**Results of Operations**

***Comparison of the nine months ended December 30, 2023 with the nine months ended December 31, 2022***

The following table details the results of our operations for the nine months ended December 30, 2023 and December 31, 2022, and expresses the relationship of certain line items to total revenue as a percentage (dollars in millions):

| | Nine Months Ended | | | | | | % of Total Revenue for the Nine Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | December 30, 2023 | | December 31, 2022 | | $ Change | | % Change | | December 30, 2023 | December 31, 2022 |
| **Statements of Operations Data:** | | | | | | | | | | |
| Total revenue | $ | 3,947 | $ | 4,284 | $ | (337) | (7.9) | % | | |
| Cost of goods sold | | 1,375 | | 1,427 | | (52) | (3.6) | % | 34.8 % | 33.3 % |
| Gross profit | | 2,572 | | 2,857 | | (285) | (10.0) | % | 65.2 % | 66.7 % |
| Selling, general and administrative expenses | | 2,102 | | 1,984 | | 118 | 5.9 | % | 53.3 % | 46.3 % |
| Depreciation and amortization | | 139 | | 131 | | 8 | 6.1 | % | 3.5 % | 3.1 % |
| Impairment of assets | | 26 | | 12 | | 14 | | NM | 0.7 % | 0.3 % |
| Restructuring and other expense | | 3 | | 11 | | (8) | (72.7) | % | 0.1 % | 0.3 % |
| Total operating expenses | | 2,270 | | 2,138 | | 132 | 6.2 | % | 57.5 % | 49.9 % |
| Income from operations | | 302 | | 719 | | (417) | (58.0) | % | 7.7 % | 16.8 % |
| Other income, net | | - | | (2) | | 2 | | NM | - % | - % |
| Interest expense, net | | 12 | | 13 | | (1) | (7.7) | % | 0.3 % | 0.3 % |
| Foreign currency loss (gain) | | 16 | | (10) | | 26 | | NM | 0.4 % | (0.2) % |
| Income before income taxes | | 274 | | 718 | | (444) | (61.8) | % | 6.9 % | 16.8 % |
| Provision for income taxes | | 31 | | 66 | | (35) | (53.0) | % | 0.8 % | 1.5 % |
| Net income | | 243 | | 652 | | (409) | (62.7) | % | | |
| Less: Net income attributable to noncontrolling interest | | - | | 2 | | (2) | | NM | | |
| Net income attributable to Capri | $ | 243 | $ | 650 | $ | (407) | (62.6) | % | | |

NM Not meaningful

*Total Revenue*

Total revenue decreased $337 million, or 7.9%, to $3.947 billion for the nine months ended December 30, 2023, compared to $4.284 billion for the nine months ended December 31, 2022, which included net favorable foreign currency effects of approximately $31 million, as a result of the weakening of the United States Dollar against the Euro partially offset by the strengthening of the United States dollar compared to the Chinese Renminbi and Japanese Yen for the nine months ended December 30, 2023. On a constant currency basis, our total revenue decreased $368 million, or 8.6%. The decrease is primarily attributable to lower revenues in the Americas for each of our brands.

| | Nine Months Ended | | | | | | % Change | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (in millions) | December 30, 2023 | | December 31, 2022 | | $ Change | | As Reported | Constant Currency |
| Versace | $ | 766 | $ | 832 | $ | (66) | (7.9)% | (9.5)% |
| Jimmy Choo | | 481 | | 482 | | (1) | (0.2)% | (1.2)% |
| Michael Kors | | 2,700 | | 2,970 | | (270) | (9.1)% | (9.5)% |
| **Total revenue** | $ | 3,947 | $ | 4,284 | $ | (337) | (7.9)% | (8.6)% |

- *Versace* revenues decreased $66 million, or 7.9%, to $766 million for the nine months ended December 30, 2023, compared to $832 million for the nine months ended December 31, 2022, which included favorable foreign currency effects of $13 million. On a constant currency basis, revenue decreased $79 million, or 9.5%, primarily attributable to lower revenues in the Americas.

- *Jimmy Choo* revenues decreased $1 million, or 0.2%, to $481 million for the nine months ended December 30, 2023, compared to $482 million for the nine months ended December 31, 2022, which included favorable foreign currency effects of $5 million. On a constant currency basis, revenue decreased $6 million, or 1.2%, primarily attributable to lower revenues in the Americas, partially offset by increased revenue in EMEA.

- *Michael Kors* revenues decreased $270 million, or 9.1%, to $2.700 billion for the nine months ended December 30, 2023, compared to $2.970 billion for the nine months ended December 31, 2022, which included favorable foreign currency effects of $13 million. On a constant currency basis, revenue decreased $283 million, or 9.5%, primarily due to lower revenues in the Americas.

*Gross Profit*

Gross profit decreased $285 million, or 10.0%, to $2.572 billion for the nine months ended December 30, 2023, compared to $2.857 billion for the nine months ended December 31, 2022, which included net favorable foreign currency effects of $35 million. Gross profit as a percentage of total revenue was 65.2% for the nine months ended December 30, 2023, compared to 66.7% for the nine months ended December 31, 2022. The decrease in gross profit margin primarily related to lower full price sell-through, partially offset by lower supply chain costs for the nine months ended December 30, 2023, as compared to the nine months ended December 31, 2022.

*Total Operating Expenses*

Total operating expenses increased $132 million, or 6.2%, to $2.270 billion for the nine months ended December 30, 2023, compared to $2.138 billion for the nine months ended December 31, 2022. Our operating expenses included a net unfavorable foreign currency impact of approximately $24 million. Total operating expenses increased to 57.5% as a percentage of total revenue for the nine months ended December 30, 2023, compared to 49.9% for the nine months ended December 31, 2022. The components that comprise total operating expenses are explained below.

*Selling, General and Administrative Expenses*

Selling, general and administrative expenses increased $118 million, or 5.9%, to $2.102 billion for the nine months ended December 30, 2023, compared to $1.984 billion for the nine months ended December 31, 2022. As a percentage of total revenue, selling, general and administrative expenses increased to 53.3% for the nine months ended December 30, 2023, compared to 46.3% for the nine months ended December 31, 2022, primarily due to increased retail store costs, marketing investments and unallocated corporate expenses and deleveraging of operating expenses on lower revenue for the nine months ended December 30, 2023.

Unallocated corporate expenses, which are included within selling, general and administrative expenses discussed above, but are not directly attributable to a reportable segment, increased $39 million, or 22.8%, to $210 million for the nine months ended December 30, 2023 as compared to $171 million for the nine months ended December 31, 2022, primarily due to an increase in professional fees and information technology costs related to the ongoing Capri transformation projects.

*Depreciation and Amortization*

Depreciation and amortization increased $8 million, or 6.1%, to $139 million for the nine months ended December 30, 2023, compared to $131 million for the nine months ended December 31, 2022. Depreciation and amortization increased to 3.5% as a percentage of total revenue for the nine months ended December 30, 2023, compared to 3.1% for the nine months ended December 31, 2022. The increase in depreciation and amortization expense was primarily attributable to higher depreciation due to information technology assets associated with Capri transformation projects which are now in service.

*Impairment of Assets*

For the nine months ended December 30, 2023, we recognized asset impairment charges of $26 million primarily related to operating lease right-of-use assets at certain Versace and Michael Kors store locations. For the nine months ended December 31, 2022, we recognized asset impairment charges of $12 million primarily related to operating lease right-of-use assets at certain Michael Kors store locations. See Note 12 to the accompanying consolidated financial statements for additional information.

*Restructuring and Other Expense*

During the nine months ended December 30, 2023, we recorded costs of $3 million, primarily related to expenses related to equity awards associated with the acquisition of Versace and severance for certain employees, partially offset by a $10 million gain on the sale of a long-lived corporate asset. During the nine months ended December 31, 2022, we recorded expenses of $11 million, primarily related to equity awards associated with the acquisition of Versace. See Note 9 to the accompanying consolidated financial statements for additional information.

Restructuring and other expense is not evaluated as part of our reportable segments' results (see Segment Information above for additional information).

*Income from Operations*

As a result of the foregoing, income from operations decreased $417 million, to $302 million for the nine months ended December 30, 2023, compared to $719 million for the nine months ended December 31, 2022. Income from operations as a percentage of total revenue decreased to 7.7% for the nine months ended December 30, 2023, compared to 16.8% for the nine months ended December 31, 2022. See *Segment Information* above for a reconciliation of our segment operating income to total operating income.

| (in millions) | Nine Months Ended | | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | December 30, 2023 | December 31, 2022 | | |
| **Income from operations:** | | | | |
| Versace | $ 24 | $ 138 | $ (114) | (82.6)% |
| Jimmy Choo | 11 | 45 | (34) | (75.6)% |
| Michael Kors | 518 | 721 | (203) | (28.2)% |
| **Total segment income from operations** | $ 553 | $ 904 | $ (351) | (38.8)% |
| **Operating Margin:** | | | | |
| Versace | 3.1% | 16.6% | | |
| Jimmy Choo | 2.3% | 9.3% | | |
| Michael Kors | 19.2% | 24.3% | | |

- Versace recorded income from operations of $24 million for the nine months ended December 30, 2023, compared to $138 million for the nine months ended December 31, 2022. Operating margin decreased from 16.6% for the nine months ended December 31, 2022, to 3.1% for the nine months ended December 30, 2023, primarily due to increased marketing investments, particularly related to the timing of the fall fashion show which occurred in the first quarter of this fiscal year, increased retail store costs, deleveraging of operating expenses on lower revenues and lower full price sell-through compared to the prior year.

- Jimmy Choo recorded income from operations of $11 million for the nine months ended December 30, 2023, compared to $45 million for the nine months ended December 31, 2022. Operating margin decreased from 9.3% for the nine months ended December 31, 2022, to 2.3% for the nine months ended December 30, 2023, primarily due to increased retail store costs and marketing investments.

- Michael Kors recorded income from operations of $518 million for the nine months ended December 30, 2023, compared to $721 million for the nine months ended December 31, 2022. Operating margin decreased from 24.3% for the nine months ended December 31, 2022, to 19.2% for the nine months ended December 30, 2023, primarily due to increased retail store costs, increased marketing investments, deleveraging of operating expenses on lower revenues and lower full price sell-through, partially offset by lower supply chain costs compared to the prior year.

*Interest Expense, net*

We recognized $12 million and $13 million of interest expense, net, for the nine months ended December 30, 2023 and December 31, 2022, respectively. The $1 million decrease in interest expense, net, is primarily due to $34 million of higher interest income from our net investment hedges, partially offset by higher effective interest rates and higher average borrowings on our outstanding debt (see Note 10 and Note 13 to the accompanying consolidated financial statements for additional information).

44

*Foreign Currency Loss (Gain)*

For the nine months ended December 30, 2023, we recognized a net foreign currency loss of $16 million, primarily attributable to the remeasurement of intercompany loans with certain of our subsidiaries. For the nine months ended December 31, 2022, we recognized a net foreign currency gain of $10 million, primarily attributable to a gain related to an undesignated forward foreign currency exchange contract, partially offset by losses attributable to intercompany transactions among our subsidiaries.

*Provision for Income Taxes*

For the nine months ended December 30, 2023, we recognized $31 million of income tax expense compared to $66 million for the nine months ended December 31, 2022. Our effective tax rate was 11.3% and 9.2% for the nine months ended December 30, 2023 and December 31, 2022, respectively. In the current year, the higher effective tax rate was primarily related to a valuation allowance release on United Kingdom deferred tax assets as well as a tax deductible foreign exchange related loss recognized in the prior year. This increase was partially offset by a favorable mix of earnings in lower tax jurisdictions in the current year. See Note 16 to the accompanying consolidated financial statements for additional information regarding the effective tax rate for the current fiscal year.

Our effective tax rate may fluctuate from time to time due to the effects of changes in United States federal, state and local taxes and tax rates in foreign jurisdictions. In addition, factors such as the geographic mix of earnings, enacted tax legislation and the results of various global tax strategies, may also impact our effective tax rate in future periods.

*Net Income Attributable to Capri*

As a result of the foregoing, our net income decreased $407 million to $243 million for the nine months ended December 30, 2023, compared to $650 million for the nine months ended December 31, 2022.

45

**Liquidity and Capital Resources**

*Liquidity*

Our primary sources of liquidity are the cash flows generated from operations, along with borrowings available under our credit facilities (see below discussion regarding "Revolving Credit Facilities") and available cash and cash equivalents. Our primary use of this liquidity is to fund the ongoing cash requirements, including our working capital needs and capital investments in our business, debt repayments, acquisitions, returns of capital, including share repurchases and other corporate activities. We believe that the cash generated from operations, together with borrowings available under our revolving credit facilities and available cash and cash equivalents, will be sufficient to meet our working capital needs for the next 12 months and beyond, including investments made and expenses incurred in connection with our store growth plans, investments in corporate and distribution facilities, continued systems development, e-commerce and marketing initiatives. We spent $139 million on capital expenditures during the nine months ended December 30, 2023.

The Capri transformation program represents a multi-year, multi-project initiative extending through Fiscal 2026 intended to improve the operating effectiveness and efficiency of our organization by creating best in class shared platforms across our brands and expanding our digital capabilities. These initiatives cover multiple aspects of our operations including supply chain, marketing, omni-channel customer experience, e-commerce, data analytics and IT infrastructure. From Fiscal 2024 through Fiscal 2026, we expect expenditures of up to $220 million related to these efforts.

