# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | Case No. 1:24-cv-01410-MN<br><br>CLASS ACTION |

## MOTION TO DISMISS BY DEFENDANTS TAPESTRY, INC., JOANNE C. CREVOISERAT, AND SCOTT A. ROE

Defendants Tapestry, Inc., Joanne C. Crevoiserat, and Scott A. Roe (collectively, the "Tapestry Defendants") by and through their attorneys, hereby move this Court, before the Honorable Maryellen Noreika, United States District Court Judge for the District of Delaware, pursuant to Fed. R. Civ. P. 12(b)(6), for the entry of an order dismissing the Consolidated Complaint for Violations of the Federal Securities Laws [Dkt. No. 32] with prejudice. The Tapestry Defendants also incorporate herein by reference the Motion to Dismiss and briefing filed by Capri Holdings Limited, John D. Idol, and Thomas J. Edwards.

The grounds for this Motion are set forth in the Opening Brief in Support of Motion to Dismiss by Defendants Tapestry, Inc., Joanne C. Crevoiserat, and Scott A. Roe filed herewith.

| | |
|---|---|
| Dated: July 14, 2025 | Respectfully submitted, |
| **Of Counsel:** | **MCCOLLOM D'EMILIO SMITH UEBLER LLC** |
| **WILMER CUTLER PICKERING HALE & DORR L.L.P.** | /s/ *Thomas A. Uebler* |
| Timothy Perla (*pro hac vice*) | Thomas A. Uebler (#5074) |
| Sonia Sujanani (*pro hac vice*) | Terisa A. Shoremount (#7113) |
| 60 State Street | 2751 Centerville Road, Suite 401 |
| Boston, MA 02109 | Wilmington, DE 19808 |
| Telephone: (617) 233-6766 | Telephone: (302) 468-5960 |
| timothy.perla@wilmerhale.com | tuebler@mdsulaw.com |
| sonia.sujanani@wilmerhale.com | tshoremount@mdsulaw.com |
| | *Counsel for Defendants Tapestry, Inc., Joanne C. Crevoiserat, and Scott A. Roe* |
| Jessica Lewis (*pro hac vice*) | |
| 2600 El Camino Real | |
| Palo Alto, CA 94306 | |
| Telephone: (628) 235-1160 | |
| jessica.lewis@wilmerhale.com | |