**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | C.A. No. 1:24-cv-01410-MN CLASS ACTION |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS TAPESTRY, INC., JOANNE C. CREVOISERAT, AND SCOTT A. ROE**

Defendants Tapestry, Inc. ("Tapestry"), Joanne C. Crevoiserat, and Scott A. Roe (collectively, the "Tapestry Defendants") request that the Court consider the documents identified below in connection with the Motion to Dismiss by the Tapestry Defendants, filed herewith.

When evaluating a motion to dismiss under Rule 12(b)(6), courts may consider facts that are "incorporated by reference" or "subject to judicial notice." *Buck v. Hampton Twp. Sch. Dist.*, 452 F.3d 256, 260 (3d Cir. 2006). Documents are incorporated by reference "if the plaintiff relied on that document in the complaint." *Ryanair DAC v. Booking Holdings Inc.*, 636 F. Supp. 3d 490, 497 (D. Del. 2022) (citing *Levins v. Healthcare Revenue Recovery Grp. LLC*, 902 F.3d 274, 279 (3d Cir. 2018)). Judicially noticeable facts are those that are "not subject to reasonable dispute," *i.e.*, they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

The documents listed below, attached as Exhibits 1–51 to the accompanying Declaration

of Timothy Perla ("Perla Dec."), are subject to judicial notice and/or the incorporation by reference doctrine. Exhibit 18 is incorporated by reference in the Complaint; Exhibits 1, 5, 8–9, and 19 are subject to judicial notice; and Exhibits 2–4, 6–7, 10–12, 14, 16–17, and 20–51 are both subject to judicial notice and incorporated by reference in the Complaint.

**Exhibit 1**: Tapestry's Form 10-K, filed with the SEC on August 17, 2023.

**Exhibit 2:** Capri's Form 10-K, filed with the SEC on May 31, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraph 87.

**Exhibit 3:** Tapestry's Form 8-K, filed with the SEC on August 10, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 104, 106, and 107.

**Exhibit 4:** Exhibit 2.1 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 104, 106, and 107.

**Exhibit 5:** Capri Holdings Ltd (CPRI) Stock Price, July 9, 2023 to August 9, 2023, Yahoo! Finance, https://finance.yahoo.com/quote/CPRI/history/?period1=1 688860800&period2=1691539200.

**Exhibit 6:** Bloomberg, *US Sues to Block $8.5 Billion Union of Coach, Michael Kors*, Business of Fashion (April 22, 2024), https://www.businessoffashion.com/n ews/retail/us-sues-to-block-85-billion-union-of-coach-michael-kors/#:~:text=In% 20an%20emailed%20statement%2C%20Tapestry,the%20transaction%20this%20 calendar%20year. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraph 154.

**Exhibit 7:** *Capri Holdings, Earnings Update, 3Q Model Update*, TD Cowen, February 11, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraph 134.

**Exhibit 8:** Capri Holdings Ltd (CPRI) Stock Price, August 10, 2023 to October 24, 2024, Yahoo! Finance, https://finance.yahoo.com/quote/CPRI/history/?period 1=1691625600&period2=1729728000.

**Exhibit 9:** Defendant's Answer, *FTC v. Tapestry, Inc.*, 1:24-cv-3109-JLR (S.D.N.Y. May 16, 2024) (Dkt. No. 91).

**Exhibit 10:** Tapestry's Form 8-K, filed with the SEC on November 6, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in

Paragraphs 118 and 120.

**Exhibit 11:** Transcript of Tapestry's Q1 2024 earnings call, November 9, 2023, https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q1-175504166.html.    This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 123, 128, and 130.

**Exhibit 12:** Operative Complaint, *FTC v. Tapestry, Inc.*, 1:24-cv-3109-JLR (S.D.N.Y. May 24, 2024) (Proposed Updated Redactions to Complaint, Dkt. No. 97-1).

**Exhibit 14:** *UPDATE 4-US sues to block merger of Coach and Michael Kors handbag makers*, Reuters News (April 22, 2024, at 9:01:19 PM), https://next.westlaw.com/Document/Ia993804000ed11ef96f9e74ec2ef97de/View/ FullText.html?transitionType=Default&contextData=(sc.Default).  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 151, 153, and 154.

**Exhibit 16:** Tapestry's Form 10-K, filed with the SEC on August 15, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraph 87.

**Exhibit 17:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 104, 106, and 107.

**Exhibit 18:** Transcript of Tapestry's conference call, *Tapestry, Inc. (TPR) Definitive Agreement to Acquire Capri Holdings Limited Conference Call Transcript*, August 10, 2023.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 105, 106, and 107.

**Exhibit 19**: Exhibit 99.2 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023.

**Exhibit 20:** Transcript of Interview by Sara Eisen, news anchor, CNBC, with Joanne Crevoiserat, CEO, Tapestry, Inc. (CNBC television broadcast, aired August 10, 2023), https://www.cnbc.com/video/2023/08/10/tapestry-ceo-on-acquisition-of-capri-holdings-this-deal-brings-tremendous-value-to-consumers.html.[1]  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 103 and 106.

