# Exhibit 27

# GUGGENHEIM

**Robert Drbul**
robert.drbul@guggenheimpartners.com
212 823 6558

**Arian Razai, CFA**
arian.razai@guggenheimpartners.com
212 518 9341

## TPR                          BUY

**Tapestry, Inc.**
**Sector: Retailing/Department Stores & Specialty Softlines**

### Company Update

| Share Price | $33.16 |
|---|---|
| Price Target | $60.00 |

**Revenue ($M)**

| (FY JUN) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2023** | 1,507 | 2,025 | 1,510 | 1,620 | 6,661 |
| **2024** | 1,537E | 2,115E | 1,562E | 1,687E | 6,901E |
| **2025** | 1,633E | 2,255E | 1,658E | 1,797E | 7,343E |

**EPS ($)**

| (FY JUN) | 1Q | 2Q | 3Q | 4Q | FY |
|---|---|---|---|---|---|
| **2023** | 0.79 | 1.36 | 0.78 | 0.95 | 3.88 |
| **P/E** | | | | | 8.5x |
| **2024** | 0.90E | 1.53E | 0.77E | 0.95E | 4.15E |
| **P/E** | | | | | 8.0x |
| **2025** | 0.94E | 1.74E | 0.87E | 1.10E | 4.65E |
| **P/E** | | | | | 7.1x |

**Market Data & Valuation Measures**

| 52-Week Range | $27.53 - $47.48 |
|---|---|
| Dividend | $1.40 |
| Dividend Yield | 4.2% |
| Shares Out (M) | 227.4 |
| Market Cap (M) | $7,542 |
| Enterprise Value (M) | $10,899 |
| ADV (3 mo; 000) | 3,544 |

August 23, 2023

# TPR: Walk by $1 Bills to Pick up $20 Bills

**Key Message:** Last night, we sponsored a dinner with Tapestry management including Scott Roe, CFO and COO, Christina Colone, Global Head of Investor Relations, and Kelsey Mueller, Director, Investor Relations. As it relates to the recently announced acquisition of Capri Holdings, management noted its optimism around the combined cash flow of the business. We would estimate over $1.5 billion of free cash flow for the combined entities, which could approach $2 billion over time. Management has a detailed plan for the integration and should be both thoughtful and choiceful as it works to add value to the acquired brands. Management remains confident in its organic growth plans for its core business, anchored by the Coach brand. They feel that its approach and strategy to managing the Coach Brand is applicable to other brands in the portfolio. Management remains committed to being disciplined allocators of capital, as it has underwritten a prudent set of assumptions. We are maintaining our FY24/FY25 EPS estimates of $4.15/$4.65. While the timeline for completion of the CPRI remains uncertain, we foresee significant potential for the combined entity. We maintain our Buy rating and $60 price target.

Tapestry considered two major factors regarding its recently announced acquisition of Capri Holdings: 1) brand health and 2) solidly remaining investment grade. While the business may have pockets of issues, management believes the CPRI brands are healthy. While Coach appears to have a healthier leathergoods business, CPRI has a larger Ready to Wear and Footwear business. Over time, TPR believes it has a path over time with which to expand margins through healthy brand management and synergies, which will allow reinvestment back into the business including in marketing.

CPRI currently operates a business that is approximately 18% digital, vs. 30% TPR digital penetration. TPR believes there is a solid opportunity to grow CPRI's digital business as the company's wholesale business contracts.

Management remains highly confident in its ability to complete the acquisition. Within its TAM, management noted minimal barriers to entry competitively and the fact that ecommerce has changed the market. The companies operate in an attractive, growing, global, highly fragmented market.

While there is much knowledge around Coach/Kors, Jimmy Choo, and Stuart Weitzman, the Versace brand provides TPR with access to a new vector of growth and deepens access to the luxury segment of the market. We believe these brands do provide optionality and diversification.

**Estimates**

Our estimates remain unchanged.

