**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | C.A. No. 1:24-cv-01410-MN <br> <u>CLASS ACTION</u> |

**CORRECTED DECLARATION OF TIMOTHY PERLA
IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE BY
<u>DEFENDANTS TAPESTRY, INC., JOANNE C. CREVOISERAT, AND SCOTT A. ROE</u>**

I, Timothy Perla, hereby declare under penalty of perjury as follows:

1.      I am a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Tapestry, Inc., Joanne C. Crevoiserat, and Scott A. Roe (collectively, the "Tapestry Defendants"). I am an attorney admitted *pro hac vice* to practice in this Court. I am over the age of eighteen and have personal knowledge of, and am competent to testify about, the factual matters asserted herein. If called as a witness, I could and would competently testify thereto. I submit this Declaration in support of the Tapestry Defendants' Request for Judicial Notice, filed concurrently with the Tapestry Defendants' Motion to Dismiss, filed herewith.

2.      The documents listed below and attached as **Exhibits 1–51** to this Declaration are the subject of the Tapestry Defendants' Request for Judicial Notice.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of Tapestry's Form 10-K, filed with the SEC on August 17, 2023.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Capri's Form 10-K, filed with the SEC on May 31, 2023.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on August 10, 2023.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Exhibit 2.1 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of the stock price of Capri Holdings Ltd (CPRI) from July 9, 2023 to August 9, 2023, obtained from Yahoo! Finance. This stock price data is available online at https://finance.yahoo.com/quote/CPRI/history/?period 1=1688860800&period2=1691539200.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of an April 22, 2024 Business of Fashion article by Bloomberg titled *US Sues to Block $8.5 Billion Union of Coach,*

*Michael Kors*.  The news article is available online at https://www.businessoffashion.com/news/r etail/us-sues-to-block-85-billion-union-of-coach-michael-kors/#:~:text=In%20an%20emailed%2 0statement%2C%20Tapestry,the%20transaction%20this%20calendar%20year.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of a February 11, 2024 TD Cowen analyst report titled *Capri Holdings, Earnings Update, 3Q Model Update*.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of the stock price of Capri Holdings Ltd (CPRI) from August 10, 2023 to October 24, 2024, obtained from Yahoo! Finance.  This stock price data is available online at https://finance.yahoo.com/quote/CPRI/histor y/?period1=1691625600&period2=1729728000.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of Defendant Tapestry's Answer to the Complaint in *FTC v. Tapestry, Inc.*, 1:24-cv-3109-JLR (S.D.N.Y. May 16, 2024) (Dkt. No. 91).

12.    Attached hereto as **Exhibit 10** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on November 6, 2023.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of a transcript from Tapestry's Q1 2024 earnings call on November 9, 2023.  The earnings call transcript is available online at https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q1-175504166.html.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of the Operative Complaint with updated redactions to the original April 23, 2024 complaint in *FTC v. Tapestry, Inc.*, 1:24-cv-3109-JLR (S.D.N.Y. May 24, 2024) (Proposed Updated Redactions to Complaint, Dkt. No. 97-1).

15.    Attached hereto as **Exhibit 13** is a true and correct excerpted copy of an August 29, 2022 Tapestry presentation titled *MK Preliminary Consumer Pulse + M&A Consumer Survey*

*Approach Details*, PX1216.[1]

16.    Attached hereto as **Exhibit 14** is a true and correct copy of an April 22, 2024 Reuters News article titled *UPDATE 4-US sues to block merger of Coach and Michael Kors handbag makers.*  The news article is available online at https://next.westlaw.com/Document/Ia9 93804000ed11ef96f9e74ec2ef97de/View/FullText.html?transitionType=Default&contextData=( sc.Default).

17.    Attached hereto as **Exhibit 15** is a true and correct excerpted copy of a February 17, 2022 Tapestry presentation titled *Pricing Strategy Discussion*, PX1542.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of Tapestry's Form 10-K, filed with the SEC on August 15, 2024.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of a transcript from Tapestry's conference call on August 10, 2023, titled *Tapestry, Inc. (TPR) Definitive Agreement to Acquire Capri Holdings Limited Conference Call Transcript.*

21.    Attached hereto as **Exhibit 19** is a true and correct copy of Exhibit 99.2 to Tapestry's Form 8-K, filed with the SEC on August 10, 2023.

22.    Attached hereto as **Exhibit 20** is a true and correct copy of a transcript of a televised interview by Sara Eisen, news anchor, CNBC, with Joanne Crevoiserat, CEO, Tapestry, which was aired by CNBC on August 10, 2023.  The transcript was prepared by Datalyst, a professional transcription company, upon my request.  The recording of this segment is available online at https://www.cnbc.com/video/2023/08/10/tapestry-ceo-on-acquisition-of-capri-

---

[1] All references to "PX" refer to Plaintiff's exhibit numbers in *Fed. Trade Comm'n v. Tapestry, Inc.*, No. 1:24-cv-3109-JLR (S.D.N.Y. 2024).

holdings-this-deal-brings-tremendous-value-to-consumers.html.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an April 15, 2024 Women's Wear Daily article titled *WWD Recommends*. The news article is available online at https://wwd.com/business-news/financial/tapestry-capri-acquisition-joanne-crevoiserat-ftc-1236314308/.

