# Exhibit 23

Squawk on the Street

| | |
|---|---|
| Carl Quintanilla: | Welcome back to Squawk on the Street. These kids on your screen, the children of employees, including our producer Ben Thompson on Squawk on the Street here as CNBC celebrates, Bring Your Kids to Work Day. Two of our own, Auggie and Campbell Thompson. Auggie, big 10th birthday coming up this weekend. Way to go, man. Enjoy. Make sure Dad gets you something good. |
| Sara Eisen: | Wow. They have red hair like their father. Happy birthday, Auggie. That's adorable. I'm sad that my kids aren't here. |
| Carl: | You should be. You are really distraught. |
| David Faber: | I'm sad for your kids, too, sitting at home when they could be having fun at HQ. |
| Sara: | I know. It looks like a blast. We're doing a nice job with that. |
| Carl: | It is. |
| Sara: | I want to get an update on a big retail story that is percolating right now. The FTC suing to block the more than $8.5 billion merger between Coach owner Tapestry and Michael Kors owner Capri Holdings. Tapestry CEO Joanne Crevoiserat, I spoke to her. As you can imagine, she told me she is disappointed – |
| Sara: | – and quite surprised with the way the FTC is thinking about the market. She says they fundamentally misunderstand the market and the way consumers shop. She said we spend time in the market and we have data and it is intensely competitive.

Crevoiserat is following up by saying duopoly because we mentioned this idea that the FTC referred to as Kors-Coach duopoly. She said I wish our job was that easy. I wish we only had to worry about one competitor. She also was particularly disappointed, David, when I spoke to her about the FTC's argument that this would harm workers as well and that they compete on workers. She said we are proud and focused on this. Our people are our competitive advantage and we experience very low turnover for our industry. I've spent a lot of time, as you know, looking into this, speaking to lawyers about this.

The reason it is unprecedented almost for the DOJ or the FTC to block a fashion merger is because it's hard to think of an industry that is more competitive when it comes to brands, and if – |
| Sara: | And if they are going to define this market by accessible luxury, which is what they do in the complaint, then they should define the market. They haven't done that, to my understanding, besides mentioning price points of handbags. But if you shop for handbags, you know, first of all, that some |

Squawk on the Street

|  | people who make $100,000 still carry around a $4,000 Louis Vuitton bag. There's competition everywhere, and the market isn't segmented by just two designers that happen to make handbags around the same prices. It's just not how women shop. |
|---|---|
| David: | Accessible luxury was their term, though, that they coined, right? |
| Sara: | Coach. Coach coined that term. |
| David: | Coach coined that. I mean, listen, there was a lot redacted from the complaint itself, which led those who read it to believe perhaps there are bad so-called documents. I've said this before, that don't look particularly good in terms of the potential competition between the two. They would represent, what, 50% if they got together of this accessible luxury market? |
| Sara: | It depends how you even define accessible luxury market. I'm not sure you can even do that, because if you look – |
| Sara: | – across Instagram, upstart brands, legacy brands, you can find a lot of handbags in the same price range and also when it comes to shopping, if Taylor Swift wears a handbag whatever it is the next day, that one blows up and that's competition. |
| David: | Yes no doubt. Well the judge, judge changed by the way from what we told you first day but it's – |
| Sara: | The only other thing I want to tell you about this is Joanne the CEO does not—this does not change her timeline for closing the acquisition by the end of calendar year 2024. They expected a delay, they expected a tough regulatory environment, they feel that very confident in their case in litigating this. |
| David: | All right. You can see of course the performance of those two no different than the performance of the overall market but the S&P is off the lows down about one and a half percent. We got a lot more coverage of this volatility for you when we come back. |