# Exhibit 36



**TAG** TELSEY ADVISORY GROUP

LUXURY GOODS

**COMPANY UPDATE**

**MARCH 6, 2024**

---

## TPR - $47.78    OUTPERFORM

Price Target (Current)    $54.00

Price Target (Previous)    $49.00    ↑

### Market Statistics                          03/05/2024
| | |
|---|---|
| Market Capitalization ($MM): | $10,844.4 |
| Enterprise Value (MM): | $12,880.5 |
| Shares Outstanding (MM): | 229.4 |
| Avg. Daily Trading Volume (Shrs, 000s): | 3,774.5 |
| Short Interest/Float: | 2.8% |
| Insider Ownership (% of Total Shrs Out): | 1.1% |
| Dividend Yield: | 3.0% |
| Stock Exchange: | NYSE |

### Price Performance                          03/05/2024
| | |
|---|---|
| 52-Week Range: | $25.99-$48.80 |
| YTD % Change: | 29.8% |
| YTD % Change Relative to Index: | 22.2% |
| Implied Return to Price Target: | 13.0% |



**Tapestry, Inc. vs. S&P 500 (SP50)**

—— TPR    —— S&P 500 (SP50)

### Valuation Metrics (FYE June)
| | 2023 | 2024E | 2025E |
|---|---|---|---|
| P/E Ratio | 12.3x | 11.3x | 10.3x |
| PEG Ratio (using 5-Yr GR) | (1.8)x | (1.7)x | (1.5)x |
| EV/Sales | 1.9x | 1.9x | 1.8x |
| EV/EBITDA | 9.5x | 9.1x | 8.0x |
| FCF Yield (using EV) | 6.1% | 8.9% | 8.7% |

### Same-Store Sales / EPS (Operating)
| Period | Current | Previous | Period | Current | Previous |
|---|---|---|---|---|---|
| 1Q23 | (0.1)% | - | 1Q23 | $0.79 | - |
| 2Q23 | (5.1)% | - | 2Q23 | $1.36 | - |
| 3Q23 | 7.3% | - | 3Q23 | $0.78 | - |
| 4Q23 | 3.2% | - | 4Q23 | $0.95 | - |
| 2023 | 0.8% | - | 2023 | $3.88 | - |
| 1Q24 | 3.7% | - | 1Q24 | $0.93 | - |
| 2Q24 | 6.4% | - | 2Q24 | $1.63 | - |
| 3Q24E | (2.5)% | - | 3Q24E | $0.65 | - |
| 4Q24E | 0.0% | - | 4Q24E | $1.04 | - |
| 2024E | 2.1% | - | 2024E | $4.25 | - |
| 1Q25E | 3.0% | - | 1Q25E | $0.98 | - |
| 2Q25E | 3.0% | - | 2Q25E | $1.76 | - |
| 3Q25E | 4.0% | - | 3Q25E | $0.75 | - |
| 4Q25E | 4.0% | - | 4Q25E | $1.16 | - |
| 2025E | 3.5% | - | 2025E | $4.65 | - |

*Coach brand comps

Source: FactSet, company reports, and TAG estimates.

**Dana Telsey**
212.584.4606 / dtelsey@telseygroup.com

**Joshua Herrity**
212.584.4644 / jherrity@telseygroup.com

**Robert Rosenhaus**
212.584.4622 / rrosenhaus@telseygroup.com

**Alexis Cooper, CFA**
212.660.5435 / acooper@telseygroup.com

---

# TAPESTRY, INC.

## Highlights from Meeting with TPR Senior Management: Raising PT to $54

*Yesterday, we hosted a meeting with investors and TPR's senior management including CEO Joanne Crevoiserat, CFO/COO Scott Roe, Global Head of IR Christina Colone, and Senior Manager of IR Maddison Miller at the company's NYC headquarters. We summarize our takeaways below:*

**Maintain Outperform rating. Raising price target to $54.** Overall, we viewed management's tone as positive in our meeting. The company remains confident in completing the CPRI acquisition, and the process remains on the expected timeline to close in calendar 2024. TPR still sees $500MM in free cash flow generation from the standalone CPRI business, and the deal is expected to be accretive on day one. The company's customer acquisition engine has been successful in appealing to a younger demographic, while new data analytics tools and insights have driven more nimble product and assortment decisions while generating marketing efficiencies. Therefore, given what we see as management's strong execution in an attractive, high margin, category, we maintain our Outperform rating, and we are raising our price target to $54 from $49 previously. Our new price target assumes an 11.0x multiple on our two-year forward EPS estimate of $4.91, which compares to the current NTM multiple of 10.6x and the ten-year average of 13.6x.

