UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | Case No. 24-cv-1410-SB |

**JOINT APPENDIX A TO PLAINTIFFS' OPPOSITIONS TO THE
CAPRI AND TAPESTRY DEFENDANTS' MOTIONS TO DISMISS
THE CONSOLIDATED COMPLAINT**

**JOINT APPENDIX A**
**TO PLAINTIFFS' OPPOSITIONS TO THE CAPRI AND TAPESTRY DEFENDANTS'**
**MOTIONS TO DISMISS THE CONSOLIDATED COMPLAINT**

This Joint Appendix contains all purported "cautionary language" identified by the Tapestry and Capri Defendants in their respective appendices that were actually issued by Tapestry and/or Capri.[1]  The text in each redline compares Defendants' purported "cautionary language" with the public disclosures from earlier, unrelated mergers and/or forward-looking cautions contained in previous Tapestry or Capri filings, indicating that Defendants largely copied their warnings from those other filings.  For a discussion of the legal significance of this issue, *see* Opp. to Tapestry Mot. at 22-24.  Blue, underlined text indicates additions; red, stricken text indicates deletions; and plain black text indicates language that Defendants wholesale copied.

| Source | Generic Warning | Copied From |
|---|---|---|
| | **POST-MERGER ANNOUNCEMENT** | |
| Entry #1<br><br>Aug. 10, 2023 Tapestry Form 8-K (¶104) | Under the terms of the Merger Agreement, the completion of the Merger is subject to certain customary closing conditions, including, among others: . . . (iv) the absence of any law or order of certain specified jurisdictions restraining, enjoining, or otherwise prohibiting the consummation of the Merger in certain jurisdictions; [and] (v) the expiration or termination of the waiting period under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended (the "HSR Act"), and receipt of other regulatory approvals . . . .<br><br>The Company and/or Capri may terminate the Merger Agreement may be terminated at any time prior to the Closingunder certain specified circumstances, including (i) by mutual written consent of Sellers' Representative and the Company, or by either party. (ii) if… there is a law or final governmental entity of certain specified jurisdictions has issued a final, non-appealable order or permanent action prohibiting the Merger. . . .<br><br>**Forward-Looking Statements**[:]This report relates to a proposed business combination transaction between Salesforce.com, Inc. ("Salesforce") and Slack Technologies, Inc. ("Slack"). This report includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements relate to future events and anticipated results of operations, business strategies, the anticipated benefits of the proposed transaction, the anticipated impact of the proposed transaction on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the proposed transaction, the anticipated closing date for the proposed transaction and other aspects of ourthe Company's operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined company or the price of Salesforcethe Company's or SlackCapri's stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to: the impact of public health crises, such as pandemics (including coronavirus (COVID-19)) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets; effect of the announcement of the mMerger on the ability of the Company or CapriSalesforce or Slack to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom Salesforcethe Company or SlackCapri do business, or on Salesforce'sthe Company's or Slack'sCapri's operating results and business generally; risks that the mMerger disrupts current plans and operations and the potential difficulties in employee retention as a result of the mMerger; the outcome of any legal proceedings related to the mMerger; the ability of the parties to consummate the proposed transaction on a timely basis or at all; the satisfaction of the conditions precedent to consummation of the proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner; the ability of Salesforcethe Company to successfully integrate Slack'sCapri's operations; the ability of Salesforcethe Company to | The "warning" following "Forward-Looking Statements" is copied, almost entirely wholesale, from Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>Other language ("Under the terms of the Merger Agreement… prohibiting the Merger.") can be found in myriad disclosures in connection with unrelated merger announcements. For example, this same language appears in MGP Ingredients's Jan. 25, 2021 Form 8-K. *See* Farnan Decl., Ex. 2 at 2-3. |

---

[1]    *See* Tapestry Mot., App'x A at Exs. 1, 3, 10-11, 16-19, 23-26, 28-35, 38-42, 44-45, 47-51; Capri Mot., App'x A at Exs. A, C, H, I.

1

| Source | Generic Warning | Copied From |
|---|---|---|
| | implement its plans, forecasts and other expectations with respect to ~~Salesforce's~~its business after the completion of the transaction and realize expected synergies; and business disruption following the ~~m~~Merger. These risks, as well as other risks related to the proposed transaction, will be included in the ~~registration statement on Form S-4 and~~ proxy statement~~/prospectus~~ that will be filed with the ~~Securities and Exchange Commission ("SEC")~~ in connection with the proposed transaction. While the list of factors presented here is~~, and the list of factors to be presented in the registration statement on Form S-4 are,~~ considered representative, no such list should be considered to be a complete statement of all potential risks and uncertainties. For additional information about other factors that could cause actual results to differ materially from those described in the forward-looking statements, please refer to ~~Salesforce's~~the Company's and ~~Slack's~~Capri's respective periodic reports and other filings with the SEC, including the risk factors identified in ~~Salesforce's~~the Company's and ~~Slack's~~Capri's most recent Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K. The forward-looking statements included in this communication are made only as of the date hereof. Neither ~~Salesforce~~the Company nor ~~Slack~~Capri undertakes any obligation to update any forward-looking statements to reflect subsequent events or circumstances, except as required by law. | |
| Entry #2<br><br>Aug. 10, 2023<br>Exhibit 99.1<br>to Tapestry<br>Form 8-K<br>(¶104) | The transaction is anticipated to close in calendar year 2024, subject to approval by the Capri Holdings shareholders, as well as the receipt of required regulatory approvals, and other customary closing conditions. . . .<br><br>**Forward-Looking Statements**[:]_ This ~~report~~communication relates to a proposed business combination transaction between ~~Salesforce.com~~Tapestry, Inc. ~~("Salesforce") and Slack Technologies, Inc. ("Slack").~~and Capri Holdings Limited ("Capri"). This ~~report~~communication includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements relate to future events and anticipated results of operations, business strategies, the anticipated benefits of the proposed transaction, the anticipated impact of the proposed transaction on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the proposed transaction, the anticipated closing date for the proposed transaction and other aspects of our operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," _"anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined ~~company~~companies or the price of ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to: the ~~impact of public health crises, such as pandemics (including coronavirus (COVID-19)) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets; the~~ effect of the announcement of the merger on the ability of ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri do business, or on ~~Salesforce's~~Tapestry, Inc.'s or ~~Slack's~~Capri's operating results and business generally; risks that the merger disrupts current plans and operations and the potential difficulties in employee retention as a result of the merger; the outcome of any legal proceedings related to the merger; the ability of the parties to consummate the proposed transaction on a timely basis or at all; the satisfaction of the conditions precedent to consummation of the proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner; the ability of ~~Salesforce~~Tapestry, Inc. to successfully integrate ~~Slack's~~Capri's operations; the ability of ~~Salesforce~~Tapestry, Inc. to implement its plans, forecasts and other expectations with respect to ~~Salesforce's~~Tapestry, Inc.'s business after the completion of the transaction and realize expected synergies; and business disruption following the merger. ~~These risks, as well as other risks related to the proposed transaction, will be included in the registration statement on Form S-4 and proxy statement/prospectus that will be filed with the Securities and Exchange Commission ("SEC") in connection with the proposed transaction. While the list of factors presented here is, and the list of factors to be presented in the registration statement on Form S-4 are, considered representative, no such list should be considered to be a complete statement of all potential risks and uncertainties.~~ For additional information about other factors that could cause actual results to differ materially from those described in the forward-looking statements, please refer to ~~Salesforce's~~Tapestry, Inc.'s and ~~Slack's~~Capri's respective periodic reports and other filings with the SEC, including the risk factors identified in ~~Salesforce's~~Tapestry, Inc.'s and ~~Slack's~~Capri's most recent Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K. The forward-looking statements included in this communication are made only as of the date hereof. Neither ~~Salesforce~~Tapestry, Inc. nor ~~Slack~~Capri undertakes any obligation to update any forward-looking statements to reflect subsequent events or circumstances, except as required by law. | This "warning" is copied, almost entirely wholesale, from Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4. |
| Entry #3 | This presentation contains certain "forward-looking statements" based on management's current expectations. Forward-looking statements include, but are not limited to statements which can be identified by the use of forward-looking terminology such as "may," "will," "can," "should," "expect," | The substantive risk factors identified in this |

