UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CAPRI HOLDINGS LTD. SECURITIES LITIGATION | Case No. 24-cv-1410-SB |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF
JOINT APPENDIX A TO PLAINTIFFS' OPPOSITIONS TO THE TAPESTRY AND
CAPRI DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED COMPLAINT**

I, Brian E. Farnan, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Delaware. I am a partner at the law firm of Farnan LLP and counsel of record for Plaintiffs FNY Partners Fund LP and David R. Hurwitz ("Plaintiffs"). I submit this Declaration in support of Plaintiffs' Oppositions to the Tapestry and Capri Defendants' Motions to Dismiss the Consolidated Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from Slack Technologies, Inc.'s Form 8-K, filed December 1, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from MGP Ingredients, Inc.'s Form 8-K, filed January 22, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Slack Technologies, Inc.'s Schedule 14A Definitive Proxy Statement, filed January 29, 2021.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Exhibit 99.2 to Tapestry, Inc.'s Form 8-K, filed February 4, 2021.

- 1 -

- 2 -

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Exhibit 99.1 to Zendesk Inc.'s Form 8-K, filed July 28, 2022.

7.      Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Exhibit 99.1 to Capri Holdings's Form 8-K, filed June 29, 2021.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of Tapestry, Inc.'s Q3 2019 Earnings Call, held on May 9, 2019.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from Salesforce, Inc.'s Form 10-K, filed March 17, 2021.

10.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts from Tapestry, Inc.'s Form 10-K, filed August 19, 2021.

11.      Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Exhibit 99.1 to Tapestry, Inc.'s Form 8-K, filed May 11, 2023.

12.      Attached hereto as Exhibit 11 is a true and correct copy of excerpts from Black Knight, Inc.'s Form 10-Q, filed May 4, 2023.

13.      Attached hereto as Exhibit 12 is a true and correct copy of excerpts from Tapestry, Inc.'s Schedule 14A Definitive Proxy Statement, filed September 30, 2022.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of September, 2025 at Wilmington, Delaware.

/s/ Brian E. Farnan

BRIAN E. FARNAN

- 2 -