# EXHIBIT 3

DEFM14A 1 d13689ddefm14a.htm DEFM14A

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant  ☒                Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐        Preliminary Proxy Statement

☐        **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒        Definitive Proxy Statement

☐        Definitive Additional Materials

☐        Soliciting Material Pursuant to § 240.14a-12

# SLACK TECHNOLOGIES, INC.
**(Name of registrant as specified in its charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒        No fee required.

☐        Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)        Title of each class of securities to which transaction applies:

    (2)        Aggregate number of securities to which transaction applies:

    (3)        Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)        Proposed maximum aggregate value of transaction:

    (5)        Total fee paid:

**Table of Contents**

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

This proxy statement/prospectus, and the documents to which Slack and Salesforce refer you in this proxy statement/prospectus, as well as oral statements made or to be made by Slack and Salesforce, may include certain "forward-looking statements" within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act. Forward-looking statements relate to future events and anticipated results of operations and business strategies, statements regarding the mergers, including the anticipated benefits of the mergers, the anticipated impact of the mergers on the combined company's business and future financial and operating results, the expected amount and timing of synergies from the mergers, and the anticipated closing date for the proposed transaction and other aspects of operations or operating results. These forward-looking statements generally can be identified by phrases such as "will," "expects," "anticipates," "foresees," "forecasts," "estimates" or other words or phrases of similar import. It is uncertain whether any of the events anticipated by the forward-looking statements will transpire or occur, or if any of them do, what impact they will have on the results of operations and financial condition of the combined company or the price of Salesforce or Slack stock. These forward-looking statements involve certain risks and uncertainties, many of which are beyond the parties' control, that could cause actual results to differ materially from those indicated in such forward-looking statements, including but not limited to:

- the impact of public health crises, such as pandemics (including COVID-19) and epidemics and any related company or government policies and actions to protect the health and safety of individuals or government policies or actions to maintain the functioning of national or global economies and markets;

- the effect of the announcement of the mergers on the ability of Salesforce or Slack to retain and hire key personnel and maintain relationships with customers, suppliers and others with whom Salesforce or Slack do business, or on Salesforce's or Slack's operating results and business generally;

- risks that the mergers disrupt current plans and operations and the potential difficulties in employee retention as a result of the mergers;

- the outcome of any legal proceedings related to the mergers;

- the ability of the parties to consummate the mergers on a timely basis or at all;

- the satisfaction of the conditions precedent to consummation of the mergers, including the ability to secure regulatory approvals on the terms expected, at all or in a timely manner;

- the ability of Salesforce to successfully integrate Slack's operations;

- the ability of Salesforce to implement its plans, forecasts and other expectations with respect to Salesforce's business after the completion of the mergers and realize expected synergies;

- business disruption following the mergers;

- the ability to realize the anticipated benefits of the mergers, including the possibility that the expected benefits from the mergers will not be realized or will not be realized within the expected time period;

- the amount of the costs, fees, expenses and charges related to the mergers;

- unknown liabilities;

- the occurrence of any event, change or other circumstance that could give rise to the termination of the merger agreement;

- the effect of general economic and market conditions;

- the impact of foreign currency exchange rate and interest rate fluctuations on Salesforce's or Slack's results;

- Salesforce's business strategy and plan to build its business, including its strategy to be the leading provider of enterprise cloud computing applications and platforms;

Table of Contents

- the pace of change and innovation in enterprise cloud computing services;

- the seasonal nature of Salesforce's sales cycles;

- the competitive nature of the market in which the parties participate;

- Salesforce's or Slack's international expansion strategy;

- Salesforce's or Slack's service performance and security, including the resources and costs required to avoid unanticipated downtime and prevent, detect and remediate potential security breaches;

- the expenses associated with new data centers and third-party infrastructure providers;

- additional data center capacity;

- real estate and office facilities space;

- Salesforce's operating results and cash flows;

- new services and product features;

- Salesforce's or Slack's strategy of acquiring or making investments in complementary businesses, joint ventures, services, technologies and intellectual property rights;

- the performance and fair value of Salesforce's investments in complementary businesses through Salesforce's strategic investment portfolio;

- Salesforce's or Slack's ability to realize the benefits from strategic partnerships and investments;

- the impact of future gains or losses from Salesforce's strategic investment portfolio, including gains or losses from overall market conditions that may affect the publicly traded companies within Salesforce's strategic investment portfolio;

- Salesforce's or Slack's ability to execute its business plans;

- Salesforce's ability to successfully integrate acquired businesses and technologies;

- Salesforce's ability to continue to grow unearned revenue and remaining performance obligations;

- Salesforce's or Slack's ability to protect its intellectual property rights;

- Salesforce's or Slack's ability to develop its brands;

- Salesforce's or Slack's reliance on third-party hardware, software and platform providers;

- Salesforce's dependency on the development and maintenance of the infrastructure of the Internet;

- the effect of evolving domestic and foreign government regulations, including those related to the provision of services on the Internet, those related to accessing the Internet, and those addressing data privacy, cross-border data transfers and import and export controls;

- the valuation of Salesforce's deferred tax assets;

- the impact of new accounting pronouncements and tax laws;

- uncertainties affecting Salesforce's ability to estimate its tax rate;

- the impact of expensing stock options and other equity awards;

- the sufficiency of Salesforce's capital resources;

- compliance with Salesforce's or Slack's debt covenants and lease obligations;

- current and potential litigation involving Salesforce or Slack; and

- the impact of climate change.

-44-

**Table of Contents**

All of the forward-looking statements Salesforce and Slack make in this proxy statement/prospectus are qualified by the information contained or incorporated by reference herein, including the information contained in this section and the information detailed in Salesforce's Annual Report on Form 10-K for the fiscal year ended January 31, 2020 and Salesforce's Quarterly Reports on Form 10-Q for the quarterly periods ended April 30, 2020, July 31, 2020 and October 31, 2020, Current Reports on Form 8-K and other filings Salesforce makes with the SEC, which are incorporated herein by reference, and in Slack's Annual Report on Form 10-K for the fiscal year ended January 31, 2020 and Slack's Quarterly Reports on Form 10-Q for the quarterly periods ended April 30, 2020, July 31, 2020 and October 31, 2020, Current Reports on Form 8-K and other filings Slack makes with the SEC, which are incorporated herein by reference. For additional information, see the sections entitled "*Risk Factors*" and "*Where You Can Find More Information*."

Except as required by law, neither Salesforce nor Slack undertakes or assumes any obligation to update any forward-looking statements, whether as a result of new information or to reflect subsequent events or circumstances or otherwise. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date hereof.