# EXHIBIT 7

## THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## TPR - Q3 2019 Tapestry Inc Earnings Call

## EVENT DATE/TIME: MAY 09, 2019 / 12:30PM GMT

**OVERVIEW:**

Co. reported 3Q19 total sales of $1.33b, non-GAAP operating income of $141m, and non-GAAP EPS of $0.42. Expects FY19 total revenues to increase at low- to mid-single-digit rate from FY18, and non-GAAP diluted EPS to be $2.55-2.60.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 09, 2019 / 12:30PM, TPR - Q3 2019 Tapestry Inc Earnings Call

### CORPORATE PARTICIPANTS

**Andrea Shaw Resnick** *Tapestry, Inc. - Interim CFO, Global Head of IR & Corporate Communications*

**Christina Colone** *Tapestry, Inc. - VP of IR*

**Joshua G. Schulman** *Tapestry, Inc. - CEO & Brand President of Coach*

**Victor Luis** *Tapestry, Inc. - CEO & Director*

### CONFERENCE CALL PARTICIPANTS

**Erinn Elisabeth Murphy** *Piper Jaffray Companies, Research Division - MD and Senior Research Analyst*

**Irwin Bernard Boruchow** *Wells Fargo Securities, LLC, Research Division - MD and Senior Specialty Retail Analyst*

**Oliver Chen** *Cowen and Company, LLC, Research Division - MD & Senior Equity Research Analyst*

**Robert Scott Drbul** *Guggenheim Securities, LLC, Research Division - Senior MD*

**Simeon Avram Siegel** *Nomura Securities Co. Ltd., Research Division - Executive Director & Senior Analyst*

### PRESENTATION

**Operator**

Good day, and welcome to this Tapestry conference call. Today's call is being recorded. (Operator Instructions) At this time, for opening remarks and introductions, I would like to turn the call over to Christina Colone, Vice President, Investor Relations.

---

**Christina Colone** *- Tapestry, Inc. - VP of IR*

Good morning, and thank you for joining us. With me today to discuss our quarterly results are Victor Luis, Tapestry's Chief Executive Officer; and Andrea Shaw Resnick, Tapestry's Interim CFO. Before we begin, we must point out that this conference call will involve certain forward-looking statements within the meaning of the Private Securities Litigation Reform Act. This includes projections for our business in the current or future quarters or fiscal years. Forward-looking statements are not guarantees, and our actual results may differ materially from those expressed or implied in the forward-looking statements. Please refer to our annual report on Form 10-K, the press release we issued this morning and our other filings with the Securities and Exchange Commission for a complete list of risks and other important factors that could impact our future results and performance. Non-GAAP financial measures are included in our comments today and in our presentation slides. You may find the corresponding GAAP financial information as well as the related reconciliations on our website, www.tapestry.com/investors, and then viewing the earnings release and the presentation slides posted today.

Now let me outline the speakers and topics for this conference call. Victor will provide an overview summary of our third quarter 2019 results for Tapestry as well as our 3 brands. Andrea will continue with details on the financial and operational results of the quarter and our outlook for the balance of FY '19. Following that, we will hold a question-and-answer session where we will be joined by Todd Kahn, Tapestry's President and Chief Administrative Officer and Chief Legal Officer; as well as Josh Schulman, CEO and brand President of Coach. Following Q&A, we will conclude with some brief summary remarks. I'd now like to turn it over to Victor Luis, Tapestry's CEO.

---

**Victor Luis** *- Tapestry, Inc. - CEO & Director*

Good morning. Thank you, Christina, and welcome, everyone. As noted in our press release this morning, we are pleased with our third quarter performance, highlighted by increases in sales and gross margin on a constant currency basis in each of our 3 brands. Further, we continue to make key investments across our portfolio and to realize meaningful synergies from the successful integration of Kate Spade as we harness the power of our multi-brand model.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

