IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FNY PARTNERS FUND LP, on Behalf of Itself and All Others Similarly Situated and DAVID R. HURWITZ, Individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

No. 24-1410

CAPRI HOLDINGS LIMITED, JOHN D. IDOL, THOMAS J. EDWARDS, JR., TAPESTRY, INC., JOANNE C. CREVOISERAT, and SCOTT A. ROE,

*Defendants*.

---

Christopher Hamp Lyons, David A. Knotts, Jake Kalphat-Losego, Michaela D. Park, Tayler D. Bolton, ROBBINS GELLER RUDMAN & DOWD LLP, Wilmington, DE; Brian E. Farnan, FARNAN LLP, Wilmington, DE,

*Counsel for Plaintiffs.*

Jacob Michael Perrone, John Patrick DiTomo, William M. Lafferty, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Wilmington, DE; Thomas A. Uebler, Terisa Shoremount, MCCOLLOM D'EMILIO SMITH UEBLER LLC, Wilmington, DE; Timothy Perla, Sonia Sujanani, WILMER CUTLER PICKERING HALE & DORR L.L.P., Boston MA; Jessica Lewis, WILMER CUTLER PICKERING HALE & DORR L.L.P., Palo Alto, CA; Jonathan M. Moses, Elaine P. Golin, Adam L. Goodman, Beatrice R. Pollard, WACHTELL, LIPTON, ROSEN & KATZ, New York, NY,

*Counsel for Defendants.*

## ORDER

1. I **GRANT** Defendants' motions to dismiss the complaint without prejudice.
2. I **GRANT IN PART** the Tapestry Defendants' motion for judicial notice [D.I. 50] to the extent reflected in the memorandum opinion.

Dated: March 31, 2026

UNITED STATES CIRCUIT JUDGE