The Company is also in progress with a multi-year ERP implementation which includes accounting, finance and wholesale and retail inventory solutions in order to create standardized finance IT applications across our organization. This ERP implementation will continue through Fiscal 2026 and we expect expenditures up to $170 million related to these initiatives.

The following table sets forth key indicators of our liquidity and capital resources (in millions):

|  | As of | | | |
|  | December 30, 2023 | | April 1, 2023 | |
|---|---|---|---|---|
| **Balance Sheet Data:** | | | | |
| Cash and cash equivalents | $ | 249 | $ | 249 |
| Working capital | $ | 103 | $ | 420 |
| Total assets | $ | 7,617 | $ | 7,295 |
| Short-term debt | $ | 461 | $ | 5 |
| Long-term debt | $ | 1,383 | $ | 1,822 |

|  | Nine Months Ended | | | |
|  | December 30, 2023 | | December 31, 2022 | |
|---|---|---|---|---|
| **Cash Flows Provided By (Used In):** | | | | |
| Operating activities | $ | 265 | $ | 616 |
| Investing activities | $ | (139) | $ | 241 |
| Financing activities | $ | (116) | $ | (651) |
| Effect of exchange rate changes | $ | (11) | $ | (94) |
| Net (decrease) increase in cash and cash equivalents | $ | (1) | $ | 112 |

*Cash Provided by Operating Activities*

Net cash provided by operating activities was $265 million during the nine months ended December 30, 2023, as compared to net cash provided by operating activities of $616 million for the nine months ended December 31, 2022. The decrease in net cash provided by operating activities were primarily attributable to a decrease in our net income after non-cash adjustments, along with the stabilization of inventory levels and reduction of accounts payables in the current year.

*Cash (Used in) Provided by Investing Activities*

Net cash used in investing activities was $139 million during the nine months ended December 30, 2023, as compared to net cash provided by investing activities of $241 million during the nine months ended December 31, 2022. The increase in net

46

cash used in investing activities were primarily attributable to the settlement of net investment hedges of $409 million during the nine months ended December 31, 2022, partially offset by lower capital expenditures of $29 million compared to prior year.

*Cash Used in Financing Activities*

Net cash used in financing activities was $116 million during the nine months ended December 30, 2023, as compared to net cash used in financing activities of $651 million during the nine months ended December 31, 2022. The decrease in net cash used in financing activities of $535 million was primarily attributable to a decrease in cash payments to repurchase our ordinary shares of $857 million compared to prior year, offset by lower net debt borrowings of $322 million.

47

**Debt Facilities**

The following table presents a summary of our borrowing capacity and amounts outstanding as of December 30, 2023 and April 1, 2023 (in millions):

| | As of | | | |
|---|---|---|---|---|
| | December 30, 2023 | | April 1, 2023 | |
| **Senior Unsecured Revolving Credit Facility:** | | | | |
| ***Revolving Credit Facility (excluding up to a $500 million accordion feature)*** [1] | | | | |
| Total availability | $ | 1,500 | $ | 1,500 |
| Borrowings outstanding [2] | | **874** | | **874** |
| Letter of credit outstanding | | 2 | | 3 |
| Remaining availability | $ | 624 | $ | 623 |
| ***Versace Term Loan (450 Million Euro)*** | | | | |
| Borrowings outstanding, net of debt issuance costs [3] | $ | **496** | $ | **487** |
| **Senior Notes due 2024** | | | | |
| Borrowings outstanding, net of debt issuance costs and discount amortization [2] | $ | **449** | $ | **449** |
| **Other Borrowings** [4] | $ | **25** | $ | **17** |
| **Hong Kong Uncommitted Credit Facility:** | | | | |
| Total availability (70 million Hong Kong Dollars) [5] | $ | 9 | $ | 9 |
| Borrowings outstanding | | - | | - |
| Remaining availability (70 million Hong Kong Dollars) | $ | 9 | $ | 9 |
| **China Uncommitted Credit Facility:** | | | | |
| Total availability (75 million Chinese Yuan) [5] | $ | 11 | $ | 11 |
| Borrowings outstanding | | - | | - |
| Total and remaining availability (75 million Chinese Yuan) | $ | 11 | $ | 11 |
| **Japan Credit Facility:** | | | | |
| Total availability (1.0 billion Japanese Yen) | $ | 7 | $ | 8 |
| Borrowings outstanding | | - | | - |
| Remaining availability (1.0 billion Japanese Yen) | $ | 7 | $ | 8 |
| **Versace Uncommitted Credit Facilities:** | | | | |
| Total availability (40 million Euro) [5] | $ | 44 | $ | 43 |
| Borrowings outstanding | | - | | - |
| Remaining availability (40 million Euro) | $ | 44 | $ | 43 |
| **Total borrowings outstanding** [1] | $ | **1,844** | $ | **1,827** |
| Total remaining availability | $ | 695 | $ | 694 |

[1]   The financial covenant in our 2022 Credit Facility requires us to comply with the quarterly maximum net leverage ratio test of 4.00 to 1.0. As of December 30, 2023 and April 1, 2023, we were in compliance with all covenants related to our agreements then in effect governing our debt. See Note 10 to the accompanying consolidated financial statements for additional information.

[2]   As of December 30, 2023 and April 1, 2023, all amounts are recorded as long-term debt in our consolidated balance sheets, besides the Senior Notes, due in November 2024, of which are recorded within short-term debt in our consolidated balance sheets as of December 30, 2023.

(3) On December 5, 2022, Gianni Versace S.r.l., our wholly owned subsidiary, entered into a credit facility, which provides a senior unsecured term loan in an aggregate principal amount of €450 million. As of December 30, 2023 and April 1, 2023, all amounts are recorded as long-term debt in our consolidated balance sheets.

(4) The balance as of December 30, 2023 consists of $11 million related to our supplier financing program recorded within short-term debt in our consolidated balance sheets, $11 million related to the sale of certain Versace tax receivables, with $1 million and $10 million, respectively, recorded within short-term debt and long-term debt in our consolidated balance sheets and $3 million of other loans recorded as long-term debt in our consolidated balance sheets. The balance as of April 1, 2023 consists of $4 million related to our supplier finance program recorded within short-term debt in our consolidated balance sheets, $11 million related to the sale of certain Versace tax receivables, with $1 million and $10 million recorded within short-term debt and long-term debt, respectively, and $2 million of other loans recorded as long-term debt in our consolidated balance sheets.

(5) The balance as of December 30, 2023 and April 1, 2023 represents the total availability of the credit facility, which excludes bank guarantees.

We believe that our 2022 Credit Facility is adequately diversified with no undue concentration in any one financial institution. As of December 30, 2023, there were 17 financial institutions participating in the facility, with none maintaining a maximum commitment percentage in excess of 10%. We have no reason to believe that the participating institutions will be unable to fulfill their obligations to provide financing in accordance with the terms of the 2022 Credit Facility.

See Note 10 in the accompanying financial statements and Note 11 in our Fiscal 2023 Annual Report on Form 10-K for detailed information relating to our credit facilities and debt obligations.

**Share Repurchase Program**

The following table presents our treasury share repurchases during the nine months ended December 30, 2023 and December 31, 2022 (dollars in millions):

|  | Nine Months Ended | |
| --- | --- | --- |
|  | December 30, 2023 | December 31, 2022 |
| Cost of shares repurchased under share repurchase program | $ 100 | $ 950 |
| Fair value of shares withheld to cover tax obligations for vested restricted share awards | 7 | 14 |
| Total cost of treasury shares repurchased | $ 107 | $ 964 |
| Shares repurchased under share repurchase program | 2,637,102 | 18,921,459 |
| Shares withheld to cover tax withholding obligations | 185,133 | 300,722 |
|  | 2,822,235 | 19,222,181 |

On June 1, 2022, the Company announced its Board of Directors authorized a new share repurchase program (the "Fiscal 2023 Plan") pursuant to which we may, from time to time, repurchase up to $1.0 billion of our outstanding ordinary shares within a period of two years from the effective date of the program.

On November 9, 2022, the Company announced its Board of Directors approved a new share repurchase program (the "Existing Share Repurchase Plan") to purchase up to $1.0 billion of our outstanding ordinary shares, providing additional capacity to return cash to shareholders over the longer term. This new two-year program replaced the Fiscal 2023 Plan. As of December 30, 2023, the remaining availability under the Existing Share Repurchase Plan was $300 million.

Share repurchases may be made in open market or privately negotiated transactions and/or pursuant to Rule 10b5-1 trading plans, subject to market conditions, applicable legal requirements, trading restrictions under the Company's insider trading policy and other relevant factors; however, pursuant to the terms of the Merger Agreement, and subject to certain limited exceptions, we may not repurchase its ordinary shares other than the acceptance of our ordinary shares as payment of the exercise price of our options or for withholding taxes in respect of our equity awards. Accordingly, we did not repurchase any of our ordinary shares since entering into the Merger Agreement pursuant to the Existing Share Repurchase Plan, and we do not expect to repurchase any of our ordinary shares in connection with the Existing Share Repurchase Plan prior to the Merger or earlier termination of the Merger Agreement.

**Contractual Obligations and Commercial Commitments**

Please refer to the "Contractual Obligations and Commercial Commitments" disclosure within the "Liquidity and Capital Resources" section of our Fiscal 2023 Form 10-K for a detailed disclosure of our other contractual obligations and commitments as of April 1, 2023.

**Off-Balance Sheet Arrangements**

We have not created, and are not party to, any special-purpose or off-balance sheet entities for the purpose of raising capital, incurring debt or operating our business. Our off-balance sheet commitments relating to our outstanding letters of credit were $28 million at December 30, 2023, including $26 million in letters of credit issued outside of the 2022 Credit Facility. In addition, as of December 30, 2023, bank guarantees of approximately $39 million were supported by our various credit facilities. We do not have any other off-balance sheet arrangements or relationships with entities that are not consolidated into our financial statements that have or are reasonably likely to have a material current or future effect on our financial condition, changes in financial condition, revenues, expenses, results of operations, liquidity, capital expenditures or capital resources.

**Recent Accounting Pronouncements**

See Note 3 to the accompanying interim consolidated financial statements for recently issued accounting standards, which may have an impact on our financial statements and/or disclosures upon adoption.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

We are exposed to certain market risks during the normal course of our business, such as risk arising from fluctuations in foreign currency exchange rates, as well as fluctuations in interest rates. In order to manage these risks, we employ certain strategies to mitigate the effect of these fluctuations. We enter into foreign currency forward contracts, net investment hedges, and fair value hedges to manage our foreign currency exposure to the fluctuations of certain foreign currencies. We do not use derivatives for trading or speculative purposes.

### *Foreign Currency Exchange Risk*

*Forward Foreign Currency Exchange Contracts*

We are exposed to risks on certain purchase commitments to foreign suppliers based on the value of our purchasing subsidiaries' local currency relative to the currency requirement of the supplier on the date of the commitment. As such, we enter into forward foreign currency exchange contracts that generally mature in 12 months or less and are consistent with the related purchase commitments, to manage our exposure to the changes in the value of the Euro and the Canadian Dollar. These contracts are recorded at fair value in our consolidated balance sheets as either an asset or liability, and are derivative contracts to hedge cash flow risks. Certain of these contracts are designated as hedges for hedge accounting purposes, while certain of these contracts are not designated as hedges for accounting purposes. Accordingly, the changes in the fair value of the majority of these contracts at the balance sheet date are recorded in equity as a component of accumulated other comprehensive income, and upon maturity (settlement) are recorded in, or reclassified into, cost of goods sold or operating expenses, in our consolidated statements of operations and comprehensive income as applicable to the transactions for which the forward foreign currency exchange contracts were established.

There were no forward foreign currency exchange contracts outstanding as of December 30, 2023 and as a result we were not required to perform a sensitivity analysis.

*Net Investment Hedges*

We are exposed to adverse foreign currency exchange rate movements related to our net investment hedges. As of December 30, 2023, we have multiple fixed to fixed cross-currency swap agreements with aggregate notional amounts of $2.5 billion to hedge our net investment in CHF denominated subsidiaries against future volatility in the exchange rates between the United States dollar and CHF. Under the terms of these contracts, we will exchange the semi-annual fixed rate payments on United States notional amounts for fixed rate payments of 0% in CHF. Based on the net investment hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the United States dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately $270 million in the fair value of these contracts. These contracts have maturity dates between September 2024 and June 2028.

As of December 30, 2023, we have multiple float-to-float cross-currency swap agreements with aggregate notional amounts of $1 billion to hedge our net investment in Euro denominated subsidiaries against future volatility in the exchange rates between the United States dollar and Euro. We will exchange Euro floating rate payments based on EURIBOR for the United States dollar floating rate amounts based on SOFR CME Term over the life of the agreement. The fixed rate component of semi-annual Euro payments range from 1.149% to 1.215%. Based on the net investment hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the United States dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately $110 million in the fair value of these contracts. These contracts have maturity dates between May 2028 and August 2030.

As of December 30, 2023, we have multiple fixed to fixed cross-currency swap agreements with aggregate notional amounts of $350 million to hedge our net investment in Euro denominated subsidiaries against future volatility in the exchange rates between the United States dollar and Euro. Under the terms of these contracts, we will exchange the semi-annual fixed rate payments on United States notional amounts for fixed rate payments of 0% in Euros. Based on the net investment hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the United States dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately $33 million in the fair value of these contracts. These contracts have maturity dates between January 2027 and April 2027.