**Exhibit 21:** *WWD Recommends*, Women's Wear Daily (April 15, 2024, at 4:49 PM ET), https://wwd.com/business-news/financial/tapestry-capri-acquisition-joanne-crevoiserat-ftc-1236314308/.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 142 and 144.

---

[1] The transcript of this interview was prepared by Datalyst, a professional transcription company.

**Exhibit 22:** *News from Bloomberg Terminal: Traders Fear Antitrust Risk in $8.5 Billion Tapestry-Capri Deal*, Bloomberg (April 15, 2024, at 1:37 PM ET), https://www.bloomberglaw.com/product/blaw/bloombergterminalnews/bloomberg-terminal-news/SBZLPJDWX2PT. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 143 and 144.

**Exhibit 23:** Transcript of *Squawk on the Street* (CNBC television broadcast, aired April 25, 2024), https://archive.org/details/CNBC_20240425_130000_Squawk_on_the_Street.[2] This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 152 and 153.

**Exhibit 24:** Capri's Form 8-K, filed with the SEC on August 10, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 104, 106, and 107.

**Exhibit 25:** Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on August 10, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 104, 106, and 107.

**Exhibit 26:** Transcript of Tapestry's Q3 2023 earnings call, August 17, 2023, https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q4-095528816.html. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 111, 112, and 113.

**Exhibit 27:** *TPR: Walk by $1 Bills to Pick up $20 Bills*, Guggenheim, August 23, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 115 and 116.

**Exhibit 28:** Capri's Form 8-K, filed with the SEC on November 6, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 118, 119, and 191.

**Exhibit 29:** Tapestry's Form 10-Q, filed with the SEC on November 9, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 121 and 130.

**Exhibit 30:** Tapestry's Form 8-K, filed with the SEC on November 9, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 122 and 130.

**Exhibit 31:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on November 9, 2023. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 122 and 130.

---

[2] The transcript of this segment was prepared by Datalyst, a professional transcription company.

**Exhibit 32:** Tapestry's Form 10-Q, filed with the SEC on February 8, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 131 and 134.

**Exhibit 33:** Tapestry's Form 8-K, filed with the SEC on February 8, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 132 and 134.

**Exhibit 34:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on February 8, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 132 and 134.

**Exhibit 35:** Transcript of Tapestry's Q2 2024 earnings call, February 8, 2024, https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q2-160845948.html.    This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 133 and 134.

**Exhibit 36:** *Tapestry, Inc, Highlights from Meeting with TPR Senior Management: Raising PT to $54*, Telsey Advisory Group (TAG), March 6, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 136 and 137.

**Exhibit 37:** *FTC Could Scuttle Tapestry-Capri Merger, Killing Its Ability To Compete In The Luxury Market*, Forbes, April 18, 2024, https://www.forbes.com/ sites/pamdanziger/2024/04/18/ftc-could-scuttle-tapestry-capri-merger-killing-its- ability-to-compete-in-the-luxury-market/.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 146 and 147.

**Exhibit 38:** Capri's Form 8-K, filed with the SEC on April 22, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 149 and 153.

**Exhibit 39:** Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on April 22, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 149 and 153.

**Exhibit 40:** Tapestry's Form 8-K, filed with the SEC on April 22, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 150 and 153.

**Exhibit 41:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on April 22, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 150 and 153.

**Exhibit 42:** Tapestry's Form 10-Q, filed with the SEC on May 9, 2024.  This document is referred to, quoted, and/or relied upon in the Complaint, including in

Paragraphs 155, 158, and 159.

**Exhibit 43:** Tapestry's Form 8-K, filed with the SEC on May 9, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 156, 158, and 159.

**Exhibit 44:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on May 9, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 156, 158, and 159.

**Exhibit 45:** Transcript of Tapestry's Q3 2024 earnings call, May 9, 2024, https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q3-160244427.html. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 157, 158, and 159.

**Exhibit 46:** *TAPESTRY INC: 2024 Luxury Conference Management Meetings – Our Key Takeaways*, Morgan Stanley, May 23, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 160 and 161.

**Exhibit 47:** Capri's Form 8-K, filed with the SEC on May 29, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 163 and 164.

**Exhibit 48:** Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on May 29, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 163 and 164.

**Exhibit 49:** Tapestry's Form 8-K, filed with the SEC on August 15, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 166, 167, and 168.

**Exhibit 50:** Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on August 15, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 166, 167, and 168.

**Exhibit 51:** Tapestry's Schedule 14A Definitive Proxy Statement, filed with the SEC on September 27, 2024. This document is referred to, quoted, and/or relied upon in the Complaint, including in Paragraphs 170 and 171.

## I.    EXHIBITS 1, 5, 8–9, AND 19 ARE SUBJECT TO JUDICIAL NOTICE

As explained below, Exhibits 1, 5, 8, 9, and 19 are subject to judicial notice.