**Investment Thesis**

We believe high profitability, experienced management, strong balance sheet, and healthy brand equity of the Coach brand show that it deserves a seat at the luxury and accessible luxury table. We expect this management team to continue to execute against its FY25 $4.65+ EPS target (ex. 35 cents impact from the suspension of share repurchases) and believe there is significant potential share price upside from current levels. We remain confident in management's ability to execute its strategy, which we would expect to drive significant multiple expansion. While we are mindful of recessionary concerns, we believe this management team and portfolio of brands has the ability to weather the downturns. We believe TPR will continue to benefit from its pricing power in FY24. While TPR's near-term profitability has been tempered by ongoing macro headwinds, we believe in the company's ability to get to 19% operating margin in the next couple of years and its long-term ability to get to pre-COVID margins of a low/ mid-20% range (FY14 levels) as the business structurally shifts further toward higher-margin DTC and Asia (China). We believe Tapestry's strong

RETAILING/DEPARTMENT STORES & SPECIALTY SOFTLINES

**TAPESTRY, INC.** **August 23, 2023**

performance this year and outlook in China and digital, where TPR maintained its strength, bode well for structural margin gains. We expect solid top-line performance this year (FY24) to reflect continued solid execution at TPR, anchored by steady and strong performance for the Coach brand, with Kate Spade and Stuart Weitzman delivering material sequential improvements and trends. Looking to FY24, we expect continued structural margin gains for TPR with supportive GM. TPR continues to execute its strategy of maintaining price discipline, reducing SKU counts, and leveraging data analytics.

On August 10th, Tapestry announced a definitive agreement to acquire Capri for $57.00 per share in cash for a total EV of approximately $8.5 billion. This translates to a 9x adjusted EBITDA multiple on TTM, or 7x including expected synergies ($200 million), and will result in leverage approaching 4x. The combined company will house Coach, Versace, and Michael Kors brands, along with Jimmy Choo, Kate Spade, and Stuart Weitzman, a globally diversified portfolio. While the increase in leverage is a stark change from TPR's current strong financial position, we remain comfortable with TPR's ability to manage the leverage, with its seasoned and experienced management team. We believe these businesses can generate significant FCF, which we would estimate combined annually over $1.5 billion, which should facilitate rapid paydown of the debt in coming years. Anchored by a healthy, steady, and strong Coach brand, we think there is significant growth potential for Versace. We also believe Kors can be a significant generator of cash upon its wholesale repositioning. While the story for TPR changes with this deal, we foresee significant potential and opportunity for the combined entity. We see a significant risk reward ratio today.

**Valuation**

Shares closed at 7.1x our FY25E EPS of $4.65. We remain BUY rated and maintain our PT of $60, based on 12.9x our FY25 EPS estimate. This is a premium to TPR's 10.4x historical average (5-year FY2 P/E basis) and justified, in our view, given our expectations of 1) a stable and consistent top line, 2) execution of numerous margin initiatives, and 3) potential synergies from the CPRI (Neutral, $51.66) acquisition.

**Risks**

Risks to the downside include 1) an inability to execute transformation/acquisition integration/growth initiatives, 2) a more significant or longer-lasting negative impact from COVID-19 in China, and 3) consolidation/door closures at retail partners where TPR sells.

**TAPESTRY, INC.**  **August 23, 2023**

## ANALYST CERTIFICATION

By issuing this research report, each Guggenheim Securities, LLC ("Guggenheim Securities") research analyst whose name appears in this report hereby certifies that (i) all of the views expressed in this report accurately reflect the research analyst's personal views about any and all of the subject securities or issuers discussed herein and (ii) no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst.

## IMPORTANT DISCLOSURES

The research analyst(s) whose name(s) appear(s) in this report have received compensation based upon various factors, including quality of research, investor client feedback, and Guggenheim Securities, LLC's overall revenue, which includes investment banking revenue.

Guggenheim Securities, LLC or its affiliates expect(s) to receive or intend(s) to seek compensation for investment banking services from Tapestry, Inc. in the next 3 months.

Please refer to this website for company-specific disclosures referenced in this report: https://guggenheimsecurities.bluematrix.com/sellside/Disclosures.action. Disclosure information is also available from Compliance, 330 Madison Avenue, New York, NY 10017.



**Created by: BlueMatrix**

## RATINGS EXPLANATION AND GUIDELINES

**BUY (B)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of 10% or more within a 12-month period.

**NEUTRAL (N)** - Describes stocks that we expect to provide a total return (price appreciation plus yield) of between plus 10% and minus 10% within a 12-month period.