24. Attached hereto as **Exhibit 22** is a true and correct copy of an April 15, 2024 Bloomberg article titled *News from Bloomberg Terminal: Traders Fear Antitrust Risk in $8.5 Billion Tapestry-Capri Deal*. The news article is available online at https://www.bloomberglaw.com/product/blaw/bloombergterminalnews/bloomberg-terminal-news/SBZLPJDWX2PT.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a transcript of *Squawk on the Street*, a television broadcast aired by CNBC on April 25, 2024. The transcript was prepared by Datalyst, a professional transcription company, upon my request. The recording of this segment can be found at https://archive.org/details/CNBC_20240425_130000_Squawk_on_the_Street.

26. Attached hereto as **Exhibit 24** is a true and correct copy of Capri's Form 8-K, filed with the SEC on August 10, 2023.

27. Attached hereto as **Exhibit 25** is a true and correct copy of Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on August 10, 2023.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a transcript from Tapestry's Q3 2023 earnings call on August 17, 2023. The transcript is available online at https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q4-095528816.html.

29. Attached hereto as **Exhibit 27** is a true and correct copy of an August 23, 2023 Guggenheim analyst report titled *TPR: Walk by $1 Bills to Pick up $20 Bills*.

30. Attached hereto as **Exhibit 28** is a true and correct copy of Capri's Form 8-K, filed with the SEC on November 6, 2023.

5

31. Attached hereto as **Exhibit 29** is a true and correct copy of Tapestry's Form 10-Q, filed with the SEC on November 9, 2023.

32. Attached hereto as **Exhibit 30** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on November 9, 2023.

33. Attached hereto as **Exhibit 31** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on November 9, 2023.

34. Attached hereto as **Exhibit 32** is a true and correct copy of Tapestry's Form 10-Q, filed with the SEC on February 8, 2024.

35. Attached hereto as **Exhibit 33** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on February 8, 2024.

36. Attached hereto as **Exhibit 34** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on February 8, 2024.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a transcript from Tapestry's Q2 2024 earnings call on February 8, 2024. The transcript is available online at https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q2-160845948.html.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a March 6, 2024 Telsey Advisory Group (TAG) analyst report titled *Tapestry, Inc, Highlights from Meeting with TPR Senior Management: Raising PT to $54*.

39. Attached hereto as **Exhibit 37** is a true and correct copy of an April 18, 2024 Forbes article titled *FTC Could Scuttle Tapestry-Capri Merger, Killing Its Ability To Compete In The Luxury Market*. The news article is available online at https://www.forbes.com/sites/pamdanziger/2024/04/18/ftc-could-scuttle-tapestry-capri-merger-killing-its-ability-to-compete-in-the-luxury-market/.

40. Attached hereto as **Exhibit 38** is a true and correct copy of Capri's Form 8-K, filed

with the SEC on April 22, 2024.

41.    Attached hereto as **Exhibit 39** is a true and correct copy of Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on April 22, 2024.

42.    Attached hereto as **Exhibit 40** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on April 22, 2024.

43.    Attached hereto as **Exhibit 41** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on April 22, 2024.

44.    Attached hereto as **Exhibit 42** is a true and correct copy of Tapestry's Form 10-Q, filed with the SEC on May 9, 2024.

45.    Attached hereto as **Exhibit 43** is a true and correct copy of Tapestry's Form 8-K, filed with the SEC on May 9, 2024.

46.    Attached hereto as **Exhibit 44** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on May 9, 2024.

47.    Attached hereto as **Exhibit 45** is a true and correct copy of a transcript from Tapestry's Q3 2024 earnings call on May 9, 2024.  The transcript is available online at https://finance.yahoo.com/news/tapestry-inc-nyse-tpr-q3-160244427.html.

48.    Attached hereto as **Exhibit 46** is a true and correct copy of an excerpt of a May 23, 2024 Morgan Stanley analyst report titled *TAPESTRY INC: 2024 Luxury Conference Management Meetings – Our Key Takeaways*.

49.    Attached hereto as **Exhibit 47** is a true and correct copy of Capri Form 8-K, filed with the SEC on May 29, 2024.

50.    Attached hereto as **Exhibit 48** is a true and correct copy of Exhibit 99.1 to Capri's Form 8-K, filed with the SEC on May 29, 2024.

51.    Attached hereto as **Exhibit 49** is a true and correct copy of Tapestry's Form 8-K,

filed with the SEC on August 15, 2024.

52.    Attached hereto as **Exhibit 50** is a true and correct copy of Exhibit 99.1 to Tapestry's Form 8-K, filed with the SEC on August 15, 2024.

53.    Attached hereto as **Exhibit 51** is a true and correct copy of Tapestry's Schedule 14A Definitive Proxy Statement, filed with the SEC on September 27, 2024.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Boston, Massachusetts, on this 15th day of July, 2025.

*/s/ Timothy Perla*
Timothy Perla

8