**Management reiterated its confidence in completing the CPRI acquisition.** Not surprisingly, our conversation opened with questions around the CPRI acquisition. Management reiterated that it remains confident in closing the deal, and that it is exactly where it thought it would be at this point, noting that it expected a somewhat drawn out process as reflected in the expected closing timeline of calendar 2024. TPR management noted that CPRI has underperformed its own expectations based on two factors. First the wholesale channel, where CPRI's exposure is at 30% compared to TPR's 10%, has been challenged, particularly in North America, with promotional pressures weighing on the business. While CPRI had plans in place to reduce wholesale exposure, it may be declining faster than originally anticipated, which TPR management does not see as a negative outcome. Secondly, execution missteps in the platforming of the NA e-commerce business has weighed on the topline over the second half of calendar 2023, though that has now largely been resolved. With CPRI's digital business roughly half that of TPR, management sees itself as the right owner to build that business back with improved responsiveness.

**TPR remains confident in synergies, but the objective of the acquisition is growth.** TPR continues to see $200MM in synergy opportunities, with roughly two-thirds coming from supply chain efficiencies and the remainder driven by overhead redundancies. TPR also believes that CPRI's lifestyle expertise can drive additional growth opportunities for its brands. In all, TPR remains confident in CPRI business's ability to generate $500MM in free cash flow on a standalone basis, which, when combined with TPR, would reach nearly $2B annually. However, management emphasized that the objective is to drive growth with this acquisition.

**The wholesale channel outside the US is healthier and drives customer acquisition.** Management noted that the wholesale business outside the US is a healthier channel that can reach consumers that might not otherwise be exposed to the brand. In Europe, the wholesale business wins traffic based on merchandising, not on promotions. As for the off-price channel, management is focused on the long-term health and trajectory of its brands, and over time it could strategically move further away from that business.

---

**PLEASE SEE IMPORTANT DISCLOSURES STARTING ON PAGE 4 OF THIS REPORT**

Case 1:24-cv-01410-SB    Document 50-10    Filed 07/15/25    Page 3 of 6 PageID #: 5797

**Coach's Amazon test follows younger customer to where she is shopping.** Management noted that its Amazon trial for the Coach brand has been designed to follow the wholesale consumer where she is shopping and to better identify where they are discovering brands, while reading results and analyzing cannibalization. In addition, with the trial, TPR looks to understand where the customer goes next on their journey and how to bring that customer into the Coach brand ecosystem to build lifetime value. In addition, TPR is learning from Amazon's technology capabilities. Management noted that it can be difficult to control the third-party brand experience on Amazon, and that customers may not be seeing the value that they could have by going straight to Coach outlet. As such, third party sellers can create negative brand experiences unless the brand is there itself. The company emphasized that the Amazon wholesale relationship is a small trial to create a brand presence where the traffic is located that is mutually beneficial to both parties.

**Customer acquisition engine recruits new, younger demographic to the brands.** TPR has worked over the past several years to build customer engagement across its brands, and believes it is beginning to see an inflection point in its efforts. For the December quarter, the company acquired approximately 2.5MM new customers in North America alone, of which roughly half were Gen Z and millennials. In addition, TPR continues to see new customer transactions at higher AURs than the balance of the customer base. In addition, the company has improved lapsed customer reactivation in North America as well, engaging existing customers while bringing new customers into the fold. Over the past several years, TPR has essentially tripled its investment in marketing to 9% of sales from 3%, focusing more on the top of funnel and bringing in new customers.