| Source | Generic Warning | Copied From |
|---|---|---|
| Aug. 10, 2023 Exhibit 99.2 to Tapestry Form 8-K (¶104) | "intend," "estimate," "continue," "project," "guidance," "forecast," "outlook," "anticipate," "moving," "leveraging," "capitalizing," "developing," "drive," "targeting," "assume," "plan," "build," "pursue," "maintain," "on track," "well positioned to," "look forward to," "to acquire," "achieve," "focus," "strategic vision," "growth opportunities," "strategy" "Acceleration Program," "we are accelerating" or comparable terms, and similar or other references to future periods. Statements herein regarding our business and growth strategies; our plans, objectives, goals, beliefs, future events, business conditions, results of operations and financial position; and our business outlook and business trends are forward-looking statements. Such financial projections, estimates and statements are as to future events and are not to be viewed as facts, and they reflect various assumptions of management concerning the future performance of the combined company and other external factors and are subject to significant business, financial, economic, operating, competitive and other risks and uncertainties and contingencies (many of which are difficult to predict and/or beyond the control of the combined company) that could cause actual results to differ materially from the projections, estimates and statements included herein.<br><br>Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based only on our current beliefs, expectations and assumptions regarding the future of our business and the combined company, future plans and strategies, projections, anticipated events and trends, and other future conditions. Because forward-looking statements relate to the future, they are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict and many of which are outside of our control. Our actual results and financial condition, and the results of the combined company, may differ materially from those indicated in the forward-looking statements due to a number of important factors. Therefore, you should not rely on any of these forward looking statements. Important factors that could cause our actual results and financial condition to differ materially from those indicated in the forward-looking statements include, among others, the following:<br><br>[The Tapestry Defendants list out a series of "risk factors" that are simply more generic versions of selected risk factors identified in the Slack Proxy. For example:<br><br>• the outcome of any legal proceedings related to the acquisition mergers;<br><br>• the ability of the parties to consummate the mergers proposed transaction on a timely basis or at all;<br><br>• the satisfaction of the conditions precedent to consummation of the mergers proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner;<br><br>• the impact of pending and potential future legal proceedings current and potential litigation involving Salesforce or Slack;]<br><br>Please refer to each of Tapestry's and Capri Holdings's the Company's latest Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q and its their other filings with the Securities and Exchange Commission for a complete list of risks and important factors. The forward-looking statements included in this presentation are made only as of the date hereof. We assume no obligation to revise or update any such forward-looking statements for any reason, except as required by law. | "warning" are copied from Slack's Jan. 29, 2021 Schedule 14A Definitive Proxy Statement. *See* Farnan Decl., Ex. 3 at 43-44.<br><br>The language surrounding the substantive risk factors, and many of the risk factors themselves, appear in virtually every presentation filed as an exhibit to a Tapestry Form 8-K since at least 2020. For example, this same language appears in Tapestry's Feb. 4, 2021 Exhibit 99.2 to Form 8-K. *See* Farnan Decl., Ex. 4 at 2. |
| Entry #4<br><br>Aug. 10, 2023 Capri Form 8-K (¶104) | **Forward -Looking Statements[:]** This press release report contains statements which are, or may be deemed to be, "forward-looking statements." Forward-looking statements are prospective in nature and are not based on historical facts, but rather on current expectations and projections of the management of Capri Holdings Limited (the "Company") about future events, and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included in this press release herein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-looking statements. These forward-looking statements are not guarantees of future financial performance. Such forward-looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking statements, including regarding the proposed transaction. These risks, uncertainties and other factors include the impact of the COVID-19 pandemic; changes in consumer traffic and retail trends; the timing, receipt and terms and conditions of any required governmental and regulatory approvals of for the proposed transaction that could reduce anticipated benefits delay or cause result in the parties to abandon termination of the proposed transaction; the occurrence of any other event, change or other circumstances that could give rise to the termination of the merger agreement entered into pursuant to in connection with the proposed transaction; the possibility that Zendesk stockholders Capri's shareholders may not approve the proposed transaction; the risk that the parties to the merger agreement Merger Agreement may not be able to satisfy the conditions to the proposed transaction in a timely manner or at all; risks related to disruption of management time from ongoing business operations due to the proposed transaction; the risk that any announcements relating to the proposed transaction could have adverse effects on the market price of Zendesk's common stock; the Ordinary Shares, the risk of any unexpected costs or expenses resulting from the proposed transaction; the risk of any litigation relating to the proposed transaction; the risk that the proposed transaction and its | The substantive risk factors identified in this "warning" are copied from Zendesk's July 28, 2022 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 5 at 4.<br><br>The language surrounding the substantive risk factors appear in virtually every Capri press release. For example, this same language appears in Capri's June 29, 2021 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 6 at 3. |

| Source | Generic Warning | Copied From |
|---|---|---|
| | announcement could have an adverse effect on the ability of ~~Zendesk~~Capri to retain customers and retain and hire key personnel and maintain relationships with customers, suppliers, employees, stock~~hare~~holders and other business relationships and on its operating results and business generally~~;…~~, and the risk the pending proposed transaction could ~~distract~~divert the attention of Capri's management ~~of Zendesk~~,; as well as those risks ~~set forth~~that are outlined in ~~the~~ Capri's disclosure filings and materials, which you can find on http://www.capriholdings.com, such as its Form 10-K, Form 10-Q and Form 8-K reports that ~~the Company files from time to time~~have been filed with the ~~U.S. Securities and Exchange Commission, including the Company's Annual Report on Form 10-K~~SEC. Please consult these documents for ~~the fiscal year ended March 27, 2021 (File No. 001-35368).~~a more complete understanding of these risks and uncertainties. Any forward-looking statement in this press release speaks only as of the date made and ~~the Company~~Capri disclaims any obligation to update or revise any forward-looking or other statements contained herein other than in accordance with legal and regulatory obligations. | |
| Entry #5<br><br>Aug. 10, 2023<br>Exhibit 99.1<br>to Capri Form<br>8-K (¶104) | The transaction is anticipated to close in calendar year 2024, subject to approval by the Capri Holdings shareholders, as well as the receipt of required regulatory approvals, and other customary closing conditions. . . .<br><br>**Forward-Looking Statements[:]** This ~~report~~communication relates to a proposed business combination transaction between ~~Salesforce.com~~Tapestry, Inc. ~~("Salesforce") and Slack Technologies, Inc. ("Slack").~~and Capri Holdings Limited ("Capri"). This ~~report~~communication includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements relate to future events and anticipated results of operations, business strategies, the anticipated benefits of the proposed transaction, the anticipated impact of the proposed transaction on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the proposed transaction, the anticipated closing date for the proposed transaction and other aspects of our operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined compan~~y~~ies or the price of ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to: the ~~impact of public health crises, such as pandemics (including coronavirus (COVID-19)) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets; the~~ effect of the announcement of the merger on the ability of ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri do business, or on ~~Salesforce's~~Tapestry, Inc.'s or ~~Slack's~~Capri's operating results and business generally; risks that the merger disrupts current plans and operations and the potential difficulties in employee retention as a result of the merger; the outcome of any legal proceedings related to the merger; the ability of the parties to consummate the proposed transaction on a timely basis or at all; the satisfaction of the conditions precedent to consummation of the proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner; the ability of ~~Salesforce~~Tapestry, Inc. to successfully integrate ~~Slack's~~Capri's operations; the ability of ~~Salesforce~~Tapestry, Inc. to implement its plans, forecasts and other expectations with respect to ~~Salesforce's~~Tapestry, Inc.'s business after the completion of the transaction and realize expected synergies; and business disruption following the merger. ~~These risks, as well as other risks related to the proposed transaction, will be included in the registration statement on Form S-4 and proxy statement/prospectus that will be filed with the Securities and Exchange Commission ("SEC") in connection with the proposed transaction. While the list of factors presented here is, and the list of factors to be presented in the registration statement on Form S-4 are, considered representative, no such list should be considered to be a complete statement of all potential risks and uncertainties.~~ For additional information about other factors that could cause actual results to differ materially from those described in the forward-looking statements, please refer to ~~Salesforce's~~Tapestry, Inc.'s and ~~Slack's~~Capri's respective periodic reports and other filings with the SEC, including the risk factors identified in ~~Salesforce's~~Tapestry, Inc.'s and ~~Slack's~~Capri's most recent Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K. The forward-looking statements included in this communication are made only as of the date hereof. Neither ~~Salesforce~~Tapestry, Inc. nor ~~Slack~~Capri undertakes any obligation to update any forward-looking statements to reflect subsequent events or circumstances, except as required by law. | This "warning" is copied, almost entirely wholesale, from Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4. |
| Entry #6<br><br>Aug. 10, 2023<br>Tapestry<br>Conference<br>Call (¶105) | ~~Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K, the press release we issued this morning and our other filings with the Securities and Exchange Commission for a complete list of~~ | This warning appears in virtually every Tapestry conference call, since at least 2019. |

4

| Source | Generic Warning | Copied From |
|---|---|---|
| | ~~risks and other important factors that could impact our future results and performance.~~ Before we begin, I would like to note that today's discussion contains forward-looking statements that are subject to the risks identified in both Company's [sic] SEC filings and other written communications related to the announcement. Please refer to the information on Slide 2 of the presentation posted to our website as well as the additional information contained in the SEC filing of both Tapestry, Inc. and Capri Holdings Limited. . . . <br><br> The Board of Directors of both Tapestry and Capri have unanimously approved the transaction and we expect the deal to close in calendar year 2024 subject to customary closing conditions approval by Capri shareholders and receipt of the required regulatory approvals… | For example, this same language appears in the transcript of Tapestry's May 9, 2019 earnings call. *See* Farnan Decl., Ex. 7 at 2. |
| Entry #7 <br><br> Aug. 17, 2023 Tapestry Form 10-K | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document, and the documents incorporated by reference in this document, our press releases and oral statements made from time to time by us or on our behalf, may contain certain "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause our actual results to differ materially from our current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "may," "can," "continue," "project," "should," "expect," "confidence," "goals," "trends," "anticipate," "intend," "estimate," "on track," "future," "well positioned to," "plan," "potential," "position," "believe," "seek," "see," "will," "would," "target," similar expressions, and variations or negatives of these words. Forward-looking statements by their nature address matters that are, to different degrees, uncertain. Such statements involve risks, uncertainties and assumptions. If such risks or uncertainties materialize or such assumptions prove incorrect, the results of Tapestry, Inc. and its consolidated subsidiaries could differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. Tapestry, Inc. assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law. <br><br> Tapestry, Inc.'s actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of factors, including those discussed in the sections of this Form 10-K filing entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." These factors include, but are not limited to: . . .(xiii) our ability to achieve intended benefits, cost savings and synergies from acquisitions, . . ., including our proposed acquisition of Capri Holdings Limited ("Capri"); . . . [and] (xiv) the impact of pending and potential future legal proceedings; . . . . These factors are not necessarily all of the factors that could cause actual results to differ materially from those expressed in any of our forward-looking statements. . . . <br><br> *You should consider carefully all of the information set forth or incorporated by reference in this document and, in particular, the following risk factors associated with the business of the Company and forward-looking information in this document. Please also see "Special Note on Forward-Looking Information" at the beginning of this report. The risks described below are not the only ones we face. Additional risks not presently known to us or that we currently deem immaterial may also have an adverse effect on us. If any of the risks below actually occur, our business, results of operations, cash flows or financial condition could suffer. . . .* <br><br> ***Mergers, acquisitions and other strategic investments may not be successful in achieving intended benefits, cost savings and synergies and may disrupt current operations.*** ~~*As we acquire and invest in companies or technologies, we may not realize the expected business or financial benefits and the acquisitions could prove difficult to integrate, disrupt our business, dilute stockholder value and adversely affect our operating results and the market value of our common stock.*~~ <br><br> One component of our historical growth strategy has been acquisitions, and, consistent with our longer-term capital allocation priorities, our management team expects to maintain M&A flexibility and may from time to time evaluate and consider acquisitions or other strategic investments. These involve various inherent risks and as a result, the expected benefits, cost savings and synergies may not be realized. <br><br> The integration process of any newly acquired company, such as our proposed acquisition of Capri Holdings Limited ("Capri"), may be complex, costly and time-consuming. The potential difficulties of integrating the operations of an acquired business and realizing our expectations for an acquisition, including the benefits that may be realized, include, among other things: <br><br> [The Tapestry Defendants list out a series of "risk factors" that are simply more generic versions of selected risk factors identified in the Salesforce Form 10-K. For example: <br><br> • retaining and obtaining required regulatory approvals, licenses and permits;] | The substantive "warnings" related to the Capri Acquisition ("Mergers, acquisitions, and other strategic investments… result in substantial costs.") are in fact more generic versions of the warnings issued in connection with disclosures concerning the Slack-Salesforce merger, such as those contained in Salesforce's March 17, 2021 Form 10-K. *See* Farnan Decl., Ex. 8 at 14-16. <br><br> The surrounding language appears in virtually every Tapestry Form 10-Q and 10-K since at least 2021. For example, this same language appears in Tapestry's Aug. 19, 2021 Form 10-K. *See* Farnan Decl., Ex. 9 at 1, 25. |