As of December 30, 2023, we have multiple fixed to fixed cross-currency swap agreements with aggregate notional amounts of €1.15 billion to hedge our net investments in GBP denominated subsidiaries against future volatility in the exchange rates between the Euro and British pound. Under the terms of these contracts, we will exchange the semi-annual fixed rate

51

payments on GBP notional amounts for fixed rate payments of 0% in Euro. Based on the net investment hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the British pound compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately £94 million (approximately $120 million) in the fair value of these contracts. These contracts have maturity dates between November 2024 and November 2027.

As of December 30, 2023, we have multiple fixed to fixed cross-currency swap agreements with aggregate notional amounts of $294 million to hedge our net investments in Japanese Yen denominated subsidiaries against future volatility in the exchange rates between the United States dollar and the Japanese Yen. Under the term of these contracts, we will exchange the semi-annual fixed rate payments on United States notional amounts for fixed rate payments of 0% to 2.665% in Japanese Yen. Based on the net investment hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the United States dollar compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately $35 million in the fair value of these contracts. These contracts have maturity dates between May 2027 and February 2051. In addition, certain other contracts are supported by a credit support annex ("CSA") which provides for collateral exchange with the earliest effective date being September 2027. If the outstanding position of a contract exceeds a certain threshold governed by the aforementioned CSA's, either party is required to post cash collateral.

*Fair Value Hedges*

We are exposed to transaction risk from foreign currency exchange rate fluctuations with respect to various cross-currency intercompany loans which will impact earnings on a consolidated basis. To manage the exchange rate risk related to these balances, we enter into fair value forward cross-currency swap agreements to hedge its exposure in GBP denominated subsidiaries on a Euro denominated intercompany loan. As of December 30, 2023, the total notional values of outstanding fair value cross-currency swaps related to these loans were €1 billion. Based on the fair value hedges outstanding as of December 30, 2023, a 10% appreciation or devaluation of the British pound compared to the level of foreign currency exchange rates for currencies under contract as of December 30, 2023, would result in a net increase or decrease, respectively, of approximately £83 million (approximately $106 million) in the fair value of these contracts. These contracts have maturity dates between March 2025 and March 2026.

**Interest Rate Risk**

We are exposed to interest rate risk in relation to borrowings outstanding under our 2022 Credit Facility, our Versace Term Loan, our Hong Kong Credit Facility, our Japan Credit Facility and our Uncommitted Versace Credit Facilities. Our 2022 Credit Facility carries interest rates that are tied to the prime rate and other institutional lending rates (depending on the particular origination of borrowing), as further described in Note 10 to the accompanying consolidated financial statements. Our Versace Term Loan carries interest rates that are tied to EURIBOR. Our Hong Kong Credit Facility carries interest at a rate that is tied to the Hong Kong Interbank Offered Rate. Our China Credit Facility carries interest at a rate that is tied to the People's Bank of China's Benchmark lending rate. Our Japan Credit Facility carries interest at a rate posted by the Mitsubishi UFJ Financial Group. Our Uncommitted Versace Credit Facilities carries interest at a rate set by the bank on the date of borrowing that is tied to the European Central Bank. Therefore, our consolidated statements of operations and comprehensive income and cash flows are exposed to changes in those interest rates. At December 30, 2023, we had $874 million borrowings outstanding under our 2022 Credit Facility, $496 million outstanding, net of debt issuance costs, under our Versace Term Loan and no borrowings outstanding under our Uncommitted Versace Credit Facilities. At April 1, 2023, we had $874 million borrowings outstanding under our 2022 Credit Facility, $487 million, outstanding, net of debt issuance costs, under our Versace Term Loan and no borrowings outstanding under all other Credit Facilities. These balances are not indicative of future balances that may be outstanding under our revolving credit facilities that may be subject to fluctuations in interest rates. Any increases in the applicable interest rate(s) would cause an increase to the interest expense relative to any outstanding balance at that date.

**Credit Risk**

As of December 30, 2023, our $450 million Senior Notes, due in 2024, bear interest at a fixed rate equal to 4.250% per year, payable semi-annually. Our Senior Notes interest rate payable may be subject to adjustments from time to time if either Moody's or S&P (or a substitute rating agency), downgrades (or downgrades and subsequently upgrades) the credit rating assigned to the Senior Notes.

On an overall basis, our exposure to market risk has not significantly changed from what we reported in our Annual Report on Form 10-K. Macroeconomic conditions and inflationary pressures continue to present new and emerging uncertainty to the financial markets. See Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for additional information.

**ITEM 4. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

An evaluation was performed under the supervision and with the participation of our management, including our Chief Executive Officer, or CEO, and Chief Financial Officer, or CFO, of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15(d)-15(e) under the Securities and Exchange Act of 1934 (the "Exchange Act")) as of December 30, 2023. This evaluation was performed based on the criteria set forth in *Internal Control-Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO), the 2013 Framework. Based on this assessment, our CEO and CFO concluded that our disclosure controls and procedures as of December 30, 2023 are effective to ensure that information required to be disclosed by us in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified by the Securities and Exchange Commission's rules and forms, and is accumulated and communicated to our management, including our CEO and CFO, to allow timely decisions regarding required disclosures.

**Changes in Internal Control over Financial Reporting**

Except as discussed below, there have been no changes in our internal control over financial reporting during the three months ended December 30, 2023 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

We are currently undertaking a major, multi-year ERP implementation to upgrade our information technology platforms and systems worldwide. The implementation is occurring in phases over several years. We have launched the finance functionality of the ERP system in certain regions starting in Fiscal 2023.

As a result of this multi-year implementation, we expect certain changes to our processes and procedures, which in turn, could result in changes to our internal control over financial reporting. While we expect this implementation to strengthen our internal control over financial reporting by automating certain manual processes and standardizing business processes and reporting across our organization, we will continue to evaluate and monitor our internal control over financial reporting as processes and procedures in the affected areas evolve. See Item 1A. "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended April 1, 2023 for additional information.

**PART II - OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS**

*Ordinary Course Litigation.* We are involved in various routine legal proceedings incident to the ordinary course of our business. We believe that the outcome of all pending legal proceedings, in the aggregate, will not have a material adverse effect on our business, results of operations and financial condition.

*Merger-Related Litigation.* In connection with the Merger Agreement, a number of complaints have been filed in federal and state court as individual actions, which we refer to collectively as the "Complaints". The Complaints allege that the preliminary proxy statement filed by Capri on September 8, 2023 in connection with the Merger Agreement (the "Preliminary Proxy") or the definitive proxy statement filed by Capri on September 20, 2023 (the "Definitive Proxy," and together with the Preliminary Proxy, the "Merger Proxy"), as applicable, misrepresents and/or omits certain purportedly material information. The Complaints also assert violations of Sections 14(a) and 20(a) of the U.S. Securities Exchange Act of 1934, as amended, and Rule 14a-9 promulgated thereunder against Capri and the Board of Directors. The Complaints seek, among other things: (i) an injunction enjoining the consummation of the Merger and the other transactions contemplated by the Merger Agreement; (ii) rescission or rescissory damages in the event the Merger and the other transactions contemplated by the Merger Agreement are consummated; (iii) direction that defendants account for all damages suffered as a result of any wrongdoing; (iv) costs of the action, including plaintiffs' attorneys' and expert fees and expenses; and (v) other relief the court may deem just and proper. In addition to the Complaints, purported shareholders of Capri have sent demand letters (which we refer to as the "Demands," and together with the Complaints, the "Matters") alleging similar deficiencies regarding the disclosures made in the Merger Proxy. However, in order to avoid the risk that the Matters delay or otherwise adversely affect the Merger, and to minimize the costs, risks and uncertainties inherent in litigation, and without admitting any liability or wrongdoing, Capri provided supplemental disclosures to the Merger Proxy in Capri's Current Report on Form 8-K, filed with the SEC on October 17, 2023. Capri management believes that the Matters are without merit. Capri cannot provide assurance regarding the outcomes of the Matters and may be subject to additional demands or filed actions. If additional similar complaints or demands are filed or sent, absent new or significantly different allegations, Capri will not necessarily disclose such additional filings or demands.

**ITEM 1A. RISK FACTORS**

There are no material changes from the risk factors previously disclosed in Part I, Item IA. Risk Factors, in our Annual Report on Form 10-K for the year ended April 1, 2023 as supplemented by the risk factors included in Part I, Item IA. Risk Factors, in our Quarterly Report on Form 10-Q for the quarter ended July 1, 2023.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS**

(c) <u>Issuer Purchases of Equity Securities</u>

The following table provides information of our ordinary shares repurchased or withheld during the three months ended December 30, 2023:

| | Total Number of Shares[(1)] | Average Price per Share | Total Number of Shares Purchased as Part of Publicly Announced Programs | Remaining Dollar Value of Shares That May Be Purchased Under the Programs (in millions) |
|---|---|---|---|---|
| October 1 - October 28 | - | $ - | - | $ 300 |
| October 29 - November 25 | - | $ - | - | $ 300 |
| November 26 - December 30 | 13,021 | $ 49.28 | - | $ 300 |
| | 13,021 | | - | |

(1) Share repurchases may be made in open market or privately negotiated transactions and/or pursuant to Rule 10b5-1 trading plans, subject to market conditions, applicable legal requirements, trading restrictions under the our insider trading policy and other relevant factors; however, pursuant to the terms of the Merger Agreement, and subject to certain limited exceptions, we may not repurchase our ordinary shares other than the acceptance of our ordinary shares as payment of the exercise price of our options or for withholding taxes in respect of our equity awards. Accordingly, we did not repurchase any of our ordinary shares during the three months ended December 30, 2023 pursuant to the Existing Share Repurchase Plan, and we do not expect to repurchase any of our ordinary shares in connection with the Existing Share Repurchase Plan prior to the Merger or earlier termination of the Merger Agreement, except withhold to cover, which these shares relate to.

**ITEM 5. OTHER INFORMATION**

(a) On February 7, 2024, the Board of Directors of the Company approved a Global Optimization Plan in order to streamline the Company's operating model, maximize efficiency and support long-term profitable growth. As part of the Global Optimization Plan, the Company anticipates global headcount reductions and the closure of approximately 100 of its retail stores over the next 18 months. In Fiscal 2025, it is expected that this initiative will generate net cost savings of approximately $80 million to $90 million. The Company also expects to record estimated one-time restructuring charges of approximately $30 million to $40 million, of which approximately $30 million to $35 million will be cash charges related to organizational efficiency initiatives, which consist primarily of severance and employee-related costs. The Company anticipates that up to $5 million of the restructuring charges will be related to lease termination and other store closure costs. Approximately $25 million to $30 million in pre-tax restructuring charges will be recognized in the fourth quarter of Fiscal 2024.

These estimates are subject to a number of assumptions, and actual results may differ materially. The Company may also incur costs not currently contemplated due to unanticipated events that may occur in connection with the Global Optimization Plan.

The exact amounts or range of amounts and timing of the Global Optimization Plan charges and future cash expenditures associated therewith are undeterminable at this time. The Company will either disclose in a Current Report on Form 8-K, or disclose in another periodic filing with the U.S. Securities and Exchange Commission, the amount of any material charges relating to the Global Optimization Plan by major type of cost once such amounts or range of amounts are determinable.

This disclosure is intended to satisfy the requirements of Item 2.05 of Form 8-K.

(c) During the quarterly period ended December 30, 2023, no director or officer (as defined in Rule 16a-1(f) under the Exchange Act) of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or "non-Rule 10b5-1 trading arrangement," as each term is defined in Item 408(a) of Regulation S-K.

**ITEM 6. EXHIBITS**

a. Exhibits

Please refer to the accompanying Exhibit Index included after the signature page of this report for a list of exhibits filed or furnished with this report.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized on February 8, 2024.

CAPRI HOLDINGS LIMITED

| | |
|---|---|
| By: | /s/ John D. Idol |
| Name: | John D. Idol |
| Title: | Chairman & Chief Executive Officer |

| | |
|---|---|
| By: | /s/ Thomas J. Edwards, Jr. |
| Name: | Thomas J. Edwards, Jr. |
| Title: | Executive Vice President, Chief Financial Officer and Chief Operating Officer |

57

**INDEX TO EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 10.1 | Letter Agreement, dated as of December 15, 2023, by and between Capri Holdings Limited and Jenna A. Hendricks (included as Exhibit 10.1 to the Company's 8-K (File No. 001-35368), filed on December 18, 2023 and incorporated herein by reference). |
| 31.1 | Certification of Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32.1 | Certification of Chief Executive Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32.2 | Certification of Chief Financial Officer pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.1 | The following financial information from the Company's Quarterly Report on Form 10-Q for the period ended December 30, 2023 formatted in Inline eXtensible Business Reporting Language: (i) Consolidated Balance Sheets, (ii) Consolidated Statements of Operations and Comprehensive Income, (iii) Consolidated Statements of Shareholders' Equity, (iv) Consolidated Statements of Cash Flows, and (v) Notes to Consolidated Financial Statements. |

58

**Exhibit 31.1**

**CERTIFICATIONS**

I, John D. Idol, certify that:

1. I have reviewed this Form 10-Q of Capri Holdings Limited;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and we have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent function):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 8, 2024

By:      /s/ John D. Idol
         _____
         John D. Idol
         *Chief Executive Officer*

**Exhibit 31.2**

**CERTIFICATIONS**

I, Thomas J. Edwards, Jr., certify that:

1. I have reviewed this Form 10-Q of Capri Holdings Limited;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this quarterly report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and we have:

    a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent function):

    a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 8, 2024

By:      /s/ Thomas J. Edwards, Jr.
         Thomas J. Edwards, Jr.
         *Chief Financial Officer*

**Exhibit 32.1**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with this quarterly report on Form 10-Q of Capri Holdings Limited (the "Company") for the quarter ended December 30, 2023 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, John D. Idol, Chief Executive Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i)   The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and

(ii)  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Capri Holdings Limited.