*SEC filings (Exhibits 1 and 19).* Pursuant to Fed. R. Evid. 201, courts routinely take judicial notice of SEC filings. *See, e.g.*, *Oran v. Stafford*, 226 F.3d 275, 289 (3d Cir. 2000); *In re*

*Egalet Corp. Securities Litig.*, 340 F. Supp. 3d 479, 503 (E.D. Pa. 2018) (taking judicial notice of cautionary language in Form 10-K).

*Stock price data (Exhibits 5 and 8).* Stock price data found on Yahoo! Finance is properly subject to judicial notice. *See In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002); *Ieradi v. Mylan Labs., Inc.*, 230 F.3d 594, 600 n.3 (3d Cir. 2000) (taking judicial notice of drop in stock price because it is "a fact not subject to reasonable dispute that is capable of accurate and ready determination by resort to a source whose accuracy cannot be reasonably questioned"); *see, e.g.*, *Kumar v. Kulicke & Soffa Indus., Inc.*, 2019 WL 5081896, at *3 (E.D. Pa. Oct. 9, 2019) (taking judicial notice of Yahoo! Finance stock prices).

*Court Filings (Exhibit 9).* The "Court may take judicial notice of … court filings." *Takata v. Riot Blockchain, Inc.*, 2023 WL 7133219, at *1 n.2 (D.N.J. Aug. 25, 2023) (citing *Arcand v. Brother Int'l Corp.*, 673 F. Supp. 2d 282, 292 (D.N.J. 2009)).

## II.    EXHIBIT 18 IS INCORPORATED BY REFERENCE

Because the Complaint refers to, quotes and/or relies on portions of Exhibit 18, the incorporation-by-reference doctrine allows the Court to consider that exhibit on a motion to dismiss. *Levins*, 902 F.3d at 279.

## III.    EXHIBITS 2–4, 6–7, 10–12, 14, 16–17, AND 20–51 ARE BOTH PROPERLY SUBJECT TO JUDICIAL NOTICE AND INCORPORATED BY REFERENCE IN THE COMPLAINT

The Complaint also refers to, quotes and/or relies on portions of Exhibits 2–4, 6–7, 10–12, 14, 16–17, and 20–51.  Therefore, pursuant to the incorporation by reference doctrine, the Court may consider those exhibits on a motion to dismiss. *Levins*, 902 F.3d at 279.  In addition, these Exhibits are subject to judicial notice for the reasons explained below.

*SEC filings (Exhibits 2–4, 10, 16–17, 24–25, 28–34, 38–44, and 47–51).*  SEC filings are judicially noticeable. *See supra* Section I.

*News Articles (Exhibits 6, 14, 20–23, and 37).*  Courts may take judicial notice of news articles. *Benak ex rel. Alliance Premier Growth Fund v. Alliance Capital Management L.P.*, 435 F.3d 396, 401 n.15 (3d Cir. 2006); *see e.g.*, *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir. 1999) (taking judicial notice of news).

*Analyst Reports (Exhibits 7, 27, 36, and 46).*  Analyst reports are subject to judicial notice. *See In re Merck Co., Inc., Securities, Derivative & "Erisa" Litig.*, 2006 WL 8460903, at \*5 (D.N.J. Jan. 20, 2006) (taking judicial notice of analyst reports); *In re: Enzymotec Securities Litig.*, 2015 WL 8784065, at \*15 (D.N.J. Dec. 15, 2015) (same).

*Earnings Call Transcripts (Exhibits 11, 26, 35, and 45).*  Earnings call transcripts are subject to judicial notice.  *See Howard v. Arconic Inc.*, 395 F. Supp. 3d 516, 530 n.1 (W.D. Pa. 2019) (taking judicial notice of earnings call transcript); *Sapir v. Averback*, 2016 WL 554581, at \*10 (D.N.J. Feb. 10, 2016) (same).

*Court Filings (Exhibit 12)*.  Court filings are judicially noticeable.  *See supra* Section I.

## IV.    CONCLUSION

For these reasons, Defendant respectfully requests that the Court consider Exhibits 1–51 attached to the accompanying Perla Declaration.

Dated: July 14, 2025

**Of Counsel:**

**WILMER CUTLER PICKERING HALE**
  **& DORR L.L.P.**
Timothy Perla (*pro hac vice*)
Sonia Sujanani (*pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 233-6766
timothy.perla@wilmerhale.com
sonia.sujanani@wilmerhale.com

Jessica Lewis (*pro hac vice*)
2600 El Camino Real
Palo Alto, CA 94306
Telephone: (628) 235-1160
jessica.lewis@wilmerhale.com

Respectfully submitted,

**MCCOLLOM D'EMILIO SMITH**
  **UEBLER LLC**

/s/ Thomas A. Uebler
Thomas A. Uebler (#5074)
Terisa A. Shoremount (#7113)
2751 Centerville Road, Suite 401
Wilmington, DE 19808
Telephone: (302) 468-5960
tuebler@mdsulaw.com
tshoremount@mdsulaw.com

*Counsel for Defendants Tapestry, Inc.,*
*Joanne C. Crevoiserat, and Scott A. Roe*

9