**SELL (S)** - Describes stocks that we expect to provide a total negative return (price appreciation plus yield) of 10% or more within a 12-month period.

**NR** - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Guggenheim Securities, LLC policies.

**CS** - Coverage Suspended. Guggenheim Securities, LLC has suspended coverage of this company.

**NC** - Not covered. Guggenheim Securities, LLC does not cover this company.

**Monitor -** Describes stocks whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

**Under Review (UR) -** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

Guggenheim Securities, LLC methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

Price targets are assigned for Buy- and Sell-rated stocks. Price targets for Neutral-rated stocks are provided at the discretion of the analyst.

RETAILING/DEPARTMENT STORES & SPECIALTY SOFTLINES

**TAPESTRY, INC.**                                                                                      **August 23, 2023**

**Equity Valuation and Risks**: For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at https://guggenheimlibrary.bluematrix.com/client/library.jsp, contact the primary analyst or your Guggenheim Securities, LLC representative, or email GSResearchDisclosures@guggenheimpartners.com.

**RATINGS DISTRIBUTIONS FOR GUGGENHEIM SECURITIES:**

| Rating Category | Count | Percent | IB Serv./ Past 12Mos. Count | IB Serv./ Past 12Mos. Percent |
|---|---|---|---|---|
| BUY | 248 | 66.85% | 42 | 16.94% |
| NEUTRAL | 113 | 30.46% | 6 | 5.31% |
| SELL | 10 | 2.70% | 0 | 0.00% |

**OTHER DISCLOSURES**

This research is for our clients and prospective clients only. This research was prepared by personnel who are associated with both Guggenheim Securities, LLC (a FINRA-registered broker-dealer, "Guggenheim Securities") and Guggenheim Securities Research Services, LLC (an investment adviser, "GSRS," and together with Guggenheim Securities, "Guggenheim"). If you are paying separately for this research, it is being provided to you by GSRS. Otherwise, it is being provided by Guggenheim Securities. Guggenheim does not create tailored or personalized research and all research provided by Guggenheim is impersonal advice. Other than disclosures relating to Guggenheim and our affiliates, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the research analyst's judgement. Guggenheim Securities conducts a full-service, integrated investment banking and brokerage business. Guggenheim Securities is a member of SIPC (http://www.sipc.org). Guggenheim Securities' salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to Guggenheim Securities' clients and our employees trading for our own account that reflect opinions that are contrary to the opinions expressed in this research. Guggenheim and certain of our affiliates conduct an investment management business, trade for their own accounts, and may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity and credit analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives, if any, referred to in this research. We and our affiliates also may sell to or buy from customers on a principal basis the securities described herein. We and our affiliates also do business with, or that relates to, companies covered in Guggenheim research and may have a position in the debt of the company or companies discussed herein.

This research is not an offer to sell or the solicitation of an offer to buy any security. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of investments referred to in this research and the income from them will fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This communication does not constitute an offer of Shares to the public in the United Kingdom. No prospectus has been or will be approved in the United Kingdom in respect of the Securities. Consequently, this communication is directed only at (i) persons who are outside the United Kingdom or (ii) persons who have professional experience in matters relating to investments falling within Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"), (iii) high net worth entities falling within Article 49(2) of the Order (iv) and other persons to whom it may lawfully be communicated (all such persons together being referred to as "relevant persons"). Any investment activity to which this communication relates will only be available to, and will only be engaged with, relevant persons. Any person who is not a relevant person, or otherwise in a territory where it is not intended to, or may not, be distributed, should not act or rely on this document or any of its contents.

Copyright © 2023 by Guggenheim Securities, LLC, a FINRA registered broker-dealer, and by Guggenheim Securities Research Services, LLC, an investment adviser (together with, Guggenheim Securities, LLC, "Guggenheim"). All rights reserved. The content of this report is based upon information obtained from sources that Guggenheim generally considers reliable, but Guggenheim makes no representations or warranties with respect to its accuracy, completeness, timeliness, suitability or otherwise, and assumes no responsibility to update it for subsequent events or knowledge. Guggenheim is not responsible for your use of this information.