**Data analytics tools drive nimble product decisions and effective marketing.** The company has developed a data-driven direct-to-consumer operating model that supports the growth and agility of its brands. By conducting extensive research into defining its understanding of its target consumers and clarifying its brand positioning, the company has improved execution of product innovation and marketing. With a strong consumer database in place in the cloud and software and analytical tools available in real time, management has the ability to make informed decisions in product development and marketing. In addition, the company believes that this customer insight work and capabilities can be immediately applied to the MK brand once acquired. At the same time, over the past four years, the company has cut its assortments essentially in half, allowing for more productive product and marketing to build the brands. With the confidence that the groundwork has been laid so that product is meeting and exceeding customer expectations with regards to value, TPR has been able to take consistent pricing, particularly at Coach, during various cycles, including a promotional environment over the past year.

## TPR SUMMARY FINANCIAL MODEL

$ in millions, except per share data. FYE June.

| | 2018A TOTAL | 2019A TOTAL | 2020A TOTAL | 2021A TOTAL | 1Q22A SEPT | 2Q22A DEC | 3Q22A MAR | 4Q22A JUNE | 2022A TOTAL | 1Q23A SEPT | 2Q23A DEC | 3Q23A MAR | 4Q23A JUNE | 2023A TOTAL | 1Q24A SEPT | 2Q24A DEC | 3Q24E MAR | 4Q24E JUNE | 2024E TOTAL | 2025E TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | |
| Coach sales | 4,222 | 4,271 | 3,526 | 4,253 | 1,115 | 1,525 | 1,072 | 1,209 | 4,921 | 1,119 | 1,450 | 1,144 | 1,247 | 4,960 | 1,157 | 1,542 | 1,134 | 1,252 | 5,085 | 5,268 |
| Kate Spade sales | 1,285 | 1,367 | 1,150 | 1,210 | 300 | 500 | 302 | 344 | 1,446 | 322 | 490 | 297 | 310 | 1,419 | 303 | 460 | 293 | 320 | 1,377 | 1,455 |
| Stuart Weitzman sales | 374 | 389 | 286 | 283 | 67 | 116 | 64 | 72 | 318 | 65 | 85 | 68 | 63 | 282 | 53 | 82 | 68 | 68 | 271 | 301 |
| **Total Sales** | **$5,880** | **$6,027** | **$4,961** | **$5,746** | **$1,481** | **$2,141** | **$1,438** | **$1,625** | **$6,685** | **$1,507** | **$2,025** | **$1,510** | **$1,620** | **$6,661** | **$1,513** | **$2,085** | **$1,495** | **$1,640** | **$6,733** | **$7,024** |
| Total Gross Profit | 3,965 | 4,082 | 3,357 | 4,074 | 1,069 | 1,457 | 1,005 | 1,119 | 4,650 | 1,055 | 1,389 | 1,098 | 1,173 | 4,715 | 1,098 | 1,493 | 1,103 | 1,211 | 4,905 | 5,164 |