| Source | Generic Warning | Copied From |
|---|---|---|
| | Our failure to successfully complete the integration of any acquired business and any adverse consequences associated with future acquisition activities, could have an adverse effect on our business, financial condition and operating results.<br><br>Completed acquisitions may result in additional goodwill and/or an increase in other intangible assets on our Consolidated Balance Sheets. We are required annually, or as facts and circumstances exist, to assess goodwill and other intangible assets to determine if impairment has occurred. If the testing performed indicates that impairment has occurred, we are required to record a non-cash impairment charge for the difference between the carrying value of the goodwill or other intangible assets and the implied fair value of the goodwill or the fair value of other intangible assets in the period the determination is made. We cannot accurately predict the amount and timing of any potential future impairment of assets. Should the value of goodwill or other intangible assets become impaired, there could be a material adverse effect on our financial condition and results of operations.<br><br>***We may not complete ~~the~~our acquisition of ~~Slack~~Capri within the time frame we anticipate or at all.***<br><br>The completion of ~~the~~our acquisition of ~~Slack~~Capri is subject to a number of conditions, including, among others, receipt of ~~Slack stockholder~~Capri shareholder approval, receipt of certain global anti-trust clearances, including expiration or termination of the waiting period ~~pursuant to~~under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, as amended ~~(the "HSR Act")~~, and receipt of certain other regulatory approvals~~, consents or clearances under specified antitrust and foreign investment laws. Pursuant to the HSR Act, on February 16, 2021, we and Slack each received a request for additional information and documentary material, often referred to as a "Second Request," from the Antitrust Division of the Department of Justice (the "DOJ"). Issuance of the Second Request extends the waiting period under the HSR Act until 30 days after we and Slack have each substantially complied with the Second Request, unless the period for review is extended voluntarily by the parties and the DOJ or is terminated earlier by the DOJ. We and Slack have and will continue to cooperate fully with the DOJ in its review. We continue to anticipate completing the transaction during its fiscal quarter ending July 31, 2021, subject to the satisfaction or waiver of the closing conditions specified in the merger agreement~~.<br><br>The failure to satisfy ~~all of~~ the required conditions could delay the completion of the acquisition for a significant period of time or prevent it from occurring at all. For example, under certain limited conditions, we and ~~Slack~~/or Capri may elect to terminate the merger agreement, which could materially and adversely affect our business and reputation. A delay in completing the acquisition could cause us to realize some or all of the benefits later than we otherwise expect to realize them if the acquisition is successfully completed within the anticipated time frame, which could result in additional transaction costs or in other negative effects associated with uncertainty about the completion of the acquisition.<br><br>***We may fail to realize all of the anticipated benefits of the ~~Slack~~Capri acquisition, and the merger or those benefits may take longer to realize than expected.***<br><br>We believe that there are significant benefits and synergies that may be realized through ~~combining the products, scale and combined enterprise customer bases~~our acquisition of ~~Salesforce and Slack.~~Capri. However, the efforts to realize these benefits and synergies will be a complex process and may cost more than we anticipate. Further, our efforts to realize these benefits and synergies may disrupt both companies' existing operations if not implemented in a timely and efficient manner. The full benefits of the acquisition, including the anticipated sales or growth opportunities, may not be realized as expected or may not be achieved within the anticipated time frame, or at all. Failure to achieve the anticipated benefits of the acquisition could adversely affect our results of operations or cash flows, cause dilution to our earnings per share, decrease or delay any accretive effect of the acquisition and negatively impact the price of our common stock.<br><br>In addition, we will be required post-closing to devote significant attention and resources to successfully align our business practices and operations. This process may disrupt the businesses and, if ineffective, would limit the anticipated benefits of the acquisition~~....~~.<br><br>***We may be subject to litigation challenging the Capri acquisition, and an unfavorable judgment or ruling in any such lawsuits could prevent or delay the consummation of our acquisition of Capri and/or result in substantial costs.***<br><br>Lawsuits related to our acquisition of Capri may be filed against us, Capri, and our respective affiliates, directors and officers. If dismissals are not obtained or a settlement is not reached, these lawsuits could prevent or delay completion of the acquisition and/or result in substantial costs to us. | |
| Entry #8<br><br>Aug. 17, 2023 Tapestry Earnings Call (¶112) | Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K~~,~~[,] the press release we issued this morning[,] and our other filings with the Securities and Exchange Commission for a complete list of risks and other important factors that could impact our future results and performance. | This "warning" appears in virtually every Tapestry conference call, since at least 2019. For example, |

6

| Source | Generic Warning | Copied From |
|---|---|---|
| | | identical language appears in the transcript of Tapestry's May 9, 2019 earnings call. *See* Farnan Decl., Ex. 7 at 2. |
| | **POST-SECOND REQUEST** | |
| Entry #9<br><br>Nov. 6, 2023 Tapestry Form 8-K (¶120) | On November 3, 2023, the Company and Capri each received a request for additional information and documentary materials . . . from the Federal Trade Commission . . . in connection with the FTC's review of the Transaction. . . . The Company continues to expect that the Transaction will be completed in calendar year 2024, subject to the expiration or termination of the waiting period under the HSR Act and the satisfaction or waiver of the other closing conditions specified in the Merger Agreement.<br><br>**Forward-Looking Statements**[:]This report relates to a proposed business combination transaction between Salesforce.com, Inc. ("Salesforce") and Slack Technologies, Inc. ("Slack"). This report includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements relate to future events and anticipated results of operations, business strategies, the anticipated benefits of the proposed transaction, the anticipated impact of the proposed transaction on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the proposed transaction, the anticipated closing date for the proposed transaction and other aspects of ourthe Company's operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined company or the price of Salesforcethe Company's or SlackCapri's stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to: the impact of public health crises, such as pandemics (including coronavirus (COVID-19)) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets; the effect of the announcement of the merger on the ability of Salesforce or Slack to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom Salesforce or Slack do business, or on Salesforce's or Slack's operating results and business generally; risks that the merger disrupts current plans and operations and the potential difficulties in employee retention as a result of the merger; the outcome of any legal proceedings related to the merger; the ability of the parties to consummate the proposed transaction on a timely basis or at all; the satisfaction of the conditions precedent to consummation of the proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner; the ability of Salesforce to successfully integrate Slack's operations; the ability of Salesforce to implement its plans, forecasts and other expectations with respect to Salesforce's business after the completion of the transaction and realize expected synergies; and business disruption following the merger. These risks, as well as other risks related to the proposed transaction, will be included in the registration statement on Form S-4 and proxy statement/prospectus that will be filed with the Securities and Exchange Commission ("SEC") in connection with the proposed transaction. While the list of factors presented here is, and the list of factors to be presented in the registration statement on Form S-4 are, considered representative, no such list should be considered to be a complete statement of all potential risks and uncertainties., statements regarding the Company's expectations regarding the timing for the completion of the Transaction. For additional information about other factors that could cause actual results to differ materially from those described in the forward-looking statements, please refer to Salesforce'sthe Company's and Slack'sCapri's respective periodic reports and other filings with the SEC, including the risk factors identified in Salesforce'sthe Company's and Slack'sCapri's most recent Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K. The forward-looking statements included in this communication are made only as of the date hereof. Neither Salesforcethe Company nor SlackCapri undertakes any obligation to update any forward-looking statements to reflect subsequent events or circumstances, except as required by law. | This "warning" is copied, almost entirely wholesale, from Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4. |
| Entry #10<br><br>Nov. 6, 2023 Capri Form 8-K (¶119) | On November 3, 2023, Capri and Tapestry each received a request for additional information and documentary materials . . , from the Federal Trade Commission . . . in connection with the FTC's review of the Transaction. . . .<br><br>Capri continues to expect that the Transaction will be completed in calendar year 2024, subject to the expiration or termination of the waiting period under the HSR Act and the satisfaction or waiver of the other closing conditions specified in the Merger Agreement.<br><br>**Forward- Looking Statements**[:] This press releasecommunication contains statements which are, or may be deemed to be, "forward-looking statements." Forward-looking statements are prospective in | The substantive risk factors identified in this "warning" are copied from Zendesk's July 28, 2022 Exhibit 99.1 Form 8-K. *See* |