Date: February 8, 2024

/s/ John D. Idol
*John D. Idol*
*Chief Executive Officer*
*(Principal Executive Officer)*

The foregoing certification is being furnished solely pursuant to 18 U.S.C. Section 1350 and is not being filed as part of this Report.

**Exhibit 32.2**

**CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with this quarterly report on Form 10-Q of Capri Holdings Limited (the "Company") for the quarter ended December 30, 2023 as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Thomas J. Edwards, Jr., Chief Financial Officer of the Company, hereby certify pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

   (i)  The Report fully complies with the requirements of Section 13(a) or Section 15(d) of the Securities Exchange Act of 1934, as amended; and

   (ii)  The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of Capri Holdings Limited.

Date: February 8, 2024

<div align="center">

/s/ Thomas J. Edwards, Jr.
_____
*Thomas J. Edwards, Jr.*
*Chief Financial Officer*
*(Principal Financial Officer)*

</div>

The foregoing certification is being furnished solely pursuant to 18 U.S.C. Section 1350 and is not being filed as part of this Report.

# EXHIBIT V

BofA GLOBAL RESEARCH

BofA SECURITIES

# Tapestry Inc.

## Profitability continues to positively surprise

Lorraine Hutchinson, CFA

lorraine.hutchinson@bofa.com
Research Analyst
BofAS
+1 646 855 0951

Melanie Nuñez

melanie.nunez@bofa.com
Research Analyst
BofAS
+1 646 855 2279

15 August 2024 | Equity | United States | Retailing-Specialty

---

**TPR US**

| Reiterate Rating | Price | Price Objective | Upside | Market Cap | Average Daily Value |
|---|---|---|---|---|---|
| BUY | 38.95 | 52.00 | 33.5% | 10,341 | 99.36 |
| | USD | USD | | USD(mn) | USD(mn) |

| 2025E EPS | 2026E EPS | 2027E EPS |
|---|---|---|
| 4.47 ▼ | 4.65 ▼ | 4.83 |
| from 4.50 USD | from 4.68 USD | USD |

all data as of 15 August 2024

## Key takeaways

- Reit Buy; strong margin profile and cash flow generation warrant a higher multiple versus the current 5x EV/EBITDA (F25)
- Mgmt cited growing conviction in synergy opportunities related to the CPRI acquisition & is working to close the deal in C24
- We model F25 OM of 19.3%, +60bp y/y, led by GM gains of +40bp as structural efficiencies in F24 carry forward

AUR: average unit retail

Mgmt: management

# Reiterate Buy; profit gains despite sales decline

We reiterate our Buy as we think the strong margin profile and cash flow generation warrant a higher multiple versus the current 5x EV/EBITDA (F25). TPR reported 4Q adj EPS of $0.92, above our/VA consensus of $0.86/$0.88 on better sales and gross margin (GM). Mgmt introduced F25 guidance for sales of $6.7bn, operating margin (OM) +50bp, and EPS of $4.45-4.50. We are lowering our F25 est by 1% to $4.47 and we maintain our PO of $52, still 8x EBITDA. Mgmt cited growing conviction in synergy opportunities related to the CPRI acquisition and is working to close the deal in C24.

## Coach momentum to continue

Coach is gaining momentum among younger consumers through innovation & immersive marketing, which will remain key priorities in F25. Another full-price handbag will be introduced into outlets in the coming months following a successful test in 100 locations during 4Q; we think this strategic move makes sense given customers are increasingly channel agnostic. In China, the brand's accessible luxury positioning is resonating as macro pressures prompt consumers to search for value; the company sees opportunity to expand distribution to second and third tier cities over the long-term.

## Kate priorities centered on brand-building, innovation

To reaccelerate sales, new leadership could amplify brand-building through holistic marketing campaigns, specifically focused on younger consumers. Innovation remains a key priority and recent newness in core families is resonating. Lifestyle is another focus area; the brand launched its first dedicated jewelry location in London in June, which could provide insight into how to maximize growth in this category. We think the recently announced CEO change could drive a much-needed sense of freshness into the brand.

## Operational efficiencies to support F25 margins

We model F25 OM of 19.3%, +60bp y/y, led by GM gains of +40bp as structural efficiencies in F24 carry forward (100bp of 260bp gain in 4Q was operational). Freight and fx should be small positives in 1H25 and turn to slight tailwinds in 2H. We expect continued AUR gains through F25 as younger consumers transact at higher prices (driven by innovation). SG&A dollars should be flat y/y, with slight leverage in 2H.

## Estimates & Valuation

| Estimates (Jun) (US$) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| EPS | 3.88 | 4.29 | 4.47 | 4.65 | 4.83 |
| GAAP EPS | 3.88 | 4.43 | 5.51 | 5.59 | 5.63 |
| EPS Change (YoY) | 11.8% | 10.6% | 4.2% | 4.0% | 3.9% |
| Consensus EPS (Bloomberg) | | | 4.51 | 4.80 | NA |
| DPS | 1.20 | 1.40 | 1.40 | 1.40 | 1.40 |
| **Valuation (Jun)** | | | | | |
| P/E | 10.0x | 9.1x | 8.7x | 8.4x | 8.1x |
| GAAP P/E | 10.0x | 8.8x | 7.1x | 7.0x | 6.9x |
| Dividend Yield | 3.1% | 3.6% | 3.6% | 3.6% | 3.6% |
| EV / EBITDA* | 9.5x | 9.0x | 8.8x | 8.3x | 7.9x |
| Free Cash Flow Yield* | 7.6% | 11.1% | 7.7% | 8.7% | 9.4% |

## Quarterly Estimates

| Quarterly Earnings Estimates | 2024 | 2025 |
|---|---|---|
| Q1 | 0.93A | 0.95E |
| Q2 | 1.63A | 1.69E |
| Q3 | 0.81A | 0.87E |
| Q4 | 0.93A | 0.96E |

## Key Changes

| (US$) | Previous | Current |
|---|---|---|
| 2025E Rev (m) | 6,760.5 | 6,676.7 |
| 2026E Rev (m) | 7,038.6 | 6,970.5 |
| 2027E Rev (m) | NA | 7,253.4 |
| 2025E EPS | 4.50 | 4.47 |
| 2026E EPS | 4.68 | 4.65 |
| 2027E EPS | NA | 4.83 |

## Stock Data

| | |
|---|---|
| Price | 28.95 USD |
| Price Objective | 52.00 USD |
| Date Established | 8-Feb-2024 |
| Investment Opinion | B-1-7 |
| 52-Week Range | 25.99 USD - 48.80 USD |
| Mrkt Val (mn) / Shares Out (mn) | 10,341 USD / 265.5 |
| Free Float | 99.4% |
| Average Daily Value (mn) | 99.36 USD |
| BofA Ticker / Exchange | TPR / NYS |
| Bloomberg / Reuters | TPR US / TPR.N |
| ROE (2025E) | 33.8% |
| Net Dbt to Eqty (Jun-2024A) | 37.9% |
| Average Daily Volume | 2,550,972 |

**Exhibit 1: TPR reported 4Q adj EPS of $0.92, above our/VA consensus of $0.86/$0.88**

TPR F4Q24 Variance

| | 4Q 23 Actual | 4Q 24 Actual | Visible Alpha consensus | BofA vs VA consensus | Y/Y Change | BofA 4Q 24E Estimate | Diff vs. BofA Estimate |
|---|---|---|---|---|---|---|---|
| Coach | 1,247.4 | 1,250.4 | 1,224.0 | 0% | 0.2% | 1,229.3 | 1.7% |
| Kate Spade | 309.5 | 290.1 | 294.2 | -1% | -6.3% | 290.3 | -0.1% |
| Stuart Weitzman | 62.6 | 50.6 | 56.3 | 0% | -19.2% | 56.3 | -10.2% |
| Total sales | 1,619.5 | 1,591.1 | 1,574.3 | 0% | -1.8% | 1,575.9 | 1.0% |
| | | | | | | | |
| COGS | 446.8 | 399.9 | 410.3 | -1% | -10.5% | 404.8 | -1.2% |
| Gross profit | 1,172.7 | 1,191.2 | 1,164.1 | 1% | 1.6% | 1,171.1 | 1.7% |
| | | | | | | | |
| SG&A expense | 899.1 | 929.2 | 907.3 | 1% | 3.3% | 917.0 | 1.3% |
| Operating profit | 273.6 | 262.0 | 258.5 | -2% | -4.2% | 254.1 | 3.1% |
| | | | | | | | |
| Interest inc (Expense) | (6.2) | 2.5 | 29.2 | -103% | -140.3% | (1.0) | -350.0% |
| Other Income (Expense) | (0.6) | (3.7) | (0.6) | -100% | 516.7% | 0.0 | |
| Pretax income | 266.8 | 260.8 | 258.1 | -2% | -2.2% | 253.1 | 3.0% |
| | | | | | | | |
| Taxes | 42.7 | 43.7 | 52.3 | -3% | 2.3% | 50.6 | -13.7% |
| Tax rate | 16.0% | 16.8% | 20% | | 4.7% | 20.0% | -16.2% |
| | | | | | | | |
| Net income | 224.1 | 217.1 | 205.8 | -2% | -3.1% | 202.5 | 7.2% |
| | | | | | | | |
| **Earnings per share** | **$0.95** | **$0.92** | **0.88** | **-2%** | **-3.4%** | **$0.86** | 6.4% |
| | | | | | | | |
| Average shares outstanding | 235.4 | 234.7 | 234.3 | 0% | -0.3% | 234.2 | 0.2% |
| | | | | | | | |
| **Margins** | | | | | | | |
| Gross profit margin | 72.4% | 74.9% | 73.9% | 1% | 246 bp | 74.3% | 56 bp |
| SG&A expense | 55.5% | 58.4% | 57.6% | 1% | 288 bp | 58.2% | 21 bp |
| Operating income | 16.9% | 16.5% | 16.4% | -2% | -43 bp | 16.1% | 34 bp |
| | | | | | | | |
| **Gross margins by Segment** | | | | | | | |
| Coach | 75.1% | 77.5% | 76.7% | 35 bp | 243 bp | 77.1% | 43 bp |
| Kate Spade | 64.3% | 67.0% | 65.3% | 7 bp | 265 bp | 65.3% | 165 bp |
| Stuart Weitzman | 59.4% | 55.1% | 59.5% | 95 bp | -429 bp | 60.4% | -529 bp |
| | | | | | | | |
| **EBIT margins by Segment** | | | | | | | |
| Coach | 31.7% | 31.1% | 31.6% | -34 bp | -60 bp | 31.3% | -19 bp |
| Kate Spade | 4.8% | 8.2% | 4.9% | 9 bp | 346 bp | 5.0% | 321 bp |
| Stuart Weitzman | -5.0% | -18.4% | -9.4% | 45 bp | -1343 bp | -9.0% | -942 bp |

**Source:** Company filings and reports, BofA Global Research estimates, Visible Alpha

BofA GLOBAL RESEARCH

**Exhibit 2: We are lowering our F25 est by 1% to $4.47 and we maintain our PO of $52, still 8x EBITDA.**

TPR Income Statement

| | 1Q 24 23-Sep | 2Q 24 23-Dec | 3Q 24 24-Mar | 4Q 24 24-Jun | FY 2024 | 1Q 25E 24-Sep | 2Q 25E 24-Dec | 3Q 25E 25-Mar | 4Q 25E 25-Jun | FY 2025E | 1Q 26E 25-Sep | 2Q 26E 25-Dec | 3Q 26E 26-Mar | 4Q 26E 26-Jun | FY 2026E | 1Q 27E 26-Sep | 2Q 27E 26-Dec | 3Q 27E 27-Mar | 4Q 27E 27-Jun | FY 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coach | 1,157.4 | 1,541.9 | 1,145.6 | 1,250.4 | 5,095.3 | 1,133.4 | 1,568.3 | 1,145.7 | 1,261.6 | 5,109.0 | 1,173.9 | 1,641.6 | 1,189.5 | 1,307.7 | 5,312.6 | 1,215.6 | 1,700.0 | 1,231.8 | 1,354.2 | 5,501.6 |
| Kate Spade | 303.2 | 460.4 | 280.7 | 290.1 | 1,334.4 | 293.5 | 448.0 | 287.2 | 301.5 | 1,330.2 | 313.6 | 478.5 | 306.6 | 321.8 | 1,420.5 | 334.5 | 510.1 | 326.7 | 342.9 | 1,514.3 |
| Stuart Weitzman | 52.6 | 82.2 | 56.1 | 50.6 | 241.5 | 47.3 | 78.1 | 58.9 | 53.1 | 237.5 | 47.3 | 78.1 | 58.9 | 53.1 | 237.5 | 47.3 | 78.1 | 58.9 | 53.1 | 237.5 |
| **Total Sales** | **$1,513.2** | **$2,084.5** | **$1,482.4** | **$1,591.1** | **$6,671.2** | **$1,474.3** | **$2,094.5** | **$1,491.8** | **$1,616.2** | **$6,676.7** | **$1,534.8** | **$2,198.2** | **$1,554.9** | **$1,682.6** | **$6,970.5** | **$1,597.5** | **$2,288.2** | **$1,617.4** | **$1,750.2** | **$7,253.4** |
| | | | | | | | | | | | | | | | | | | | | |
| COGS | 415.5 | 591.3 | 375.0 | 399.9 | 1,781.7 | 392.1 | 582.9 | 373.6 | 405.3 | 1,753.8 | 404.6 | 605.8 | 385.5 | 418.0 | 1,813.8 | 417.2 | 624.7 | 397.0 | 430.6 | 1,869.5 |