# Guggenheim Securities Equity Research & Equities Teams

## Consumer Equity Research

### Automotive
**Jonathan Elias** — 212.381.7573
Jonathan.Elias@guggenheimpartners.com

**Ron Jewsikow** — 212.823.6581
Ronald.Jewsikow@guggenheimpartners.com

### Food Retailers; Consumables Retail/Distribution
**John Heinbockel** — 212.381.4135
John.Heinbockel@guggenheimpartners.com

### Hardlines Retail
**Steven Forbes, CFA, CPA** — 212.381.4188
Steven.Forbes@guggenheimpartners.com

### Restaurants
**Gregory Francfort, CFA** — 212.518.9182
Gregory.Francfort@guggenheimpartners.com

### Retailing/Department Stores & Specialty Softlines
**Robert Drbul** — 212.823.6558
Robert.Drbul@guggenheimpartners.com

## Consumer Equities Team

### Consumer Sector Specialist
**Carey Kaufman** — 504.299.3424
Carey.Kaufman@guggenheimpartners.com

## Power and Energy Transition Equity Research

### Energy Technology & Industrial Technology
**Joseph Osha, CFA** — 415.852.6468
Joseph.Osha@guggenheimpartners.com

### Power & Utilities
**Shahriar Pourreza, CFA** — 212.518.5862
Shahriar.Pourreza@guggenheimpartners.com

## Technology & Media Equity Research

### Entertainment & Digital Media
**Michael Morris, CFA** — 804.253.8025
Michael.Morris@guggenheimpartners.com

### Media & Live Entertainment
**Curry Baker** — 804.253.8029
Curry.Baker@guggenheimpartners.com

### Software
**John DiFucci** — 212.518.9670
John.DiFucci@guggenheimpartners.com

**Howard Ma** — 512.354.3458
Howard.Ma@guggenheimpartners.com

**Raymond McDonough, CFA** — 212.518.9704
Raymond.McDonough@guggenheimpartners.com

## Technology & Media Equities Team

### TMT Sector Specialist
**Seth Ostrie** — 212.518.9547
Seth.Ostrie@guggenheimpartners.com

## Healthcare Equity Research

### Biotechnology
**Debjit Chattopadhyay, Ph.D.** — 212.823.6584
Debjit.Chattopadhyay@guggenheimpartners.com

**Kelsey Goodwin** — 617.859.4621
Kelsey.Goodwin@guggenheimpartners.com

**Eddie Hickman, Ph.D.** — 212.518.9904
Eddie.Hickman@guggenheimpartners.com

**Michael Schmidt, Ph.D.** — 617.859.4636
Michael.Schmidt@guggenheimpartners.com

**Yatin Suneja** — 212.518.9565
Yatin.Suneja@guggenheimpartners.com

**Charles Zhu, Ph.D.** — 212.518.9501
Charles.Zhu@guggenheimpartners.com

### Global Biopharmaceuticals
**Vamil Divan, M.D.** — 212.823.6543
Vamil.Divan@guggenheimpartners.com

**Seamus Fernandez** — 617.859.4637
Seamus.Fernandez@guggenheimpartners.com

**Evan Wang** — 212.651.9756
Evan.Wang@guggenheimpartners.com

### Healthcare IT & Services
**Sandy Draper, CFA** — 404.926.1021
Sandy.Draper@guggenheimpartners.com

**Jack Wallace** — 212.518.9620
Jack.Wallace@guggenheimpartners.com

## Healthcare Equities Team

### Healthcare Sector Specialist
**Whitney Wolfe** — 212.518.9630
Whitney.Wolfe@guggenheimpartners.com

## Equities Management

| | |
|---|---|
| Stefano Natella, Head of Equities | 212.292.4700 |
| Jeffrey Cohen, Head of Sales | 212.292.4762 |
| Dante Ferrarie, Head of Trading | 212.518.3331 |
| Craig Peckham, Head of Research | 212.292.4765 |

## Sales and Trading Offices

| | |
|---|---|
| New York | 212.292.4700 |
| San Francisco | 415.852.6451 |
| Boston | 617.859.4626 |
| Richmond | 804.253.8052 |

**GUGGENHEIM**