| Total SG&A Expenses | 2,973 | 3,131 | 2,919 | 2,979 | 762 | 981 | 829 | 860 | 3,432 | 800 | 971 | 872 | 899 | 3,543 | 825 | 1,017 | 907 | 903 | 3,652 | 3,711 |
| Coach operating income | 1,122 | 1,157 | 787 | 1,346 | 367 | 474 | 287 | 352 | 1,481 | 339 | 453 | 342 | 395 | 1,530 | 371 | 528 | 329 | 420 | 1,649 | 1,792 |
| Kate Spade operating income | 198 | 186 | 41 | 132 | 39 | 86 | 11 | 28 | 163 | 23 | 69 | 8 | 15 | 115 | 27 | 72 | 5 | 21 | 125 | 161 |
| Stuart Weitzman operating income | 13 | (17) | (57) | (5) | (1) | 16 | (6) | (3) | 5 | (5) | 1 | 1 | (3) | (7) | (9) | 1 | (0) | (3) | (11) | (2) |
| **Total Operating (Loss) Income** | **992** | **951** | **438** | **1,095** | **307** | **476** | **176** | **260** | **1,219** | **254** | **418** | **226** | **274** | **1,172** | **273** | **476** | **195** | **309** | **1,253** | **1,453** |
| Interest expense, net | 74 | 48 | 60 | 71 | 16 | 16 | 15 | 12 | 59 | 7 | 8 | 6 | 6 | 28 | 7 | 5 | 5 | 4 | 20 | 109 |
| Pretax Income | 918 | 898 | 365 | 1,025 | 289 | 457 | 158 | 240 | 1,144 | 236 | 417 | 223 | 267 | 1,143 | 265 | 476 | 191 | 305 | 1,236 | 1,344 |
| Taxes (Benefit) | 158 | 149 | 94 | 184 | 54 | 89 | 22 | 42 | 207 | 41 | 87 | 37 | 43 | 207 | 49 | 99 | 38 | 61 | 246 | 269 |
| **Net Income (Loss)** | **760** | **749** | **271** | **841** | **235** | **368** | **136** | **197** | **937** | **195** | **330** | **187** | **224** | **936** | **216** | **377** | **153** | **244** | **990** | **1,075** |
| Diluted Shares Outstanding | 289 | 291 | 279 | 283 | 285 | 277 | 266 | 252 | 270 | 247 | 243 | 240 | 235 | 241 | 233 | 232 | 233 | 235 | 233 | 231 |
| EPS | $2.63 | $2.57 | $0.97 | $2.97 | $0.82 | $1.33 | $0.51 | $0.78 | $3.47 | $0.79 | $1.36 | $0.78 | $0.95 | $3.88 | $0.93 | $1.63 | $0.65 | $1.04 | $4.25 | $4.65 |
| *YoY % Change* | 22.2% | (2.2%) | (62.2%) | 205.3% | 42.5% | 15.5% | 1.2% | 5.8% | 16.7% | (4.0%) | 2.2% | 51.7% | 21.8% | 11.9% | 17.6% | 19.9% | (16.0%) | 9.2% | 9.5% | 9.4% |
| **SELECT GROWTH RATES AND MARGINS** | | | | | | | | | | | | | | | | | | | | |
| Coach sales | 2.6% | 1.2% | (17.4%) | 20.6% | 27.4% | 24.5% | 11.3% | 1.7% | 15.7% | 0.4% | (4.9%) | 6.7% | 3.2% | 0.8% | 3.4% | 6.4% | (0.9%) | 0.3% | 2.5% | 3.6% |
| Kate Spade sales | | 6.4% | (15.9%) | 5.3% | 24.6% | 33.2% | 19.5% | 0.7% | 19.5% | 7.5% | (2.0%) | (1.4%) | (10.1%) | (1.8%) | (5.8%) | (6.1%) | (1.3%) | 3.4% | (3.0%) | 5.7% |
| Stuart Weitzman sales | 0.1% | 4.2% | (26.5%) | (1.0%) | 17.9% | 37.0% | 10.8% | (15.4%) | 12.2% | (1.8%) | (26.3%) | 7.4% | (12.8%) | (11.4%) | (19.4%) | (3.7%) | (0.2%) | 9.2% | (3.6%) | 10.9% |