| Source | Generic Warning | Copied From |
|---|---|---|
| | nature and are not based on historical facts, but rather on current expectations and projections of the management of Capri ~~Holdings Limited (the "Company")~~ about future events~~,~~ and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included ~~in this press release~~herein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-looking statements. ~~These forward-looking statements are not guarantees of future financial performance. Such forward-~~Such forward looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking statements~~.~~, including regarding the proposed transaction. These risks, uncertainties and other factors include the impact of the COVID- 19 pandemic; changes in consumer traffic and retail trends; the timing, receipt and terms and conditions of any required governmental and regulatory approvals ~~of~~for the proposed transaction that could ~~reduce anticipated benefits~~delay or ~~cause~~result in the ~~parties to abandon~~termination of the proposed transaction~~;~~, the occurrence of any other event, change or other circumstances that could give rise to the termination of the ~~merger agreement entered into pursuant to the proposed transaction; the possibility that Zendesk stockholders may not approve the proposed transaction;~~Merger Agreement, the risk that the parties to the ~~merger agreement~~Merger Agreement may not be able to satisfy the conditions to the proposed transaction in a timely manner or at all~~;~~, risks related to disruption of management time from ongoing business operations due to the proposed transaction~~;~~, the risk that any announcements relating to the proposed transaction could have adverse effects on the market price of ~~Zendesk's common stock;~~Capri's ordinary shares, the risk of any unexpected costs or expenses resulting from the proposed transaction~~;~~, the risk of any litigation relating to the proposed transaction~~;~~, the risk that the proposed transaction and its announcement could have an adverse effect on the ability of ~~Zendesk~~Capri to retain customers and retain and hire key personnel and maintain relationships with customers, suppliers, employees, ~~stock~~shareholders and other business relationships and on its operating results and business generally~~;…~~, and the risk the pending proposed transaction could ~~distract~~divert the attention of Capri's management ~~of Zendesk,~~; as well as those risks ~~set forth~~that are outlined in ~~the~~ Capri's disclosure filings and materials, which you can find on http://www.capriholdings.com, such as its Form 10-K, Form 10- Q and Form 8-K ~~reports that the Company files from time to time~~have been filed with the ~~U.S. Securities and Exchange Commission, including the Company's Annual Report on Form 10-K~~SEC. Please consult these documents for ~~the fiscal year ended March 27, 2021 (File No. 001-35368).~~a more complete understanding of these risks and uncertainties. Any forward-looking statement in this press release speaks only as of the date made and ~~the Company~~Capri disclaims any obligation to update or revise any forward-looking or other statements contained herein other than in accordance with legal and regulatory obligations. | Farnan Decl., Ex. 5 at 4.<br><br>The language surrounding the substantive risk factors appear in virtually every Capri press release. For example, the same language appears in Capri's June 29, 2021 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 6 at 3. |
| Entry #11<br><br>Nov. 9, 2023 Tapestry Form 10-Q (¶121) | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document, and the documents incorporated by reference in this document, our press releases and oral statements made from time to time by us or on our behalf, may contain certain "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause our actual results to differ materially from our current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "may," "can," "continue," "project," "assumption," "should," "expect," "confidence," "goals," "trends," "anticipate," "intend," "estimate," "on track," "future," "well positioned to," "plan," "potential," "position," "believe," "seek," "see," "will," "would," "target," similar expressions, and variations or negatives of these words. Forward-looking statements by their nature address matters that are, to different degrees, uncertain. Such statements involve risks, uncertainties and assumptions. If such risks or uncertainties materialize or such assumptions prove incorrect, the results of Tapestry, Inc. and its consolidated subsidiaries could differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. Tapestry, Inc. assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law.<br><br>Tapestry, Inc.'s actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of factors, including ~~those discussed in the sections of this Form 10-K filing entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." These factors include~~, but ~~are~~ not limited to: . . .~~(xii~~. (xiii) our ability to achieve intended benefits, cost savings and synergies from acquisitions~~; . . . [and] (xiv~~, including our proposed acquisition of Capri Holdings Limited ("Capri"); . . . [and] (xv) the impact of pending and potential future legal proceedings; . ~~.~~ . . These factors are not necessarily all of the factors that could cause actual results to differ materially from those expressed in any of our forward-looking statements. ~~. . .~~ | This "warning" appears in virtually every Tapestry Form 10-Q and 10-K since at least 2021. For example, this same language appears in Tapestry's Aug. 19, 2021 Form 10-K. *See* Farnan Decl., Ex. 9 at 1, 25. |

| Source | Generic Warning | Copied From |
|---|---|---|
| | Refer to Part 1, Item 1A, "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended July 1, 2023 for a description of certain significant risks and uncertainties to which our business, financial condition and results of operations are subject. | |
| **Entry #12**<br><br>Nov. 9, 2023 Tapestry Form 8-K (¶122) | *[Filed concurrently with Exhibit 99.1 below]* | |
| **Entry #13**<br><br>Nov. 9, 2023 Exhibit 99.1 to Tapestry Form 8-K (¶122) | Tapestry is working to receive all required regulatory approvals, including responding to the U.S. Federal Trade Commission's second request received on November 3, 2023. . . .<br><br>This information to be made available in this press release may contain forward-looking statements based on management's current expectations. Forward-looking statements include, but are not limited to, the statements under "~~Fiscal Year 2023~~Financial Outlook," statements regarding long term performance, statements regarding the Company's capital deployment plans, including anticipated annual dividend rates and share repurchase plans, and statements that can be identified by the use of forward-looking terminology such as "may," "will," "can," "should," "expect," "expectation," "potential," "intend," "estimate," "continue," "project," "guidance," "forecast," "outlook," "commit," "anticipate," "goal," "leveraging," "sharpening," "transforming," "creating," accelerating," "enhancing," "innovation," "drive," "targeting," "assume," "plan," "progress," "confident," "future," "uncertain," "on track," "achieve," "strategic," "growth," ~~"we see significant growth opportunities,"~~ "view," "we can stretch what's possible," or comparable terms. Future results may differ materially from management's current expectations, based upon a number of important factors, including risks and uncertainties such as ~~the ability to successfully execute our multi-year growth agenda,~~ the impact of economic conditions, recession and inflationary measures, the impact of the ~~ongoing~~ Covid-19 pandemic, ~~including impacts on our supply chain due to temporary closures of our manufacturing partners, price increases, temporary store closures, as well as production, shipping and fulfillment constraints,~~ risks associated with operating in international markets and our global sourcing activities, the ability to anticipate consumer preferences and retain the value of our brands, including our ability to execute on our e-commerce and digital strategies, the ~~effects~~ability to successfully implement the initiatives under our 2025 growth strategy, the effect of existing and new competition in the marketplace, our ability to control costs, the effect of seasonal and quarterly fluctuations on our sales or operating results; the risk of cybersecurity threats and privacy or data security breaches, our ability to protect against infringement of our trademarks and other proprietary rights, the impact of tax and other legislation, the risks associated with potential changes to international trade agreements and the imposition of additional duties on importing our products, our ability to achieve intended benefits, cost savings and synergies from acquisitions including our proposed acquisition of Capri Holdings Limited ("Capri"), the anticipated impact of the proposed ~~transaction~~acquisition of Capri on the combined company's business and future financial and operating results, the anticipated closing date for the proposed ~~transaction~~acquisition of Capri, risks related to the availability of funding for our bridge loan facility associated with our proposed acquisition of Capri, the impact of pending and potential future legal proceedings, and the risks associated with climate change and other corporate responsibility issues, etc. In addition, purchases of shares of the Company's common stock will be made subject to market conditions and at prevailing market prices. Please refer to the Company's latest Annual Report on Form 10-K and its other filings with the Securities and Exchange Commission for a complete list of risks and important factors~~.~~ The Company assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law. | The substantive "risk factors" pertaining to the Capri Acquisition ("our ability to achieve intended benefits…"; "the anticipated impact of the proposed acquisition…"; "the anticipated closing date for the proposed acquisition…") appear in myriad cautions issued in connection with merger-related disclosures. For example, these identical factors appear in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>This "warning" and variations of the substantive risk factors appear in virtually every Tapestry press release and Form 10-Q. For example, the same language appears in Tapestry's May 11, 2023 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 10 at 3. |
| **Entry #14**<br><br>Nov. 9, 2023 Tapestry Earnings Call (¶¶123, 128) | Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K, the press release we issued this morning and our other filings with the Securities and Exchange Commission for a complete list of risks and other important factors that could impact our future results and performance. . . . [W]e're working towards receiving all required regulatory approvals, including responding to the FTC's second request. . . . [O]n the regulatory front, we are working to receive all the required regulatory approvals, including . . . responding to the FTC second request. | This "warning" appears in virtually every Tapestry conference call, since at least 2019. For example, identical language appears in the transcript of Tapestry's May 9, 2019 earnings call. *See* Farnan Decl., Ex. 7 at 2. |
| **Entry #15** | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document, and the documents incorporated by reference in this document, our press releases and oral statements made from time to time by us or on our behalf, may contain certain "forward-looking statements" within the | This "warning" appears in virtually every |