| | 1Q24 | 2Q24 | 3Q24 | 4Q24 | FY2024 | 1Q25E | 2Q25E | 3Q25E | 4Q25E | FY2025E | 1Q26E | 2Q26E | 3Q26E | 4Q26E | FY2026E | 1Q27E | 2Q27E | 3Q27E | 4Q27E | FY2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross profit | | | | | | | | | | | | | | | | | | | | |
| Total SG&A | 824.9 | 1,017.3 | 868.1 | 929.2 | 3,639.5 | 819.4 | 1,019.7 | 862.3 | 930.4 | 3,631.8 | 850.8 | 1,067.2 | 896.7 | 965.9 | 3,780.5 | 885.7 | 1,110.8 | 933.1 | 1,004.7 | 3,934.3 |
| Operating profit | 272.8 | 475.9 | 239.3 | 262.0 | 1,250.0 | 262.7 | 491.9 | 255.9 | 280.5 | 1,291.1 | 279.4 | 525.2 | 272.8 | 298.8 | 1,376.1 | 294.6 | 552.7 | 287.3 | 314.9 | 1,449.5 |
| Interest inc (Expense) | (6.6) | (5.1) | 0.9 | 2.5 | (8.3) | 15.0 | 5.0 | 0.0 | 0.0 | 20.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| Other Income (Expense) | (1.4) | 4.7 | (2.8) | (3.7) | (3.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax income | 264.8 | 475.5 | 237.4 | 260.8 | 1,238.5 | 277.7 | 496.9 | 255.9 | 280.5 | 1,311.1 | 279.4 | 525.2 | 272.8 | 298.8 | 1,376.1 | 292.6 | 550.7 | 285.3 | 312.9 | 1,441.5 |
| Taxes | 48.5 | 98.8 | 47.3 | 43.7 | 238.3 | 52.8 | 94.4 | 48.6 | 53.3 | 249.1 | 53.1 | 99.8 | 51.8 | 56.8 | 261.5 | 55.6 | 104.6 | 54.2 | 59.4 | 273.9 |
| Tax rate | 18.3% | 20.8% | 19.9% | 16.8% | 19.2% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% |
| Net income | 216.3 | 376.7 | 190.1 | 217.1 | 1,000.2 | 225.0 | 402.5 | 207.3 | 227.2 | 1,062.0 -1% | 226.3 | 425.4 | 220.9 | 242.0 | 1,114.7 | 237.0 | 446.1 | 231.1 | 253.4 | 1,167.7 |
| Earnings per share | $0.93 | $1.63 | $0.81 | $0.92 | $4.29 | $0.95 | $1.69 | $0.87 | $0.96 | $4.47 | $0.94 | $1.77 | $0.92 | $1.01 | $4.65 | $0.98 | $1.85 | $0.96 | $1.05 | $4.83 |
| Average shares out. | 232.5 | 231.7 | 234.2 | 234.7 | 233.3 | 236.7 | 237.7 | 237.7 | 237.7 | 237.5 | 239.7 | 239.7 | 239.7 | 239.7 | 239.7 | 241.7 | 241.7 | 241.7 | 241.7 | 241.7 |
| Dividends per share | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 | $0.35 | $0.35 | $0.35 | $0.35 | $1.40 |
| **Margins** | | | | | | | | | | | | | | | | | | | | |
| Gross profit margin | 72.5% | 71.6% | 74.7% | 74.9% | 73.3% | 73.4% | 72.2% | 75.0% | 74.9% | 73.7% | 73.6% | 72.4% | 75.2% | 75.2% | 74.0% | 73.9% | 72.7% | 75.5% | 75.4% | 74.2% |
| bp change y/y | 254 | 304 | 194 | 246 | 251 | 86 | 54 | 26 | 6 | 44 | 24 | 27 | 25 | 24 | 25 | 24 | 26 | 25 | 24 | 25 |
| SG&A expense | 54.5% | 48.8% | 58.6% | 58.4% | 54.6% | 55.6% | 48.7% | 57.8% | 57.6% | 54.4% | 55.4% | 48.5% | 57.7% | 57.4% | 54.2% | 55.4% | 48.5% | 57.7% | 57.4% | 54.2% |
| bp change y/y | 139 | 86 | 79 | 288 | 137 | 107 | (12) | (76) | (83) | (16) | (15) | (14) | (14) | (16) | (16) | 0 | (0) | 3 | 0 | 0 |
| SG&A dollar growth | 3.1% | 4.8% | -0.4% | 3.3% | 2.7% | -0.7% | 0.2% | -0.7% | 0.1% | -0.2% | 3.8% | 4.7% | 4.0% | 3.8% | 4.1% | 4.1% | 4.1% | 4.1% | 4.0% | 4.1% |
| Operating income | 18.0% | 22.8% | 16.1% | 16.5% | 18.7% | 17.8% | 23.5% | 17.2% | 17.4% | 19.3% | 18.2% | 23.9% | 17.5% | 17.8% | 19.7% | 18.4% | 24.2% | 17.8% | 18.0% | 20.0% |
| bp change y/y | 115 | 218 | 115 | (43) | 114 | (21) | 65 | 101 | 89 | 60 | 38 | 41 | 39 | 40 | 41 | 24 | 26 | 22 | 24 | 24 |
| **Year-over-Year Change** | | | | | | | | | | | | | | | | | | | | |
| Total Sales (%) | 0.4% | 2.9% | -1.8% | -1.8% | 0.2% | -2.6% | 0.5% | 0.6% | 1.6% | 0.1% | 4.1% | 5.0% | 4.2% | 4.1% | 4.4% | 4.1% | 4.1% | 4.0% | 4.0% | 4.1% |
| SG&A dollar growth | 3.1% | 4.8% | -0.4% | 3.3% | 2.7% | -0.7% | 0.2% | -0.7% | 0.1% | -0.2% | 3.8% | 4.7% | 4.0% | 3.8% | 4.1% | 4.1% | 4.1% | 4.1% | 4.0% | 4.1% |
| EBIT growth | 7.3% | 13.8% | 5.7% | -4.2% | 6.6% | -3.7% | 3.4% | 6.9% | 7.1% | 3.3% | 6.3% | 6.8% | 6.6% | 6.5% | 6.6% | 5.5% | 5.2% | 5.3% | 5.4% | 5.3% |
| **EPS (%)** | 18% | 20% | 4% | -3% | 11% | 2% | 4% | 7% | 4% | 4% | -1% | 5% | 6% | 6% | 4% | 4% | 4% | 4% | 4% | 4% |

Source: Company filings and reports, BofA Global Research estimates

BofA GLOBAL RESEARCH

**Exhibit 3: The company paid down its $450mn term loan during F4Q24.**
TPR Balance Sheet

| Balance Sheet | 1Q 24 | 2Q 24 | 3Q 24 | 4Q 24 | FY 2024 | 1Q 25E | 2Q 25E | 3Q 25E | 4Q 25E | FY 2025E | 1Q 26E | 2Q 26E | 3Q 26E | 4Q 26E | FY 2026E | 1Q 27E | 2Q 27E | 3Q 27E | 4Q 27E | FY 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | | | | |
| Cash and equivalents | $622.1 | $6,833.1 | $6,975.1 | $6,142.0 | $6,142.0 | $5,787.8 | $6,461.6 | $6,449.9 | $6,297.8 | $6,297.8 | $5,951.6 | $5,625.6 | $5,639.5 | $5,820.2 | $5,820.2 | $5,478.4 | $5,481.2 | $5,508.6 | $5,708.2 | $5,708.2 |
| Short-term investments | 16.7 | 629.2 | 442.9 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 | 1,061.8 |
| Accounts receivable | 264.8 | 245.6 | 276.7 | 228.2 | 228.2 | 263.4 | 242.5 | 274.7 | 228.4 | 228.4 | 267.6 | 249.8 | 285.1 | 238.4 | 238.4 | 279.3 | 260.1 | 296.8 | 248.1 | 248.1 |
| Merchandise inventories | 942.5 | 824.9 | 824.1 | 824.8 | 824.8 | 942.5 | 824.9 | 824.1 | 824.8 | 824.8 | 942.5 | 824.9 | 824.1 | 824.8 | 824.8 | 942.5 | 824.9 | 824.1 | 824.8 | 824.8 |
| Deferred income taxes | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Prepaid expenses and other | 562.9 | 509.7 | 478.2 | 546.9 | 546.9 | 559.9 | 503.3 | 474.8 | 547.4 | 547.4 | 568.8 | 518.4 | 492.8 | 571.4 | 571.4 | 593.8 | 539.7 | 512.9 | 594.6 | 594.6 |
| **Total Current Assets** | 2,409.0 | 9,042.5 | 8,997.0 | 8,803.7 | 8,803.7 | 8,615.4 | 9,094.1 | 9,085.3 | 8,960.1 | 8,960.1 | 8,792.2 | 8,280.4 | 8,303.4 | 8,516.7 | 8,516.7 | 8,355.7 | 8,167.8 | 8,204.2 | 8,437.6 | 8,437.6 |
| Property and other equipment, net | 539.6 | 539.2 | 518.4 | 514.7 | 514.7 | 515.6 | 534.6 | 536.7 | 532.0 | 532.0 | 528.7 | 543.0 | 541.6 | 533.3 | 533.3 | 531.4 | 547.7 | 547.5 | 540.3 | 540.3 |
| Operating lease right-of-use assets | 1,352.1 | 1,371.0 | 1,352.1 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 | 1,314.4 |
| Long term investments | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other assets | 2,841.8 | 2,862.7 | 2,860.4 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 | 2,763.5 |
| **TOTAL ASSETS** | $7,142.5 | $13,815.4 | $13,727.9 | $13,396.3 | $13,396.3 | $13,208.9 | $13,706.6 | $13,699.9 | $13,570.1 | $13,570.1 | $13,398.8 | $12,901.3 | $12,922.8 | $13,127.8 | $13,127.8 | $12,965.0 | $12,793.3 | $12,829.6 | $13,055.8 | $13,055.8 |
| **Liabilities and Equity** | | | | | | | | | | | | | | | | | | | | |
| Accounts payable | 386.5 | 462.9 | 373.1 | 452.2 | 452.2 | 355.9 | 434.4 | 356.7 | 445.1 | 445.1 | 357.5 | 444.1 | 367.5 | 460.4 | 460.4 | 369.7 | 458.1 | 378.9 | 474.5 | 474.5 |
| Accrued expenses and other | 487.1 | 654.1 | 658.9 | 656.3 | 656.3 | 484.5 | 645.9 | 654.2 | 656.8 | 656.8 | 492.2 | 665.2 | 679.0 | 685.7 | 685.7 | 513.8 | 692.7 | 706.7 | 713.6 | 713.6 |
| Current op. lease liabilities | 295.6 | 305.6 | 308.9 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 | 299.7 |
| Current debt | 25.0 | 25.0 | 25.0 | 303.4 | 303.4 | 303.4 | 1,342.9 | 1,342.9 | 1,039.5 | 1,039.5 | 1,039.5 | 750.0 | 750.0 | 750.0 | 750.0 | 1,146.6 | 936.1 | 936.1 | 936.1 | 936.1 |
| Revolver | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Current Liabilities** | 1,194.2 | 1,447.6 | 1,365.9 | 1,711.6 | 1,711.6 | 1,443.5 | 2,722.9 | 2,653.5 | 2,441.2 | 2,441.2 | 2,188.9 | 2,159.0 | 2,096.2 | 2,195.8 | 2,195.8 | 2,329.8 | 2,386.5 | 2,321.4 | 2,423.9 | 2,423.9 |
| Long term debt | 1,629.9 | 7,714.4 | 7,673.7 | 6,937.2 | 6,937.2 | 6,937.2 | 5,897.7 | 5,897.7 | 5,897.7 | 5,897.7 | 5,897.7 | 5,147.7 | 5,147.7 | 5,147.7 | 5,147.7 | 4,751.1 | 4,211.6 | 4,211.6 | 4,211.6 | 4,211.6 |
| Long-term op. lease liabilities | 1,296.7 | 1,294.7 | 1,262.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 | 1,224.2 |
| Other liabilities | 606.0 | 698.9 | 651.0 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 | 626.4 |
| Total Stockholders Equity | $2,415.7 | $2,659.8 | $2,775.1 | $2,896.9 | 2,896.9 | $2,977.6 | $3,235.4 | $3,298.0 | $3,380.6 | 3,380.6 | $3,461.6 | $3,744.0 | $3,828.3 | $3,933.7 | 3,933.7 | $4,033.5 | $4,344.6 | $4,446.0 | $4,569.8 | 4,569.8 |
| **TOTAL LIABILITIES AND EQUITY** | $7,142.5 | $13,815.4 | $13,727.9 | $13,396.3 | $13,396.3 | $13,208.9 | $13,706.6 | $13,699.9 | $13,570.1 | $13,570.1 | $13,398.8 | $12,901.3 | $12,922.8 | $13,127.8 | $13,127.8 | $12,965.0 | $12,793.3 | $12,829.6 | $13,055.8 | $13,055.8 |