| **Total Sales** | **31.0%** | **2.5%** | **(17.7%)** | **15.8%** | **26.3%** | **27.0%** | **12.9%** | **0.6%** | **16.3%** | **1.7%** | **(5.4%)** | **5.0%** | **(0.3%)** | **(0.4%)** | **0.4%** | **2.9%** | **(0.9%)** | **1.3%** | **1.1%** | **4.3%** |
| **Total Gross Profit Margin** | **67.4%** | **67.7%** | **67.7%** | **70.9%** | **72.2%** | **68.1%** | **69.9%** | **68.9%** | **69.6%** | **70.0%** | **68.6%** | **72.8%** | **72.4%** | **70.8%** | **72.5%** | **71.6%** | **73.7%** | **73.9%** | **72.8%** | **73.5%** |
| *YoY bps change* | (128) | 29 | (5) | 323 | 134 | (157) | (170) | (281) | (132) | (216) | 53 | 284 | 353 | 121 | 254 | 304 | 97 | 146 | 206 | 67 |
| **Total SG&A Expense Ratio** | **50.6%** | **51.9%** | **58.8%** | **51.8%** | **51.4%** | **45.8%** | **57.7%** | **52.9%** | **51.3%** | **53.1%** | **47.9%** | **57.8%** | **55.5%** | **53.2%** | **54.5%** | **48.8%** | **60.7%** | **55.0%** | **54.2%** | **52.8%** |
| *YoY bps change* | (5) | 138 | 689 | (700) | 12 | 58 | 44 | (191) | (49) | 169 | 212 | 8 | 262 | 184 | 139 | 86 | 290 | (47) | 106 | (141) |
| *YoY % growth* | 30.9% | 5.3% | (6.8%) | 2.0% | 26.6% | 28.7% | 13.8% | (2.9%) | 15.2% | 5.1% | (1.0%) | 5.1% | 4.6% | 3.2% | 3.1% | 4.8% | 4.0% | 0.4% | 3.1% | 1.6% |
| Coach operating margin | 26.6% | 27.1% | 22.3% | 31.7% | 32.9% | 31.1% | 26.8% | 29.1% | 30.1% | 30.3% | 31.3% | 29.9% | 31.7% | 30.8% | 32.1% | 34.3% | 29.0% | 33.6% | 32.4% | 34.0% |
| Kate Spade operating margin | 15.4% | 13.6% | 3.5% | 10.9% | 12.9% | 17.1% | 3.6% | 8.1% | 11.3% | 7.2% | 14.1% | 2.7% | 4.8% | 8.1% | 8.8% | 15.7% | 1.8% | 6.7% | 9.1% | 11.1% |
| Stuart Weitzman operating margin | 3.6% | (4.3%) | (19.8%) | (1.8%) | (1.7%) | 14.0% | (10.1%) | (4.6%) | 1.7% | (7.8%) | 0.8% | 1.2% | (5.0%) | (2.4%) | (16.3%) | 1.7% | (0.6%) | (4.4%) | (3.9%) | (0.6%) |
| **Total Operating Income (Loss) Margin** | **16.9%** | **15.8%** | **8.8%** | **19.1%** | **20.7%** | **22.2%** | **12.2%** | **16.0%** | **18.2%** | **16.9%** | **20.6%** | **15.0%** | **16.9%** | **17.6%** | **18.0%** | **22.8%** | **13.1%** | **18.8%** | **18.6%** | **20.7%** |
| *YoY bps change* | (124) | (109) | (694) | 1,022 | 122 | (216) | (213) | (89) | (83) | (386) | (159) | 276 | 92 | (63) | 115 | 218 | (193) | 193 | 100 | 208 |
| Taxes (Benefit) | 17.2% | 16.6% | 25.7% | 17.9% | 18.6% | 19.5% | 13.7% | 17.7% | 18.1% | 17.3% | 20.9% | 16.4% | 16.0% | 18.1% | 18.3% | 20.8% | 20.0% | 20.0% | 19.9% | 20.0% |
| **REVENUE DRIVERS** | | | | | | | | | | | | | | | | | | | | |