| Source | Generic Warning | Copied From |
|---|---|---|
| Feb. 8, 2024 Tapestry Form 10-Q (¶131) | meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause our actual results to differ materially from our current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "may," "can," "continue," "project," "assumption," "should," "expect," "confidence," "goals," "trends," "anticipate," "intend," "estimate," "on track," "future," "well positioned to," "plan," "potential," "position," "believe," "seek," "see," "will," "would," "target," similar expressions, and variations or negatives of these words. Forward-looking statements by their nature address matters that are, to different degrees, uncertain. Such statements involve risks, uncertainties and assumptions. If such risks or uncertainties materialize or such assumptions prove incorrect, the results of Tapestry, Inc. and its consolidated subsidiaries could differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. Tapestry, Inc. assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law.<br><br>Tapestry, Inc.'s actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of factors, including those discussed in the sections of this Form 10-K filing entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." These factors include, but are not limited to: . . . (xii (xiii) our ability to achieve intended benefits, cost savings and synergies from acquisitions; . . . [and] (xiv, including our proposed acquisition of Capri Holdings Limited ("Capri"); . . . [and] (xv) the impact of pending and potential future legal proceedings;. . . . These factors are not necessarily all of the factors that could cause actual results to differ materially from those expressed in any of our forward-looking statements. . . .<br><br>Refer to Part I, Item 1A, "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended July 1, 2023 for a description of certain significant risks and uncertainties to which our business, financial condition and results of operations are subject. | Tapestry Form 10-Q and 10-K since at least 2021. For example, this same language appears in Tapestry's Aug. 19, 2021 Form 10-K. *See* Farnan Decl., Ex. 9 at 1, 25. |
| Entry #16<br><br>Feb. 8, 2024 Tapestry Form 8-K (¶132) | *[Filed concurrently with Exhibit 99.1 below]* | |
| Entry #17<br><br>Feb. 8, 2024 Exhibit 99.1 to Tapestry Form 8-K (¶132) | Tapestry continues to work toward receiving required regulatory approvals. . . .<br><br>This information to be made available in this press release may contain forward-looking statements based on management's current expectations. Forward-looking statements include, but are not limited to, the statements under "Fiscal Year 2023Financial Outlook," statements regarding long term performance, statements regarding the Company's capital deployment plans, including anticipated annual dividend rates and share repurchase plans, and statements that can be identified by the use of forward-looking terminology such as "may," "will," "can," "should," "expect," "expectation," "potential," "intend," "estimate," "continue," "project," "guidance," "forecast," "outlook," "commit," "anticipate," "goal," "leveraging," "sharpening," transforming," "creating," accelerating," "enhancing," "innovation," "drive," "targeting," "assume," "plan," "progress," "confident," "future," "uncertain," "on track," "achieve," "strategic," "growth," "we see significant growth opportunities," "view," "vision," "we can stretch what's possible," or comparable terms. Future results may differ materially from management's current expectations, based upon a number of important factors, including risks and uncertainties such as the ability to successfully execute our multi-year growth agenda, the impact of economic conditions, recession and inflationary measures, the impact of the ongoing Covid-19 pandemic, including impacts on our supply chain due to temporary closures of our manufacturing partners, price increases, temporary store closures, as well as production, shipping and fulfillment constraints, risks associated with operating in international markets and our global sourcing activities, the ability to anticipate consumer preferences and retain the value of our brands, including our ability to execute on our e-commerce and digital strategies, the effectsability to successfully implement the initiatives under our 2025 growth strategy, the effect of existing and new competition in the marketplace, our ability to control costs, the effect of seasonal and quarterly fluctuations on our sales or operating results; the risk of cybersecurity threats and privacy or data security breaches, our ability to protect against infringement of our trademarks and other proprietary rights, the impact of tax and other legislation, the risks associated with potential changes to international trade agreements and the imposition of additional duties on importing our products, our ability to achieve intended benefits, cost savings and synergies from acquisitions including our proposed acquisition of Capri Holdings Limited ("Capri"), the anticipated impact of the proposed transactionacquisition of Capri on the combined company's business and future financial and operating results, the anticipated closing date for the proposed transactionacquisition of Capri, the satisfaction of the conditions precedent to consummation of the proposed transactionacquisition of Capri, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner, the impact of pending and | The substantive "risk factors" pertaining to the Capri Acquisition ("our ability to achieve intended benefits…"; "the anticipated impact of the proposed acquisition…"; "the anticipated closing date for the proposed acquisition…"; "the satisfaction of the conditions precedent…") appear in myriad cautions issued in connection with merger-related disclosures. For example, these identical factors appear in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>This "warning" and variations of the substantive |

| Source | Generic Warning | Copied From |
|---|---|---|
| | potential future legal proceedings, and the risks associated with climate change and other corporate responsibility issues, etc. In addition, purchases of shares of the Company's common stock will be made subject to market conditions and at prevailing market prices. Please refer to the Company's latest Annual Report on Form 10-K and its other filings with the Securities and Exchange Commission for a complete list of risks and important factors. The Company assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law. | risk factors appear in virtually every Tapestry press release and Form 10-Q. For example, the same language appears in Tapestry's May 11, 2023 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 10 at 3. |
| Entry #18

Feb. 8, 2024 Tapestry Earnings Call (¶133) | Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K, the press release we issued this morning and our other filings with the Securities and Exchange Commission for a complete list of risks and other important factors that could impact our future results and performance. . . . [W]e're continuing to work towards receiving all required regulatory approvals . . . . | This "warning" appears in virtually every Tapestry conference call, since at least 2019. For example, identical language appears in the transcript of Tapestry's May 9, 2019 earnings call. *See* Farnan Decl., Ex. 7 at 2. |
| **POST-FTC FILING SUIT** | | |
| Entry #19

Apr. 22, 2024 Capri Form 8-K (¶149) | In the press release, [Capri] states that it strongly disagrees with the FTC's decision [to seek to enjoin the Merger] and intends to vigorously defend the case alongside Tapestry in working toward completing the Merger.

[*Filed concurrently with Exhibit 99.1 below*] | |
| Entry #20

Apr. 22, 2024 Exhibit 99.1 to Capri Form 8-K (¶149) | Capri Holdings strongly disagrees with the FTC's decision. . . . Capri intends to vigorously defend this case in court alongside Tapestry . . . . The U.S. FTC is the only regulator that did not approve this transaction . . . .

Forward-Looking Statements[:] This press releasereport contains statements which are, or may be deemed to be, "forward-looking statements." Forward-looking statements are prospective in nature and are not based on historical facts, but rather on current expectations and projections of the management of Capri Holdings Limited (the "Company") about future events, and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included in this press releaseherein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-looking statements. These forward-looking statements are not guarantees of future financial performance. Such forward-looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking statements., including regarding the pending merger transaction with a wholly-owned subsidiary of Tapestry, Inc. (the "Merger"). These risks, uncertainties and other factors include the impact of the COVID-19 pandemic; changes in consumer traffic and retail trends; the timing, receipt and terms and conditions of any required governmental and regulatory approvals offor the proposed transactionpending Merger that could reduce anticipated benefitsdelay or causeresult in the parties to abandontermination of the proposed transaction;pending Merger. the occurrence of any other event, change or other circumstances that could give rise to the termination of the merger agreement entered into pursuant to the proposed transaction; the possibility that Zendesk stockholders may not approve the proposed transaction;in connection with the pending Merger. the risk that the parties to the merger agreement may not be able to satisfy the conditions to the proposed transactionpending Merger in a timely manner or at all;. risks related to disruption of management time from ongoing business operations due to the proposed transaction;pending Merger. the risk that any announcements relating to the proposed transactionpending Merger could have adverse effects on the market price of Zendesk's common stock;Capri's shares, the risk of any unexpected costs or expenses resulting from the proposed transaction;pending Merger. the risk of any litigation relating to the proposed transaction;pending Merger. the risk that the proposed transactionpending Merger and its announcement could have an adverse effect on the ability of ZendeskCapri to retain customers and retain and hire key personnel and maintain relationships with customers, suppliers, employees, stockhareholders and other business | The substantive risk factors identified in this "warning" are copied from Zendesk's July 28, 2022 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 5 at 4.

The language surrounding the substantive risk factors appear in virtually every Capri press release. For example, the same language appears in Capri's June 29, 2021 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 6 at 3. |

11

| Source | Generic Warning | Copied From |
|---|---|---|
| | relationships and on its operating results and business generally~~;....~~, and the risk the pending ~~proposed transaction~~Merger could ~~distract~~divert the attention of Capri's management ~~of Zendesk,~~; as well as those risks ~~set forth~~that are outlined in ~~the~~ Capri's disclosure filings and materials, which you can find on http://www.capriholdings.com, such as its Form 10-K, Form 10-Q and Form 8-K reports that ~~the Company files from time to time~~have been filed with the ~~U.S. Securities and Exchange Commission, including the Company's Annual Report on Form 10-K~~SEC. Please consult these documents for ~~the fiscal year ended March 27, 2021 (File No. 001-35368).~~a more complete understanding of these risks and uncertainties. Any forward-looking statement in this press release speaks only as of the date made and ~~the Company~~Capri disclaims any obligation to update or revise any forward-looking or other statements contained herein other than in accordance with legal and regulatory obligations. | |
| Entry #21<br><br>Apr. 22, 2024 Tapestry Form 8-K (¶150) | On April 22, 2024, the U.S. Federal Trade Commission filed a complaint in the United States District Court . . . seeking to enjoin the Merger . . . .<br><br>[*Filed concurrently with Exhibit 99.1 below*] | |
| Entry #22<br><br>Apr. 22, 2024 Exhibit 99.1 to Tapestry Form 8-K (¶150) | **~~Forward-Looking Statements~~**[:]~~This report relates to a proposed business combination transaction between Salesforce.com, Inc. ("Salesforce") and Slack Technologies, Inc. ("Slack").~~<br><br>We have strong legal arguments in defense of this transaction and look forward to presenting them in court . . . . The FTC is the last regulatory yet to approve the transaction. . . . This communication relates to a proposed business combination transaction between Tapestry, Inc. and Capri Holdings Limited.<br><br>This ~~report~~communication includes forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements relate to future events and anticipated results of operations, business strategies, the anticipated benefits of the proposed transaction, the anticipated impact of the proposed transaction on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the proposed transaction, the anticipated closing date for the proposed transaction and other aspects of our operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined ~~company~~companies or the price of ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri Holdings Limited stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to: the ~~impact of public health crises, such as pandemics (including coronavirus (COVID-19)) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets; the~~ effect of the announcement of the merger on the ability of ~~Salesforce or Slack~~Tapestry, Inc. or Capri Holdings Limited to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom ~~Salesforce~~Tapestry, Inc. or ~~Slack~~Capri Holdings Limited do business, or on ~~Salesforce's~~Tapestry, Inc.'s or ~~Slack's~~Capri Holdings Limited's operating results and business generally; risks that the merger disrupts current plans and operations and the potential difficulties in employee retention as a result of the merger; the outcome of any legal proceedings related to the merger; the ability of the parties to consummate the proposed transaction on a timely basis or at all; the satisfaction of the conditions precedent to consummation of the proposed transaction, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner; the ability of ~~Salesforce~~Tapestry, Inc. to successfully integrate ~~Slack's~~Capri Holdings Limited's operations; the ability of ~~Salesforce~~Tapestry, Inc. to implement its plans, forecasts and other expectations with respect to ~~Salesforce's~~Tapestry, Inc.'s business after the completion of the transaction and realize expected synergies; and business disruption following the merger. ~~These risks, as well as other risks related to the proposed transaction, will be included in the registration statement on Form S-4 and proxy statement/prospectus that will be filed with the Securities and Exchange Commission ("SEC") in connection with the proposed transaction. While the list of factors presented here is, and the list of factors to be presented in the registration statement on Form S-4 are, considered representative, no such list should be considered to be a complete statement of all potential risks and uncertainties.~~ For additional information about other factors that could cause actual results to differ materially from those described in the forward-looking statements, please refer to ~~Salesforce's and Slack's~~Tapestry, Inc.'s and Capri Holdings Limited's respective periodic reports and other filings with the SEC, including the risk factors identified in ~~Salesforce's and Slack's~~Tapestry, Inc.'s and Capri Holdings Limited's most recent Quarterly Reports on Form 10-Q and Annual Reports on Form 10-K. The forward-looking statements included in this communication are made only as of the date hereof. Neither ~~Salesforce~~Tapestry, Inc. nor ~~Slack~~Capri Holdings Limited undertakes any obligation to update any forward-looking statements to reflect subsequent events or circumstances, except as required by law. | This "warning" is copied, almost entirely wholesale, from Slack's Dec. 1, 2020 Form 8-K. See Farnan Decl., Ex. 1 at A-4. |
| Entry #23 | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document, and the documents incorporated by reference in this document, our press releases and oral statements made | This "warning" appears in |