Source: Company filings and reports, BofA Global Research estimates

BofA GLOBAL RESEARCH

**Exhibit 4: We model $800mn in free cash flow in F25.**
TPR Cash Flow Statement

| Statement of Cash Flows | 1Q 24 | 2Q 24 | 3Q 24 | 4Q 24 | FY 2024 | 1Q 25E | 2Q 25E | 3Q 25E | 4Q 25E | FY 2025E | 1Q 26E | 2Q 26E | 3Q 26E | 4Q 26E | FY 2026E | 1Q 27E | 2Q 27E | 3Q 27E | 4Q 27E | FY 2027E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash from Operations** | | | | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | | | | | | | | | | | | | | | | | | | | |
| Depreciation | 44.3 | 41.5 | 40.0 | $48.2 | 174.0 | 40.4 | 39.7 | 39.7 | 49.9 | 169.6 | 41.8 | 40.7 | 40.3 | 50.4 | 173.0 | 41.8 | 40.9 | 40.6 | 50.9 | 174.3 |
| Tax benefit of stock options | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairment | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | | | | | | | | | | | | | | | |
| Changes in deferred tax | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Working capital changes | (213.7) | 391.4 | (61.3) | $51.5 | 167.9 | (434.0) | 435.0 | (72.2) | 64.1 | (7.2) | (430.6) | 445.5 | (71.8) | 67.0 | 10.0 | (443.5) | 458.1 | (74.2) | 68.7 | 9.1 |
| Other | 49.7 | 71.3 | (20.3) | ($3.0) | 97.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL CASH FROM OPERATIONS** | 75.3 | 826.5 | 97.8 | 256.0 | 1,255.6 | (230.1) | 815.6 | 113.3 | 279.8 | 978.6 | (224.0) | 852.4 | 136.7 | 306.6 | 1,071.7 | (217.3) | 894.7 | 152.4 | 328.0 | 1,157.7 |
| **Cash from Investing Activities** | | | | | | | | | | | | | | | | | | | | |
| Capital expenditures | (20.9) | (22.8) | (19.0) | ($46.2) | (108.9) | (41.3) | (58.6) | (41.8) | (45.3) | (186.9) | (38.4) | (55.0) | (38.9) | (42.1) | (174.3) | (39.9) | (57.2) | (40.4) | (43.8) | (181.3) |
| Dispositions of property | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net proceeds from investments | (1.9) | (609.4) | (514.7) | $89.3 | (1,036.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Building investment | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Acquisitions, net of cash | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | 702.6 | ($598.9) | 103.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL CASH FROM INVESTING** | (22.8) | (632.2) | 168.9 | (555.8) | (1,041.9) | (41.3) | (58.6) | (41.8) | (45.3) | (186.9) | (38.4) | (55.0) | (38.9) | (42.1) | (174.3) | (39.9) | (57.2) | (40.4) | (43.8) | (181.3) |
| **Cash from Financing Activities** | | | | | | | | | | | | | | | | | | | | |
| Issuance/(Repurchase) of stock | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Dividend | (80.2) | (80.2) | (80.5) | ($80.5) | (321.4) | (82.8) | (83.2) | (83.2) | (83.2) | (332.4) | (83.9) | (83.9) | (83.9) | (83.9) | (335.6) | (84.6) | (84.6) | (84.6) | (84.6) | (338.4) |
| Net repayment/borrowing of debt | 0.0 | 6,089.5 | 0.0 | ($468.8) | 5,620.7 | 0.0 | 0.0 | 0.0 | (303.4) | (303.4) | 0.0 | (1,039.5) | 0.0 | 0.0 | (1,039.5) | 0.0 | (750.0) | 0.0 | 0.0 | (750.0) |
| Proceeds from exercise of options | 0.0 | 0.0 | 0.0 | $0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | (69.2) | (50.7) | 4.9 | $30.1 | (84.9) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **TOTAL CASH FROM FINANCING** | (149.4) | 5,958.6 | (75.6) | (519.2) | 5,214.4 | (82.8) | (83.2) | (83.2) | (386.6) | (635.8) | (83.9) | (1,123.4) | (83.9) | (83.9) | (1,375.1) | (84.6) | (834.6) | (84.6) | (84.6) | (1,088.4) |
| Effect of exchange rates | (7.1) | 58.1 | (49.1) | ($14.1) | (12.2) | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash | (104.0) | 6,211.0 | 142.0 | (833.1) | 5,415.9 | (354.2) | 673.8 | (11.7) | (152.1) | 155.8 | (346.2) | (326.0) | 13.9 | 180.7 | (477.6) | (341.8) | 2.9 | 27.4 | 199.6 | (112.0) |
| Beginning cash balance | $726.1 | $622.1 | $6,833.1 | $6,975.1 | $726.1 | $6,142.0 | $5,787.8 | $6,461.6 | $6,449.9 | $6,142.0 | $6,297.8 | $5,951.6 | $5,625.6 | $5,639.5 | $6,297.8 | $5,820.2 | $5,478.4 | $5,481.2 | $5,508.6 | $5,820.2 |
| Ending cash balance(a) | $622.1 | $6,833.1 | $6,975.1 | $6,142.0 | $6,142.0 | $5,787.8 | $6,461.6 | $6,449.9 | $6,297.8 | $6,297.8 | $5,951.6 | $5,625.6 | $5,639.5 | $5,820.2 | $5,820.2 | $5,478.4 | $5,481.2 | $5,508.6 | $5,708.2 | $5,708.2 |

**Source:** Company filings and reports, BofA Global Research estimates

BofA GLOBAL RESEARCH

BofA Securities does and seeks to do business with issuers covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Click for important disclosures. Analyst Certification. Price Objective Basis & Risk.

*iQprofile*[SM] Tapestry Inc.

## Company Description

Tapestry (TPR) is a leading specialty retailer positioned in an appealing segment of the market (affordable luxury). Tapestry is comprised of the Coach, Kate Spade, and Stuart Weitzman brands and is best known for accessories (especially handbags). Its products are primarily sold through retail stores, outlet stores, and online. The brands have a strong presence in select department stores and specialty retailer locations.

## Investment Rationale

We expect consistent strong EPS growth, driven by a stable and growing Coach brand and comp improvement and margin expansion at Kate Spade. We expect the multiple to expand as investors become more comfortable with the margin profile of both core businesses. We expect Tapestry to continue to return capital to shareholders in an accelerated manner given its strong free cash flow generation.

### *iQ*method SM - Bus Performance*

| (US$ Millions) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| Return on Capital Employed | 16.4% | 11.3% | 8.8% | 9.3% | 10.1% |
| Return on Equity | 41.0% | 38.7% | 33.8% | 30.5% | 27.5% |
| Operating Margin | 17.6% | 18.7% | 19.3% | 19.7% | 20.0% |
| Free Cash Flow | 791 | 1,147 | 792 | 897 | 976 |

### *iQ*method SM - Quality of Earnings*

| (US$ Millions) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| Cash Realization Ratio | 1.0x | 1.3x | 0.9x | 1.0x | 1.0x |
| Asset Replacement Ratio | 1.0x | 0.6x | 1.1x | 1.0x | 1.0x |
| Tax Rate | 18.1% | 19.2% | 19.0% | 19.0% | 19.0% |
| Net Debt-to-Equity Ratio | 41.0% | 37.9% | 18.9% | 2.0% | -12.3% |
| Interest Cover | 42.5x | NM | NA | NA | NM |

### Income Statement Data (Jun)

| (US$ Millions) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Sales | 6,261 | 7,471 | | | |
| % Change | -0.4% | 0.2% | 0.1% | 4.4% | 4.1% |
| Gross Profit | 4,715 | 4,890 | 4,923 | 5,157 | 5,384 |
| % Change | 1.4% | 3.7% | 0.7% | 4.7% | 4.4% |
| EBITDA | 1,355 | 1,424 | 1,461 | 1,549 | 1,624 |
| % Change | -4.2% | 5.1% | 2.6% | 6.1% | 4.8% |
| Net Interest & Other Income | (29) | (12) | 20 | 0 | (8) |
| **Net Income (Adjusted)** | **936** | **1,000** | **1,062** | **1,115** | **1,168** |
| **% Change** | **-0.1%** | **6.9%** | **6.2%** | **5.0%** | **4.8%** |

## Free Cash Flow Data (Jun)

| (US$ Millions) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| Net Income from Cont Operations (GAAP) | 936 | 1,000 | 1,062 | 1,115 | 1,168 |
| Depreciation & Amortization | 182 | 174 | 170 | 173 | 174 |
| Change in Working Capital | (217) | 168 | (7) | 10 | 9 |
| Deferred Taxation Charge | NA | NA | NA | NA | NA |
| Other Adjustments, Net | 74 | (86) | (246) | (226) | (193) |
| Capital Expenditure | (184) | (109) | (187) | (174) | (181) |
| **Free Cash Flow** | **791** | **1,147** | **792** | **897** | **976** |
| **% Change** | **4.2%** | **45.0%** | **-31.0%** | **13.4%** | **8.8%** |
| Share / Issue Repurchase | (704) | 0 | 0 | 0 | 0 |
| Cost of Dividends Paid | (283) | (321) | (332) | (336) | (338) |
| Change in Debt | (31) | 5,621 | (303) | (1,040) | (750) |

## Balance Sheet Data (Jun)

| (US$ Millions) | 2023A | 2024A | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| Cash & Equivalents | 726 | 6,142 | 6,298 | 5,820 | 5,708 |
| Trade Receivables | 212 | 228 | 228 | 238 | 248 |
| Other Current Assets | 1,426 | 2,434 | 2,434 | 2,458 | 2,481 |
| Property, Plant & Equipment | 565 | 515 | 532 | 533 | 540 |
| Other Non-Current Assets | 4,189 | 4,078 | 4,078 | 4,078 | 4,078 |
| **Total Assets** | **7,117** | **13,396** | **13,570** | **13,128** | **13,056** |
| Short-Term Debt | 25 | 303 | 1,040 | 750 | 936 |
| Other Current Liabilities | 1,262 | 1,408 | 1,402 | 1,446 | 1,488 |
| Long-Term Debt | 1,636 | 6,937 | 5,898 | 5,148 | 4,212 |
| Other Non-Current Liabilities | 1,917 | 1,851 | 1,851 | 1,851 | 1,851 |
| **Total Liabilities** | **4,839** | **10,499** | **10,189** | **9,194** | **8,486** |
| **Total Equity** | **2,278** | **2,897** | **3,381** | **3,934** | **4,570** |
| **Total Equity & Liabilities** | **7,117** | **13,396** | **13,570** | **13,128** | **13,056** |

*Click for* full definitions of iQmethod℠ measures.

## Price Objective Basis & Risk

**Tapestry Inc. (TPR)**

Our $52 price objective is based on an EV/EBITDA of 8x our F2025 estimates. We think the company's robust total shareholder return plans, turnaround potential at its new brands, growth potential in Kate Spade, and continued strong margins and cash flow warrant a higher multiple (vs peer group avg of 7x).

Downside risks to our price objective are: troubles integrating the Kors business, significant weakness in NA consumer, potential slowing of Coach comps, deterioration of the Kate Spade comp and margins, and the disruption caused by global macro uncertainty.

Upside risks to our price objective are: immediate consumer acceptance of the new product, accelerating trends in outlet, faster recovery in China.

## Coverage Cluster

### US - Softline Retailing and Dept Stores Coverage Cluster

| Investment rating | Company | BofA Ticker | Bloomberg symbol | Analyst |
|---|---|---|---|---|
| **BUY** | | | | |
| | Amer Sports Inc | AS | AS US | Lorraine Hutchinson, CFA |
| | Bath & Body Works Inc | BBWI | BBWI US | Lorraine Hutchinson, CFA |
| | Birkenstock | BIRK | BIRK US | Lorraine Hutchinson, CFA |
| | Burlington Stores | BURL | BURL US | Lorraine Hutchinson, CFA |
| | Crocs, Inc. | CROX | CROX US | Christopher Nardone |
| | European Wax Center | EWCZ | EWCZ US | Lorraine Hutchinson, CFA |
| | lululemon athletica Inc | LULU | LULU US | Lorraine Hutchinson, CFA |
| | Nike | NKE | NKE US | Lorraine Hutchinson, CFA |
| | Oddity Tech | ODD | ODD US | Lorraine Hutchinson, CFA |
| | Ollie's Bargain Outlet Holdings Inc | OLLI | OLLI US | Melanie Nuñez |
| | PVH Corp | PVH | PVH US | Christopher Nardone |
| | Ralph Lauren | RL | RL US | Christopher Nardone |

| | | | |
|---|---|---|---|
| Skechers USA Inc | SKX | SKX US | Christopher Nardone |
| Tapestry Inc. | TPR | TPR US | Lorraine Hutchinson, CFA |
| TJX Companies | TJX | TJX US | Lorraine Hutchinson, CFA |
| Urban Outfitters | URBN | URBN US | Lorraine Hutchinson, CFA |

**NEUTRAL**

| | | | |
|---|---|---|---|
| American Eagle | AEO | AEO US | Christopher Nardone |
| Deckers Outdoor Corp | DECK | DECK US | Christopher Nardone |
| Five Below | FIVE | FIVE US | Melanie Nuñez |
| Foot Locker | FL | FL US | Lorraine Hutchinson, CFA |
| Gap Inc. | GPS | GPS US | Lorraine Hutchinson, CFA |
| Levi Strauss & Co. | LEVI | LEVI US | Christopher Nardone |
| Signet Jewelers | SIG | SIG US | Lorraine Hutchinson, CFA |
| Ulta Beauty | ULTA | ULTA US | Lorraine Hutchinson, CFA |
| Under Armour Inc | UAA | UAA US | Lorraine Hutchinson, CFA |

**UNDERPERFORM**

| | | | |
|---|---|---|---|
| Carter's Inc | CRI | CRI US | Christopher Nardone |
| FIGS, Inc. | FIGS | FIGS US | Lorraine Hutchinson, CFA |
| Kohl's | KSS | KSS US | Lorraine Hutchinson, CFA |
| Nordstrom | JWN | JWN US | Lorraine Hutchinson, CFA |
| Revolve | RVLV | RVLV US | Lorraine Hutchinson, CFA |
| V F Corp | VFC | VFC US | Lorraine Hutchinson, CFA |
| Victoria's Secret & Co | VSCO | VSCO US | Lorraine Hutchinson, CFA |

**RSTR**

| | | | |
|---|---|---|---|
| Macy's | M | M US | Lorraine Hutchinson, CFA |

## Analyst Certification

I, Lorraine Hutchinson, CFA, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject securities and issuers. I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or view expressed in this research report.