| **Same Store Sales Growth:** | | | | | | | | | | | | | | | | | | | | |
| Coach* | 1.0% | 2.0% | (17.0%) | 21.8% | 28.2% | 24.8% | 10.8% | 1.2% | 15.7% | (0.1%) | (5.1%) | 7.3% | 3.2% | 0.8% | 3.7% | 6.4% | (2.5%) | 0.0% | 2.1% | 3.5% |
| Kate Spade | (7.0%) | (7.0%) | (22.2%) | 4.6% | 26.0% | 34.6% | 20.0% | 1.4% | 20.5% | 7.5% | (2.3%) | (1.8%) | (10.0%) | (2.0%) | (5.4%) | (5.9%) | (2.0%) | 2.0% | (3.3%) | 4.1% |
| **Square Footage Growth** | | | | | | | | | | | | | | | | | | | | |
| Coach | 1.3% | 0.5% | (2.0%) | (1.8%) | (1.6%) | (0.7%) | 1.0% | 0.9% | 0.9% | 1.1% | 0.3% | (1.3%) | (0.1%) | (0.9%) | (0.6%) | (0.1%) | 2.3% | 0.5% | 1.2% | 0.0% |
| Kate Spade | | 26.9% | 5.8% | (1.7%) | (2.9%) | (2.7%) | (1.2%) | (1.3%) | (1.3%) | 0.0% | 0.5% | 0.7% | (0.1%) | (0.1%) | (0.7%) | (0.4%) | 0.9% | 1.8% | 1.8% | 1.3% |
| Stuart Weitzman | 20.9% | 38.2% | (16.0%) | (12.0%) | (10.1%) | (8.1%) | (5.7%) | (5.9%) | (5.9%) | (1.8%) | (0.1%) | (0.4%) | (7.6%) | (7.6%) | (2.2%) | (0.2%) | 6.5% | 13.8% | 13.8% | 6.6% |
| Total | 23.1% | 6.6% | (1.2%) | (2.2%) | (2.2%) | (1.5%) | 0.3% | 0.2% | 0.2% | 0.7% | 0.3% | (0.8%) | (0.4%) | (1.0%) | (0.7%) | (0.2%) | 2.2% | 1.2% | 1.8% | 0.6% |
| **Store Count:** | | | | | | | | | | | | | | | | | | | | |
| Coach | 987 | 986 | 958 | 939 | 938 | 954 | 952 | 945 | 945 | 949 | 953 | 934 | 939 | 939 | 934 | 944 | 944 | 944 | 944 | 944 |
| Kate Spade | 342 | 407 | 420 | 407 | 402 | 401 | 399 | 398 | 398 | 399 | 400 | 399 | 397 | 397 | 396 | 399 | 404 | 409 | 409 | 417 |
| Stuart Weitzman | 103 | 147 | 131 | 104 | 101 | 100 | 97 | 100 | 100 | 98 | 99 | 95 | 93 | 93 | 97 | 99 | 102 | 107 | 107 | 115 |
| Total | 1,432 | 1,540 | 1,509 | 1,450 | 1,441 | 1,455 | 1,448 | 1,443 | 1,443 | 1,446 | 1,452 | 1,428 | 1,429 | 1,429 | 1,427 | 1,442 | 1,450 | 1,460 | 1,460 | 1,476 |
| **BALANCE SHEET HIGHLIGHTS** | | | | | | | | | | | | | | | | | | | | |
| Total Debt | $1,601 | $1,603 | $2,299 | $1,591 | $1,591 | $1,589 | $1,590 | $1,690 | $1,690 | $1,678 | $1,673 | $1,667 | $1,661 | $1,661 | $1,655 | $7,739 | $7,739 | $7,739 | $7,739 | $7,739 |
| Cash and Short Term Investments | $1,243 | $969 | $1,426 | $2,008 | $1,253 | $1,257 | $806 | $790 | $790 | $527 | $830 | $637 | $726 | $726 | $622 | $7,446 | $12,840 | $12,996 | $12,996 | $13,721 |
| Net Debt (Cash) | $357 | $634 | $873 | ($417) | $339 | $332 | $784 | $901 | $901 | $1,152 | $842 | $1,029 | $935 | $935 | $1,033 | $294 | ($5,100) | ($5,256) | ($5,256) | ($5,982) |
| Total Debt/EBITDA | 1.3x | 1.3x | 3.3x | 1.2x | 1.1x | 1.1x | 1.1x | 1.2x | 1.2x | 1.2x | 0.7x | 1.2x | 1.2x | 1.2x | 1.2x | 3.1x | 5.5x | 5.4x | 5.4x | 4.8x |