12

| Source | Generic Warning | Copied From |
|---|---|---|
| May 9, 2024 Tapestry Form 10-Q (¶155) | from time to time by us or on our behalf, may contain certain "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause our actual results to differ materially from our current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "may," "can," "continue," "project," "assumption," "should," "expect," "confidence," "goals," "trends," "anticipate," "intend," "estimate," "on track," "future," "well positioned to," "plan," "potential," "position," "believe," "seek," "see," "will," "would," "target," similar expressions, and variations or negatives of these words. Forward-looking statements by their nature address matters that are, to different degrees, uncertain. Such statements involve risks, uncertainties and assumptions. If such risks or uncertainties materialize or such assumptions prove incorrect, the results of Tapestry, Inc. and its consolidated subsidiaries could differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements other than statements of historical fact are statements that could be deemed forward-looking statements. Tapestry, Inc. assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law.

Tapestry, Inc.'s actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of factors, including those discussed in the sections of this Form 10-K filing entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." These factors include, but are not limited to: . . .(xii. (xiii) our ability to achieve intended benefits, cost savings and synergies from acquisitions; . . . [and], including our proposed acquisition of Capri Holdings Limited ("Capri"); (xiv) satisfaction of the conditions precedent to consummation of the proposed transactionacquisition of Capri, including the ability to secure regulatory approval in the United States on the terms expected, at all or in a timely manner; (xv) the outcome of the antitrust lawsuit by the Federal Trade Commission against us and Capri related to the consummation of the proposed acquisition; [and] (xvi) the impact of pending and potential future legal proceedings;. . . . These factors are not necessarily all of the factors that could cause actual results to differ materially from those expressed in any of our forward-looking statements. . . .

The Company has received regulatory approval from all countries except for the United States. On April 22, 2024, the Federal Trade Commission . . . filed a complaint against the Company and Capri in the United States District Court . . . seeking to enjoin the consummation of the Capri Acquisition. . . . The Company . . . intends to defend the lawsuit vigorously. . . . On April 22, 2024, the FTC filed a complaint against the Company and Capri in the United States District Court . . . seeking to enjoin the consummation of the Merger. . . . The Company . . . intends to defend the lawsuit vigorously. . . . The Company has received regulatory approval from all countries except for the United States. On April 22, 2024, the Federal Trade Commission . . . filed a complaint against the Company and Capri in the United States District Court . . . seeking to enjoin the consummation of the Capri Acquisition. . . . The Company . . . intends to defend the lawsuit vigorously. . . The Company has received regulatory approval from all countries except for the United States. On April 22, 2024, the FTC filed a complaint in the United States District Court . . . seeking to enjoin the consummation of the Capri Acquisition. . . . [W]e intend to defend the lawsuit vigorously. . . . In connection with the Company's proposed acquisition of Capri, we have been named as a defendant in a legal proceeding by the FTC. On April 22, 2024, the FTC filed a lawsuit in the United States District Court . . . against us and Capri seeking to block the proposed acquisition of Capri . . . . [W]e intend to defend the lawsuit vigorously. . . .

Refer to Part I, Item 1A, "Risk Factors" in our Annual Report on Form 10-k for the fiscal year ended July 1, 2023 for a description of certain significant risks and uncertainties to which our business, financial condition and results of operations are subject. | virtually every Tapestry Form 10-Q and 10-K since at least 2021. For example, this same language appears in Tapestry's Aug. 19, 2021 Form 10-K. *See* Farnan Decl., Ex. 9 at 1, 25.

Substantive risk factor (xiv) appears in myriad cautions issued in connection with merger-related disclosures. For example, these identical factors appear in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4. |
| Entry #24

May 9, 2024 Tapestry Form 8-K (¶156) | [*Filed concurrently with Exhibit 99.1 below*] | |
| Entry #25

May 9, 2024 Exhibit 99.1 to Tapestry Form 8-K (¶156) | This information to be made available in this press release may contain forward-looking statements based on management's current expectations. Forward-looking statements include, but are not limited to, the statements under "Fiscal Year 2023Financial Outlook," statements regarding long term performance, statements regarding the Company's capital deployment plans, including anticipated annual dividend rates and share repurchase plans, and statements that can be identified by the use of forward-looking terminology such as "may," "will," "can," "should," "expect," "expectation," "proposed acquisition," "looks forward to," "move forward," "working expeditiously," "potential," "intend," "estimate," "continue," "project," ".," "guidance," "forecast," "outlook," "commit," "anticipate," "goal," "leveraging," "sharpening," transforming," "creatinge," accelerating," "expand," "unlock," "generate," "enhancing," "innovation," "drive," "targeting," "assume," "plan," "effort," "progress," "confident," "future," "uncertain," "on track," "achieve," "strategic," "growth," "we see | The substantive "risk factors" pertaining to the Capri Acquisition ("our ability to achieve intended benefits…"; "the anticipated impact of the proposed acquisition…"; "the anticipated |

| Source | Generic Warning | Copied From |
|---|---|---|
|  | significant growth opportunities," "view~~vision~~," "we can stretch what's possible," or comparable terms. Future results may differ materially from management's current expectations, based upon a number of important factors, including risks and uncertainties such as ~~the ability to successfully execute our multi-year growth agenda,~~ the impact of economic conditions, recession and inflationary measures, the impact of the ~~ongoing~~ Covid-19 pandemic, ~~including impacts on our supply chain due to temporary closures of our manufacturing partners, price increases, temporary store closures, as well as production, shipping and fulfillment constraints,~~ risks associated with operating in international markets and our global sourcing activities, the ability to anticipate consumer preferences and retain the value of our brands, including our ability to execute on our e-commerce and digital strategies, the ~~effects~~ability to successfully implement the initiatives under our 2025 growth strategy, the effect of existing and new competition in the marketplace, our ability to control costs, the effect of seasonal and quarterly fluctuations on our sales or operating results; the risk of cybersecurity threats and privacy or data security breaches, our ability to protect against infringement of our trademarks and other proprietary rights, the impact of tax and other legislation, the risks associated with potential changes to international trade agreements and the imposition of additional duties on importing our products, our ability to achieve intended benefits, cost savings and synergies from acquisitions including our proposed acquisition of Capri Holdings Limited ("Capri"), the anticipated impact of the proposed ~~transaction~~acquisition of Capri on the combined company's business and future financial and operating results, the anticipated closing date for the proposed ~~transaction~~acquisition of Capri, the satisfaction of the conditions precedent to consummation of the proposed ~~transaction~~acquisition of Capri, including the ability to secure regulatory approval in the United States on the terms expected, at all or in a timely manner, the outcome of the antitrust lawsuit by the Federal Trade Commission against us and Capri related to the consummation of the proposed acquisition, the impact of pending and potential future legal proceedings, the impact of tax and other legislation and the risks associated with climate change and other corporate responsibility issues, etc. In addition, purchases of shares of the Company's common stock will be made subject to market conditions and at prevailing market prices. Please refer to the Company's latest Annual Report on Form 10-K and its other filings with the Securities and Exchange Commission for a complete list of risks and important factors. The Company assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law. | closing date for the proposed acquisition…"; "the satisfaction of the conditions precedent…") appear in myriad cautions issued in connection with merger-related disclosures. For example, these identical factors appear in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>This "warning" and variations of the substantive risk factors appear in virtually every Tapestry press release and Form 10-Q. For example, the same language appears in Tapestry's May 11, 2023 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 10 at 3. |
| Entry #26<br><br>May 9, 2024 Tapestry Earnings Call (¶157) | Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K, the press release we issued this morning and our other filings with the Securities and Exchange Commission for a complete list of risks and other important factors that could impact our future results and performance. . . . [T]he FTC filed a suit on April 22 to block the proposed acquisition. We . . . look forward to presenting our strong legal arguments in court. | This "warning" appears in virtually every Tapestry conference call, since at least 2019. For example, identical language appears in the transcript of Tapestry's May 9, 2019 earnings call. *See* Farnan Decl., Ex. 7 at 2. |
| Entry #27<br><br>May 29, 2024 Capri Form 8-K (¶163) | [*Filed concurrently with Exhibit 99.1 below*] |  |
| Entry #28<br><br>May 29, 2024 Exhibit 99.1 to Capri Form 8-K (¶163) | In April, the FTC filed an unprecedent lawsuit to block the proposed transaction. . . . Capri intends to vigorously defend this case in court alongside Tapestry. . . .<br><br>**Forward**~~-~~[-]**Looking Statements**[:] This press release contains statements which are, or may be deemed to be, "forward-looking statements." Forward-looking statements are prospective in nature and are not based on historical facts, but rather on current expectations and projections of the management of Capri ~~Holdings Limited (the "Company")~~ about future events, and are therefore subject to risks and uncertainties which could cause actual results to differ materially from the future results expressed or implied by the forward-looking statements. All statements other than statements of historical facts included ~~in this press release~~herein, may be forward-looking statements. Without limitation, any statements preceded or followed by or that include the words "plans", "believes", "expects", "intends", "will", "should", "could", "would", "may", "anticipates", "might" or similar words or phrases, are forward-~~ ~~looking statements. ~~These forward-looking statements are not guarantees of future financial performance.~~ Such forward-looking statements involve known and unknown risks and uncertainties that could significantly affect expected results and are based on certain key assumptions, which could cause actual results to differ materially from those projected or implied in any forward-looking | The substantive risk factors relating to the Capri Acquisition identified in this "warning" ("the occurrence of any other event… business generally") are copied from Zendesk's July 28, 2022 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 5 at 4. |