## Disclosures

# Important Disclosures

**Tapestry Inc. (TPR) Price Chart**



B: Buy, N: Neutral, U: Underperform, PO: Price Objective, NA: No longer valid, NR: No Rating

The Investment Opinion System is contained at the end of the report under the heading "Fundamental Equity Opinion Key". Dark grey shading indicates the security is restricted with the opinion suspended. Medium grey shading indicates the security is under review with the opinion withdrawn. Light grey shading indicates the security is not covered. Chart is current as of a date no more than one trading day prior to the date of the report.

**Equity Investment Rating Distribution: Retailing Group (as of 30 Jun 2024)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 88 | 59.46% | Buy | 40 | 45.45% |
| Hold | 24 | 16.22% | Hold | 13 | 54.17% |
| Sell | 36 | 24.32% | Sell | 18 | 50.00% |

**Equity Investment Rating Distribution: Global Group (as of 30 Jun 2024)**

| Coverage Universe | Count | Percent | Inv. Banking Relationships [R1] | Count | Percent |
|---|---|---|---|---|---|
| Buy | 1857 | 54.79% | Buy | 1084 | 58.37% |
| Hold | 758 | 22.37% | Hold | 446 | 58.84% |
| Sell | 774 | 22.84% | Sell | 350 | 45.22% |

[R1] Issuers that were investment banking clients of BofA Securities or one of its affiliates within the past 12 months. For purposes of this Investment Rating Distribution, the coverage universe includes only stocks. A stock rated Neutral is included as a Hold, and a stock rated Underperform is included as a Sell.

FUNDAMENTAL EQUITY OPINION KEY: Opinions include a Volatility Risk Rating, an Investment Rating and an Income Rating. VOLATILITY RISK RATINGS, indicators of potential price fluctuation, are: A - Low, B - Medium and C - High. INVESTMENT RATINGS reflect the analyst's assessment of both a stock's absolute total return potential as well as its attractiveness for investment relative to other stocks within its Coverage Cluster (defined below). Our investment ratings are: 1 - Buy stocks are expected to have a total return of at least 10% and are the most attractive stocks in the coverage cluster; 2 - Neutral stocks are expected to remain flat or increase in value and are less attractive than Buy rated stocks and 3 - Underperform stocks are the least attractive stocks in a coverage cluster. An investment rating of 6 (No Rating) indicates that a stock is no longer trading on the basis of fundamentals. Analysts assign investment ratings considering, among other things, the 0-12 month total return expectation for a stock and the firm's guidelines for ratings dispersions (shown in the table below). The current price objective for a stock should be referenced to better understand the total return expectation at any given time. The price objective reflects the analyst's view of the potential price appreciation (depreciation).

| Investment rating | Total return expectation (within 12-month period of date of initial rating) | Ratings dispersion guidelines for coverage cluster [R2] |
|---|---|---|
| Buy | ≥ 10% | ≤ 70% |

R2 Underperform [illegible]N/A [illegible]≥ 20%

Ratings dispersions may vary from time to time where BofA Global Research believes it better reflects the investment prospects of stocks in a Coverage Cluster.

INCOME RATINGS, indicators of potential cash dividends, are: 7 - same/higher (dividend considered to be secure), 8 - same/lower (dividend not considered to be secure) and 9 - pays no cash dividend. *Coverage Cluster* is comprised of stocks covered by a single analyst or two or more analysts sharing a common industry, sector, region or other classification(s). A stock's coverage cluster is included in the most recent BofA Global Research report referencing the stock.

Price Charts for the securities referenced in this research report are available on the Price Charts website (https://pricecharts.baml.com/), or call 1-800-MERRILL to have them mailed.

BofAS or one of its affiliates acts as a market maker for the equity securities recommended in the report: Tapestry Inc.

BofAS or an affiliate was a manager of a public offering of securities of this issuer within the last 12 months: Tapestry Inc.

The issuer is or was, within the last 12 months, an investment banking client of BofAS and/or one or more of its affiliates: Tapestry Inc.

BofAS or an affiliate has received compensation from the issuer for non-investment banking services or products within the past 12 months: Tapestry Inc.

The issuer is or was, within the last 12 months, a non-securities business client of BofAS and/or one or more of its affiliates: Tapestry Inc.

BofAS or an affiliate has received compensation for investment banking services from this issuer within the past 12 months: Tapestry Inc.

BofAS or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer or an affiliate of the issuer within the next three months: Tapestry Inc.

BofAS together with its affiliates beneficially owns one percent or more of the common stock of this issuer. If this report was issued on or after the 9th day of the month, it reflects the ownership position on the last day of the previous month. Reports issued before the 9th day of a month reflect the ownership position at the end of the second month preceding the date of the report: Tapestry Inc.

BofAS or one of its affiliates is willing to sell to, or buy from, clients the common equity of the issuer on a principal basis: Tapestry Inc.

The issuer is or was, within the last 12 months, a securities business client (non-investment banking) of BofAS and/or one or more of its affiliates: Tapestry Inc.

BofA Global Research personnel (including the analyst(s) responsible for this report) receive compensation based upon, among other factors, the overall profitability of Bank of America Corporation, including profits derived from investment banking. The analyst(s) responsible for this report may also receive compensation based upon, among other factors, the overall profitability of the Bank's sales and trading businesses relating to the class of securities or financial instruments for which such analyst is responsible.

# Other Important Disclosures

From time to time research analysts conduct site visits of covered issuers. BofA Global Research policies prohibit research analysts from accepting payment or reimbursement for travel expenses from the issuer for such visits.

Prices are indicative and for information purposes only. Except as otherwise stated in the report, for any recommendation in relation to an equity security, the price referenced is the publicly traded price of the security as of close of business on the day prior to the date of the report or, if the report is published during intraday trading, the price referenced is indicative of the traded price as of the date and time of the report and in relation to a debt security (including equity preferred and CDS), prices are indicative as of the date and time of the report and are from various sources including BofA Securities trading desks.

The date and time of completion of the production of any recommendation in this report shall be the date and time of dissemination of this report as recorded in the report timestamp.

Recipients who are not institutional investors or market professionals should seek the advice of their independent financial advisor before considering information in this report in connection with any investment decision, or for a necessary explanation of its contents.

Officers of BofAS or one or more of its affiliates (other than research analysts) may have a financial interest in securities of the issuer(s) or in related investments.

Refer to BofA Global Research policies relating to conflicts of interest (https://rsch.baml.com/coi).

**"BofA Securities" includes BofA Securities, Inc. ("BofAS") and its affiliates. Investors should contact their BofA Securities representative or Merrill Global Wealth Management financial advisor if they have questions concerning this report or concerning the appropriateness of any investment idea described herein for such investor. "BofA Securities" is a global brand for BofA Global Research.**

Information relating to Non-US affiliates of BofA Securities and Distribution of Affiliate Research Reports:

BofAS and/or Merrill Lynch, Pierce, Fenner & Smith Incorporated ("MLPF&S") may in the future distribute, information of the following non-US affiliates in the US (short name: legal name, regulator): Merrill Lynch (South Africa): Merrill Lynch South Africa (Pty) Ltd., regulated by The Financial Service Board; MLI (UK): Merrill Lynch International, regulated by the Financial Conduct Authority (FCA) and the Prudential Regulation Authority (PRA); BofASE (France): BofA Securities Europe SA is authorized by the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers (AMF). BofA Securities Europe SA ("BofASE") with registered address at 51, rue La Boétie, 75008 Paris is registered under no 842 602 690 RCS Paris. In accordance with the provisions of French Code Monétaire et Financier (Monetary and Financial Code), BofASE is an établissement de crédit et d'investissement (credit and investment institution) that is authorised and supervised by the European Central Bank and the Autorité de Contrôle Prudentiel et de Résolution (ACPR) and regulated by the ACPR and the Autorité des Marchés Financiers. BofASE's share capital can be found at www.bofaml.com/BofASEdisclaimer (http://www.bofaml.com/BofASEdisclaimer); BofA Europe (Milan): Bank of America Europe Designated Activity Company, Milan Branch, regulated by the Bank of Italy, the European Central Bank (ECB) and the Central Bank of Ireland (CBI); BofA Europe (Frankfurt): Bank of America Europe Designated Activity Company, Frankfurt Branch regulated by BaFin, the ECB and the CBI; BofA Europe (Madrid): Bank of America Europe Designated Activity Company, Sucursal en España, regulated by the Bank of Spain, the ECB and the CBI; Merrill Lynch (Australia): Merrill Lynch Equities (Australia) Limited, regulated by the Australian Securities and Investments Commission; Merrill Lynch (Hong Kong): Merrill Lynch (Asia Pacific) Limited, regulated by the Hong Kong Securities and Futures Commission (HKSFC); Merrill Lynch (Singapore): Merrill Lynch (Singapore) Pte Ltd, regulated by the Monetary Authority of Singapore (MAS); Merrill Lynch (Canada): Merrill Lynch Canada Inc, regulated by the Canadian Investment Regulatory Organization; Merrill Lynch (Mexico): Merrill Lynch Mexico, SA de CV, Casa de Bolsa, regulated by the Comisión Nacional Bancaria y de Valores; BofAS Japan: BofA Securities Japan Co., Ltd., regulated by the Financial Services Agency; Merrill Lynch (Seoul): Merrill Lynch International, LLC Seoul Branch, regulated by the Financial Supervisory Service; Merrill Lynch (Taiwan): Merrill Lynch Securities (Taiwan) Ltd., regulated by the Securities and Futures Bureau; BofAS India: BofA Securities India Limited, regulated by the Securities and Exchange Board of India (SEBI); Merrill Lynch (Israel): Merrill Lynch Israel Limited, regulated by Israel Securities Authority; Merrill Lynch (DIFC): Merrill Lynch International (DIFC Branch), regulated by the Dubai Financial Services Authority (DFSA); Merrill Lynch (Brazil): Merrill Lynch S.A. Corretora de Títulos e Valores Mobiliários, regulated by Comissão de Valores Mobiliários; Merrill Lynch KSA Company: Merrill Lynch Kingdom of Saudi Arabia Company, regulated by the Capital Market Authority.

This information: has been approved for publication and is distributed in the United Kingdom (UK) to professional clients and eligible counterparties (as each is defined in the rules of the FCA and the PRA) by MLI (UK), which is authorized by the PRA and regulated by the FCA and the PRA - details about the extent of our regulation by the FCA and PRA are available from us on request; has been approved for publication and is distributed in the European Economic Area (EEA) by BofASE (France), which is authorized by the ACPR and regulated by the ACPR and the AMF; has been considered and distributed in Japan by BofAS Japan, a registered securities dealer under the Financial Instruments and Exchange Act in Japan, or its permitted affiliates; is issued and distributed in Hong Kong by Merrill Lynch (Hong Kong) which is regulated by HKSFC; is issued and distributed in Taiwan by Merrill Lynch (Taiwan); is issued and distributed in India by BofAS India; and is issued and distributed in Singapore to institutional investors and/or accredited investors (each as defined under the Financial Advisers Regulations) by Merrill Lynch (Singapore) (Company Registration No 198602883D). Merrill Lynch (Singapore) is regulated by MAS. Merrill Lynch Equities (Australia) Limited (ABN 65 006 276 795), AFS License 235132 (MLEA) distributes this information in Australia only to 'Wholesale' clients as defined by s.761G of the Corporations Act 2001. With the exception of Bank of America N.A., Australia Branch, neither MLEA nor any of its affiliates involved in preparing this information is an Authorised Deposit-Taking Institution under the Banking Act 1959 nor regulated by the Australian Prudential Regulation Authority. No approval is required for publication or distribution of this information in Brazil and its local distribution is by Merrill Lynch (Brazil) in accordance with applicable regulations. Merrill Lynch (DIFC) is authorized and regulated by the DFSA. Information prepared and issued by Merrill Lynch (DIFC) is done so in accordance with the requirements of the DFSA conduct of business rules. BofA Europe (Frankfurt) distributes this information in Germany and is regulated by BaFin, the ECB and the CBI. BofA Securities entities, including BofA Europe and BofASE (France), may outsource/delegate the marketing and/or provision of certain research services or aspects of research services to other branches or members of the BofA Securities group. You may be contacted by a different BofA Securities entity acting for and on behalf of your service provider where permitted by applicable law. This does not change your service provider. Please refer to the Electronic Communications Disclaimers (http://www.bankofamerica.com/emaildisclaimer) for further information.