| Total Debt/Capital | 0.3x | 0.3x | 0.5x | 0.3x | 0.3x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.4x | 0.7x | 0.7x | 0.7x | 0.7x | 0.7x |
| Merchandise Inventory | 674 | 778 | 737 | 735 | 818 | 750 | 913 | 994 | 994 | 1140 | 976 | 934 | 920 | 920 | 943 | 825 | 881 | 885 | 885 | 900 |
| YoY % change | 43.5% | 15.5% | (5.3%) | (0.3%) | 0.9% | 18.7% | 30.4% | 35.3% | 35.3% | 39.3% | 30.1% | 2.3% | (7.5%) | (7.5%) | (17.3%) | (15.5%) | (5.7%) | (3.8%) | (3.8%) | 1.7% |
| Inventory per Sq Ft | $186 | $178 | $182 | $246 | $282 | $240 | $235 | $228 | $229 | $235 | $203 | $217 | $217 | $217 | $223 | $110 | $216 | $219 | $219 | $223 |
| YoY % growth | 16.5% | 8.4% | (4.2%) | 2.0% | 3.2% | 20.4% | 30.0% | 35.1% | 35.1% | 38.3% | 29.7% | 3.2% | (7.1%) | (6.6%) | (16.7%) | (15.3%) | (7.7%) | (5.0%) | (5.5%) | 1.2% |
| Inventory Turnover Ratio | 2.8x | 2.5x | 2.2x | 2.3x | 2.1x | 2.6x | 2.2x | 2.0x | 2.0x | 1.8x | 3.7x | 2.1x | 2.1x | 2.1x | 2.0x | 4.1x | 2.1x | 2.1x | 2.1x | 2.1x |
| Book Value per Share | $11.24 | $12.08 | $8.17 | $11.52 | $11.04 | $10.56 | $9.55 | $9.06 | $8.46 | $9.14 | $9.51 | $9.44 | $9.68 | $9.44 | $10.39 | $11.48 | $11.75 | $12.39 | $12.48 | $15.82 |
| **FREE CASH FLOW CALCULATION** | | | | | | | | | | | | | | | | | | | | |
| Net Income | 760 | 749 | 271 | 841 | 235 | 368 | 136 | 197 | 937 | 195 | 330 | 187 | 224 | 936 | 216 | 377 | 153 | 244 | 990 | 1,075 |
| Plus: D&A | 260 | 268 | 248 | 219 | 51 | 49 | 49 | 47 | 195 | 44 | 45 | 42 | 52 | 182 | 44 | 42 | 42 | 42 | 169 | 166 |
| Change in Working Capital | 169 | (273) | (80) | 230 | (260) | 180 | (245) | (42) | (367) | (400) | 218 | (132) | 96 | (217) | (214) | 391 | (201) | 40 | 16 | (18) |
| Share Based Compensation | 81 | 85 | 53 | 64 | 15 | 19 | 20 | 19 | 72 | 15 | 20 | 21 | 23 | 79 | 20 | 24 | 21 | 18 | 82 | 90 |
| Charges / Other | 88 | 69 | 838 | (24) | (11) | 81 | 2 | 24 | 96 | (25) | 20 | (5) | 5 | (5) | 30 | 47 | 0 | 0 | 77 | 0 |
| Less: Capex | (267) | (274) | (205) | (116) | (33) | (38) | (3) | (19) | (94) | (27) | (82) | (41) | (35) | (184) | (21) | (23) | (76) | (70) | (190) | (190) |
| **Free Cash Flow** | **1,092** | **623** | **1,125** | **1,215** | **(3)** | **658** | **(42)** | **226** | **840** | **(198)** | **551** | **72** | **366** | **791** | **76** | **858** | **(63)** | **273** | **1,144** | **1,122** |
| Free Cash Flow / Share | $3.78 | $2.14 | $4.04 | $4.29 | ($0.01) | $2.37 | ($0.16) | $0.90 | $3.11 | ($0.80) | $2.27 | $0.30 | $1.55 | $3.28 | $0.33 | $3.70 | ($0.27) | $1.16 | $4.91 | $4.85 |