| Source | Generic Warning | Copied From |
|---|---|---|
| | statements. ~~These risks, uncertainties and other factors include the timing, receipt and terms and conditions of any required governmental and regulatory approvals of the proposed transaction that could reduce anticipated benefits or cause the parties to abandon the proposed transaction; the occurrence of any~~, including regarding the pending Merger. These risks, uncertainties and other factors include but are not limited to, our ability to respond to changing fashion, consumer traffic and retail trends; fluctuations in demand for our products; high consumer debt levels, recession and inflationary pressures; loss of market share and increased competition; reductions in our wholesale channel; the impact of the COVID-19 pandemic, or other unforeseen epidemics, pandemics, disasters or catastrophes; levels of cash flow and future availability of credit; Capri's ability to successfully execute its growth strategies; departure of key employees or failure to attract and retain highly qualified personnel; risks associated with operating in international markets and global sourcing activities, including disruptions or delays in manufacturing or shipments; the risk of cybersecurity threats and privacy or data security breaches; extreme weather conditions and natural disasters; general economic, political, business or market conditions; acts of war and other geopolitical conflicts; the outcome of the U.S. Federal Trade Commission's lawsuit attempting to block the pending Merger, the occurrence of any other event, change or other circumstances that could give rise to the termination of the merger agreement entered into ~~pursuant to the proposed transaction; the possibility that Zendesk stockholders may not approve the proposed transaction~~in connection with the pending Merger; the risk that the parties to the merger agreement may not be able to satisfy the conditions to the ~~proposed transaction~~pending Merger in a timely manner or at all; risks related to disruption of management time from ongoing business operations due to the ~~proposed transaction~~pending Merger; the risk that any announcements relating to the ~~proposed transaction~~pending Merger could have adverse effects on the market price of ~~Zendesk's common stock~~Capri's ordinary shares; the risk of any unexpected costs or expenses resulting from the ~~proposed transaction~~pending Merger; the risk of any litigation relating to the ~~proposed transaction and its~~pending Merger; the risk that the ~~proposed transaction and its announcement~~pending Merger could have an adverse effect on the ability of ~~Zendesk~~Capri to retain ~~customers and retain and hire key personnel and~~ and maintain relationships with customers, suppliers, ~~employees, stockholders~~ and other business ~~relationships and~~ partners and retain and hire key personnel and on its operating results and business generally~~;… the risk the pending proposed transaction could distract management of Zendesk~~, as well as those risks ~~set forth~~that are outlined in the~~Capri's disclosure filings and materials, which you can find on http://www.capriholdings.com, such as its Form 10-K, Form 10-Q and Form 8-K~~ reports that ~~the Company files from time to time~~have been filed with the ~~U.S. Securities and Exchange Commission, including the Company's Annual Report on Form 10-K~~SEC. Please consult these documents for ~~the fiscal year ended March 27, 2021 (File No. 001-35368).~~a more complete understanding of these risks and uncertainties. Any forward-looking statement in this press release speaks only as of the date made and ~~the Company~~Capri disclaims any obligation to update or revise any forward-looking or other statements contained herein other than in accordance with legal and regulatory obligations. | The language surrounding the substantive risk factors, and the more generic substantive risk factors, appear in virtually every Capri press release. For example, the same language appears in Capri's June 29, 2021 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 6 at 3. |
| Entry #29<br><br>Aug. 15, 2024<br>Tapestry Form 8-K (¶166) | [*Filed concurrently with Exhibit 99.1 below*] | |
| Entry #30<br><br>Aug. 15, 2024<br>Exhibit 99.1 to Tapestry Form 8-K (¶166) | On April 22, 2024, the Federal Trade Commission (FTC) filed a lawsuit in an attempt to block the proposed acquisition. The Company . . . looks forward to presenting its strong legal arguments in court . . . .<br><br>This information to be made available in this press release may contain forward-looking statements based on management's current expectations. Forward-looking statements include, but are not limited to, the statements under "~~Fiscal Year 2023~~Financial Outlook," statements regarding long term performance, statements regarding the Company's capital deployment plans, including anticipated annual dividend rates and share repurchase plans, and statements that can be identified by the use of forward-looking terminology such as "may," "will," "can," "should," "expect," "expectation," "proposed acquisition," "looks forward to," "working expeditiously," "potential," "intend," "estimate," "continue," ~~"project,"~~ "guidance," "forecast," "outlook," "commit," "anticipate," "goal," "leveraging," "~~sharpening," "transforming," "creating~~create," accelerating," "expand," "unlock," "generate," "enhancing," "innovation," "drive," "targeting," "assume," "plan," "effort," "progress," "confident," "future," "uncertain," "~~on track,~~" "achieve," "strategic," "growth," "~~we see significant growth opportunities,~~" "~~view~~vision," "we can stretch what's possible," or comparable terms. Future results may differ materially from management's current expectations, based upon a number of important factors, including risks and uncertainties such as ~~the ability to successfully execute our multi-year growth agenda,~~ the impact of economic conditions, recession and inflationary measures, risks associated with operating in international markets and our global sourcing activities, the impact of the ~~ongoing~~ Covid-19 pandemic, ~~including impacts on our supply chain due to temporary closures of our manufacturing partners, price increases, temporary store closures, as well as production, shipping and fulfillment constraints,~~ the ability to anticipate consumer preferences and retain the value of our brands, including our ability to execute on our e-commerce and digital strategies, the ~~effects~~ability to successfully implement the initiatives under our 2025 growth strategy, the effect of existing and new | The substantive "risk factors" pertaining to the Capri Acquisition ("the satisfaction of the conditions precedent…"; "our ability to achieve intended benefits…") appear in myriad cautions issued in connection with merger-related disclosures. For example, these identical factors appear in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>This "warning" and variations of |