This information has been prepared and issued by BofAS and/or one or more of its non-US affiliates. The author(s) of this information may not be licensed to carry on regulated activities in your jurisdiction and, if not licensed, do not hold themselves out as being able to do so. BofAS and/or MLPF&S is the distributor of this information in the US and accepts full responsibility for information distributed to BofAS and/or MLPF&S clients in the US by its non-US affiliates. Any US person receiving this information and wishing to effect any transaction in any security discussed herein should do so through BofAS and/or MLPF&S and not such foreign affiliates. Hong Kong recipients of this information should contact Merrill Lynch (Asia Pacific) Limited in

respect of any matters relating to dealing in securities or providing financial advice or securities in any other matters arising from or in connection with this information. Singapore recipients of this information should contact Merrill Lynch (Singapore) Pte Ltd in respect of any matters arising from, or in connection with, this information. For clients that are not accredited investors, expert investors or institutional investors Merrill Lynch (Singapore) Pte Ltd accepts full responsibility for the contents of this information distributed to such clients in Singapore.

**General Investment Related Disclosures:**

Taiwan Readers: Neither the information nor any opinion expressed herein constitutes an offer or a solicitation of an offer to transact in any securities or other financial instrument. No part of this report may be used or reproduced or quoted in any manner whatsoever in Taiwan by the press or any other person without the express written consent of BofA Securities.

This document provides general information only, and has been prepared for, and is intended for general distribution to, BofA Securities clients. Neither the information nor any opinion expressed constitutes an offer or an invitation to make an offer, to buy or sell any securities or other financial instrument or any derivative related to such securities or instruments (e.g., options, futures, warrants, and contracts for differences). This document is not intended to provide personal investment advice and it does not take into account the specific investment objectives, financial situation and the particular needs of, and is not directed to, any specific person(s). This document and its content do not constitute, and should not be considered to constitute, investment advice for purposes of ERISA, the US tax code, the Investment Advisers Act or otherwise. Investors should seek financial advice regarding the appropriateness of investing in financial instruments and implementing investment strategies discussed or recommended in this document and should understand that statements regarding future prospects may not be realized. Any decision to purchase or subscribe for securities in any offering must be based solely on existing public information on such security or the information in the prospectus or other offering document issued in connection with such offering, and not on this document.

Securities and other financial instruments referred to herein, or recommended, offered or sold by BofA Securities, are not insured by the Federal Deposit Insurance Corporation and are not deposits or other obligations of any insured depository institution (including, Bank of America, N.A.). Investments in general and, derivatives, in particular, involve numerous risks, including, among others, market risk, counterparty default risk and liquidity risk. No security, financial instrument or derivative is suitable for all investors. Digital assets are extremely speculative, volatile and are largely unregulated. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. Investors should note that income from such securities and other financial instruments, if any, may fluctuate and that price or value of such securities and instruments may rise or fall and, in some cases, investors may lose their entire principal investment. Past performance is not necessarily a guide to future performance. Levels and basis for taxation may change.

This report may contain a short-term trading idea or recommendation, which highlights a specific near-term catalyst or event impacting the issuer or the market that is anticipated to have a short-term price impact on the equity securities of the issuer. Short-term trading ideas and recommendations are different from and do not affect a stock's fundamental equity rating, which reflects both a longer term total return expectation and attractiveness for investment relative to other stocks within its Coverage Cluster. Short-term trading ideas and recommendations may be more or less positive than a stock's fundamental equity rating.

BofA Securities is aware that the implementation of the ideas expressed in this report may depend upon an investor's ability to "short" securities or other financial instruments and that such action may be limited by regulations prohibiting or restricting "shortselling" in many jurisdictions. Investors are urged to seek advice regarding the applicability of such regulations prior to executing any short idea contained in this report.

Foreign currency rates of exchange may adversely affect the value, price or income of any security or financial instrument mentioned herein. Investors in such securities and instruments, including ADRs, effectively assume currency risk.

BofAS or one of its affiliates is a regular issuer of traded financial instruments linked to securities that may have been recommended in this report. BofAS or one of its affiliates may, at any time, hold a trading position (long or short) in the securities and financial instruments discussed in this report.

BofA Securities, through business units other than BofA Global Research, may have issued and may in the future issue trading ideas or recommendations that are inconsistent with, and reach different conclusions from, the information presented herein. Such ideas or recommendations may reflect different time frames, assumptions, views and analytical methods of the persons who prepared them, and BofA Securities is under no obligation to ensure that such other trading ideas or recommendations are brought to the attention of any recipient of this information.

In the event that the recipient received this information pursuant to a contract between the recipient and BofAS for the provision of research services for a separate fee, and in connection therewith BofAS may be deemed to be acting as an investment adviser, such status relates, if at all, solely to the person with whom BofAS has contracted directly and does not extend beyond the delivery of this report (unless otherwise agreed specifically in writing by BofAS). If such recipient uses the services of BofAS in connection with the sale or purchase of a security referred to herein, BofAS may act as principal for its own account or as agent for another person. BofAS is and continues to act solely as a broker-dealer in connection with the execution of any transactions, including transactions in any securities referred to herein.

**Copyright and General Information:**

Copyright 2024 Bank of America Corporation. All rights reserved. iQdatabase® is a registered service mark of Bank of America Corporation. This information is prepared for the use of BofA Securities clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of BofA Securities. BofA Global Research information is distributed simultaneously to internal and client websites and other portals by BofA Securities and is not publicly-available material. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained herein (including any investment recommendations, estimates or price targets) without first obtaining express permission from an authorized officer of BofA Securities.

Materials prepared by BofA Global Research personnel are based on public information. Facts and views presented in this material have not been reviewed by, and may not reflect information known to, professionals in other business areas of BofA Securities, including investment banking personnel. BofA Securities has established information barriers between BofA Global Research and certain business groups. As a result, BofA Securities does not disclose certain client relationships with, or compensation received from, such issuers. To the extent this material discusses any legal proceeding or issues, it has not been prepared as nor is it intended to express any legal conclusion, opinion or advice. Investors should consult their own legal advisers as to issues of law relating to the subject matter of this material. BofA Global Research personnel's knowledge of legal proceedings in which any BofA Securities entity and/or its directors, officers and employees may be plaintiffs, defendants, co-defendants or co-plaintiffs with or involving issuers mentioned in this material is based on public information. Facts and views presented in this material that relate to any such proceedings have not been reviewed by, discussed with, and may not reflect information known to, professionals in other business areas of BofA Securities in connection with the legal proceedings or matters relevant to such proceedings.

This information has been prepared independently of any issuer of securities mentioned herein and not in connection with any proposed offering of securities or as agent of any issuer of any securities. None of BofAS any of its affiliates or their research analysts has any authority whatsoever to make any representation or warranty on behalf of the issuer(s). BofA Global Research policy prohibits research personnel from disclosing a recommendation, investment rating, or investment thesis for review by an issuer prior to the publication of a research report containing such rating, recommendation or investment thesis.

Any information relating to sustainability in this material is limited as discussed herein and is not intended to provide a comprehensive view on any sustainability claim with respect to any issuer or security.

Any information relating to the tax status of financial instruments discussed herein is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

The information herein (other than disclosure information relating to BofA Securities and its affiliates) was obtained from various sources and we do not guarantee its accuracy. This information may contain links to third-party websites. BofA Securities is not responsible for the content of any third-party website or any linked content contained in a third-party website. Content contained on such third-party websites is not part of this information and is not incorporated by reference. The inclusion of a link does not imply any endorsement by or any affiliation with BofA Securities. Access to any third-party website is at your own risk, and you should always review the terms and privacy policies at third-party websites before submitting any personal information to them. BofA Securities is not responsible for such terms and privacy policies and expressly disclaims any liability for them.

All opinions, projections and estimates constitute the judgment of the author as of the date of publication and are subject to change without notice. Prices also are subject to change without notice. BofA Securities is under no obligation to update this information and BofA Securities ability to publish information on the subject issuer(s) in the future is subject to applicable quiet periods. You should therefore assume that BofA Securities will not update any fact, circumstance or opinion contained herein.

Subject to the quiet period applicable under laws of the various jurisdictions in which we distribute research reports and other legal and BofA Securities policy-related restrictions on the publication of research reports, fundamental equity reports are produced on a regular basis as necessary to keep the investment recommendation current.

Certain outstanding reports or investment opinions relating to securities, financial instruments and/or issuers may no longer be current. Always refer to the most recent research report relating to an issuer prior to making an investment decision.

In some cases, an issuer may be classified as Restricted or may be Under Review or Extended Review. In each case, investors should consider any investment opinion relating to such issuer (or its security and/or financial instruments) to be suspended or withdrawn and should not rely on the analyses and investment opinion(s) pertaining to such issuer (or its securities and/or financial instruments) nor should the analyses or opinion(s) be considered a solicitation of any kind. Sales persons and financial advisors affiliated with BofAS or any of its affiliates may not solicit

purchases of securities or financial instruments that are Restricted Under Review and may solicit securities under Extended Review, in accordance with firm policies. Neither BofA Securities nor any officer or employee of BofA Securities accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this information.

Terms of Use (https://rsch.baml.com/WebReports/TermsofUse.pdf) | Privacy & Security: GBAM (https://www.bofaml.com/en-us/content/global-privacy-notices.html)  GWIM (https://www.bankofamerica.com/privacy/privacy-overview.go) | Cookie Policy (https://www.bofaml.com/content/dam/boamlimages/documents/articles/ID19_0760/Cookie_Policy.pdf) |

GBAM Digital Privacy Notice (https://business.bofa.com/content/dam/flagship/gbgmr/global-privacy-notices/BofA-Institutional-Digital-Privacy-Notice.pdf) | GDPR Privacy Notice (https://www.bofaml.com/gdpr) | Your Privacy Choices

# EXHIBIT W


# US watchdog sues to block $8.5bn handbag takeover

22 April 2024                                                    Share ⤴    Save ⌖

**Mariko Oi**
Business reporter



Getty Images

Tapestry owns handbag brands including Coach and Kate Spade

The US competition watchdog has sued to block fashion accessory giant Tapestry's $8.5bn (£6.9bn) takeover of rival Capri.

Tapestry owns handbag makers including Coach and Kate Spade, while Capri's brands include Michael Kors.

The US Federal Trade Commission (FTC) said if allowed, "the deal would eliminate direct head-to-head competition between Tapestry's and Capri's brands".

In response Tapestry said "the FTC fundamentally misunderstands both the marketplace and the way in which consumers shop".

Together, the firms employ about 33,000 staff globally but the FTC argued the deal could reduce wages and their benefits.

Coach and Kate Spade are known for what their parent firm calls "accessible luxury" handbags - quality leather and craftsmanship products at affordable prices.

Tapestry offered to buy Capri in August, hoping to create a US fashion giant that could compete against bigger European rivals such as Chanel, Hermes and Louis Vuitton parent LVMH.

The FTC requested more information on the deal in November.

Announcing its decision to take legal action, the FTC said the deal would give Tapestry a dominant share of the market.

Tapestry said in a statement that "in bringing this case, the FTC has chosen to ignore the reality of today's dynamic and expanding $200 billion global luxury industry".

Capri, which also owns Versace and Jimmy Choo, said "this transaction will not limit, reduce, or constrain competition" as the two firms "operate in the fiercely competitive and highly fragmented global luxury industry".

It is unusual for the US regulator to try to block a high-end fashion merger.

But in December, authorities issued new merger guidelines to encourage fair, open and competitive markets.

By using a new tactic under the guidelines, the FTC has argued that the merger of Tapestry and Capri would directly affect hourly workers who may lose out on higher wages due to reduced competition for employees.

Earlier this month, the companies received regulatory clearance for the deal from the European Union and Japan.

The two companies need to close the deal by 10 August.

| Mergers and acquisitions | International Business | Fashion |

---

**RELATED**

**Boots gets new US owner in multi-billion dollar deal**

7 Mar 2025 | Business

**Hershey shares jump on Cadbury owner buyout report**

9 Dec 2024 | Birmingham & Black Country

**Builders' £2.5bn merger backed after monopoly probe**

4 Oct 2024 | England

---

**MORE FROM THE BBC**

5 hrs ago

## Anna Wintour's legacy and who might replace her as Vogue editor

Dame Anna announced this week she was stepping down as editor-in-chief after 37 years.

5 hrs ago | Culture



9 hrs ago

## Nike pledges to cut reliance on Chinese factories

Company executives say the sportwear giant will cut its reliance on producing goods in China to ease the impact of US trade policies.

9 hrs ago | Business



21 hrs ago

## Should we be letting flies eat our food waste?

In Lithuania and Australia, hungry fly larvae are used to process food waste into useful protein.



21 hrs ago | Europe

1 day ago

## Anna Wintour stepping back as US Vogue's editor-in-chief

Dame Anna, who has been editor-in-chief for 37 years, will continue to hold a senior role at the company.



1 day ago | Culture

2 days ago

## Why your old mobile phone may be polluting Thailand

The Asian nation is importing thousands of tonnes of electronic waste per year, despite a ban.



2 days ago | Business



Home    News    Sport    Business    Innovation    Culture    Arts    Travel    Earth    Audio    Video    Live    Weather    BBC Shop    BritBox

BBC in other languages ▼

**Follow BBC on:**    𝕏    f    ⓘ    ♪    in    ▶

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Contact the BBC    Advertise with us    Do not share or sell my info    BBC.com Help & FAQs

Copyright 2025 BBC. All rights reserved.  The *BBC* is *not responsible for the content of external sites.* **Read about our approach to external linking.**