Source: Company reports and TAG estimates.

## ADDENDUM
## Important Disclosures:

Valuation Method for Target Price: Price-to-Earnings, enterprise-value-to-EBITDA, P/E to growth, price to free cash flow, and discounted cash flow analysis.

Investment Risks: Telsey Advisory Group's (TAG's) equity research department covers consumer-focused sectors including apparel manufacturers, cannabis, children's and teen retailers, consumer electronics retailers, cosmetics, department stores, discounters, footwear, home furnishings retailers, home improvement retailers, internet, luxury goods, office supply retailers, off-price retailers, restaurants, specialty apparel retailers, sporting goods retailers, and supermarkets. Risks across or specific to one or more of these sectors include volatility of commodity costs, consumer spending, currency, rising interest rates, weaker consumer confidence and unemployment rates. Additionally, access to capital, supply chain disruptions, commodity costs, private label distribution, currency, geopolitical uncertainty, unfavorable government regulations, lack of appropriate real estate sites, and the use of the World Wide Web to sell merchandise represent unique industry risks.

### Analyst Certification
The Research Analysts, Dana Telsey, Joshua Herrity, Robert Rosenhaus and Alexis Cooper, CFA, who prepared the research report hereby certify that the views expressed in this report accurately reflect the Analyst(s) personal views about the subject companies and their securities. The Research Analyst(s) also certify that the Analyst(s) have not been, are not, and will not be receiving direct or indirect compensation for expressing the specific recommendation(s) or view(s) in this report.

### Company Specific Disclosures

**Tapestry, Inc. Rating History as of 03/05/2024**



On September 16, 2012 TAG completed a transition from price target ranges to specific price targets. All price target changes prior to September 16, 2012, are displayed as price target averages.

\* Telsey with ratings are effective as of 09/11/14

### Ratings Distribution & Investment Banking Disclosure

| Rating | Count | Ratings Distribution | Count | *Investment Banking |
|---|---|---|---|---|
| OUTPERFORM | 44 | 48.89% | 3 | 6.82% |
| MARKET PERFORM | 46 | 51.11% | 0 | 0.00% |
| UNDERPERFORM | 0 | 0.00% | 0 | 0.00% |

**On 09-11-2014 TAG launched a three-tiered rating system of Outperform, Market Perform, and Underperform to evaluate its stocks under coverage. Price targets continue to be used in conjunction with the new rating system.**

### Ratings Definition and Distribution

Our recommendation system is based on a stock's expected total return relative to the industry universe over the next 12 months.

We divide stocks under coverage into three categories, each defined by a prospective rate of return:

**Outperform** – the stock is expected to outperform the average total return of the industry universe over the next 12 months.

**Market Perform** – the stock is expected to perform in line with the average total return of the industry universe over the next 12 months.

**Underperform** – the stock is expected to underperform the average total return of the industry universe over the next 12 months.

Disclosures required by United States laws and regulations

Case 1:24-cv-01410-SB    Document 50-10    Filed 07/15/25    Page 6 of 6 PageID #: 5800

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures:

Ownership and material conflicts of interest: TAG prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage.

Analyst compensation: TAG's employees/analysts do not receive any compensation from subject companies for inclusion in our research. Analysts are paid in part based on the overall profitability of TAG which may include investment banking revenues.

Analyst as officer or director: TAG analysts, persons reporting to analysts or members of their households do not serve as officers, directors, advisory board members or employees of any of our subject companies in the analyst's area of coverage.

Investment banking activities: TAG provides investment banking, other non-investment banking securities related services, and non-securities services and may seek such relationships from subject companies.

TAG is a member of FINRA (http://www.finra.org) and SIPC (http://www.sipc.org).

Other Disclaimers

TAG is a registered broker dealer offering equity research, trading and investment banking services. The Equity Research Department of TAG produces and distributes research products to institutional clients of TAG. The research products are for institutional investors only. The research products may not contain information necessary for others to make investment decisions. Consult your financial adviser or an investment professional if you are not an institutional investor. This research is based on current public information that we consider reliable. We seek to update our research as appropriate. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment. TAG updates research reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions of TAG analysts. All TAG publications are prepared in accordance with TAG compliance and conflict management policies. TAG is committed to the integrity, objectivity, and independence of our research. Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients, which may reflect opinions that are contrary to the opinions expressed in this research. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. These publications are furnished for informational purposes only and on the condition that it will not form the sole basis for any investment decision. Any opinion contained herein may not be suitable for all investors or investment decisions. Each investor must make its own determination of the appropriateness of an investment in any company referred to herein based on considerations applicable to such investor and its own investment strategy. By virtue of these publications, neither TAG nor any of its employees, nor any data provider or any of its employees shall be responsible for any investment decision. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. All research reports made available to clients are simultaneously available on our website, https://telseylibrary.bluematrix.com/. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

TAG publications may not be reproduced, distributed, or published without the prior consent of TAG.

© 2024. All rights reserved by Telsey Advisory Group. Telsey Advisory Group and its logo are registered trademarks of Telsey Advisory Group LLC.