| Source | Generic Warning | Copied From |
|---|---|---|
|  | competition in the marketplace, the satisfaction of the conditions precedent to consummation of the proposed ~~transaction~~acquisition of Capri Holdings Limited ("Capri"), including the ability to secure regulatory approval in the United States on the terms expected, at all or in a timely manner, our ability to achieve intended benefits, cost savings and synergies from acquisitions, including our proposed acquisition of Capri, the outcome of the antitrust lawsuit by the Federal Trade Commission against us and Capri related to the consummation of the proposed acquisition, our ability to control costs, the effect of seasonal and quarterly fluctuations on our sales or operating results; the risk of cybersecurity threats and privacy or data security breaches, our ability to satisfy our outstanding debt obligations or incur additional indebtedness, the risks associated with climate change and other corporate responsibility issues, the impact of tax and other legislation, the risks associated with potential changes to international trade agreements and the imposition of additional duties on importing our products, our ability to protect against infringement of our trademarks and other proprietary rights, and the impact of pending and potential future legal proceedings, etc. In addition, purchases of shares of the Company's common stock will be made subject to market conditions and at prevailing market prices. Please refer to the Company's latest Annual Report on Form 10-K and its other filings with the Securities and Exchange Commission for a complete list of risks and important factors. The Company assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law. | the substantive risk factors appear in virtually every Tapestry press release and Form 10-Q. For example, the same language appears in Tapestry's May 11, 2023 Exhibit 99.1 to Form 8-K. *See* Farnan Decl., Ex. 10 at 3. |
| Entry #31<br><br>Aug. 15, 2024 Tapestry Form 10-K | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document, and the documents incorporated by reference in this document, our press releases and oral statements made from time to time by us or on our behalf, may contain certain "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause our actual results to differ _materially from our current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "may," "can," "continue," "project," "assumption," should," "expect," "confidence," "goals," "trends," "anticipate," "intend," "estimate," "on track," "future," "well positioned to," "plan," "potential," "position," 'believe," "seek," "see," "will," "would," "target," similar expressions and variations or negatives of these words. Forward-looking statements by their nature address matters that are, to different degrees, uncertain. Such statements involve risks, uncertainties and assumptions. If such risks or uncertainties materialize or such assumptions prove incorrect, the results of Tapestry, Inc. and its consolidated subsidiaries could differ materially from those expressed or implied by such forward-looking statements and assumptions. All statements, other than statements of historical fact, are statements that could be deemed forward-looking statements. Tapestry, Inc. assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law.<br><br>Tapestry, Inc.'s actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of factors, including those discussed in the sections of this Form 10-K filing entitled "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations." These factors include, but are not limited to: . . ~~(xii~~. (vii) satisfaction of the conditions precedent to consummation of the proposed ~~transaction~~acquisition of Capri Holdings Limited ("Capri"), including the ability to secure regulatory approval in the United States on the terms expected, at all or in a timely manner; (viii) our ability to achieve intended benefits, cost savings and synergies from acquisitions; . . . ~~[~~, including our proposed acquisition of Capri; (ix) the outcome of the antitrust lawsuit by the Federal Trade Commission against us and~~] (xiv~~ Capri related to the consummation of the proposed acquisition; . . . and (xviii) the impact of pending and potential future legal proceedings; . . . These factors are not necessarily all of the factors that could cause actual results to differ materially from those expressed in any of our forward-looking statements. . . .<br><br>*You should consider carefully all of the information set forth or incorporated by reference in this document and, in particular, the following risk factors associated with the business of the Company and forward-looking information in this document. Please also see "Special Note on Forward-Looking Information" at the beginning of this report. The risks described below are not the only ones we face. Additional risks not presently known to us or that we currently deem immaterial may also have an adverse effect on us. If any of the risks below actually occur, our business, results of operations, cash flows or financial condition could suffer. . . .*<br><br>*In order to consummate the Capri Acquisition (as defined below), we and Capri must obtain certain regulatory approvals and satisfy closing conditions, and if such approvals are not granted or are granted untimely and/or with conditions, and if closing conditions are not satisfied, consummation of the Capri Acquisition may be jeopardized or the anticipated benefits of the Capri Acquisition may not be realized.* ~~The Merger will not be completed unless important conditions are satisfied or waived.~~<br><br>On August 10, 2023, we entered into an Agreement and Plan of Merger (the "Merger Agreement"), by and among us, Capri and Sunrise Merger Sub, Inc. ("Merger Sub"), pursuant to which we agreed to | The substantive "warnings" related to the Capri Acquisition are in fact more generic versions of the warnings issued in connection with disclosures concerning other mergers, including the Salesforce-Slack merger and the Black Knight and Intercontinental Exchange. Specifically, these "warnings" were taken from Salesforce's March 17, 2021 Form 10-K and Black Knight's May 4, 2023 Form 10-Q. *See* Farnan Decl., Ex. 8 at 14-16; Ex. 11 at 33.<br><br>"Risk factor" (vii) appears in myriad cautions issued in connection with merger-related disclosures. For example, this identical factor appears in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4.<br><br>The surrounding language appears in virtually every Tapestry Form 10-Q and 10-K since at least 2021. For example, this same |

| Source | Generic Warning | Copied From |
|---|---|---|
| | acquire any and all of Capri's ordinary shares (other than (a) Capri's ordinary shares that are issued and outstanding immediately prior to the consummation of the acquisition that are owned or held in treasury by us or by Capri or any of its direct or indirect subsidiaries and (b) Capri's ordinary shares that are issued and outstanding immediately prior to the consummation of the acquisition that are held by holders who have properly exercised dissenters' rights in accordance with, and who have complied with, Section 179 of the BVI Business Companies Act, 2004 (as amended) of the British Virgin Islands) in cash at a purchase price of $57.00 per share, without interest, subject to any required tax (the "Capri Acquisition"). The consummation of the Capri Acquisition remains subject to the receipt of certain regulatory approvals and the satisfaction of certain closing conditions. Subject to limited exceptions, we or Capri may terminate the Merger Agreement if the Capri Acquisition is not consummated on or before August 10, 2024, subject to two extensions of up to three months each in certain circumstances, including to obtain required regulatory approvals. On April 22, 2024, the Federal Trade Commission ("FTC") filed a preliminary injunction action against Tapestry and Capri in the United States District Court for the Southern District of New York seeking to enjoin the consummation of the Capri Acquisition. The FTC's action alleges that the Capri Acquisition, if consummated, would violate Section 7 of the Clayton Act and that the Merger Agreement and the Capri Acquisition constitute unfair methods of competition in violation of Section 5 of the Federal Trade Commission Act and should be enjoined.<br><br>There can be no assurance as to the outcome of litigation with the FTC or that ~~this condition to completion of the Merger will be satisfied~~we will receive regulatory approval from the FTC on a timely basis or at all, and there can be no assurance that if regulatory clearance is obtained, it will not ~~result in~~be subject to the ~~imposition~~compliance of ~~certain~~ conditions, or impose limitations, obligations or restrictions that ~~could~~ have the direct or indirect effect of delaying or preventing the completion of ~~any of~~ the ~~transactions contemplated by the Merger Agreement~~Capri Acquisition, imposing additional material costs on or materially limiting ~~the~~our revenues ~~of ICE~~ following the ~~Merger~~Capri Acquisition or otherwise reducing the anticipated benefits of the ~~Merger~~Capri Acquisition, or result~~ing~~ in the ~~delay or~~ abandonment of the ~~Merger~~Capri Acquisition.<br><br>If the Capri Acquisition is not completed on a timely basis or at all, our ongoing business may be adversely affected as follows: ~~If the Merger is not completed, each of ICE's and our ongoing businesses, financial condition, financial results and stock price may be materially and adversely affected and, without realizing any of the benefits of having completed the Merger, ICE and we will be subject to a number of risks, including the following:~~<br><br>[The Tapestry Defendants then list out a series of unrelated consequences of the Capri Acquisition not closing on a timely basis.]<br><br>***Mergers, acquisitions and other strategic investments may not be successful in achieving intended benefits, cost savings and synergies and may disrupt current operations.***<br><br>[*See supra* Aug. 17, 2023 Tapestry 10-K]<br><br>In connection with the Company's proposed acquisition of Capri, we have been named as a defendant in legal proceedings by the FTC. On April 22, 2024, the FTC filed a lawsuit in the United States District Court . . . against us and Capri seeking to block the proposed acquisition of Capri . . . . We . . . intend to defend the lawsuit vigorously. . . .<br><br>The Company has received regulatory approval from all applicable jurisdictions except for the United States. On April 22, 2024, the FTC filed a complaint against the Company and Capri in the United States District Court. . . seeking to enjoin the consummation of the Capri Acquisition. . . . The Company . . . intends to defend the lawsuit vigorously. . . . | language appears in Tapestry's Aug. 19, 2021 Form 10-K. *See* Farnan Decl., Ex. 9 at 1, 25. |
| Entry #32<br><br>Sept. 27, 2024 Tapestry Schedule 14A Definitive Proxy Statement (¶170) | **SPECIAL NOTE ON FORWARD-LOOKING INFORMATION**[:] This document contains certain "forward-looking statements" within the meaning of the federal securities laws, including Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, and are based on management's current expectations, that involve risks and uncertainties that could cause actual results to differ materially from current expectations. In this context, forward-looking statements often address expected future business and financial performance and financial condition, and often contain words such as "believes," "may," "can," "will," "should," "expect," "confidence," "trends," "intend," "estimate," "on track," "are positioned to," "on course," "opportunity," "continue," "project," "guidance," "target," "forecast," "anticipate," "plan," "potential," "position," "see," "would," the negative of these terms or comparable terms. These statements include, but are not limited to, those regarding the Company's ~~Acceleration Program (as described herein)~~2025 growth strategy, future speed and other strategic initiatives and certain agreements and plans that will require us to provide compensation to our executives upon the occurrence of future events, such as the achievement of Company objectives and the termination of an individual's employment or a change in control of the Company, and those regarding expectations that certain performance goals and/or targets for management and/or the Company will be attained. These future events may not occur as and when expected, if at all, and, together with the Company's business, are subject to various risks and uncertainties. These risks and uncertainties include that future compensation to our ~~named executive officers~~Named Executive Officers, and the events that could trigger such payments, may vary | This "warning" appears in virtually every Tapestry proxy statement filed since at least 2019. For example, Tapestry's Sept. 30, 2022 Schedule 14A Definitive Proxy Statement contains identical language. *See* Farnan Decl., Ex. 12 at 2-3.<br><br>"Risk factor" (vii) appears in myriad cautions issued in |

| Source | Generic Warning | Copied From |
|---|---|---|
| | materially from the descriptions described herein due to factors beyond our control, such as the timing during the year of a triggering event, the amount of future non-equity incentive compensation and the value of our stock on the date of a triggering event. The Company assumes no obligation to revise or update any such forward-looking statements for any reason, except as required by law.<br><br>The Company's actual results could differ materially from the results contemplated by these forward-looking statements and are subject to a number of risks, uncertainties, estimates and assumptions that may cause actual results to differ materially from current expectations due to a number of important factors, including but not limited to: . . . (vii) satisfaction of the conditions precedent to consummation of the proposed ~~transaction~~acquisition of Capri Holdings Limited ("Capri"), including the ability to secure regulatory approval in the United States on the terms expected, at all or in a timely manner; (viii) our ability to achieve intended benefits, cost savings and synergies from acquisitions, including our proposed acquisition of Capri; (ix) the outcome of the antitrust lawsuit by the Federal Trade Commission against us and Capri related to the consummation of the proposed acquisition; . . . (xviii) the impact of pending and potential future legal proceedings~~;...;~~ and (x~~vi~~ix) the other risk factors set forth in the Company's Annual Report on Form 10-K for the fiscal year ended ~~July 2, 2022~~June 29, 2024 ("fiscal year 202~~2~~4"), or those described from time to time in the Company's future reports filed with the Securities and Exchange Commission (the "SEC"). . . .<br><br>On April 22, 2024, the Federal Trade Commission . . . filed a lawsuit in an attempt to block the proposed acquisition and a trial was conducted in September 2024, the results of which are pending… | connection with merger-related disclosures. For example, this identical factor appears in Slack's Dec. 1, 2020 Form 8-K. *See* Farnan Decl., Ex. 1 at A-4. |